IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

___Nortnern_____ DIVISION

John L. Crayton                    ,  )
                                      )       2007 JUL -9  A 10: 35
        Plaintiff,                    )
                                      )
v.                                    )       CASE NO. 2. 07CV626-MEF
                                      )
Alabama Department of AG & I          )
                                      )
        Defendants,                   )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW  John L. Crayton , a  Plaintiff        in the above-captioned
matter, and in accordance with the order of this Court, making the following disclosure
concerning parent companies, subsidiaries, partners, limited liability entity members and
managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under
the provisions of the Middle District of Alabama's General Order No. 3047:

☑  This party is an individual, or

☐  This party is a governmental entity, or

☐  There are no entities to be reported, or

☐  The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party
_____                    _____
_____                    _____
_____                    _____

7/9/07
___Date___                                 ___(Signature)___
                                           Juraldine Battle-Hodge
                                           (Counsel's Name)
                                           ~~Shannon Burton~~  John Crayton
                                           Counsel for (print names of all parties)
                                           207 Montgomery Street, Suite 215
                                           Montgomery, AL 36104
                                           Address, City, State Zip Code
                                           (334) 262-1177
                                           Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern _____ DIVISION

## CERTIFICATE OF SERVICE

I, Juraldine Battle-Hodge _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by Electronic mail _____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 9th _____ day of July _____ 20 07, to:

Alabama Department of Agriculture & Industries

Attn: Legal Department

1445 Federal Drive

Montgomery, AL 36107

_____
7/9/07
Date

_____
Signature