**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **JOHN L. CRAYTON** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:   2:07cv626-MEF |
| | ) | |
| **ALABAMA DEPARTMENT OF AGRICULTURE & INDUSTRIES** | ) ) ) | |
| Defendants. | ) | |

**CONFLICT DISCLOSURE STATEMENT**

**COMES NOW,** the defendant, Alabama Department of Agriculture & Industries, in the above-captioned matter, and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This Party is a governmental entity.


　　　　　　　　　　　　　　　　　　/s/      Emily C. Marks
　　　　　　　　　　　　　　　　　EMILY C. MARKS

　　　　　　　　　　　　　　　　　　/s/      E. Hamilton Wilson, Jr.
　　　　　　　　　　　　　　　　　E. HAMILTON WILSON, JR.
　　　　　　　　　　　　　　　　　Attorneys for the Defendant

2

**<u>CERTIFICATE OF SERVICE</u>**

   I hereby certify that on July 31, 2007, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following:

Juraldine Battle-Hodge
207 Montgomery St., Ste. 215
Montgomery, AL  36104-3528

2