IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN L. CRAYTON ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-626-MEF |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| AGRICULTURE & INDUSTRIES, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion for leave to Amend Complaint (Doc. #10) filed on December 21, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 3rd day of January, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE