IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN L. CRAYTON ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-626-MEF |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| AGRICULTURE & INDUSTRIES, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

On December 21, 2007, the plaintiff filed a Motion for Leave to File Amended Complaint (Doc. #10) which was granted on January 3, 2008. It is hereby

ORDERED that the plaintiff file an amended complaint on or before March 17, 2008.

DONE this the 13th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE