IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN L. CRAYTON | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-626-MEF |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | (LEAD CASE) |
| AGRICULTURE & INDUSTRIES, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| JOHN L. CRAYTON | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-1111-MEF |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | (MEMBER CASE) |
| AGRICULTURE & INDUSTRIES, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

It is hereby ORDERED that the two cases listed above are CONSOLIDATED for all purposes pursuant to Federal Rule of Civil Procedure 42(a) because these cases involve common questions of law and fact. It is further ORDERED that case number 2:07cv626-MEF shall be designated as the lead case. The Clerk of the Court is hereby DIRECTED electronically docket a copy in each case. It is further ORDERED that all future filings shall bear the consolidated caption on this Order, but shall only be filed in the lead case.

DONE this the 1st day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE