IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| JOHN CRAYTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 2:07-CV-626-MEF |
| | ) |
| STATE OF ALABAMA | ) |
| DEPARTMENT OF AGRICULTURE & | ) |
| INDUSTRIES, | ) |
| | ) |
| Defendant. | ) |

RECEIVED
2008 JUN 18 P 4: 24

## MOTION FOR EXTENSION OF TIME

COMES NOW the Plaintiff, by and through his counsel, and respectfully requests this Honorable Court for an extension of time to respond to Defendant's Motion for Summary Judgment until June 24, 2008. In support thereof, the Court is shown the following:

1. That the Defendant filed its Motion for Summary Judgment on May 30, 2008.

2. That the undersigned attorney received an order to respond to said Motion on June 3, 2008.

3. That the order provided as follows: " Motion for Summary Judgment; Motion Submission deadline set for June 24, 2008, that Plaintiff file response which shall include a brief and any evidentiary materials on or before June 17, 2008; that the defendant may file a reply brief on or before June 24, 2008."

4. That the undersigned mistakenly calendared the date that her response would be due as June 24, 2008, when in fact said brief was due on June 17, 2008.

5. That the undersigned attorney learned of her mistake when this Honorable Court contacted her on June 18. 2008.

6. That the undersigned attorney has informed Emily Marks, attorney for the Defendant, of her mistake and her intent to file this request for extension of time.

7. That the Plaintiff will suffer without an extension of time.

WHERFORE, the premises considered, the Plaintiff respectfully prays that he be granted an extension of time until June 24, 2008.

Respectfully submitted,

Juraldine Battle-Hodge (BAT033)
Attorney for the Plaintiff

OF COUNSEL:
LAW OFFICES OF JURALDINE BATTLE-HODGE, P.C.
318 N. Decatur Street
Montgomery, AL 36104
Telephone: (334) 262-1177
Facsimile: (334) 262-5569

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served upon the following by placing a copy of the same in the United States Mail, First Class, postage prepaid, and addressed as follows on the 18th day of June, 2008.

Hon. E. Ham Wilson, Jr.
Hon. Emily C. Marks
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102-2148

_____
OF COUNSEL