IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN L. CRAYTON | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-626-MEF |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| AGRICULTURE & INDUSTRIES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | | |
| JOHN L. CRAYTON | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-1111-MEF |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| AGRICULTURE & INDUSTRIES, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

Upon consideration of the plaintiff's Motion for Extension of Time (Doc. #20) filed on June 18, 2008, it is hereby

ORDERED that the motion is GRANTED in part and DENIED in part. Plaintiff's response to the motion for summary judgment shall be filed on or before **June 23, 2008.** The defendant may file a reply brief on or before **June 30, 2008.**

DONE this 19th day of June, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE