IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN L. CRAYTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CASE NO.: 2:07-CV-626 |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| AGRICULTURE & INDUSTRIES | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW the Plaintiff, John L. Crayton, and pursuant to this Court's Uniform Scheduling Order, submits that counsel for the parties conducted a Face-to-Face Settlement Conference. The parties are unable to reach a settlement agreement at this time and do not believe mediation would be beneficial at this point.

_____
JURALDINE BATTLE-HODGE (BAT033)
Attorney for the Plaintiff

OF COUNSEL:
LAW OFFICES OF JURALDINE BATTLE-HODGE, P.C.
318 North Decatur Street
Montgomery, AL 36104
Phone: (334) 262-1177
Facsimile: (334) 262-5569

_____

## CERTIFICATE OF SERVICE

     I hereby certify that on June 20, 2008, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following:

Emily Marks
E. Hamilton Wilson, Jr.
Ball, Ball, Matthews, & Novak, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, AL 36102-2148

_____
OF COUNSEL