## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA,
### NORTHERN DIVISION

JOHN CRAYTON,                                    )

        Plaintiff,                          )

v.                                               )

                                                    )  Civil Action No: 2:07-CV-626

STATE OF ALABAMA                                 )  (LEAD CASE)
DEPARTMENT OF AGRICULTURE &
INDUSTRIES,                                      )

        Defendant.                          )

## PLAINTIFF'S RESPONSE AND OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**COMES NOW** the Plaintiff and files his amended Response and Objection to Defendant's Motion for Summary Judgment and hereby moves this Honorable Court to deny Defendant's Motion for Summary Judgment. As grounds therefore, the Plaintiff avers that there is a genuine issue of material fact and the Defendant is not due a Summary Judgment as a matter of law. In support of his response, Plaintiff relies on the applicable law, pleadings, affidavits and evidentiary materials attached hereto:

1. Exhibit "1" - Complaint

2. Exhibit "2" - Amended Complaint

3. Exhibit "3" - Second Complaint

4. Exhibit "4" - Motion to Dismiss

5. Exhibit "5" - Answer to Amended Complaint

6. Exhibit "6" - Plaintiff's Response to Motion Re: Consolidation

7. Exhibit "7" - Defendant's Response to Motion Re: Consolidation

8. Exhibit "8"    -  Order Consolidating Cases

9. Exhibit "9"    - Plaintiff's Deposition

10. Exhibit "10"    - Plaintiff's Affidavit

11. Exhibit "11"    - 2002 Queries

12. Exhibit "12"    - Letter of Reprimand

13. Exhibit "13"    - 2003-2004 Queries

14. Exhibit "14"    - Substitute Test Results

15. Exhibit "15"    - Computer Generated Forms

16. Exhibit "16"    - Results from Bragg Farms

17. Exhibit "17"    - Shannon Burrton's Affidavit

18. Exhibit "18"    - Zorn Complaint

19. Exhibit "19"    - Rebuttal of Reprimand

20. Exhibit "20"    - Defendant's Motion for Summary Judgment

21. Exhibit "21"    - Memorandums on Server Problems

22. Exhibit "22"    - October 4, 2004 Memo from Ron Sparks

23. Exhibit "23"    - April 2, 2004 – Employer Get Together Memo

24. Exhibit "24"    - Letter Addressing Report of Manipulated Files

25. Exhibit "25"    - CD of A.S.E.A. Meeting

26. Exhibit "26"    - Sparks' November 16, 2004 Letter

27. Exhibit "27"    - Alabama Department of Agriculture and Industries
                       Website Information

28. Exhibit "28"    - 2006 Transfer

29. Exhibit "29" – Transfer of Plaintiff

30. Exhibit "30" – April 1, 2004 Evaluation

**WHEREFORE, THE PREMISES CONSIDERED,** Plaintiff respectfully

request that this Honorable Court deny Defendant's Motion for Summary

Judgment and allow this case to move forward.

Respectfully submitted on this the 23rd day of June 2008.

_____
Juraldine Battle-Hodge (3072-G-61J)
Attorney for Plaintiff

OF COUNSEL:
**LAW OFFICE OF JURALDINE BATTLE-HODGE, P.C.**
318 N. Decatur Street
Montgomery, AL 36104
Telephone:    (334) 262-1177
Facsimile:    (334) 263-5569

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of June 2008, the foregoing document was served upon the following counsels of record via electronic filing by placing a copy of the same in the U.S. Mail, First Class postage prepaid, addressed as follows:

Hon. Emily C. Marks
Hon. E. Hamilton Wilson, Jr.
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, AL 36102-2148

_____
Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 JUL -9  A 10: 34

JOHN L. CRAYTON,                )
                               )
        Plaintiff,             )
                               )
v.                             )        Case No. _____
                               )
ALABAMA DEPARTMENT OF          )        JURY DEMAND
AGRICULTURE & INDUSTRIES,      )
                               )
        Defendant.             )

## COMPLAINT

**COMES NOW** John L. Crayton (Plaintiff), and for his complaint against Alabama Department of Agriculture & Industries and its agents and representatives (Defendant) hereby complains as set forth herein below.

## JURISDICTION

1.      This Court has jurisdiction over the litigation herein pursuant to 28 U.S.C. Sections 1331 and 1343, 42 U.S.C., Section 2000e and Retaliation.

2.      Plaintiff has fulfilled all conditions precedent to the institution of this action.

## VENUE

3.      Defendant is located and/or doing business within this judicial district (Middle District and the Northern Division of Alabama). This action is brought within the judicial district wherein the unlawful employment practices were committed, making venue proper under

1

*Exhibit 1*

42 U.S.C. Section 2000(e)-5(f) (3), 28 U.S.C. Section 1391(b) and Retaliation.

## PARTIES

4.    Plaintiff John L. Crayton, hereinafter referred to as "Plaintiff," is an African-American male resident of the United States, residing in Montgomery County, Alabama. Plaintiff is a resident of this judicial district, and has been employed by Defendant at all times material hereto. Plaintiff is a member of the protected class for race within the meaning of Title VII. Plaintiff is also an employee of Defendant within the meaning of Title VII.

5.    Defendant, Alabama Department of Agriculture & Industries, hereinafter referred to as "Department" is a state agency and is authorized to do business in the State of Alabama, and employs at least fifteen (15) persons and otherwise meets the jurisdictional prerequisites of Title VII.

## NATURE OF THE CASE

6.    This is a lawsuit brought by Plaintiff seeking permanent relief from unlawful discriminating practices by Defendant. Plaintiff has been adversely affected by discrimination involving promotion, compensation, assignments, retaliation and other terms and conditions of employment as a result of Defendant failing to remedy systemic employment discrimination on the basis of race. The

practices committed and continuing to be committed by Defendant violate Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e, et seq. ("Title VII").

### FACTUAL BACKGROUND

7.    Plaintiff first began working for Defendant on or about May 19, 1976.

8.    From January 2002 to July 2006, Plaintiff was constantly harassed and discriminated in every aspect of his duties as Seed Program Director by Ronnie Murphy, Lance Hester, Doug Rigney and Ron Sparks.

9.    As the State Seed Program Director Plaintiff's job was to enforce the Truth in Labeling Law as it relates to the seed industry.

10.    Plaintiff's regulatory and administrative duties were gradually being taken away and given to Agriculture Compliance in violation of State codes.

11.    On or about April 2002, Ronnie Murphy met briefly with Plaintiff and the laboratory staff to inquire about the backlog of samples and why it was taking so long getting the test results to the clients.  Mr. Murphy was informed that these problems were occurring, because of severe staff shortage due to attrition, and every request to hire needed staff being denied.

12.    On or about May 2002, the three Seed Analyst and Plaintiff volunteered to work two to three hours after regular work hours to

3

catch up the backlog of samples, which took five months to accomplish. Plaintiff was not recognized for the tremendous and unselfish sacrifice.

13.    On or about September 2002, Ronnie Murphy asked Donny Walker to query the Seed Program data base to further scrutinize Plaintiff's work, looking for faults and criticisms. Not only did the staff and Plaintiff keep up with the workload, the query revealed that they had established a record turn around time on the test results.

14.    On or about April 30, 2003, Plaintiff applied for the position of Division Director, and was ranked number 4 out of 8. The two individuals ranked 2 and 3 did not have a master's degree, which Plaintiff did, or the years of experience that Plaintiff had.  The position was awarded to Lester Hester.   Mr. Hester was less qualified than Plaintiff.  Plaintiff was discriminated against when he was denied this promotion based on his race.

15.    On or about October 4, 2004, Plaintiff was summoned to the commissioner's office at about 3:45 p.m. Upon arrival, the secretary requested that Plaintiff have a seat because, Mr. Sparks wasn't ready to see him. After a fifteen to twenty minute wait, Plaintiff was finally ushered into the commissioner's office. Unaware of the purpose or reason for being summoned, Plaintiff was a bit startled as he entered the office and saw several people sitting around a conference table. In attendance were Ron Sparks, Doug Rigney,

Ronnie Murphy, Lance Hester, David Hooks, B.J. Russell and Dana Wallace. Mr. Sparks asked Plaintiff to take a seat and the commissioner informed Plaintiff that he was summoned to his office for the purpose of issuing him a letter of reprimand for failing to perform his job properly.

16.    Plaintiff was asked if he had anything to say in his defense. As one can imagine, after having been blind sided in such an underhanded way, Plaintiff was at a lost for words. Plaintiff informed him that the work was being done in as orderly and timely manner as possible under the circumstances.    Plaintiff was being harassed by Mr. Sparks.

17.    On or about October 7, 2004, Mr. Sparks sent a letter to Alabama Seed Industry and to Plaintiff's counterparts, both state and federal, informing them that he was taking over the day to day operations of Alabama's program and that any communication with the seed laboratory was to be directed explicitly to him, Doug Rigney, or Lance Hester.    This was another step in usurping Plaintiff's responsibilities and authority.

18.    In or around April 2005, the Governor sent out a mandate that all unnecessary vehicles were to be taken from employees.    The Defendant removed vehicles from its program directors and other management employees.    The vehicles were eventually redistributed.    However, Plaintiff and no other blacks were given

5

their cars back.    However, after persistent requests, George

Parrish, black employee, was eventually given his vehicle back.

Some of the similarly situated whites were Benny Hitch and Lance

Hester.  Plaintiff was discriminated against based on his race.

19.    During June of 2006, Plaintiff complained to the Alabama State

Employees Association (A.S.E.A.) that he, as well as other Blacks

was being subjected to unlawful employment discrimination

because of their race due to disparate treatment with cars,

promotions and other matters.

20.    Immediately after the Plaintiff complained to the A.S.E.A., the

Defendant began retaliating against Plaintiff.

21.    On or about June 29, 2006, Plaintiff returned from lunch and parked

on the north side of the building next to the coliseum parking lot. As

Plaintiff walked across the parking lot toward the covered walkway,

Plaintiff noticed Jimmy Holley getting out of the passenger side of

the Commissioner's vehicle. As Plaintiff approached the vehicle,

Plaintiff noticed Mr. Sparks getting out of the driver's side. (This

parking space is next to and to the right of the entrance to the

covered walkway.) As Plaintiff walked pass the two gentlemen

(within two feet) Plaintiff spoke, "How are you all doing? " They did

not respond. Plaintiff proceeded toward the building. Approximately

four to five paces beyond them, Plaintiff heard Mr. Sparks yell, but

the voice tone and quality was not that of a salutation. As Plaintiff

6

continued up the walkway, Mr. Sparks said, "John, I said hi." Plaintiff stopped, turned around to face them as they were walking toward him. Plaintiff replied, "I spoke to you all, did you not hear me speak to you?" By that time Mr. Holley and Mr. Sparks had caught up to Plaintiff on the walkway. Mr. Sparks in a loud voice yelled, "I was just trying to be nice to you, I don't understand why you are so rude and hateful toward me." Plaintiff's reply to him was, "commissioner, I spoke to you and you spoke to me, so let's just let it be at that."

22.    At that point, Plaintiff was still a step or two ahead of the two of them, and near the door to the lobby of the auditorium. As Plaintiff opened the door and stepped inside, Mr. Sparks made a remark that Plaintiff viewed as sarcastic, derogatory and harassing, "You people or you all," Plaintiff turned to look Mr. Sparks in the face; to indicate that he was aware of the derogatory nature of his remark and that it was not appreciated. Mr. Sparks and Plaintiff were face to face at this point. As Mr. Sparks stepped in side the door he made the statement "John are you threatening me? I'll have your ass arrested." Plaintiff's reply was, "Commissioner, do what you have to do." Plaintiff then turned around and proceeded up a set of steps to a card activated security door to avoid any further confrontation with the two of them.

23.   As Plaintiff gained access to the secured area, Mr. Sparks yelled, "John, I want to see you in my office in 10 minutes!" Mr. Sparks immediately changed that from 10 minutes to "right now!" Plaintiff's reply was that he needed to go to his office to contact his A.S.E.A. representative. Mr. Sparks repeated his last statement and Plaintiff complied with his demand.

24.   Plaintiff followed Mr. Sparks and Mr. Holley into Mr. Sparks' office and sat in a chair in front of Mr. Sparks' desk. Plaintiff summoned Jeff Webb, an attorney for the department, to his office. Mr. Webb came in and took a seat next to Plaintiff. Mr. Sparks proceeded to tell Mr. Webb his version of the incident that had just taken place between he and Plaintiff. Without hearing Plaintiff's view, Mr. Webb's comment was "we can't have that in the workplace." Plaintiff was dismissed and Plaintiff went to his office and called the A.S.E.A. office and gave his version of the incident to Mr. Norbert Williams, attorney for A.S.E.A. Plaintiff was constantly being harassed by Mr. Sparks.

25.   On or about July 2006, Plaintiff was reassigned from his position of seed director to a recently created position of Genetically Modified Plant and Products Director.

26.   On or about July 31, 2006, at around 9:45 a.m., Ray Hilburn (Plaintiff's supervisor) came to Plaintiff's office and informed Plaintiff that he, Ronnie Murphy and Doug Rigney wanted to meet

8

with him in the upstairs board room at 10:30 a.m. Plaintiff arrived
for the meeting at 10:25. No one was in the room. Around 10:40,
Mr. Murphy came in for a few minutes and left. Around 10:50, Mr.
Murphy returned to the room followed by Mr. Hilburn five minutes
later. Mr. Murphy informed the group that Mr. Rigney would not be
attending the meeting.

27.     Mr. Murphy informed Plaintiff as to why he was summoned to this
        meeting. Mr. Hilburn gave Plaintiff a letter. The letter stated that
        Plaintiff's duties and immediate supervisor were being changed. It
        should be noted that this letter was not signed. Plaintiff was also
        given a Form 40 to sign. Plaintiff felt that he was being targeted for
        disparate treatment and continued discrimination and harassment
        because of his participation in statutorily protected activity.

28.     Plaintiff expressed his lack of interest in this newly created position.
        Plaintiff had grave reservations and misgivings regarding this
        position. Defendant claimed that the state so badly needed this
        position, yet didn't see the need to publicly announce the job so as
        to have a larger selection of applicants to choose from. Additionally,
        there were other concerns. Plaintiff was especially concerned with
        the continual attempts by this administration to harass him, force
        him in a position to fail, leave or to retire. Plaintiff felt threatened
        that if he did not take this position he would be fired.

29.     After voicing his position and concerns, Mr. Murphy attempted to
        convince Plaintiff of the importance of this program. Mr. Murphy
        further stated that Plaintiff was the only person in the Department
        qualified to handle these duties. Mr. Murphy further stated that the
        change in duties would be a lateral transfer without an increase in
        salary. Plaintiff's response to this was that if this program is so
        important, why wasn't announced so that other qualified applicants
        could apply. Normally statewide jobs are competitive.   The transfer
        was actually a constructive demotion in retaliation for Plaintiff
        participating in statutorily protected activity.

30.     At approximately 4:25 p.m., on this same day, Mr. Murphy came to
        Plaintiff's office. Plaintiff was on the phone, Mr. Murphy left and
        returned about fifteen minutes later. Plaintiff was still busy with
        phone calls. At 4:55 Plaintiff was finally finished with his phone calls
        when Mr. Murphy came back to Plaintiff's office to tell him that the
        Commissioner wanted to see Mr. Murphy and Plaintiff in his office.
        Plaintiff informed Mr. Murphy that he had a 5:15 appointment.

31.     Plaintiff left and returned with Mr. Sparks about five minutes later.
        Mr. Sparks informed Plaintiff that he wanted to talk with him about
        this very important program that was so badly needed in Alabama.
        He stated that Monsanto and Syngena thinks that there is a great
        need for such a program. Plaintiff repeated his concerns,
        reservations and lack of interest in the new position.

10

32.   Plaintiff further stated that his counterparts (State Seed Control Officials) in other states have "Genetic Engineering" as it relates to the seed industry as part of their regular duties.  Plaintiff stated that he would gladly accept the added responsibilities as they relate to seed only, but he wanted to keep his position as State Seed Program Director.  Mr. Sparks denied Plaintiff's request.

33.   Mr. Sparks said among other things that he desired that Plaintiff take the job, if not "We will have to part company." Once again, Plaintiff was being harassed, threatened and retaliated against.

34.   On or about August 1, 2006, at about 11:45, Mr. Murphy came to Plaintiff's office and informed him that Plaintiff was to cease and desist all of his activities and duties as the State Seed Program Director immediately and vacate the office by 5:00 p.m. Friday, August 4, 2006.

35.   Plaintiff was reassigned to an office with no chair.   This was another attempt by Defendant to embarrass, harass, intimidate and retaliate against Plaintiff.

36.   Plaintiff was the first black to hold the position of Seed Program Director.  Plaintiff's position was awarded to a less qualified white following Plaintiff's reassignment.    Plaintiff's position was reorganized and placed under Benny Hitch, program director for Agriculture Compliance.   Plaintiff was discriminated against based on his race.

11

37.    On or about September 27, 2006, Plaintiff filed a racial discrimination and retaliation charge against Mr. Ron Sparks and Alabama Department of Agriculture and Industries with the Equal Employment Opportunity Commission (EEOC).

38.    On or about November 14, 2006, Plaintiff was summoned to Deputy Commissioner Ronnie Murphy's (Plaintiff's new supervisor) office for a meeting. Upon arrival at the meeting, Plaintiff was informed that the purpose of this meeting was to discuss a supervisor referral for an employee assistance program for Plaintiff. Plaintiff was told that the referral was mandatory and that he had to contact the Behavioral Health System Care Coordinator by December 5, 2006, to schedule an appointment to see a psychiatrist. This was another instance of Defendant harassing and retaliating against Plaintiff due to Plaintiff participating in statutorily protected activity.

39.    On or about May 3, 2007, Plaintiff filed another charge of racial discrimination and retaliation as a result of the November 14, 2006, meeting with Ronnie Murphy and Mr. Murphy's failure to complete his annual evaluation by the April 30th deadline.

40.    On or about May 18, 2007, Mr. Jerome Gray (Executive Assistant) requested a meeting with Plaintiff to allegedly discuss Plaintiff's annual evaluation.  Mr. Gray wanted to know if Plaintiff would be willing to drop the May 3, 2007, E.E.O.C charges. Plaintiff informed

Mr. Gray that he was not willing to drop the charges. This was yet another attempt by the Defendant to harass and retaliate against Plaintiff for participating in statutorily protected activity.

41. The Plaintiff is of the belief and provides evidence that he has been discriminated against in violation of Title VII of the 1964 Civil Rights Act, as amended based on race and in retaliation to his complaint of the discriminatory treatment of blacks in the workplace and with A.S.E.A. and the EEOC.

### COUNT ONE

### RACE DISCRIMINATION – TITLE VII

42. Plaintiff adopts, realleges and incorporates by reference paragraphs one through forty-one above, the same as if more fully set herein, and further alleges anew.

43. In taking the above described actions, Defendant intentionally discriminated against Plaintiff on April 30, 2003, April 2005 and July 2006, on the basis of his race.

44. As a proximate consequence of the violations of Title VII based on race by Defendant, Plaintiff has suffered and will continue to suffer damage to his professional life and current and future career opportunities. Further, Plaintiff has suffered future pecuniary losses, emotional pain, inconvenience, mental anguish, loss of enjoyment of life and non-pecuniary damages.

## COUNT TWO

## RETALIATION

45.  Plaintiff adopts, realleges and incorporates by reference paragraphs one through forty-four above, the same as if more fully set herein, and further alleges anew.

46.  In taking the above described actions, Defendant retaliated against Plaintiff, when he filed a complaint with the State Employee Association in June 2006, and EEOC complaints against Defendant.

47.  As a direct result of the ongoing retaliation against Plaintiff, Plaintiff's constitutional rights have been abridged.

48.  As a proximate cause of the Defendant's actions, Plaintiff has been injured and damaged, as set forth in paragraphs above.

## PRAYER FOR RELIEF

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays that this Honorable Court grant the following:

a.  Assume jurisdiction over this action;

b.  A judgment declaring that Defendant violated 28 U.S.C. Sec. 1331, 42 U.S.C. Sec. 2000(e), et seq. and Retaliation;

c.  All back-pay and fringe benefits as a result of the discrimination and retaliation, with interest;

d.  Attorney's fees;

14

e.    Costs;

f.    Prejudgment interest;

g.    An award of such compensatory damages for any loss of wages, and loss of benefits, including, but not limited to, retirement pension benefits, mental anguish, emotional distress, and embarrassment, both past, present and future to which Plaintiff may be entitled; and such further, other and different legal or equitable relief as the Court may deem appropriate or which she may be entitled, and

h.    Punitive damages.

## Jury Demand

Plaintiff demands trial by jury on each and every cause of action.

Respectfully submitted,

Juraldine Battle-Hodge (BAT033)

**PLAINTIFF DEMANDS TRIAL BY STRUCK JURY ON ALL CLAIMS SO TRIABLE.**

OF COUNSEL

**PLEASE SERVE DEFENDANT BY CERTIFIED MAIL RETURN RECEIPT REQUESTED**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## RE (NORTHERN DIVISION

JOHN L. CRAYTON,

  **Plaintiff,**

v.          **Case No. 2:07cv626 MEF**

**ALABAMA DEPARTMENT OF**
**AGRICULTURE & INDUSTRIES,**

  **Defendant.**

*(stamp: 2007 DEC 21  A 10: 10  DEBRA P. HACKETT, CLK  U.S. DISTRICT COURT  MIDDLE DISTRICT ALA)*

## AMENDED COMPLAINT

  **COMES NOW** John L. Crayton (Plaintiff), and amends his complaint against Alabama Department of Agriculture & Industries and its agents and representatives (Defendant) hereby complains as set forth herein below.

## JURISDICTION

1.  This Court has jurisdiction over the litigation herein pursuant to 28 U.S.C. Sections 1331 and 1343, 42 U.S.C., Section 2000e and Retaliation.

2.  Plaintiff has fulfilled all conditions precedent to the institution of this action.

## VENUE

3.  Defendant is located and/or doing business within this judicial district (Middle District and the Northern Division of Alabama). This action is brought within the judicial district wherein the unlawful employment practices were committed, making venue proper under

1

*Exhibit 2*

42 U.S.C. Section 2000(e)-5(f) (3), 28 U.S.C. Section 1391(b) and
Retaliation.

## PARTIES

4.     Plaintiff John L. Crayton, hereinafter referred to as "Plaintiff," is an
African-American male resident of the United States, residing in
Montgomery County, Alabama. Plaintiff is a resident of this judicial
district, and has been employed by Defendant at all times material
hereto. Plaintiff is a member of the protected class for race within
the meaning of Title VII. Plaintiff is also an employee of Defendant
within the meaning of Title VII.

5.     Defendant, Alabama Department of Agriculture & Industries,
hereinafter referred to as "Department" is a state agency and is
authorized to do business in the State of Alabama, and employs at
least fifteen (15) persons and otherwise meets the jurisdictional
prerequisites of Title VII.

## NATURE OF THE CASE

6.     This is a lawsuit brought by Plaintiff seeking permanent relief from
unlawful discriminating practices by Defendant. Plaintiff has been
adversely    affected    by    discrimination    involving    promotion,
compensation, assignments, retaliation and other terms and
conditions of employment as a result of Defendant failing to remedy
systemic employment discrimination on the basis of race.    The

2

practices committed and continuing to be committed by Defendant violate Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e, et seq. ("Title VII").

## FACTUAL BACKGROUND

7.  Plaintiff first began working for Defendant on or about May 19, 1976.

8.  From January 2002 to July 2006, Plaintiff was constantly harassed and discriminated in every aspect of his duties as Seed Program Director by Ronnie Murphy, Lance Hester, Doug Rigney and Ron Sparks.

9.  As the State Seed Program Director Plaintiff's job was to enforce the Truth in Labeling Law as it relates to the seed industry.

10. Plaintiff's regulatory and administrative duties were gradually being taken away and given to Agriculture Compliance in violation of State codes.

11. On or about April 2002, Ronnie Murphy met briefly with Plaintiff and the laboratory staff to inquire about the backlog of samples and why it was taking so long getting the test results to the clients. Mr. Murphy was informed that these problems were occurring, because of severe staff shortage due to attrition, and every request to hire needed staff being denied.

12. On or about May 2002, the three Seed Analyst and Plaintiff volunteered to work two to three hours after regular work hours to

3

catch up the backlog of samples, which took five months to accomplish. Plaintiff was not recognized for the tremendous and unselfish sacrifice.

13.   On or about September 2002, Ronnie Murphy asked Donny Walker to query the Seed Program data base to further scrutinize Plaintiff's work, looking for faults and criticisms.  Not only did the staff and Plaintiff keep up with the workload, the query revealed that they had established a record turn around time on the test results.

14.   On or about April 30, 2003, Plaintiff applied for the position of Division Director, and was ranked number 4 out of 8. The two individuals ranked 2 and 3 did not have a master's degree, which Plaintiff did, or the years of experience that Plaintiff had.  The position was awarded to Lester Hester.  Mr. Hester was less qualified than Plaintiff.  Plaintiff was discriminated against when he was denied this promotion based on his race.

15.   On or about October 4, 2004, Plaintiff was summoned to the commissioner's office at about 3:45 p.m. Upon arrival, the secretary requested that Plaintiff have a seat because, Mr. Sparks wasn't ready to see him. After a fifteen to twenty minute wait, Plaintiff was finally ushered into the commissioner's office. Unaware of the purpose or reason for being summoned, Plaintiff was a bit startled as he entered the office and saw several people sitting around a conference table. In attendance were Ron Sparks, Doug Rigney,

4

Ronnie Murphy, Lance Hester, David Hooks, B.J. Russell and Dana Wallace. Mr. Sparks asked Plaintiff to take a seat and the commissioner informed Plaintiff that he was summoned to his office for the purpose of issuing him a letter of reprimand for failing to perform his job properly.

16.    Plaintiff was asked if he had anything to say in his defense. As one can imagine, after having been blind sided in such an underhanded way, Plaintiff was at a lost for words. Plaintiff informed him that the work was being done in as orderly and timely manner as possible under the circumstances. Plaintiff was being harassed by Mr. Sparks.

17.    On or about October 7, 2004, Mr. Sparks sent a letter to Alabama Seed Industry and to Plaintiff's counterparts, both state and federal, informing them that he was taking over the day to day operations of Alabama's program and that any communication with the seed laboratory was to be directed explicitly to him, Doug Rigney, or Lance Hester.    This was another step in usurping Plaintiff's responsibilities and authority.

18.    In or around April 2005, the Governor sent out a mandate that all unnecessary vehicles were to be taken from employees.    The Defendant removed vehicles from its program directors and other management employees.    The vehicles were eventually redistributed.    However, Plaintiff and no other blacks were given

5

their cars back.    However, after persistent requests, George Parrish, black employee, was eventually given his vehicle back. Some of the similarly situated whites were Benny Hitch and Lance Hester.  Plaintiff was discriminated against based on his race.

19.    During June of 2006, Plaintiff complained to the Alabama State Employees Association (A.S.E.A.) that he, as well as other Blacks was being subjected to unlawful employment discrimination because of their race due to disparate treatment with cars, promotions and other matters.

20.    Immediately after the Plaintiff complained to the A.S.E.A., the Defendant began retaliating against Plaintiff.

21.    On or about June 29, 2006, Plaintiff returned from lunch and parked on the north side of the building next to the coliseum parking lot. As Plaintiff walked across the parking lot toward the covered walkway, Plaintiff noticed Jimmy Holley getting out of the passenger side of the Commissioner's vehicle. As Plaintiff approached the vehicle, Plaintiff noticed Mr. Sparks getting out of the driver's side. (This parking space is next to and to the right of the entrance to the covered walkway.) As Plaintiff walked pass the two gentlemen (within two feet) Plaintiff spoke, "How are you all doing? " They did not respond. Plaintiff proceeded toward the building. Approximately four to five paces beyond them, Plaintiff heard Mr. Sparks yell, but the voice tone and quality was not that of a salutation. As Plaintiff

6

continued up the walkway, Mr. Sparks said, "John, I said hi." Plaintiff stopped, turned around to face them as they were walking toward him. Plaintiff replied, "I spoke to you all, did you not hear me speak to you?" By that time Mr. Holley and Mr. Sparks had caught up to Plaintiff on the walkway. Mr. Sparks in a loud voice yelled, "I was just trying to be nice to you, I don't understand why you are so rude and hateful toward me." Plaintiff's reply to him was, "commissioner, I spoke to you and you spoke to me, so let's just let it be at that."

22.    At that point, Plaintiff was still a step or two ahead of the two of them, and near the door to the lobby of the auditorium. As Plaintiff opened the door and stepped inside, Mr. Sparks made a remark that Plaintiff viewed as sarcastic, derogatory and harassing, "You people or you all," Plaintiff turned to look Mr. Sparks in the face; to indicate that he was aware of the derogatory nature of his remark and that it was not appreciated. Mr. Sparks and Plaintiff were face to face at this point. As Mr. Sparks stepped in side the door he made the statement "John are you threatening me? I'll have your ass arrested." Plaintiff's reply was, "Commissioner, do what you have to do." Plaintiff then turned around and proceeded up a set of steps to a card activated security door to avoid any further confrontation with the two of them.

23.     As Plaintiff gained access to the secured area, Mr. Sparks yelled, "John, I want to see you in my office in 10 minutes!" Mr. Sparks immediately changed that from 10 minutes to "right now!" Plaintiff's reply was that he needed to go to his office to contact his A.S.E.A. representative. Mr. Sparks repeated his last statement and Plaintiff complied with his demand.

24.     Plaintiff followed Mr. Sparks and Mr. Holley into Mr. Sparks' office and sat in a chair in front of Mr. Sparks' desk. Plaintiff summoned Jeff Webb, an attorney for the department, to his office. Mr. Webb came in and took a seat next to Plaintiff. Mr. Sparks proceeded to tell Mr. Webb his version of the incident that had just taken place between he and Plaintiff. Without hearing Plaintiff's view, Mr. Webb's comment was "we can't have that in the workplace." Plaintiff was dismissed and Plaintiff went to his office and called the A.S.E.A. office and gave his version of the incident to Mr. Norbert Williams, attorney for A.S.E.A. Plaintiff was constantly being harassed by Mr. Sparks.

25.     On or about July 2006, Plaintiff was reassigned from his position of seed director to a recently created position of Genetically Modified Plant and Products Director.

26.     On or about July 31, 2006, at around 9:45 a.m., Ray Hilburn (Plaintiff's supervisor) came to Plaintiff's office and informed Plaintiff that he, Ronnie Murphy and Doug Rigney wanted to meet

8

with him in the upstairs board room at 10:30 a.m. Plaintiff arrived for the meeting at 10:25. No one was in the room. Around 10:40, Mr. Murphy came in for a few minutes and left. Around 10:50, Mr. Murphy returned to the room followed by Mr. Hilburn five minutes later. Mr. Murphy informed the group that Mr. Rigney would not be attending the meeting.

27.   Mr. Murphy informed Plaintiff as to why he was summoned to this meeting. Mr. Hilburn gave Plaintiff a letter. The letter stated that Plaintiff's duties and immediate supervisor were being changed. It should be noted that this letter was not signed. Plaintiff was also given a Form 40 to sign. Plaintiff felt that he was being targeted for disparate treatment and continued discrimination and harassment because of his participation in statutorily protected activity.

28.   Plaintiff expressed his lack of interest in this newly created position. Plaintiff had grave reservations and misgivings regarding this position. Defendant claimed that the state so badly needed this position, yet didn't see the need to publicly announce the job so as to have a larger selection of applicants to choose from. Additionally, there were other concerns. Plaintiff was especially concerned with the continual attempts by this administration to harass him, force him in a position to fail, leave or to retire. Plaintiff felt threatened that if he did not take this position he would be fired.

9

29.    After voicing his position and concerns, Mr. Murphy attempted to convince Plaintiff of the importance of this program. Mr. Murphy further stated that Plaintiff was the only person in the Department qualified to handle these duties. Mr. Murphy further stated that the change in duties would be a lateral transfer without an increase in salary. Plaintiff's response to this was that if this program is so important, why wasn't announced so that other qualified applicants could apply. Normally statewide jobs are competitive.   The transfer was actually a constructive demotion in retaliation for Plaintiff participating in statutorily protected activity.

30.    At approximately 4:25 p.m., on this same day, Mr. Murphy came to Plaintiff's office. Plaintiff was on the phone, Mr. Murphy left and returned about fifteen minutes later. Plaintiff was still busy with phone calls. At 4:55 Plaintiff was finally finished with his phone calls when Mr. Murphy came back to Plaintiff's office to tell him that the Commissioner wanted to see Mr. Murphy and Plaintiff in his office. Plaintiff informed Mr. Murphy that he had a 5:15 appointment.

31.    Plaintiff left and returned with Mr. Sparks about five minutes later. Mr. Sparks informed Plaintiff that he wanted to talk with him about this very important program that was so badly needed in Alabama. He stated that Monsanto and Syngena thinks that there is a great need for such a program. Plaintiff repeated his concerns, reservations and lack of interest in the new position.

10

32.  Plaintiff further stated that his counterparts (State Seed Control Officials) in other states have "Genetic Engineering" as it relates to the seed industry as part of their regular duties.  Plaintiff stated that he would gladly accept the added responsibilities as they relate to seed only, but he wanted to keep his position as State Seed Program Director.  Mr. Sparks denied Plaintiff's request.

33.  Mr. Sparks said among other things that he desired that Plaintiff take the job, if not "We will have to part company." Once again, Plaintiff was being harassed, threatened and retaliated against.

34.  On or about August 1, 2006, at about 11:45, Mr. Murphy came to Plaintiff's office and informed him that Plaintiff was to cease and desist all of his activities and duties as the State Seed Program Director immediately and vacate the office by 5:00 p.m. Friday, August 4, 2006.

35.  Plaintiff was reassigned to an office with no chair.  This was another attempt by Defendant to embarrass, harass, intimidate and retaliate against Plaintiff.

36.  Plaintiff was the first black to hold the position of Seed Program Director.  Plaintiff's position was awarded to a less qualified white following Plaintiff's reassignment.  Plaintiff's position was reorganized and placed under Benny Hitch, program director for Agriculture Compliance.  Plaintiff was discriminated against based on his race.

11

37.   On or about September 27, 2006, Plaintiff filed a racial discrimination and retaliation charge against Mr. Ron Sparks and Alabama Department of Agriculture and Industries with the Equal Employment Opportunity Commission (EEOC).

38.   The Plaintiff is of the belief and provides evidence that he has been discriminated against in violation of Title VII of the 1964 Civil Rights Act, as amended based on race and in retaliation to his complaint of the discriminatory treatment of blacks in the workplace and with A.S.E.A..

## COUNT ONE

### RACE DISCRIMINATION – TITLE VII

39.   Plaintiff adopts, realleges and incorporates by reference paragraphs one through forty-one above, the same as if more fully set herein, and further alleges anew.

40.   In taking the above described actions, Defendant intentionally discriminated against Plaintiff on April 30, 2003, April 2005 and July 2006, on the basis of his race.

41.   As a proximate consequence of the violations of Title VII based on race by Defendant, Plaintiff has suffered and will continue to suffer damage to his professional life and current and future career opportunities.   Further, Plaintiff has suffered future pecuniary losses, emotional pain, inconvenience, mental anguish, loss of enjoyment of life and non-pecuniary damages.

12

## COUNT TWO

### RETALIATION

42.   Plaintiff adopts, realleges and incorporates by reference paragraphs one through forty-four above, the same as if more fully set herein, and further alleges anew.

43.   In taking the above described actions, Defendant retaliated against Plaintiff, when he filed a complaint with the State Employee Association in June 2006, against Defendant.

44.   As a direct result of the ongoing retaliation against Plaintiff, Plaintiff's constitutional rights have been abridged.

45.   As a proximate cause of the Defendant's actions, Plaintiff has been injured and damaged, as set forth in paragraphs above.

### PRAYER FOR RELIEF

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays that this Honorable Court grant the following:

a.   Assume jurisdiction over this action;

b.   A judgment declaring that Defendant violated 28 U.S.C. Sec. 1331, 42 U.S.C. Sec. 2000(e), et seq. and Retaliation;

c.   All back-pay and fringe benefits as a result of the discrimination and retaliation, with interest;

d.   Attorney's fees;

13

e.   Costs;

f.   Prejudgment interest;

g.   An award of such compensatory damages for any loss of wages, and loss of benefits, including, but not limited to, retirement pension benefits, mental anguish, emotional distress, and embarrassment, both past, present and future to which Plaintiff may be entitled; and such further, other and different legal or equitable relief as the Court may deem appropriate or which she may be entitled, and

h.   Punitive damages.

Respectfully submitted,

_____
Juraldine Battle-Hodge (BAT033)
Attorney for the Plaintiff
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104

14

## CERTIFICATE OF SERVICE

We, hereby certify that, on the 21st day of December 2007, the foregoing document was served upon the following counsel of record by placing a copy of the same in the U.S. Mail, First Class postage prepaid, addressed as follows:

**Hon. E. Ham Wilson, Jr.**
**Hon. Emily C. Marks**
**Ball, Ball, Mathews & Novak, P.A.**
**P.O. Box 2148**
**Montgomery, Alabama 36102-2148**

OF COUNSEL:

15

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **JOHN L. CRAYTON,**       ) | |
|                         ) | |

**JOHN L. CRAYTON,** )
     )
     **Plaintiff,** )
     )
**v.** )     **Case No. _____**
     )
**ALABAMA DEPARTMENT OF** )     **JURY DEMAND**
**AGRICULTURE & INDUSTRIES,** )
     )
     **Defendant.** )

## COMPLAINT

**COMES NOW** John L. Crayton (Plaintiff), and for his complaint against Alabama Department of Agriculture & Industries and its agents and representatives (Defendant) hereby complains as set forth herein below.

### JURISDICTION/VENUE

1.    This Court has jurisdiction over the litigation based pursuant to Title VII of the Civil Rights Act of 1964, as amended based on retaliation.

2.    Plaintiff has fulfilled all conditions precedent to the institution of this action.

3.    Defendant is located and/or doing business within this judicial district (Middle District and the Northern Division of Alabama). This action is brought within the judicial district wherein the unlawful employment practices were committed, making venue proper under 42 U.S.C. Section 2000(e)-5(f) (3), 28 U.S.C. Section 1391(b) and Retaliation.



1

## PARTIES

4.  Plaintiff John L. Crayton, hereinafter referred to as "Plaintiff," is an African-American male resident of the United States, residing in Montgomery County, Alabama. Plaintiff is a resident of this judicial district, and has been employed by Defendant at all times material hereto. Plaintiff is a member of the protected class for race within the meaning of Title VII. Plaintiff is also an employee of Defendant within the meaning of Title VII.

5.  Defendant, Alabama Department of Agriculture & Industries, hereinafter referred to as "Department" is a state agency and is authorized to do business in the State of Alabama, and employs at least fifteen (15) persons and otherwise meets the jurisdictional prerequisites of Title VII.

## NATURE OF THE CASE

6.  This is a lawsuit brought by Plaintiff seeking relief from unlawful retaliatory practices by Defendant. Plaintiff has been adversely affected by retaliation involving promotion, compensation, assignments, and other terms and conditions of employment as a result of Defendant failing to remedy violations of retaliation. The practices committed and continuing to be committed by Defendant violate Title VII of the Civil Rights Act of 1964, as amended ("Title VII").

2

## **FACTUAL BACKGROUND**

7.    On May 3, 2007, Plaintiff filed a complaint with the Equal
Employment Opportunity Commission (EEOC) – See Exhibit 1 -
Charge No. 420 2007 02801. The Plaintiff received his Notice of
Suit Rights on October 9, 2007 - See Exhibit 1. As a result, the
Plaintiff timely files the underlying complaint.

8.    This complaint was as a result of retaliation that Plaintiff was
subjected based on his initial complaint to the EEOC on September
27, 2006.

9.    Because of Plaintiff's involvement in statutorily protected activities,
Plaintiff was retaliated against.    In particular, as a form of
punishment, on or about November 14, 2006, Plaintiff was ordered
to meet with Ronnie Murphy.    Ronnie Murphy was Plaintiff's
supervivisor.  In this meeting, Mr. Murphy mandated that Plaintiff
contact the Behavior Health System Coordinator to see a
psychiatrist.    Under duress Plaintiff saw the psychiatrist.    This
action was merely a way to smear Plaintiff's reputation and to
retaliate against him.  At that time Plaintiff had been employed by
the Defendant for almost thirty (30) years and had never had any
psychological problems.  This punitive treatment only came abbot
due to Plaintiff's participation in statutorily protected activity.

10.    The Defendant continued to harass the Plaintiff after he filed his
initial EEOC Complaint.  The Defendant also refused to administer

Plaintiff's annual evaluation. Plaintiff was due his evaluation by April 30, 2007. The Defendant's refusal to administer Plaintiff's evaluation affected his eligibility for an increase in salary. The refusal to evaluate Plaintiff was clearly retaliation for Plaintiff participating in statutorily protected activity.

## COUNT ONE

### RETALIATION

11.    Plaintiff adopts, realleges and incorporates by reference paragraphs one through ten above, the same as if more fully set herein, and further alleges anew.

12.    In taking the above described actions, Defendant retaliated against Plaintiff, when he filed his EEOC complaint on September 27, 2006.

13.    As a direct result of the ongoing retaliation against Plaintiff, Plaintiff's constitutional rights have been abridged.

14.    As a proximate cause of the Defendant's actions, Plaintiff has been injured and damaged, as set forth in paragraphs above.

### PRAYER FOR RELIEF

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays that this Honorable Court grant the following:

a.    Assume jurisdiction over this action;

b.    A judgment declaring that Defendant violated Title VII of the Civil Rights Act, as amended based on retaliation

4

c.    All back-pay and fringe benefits as a result of the retaliation, with

interest;

d.    Attorney's fees;

e.    Costs;

f.    Prejudgment interest;

g.    An award of such compensatory damages for any loss of wages,

and loss of benefits, including, but not limited to, retirement

pension benefits, mental anguish, emotional distress, and

embarrassment, both past, present and future to which Plaintiff

may be entitled; and such further, other and different legal or

equitable relief as the Court may deem appropriate or which she

may be entitled, and

h.    Punitive damages.

## Jury Demand

Plaintiff demands trial by jury on each and every cause of action.

Respectfully submitted,

_____

Juraldine Battle-Hodge (BAT033)

**PLAINTIFF DEMANDS TRIAL BY STRUCK JURY ON ALL CLAIMS SO TRIABLE.**

_____

**OF COUNSEL**

5

**PLEASE SERVE DEFENDANT BY CERTIFIED MAIL
RETURN RECEIPT REQUESTED**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **JOHN L. CRAYTON** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.:**   **2:07cv1111** |
| | ) | |
| **ALABAMA DEPARTMENT OF** | ) | |
| **AGRICULTURE & INDUSTRIES** | ) | |
| | ) | |
| **Defendants.** | ) | |

### MOTION TO DISMISS

**COMES NOW,** the defendant, Alabama Department of Agriculture & Industries, and submits the following Motion to Dismiss. As grounds for this motion, defendant would show as follows:

1.      Plaintiff, John Crayton, filed *Crayton v. Alabama Department of Agriculture & Industries*, 2:07CV626-MEF on or about July 9, 2007, claiming race discrimination, and retaliation in violation of Title VII. (Ex. 1 - 2:07CV626-MEF Complaint). That matter is currently pending before Judge Fuller.

2.      In that action, on December 21, 2007, the plaintiff filed a Motion for Leave to Amend the Complaint on the basis that he had discovered certain allegations in his Complaint were not ripe. (Ex. 2 - 2:07CV626-MEF Doc.10). The plaintiff attached his proposed Amended Complaint to his Motion to Amend. (Ex. 3 - 2:07CV626-MEF Doc.10-2). The proposed amended complaint omitted plaintiff's claim of retaliation and alleged facts related thereto. (Id.). On January 3, 2008, the Court granted plaintiff's Motion for Leave to Amend the Complaint. (Ex. 4 - 2:07CV626-MEF Doc.11). However, to date, plaintiff has not yet filed his Amended Complaint in that case.

Exhibit 4

3.    On December 21, 2007, plaintiff filed the current action against the defendant, Alabama Department of Agriculture & Industries. (Doc.1). In this second Complaint, the plaintiff brings a claim for retaliation pursuant to Title VII, the same claim contained within the Complaint in the previously filed action pending before Judge Fuller. (Doc. 1). The factual and legal allegations contained in the plaintiff's Complaint in the current action are those which were contained in the original Complaint submitted in the previously filed action pending before Judge Fuller (2:07CV626-MEF), namely retaliation based on alleged actions taken by the defendant after the plaintiff submitted a charge of discrimination with the Equal Employment Opportunity Commission. (Id.) Thus, the allegations contained within the plaintiff's original Complaint in the first action pending before Judge Fuller relating to retaliation are alleged in a separate action in this Court in this, his second lawsuit.

4.    The retaliation claim brought in this lawsuit is contained in the original complaint submitted in the previously filed action. Because the plaintiff has not yet filed his Amended Complaint in Judge Fuller's case, the matter pending before this Court in is still pending before Judge Fuller in the previously filed action.

5.    In the Complaint filed in *Crayton v. Alabama Department of Agriculture & Industries*, 2:07CV626-MEF, plaintiff alleges:

       37.    On or about September 27, 2006, Plaintiff filed a racial discrimination and retaliation charge against Mr. Ron Sparks and Alabama Department of Agriculture and Industries with the Equal Employment Opportunity Commission (EEOC).

       38.    On or about November 14, 2006, Plaintiff was summoned to Deputy Commissioner Ronnie Murphy's (Plaintiff's new supervisor) office for a meeting. Upon arrival at the meeting, Plaintiff was informed that the purpose of this meeting was to discuss a supervisor referral for an employee assistance program for Plaintiff. Plaintiff was

2

told that the referral was mandatory and that he had to contact the Behavioral Health System Care Coordinator by December 5, 2006, to schedule an appointment to see a psychiatrist.  This was another instance of Defendant harassing and retaliating against Plaintiff due to Plaintiff participating in statutorily protected activity.

39.    On or about May 3, 2007, Plaintiff filed another charge of racial discrimination and retaliation as a result of the November 14, 2006 meeting with Ronnie Murphy and Mr. Murphy's failure to complete his annual evaluation by the April 30th deadline.

                              ***

46.    In taking the above described actions, Defendant retaliated against Plaintiff when he filed a complaint with the State Employee Association in June 2006, *and EEOC complaints against Defendant.*

(Ex. 1 - 2:07CV626-MEF Complaint)(emphasis added).

In his Complaint alleging retaliation pending before this court, plaintiff alleges:

8.    This complaint was as a result of retaliation that Plaintiff was subjected to based on his initial complaint he filed with the EEOC.    Plaintiff filed his EEOC complaint on September 27, 2006.

9.    Because of Plaintiff's involvement in this statutorily protected activity, Plaintiff was retaliated against.    In particular, as a form of punishment/retaliation, on or about November 14, 2006, Plaintiff was ordered to meet with Ronnie Murphy.    Ronnie Murphy was Plaintiff's supervisor.    In this meeting, Mr. Murphy mandated that Plaintiff contact the Behavioral Health System Coordinator to see a psychiatrist.    Under duress Plaintiff saw the psychiatrist.    This action was merely a way to smear Plaintiff's reputation and to retaliate against him.    At this time Plaintiff had been employed by the Defendant for almost thirty (30) years and had never had any psychological problems.    This punitive treatment resulted solely due to Plaintiff's participation in statutorily protected activity.

3

In the plaintiff's two pending lawsuits, the claims, issues, parties, attorneys, and available relief are all similar. Thus, dismissal of this, the plaintiff's second filed lawsuit, is warranted, and indeed necessary to avoid duplicative litigation.

Therefore, the defendant respectfully requests that this Court grant its Motion to Dismiss, and dismiss all claims pending in this action.

   /s/   Emily C. Marks
EMILY C. MARKS

   /s/   E. Hamilton Wilson, Jr
E. HAMILTON WILSON, JR.
Attorneys for the Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2008, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following:

Juraldine Battle-Hodge
207 Montgomery St., Ste. 215
Montgomery, AL 36104-3528

/s/ Emily C. Marks
OF COUNSEL

6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

JOHN L. CRAYTON            )
                                )
     Plaintiff,               )
                                )
v.                             )     Case No.:    2:07cv626-MEF
                                )
ALABAMA DEPARTMENT OF    )
AGRICULTURE & INDUSTRIES   )
                                )
     Defendant.              )

## ANSWER TO AMENDED COMPLAINT

**COMES NOW,** the defendant, Alabama Department of Agriculture & Industries, and in answer to plaintiff's Amended Complaint, states as follows:

1.     The defendant admits the existence of federal question jurisdiction. However, the defendant denies that unlawful discrimination occurred and demands strict proof thereof.

2.     Denied.

3.     Defendant admits proper venue; however, defendant denies any unlawful employment practices were committed and demands strict proof thereof.

4.     Admitted.

5.     The defendant admits it is a state agency and is authorized to do business in the State of Alabama. Defendant admits it employs at least 15 persons. Defendant denies the remainder of Paragraph 5 and demands strict proof thereof.

6.     Denied.

7.     Admitted.

8.     Denied.

Exhibit 5

9.      Defendant admits that as State Seed Program Director, plaintiff's job responsibilities included enforcing the Truth in Labeling Law.

10.     Denied.

11.     Defendant admits that it had received complaints from seed processors, farmers, and other users that had samples in the Seed Laboratory for an extended period of time and had not received analysis reports. The defendant denies the remainder of the allegations in Paragraph 11 and demands strict proof thereof.

12.     Denied.

13.     Denied.

14.     The defendant does not have sufficient information to admit or deny the allegations regarding plaintiff's alleged application for position of Division Director or his ranking. The defendant denies the remainder of the allegations contained in Paragraph 14 and demands strict proof thereof.

15.     Defendant admits that the plaintiff received a reprimand for failure to perform his job properly. The defendant denies the remaining allegations of Paragraph 15 and demands strict proof thereof.

16.     Defendant admits that the plaintiff was afforded an opportunity to respond to his reprimand. Defendant denies the remaining allegations in Paragraph 16 and demands strict proof thereof.

17.     Defendant admits that Commissioner Sparks took action to insure state and federal authorities regained confidence in the seed program. Defendant denies the remaining allegations in Paragraph 17 and demands strict proof thereof.

2

18.     Defendant admits that plaintiff had been provided with a state vehicle. Defendant denies the remaining allegations in Paragraph 18 and demands strict proof thereof.

19.     Defendant does not have sufficient information to admit or deny the allegations in Paragraph 19.

20.     Denied.

21.     Defendant acknowledges a discussion took place between Commissioner Sparks and the plaintiff regarding their greetings to one another. Defendant denies the remaining allegations in Paragraph 21 and demands strict proof thereof.

22.     Defendant acknowledges a discussion took place between Commissioner Sparks and the plaintiff regarding their greetings to one another. Defendant denies any derogatory remarks were uttered to or directed toward the plaintiff and denies the remaining allegations in Paragraph 22 and demands strict proof thereof.

23.     Defendant acknowledges that the plaintiff was asked to meet with Commissioner Sparks regarding an earlier discussion between the two men. Defendant denies the remaining allegations in Paragraph 23 and demands strict proof thereof.

24.     Defendant acknowledges that Jeff Webb met with Commissioner Sparks and the plaintiff regarding an earlier discussion between the two men. Defendant denies the remainder of the allegations contained in paragraph 24 and demands strict proof thereof.

25.     Defendant admits that the plaintiff's duties and responsibilities changed as he was assigned the responsibility to head up and establish the new Genetically-Modified Plant Program. Defendant denies the remaining allegations in Paragraph 25 and demands strict proof thereof.

3

26.    Defendant admits that the plaintiff was asked to a meeting regarding his job responsibilities. The defendant denies the remainder of the allegations contained in paragraph 26 and demands strict proof thereof.

27.    The defendant admits that the plaintiff was informed that his duties and responsibilities would be changed as he was assigned the responsibility to head up and establish the new Genetically-Modified Plant Program. The defendant denies the remainder of the allegations contained in Paragraph 27 and demands strict proof thereof.

28.    Defendant admits that plaintiff expressed a desire to remain in his position as Seed Program Director. Defendant denies the remainder of the allegations contained in paragraph 28 and demands strict proof thereof.

29.    Defendant admits that plaintiff was informed that he was qualified to head up and establish the new Genetically-Modified Plant Program and that it was a lateral transfer. The defendant denies the remainder of the allegations contained in paragraph 29 and demands strict proof thereof.

30.    Defendant admits that Commissioner Sparks met with the plaintiff regarding the new Genetically-Modified Plant Program. Defendant denies the remaining allegations in Paragraph 30 and demands strict proof thereof.

31.    Defendant admits that Commissioner Sparks met with the plaintiff regarding the new Genetically-Modified Plant Program. Defendant denies the remaining allegations in Paragraph 31 and demands strict proof thereof.

32.    Defendant admits that the plaintiff's responsibilities were modified as he was chosen to head up and establish the new Genetically-Modified Plant Program. Defendant denies the remaining allegations in Paragraph 32 and demands strict proof thereof.

4

33.    Defendant admits that plaintiff was reassigned to head up and establish the new Genetically-Modified Plant Program.    Defendant denies the remainder of the allegations contained in paragraph 33 and demands strict proof thereof.

34.    Defendant admits that plaintiff was informed that his new responsibilities with the new Genetically-Modified Plant Program would begin on a date certain. Defendant denies the remaining allegations in Paragraph 34 and demands strict proof thereof.

35.    Denied.

36.    Defendant admits that the plaintiff was the first African-American to hold the position of Seed Program Director.    The defendant denies the remainder of the allegations contained in Paragraph 36 and demands strict proof thereof.

37.    Defendant admits that the plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission. Defendant denies the remaining allegations in Paragraph 37 and demands strict proof thereof.

38.    Denied.

39.    Defendant realleges and incorporates responses to Paragraphs 1 through 38 by reference as if fully set forth herein.  To the extent called for, defendant also adopts and incorporates responses to Paragraphs 40 through 45 and its affirmative defenses as if fully set forth herein.

40.    Denied.

41.    Denied.

42.    Defendant realleges and incorporates responses to Paragraphs 1 through 41 by reference as if fully set forth herein.  To the extent called for, defendant also adopts and

incorporates responses to Paragraphs 43 through 45 and its affirmative defenses as if fully set forth herein.

43.   Denied.

44.   Denied.

45.   Denied.

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a cause of action against this defendant upon which relief may be granted to the plaintiff.

## SECOND AFFIRMATIVE DEFENSE

The defendant pleads the general issue.

## THIRD AFFIRMATIVE DEFENSE

The defendant pleads not guilty.

## FOURTH AFFIRMATIVE DEFENSE

The defendant avers that it is not guilty of any violation of the plaintiff's employment rights.

## FIFTH AFFIRMATIVE DEFENSE

The defendant pleads the statute of limitations.

## SIXTH AFFIRMATIVE DEFENSE

The plaintiff has failed to exhaust his administrative remedies.

## SEVENTH AFFIRMATIVE DEFENSE

The defendant affirmatively avers that any actions it took, having any bearing whatsoever on plaintiff, were taken for legitimate nondiscriminatory, non-retaliatory reasons and were an appropriate exercise of its authority without intent to discriminate against plaintiff.

## EIGHTH AFFIRMATIVE DEFENSE

The plaintiff's claim for relief is barred for a failure to mitigate his damages, if any.

## NINTH AFFIRMATIVE DEFENSE

The defendant denies that it acted with any discriminatory intent.

## TENTH AFFIRMATIVE DEFENSE

The defendant avers that all actions were taken in good faith.

## ELEVENTH AFFIRMATIVE DEFENSE

The defendant avers that all actions were made for bona fide business purposes.

## TWELFTH AFFIRMATIVE DEFENSE

All of the acts or omissions alleged by the plaintiff were for legitimate, nondiscriminatory, non-retaliatory reasons.

## THIRTEENTH AFFIRMATIVE DEFENSE

Defendant avers that all employment decisions were made as a result of business necessity.

## FOURTEENTH AFFIRMATIVE DEFENSE

Defendant denies that any violation of Title VII has occurred and demands strict proof thereof.

## FIFTEENTH AFFIRMATIVE DEFENSE

At all times relevant to this Complaint defendant acted based on reasonable factors other than race in dealing with the plaintiff.

## SIXTEENTH AFFIRMATIVE DEFENSE

The plaintiff contributed to any of the alleged damages or injuries received.

## SEVENTEENTH AFFIRMATIVE DEFENSE

The plaintiff is not entitled to punitive damages in this action and any order of punitive damages against this defendant would amount to a violation of this defendant's constitutional rights.

## EIGHTEENTH AFFIRMATIVE DEFENSE

The plaintiff's alleged injuries and damages resulted from his own conduct, and he contributed to any of the alleged damages or injuries received. He should be estopped from any cause of action in this matter.

## NINETEENTH AFFIRMATIVE DEFENSE

Defendant pleads the ninety (90) day time limitation contained in 42 U.S.C. §2000e-5(f).

## TWENTIETH AFFIRMATIVE DEFENSE

To the extent that plaintiff asserts claims that arose more than 180 days prior to the filing of an EEOC charge, those claims are barred for failure to satisfy the statutory prerequisites to suit.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

To the extent that plaintiff asserts claims that arose more than 180 days prior to the filing of an EEOC charge, those claims are time-barred and due to be dismissed.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

Plaintiff is estopped from seeking equitable relief as he comes into this Court with unclean hands.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

Defendant pleads accord and satisfaction.

8

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

Defendant denies any wrongful, tortious, fraudulent or improper conduct.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

Defendant avers that plaintiff is limited to the scope of the EEOC charge of discrimination. Defendant pleads the applicability of 42 U.S.C. §1981a and the damage limitations contained therein.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

The award of discretionary, compensatory damages for mental suffering on behalf of Plaintiff violates the Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments of the Constitution of the United States because there are no fixed standards for the ascertainment of compensatory damages recoverable for mental suffering. The amount of damage for such a claim is left to the sound discretion of the jury with no specific, much less objective standard for the amount of the award. Therefore, the procedure pursuant to which compensatory damages for mental suffering are awarded violates the Constitution because: (a) it fails to provide a reasonable limit on the amount of the award against Defendants, which thereby violates the due process clause of the Fourteenth amendment of the Constitution of the United States, (b) it fails to provide specific standards for the amount of the award of compensation, which thereby violates the due process clause of the Fourteenth Amendment of the United States Constitution, (c) it results in the imposition of different compensation for the same or similar acts, and, thus, violates the equal protection clause of the Fourteenth Amendment of the United States Constitution; and, (d) it constitutes deprivation of property without due process of law required under the Fifth and Fourteenth Amendment of the United States Constitution.

9

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

The award of discretionary compensatory damages for mental suffering to the Plaintiff violates the due process clause of Article One, Section 6 of the Constitution of Alabama because it fails to provide a limit on the amount of the award against this Defendant, it is unconstitutionally vague, it fails to provide specific standards in the amount of the award of such damages, and it constitutes a deprivation of property without the due process of the law.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

1.     Defendant avers that the Complaint fails to state a claim upon which punitive damages may be awarded to Plaintiff.

2.     Defendant avers that any award of punitive damages to the Plaintiff in this case would be violative of the constitutional safeguards provided to Defendant under the Constitution of the State of Alabama.

3.     Defendant avers that any award of punitive damages to the Plaintiff in this case would be violative of the constitutional safeguards provided to Defendant under the Constitution of the United States of America.

4.     Defendant avers that any award of punitive damages to the Plaintiff in this case would be violative of the constitutional safeguards provided to the Defendant under the Due Process Clause of the Fourteenth Amendment to the Constitution of the United States in that the determination of punitive damages under Alabama law is vague, is not based upon any objective standards, is in fact standardless, and is not rationally related to legitimate government interests.

5.     Defendant avers that any award of punitive damages to the Plaintiff in this case would be violative of Article I, Section 6 of the Constitution of the State of Alabama which

10

provides that no person shall be deprived of life, liberty, or property except by due process of law, in that punitive damages are vague and are not rationally related to legitimate government interests.

6.      Defendant avers that any award of punitive damages to the Plaintiff in this case would be violative of the procedural safeguards provided to defendant under the Sixth Amendment to the Constitution of the United States in that punitive damages are penal in nature and consequently, Defendant is entitled to the same procedural safeguards accorded to criminal defendants.

7.      It is violative of the self-incrimination clause of the Fifth Amendment to the Constitution of the United States of America to impose against this Defendant punitive damages, which are penal in nature, yet compel Defendant to disclose documents and evidence.

8.      It is violative of the self-incrimination clause of Article I, Section 6 of the Constitution of the State of Alabama to impose against this Defendant punitive damages, which are penal in nature, yet compel Defendant to disclose documents and evidence.

9.      Plaintiff's claim of punitive damages violates the Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments of the Constitution of the United States, on the following grounds:

   a)      It is a violation of the Due Process and Equal Protection Clauses of the Fourteenth Amendment of the United States Constitution to impose punitive damages, which are penal in nature, against a civil defendant upon the plaintiff's satisfying a burden of proof which is less than the "beyond a reasonable doubt" burden of proof required in criminal cases;

   b)      The procedures pursuant to which punitive damages are awarded fail to provide a reasonable limit or, the amount of the award against defendant, which thereby violates the Due Process Clause of the Fourteenth Amendment of the United States Constitution;

   c)      The procedures pursuant to which punitive damages are awarded fail to provide specific standards for the amount of the award of punitive damages which thereby violates the Due Process Clause of the Fourteenth Amendment of the United States Constitution;

11

11. Plaintiff's attempt to impose punitive or extracontractual damages on this Defendant, on the basis of vicarious liability for the conduct of others, violates the Fifth, Eighth and Fourteenth Amendments of the United States Constitution.

12. The award of punitive damages to the Plaintiff in this action would constitute a deprivation of property without due process of law required under the Fifth and Fourteenth Amendments of the United States Constitution.

13. The award of punitive damages against Defendant in this action would violate the prohibition against laws that impair the obligations of contracts in violation of Article I, Section 22 of the Constitution of Alabama.

14. The Complaint fails to state a claim for punitive damages under Alabama Code §§ 6-11-20 to 6-11-30 (1975) and is barred.

15. It is violative of the self-incrimination clause of Article I, Section 6 of the Constitution of the State of Alabama to impose against this Defendant punitive damages, which are penal in nature, yet compels Defendant to disclose evidence.

16. Plaintiff's claim for punitive damages is limited to the amount recoverable as set forth in §6-11-21, Ala.Code, 1975. This defense is intended to challenge the ruling stated in Henderson v. Alabama Power Co., 627 So. 2d 878 (Ala. 1993).

_____ /s/ _____ Emily C. Marks _____
EMILY C. MARKS

_____ /s/ _____ E. Hamilton Wilson, Jr. _____
E. HAMILTON WILSON, JR.
Attorneys for the Defendant

13

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2008, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following:

Juraldine Battle-Hodge
207 Montgomery St., Ste. 215
Montgomery, AL 36104-3528

/s/ Emily C. Marks
OF COUNSEL

14

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
MAR 24 P 7 04

JOHN L. CRAYTON,                    )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )        Case No. 2:07-cv-1111-TFM
                                    )
ALABAMA DEPARTMENT OF               )
AGRICULTURE & INDUSTRIES,           )
                                    )
        Defendant.                  )

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND COURT'S ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE CONSOLIDATED

**COMES NOW** the Plaintiff by and through his attorney of record and files this Response to Defendant's Motion to Dismiss and Court's Order to Show Why Cases Should Not be Consolidated.

1. Plaintiff filed *Crayton v. Alabama Department of Agriculture and Industries,* 2:08-CV-626-MEH, on July 9, 2007.

2. Certain factual allegations that Plaintiff made in said case were premature as they related to an EEOC charge that Plaintiff filed on May 3, 2007. At the time of the filing of Plaintiff's original complaint, Plaintiff had not received his Right to Sue Notice on this act of retaliation.

3. After Plaintiff received his Right to Sue Notice, December 21, 2007, Plaintiff filed leave to amend her complaint. Plaintiff attached a proposed amended complaint, deleting the charges of retaliation as

1

Exhibit 6

they were not ripe at the time of the filing of the complaint. At that time Plaintiff filed the underlying Complaint. This Complaint was filed as a result of the May 2007 EEOC charge.

4. This Honorable Court granted Plaintiff's Motion to Amend his Complaint.

5. *Federal Rules of Civil Procedure*, Rule 42 (a) addresses the consolidation of federal cases. This rule does not make the consolidation of cases compulsory. This rule leaves the decision of whether to consolidate cases to the discretion of the trial court. This rule clearly states that the court may consolidate actions that have a common question of law or fact. It in no way mandates that the trial court consolidate all cases that have common facts and/or common legal questions.

6. Though there are common facts in the two cases, the disposition of the said cases in no way requires that the cases be consolidated. The Defendant will not be prejudiced by allowing the cases to be tried separately. The Plaintiff has paid separate filing fees to ensure that the two cases will be tried separately.

7. As with *Dr. Robert J. Walker v. v. H. Council Treholm State Technical College, et al.*, Civil Action No. 2:06cv49-ID, "In deciding whether to order consolidation, the trial court must balance the probable savings of time and effort against the likelihood that a party may be prejudiced, inconvenienced or put to extra expense." The Plaintiff avers that

2

neither party will be prejudiced, or inconvenienced by separate trials. Any expenses that will be had by the Defendant will be the same whether the cases are consolidated, or not. Further, there will be no measurable savings of time and effort if the cases are consolidated.

**WHEREFORE, PREMISES CONSIDERED,** the Plaintiff prays that this Honorable Court will not dismiss this action and consolidate it with *Crayton v. Alabama Department of Agriculture and Industries,* 2:07-CV-626-MEF.

Respectfully submitted,

Juraldine Battle-Hodge
Attorney for the Plaintiff
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104

3

## CERTIFICATE OF SERVICE

We, hereby certify that, on the 24th day of March 2008, the foregoing document was served upon the following counsel of record by placing a copy of the same in the U.S. Mail, First Class postage prepaid, addressed as follows:

**Hon. E. Ham Wilson, Jr.**
**Hon. Emily C. Marks**
**Ball, Ball, Mathews & Novak, P.A.**
**P.O. Box 2148**
**Montgomery, Alabama 36102-2148**

_____
OF COUNSEL

4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **JOHN L. CRAYTON** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.:**   **2:07cv1111-TFM** |
| | ) | |
| **ALABAMA DEPARTMENT OF** | ) | |
| **AGRICULTURE & INDUSTRIES** | ) | |
| | ) | |
| **Defendant.** | ) | |

### DEFENDANT'S RESPONSE TO SHOW CAUSE ORDER RE: CONSOLIDATION

**COMES NOW,** the defendant, Alabama Department of Agriculture & Industries, and submits the following response to this Court's Order to Show Cause as to why this case should not be consolidated with *Crayton v. Alabama Department of Agriculture & Industries*, 2:07CV626-MEF, both currently pending in the United States District Court for the Middle District of Alabama Northern Division. Defendant asserts that these two cases should be consolidated and would show as follows:

1. Plaintiff, John Crayton, filed *Crayton v. Alabama Department of Agriculture & Industries*, 2:07CV626-MEF on or about July 9, 2007, claiming race discrimination, and retaliation in violation of Title VII. (Ex. 1 - 2:07CV626-MEF Complaint). That matter is currently pending before Judge Fuller.

2. In that action, on December 21, 2007, the plaintiff filed a Motion for Leave to Amend the Complaint on the basis that he had discovered certain allegations in his Complaint were not ripe. (Ex. 2 - 2:07CV626-MEF Doc.10). The plaintiff attached his proposed Amended Complaint to his Motion to Amend. (Ex. 3 - 2:07CV626-MEF Doc.10-2). The proposed amended complaint omitted plaintiff's claim of retaliation and alleged facts related thereto. (Id.).

Exhibit 7

On January 3, 2008, the Court granted plaintiff's Motion for Leave to Amend the Complaint. (Ex. 4 - 2:07CV626-MEF Doc.11). The plaintiff filed his Amended Complaint on March 17, 2008. (Ex. 5 - 2:07CV626-MEF Doc. 13).

      3.     On December 21, 2007, plaintiff filed the current action against the defendant, Alabama Department of Agriculture & Industries. (Doc.1). In this second Complaint, the plaintiff brings a claim for retaliation pursuant to Title VII, the same claim omitted from Plaintiff's Amended Complaint in the previously filed action pending before Judge Fuller. (Doc. 1). The factual and legal allegations contained in the plaintiff's Complaint in the current action are those which were contained in the original Complaint submitted in the previously filed action pending before Judge Fuller (2:07CV626-MEF), namely retaliation based on alleged actions taken by the defendant after the plaintiff submitted a second charge of discrimination with the Equal Employment Opportunity Commission. (Id.) Thus, the allegations contained within the plaintiff's original Complaint in the first action pending before Judge Fuller relating to retaliation are alleged in a separate action in this Court in this, his second lawsuit.

      4.     The facts related to the plaintiff's claim for retaliation in the current lawsuit flow from alleged acts related to his race discrimination claim contained in the previously filed lawsuit. The allegations in both lawsuits arise from the same common nucleus of operative fact. The retaliation claim brought in this lawsuit is contained in the original complaint submitted in the previously filed action, but omitted by the plaintiff in his Amended Complaint (Ex. 3 - 2:07CV626-MEF Doc. 13). Further, the same parties and attorneys are involved in each lawsuit. Thus, judicial economy would be promoted by consolidation of these two cases.

      5.     Rule 42 of the Federal Rules of Civil Procedure provides that: "when actions involving a common question of law or fact are pending before the Court, it may order a joint

2

hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay." The claims in both of the plaintiff's cases pending in the Middle District of Alabama, Northern Division arise out of common questions of law and fact. Therefore, in order to avoid unnecessary cost and delay, these two cases should be consolidated.

Therefore, the defendant respectfully requests this Court, pursuant to Rule 42 of the Federal Rules of Civil Procedure, consolidate the current action with the matter pending before Judge Fuller (2:07CV626-MEF) in order to avoid unnecessary costs or delay.

/s/     Emily C. Marks
EMILY C. MARKS

/s/     E. Hamilton Wilson, Jr.
E. HAMILTON WILSON, JR.
Attorneys for the Defendant

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2008, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following:

Juraldine Battle-Hodge
207 Montgomery St., Ste. 215
Montgomery, AL  36104-3528

/s/ Emily C. Marks
OF COUNSEL

4

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN L. CRAYTON | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-626-MEF |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | (LEAD CASE) |
| AGRICULTURE & INDUSTRIES, | ) | |
| | ) | |
| Defendant. | ) | |

***********************************

| | | |
|---|---|---|
| JOHN L. CRAYTON | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-1111-MEF |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | (MEMBER CASE) |
| AGRICULTURE & INDUSTRIES, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

It is hereby ORDERED that the two cases listed above are CONSOLIDATED for all

purposes pursuant to Federal Rule of Civil Procedure 42(a) because these cases involve

common questions of law and fact. It is further ORDERED that case number 2:07cv626-

MEF shall be designated as the lead case. The Clerk of the Court is hereby DIRECTED

electronically docket a copy in each case. It is further ORDERED that all future filings shall

bear the consolidated caption on this Order, but shall only be filed in the lead case.

DONE this the 1st day of April, 2008.


_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE

Exhibit 8

# DEPOSITION OF JOHN L. CRAYTON

## April 17, 2008

## Pages 1 through 180

## PREPARED BY:

**Haislip, Ragan, Green, Starkie & Watson, P.C.**
**566 South Perry Street**
**Post Office Box 62**
**Montgomery, AL  36104**
**Phone: (334) 263-4455**
**Fax: (334) 263-9167**
**E-mail: haislipragan@charter.net**

Exhibit 9

**Page 1**

1
2           IN THE UNITED STATES DISTRICT COURT
3            FOR THE MIDDLE DISTRICT OF ALABAMA
4                      NORTHERN DIVISION
5
6    JOHN L. CRAYTON,
7         Plaintiff,
8    vs.                CIVIL ACTION NO.
                        2:07cv626-MEF
9    ALABAMA DEPARTMENT OF
     AGRICULTURE & INDUSTRIES,
10
          Defendant.
11
12
13
14          * * * * * * * * * * * * *
15       DEPOSITION OF JOHN L. CRAYTON, taken pursuant to
16    stipulation and agreement before Gina L. Haislip,
17    Registered Professional Reporter and Commissioner for
18    the State of Alabama at Large, in the Law Offices of
19    Ball, Ball, Matthews & Novak, 2000 Interstate Park
20    Drive, Montgomery, Alabama, on Thursday, April 17,
21    2008, commencing at approximately 10:25 a.m.
22          * * * * * * * * * * * * *
23

**Page 2**

1
2                    APPEARANCES
3
4
5    FOR THE PLAINTIFF:
6    Ms. Juraldine Battle-Hodge
     LAW OFFICES OF JURALDINE BATTLE-HODGE, PC
7    Suite 251
     207 Montgomery Street
8    Montgomery, AL  36104
9
     FOR THE DEFENDANT:
10
     Mr. E. Hamilton Wilson, Jr.
11   Ms. Emily C. Marks
     BALL, BALL, MATTHEWS & NOVAK, PA
12   Attorneys at Law
     Suite 204
13   2000 Interstate Park Drive
     Montgomery, AL  36109
14
     Mr. Robert J. Russell, Sr.
15   Mr. Jeffrey T. Webb
     Attorneys at Law
16   Department of Agriculture & Industries
     Post Office Box 3336
17   Montgomery, AL  36109
18          * * * * * * * * * * * * *
19          EXAMINATION INDEX
20
     JOHN L. CRAYTON
21
     BY MR. WILSON           5
22
            * * * * * * * * * * * * *
23

**Page 3**

1
2                    EXHIBIT INDEX
3
4    DX
5
     1    10/4/04 memo to Mr. Crayton from Mr. Hester    40
6
     2    10/15/04 memo to Mr. Hester from Mr.           47
7         Crayton
8    3    10/4/04 memo to Alabama Seed Dealers from      52
          Commissioner Sparks
9
     4    7/28/06 letter to Mr. Crayton from Mr.        100
10        Hilburn and Mr. Murphy
11   5    Statement from the Personnel Department       103
          showing a 5% across-the-board adjustment
12        effective 9/1/06
13   6    5/24/07 letter and attachment to Mr.         105
          Crayton from Ms. Brunson
14
     7    5/11/05 memo to Mr. Crayton, cc to Mr.       118
15        Rigney, from Mr. Hester
16   8    Employee Performance Appraisal Addendum      157
          dated 5/17/07
17
18          * * * * * * * * * * * * *
19
20
21
22
23

**Page 4**

1                    STIPULATION
2        It is hereby stipulated and agreed by and
3    between counsel representing the parties that the
4    deposition of
5             JOHN L. CRAYTON
6    is taken pursuant to the Federal Rules of Civil
7    Procedure and that said deposition may be taken before
8    Gina L. Haislip, Registered Professional Reporter and
9    Commissioner for the State of Alabama at Large,
10   without the formality of a commission, that objections
11   to questions other than objections as to the form of
12   the question need not be made at this time but may be
13   reserved for a ruling at such time as the said
14   deposition may be offered in evidence or used for any
15   other purpose by either party provided for by the
16   Statute.
17       It is further stipulated and agreed by and
18   between counsel representing the parties in this case
19   that the filing of said deposition is hereby waived
20   and may be introduced at the trial of this case or
21   used in any other manner by either party hereto
22   provided for by the Statute regardless of the waiving
23   of the filing of the same.

Page 5

1    It is further stipulated and agreed by and
2  between the parties hereto and the witness that the
3  signature of the witness to this deposition is hereby
4  waived.
5
6    * * * * * * * * * * * * *
7
       JOHN L. CRAYTON
8
     The witness, after having first been duly
9
  sworn to speak the truth, the whole truth and nothing
10
  but the truth testified as follows:
11
       EXAMINATION
12
  BY MR. WILSON:
13
  Q.  State your name for us, please, sir.
14
  A.  Name is John L. Crayton.
15
  Q.  Dr. Crayton, my name is Ham Wilson. I'm
16
  representing the Department of Agriculture in
17
  this lawsuit that you filed. I'm going to
18
  take your deposition this morning and ask you
19
  some questions about your lawsuit. If at any
20
  time during the course of the deposition you
21
  need to take a break, talk to your lawyer,
22
  just let us know, and we'll do so. Okay?
23

Page 6

1   Q.  You've given a deposition before, have you
2       not?
3   A.  Yes, I have.
4   Q.  And have you given depositions in your
5       capacity as an employee with the Department of
6       Agriculture?
7   A.  Yes.
8   Q.  Just ballpark, about how many depositions have
9       you given in the last five years?
10  A.  One.
11  Q.  Oh, just one? When was that last deposition?
12      Do you remember?
13  A.  Year before last.
14  Q.  And what kind of case was that?
15  A.  It was a seed case.
16  Q.  And was your deposition just taken -- Were you
17      a fact witness or expert witness?
18  A.  Expert witness.
19  Q.  And do you recall who took that deposition?
20  A.  No, I don't.
21  Q.  Do you recall what case it was?
22  A.  Etheridge versus Greene County Co-op.
23  Q.  Etheridge versus Greene County Co-op?

Page 7

1         Was it the plaintiff or the defendant
2       taking your deposition? Do you remember? The
3       attorney for the plaintiff or the --
4   A.  Both attorneys were taking it.
5   Q.  Do you recall who noticed your deposition, who
6       asked you to be at the deposition?
7   A.  No, I don't recall.
8   Q.  Do you have a copy of that deposition?
9   A.  Yes.
10  Q.  Have you testified in court concerning that
11      lawsuit?
12  A.  No.
13  Q.  All right. Give me a description of your
14      educational background, please, sir.
15  A.  I have a master's degree in plant and soil
16      science, emphasis in seed germination.
17  Q.  You have an undergraduate degree from where?
18  A.  Grambling State University.
19  Q.  In what year?
20  A.  1967.
21  Q.  In what year did you get your master's degree?
22  A.  1981.
23  Q.  Where did you get your master's from?

Page 8

1   A.  Tuskegee University.
2   Q.  And did you get that master's degree while you
3       were employed with the Department of
4       Agriculture?
5   A.  I completed it while I was employed.
6   Q.  How long did it take you to get your master's
7       approximately?
8   A.  Roughly three years.
9   Q.  Did the Department of Agriculture encourage
10      you to get this master's degree?
11  A.  No. I came to Alabama for the purpose of
12      getting a master's degree.
13  Q.  Tell me where you reside.
14  A.  124 Elm Drive, Montgomery, zip code 36117.
15  Q.  And how long have you lived at that address,
16      Dr. Crayton?
17  A.  32 years.
18  Q.  Are you married?
19  A.  Yes, I am.
20  Q.  What's your wife's name?
21  A.  Evelyn Ford Crayton.
22  Q.  And is she employed?
23  A.  Yes, she is.

Page 9

1  Q. Where does she work?
2  A. Alabama -- Well, Auburn University.
3  Q. In what capacity?
4  A. She's assistant director of human and family
5     resources.
6  Q. Does she work in Auburn, Alabama --
7  A. Yes.
8  Q. -- at Auburn University?
9  A. Yes, she does.
10 Q. And how long has she been employed with
11    Auburn?
12 A. 30 years.
13 Q. Do you have any relatives that reside within
14    the Middle District of Alabama?
15 A. No.
16 Q. Do you have any children over the age of 19
17    that live in this area?
18 A. I have a younger son that lives in Huntsville.
19 Q. When were you first employed with the
20    Department of Agriculture?
21 A. May 1976.
22 Q. And I think you've told me you graduated from
23    Grambling in '67. Just tell me briefly what

Page 10

1     you did between '67 and '76.
2  A. I taught school for a year. I was drafted in
3     April of '68. I served two years in the Army,
4     tour in Vietnam. I was discharged February of
5     '70 from the Army.
6        And I worked a year and a half, I think,
7     at -- for an electric company in St. Louis,
8     Missouri. I applied for graduate school at
9     Tuskegee and was accepted, and I came to
10    Alabama in '71.
11 Q. Did you go back to school in '71?
12 A. '72.
13 Q. '72?
14 A. Yes.
15 Q. Well, let me ask you this first. You said you
16    taught school after you graduated from
17    Grambling. Where did you teach school?
18 A. Small town in Louisiana. Alto High School in
19    Rayville, Louisiana.
20 Q. And then you were drafted in '68?
21 A. Right.
22 Q. What branch of service did you serve with?
23 A. The Army.

Page 11

1  Q. And you did a tour in Vietnam?
2  A. Yes, I did.
3  Q. What was your rank at discharge?
4  A. E-5.
5  Q. How long were you in Vietnam?
6  A. A year, 12 months.
7  Q. When you moved back to Alabama, did you come
8     back -- did you start school again or enroll
9     in some school in '72?
10 A. I came to Alabama for the purpose of entering
11    graduate school at Tuskegee.
12 Q. And did you enter in '72 graduate school?
13 A. Yes.
14 Q. Was it as a full-time student or part time?
15 A. Full time.
16 Q. And did you obtain a degree?
17 A. I did.
18 Q. What degree did you get?
19 A. Master's.
20 Q. Is that the same master's that you told me you
21    got in '81?
22 A. Yes.
23 Q. So help me out here. You started in '72 and

Page 12

1     you got your --
2  A. I finished my coursework. After finishing
3     coursework, I was still doing research. And I
4     continued to register -- Well, one of the
5     requirements is that you have to be registered
6     in order to do research, and so I registered
7     for research and completed my research and
8     writing my -- and analyzing my research and
9     writing my thesis.
10 Q. And you completed that program in 1981.
11 A. My degree was awarded in '81, yes, sir.
12 Q. And again, that was a master's in what?
13 A. Plant and soil science.
14 Q. Did you have any employment between '72 and
15    '76 when you went to work for the Department
16    of Agriculture?
17 A. I worked I think it was about a -- I'm not
18    sure what -- a year, I think it was, with
19    Youth Service, Alabama Department of Youth
20    Service.
21 Q. Was that in Macon County?
22 A. No, that was --
23 Q. Here?

Page 13

1    A.  -- Montgomery County.
2    Q.  Okay.  When you were hired with the Department
3        of Agriculture in May of '76, what position
4        were you hired for?
5    A.  Seed analyst.
6    Q.  And at that time was your office located in
7        downtown Montgomery?
8    A.  I was in the current location, 1445 Federal
9        Drive.
10   Q.  In the Beard Building?
11   A.  Yes.
12   Q.  And how long did you stay in your position as
13       a seed analyst?
14   A.  25 years.
15   Q.  And you were elevated to the position as a
16       program director for the seed program; is that
17       right?
18   A.  Yeah.  That was my final promotion, yes.
19   Q.  And how long did you serve in that position?
20   A.  Well, I'm in that position now as program
21       director and my title is program director.
22   Q.  All right.  Let me back up.  Prior to I
23       believe it's September of 19 -- I'm sorry,

Page 14

1        September of 2006, what position were you in?
2        You were a program director, but what was your
3        title?
4    A.  Well, that was my title.
5    Q.  I'm asking you what was it prior to September
6        of 2006.
7    A.  Program director, seed -- well, seed program
8        director.  I think that's -- I'm not clearly
9        sure what -- you know, because they changed --
10       it was changed -- continually changing from
11       time to time.  So I think that it was program
12       director of seeds.
13   Q.  And you had been in that position prior to
14       September of 2006 for how long?
15   A.  2006.  Six or seven.  About seven years, seven
16       or eight years.
17   Q.  And when you were first elevated to that
18       position, who was your supervisor?  Do you
19       recall?
20   A.  Wilma Fitzpatrick.
21   Q.  And what was Ms. Fitzpatrick's position at
22       that time?
23   A.  Program director.

Page 15

1    Q.  And she's still employed with the department,
2        is she not?
3    A.  Yes, she is.
4    Q.  What is her position today?  Do you know?
5    A.  Program director.
6    Q.  How long did Ms. Fitzpatrick stay your
7        supervisor?
8    A.  I can't recall.  It was -- Two years, I think.
9    Q.  About two years?
10       And Ms. Fitzpatrick is a black female?
11   A.  Yes, she is.
12   Q.  Why was she discontinued as your supervisor?
13   A.  I don't know.
14   Q.  Who replaced her?
15   A.  Lance Hester and Doug Rigney.
16   Q.  Lance Hester and Doug Rigney?
17   A.  Yes.
18   Q.  And do you remember what year that occurred?
19   A.  I think it was 2005, I think it was.  I'm not
20       sure.
21   Q.  And at the time Mr. Hester and Mr. Rigney
22       became your supervisors, what were their
23       positions?

Page 16

1    A.  Lance Hester was -- I think at that point he
2        was division director.  And Doug Rigney was
3        deputy commissioner, I think.
4    Q.  Tell me when you first were assigned a vehicle
5        by the Department of Agriculture.
6    A.  I'm not sure.  Probably around '0 --
7    Q.  Just ballpark.
8    A.  '04, I think.
9    Q.  You didn't have a vehicle assigned to you back
10       in the late '90s?
11   A.  No.
12   Q.  So it was sometime in '04 that you first got a
13       vehicle?
14   A.  I'm sure -- Well, I'm not sure, but I think it
15       was somewhere -- My vehicle was -- I only had
16       my vehicle for a short while, and I think the
17       governor had all the -- all vehicles taken up.
18   Q.  So you think you were assigned a vehicle
19       sometime in '04.
20   A.  I -- I think so, but I'm not sure.
21   Q.  Okay.  But you only had it for a short period
22       of time.
23   A.  Yes.

Page 17

1    Q.  Why were you assigned a vehicle?
2    A.  My job required me to travel.
3    Q.  In your position as --
4    A.  Program director.
5    Q.  For the seed program.
6    A.  Yes.
7    Q.  And how often would you travel during the
8        week?
9    A.  At that time I wasn't.  My -- The job
10       situation was such that I didn't have time to
11       travel.
12   Q.  Okay.  So you just basically used the car to
13       go to and from work?
14   A.  Right.  I attend meetings in Auburn
15       periodically, but ...
16   Q.  How often would you travel to Auburn?
17   A.  Maybe twice a year.
18   Q.  And how long did you have that vehicle before
19       the governor's order came down about
20       restricting vehicles for State employees?
21   A.  I don't remember.
22   Q.  Would it have been less than a year?
23   A.  Oh, yes.

Page 18

1    Q.  How did you become aware of the governor's
2        directive concerning State vehicles?
3    A.  Well, it was in the news and department --
4        There was a memo put out in the department
5        that all vehicles will be recalled because of
6        the budget crunch.
7    Q.  And the governor's directive?
8    A.  Yes.
9    Q.  Do you remember who sent that memo out?
10   A.  No, I don't.
11   Q.  Did you discuss that with anyone?
12   A.  Well, it was my supervisor -- Well, I think it
13       was my supervisor who at that point I think
14       was Ronnie Murphy.
15   Q.  Did you make a request of Mr. Murphy that you
16       be able to keep your vehicle at that point?
17   A.  No, it wasn't a -- just a -- It wasn't a
18       discussion that I initiated.  It was a staff
19       meeting and where the discussion came up that
20       all vehicles would be taken up.
21   Q.  Well, did you ever ask Mr. Murphy or request
22       of Mr. Murphy that you be able to keep your
23       vehicle?

Page 19

1    A.  No, I didn't.
2    Q.  And there were other employees at the
3        department who also lost their vehicle,
4        correct?
5    A.  Yes.
6    Q.  Black and white.
7    A.  Yes.
8    Q.  Now, at some point -- and again, I believe
9        it's sometime in -- and my dates may be wrong,
10       but sometime in September of 2006 when your
11       position changed or your job duties changed,
12       you were assigned a vehicle; is that correct?
13   A.  Yes.
14   Q.  Okay.  And why were you assigned a vehicle?
15   A.  Well, a group of us -- a group of us had gone
16       down to ASEA complaining about the racial
17       conditions in the department.  And that was
18       one of the topics that was brought up was the
19       fact that at that point vehicles had been
20       reissued, and we had noticed that blacks had
21       not -- and myself included, along with Wilma,
22       had not received vehicles and wasn't never
23       offered -- the vehicle was never offered to

Page 20

1        us.
2    Q.  In June of 2006 did you have a need for a
3        State vehicle other than getting to and from
4        work?
5    A.  Well, I was -- I was request -- In my new
6        duties, my current duties, I was -- part of my
7        duty was to travel to the different
8        universities, mainly Auburn, Tuskegee and
9        other -- and attend other professional
10       meetings as it related to genetically modified
11       engineering plants in agriculture.
12   Q.  All right.  I understand that in this new
13       position that you were assigned in September
14       of 2006, your duties and responsibilities
15       changed, correct?
16   A.  Correct.
17   Q.  Required more travel or required travel.
18   A.  Right.
19   Q.  And you were assigned a vehicle.
20   A.  Yes.
21   Q.  Right.  But when you met with the State
22       Employees Association back in June of 2006,
23       you hadn't been assigned to that position yet,

Page 21

1    had you?
2  A.  No.
3  Q.  And you didn't need a vehicle at that point
4    other than to go to and from work.
5  A.  Well, my duties as program director in the
6    seed division was still the same. They had
7    not changed.
8  Q.  Right. But I think you already told me that
9    you only went to Auburn maybe twice a year,
10    and you mainly used your State vehicle to
11    drive from home to work each day; is that
12    correct?
13  A.  Well, mainly, yes. But my job entailed
14    traveling across the state to visit seed
15    outlets and to visit with inspectors.
16  Q.  How often would you do that?
17  A.  I never did it.
18  Q.  If you needed to do that, you could have
19    gotten a car out of the pool or -- I mean,
20    they had vehicles available if you needed to
21    travel during the workday, correct?
22  A.  Yes.
23  Q.  When you had this meeting with the -- And I'm

Page 22

1    going to ask about this meeting later, but you
2    referenced the meeting you had with the State
3    Employees Association. I think it was in June
4    of 2006. Were there any specific complaints
5    about individuals within the department who
6    had been assigned vehicles as opposed to those
7    who had not received vehicles?
8  A.  Well, we had noticed that the whites had
9    received their vehicles back, and many of them
10    were just traveling from home to work daily.
11  Q.  Who were those whites that you indicate?
12  A.  Right offhand, I can't remember their names.
13  Q.  And who were some of the blacks who had not
14    received vehicles that you believe should have
15    received a vehicle?
16  A.  Well, myself and Wilma Fitzpatrick.
17  Q.  And when did you notice that vehicles were
18    being reassigned to department employees?
19  A.  I -- I don't have a -- I can't put a date to
20    it. It was over a period of time that the
21    cars were reissued.
22  Q.  Do you have a judgment as to over this period
23    of time about how many cars were reissued?

Page 23

1  A.  No, I don't.
2  Q.  I want to ask you some questions, Mr. Crayton,
3    specifically about the complaint that's been
4    filed in this case, the consolidated case.
5         MR. WILSON: I'm looking at the
6        amended complaint.
7         MS. BATTLE-HODGE: Is that the
8        amended?
9         MR. WILSON: Uh-huh (positive
10        response).
11         MS. BATTLE-HODGE: Okay.
12  Q.  I'm looking on page 3. And in paragraph seven
13    you state there that you began working for the
14    Department of Agriculture in May of 1976. I
15    think that's what you told me earlier,
16    correct?
17  A.  Right.
18  Q.  And then in that next paragraph you state that
19    from January 2002 to July 2006 you were
20    constantly harassed and discriminated in every
21    aspect of your duties as seed program director
22    by Ronnie Murphy, Lance Hester, Doug Rigney,
23    and Ron Sparks.

Page 24

1    What's the basis of that claim?
2  A.  Well, my data -- my database was constantly
3    being queried and -- and they were constantly
4    questioning me as to why I would make
5    violation of certain lots of seeds that we
6    tested. And it was a constantly ongoing
7    situation where that they were constantly
8    scrutinizing the decisions that I made.
9        And neither one of these individuals had
10    any kind of background in laboratory work, you
11    know, the requirements as they related to seed
12    testing and the rules for testing seeds
13    specifically spelled out as to how tests was
14    to be handled and how -- you know, what the
15    requirements were in making decisions as to
16    whether or not a lot of seed was to be
17    violated.
18  Q.  Tell me, if you could, just explain to me as
19    the seed program director, what were your
20    duties and responsibilities.
21  A.  To enforce the Truth in Labeling Law as it
22    relates to seeds, the seed industry.
23  Q.  And to do that, what do you have to do?

Page 25

1  A.  Well, we follow rules for testing seeds and
2      the rules that was set up by the Association
3      of Official Seed Analysts.  And those rules
4      were put together by university professors who
5      test the seeds and put together these set of
6      rules, and it was a set of rules that was
7      followed by all State labs across the United
8      States and even private labs.
9  Q.  And whose seeds are you testing?
10 A.  Farmers' seeds and seeds that was being sold
11     by the seed -- a seed outlet, wholesale and
12     resell businesses.
13 Q.  So farmers and sellers of seeds would submit
14     samples to your office for testing; is that
15     correct?
16 A.  They were -- Well, unofficial samples were
17     submitted by individual farmers and private
18     individuals.  Official samples was -- they
19     were collected by State inspectors following a
20     certain set of rules as to when -- You know,
21     the -- a test was only good for nine months.
22     And inspectors would visit wholesale and
23     retail outlets checking the labels as far as

Page 26

1      checking for expiration test dates and pulling
2      samples and either sending them in or bringing
3      them into the lab.
4  Q.  Am I correct that before these seeds can be
5      transferred or sold in commerce, interstate
6      commerce or intrastate commerce, they have to
7      be tested by a lab?
8  A.  They must have a current test date, yes.
9  Q.  Right.  Either a private lab or the Department
10     of Agriculture's lab.
11 A.  Right.
12 Q.  So your lab actually competes with private
13     testing labs; is that correct?
14 A.  No.
15 Q.  Why not?
16 A.  We never did -- Well, we weren't in
17     competition with private labs.  Seeds are --
18     Seed lots could be tagged using private
19     laboratories, but -- that way they could enter
20     interstate and intrastate commerce.
21 Q.  Right.  But am I correct that before the seeds
22     can be transferred in interstate commerce,
23     they have to have your certification?

Page 27

1  A.  No, they don't have to have my certification.
2      We don't certify.  We -- They have to have a
3      test date.  They have to be labeled.  The lot
4      has -- was required to be labeled.
5  Q.  By your department?
6  A.  If they were in intrastate commerce in the
7      state of Alabama, yes.
8  Q.  Right.  And is it important that when you
9      received these samples that they be tested and
10     the results timely be given to these seed
11     suppliers or farmers?
12 A.  Yes.
13 Q.  Now, you told me, you said that your database
14     was being queried.  Who was looking into your
15     database?
16 A.  Ronnie Murphy had a young man by the name of
17     Donnie Walker to query the database.
18 Q.  And how did that affect your ability to do
19     your job?
20 A.  It wasn't that -- It did not affect my ability
21     to do my job, but it was just that it was
22     constantly -- he was constantly questioning
23     me.  And due to the fact that we were

Page 28

1      shorthanded, my time was very limited as to
2      spending time outside of the laboratory.  At
3      that time we only had it was three analysts,
4      and the workload was -- was such that it
5      required all my time.
6  Q.  From the period of January 2002 through July
7      of 2006, approximately how many seed analysts
8      did you have under your authority?
9  A.  Well, there were three seed analysts.  And I
10     need to bring -- you know, clarify that in
11     that there were three trained seed analysts.
12     And we hired -- If I'm not mistaken, I think
13     we hired two more analysts, and we was in the
14     process of training those analysts, which
15     further put -- taxed our output.
16 Q.  Because you had to train them?
17 A.  Right.
18 Q.  How many seed analysts are there today, that
19     are in that program today?  Do you know?
20 A.  I think there's five.
21 Q.  Would that include the two that were being
22     trained back in '06 or --
23 A.  Well, one has left.

Page 29

1  Q.  And who is in charge of the seed program now?
2  A.  I really don't know.
3  Q.  Look on page 11 of your amended complaint
4       there, if you would, paragraph 36. You state
5       that you were the first black to hold the
6       position of seed program director; is that
7       correct?
8  A.  Right.
9  Q.  And you said that your position was awarded to
10      a less qualified white following your
11      reassignment.
12         Are you referencing your reassignment to
13      the genetically modified program?
14  A.  Right.
15  Q.  Who was that less qualified white that was
16      placed in your position?
17  A.  Benny Hitch.
18  Q.  And is he in that position today?
19  A.  They have him as program -- director of ag
20      compliance, but my duties, the duties that I
21      was performing, is under his supervision.
22  Q.  Under his supervision?
23  A.  Right. He's doing those jobs that I was

Page 30

1       doing.
2  Q.  What position does -- Is it Andrae McMillian?
3  A.  Yes.
4  Q.  What position does he hold?
5  A.  I think that they have promoted him to unit
6       manager or something.
7  Q.  And is he not doing the work that you
8       previously were doing prior to September of
9       2006?
10  A.  No.
11  Q.  And is he white or black?
12  A.  He's black.
13  Q.  And how long has he been with the department?
14      Do you know?
15  A.  I can't -- not -- Right offhand, I don't
16      remember.
17  Q.  More than four or five years?
18  A.  I think five, maybe six.
19  Q.  Okay. Is he a certified seed specialist?
20  A.  Yes, he is.
21  Q.  Are you?
22  A.  No, I'm not.
23  Q.  Okay. Were you ever requested or asked to

Page 31

1       become certified as a seed specialist?
2  A.  After I became program director.
3  Q.  And did you -- Well, why didn't you ever
4       become certified?
5  A.  At this point I didn't see no need in -- With
6       my advanced degree and my research and my
7       years of experience, I didn't see no need.
8  Q.  Does that position today require that that
9       individual be certified as a seed specialist?
10  A.  No.
11  Q.  Go back to page 3, if you would. In paragraph
12      nine you're stating that in your position as
13      State seed program director, your job was to
14      enforce this Truth in Labeling Law. Tell me
15      again what that law is.
16  A.  Well, as it relates to seeds, there has to
17      be a claim -- in order for a product or a seed
18      product to be sold in the state of Alabama, it
19      has to have -- it has to carry a claim as to
20      its purity and to its quality. Purity and
21      quality.
22  Q.  Is that a state law or a federal law?
23  A.  Well, the Truth in Labeling Law is both

Page 32

1       federal and state.
2  Q.  Okay. And you say in paragraph 10 that your
3       regulatory and administrative duties were
4       gradually being taken away and given to
5       agriculture compliance, in violation of state
6       codes. What state codes are you referring to
7       there?
8  A.  The state codes in agriculture that -- I don't
9       have that with me, but there is a set of codes
10      that regulates agriculture in the state of
11      Alabama.
12  Q.  And you're saying your duties were being taken
13      away and given to agriculture compliance?
14  A.  Yes.
15  Q.  Okay. And who was in charge of agriculture
16      compliance?
17  A.  Benny Hitch.
18  Q.  And what duties are you referring to?
19  A.  Administrative duties, clerical duties, all --
20      You'll have to read the code. And it
21      specifically state that all the administrative
22      and clerical duties as it relates to the seed
23      program would be conducted by the individual

Page 33

1    who's responsible for that -- in that
2    position.
3  Q.  And how did that affect your ability to do
4    your job?
5  A.  Well, it was a constant harassment. And
6    here -- you know, racism, you know, it takes
7    many faces. And in this day and time, it's
8    not as blatant as it was in the '50s and the
9    '60s. They are not -- You know, they're just
10   not -- they're not as blatant in their
11   attacking individuals of color as they were in
12   the '50s and '60s.
13  Q.  But you felt like this was being done because
14   you were black?
15  A.  Well, they wanted me out of the position, and
16   they wanted --
17  Q.  And is that the position of State seed program
18   director?
19  A.  Right.
20  Q.  Okay. And when you say they wanted me out of
21   the position, who are you talking about?
22  A.  Ronnie Murphy, Ron Sparks, Doug Rigney, Lance
23   Hester.

Page 34

1  Q.  And it's your position they wanted you out
2   just because you were black.
3  A.  That was a major factor in it, yes.
4  Q.  What other factors would be in it?
5  A.  Well, I -- Well, that -- well, as -- Right
6   offhand, I can't come up with another thing.
7  Q.  Let's look at paragraph 14 on the following
8   page there. You say that on April 30th of
9   2003, you applied for the position of division
10   director. Do you recall that?
11  A.  Yes.
12  Q.  And how did that come about that you applied
13   for that position?
14  A.  Well, it was announced and I applied.
15  Q.  Who announced it?
16  A.  It was put in the job announcement from
17   Personnel downtown, and I'm assuming that the
18   department had requested the register to be
19   established.
20  Q.  And so you applied for that position?
21  A.  Yes, I did.
22  Q.  And you said you were ranked four out of
23   eight; is that right?

Page 35

1  A.  I think about -- Yes.
2  Q.  Do you know who was ranked above you?
3  A.  Lance Hester.
4  Q.  Do you know what --
5  A.  No, wait a minute. I take that -- George
6   Paris was above me.
7  Q.  Do you know what position he was ranked at?
8  A.  He was ranked number three, I think.
9  Q.  Do you know who was ranked -- Well, George
10   Parish, is he black?
11  A.  Yes.
12  Q.  And do you know who was ranked number two?
13  A.  Lance Hester.
14  Q.  And who was ranked number one?
15  A.  I can't think of the gentleman's name.
16  Q.  And you say the position was awarded to
17   Mr. Hester.
18  A.  Yes.
19  Q.  And that you had a master's degree and he did
20   not.
21  A.  Right.
22  Q.  And you claim you were denied this promotion
23   because of your race.

Page 36

1  A.  My -- Well, I was ranked on the register in a
2   racial -- I mean, I think that it was racially
3   controlled in the sense that the department
4   has inroads in Personnel, and they call and
5   they make requests of individuals in State
6   Personnel.
7  Q.  Who did the ranking?
8  A.  I don't know.
9  Q.  Is that the State Personnel Board that does
10   the ranking?
11  A.  Well, they assign analysts to those ...
12  Q.  But that's not the Department of Agriculture
13   that determines where you place on the
14   register, is it?
15  A.  Well, they influence who is placed where the
16   on the register.
17  Q.  Who is they?
18  A.  The commissioner and -- Well, mainly the
19   commissioner.
20  Q.  Do you have any knowledge that the
21   commissioner had any influence at all about
22   where you were placed on the register at this
23   particular time?

Page 37

1   A.  Right offhand, no.
2   Q.  In fact, back during this period of time, was
3       it your understanding that there was a
4       directive in place that a less-qualified
5       white -- or strike that -- there was a
6       directive in place that you -- a department or
7       a State agency could not award a position to a
8       white who had the same qualifications as a
9       black at that time?
10  A.  I'm familiar with the Frazer rule.
11  Q.  Tell me what your understanding of the Frazer
12      rule is.
13  A.  That a black cannot be skipped over to hire a
14      white.
15  Q.  Okay.  And it's your contention that
16      Mr. Hester was less qualified than you were?
17  A.  Yes.
18  Q.  And when is it your understanding that
19      Mr. Hester assumed the position of program --
20      or division director?
21  A.  I can't put a date to it.
22  Q.  Would it have been sometime after April of
23      '03?  Is that right?

Page 38

1   A.  I can't -- I can't put a date to it.
2   Q.  All right.  Well, when you found out that he
3       had been awarded this position and you had
4       not, did you make any complaints to anyone at
5       the Department of Agriculture?
6   A.  No.
7   Q.  Let me go to paragraph 15.  And you make an
8       assertion in paragraph 15 of your amended
9       complaint that on October 4th of 2004, you
10      were summoned to the commissioner's office in
11      the afternoon and that you met with several
12      individuals, including Commissioner Sparks,
13      and that you were given a letter of reprimand
14      for failing to perform your job properly; is
15      that right?
16  A.  Right.
17  Q.  What was the basis for the reprimand, as you
18      recall?
19  A.  Well, that was the basis.  They said that I
20      didn't perform my job properly.
21  Q.  Did they give you any specifics about why you
22      were being reprimanded?
23  A.  Well, there were three letters that I -- I

Page 39

1       think that was after the fact that I -- that I
2       was given, a letter of complaint from Bragg
3       Farm by Jeannie Bragg and a letter from I
4       think UAB Southeast and another letter.  I
5       can't remember.
6   Q.  What were these letters -- What were the
7       complaints contained in these letters?
8   A.  Well, one -- one letter stated that they had
9       been having problems with the seed lab for the
10      past, oh, X number years.  I can't remember
11      how many years it was.  But, anyway, another
12      letter was from Bragg Farm saying that --
13      pretty much in the same vein, that they was
14      having problems receiving their test results
15      back from the seed lab.  And I think all three
16      of them was pretty much in that same vein.
17  Q.  And this would have been while you were the --
18  A.  Program director.
19  Q.  -- program director.
20  A.  Yes.
21  Q.  And you would agree that it is necessary and
22      it's -- for your department, the seed lab, to
23      get these test results back as quickly as

Page 40

1       possible.
2   A.  Yes.
3   Q.  I'm going to just show you what I've just
4       marked as Defendant's Exhibit 1 to your
5       deposition and just ask you if you can
6       identify that for me, please.
7   A.  Yes.
8           (Defendant's Exhibit 1 was marked for
9           identification.)
10  Q.  And that was the memorandum dated October 4th,
11      2004 that you were given at this meeting with
12      Commissioner Sparks --
13  A.  Yes.
14  Q.  -- in his office?
15          MS. BATTLE-HODGE:  Do you have
16          another copy of that?
17          MS. MARKS:  Just that one and your
18          copy.
19          MR. WILSON:  Yeah.  Do you want a
20          copy now?
21          (Discussion held off the Record.)
22  A.  Now, I would like to explain this.  In those
23      letters, during the time that -- when -- there

Page 41

1   was a month -- Between August and September,
2   there was a decision made by the department to
3   change out their server, which is where all
4   the computerized program forms and documents
5   that everyone in the department uses,
6   especially those that are responsible for
7   permits and the likes -- The system went
8   down. And the first memo that came out, I
9   think, it was -- it informed everyone that the
10   system was going to be down for -- I don't
11   want to -- I think it was -- it was -- So the
12   first memo stated that the system was going to
13   be down for a week, I think it was.
14       And at that time we had the -- the seed
15   lab had enough work already in the system that
16   was in germination and coming out of
17   germination and being analyzed to have kept us
18   busy without having -- being -- without being
19   affected with the system being down.
20       And another memo came out later -- I
21   think it was a total of about three memos
22   during that period -- stating that they was
23   having problems trying to get -- you know, get

Page 42

1   things back online. And during that whole
2   period, we had -- the seed lab, as the program
3   director, we had enough work to keep us busy
4   without being affected and to get the test
5   results back out in a timely manner without
6   delaying anything.
7       And I went back and queried my database
8   after the fact. This was after the reprimand
9   and all the commotion about me not properly
10   doing my work. And I noticed that Bragg Farm
11   had a turnaround time of like 18 days, which
12   was better than the turnaround time that we
13   had established prior to the system being
14   down.
15   Q. (Mr. Wilson continuing) What was that
16   turnaround time?
17   A. 21 days.
18   Q. But there were other people during that period
19   of time that weren't getting their results
20   back within 21 days, weren't there?
21   A. Well, I have a memo from Tom Johnson and a
22   memo from Annie Patterson stating that they
23   were having -- it was a running thing with

Page 43

1   them. They were -- weren't able to do their
2   work even much longer than I was. You know, I
3   was affected by the system being down.
4   Q. And these memos are from who?
5   A. Tom Johnson and Annie Patterson. Tom Johnson
6   was over plant industry -- was responsible for
7   plant industry, and Annie Patterson was, I
8   think, auditing and reports.
9   Q. And these memos, were they sent to you or --
10   A. No, they were sent to IT.
11   Q. Okay. Did you send any memos to IT?
12   A. No, I did not.
13   Q. Did you develop any contingency plan to be
14   able to continue to get these sample results
15   back to suppliers and farmers during the
16   period of time that the --
17   A. Well --
18   Q. -- server was down?
19   A. My reporting the test results back, I was
20   still reporting my test results back in a
21   timely manner. I reverted to a generic letter
22   explaining to the industries that we weren't
23   able to give -- to give them the form that was

Page 44

1   developed for that purpose, but we were
2   sending them the test results, that they could
3   label their product and get them in the market
4   in a timely manner.
5       My lack of ability to get in and generate
6   the usual forms that we sent the report to --
7   the test results back out on was -- I reverted
8   to a generic letter where that we reported all
9   the test results back as a group instead of an
10   individual form for each test or each lot,
11   seed lot.
12   Q. Well, was that response sufficient to allow
13   these farmers and suppliers to sell their
14   seeds and --
15   A. Right.
16   Q. Okay. And if you were able to do that, how
17   come there were still complaints being made
18   about that the test results weren't being
19   returned in a timely manner?
20   A. Well, that's what I'm explaining to you now.
21   And I'm -- And I'm assuming, you know, and I
22   can assume that these -- these letters of
23   complaint was the result of soliciting by the

Page 45

1     commissioner and my supervisor.
2   Q.  Do you have any --
3   A.  Well --
4   Q.  -- evidence that that was done?
5   A.  Well, my reporting and my test -- of the test
6       results and looking at and query -- and after
7       querying my database, that's the conclusion I
8       came to.
9   Q.  That's what you base that statement on.
10  A.  Right.  There is no other reason why they
11      would ...
12  Q.  Again referring you back to Defendant's
13      Exhibit 1, that's the memorandum that you
14      received at the meeting with the commissioner;
15      is that right?
16  A.  Right.
17  Q.  And without going through the memorandum in
18      total, I mean, the contents of the memorandum
19      state that the problems had been reported and
20      the problems that they attributed to you and
21      your department; is that correct?
22  A.  This is what -- Yeah.
23  Q.  And they were asking you to take steps to

Page 46

1       correct these problems; is that right?
2   A.  I'm not following your question.
3   Q.  Well, in this reprimand for failure to perform
4       job properly, it's asking you that the
5       purpose -- on the second page, that middle
6       paragraph, it says:  The purpose of this
7       reprimand is to facilitate correction.  In
8       other words, they were trying to address to
9       you that these problems that had been
10      reported, that they needed to be corrected.
11          Will you agree that's just what it says?
12  A.  Yes.
13  Q.  Okay.  And they were also asking you in that
14      next paragraph, the next to the last
15      paragraph, that steps need to be taken to
16      assure similar problems do not reoccur.
17          Is that what it says?
18  A.  Yes.
19  Q.  And further in that paragraph it says:  It
20      will be necessary for you to provide a written
21      weekly summary of the samples on hand in the
22      laboratory.
23          After October 4, 2004, did you continue

Page 47

1       to do that or did you do that?
2   A.  Yes.
3   Q.  And who would you have prepared those weekly
4       summaries for?
5   A.  Lance Hester and Doug Rigney in our weekly
6       meeting.
7   Q.  All right.  And did you submit a response to
8       this reprimand?
9   A.  Yes, I did.
10          (Defendant's Exhibit 2 was marked for
11          identification.)
12  Q.  I want to show you what I'll mark as
13      Defendant's Exhibit 2.  Is that a copy of the
14      memorandum dated October 15th, 2004 that you
15      sent to Lance Hester with copies to
16      Commissioner Sparks, Mr. Rigney, Mr. Murphy,
17      B. J. Russell and your Personnel Board file?
18  A.  Yes.
19  Q.  And when did you prepare this response?
20  A.  It's dated October 15th.
21  Q.  All right.  And in that response I think you
22      outline some of the complaints that you had
23      been made aware of during that meeting on

Page 48

1       October 4th and some of the complaints that
2       are referenced in the memorandum of October
3       4th; is that correct?
4   A.  Right.
5   Q.  And I notice that at the bottom of page 3 and
6       on page 4, there's a cc to John Knight,
7       Chairman Ways & Means; Thomas E. Jackson,
8       Chairman Agriculture Committee; Thad Clammy --
9       is that Thad McClammy? -- Representative
10      District 76?
11  A.  Right.
12  Q.  And the Alabama State Employees Association.
13  A.  Right.
14  Q.  You furnished those individuals and that
15      entity with a copy of that memorandum?
16  A.  I don't know if I did or not all of them.  I
17      don't know if I did all of them or not.
18  Q.  Why would you furnish John Knight a copy?
19  A.  Well, I was being harassed and it was a
20      constant thing, and I wanted relief.
21  Q.  You were being harassed because you had gotten
22      a reprimand on October 4th?
23  A.  Well, that reprimand was part of the

Page 49

1    harassment.
2    Q. Okay. And what about Thomas Jackson, why
3        would you send him a copy of this?
4    A. He's on the ag board, I think.
5    Q. Okay. And Thad McClammy?
6    A. Well, I got to know him through my work --
7        volunteer work with -- in the community in
8        that he assisted us in that part of the
9        county, that part of Montgomery County in
10       establishing a volunteer fire department.
11   Q. Is he your State representative?
12   A. Yes.
13   Q. You live in his district?
14   A. I think I do, yes.
15   Q. Mr. Knight, Mr. Jackson, and Mr. McClammy,
16       they're all black, correct?
17   A. Right.
18   Q. But you don't know if you actually did send
19       them a copy of this exhibit?
20   A. John Knight got a copy. Thad McClammy got a
21       copy. But I don't know if I gave Tom Jackson
22       a copy.
23   Q. And you sent them a copy because you felt like

Page 50

1        this was part of the harassment you were
2        receiving.
3    A. Well, in an effort to get relief from the
4        hassle that I was being given, that I was
5        receiving through my employer, yes.
6    Q. Okay. And you contend that that harassment
7        was solely because you were black.
8    A. Well, my color had -- had -- played a factor
9        in it, a major factor in it, yes.
10   Q. Now, in paragraph 17, going back to page 5 of
11       your amended complaint -- it's on page 5 --
12       you state on October 7th that the commissioner
13       sent a letter to the Alabama seed industry and
14       to your counterparts, both state and federal,
15       informing them that he was taking over the
16       day-to-day operations of the program and that
17       any communication with the seed laboratory was
18       to be directed exclusively to him, Doug
19       Rigney, or Mr. Hester. And you say this was
20       another step in usurping your responsibilities
21       and authorities.
22   A. Right.
23   Q. Why do you say that? What's the basis of it?

Page 51

1    A. Well, it -- Well, I saw it -- I see it as
2        being, the fact that it -- he did that with --
3    Q. Were you communicating with these individuals
4        with the Alabama seed industry on a regular
5        basis?
6    A. The Alabama seed industry?
7    Q. Yes, sir.
8    A. Yeah.
9    Q. How often would you talk to the farmers and
10       seed suppliers and distributors in your job?
11   A. I would talk with them on a daily basis. The
12       Alabama Farmers Co-op, I would -- The seed
13       director at the Alabama Co-op, I would talk
14       with him at least twice a week.
15   Q. And what's his name?
16   A. Bill Carroll.
17   Q. Phil Carroll?
18   A. Bill Carroll.
19   Q. Bill Carroll?
20   A. Now, he's retired now.
21   Q. Okay. Was that located here in Montgomery?
22   A. It's in Decatur.
23   Q. Decatur.

Page 52

1        Did you feel that in your position as the
2        seed director, director of the seed program,
3        that you were communicating effectively and
4        efficiently with these farmers and seed
5        suppliers and distributors?
6    A. Yes.
7    Q. Would you agree that in October of 2004, for
8        whatever reason, there was a problem; there
9        were issues with reporting the test results
10       from the seed program?
11   A. No, I would not agree.
12   Q. You would agree that it is important to timely
13       report these seed results and return the
14       samples and the results to these farmers and
15       seed suppliers and distributors, correct?
16   A. Yes.
17   Q. I don't know if I showed you this, but what I
18       marked as Defendant's Exhibit 3, is that the
19       memorandum that you're referring to in
20       paragraph 17 of your amended complaint?
21   A. Yes.
22       (Defendant's Exhibit 3 was marked for
23       identification.)

Page 53

1    Q.   How do you know who it was sent to?
2    A.   In my communication with some of my
3         counterparts, well, I had -- well, I think it
4         was a week -- a week after this letter, I --
5         Well, Doug Rigney gave me a copy of this
6         letter, and I was talking with the director in
7         Arkansas.  And we was in the process of
8         putting together a program, and I was waiting
9         on a phone call from him -- from her.  And
10        after having not -- after not hearing from her
11        for a while, I called and -- to inquire about
12        the phone call that she was supposed to have
13        made to me, and then she informed me that --
14        that she didn't know what to do because of
15        this letter.
16   Q.   Well, it says --
17   A.   I think --
18   Q.   It says: Any communication -- I'm sorry.  It
19        says: Any communication with the seed
20        laboratory from this date forward should be
21        directed explicitly to Mr. Rigney or
22        Mr. Hester or to Commissioner Sparks.
23   A.   Well, your question to me was how did I know

Page 54

1         that it was sent where, and I'm telling you
2         now.  I mean, this is my explanation as to how
3         I knew that it was.  He had sent it to other
4         states, not only, you know, to the seed
5         outlets and businesses here in Alabama.
6    Q.   And who was that in Arkansas you spoke with?
7    A.   Mary Smith.
8    Q.   Is she still in that same position, to your
9         knowledge?
10   A.   As far as I know.
11   Q.   I want to ask you some questions about the
12        meeting that you had with the State Employees
13        Association in -- Do you remember when that
14        meeting was?  Your complaint says it was in
15        June of '06.  Is that correct?
16   A.   Well, if the complaint is, yes.
17            MS. BATTLE-HODGE:  What page are you
18        on?
19            MR. WILSON:  Page 6.
20            MS. BATTLE-HODGE:  Okay.
21   Q.   Was that meeting with the State Employees
22        Association before the incident that you refer
23        to in paragraph 21 of your complaint or after?

Page 55

1    A.   Well, that was after.
2    Q.   So the meeting was after?
3    A.   No, the incident was after.
4    Q.   Okay.  I just wanted to clarify that.
5            And prior to this meeting with the State
6         Employees Association, had you had any
7         discussions with anyone at the State Employees
8         Association about any of the issues that you
9         had with the Department of Agriculture?
10   A.   Prior to -- Now, say that --
11   Q.   Prior to June of '06, had you had any
12        discussions with anyone at the State Employees
13        Association about any issues that you had
14        concerning your employment with the Department
15        of Agriculture?
16   A.   Oh, yes.
17   Q.   Tell me about when you first contacted
18        somebody at the State Employees Association?
19   A.   I contacted Norbert Williams immediately after
20        I received the reprimand.
21   Q.   And did you meet with him?
22   A.   Yes, I did.
23   Q.   He's an attorney with the State Employees

Page 56

1         Association?
2    A.   Yes, he is.
3    Q.   Did you meet with him personally, directly?
4    A.   Yes.
5    Q.   And where did that meeting take place?
6    A.   At the ASEA office.
7    Q.   And how long after the October 4th, 2004
8         reprimand did you meet with Mr. Williams?
9    A.   A couple of days, I think.
10   Q.   Had you ever met with him prior to that time
11        for any reason?
12   A.   I can't remember.
13   Q.   Had you ever met with anybody at the State
14        Employees Association prior to October 2004
15        about any problems you had with your
16        employment at the Department of Agriculture?
17   A.   No.
18   Q.   And did you have just one meeting with
19        Mr. Williams or was there --
20   A.   I had several meetings with Mr. Williams.
21   Q.   And what was discussed?
22   A.   The reprimand.
23   Q.   Anything else?

Deposition of John L. Crayton
April 17, 2008

Page 57

1  A.  That was my immediate problem.  That's what we
2      discussed.
3  Q.  Did he assist you in any way in preparing your
4      response --
5  A.  No.
6  Q.  -- that we marked as Defendant's Exhibit 2?
7  A.  No.
8  Q.  After you filed your response in October, did
9      you have any other meetings with Mr. Williams
10     or anyone at the State Employees Association?
11 A.  Yes.
12 Q.  When was the next meeting?
13 A.  I can't put a date to them, but I met with --
14     either through phone calls or met personal
15     with them periodically on and off.
16 Q.  And what was the purpose of these meetings and
17     phone calls?
18 A.  The reprimand and the situation at the
19     department.
20 Q.  And when you say the situation at the
21     department, explain to me what you're talking
22     about.
23 A.  Well, there were complaints by any number of

Page 58

1      blacks in the department about the racial
2      situation there as they was escalating during
3      Ron Sparks' administration.
4  Q.  Now, Mr. Sparks was running for reelection in
5      2006; is that right?
6  A.  I guess, yeah.
7  Q.  And did you ever receive any materials,
8      fliers, correspondence from anyone at the
9      department that was critical of Commissioner
10     Sparks and his administration?
11 A.  There were one letter that was circulated
12     throughout the department that I'm aware of.
13 Q.  Do you know who wrote that letter?
14 A.  No, I don't.
15 Q.  Did you write it?
16 A.  No, I didn't.
17 Q.  Did you create any correspondence, memos,
18     memorandums of any nature that were critical
19     of Commissioner Sparks in an effort to defeat
20     him in his reelection effort?
21 A.  No.
22 Q.  The meeting with the State Employees
23     Association in June of 2006, did you tape that

Page 59

1      meeting?
2  A.  The meeting when?
3  Q.  June of 2006 with the State Employees
4      Association.  Did you tape that meeting?
5  A.  June -- Now, be specific.
6          MS. BATTLE-HODGE:  Number 19?  Is
7      that what you're referring to?
8          MR. WILSON:  Yeah, number 19.
9          MS. BATTLE-HODGE:  Did you tape this
10         meeting?
11 Q.  Was there a tape recording made of that
12     meeting?
13         THE WITNESS:  This is when ...
14         MS. BATTLE-HODGE:  Off the Record.
15     (Discussion held off the Record.)
16 Q.  (Mr. Wilson continuing) I'm asking you about
17     the meeting referenced in paragraph 19 where
18     you and a number of other employees met with
19     officials with the Alabama State Employees
20     Association.
21 A.  No, it wasn't.  That meeting was not taped,
22     no.
23 Q.  But at that meeting there were other employees

Page 60

1      of the Department of Agriculture present?
2  A.  Yeah.
3  Q.  Who were they?
4  A.  Well, I don't -- the ones that come to mind
5      right now are myself, Wilma Fitzpatrick,
6      Shannon Burton, Aaron Moore.  That's the ones
7      that I can remember right offhand.
8  Q.  Were all of the employees that participated in
9      that meeting, were they all black?
10 A.  Yes.
11 Q.  And who set up that meeting?
12 A.  I don't recall.
13 Q.  I mean, did you arrange to have that meeting?
14 A.  I may have, but I'm not sure who arranged to
15     have it.
16 Q.  And who with the Alabama State Employees
17     Association did y'all meet with?
18 A.  Norbert Williams and a young lady by the name
19     of, I think, Ms. Tanner.
20 Q.  What about Mac McArthur?
21 A.  Who?
22 Q.  Mac McArthur.
23 A.  He wasn't in on that meeting.

Page 61

1  Q.  And what was discussed at that meeting?
2  A.  The complaint that we had concerning the
3      situation at the department.
4  Q.  Well, that's what I want to know.  What were
5      those complaints?  What was the situation at
6      the department?
7  A.  Well, they were varied.  To be specific --
8      well, specifically right offhand, I can't, not
9      right now, other than I can tell you what my
10     situation -- I mean, my complaints were as it
11     relates to the reprimand.  There were
12     situations where it's -- I think at that
13     point -- I don't know whether -- I can't
14     remember whether or not we were called --
15     There was a situation where myself, Wilma, and
16     Annie Patterson was called to the
17     commissioner's office concerning a fellowship
18     that they were having in the courtyard that
19     was set up.  And it was supposed to have been
20     voluntarily whereas that, you know, you go if
21     you wish to, you know, you participate if you
22     wish to or -- And the requirement was that you
23     would pay for the meal and use your break at

Page 62

1      lunchtime to participate.  And I chose not
2      to.  And from what I understand, you know,
3      looking back on it, it appears that that -- as
4      if the commissioner was inquiring as to who
5      all black weren't participating.  And for some
6      reason my name, Wilma, and Annie Patterson's
7      name came up.
8  Q.  Did Annie Patterson or Wilma Fitzpatrick
9      participate in this event?
10 A.  Well, yes.  There were several -- Well, I know
11     Wilma said that she had participated twice or
12     once or twice.  Annie Patterson had
13     participated, but I had not.
14 Q.  Well, the fact that you didn't participate,
15     were you penalized in any way?  You didn't
16     lose any pay or any benefits, did you?
17 A.  No.
18 Q.  You weren't demoted, were you?
19 A.  No.
20 Q.  You weren't disciplined, were you?
21 A.  Well, that's a question that -- well --
22 Q.  Not officially.  There's nothing in your
23     personnel file about it, is there?

Page 63

1  A.  No.
2  Q.  So that was one of the things y'all complained
3      to about the -- with the State Employees
4      Association in June of 2006?
5  A.  I think that was one of the complaints.  And
6      that individuals would say that, you know,
7      they would pass the commissioner on the hall
8      and speak to him, and he would ignore them
9      and, you know, these type things.  And I
10     experienced we would be in staff meetings, and
11     the commissioner would walk in and blurt out
12     whatever business he had without even speaking
13     or without asking -- or, you know, letting you
14     know that -- asking to be excused, that he had
15     something that he wanted to ...
16 Q.  Okay.  Anything else you recall speaking to?
17 A.  Well, those are some of the things that ...
18 Q.  I mean, how did this meeting end?  I mean,
19     y'all had these discussions with these State
20     employee officials.  I mean, was there
21     anything discussed about what to do or how to
22     handle the situation, or was this just a --
23     Well, you tell me.

Page 64

1  A.  Well, there was no conclusion that was drawn
2      from that other than we informing the
3      association about our complaints with the
4      department.
5  Q.  Had you discussed any of your complaints, your
6      specific complaints, with any members of the
7      Alabama legislature as of June of 2006 other
8      than sending a copy of your response to the
9      reprimand?
10 A.  Yeah.  I met with John Knight and I think it
11     was Laura Hall.
12 Q.  Laura Hall.
13     How many times have you met with
14     Representative Knight?
15 A.  Once.
16 Q.  And when was that?
17 A.  I can't recall.
18 Q.  Would it have been sometime in 2006 or --
19 A.  Yes.
20 Q.  -- has it been since then?
21 A.  No.
22 Q.  Have you ever been up to the legislature to
23     complain about anything concerning the

Page 65

1      Department of Agriculture?
2    A.  No.
3    Q.  Have you met with Representative McClammy?
4    A.  I had a conversation with him, yes.  I had a
5         conversation with him.
6    Q.  How many conversations have you had with him
7         about your situation at the Department of
8         Agriculture?
9    A.  I know of one right offhand.
10   Q.  And do you know when that was?
11   A.  No, I don't.
12   Q.  What was that discussion you had with
13        Representative McClammy?
14   A.  Well, I -- I informed him that I wanted to
15        share with him some -- some of my -- some
16        letters and materials, the reprimand and the
17        letter that he -- that the commissioner sent
18        to the seed industry.  And he asked me to send
19        it to him, and I sent him a copy.
20   Q.  Is it your position that you were unfairly
21        reprimanded?
22   A.  Yes.
23   Q.  And is it your position that the reason you

Page 66

1         were reprimanded is because you were black?
2    A.  That -- That's one -- My color played a -- It
3         was one of the major factors in it, yes.
4    Q.  Let me ask you about the -- about paragraph
5         21.  This was an incident that occurred at the
6         department on or about June the 29th of 2006.
7         Do you recall that incident that's reflected
8         there in paragraph 21?
9    A.  Yes, I do.
10   Q.  Tell me about what you recall happened on that
11        day.
12   A.  On that day?
13   Q.  Yes, sir.
14   A.  I returned from lunch, and I parked in a
15        parking lot that I don't normally park in
16        and -- due to the fact that it was -- there
17        was no spaces in -- where I normally park.  I
18        parked about -- if you can imagine -- Well, I
19        don't know if you're familiar with the
20        Coliseum parking lot.
21   Q.  A little bit.
22   A.  The fence that separates the department
23        parking lot from the Coliseum parking lot,

Page 67

1         along that fence, I parked about halfway that
2         fence.  And I got out of my car and was
3         walking diagonally across the parking lot
4         towards the covered walk that lead to the
5         breezeway to the auditorium of the
6         department.  And as I was proceeding across
7         the parking lot, I noticed the commissioner
8         and Jimmy -- what's his name.
9    Q.  Holley?  Senator Holley?
10   A.  Holley.  Jimmy Holley got out of the
11        commissioner's vehicle on the driver's side
12        and was walking around the back.  And as I
13        approached the vehicle and the sidewalk, the
14        covered sidewalk, by that time -- by the time
15        I got to the covered walk, Jimmy was standing
16        near the door, the driver's door, and the
17        commissioner was getting out.  And I had to
18        pass -- pass within two feet of them where
19        they -- where the commissioner parked.  He
20        parked in the first parking slot adjacent to
21        the entrance to the covered walk.
22             And as I passed, I spoke to them and
23        proceeded on up the walk.  You know, in

Page 68

1         passing as you speak, you -- you know, you
2         don't cut pace and you continue to -- Well,
3         anyway, I continued to proceed towards the
4         auditorium.
5    Q.  What did you say?
6    A.  I say, how are you-all doing?
7    Q.  Okay.  And just continued to walk?
8    A.  Right.
9    Q.  All right.
10   A.  And no one replied, so I just continued to
11        walk.  And --
12   Q.  When you say no one replied, the commissioner
13        didn't reply?
14   A.  No.
15   Q.  Senator Holley didn't reply?
16   A.  No.
17             And as I was proceeding on up the walk,
18        the commissioner said, well, John, how are you
19        doing?  You know, and I didn't -- I just
20        ignored it because I, you know, just
21        thought -- I thought, well, maybe it's a
22        delayed reaction.  And I continued to walk up
23        the walk or, you know, proceeded toward the

Page 69

1   auditorium. And he repeated it again. And I
2   turned around and I told him, I said, well, I
3   have spoken to you. Didn't you hear me? And
4   in my turning around and, you know, and they
5   were proceeding toward me, but anyway, they
6   got within, oh, a close proximity of me in my
7   walking towards the auditorium. And as we
8   all -- we all arrived at the door of the
9   breezeway leading into the building. And --
10  well, in the walk toward the door, the
11  commissioner wanted -- he wanted to have a big
12  dialogue. And he did all the talking, and he
13  asked a bunch of questions as to why are you
14  acting this way and all. And I --
15  Q.  Was this at the door?
16  A.  No, this was before we got to the door.
17  Q.  Before you got to the door. Were you still
18      outside?
19  A.  Yeah.
20  Q.  Okay.
21  A.  And he kept verbalizing at me. And my reply
22      to him was that you have spoken and I have
23      spoken; just let it be at that. And I

Page 70

1   proceeded on toward the door. And when we got
2   to the door, I reached to open the door. The
3   commissioner made a -- some sarcastic remark,
4   and I turned around and looked him in the
5   face. And he got offended. You know, he took
6   it as an offense, the fact that I turned
7   around and looked at him and --
8   Q.  When he had spoken to you when you heard him
9       say -- when you had walked past, and then you
10      did hear him say, John, hello?
11  A.  Yes.
12  Q.  Okay. Did you turn around at that point or
13      did you just keep walking?
14  A.  No. He -- When he -- when he spoke the second
15      time, I turned around.
16  Q.  What about the first time?
17  A.  No, I did not turn around.
18  Q.  You just kept walking towards the door?
19  A.  Right.
20  Q.  But when he spoke the second time, you did
21      turn around.
22  A.  Right.
23  Q.  And when you said he made this sarcastic

Page 71

1   remark, what remark was that?
2   A.  Well, he had a -- he has a habit of, you know,
3       lumping folks into a group and saying you-all
4       or you people or something to that effect.
5       And I turned around and looked him in the
6       face, you know, to let him -- you know, to
7       indicate to him that I didn't like the
8       comment.
9   Q.  You didn't say anything.
10  A.  I did not say anything to him.
11  Q.  All right. Now, prior to this incident, how
12      would you describe your relationship with the
13      commissioner?
14  A.  Prior to that incident?
15  Q.  Yeah.
16  A.  Shaky.
17  Q.  And why do you say that?
18  A.  Well, it appears as if he had a problem with
19      me as an individual.
20  Q.  Other than the reprimand of October of 2004,
21      had you ever had any other unofficial
22      reprimands from him personally?
23  A.  No.

Page 72

1   Q.  Any other situations where the two of you had
2       words of any nature?
3   A.  Well, he called me and Wilma Fitzpatrick to
4       his office to inform us that she was no longer
5       going to be my supervisor.
6   Q.  And who else was present at that meeting?
7   A.  Doug Rigney, Lance Hester. I don't know who
8       else was it but those.
9   Q.  When you were told she wasn't going to be your
10      supervisor, what else were you told?
11      Was she transferred?
12  A.  Was she --
13  Q.  Or moved to another position?
14  A.  She remained -- She remained program director,
15      but she no longer supervised me.
16  Q.  And that's when -- I think you told me, is
17      that when Benny Hitch became your supervisor
18      or was it Lance Hester?
19  A.  Lance Hester and Doug Rigney became my
20      supervisor.
21  Q.  But other than telling you that
22      Ms. Fitzpatrick was no longer your supervisor,
23      was there anything else said about you or the

Page 73

1   way you were doing your job or anything like
2   that?
3   A.  He had mentioned to me about someone had
4   complained about me.  And at that point I --
5   the individuals that he named, I had not
6   spoken with them in a while.
7   Q.  But if the commissioner had received a
8   complaint about you, wouldn't you want to know
9   about it?
10  A.  Well, this individual would not have made a
11  complaint about me.
12  Q.  But I'm just saying, but if the commissioner
13  of agriculture received a complaint about one
14  of his employees or her employees, wouldn't it
15  be their responsibility and duty to at least
16  make their employee aware of it?
17  A.  Well, yeah.
18  Q.  Would there be anything wrong with that just
19  on its face?
20  A.  Well, if it was job-related, I think that it
21  would have been official to put it in writing,
22  just -- just -- and, you know, on the spur of
23  the moment to -- to just bring up an

Page 74

1   individual's name.
2   Q.  But nothing was put in writing about this.
3   A.  No.
4   Q.  And no reprimand was given.
5   A.  No.
6   Q.  No warning was given.
7   A.  No.
8   Q.  Okay.  Your pay wasn't affected.
9   A.  No.
10  Q.  Your benefits weren't affected.
11  A.  No.
12  Q.  Okay.
13  A.  But the mental anguish was there.
14  Q.  Just the fact that the commissioner had said
15  somebody had made a complaint about you.
16  A.  Well, the accumulation of things.
17  Q.  But I'm just talking about this one incident
18  now.  That's what I was asking you about.
19  A.  Well, I mean, that added to the situation.
20  Q.  When did that occur where the commissioner
21  informed you that someone had made a complaint
22  about you?
23  A.  I would have to go back and look at my --

Page 75

1   Q.  Would it have been prior to June of 2006?
2   A.  Well, it was during the time that
3   Ms. Fitzpatrick was removed from being my
4   supervisor.
5   Q.  And do you remember what the complaint was?
6   A.  He just made a blanket statement.  I didn't
7   know what --
8   Q.  That somebody had complained?
9   A.  Right.
10  Q.  Was it about the way you were doing your job?
11  A.  No, he didn't say what.  He just said that he
12  had received some -- a complaint from an
13  individual that I know that I had not had
14  contact with in over a year.
15  Q.  Who was that individual?
16  A.  I can't think of the name right now.  It was a
17  seed dealer from south Alabama.
18  Q.  Let me ask you this.
19  A.  I'll think of his name in a minute.
20  Q.  When I was asking you about this incident that
21  you refer to in paragraphs 21 and 22 and I
22  asked you about Mr. Holley and I said Senator
23  Holley, is this Mr. Holley an employee of the

Page 76

1   Department of Agriculture?
2   A.  Yes, it is.
3   Q.  It wasn't the Jimmy Holley I was thinking
4   about.  I apologize.  What is this Jimmy
5   Holley's position with the Department of
6   Agriculture?
7   A.  He's in general service.  I don't know what --
8   Q.  Do you have dealings with him in your position
9   as --
10  A.  Periodically in that he's over general
11  service, and we get our vehicles and do turn
12  our reports in to general service.
13  Q.  Is he still there at the department?
14  A.  Yes, he is.
15  Q.  Do you have any complaints about Mr. Holley?
16  A.  No more than he lied about the situation.
17  Q.  What situation are you talking about?
18  A.  That sidewalk situation, the situation that
19  we're discussing here.
20  Q.  When did he lie about it?
21  A.  He lied to the facts of that situation, the
22  incident.
23  Q.  When and where did he do that?

Page 77

1  A.  That day he was asked.
2  Q.  And where did that discussion take place?
3  A.  That occurred in the commissioner's office.
4  Q.  That's when you went to the commissioner's
5      office?
6  A.  Right.
7  Q.  Tell me what happened when you went to the
8      commissioner's office.
9  A.  Well, he insisted that I come into his
10     office. And I go into his office, and he
11     called Jeff Webb in to tell Jeff Webb about
12     his side of the story of the incident that had
13     just occurred. And he asked Jimmy Holley to
14     verify the facts, and Jimmy Holley verified
15     that it was the truth. And his version of it
16     was nowhere near what had actually happened.
17 Q.  Okay. So Mr. Holley basically supported the
18     commissioner's position.
19 A.  Right.
20 Q.  And you disagreed with that.
21 A.  Yes.
22 Q.  Did you tell Mr. Holley that?
23 A.  No, I did not.

Page 78

1  Q.  What did you say to Mr. Webb?
2  A.  I didn't say anything to Mr. Webb.
3  Q.  Did you say anything in that meeting?
4  A.  No.
5  Q.  How did the meeting end?
6  A.  After the commissioner gave his side of the
7      story, I was dismissed.
8  Q.  And as a result of that incident that you
9      refer to in paragraphs 21 and 22, did you
10     receive any kind of written reprimand?
11 A.  No.
12 Q.  Any kind of --
13 A.  There was a --
14 Q.  -- a written warning?
15 A.  No. But there was a -- there was an effort
16     that was being arranged that I found out in
17     another meeting.
18 Q.  It was an effort that was being arranged.
19 A.  There was an effort to reprimand me because of
20     this incident and because of the version that
21     the commissioner gave to Jeff Webb.
22 Q.  But I thought you told me you were not
23     reprimanded.

Page 79

1  A.  I was not. But there was an effort that was
2      being arranged to reprimand me.
3  Q.  How do you know that?
4  A.  The fact that it was brought out in another
5      meeting that -- that ...
6  Q.  Okay. We'll get to that meeting in just a
7      minute.
8          MR. WILSON: It's noon. Do you want
9          to take a quick break?
10         (Brief recess.)
11         MR. WILSON: Let's go back on the
12         Record.
13 Q.  (Mr. Wilson continuing) After the incident
14     that we were discussing that took place
15     involving the commissioner and Mr. Holley in
16     July of -- well, actually on June the 29th of
17     2006, following that incident was there a
18     meeting that took place where you attended
19     with representatives of the Alabama State
20     Employees Association and the commissioner?
21 A.  Yes, and Mr. Webb.
22 Q.  All right. And how long after the incident
23     referred to in paragraphs 21 and 22 did that

Page 80

1      meeting occur? Was it within a couple of
2      weeks? Do you remember?
3  A.  I think about two or three weeks.
4  Q.  Two or three weeks?
5  A.  Yeah.
6  Q.  And who called that meeting? Do you know?
7  A.  I think Mr. Webb arranged it.
8  Q.  How did you learn about it?
9  A.  Through my talk with Norbert Williams, I
10     think, and -- I think it was through my
11     conversation with Norbert Williams.
12 Q.  Had you contacted Mr. Williams about this
13     incident?
14 A.  I did, yes.
15 Q.  And where was the meeting held where you
16     attended with the commissioner and
17     representatives of the State Employees
18     Association?
19 A.  In the boardroom, the first floor boardroom in
20     the building.
21 Q.  And who all was at that meeting, please, sir?
22 A.  Myself, Jeff Webb, the commissioner, Norbert
23     Williams, and Mac McArthur.

Deposition of John L. Crayton

April 17, 2008

Page 81

1   Q.   And did you tape-record that meeting?
2   A.   I did.
3   Q.   And what kind of tape recorder did you use?
4   A.   A voice-activated recorder.
5   Q.   Just a cassette recorder or was it a digital?
6   A.   Digital, yes.
7   Q.   Was that your personal tape recorder?
8   A.   Yes.
9   Q.   Prior to that meeting, had you made any other
10       tape recordings where Commissioner Sparks or
11       any other department employees were present?
12  A.   Yeah.
13  Q.   What other tape recordings do you have or have
14       you made?
15  A.   I have several.
16  Q.   Well, can you tell me what they are, what they
17       consist of?
18  A.   Well, in the staff meetings with Lance Hester,
19       Doug Rigney, Ronnie Murphy.
20  Q.   And how many staff meetings have you recorded?
21  A.   I don't -- Right offhand, I don't know.  A
22       number of them.
23  Q.   A number of them?

Page 82

1   A.   Yes.
2   Q.   Did you record each one of them?
3   A.   No, I don't -- I haven't recorded each one of
4        them.
5   Q.   When is the last time you recorded one?
6   A.   Oh, a couple of months ago, I think, a regular
7        staff meeting.
8   Q.   And what's the purpose of recording these
9        meetings?
10  A.   For my records.
11  Q.   And have you had any of those recordings
12       transcribed?
13  A.   No.
14  Q.   Where are those recordings?
15  A.   They're at my house.
16  Q.   And what form are they in?
17  A.   They're in the recorder.  I haven't removed
18       them from the recorder.  They're still in the
19       recorder.
20  Q.   What kind of recorder is it?
21  A.   It's a voice-activated recorder.
22  Q.   I know, but the brand and model.
23  A.   One is an Olympic and one is an RCA.

Page 83

1   Q.   And when did you first start recording these
2        meetings?
3   A.   When Lance Hester and Doug Rigney became my
4        supervisors.
5   Q.   And was anyone else aware that you have been
6        making these tape recordings?
7   A.   No.
8   Q.   Okay.  Was anybody aware that you were
9        recording the meeting that I was asking you
10       about that took place in the boardroom there
11       at the department after the events reflected
12       in paragraphs 21 and 22 of your amended
13       complaint?
14  A.   No.
15  Q.   You didn't tell anybody you were going to
16       record it, did you?
17  A.   No, I didn't.
18  Q.   And other than your attorney, who's had access
19       to that particular recording?
20  A.   Shannon Burton and Wilma Fitzpatrick.
21  Q.   They were not at that meeting, were they?
22  A.   No, they weren't.
23  Q.   When did you tell them that you had taped that

Page 84

1        meeting?
2   A.   I don't recall.
3   Q.   And during the course of the meeting, did you
4        make any comments, any statements?
5   A.   No, I didn't.
6   Q.   You just sat there and listened?
7   A.   Right.
8   Q.   Did you have an opportunity to say anything if
9        you wanted to?
10  A.   I was asked to be represented by ASEA, and I
11       allowed them to represent me.
12  Q.   So you were being represented by ASEA during
13       this meeting.
14  A.   Right.
15  Q.   But you, yourself, didn't make any comments.
16  A.   Not during the session, no.  No.
17  Q.   And about how long did that meeting last?
18  A.   Couple of hours.
19  Q.   What was your understanding of the purpose of
20       that meeting?
21  A.   I really -- I really don't -- I didn't draw a
22       conclusion as to the purpose of the meeting
23       other than Jeff Webb requested a meeting

Page 85

1    between -- In the heat of the situation that
2    had -- previously had occurred, I informed the
3    commissioner that I was going to go to my
4    office and call my representative with ASEA.
5    And when he requested that -- Well, as we
6    entered the building, he made the statement
7    that he wanted to see me in his office in 10
8    minutes. And my plan was to go to my office
9    and call ASEA and inform them of my incident
10   with the commissioner. And as I approached
11   the landing to get in the -- go through the
12   secure door, the commissioner immediately
13   changed his mind and said that he wanted to
14   see me in his office immediately. And I
15   informed him at that point that I was going to
16   my office to call my ASEA representative and
17   that I would be back in 10 minutes, as he
18   previously requested.
19        And he made another statement saying that
20   he wanted to see me in his office
21   immediately. So I went in his office when --
22   after -- after going through the secure door.
23   Q.  So you did go immediately into his office.

Page 86

1    A.  Yes, I did.
2    Q.  And did he call Mr. Webb into his office?
3    A.  Right.
4    Q.  And then after -- what was discussed in his
5        office?
6    A.  There was no discussion. He -- The
7        commissioner gave his version of the incident
8        and --
9    Q.  To who?
10   A.  To Jeff Webb. And Jeff Webb made the
11       comment -- made the statement that we can't
12       have these kind of things occurring on the job
13       or something. And I was dismissed, and I went
14       to my office.
15   Q.  Did you make any requests or say anything?
16   A.  No, I did not make any requests because I -- I
17       was in a situation where it wasn't going to
18       make a difference anyway. So I did not, and I
19       wasn't asked to give my version.
20   Q.  Did you tell Mr. Webb or the commissioner that
21       you wanted to go contact your attorney or
22       ASEA?
23   A.  At that point?

Page 87

1    Q.  Yes, sir.
2    A.  After entering the office?
3    Q.  Yes, sir.
4    A.  No.
5    Q.  But after you left the office, that's when you
6        did contact ASEA.
7    A.  I did, yes.
8    Q.  Was that incident that occurred that you refer
9        to in paragraphs 21 and 22, was that
10       discussed, that specific incident discussed
11       during this meeting that you had with the
12       commissioner and ASEA representatives?
13   A.  Yes.
14   Q.  But you didn't make any comments about it.
15   A.  No.
16   Q.  And again, you weren't reprimanded. You
17       didn't receive any reprimand about that
18       incident.
19   A.  No, I didn't receive a written reprimand.
20   Q.  Written reprimand or a written warning.
21   A.  No.
22   Q.  Your pay wasn't reduced in any way.
23   A.  No.

Page 88

1    Q.  Benefits weren't reduced.
2    A.  No.
3    Q.  And at that time of this incident in June of
4        '06 or that meeting in July of '06, you were
5        still the director of the seed program.
6    A.  Yes.
7    Q.  And who was your supervisor at that point?
8    A.  At that point Ray Hilburn.
9    Q.  At that time in late June or early July of
10       2006, what was Benny Hitch's position?
11   A.  He was over -- over at compliance. I don't
12       know what was his exact title.
13   Q.  But he had responsibilities over the seed
14       program as well, compliance responsibilities?
15   A.  Yes.
16   Q.  Does he still have those responsibilities
17       today as far as you know?
18   A.  As far as I know.
19   Q.  When you were assigned to the genetically
20       modified seed position, who took over the
21       day-to-day responsibilities of the seed lab?
22   A.  I don't know.
23   Q.  Well, who's functioning in that position

Page 89

1    today?
2    A.  I really don't know, because the way -- the
3    way it's arranged, I can't say specifically
4    who.
5    Q.  Wouldn't you agree that it's Andrae McMillian?
6    A.  No.
7    Q.  Why not?
8    A.  Because Benny Hitch had some doings in -- as
9    it relate to the seed, the duties in the seed
10   program, too.
11   Q.  But you would agree with me, wouldn't you,
12   sir, that as far as the day-to-day
13   responsibilities of the seed lab, Benny Hitch
14   is not responsible for those responsibilities,
15   is he?
16   A.  I can't say.
17   Q.  Well, tell me what Andrae McMillian is doing
18   now.
19   A.  I really don't know.
20   Q.  So if he did take over the day-to-day
21   responsibilities of the seed lab, you wouldn't
22   know.  Is that what you're telling me?
23   A.  I'm telling you that he has some duties, but

Page 90

1    specifically what they are, I don't know.
2    Q.  Okay.  And just so I'm clear, in June of 2006,
3    you had the day-to-day responsibilities for
4    the seed lab; is that correct?
5    A.  June of '06, no.
6    Q.  Who did?
7    A.  Well, this letter -- Where is the letter.  The
8    letter that the commissioner -- this letter
9    here (indicating) --
10   Q.  Is that what we marked as Defendant's Exhibit
11   3?  Okay.  What about this letter?
12   A.  It says that the day-to-day duties of the seed
13   lab would be -- be -- would be handled by Doug
14   Rigney, Ron Sparks, and Lance Hester.
15   Q.  Well, it says will continue to exercise more
16   immediate supervision over the operation of
17   the seed lab.  It says:  We will monitor daily
18   and weekly operation of the seed lab.
19       I'm talking about just the day-to-day
20   operation.  You were in charge of it, weren't
21   you?
22   A.  Those are the day -- the day-to-day activities
23   of the seed lab was handled by Doug Rigney,

Page 91

1    Ron Sparks, and Lance Hester.
2    Q.  They were there every day.
3    A.  Everything I did or was allowed to do, I had
4    to get permission from them.
5    Q.  Well, now, so they were doing the testing,
6    they were looking at the results, and they
7    were the ones getting the results back out to
8    the farmers and the producers.
9    A.  The day-to-day decisions that were being
10   made.  As far as the physical work that was --
11   it was being done by the analysts.
12   Q.  Well, what were you doing?
13   A.  I had been removed from those duties.  My
14   administrative -- The administrative duties of
15   the seed lab, they had been taken away from
16   me.
17   Q.  You're going to have to itemize those
18   administrative duties that had been taken away
19   from you.  Tell me specifically what duties
20   had been removed or taken away.
21   A.  The compliance duty was removed.  I mean, as
22   far as contact with the seed industry itself,
23   informing the industry of violations, that was

Page 92

1    removed from me, taken away from me.
2    Q.  Informing the industry of violations?
3    A.  Yes.
4    Q.  Who took over that responsibility?
5    A.  I think that Benny Hitch was responsible for
6    that.  It was taken away from me and given to
7    Benny Hitch.
8    Q.  Well, now, he was director of compliance, was
9    he not?
10   A.  Yeah.
11   Q.  I mean, that was his duties, right?
12   A.  No, those were my duties.
13   Q.  Are you telling me that after October 2004,
14   you had no more communication with anyone in
15   the seed industry?
16   A.  No.
17   Q.  Okay.  So you continued to have contact with
18   farmers and suppliers and distributors.
19   A.  No, I was not.
20   Q.  You had no more contact.
21   A.  No.
22   Q.  Did you ever make a request that you be able
23   to contact these individuals?

Page 93

1   A.  Well, as a result of this letter, I didn't see
2       no need of making a request.
3   Q.  Did you receive a copy of this memorandum
4       marked Defendant's Exhibit 3?
5   A.  Yeah, after the fact.
6   Q.  Who gave it to you or how did you come into
7       possession of it?
8   A.  I think Doug Rigney brought it to my office,
9       oh, a week or two after they had sent the
10      letter out.
11  Q.  And this memorandum marked Defendant's Exhibit
12      3 was an attempt by the Department of
13      Agriculture to remedy some of the problems and
14      issues that they had with you concerning your
15      reprimand of October 2004; is that correct?
16          MS. BATTLE-HODGE:  Objection to the
17          form of the question.
18          MR. WILSON:  That's all right.  You
19          can answer.
20  A.  Repeat that again.
21  Q.  Yeah.  The memorandum that's dated October 4,
22      2004, we've marked it Defendant's Exhibit 3.
23      That was the department's response in an

Page 94

1       effort to correct some of the deficiencies and
2       issues that had been raised in your reprimand
3       of October 4, 2004; is that correct?
4   A.  Some of the alleged deficiencies, yes.
5   Q.  All right.  You deemed them alleged.
6   A.  Yes.
7   Q.  You will acknowledge that complaints had been
8       made by farmers and producers and people from
9       the seed industry.
10  A.  The three letters are the only complaint that
11      I'm acknowledging and is aware of.
12  Q.  Now, you state in your amended complaint that
13      in July of 2006, you were reassigned from your
14      position as seed director to a recently
15      created position of genetically modified plant
16      and products director.
17  A.  Yes.
18  Q.  Is that correct?
19  A.  Yes.
20  Q.  And you learned about that reassignment in a
21      meeting with Mr. Hilburn on July 31, 2006?
22  A.  That was in a meeting with Mr. Hilburn and
23      Ron -- I mean, Ronnie Murphy.

Page 95

1   Q.  And at that meeting when you were told that
2       you were being reassigned, what, if anything,
3       did you say to these individuals?
4   A.  Well, I informed them that I wasn't interested
5       in that position and, as a matter of fact, I
6       wasn't qualified due to the technical aspect
7       of that position.  I had not received any
8       formal training as far as genetic engineering
9       is concerned.  And matter of fact, that's a
10      fairly new discipline in the area of science
11      anyway.
12  Q.  It's a new and emerging discipline, correct?
13  A.  Right.
14  Q.  Would you agree it's an important position?
15  A.  It's about as important as the -- many of your
16      newer scientific areas as they have evolved
17      over the years.
18  Q.  Would you agree that it's a necessary
19      position?
20  A.  The position itself, no.
21  Q.  You would not agree that the position you
22      serve in is a necessary position.
23  A.  Now, repeat that.

Page 96

1   Q.  I said, you would not agree that the position
2       that you currently serve in is a necessary
3       position within the Department of Agriculture.
4   A.  Right.
5   Q.  Do you believe that position should be
6       dissolved?
7   A.  Well, I don't think it's necessary.  Now, you
8       can phrase it whatever way you --
9   Q.  Well, does it serve a useful purpose?
10  A.  It could be -- The information that would be
11      useful for the department could be handled
12      through an existing position.  As they -- You
13      know, as I look at it and understand what they
14      want, what they expect of me, that information
15      could have -- could be handled through the
16      program director of the seed lab or plant
17      industry.
18  Q.  Do you believe that as program director of the
19      genetically modified plant program that you're
20      in a position to develop that program and to
21      fulfill the needs of that particular program?
22  A.  My knowledge and expertise are already
23      limited.  If they were sincerely interested in

Page 97

1    developing that program where -- to -- to fill
2    the needs that they're claiming that exist,
3    due to the fact that the state of Alabama --
4    your land-grant universities in the state of
5    Alabama, they're not involved in genetic
6    engineering as it relates to agriculture in a
7    big way at all. The money is not there. The
8    personnel is not there.
9    Q.  Who's more qualified within the Department of
10   Agriculture to serve in that position than
11   you?
12   A.  Tom Johnson has a Ph.D. in, I think, some area
13   of plants.
14   Q.  Tom Johnson?
15   A.  Yes.  But, now, I don't know whether or not he
16   has had any curricular courses in
17   biotechnology or not.
18   Q.  Well, as the program director of that
19   particular program, I mean, don't you have the
20   ability to make the program just about what
21   you want to make it?
22   A.  My ability and expertise would leave me very
23   limited and ...

Page 98

1    Q.  Have you been requested to attend any seminars
2    or educational programs or anything in the
3    last two years in an effort to increase your
4    expertise in this area?
5    A.  Yes.
6    Q.  Have you attended any?
7    A.  I requested to visit Monsanto a month ago and
8    put in a travel request, and I have not
9    received a response yet.
10   Q.  Is that the first request you've made?
11   A.  Yes.
12   Q.  Have you followed up with that request at all
13   and asked anybody where -- you know, what's
14   the status of that request or anything of that
15   nature?
16   A.  I asked -- Yes.  In my staff meeting I asked
17   my supervisor to go to the meeting.
18   Q.  Who did you ask?
19   A.  Ronnie Murphy.
20   Q.  Was that conversation taped?
21   A.  No, it was not.
22   Q.  And that was about a month ago?
23   A.  The request was made a month ago.

Page 99

1    Q.  When was the conversation with Ronnie Murphy?
2    A.  It was in one of our staff meetings that it
3    came up, and he --
4    Q.  Since the request?
5    A.  Yes.
6    Q.  And what did he tell you?
7    A.  He said it was on the commissioner's desk and
8    that I was to go ahead on and make
9    arrangements, which I had already got the
10   price -- hotel prices, airline ticket price
11   and all.  What I was waiting on is a signed
12   request from -- to be given back to me so that
13   I could go ahead on and purchase the airline
14   ticket.
15   Q.  Have you had any other contact with Mr. Murphy
16   about that request?
17   A.  No, I haven't.
18   Q.  Let me just show you what I've marked as
19   Defendant's Exhibit 4.  This is the letter
20   dated July 28th, 2006 to you from Mr. Hilburn
21   and Mr. Murphy concerning your reassignment to
22   the program director responsible for the
23   genetically modified plant program; is that

Page 100

1    correct?
2    A.  Yes.
3            (Defendant's Exhibit 4 was marked for
4              identification.)
5    Q.  And when did this reassignment take effect?
6    A.  I would have to go back.  Dates ...
7    Q.  Shortly thereafter?
8    A.  Yeah.  Around August, the first of August, I
9    think it was.
10   Q.  And as a result of this position that you were
11   assigned to, was there any reduction in your
12   pay?
13   A.  No.
14   Q.  Was there any reduction in your -- It wasn't a
15   demotion, wasn't it?
16   A.  It was a lateral transfer, and I looked
17   at it -- I saw it as a demotion.
18   Q.  But it was a lateral transfer.
19   A.  Right.  And there was individuals who was
20   either promoted or transferred who got -- have
21   gotten step raises.
22   Q.  What individual are you talking about?
23   A.  Well, I know of three merit raises that were

Page 101

1    given out, and Tony Coker got a -- during that
2    time Tony Coker got a merit raise. During
3    that time period, Benny Hitch was promoted and
4    was given like a four -- I think it was a
5    four-step raise above my salary at that time.
6    Q.  Benny Hitch?
7    A.  Yes.
8        I think it was another individual who had
9    gotten a merit raise, a two-step merit raise
10   during that time period.
11   Q.  Well, do you have any criticism about these
12   individuals getting these raises or
13   promotions?
14   A.  Well, if the job -- my point here is that if
15   this job was so important and it was so
16   necessary for the department and the state of
17   Alabama and I was the most qualified for the
18   position, to entice me or encourage me to take
19   it, I saw it as they should have offered me
20   some enticements or encouragement to take it.
21   Q.  Did you request any?
22   A.  Yes.
23   Q.  To who?

Page 102

1    A.  Ronnie Murphy and Ray Hilburn.
2    Q.  When did you make that request?
3    A.  During the time that I received this letter.
4    Q.  And what did you request?  I mean, what was
5    your request?
6    A.  Well, my request was that should -- my
7    statement that I just made, that if they
8    thought that this job was so important for the
9    state of Alabama and the Department of
10   Agriculture and they wanted me to take it and
11   I was the most qualified, I should be --
12   instead of a lateral transfer, I should be
13   given at least a two-step raise.
14   Q.  Did they have the ability to do that, to your
15   knowledge?
16   A.  Yes.
17   Q.  You did receive a vehicle as a result of this
18   transfer, correct?
19   A.  Yes.
20   Q.  Do you still have that vehicle?
21   A.  Yes.
22   Q.  You don't have any criticism about receiving a
23   vehicle, do you?

Page 103

1    A.  Well, I mean, I could -- I mean, I would be
2    satisfied without one.
3    Q.  Do you want to turn it back in?
4    A.  No.
5    Q.  But you'd be satisfied not to have one.
6    A.  Well, now that I have it, no.  But I would
7    have been just as satisfied had they not given
8    me one.
9    Q.  You did receive a five percent
10   across-the-board raise in September of 2006,
11   did you not?
12   A.  As did all State employees.
13       Let me take that back.  I think it was
14   three and a half.
15   Q.  I'll represent to you it was five.  Well, let
16   me just show you.  Let me mark this.
17           (Defendant's Exhibit 5 was marked for
18           identification.)
19   Q.  Show you what I've marked as Defendant's
20   Exhibit 5.  It looks like you got a five
21   percent across-the-the-board raise.
22   A.  This is -- Yeah.  This was a two-step raise
23   for the -- a merit raise, right.

Page 104

1    Q.  That you got in September of 2006.
2    A.  Right.
3    Q.  After you were reassigned to the position as
4    program director of the genetically modified
5    seed plant.
6    A.  Right.
7    Q.  Okay.
8    A.  But, now, this was after the fact that I
9    was -- I had to contend for that because of
10   the fact that it was Ronnie Murphy's effort to
11   give me less than a -- a mediocre evaluation.
12   And he attempted to evaluate me for a year,
13   for a twelve-month period, and which he had
14   not supervised me for a twelve-month period,
15   and that I had to contend with him and the
16   personnel director, the person in charge of
17   personnel in the department.  But --
18   Q.  But it didn't affect -- it didn't affect your
19   pay grade and it didn't affect your pay raise,
20   did it?
21   A.  No, it didn't.
22   Q.  Okay.  And while I'm thinking about it, the
23   vehicle that you've been assigned since you

Deposition of John L. Crayton                                                                    April 17, 2008

Page 105

1        took this position in the last two years, what
2        trips have you taken in that vehicle?
3    A.  I've gone to Auburn a number of times.
4    Q.  How many times would you say you have been
5        over to Auburn?
6    A.  Oh, about three times.
7    Q.  In two years.
8    A.  Right.
9    Q.  Have you been anywhere else?
10   A.  No, I have not.
11   Q.  Well, just while we're talking about raises,
12       let me show you what I'm going to mark as
13       Defendant's Exhibit 6. This is a letter dated
14       May 24 of '07 to you, Mr. Crayton, from Teresa
15       Brunson talking about a raise. And it looks
16       like you got -- effective September 1 of 2007
17       you got a three and a half percent raise.
18            (Defendant's Exhibit 6 was marked for
19            identification.)
20   A.  That was an across-the-board raise.
21   Q.  Yeah.
22   A.  I mean, that was a cost-of-living raise that
23       all State employees got.

Page 106

1    Q.  Yeah. And it shows you're now at a step 16.
2    A.  I can't remember what the step is, but yeah.
3    Q.  Well, it shows you're a 16 on the second
4        page. Do you see that?
5    A.  Okay. Yeah.
6    Q.  So in September of 2007 you received another
7        pay increase and a step increase.
8    A.  Yes.
9    Q.  And looking again at your amended complaint
10       there --
11            MR. WILSON: Juraldine, on page 9.
12            MS. BATTLE-HODGE: Okay.
13   Q.  -- is it your contention that you were placed
14       in this position as program director of the
15       genetically modified seed plant as a result of
16       some kind of harassment or discrimination?
17   A.  Yes.
18   Q.  What do you base that on?
19   A.  This -- If you go back in -- Well, looking at
20       the historical aspect of racism and how blacks
21       have been discriminated against over the
22       years, it's not as blatant now as it was.
23   Q.  I understand.

Page 107

1    A.  And this was an -- in an effort to try to make
2        me angry or discourage me to leave the
3        department.
4    Q.  You've got 30 years in with the State
5        Department of Agriculture, don't you?
6    A.  Yes.
7    Q.  I mean, you could retire today, right --
8    A.  Yes, I could retire today.
9    Q.  -- if you wanted to?
10            Did you participate in the DROP program?
11   A.  Yes, I did.
12   Q.  Have you completed that?
13   A.  I complete that this year.
14   Q.  Yeah. So if you retired today, how much money
15       would you get from the DROP program, just a
16       ballpark?
17   A.  Well, I don't wish to divulge that. I think
18       that's personal, and I think that ...
19   Q.  Well, let me ask you this. It would be a
20       substantial sum of money, wouldn't it?
21   A.  More than I would have -- I mean, yeah, it
22       would be.
23   Q.  And when you were reassigned, there was no

Page 108

1        reduction in pay.
2    A.  No.
3    Q.  And actually you got a raise within a couple
4        of weeks.
5    A.  Well, and that -- Well, that raise has nothing
6        to do with my being --
7    Q.  Reassignment.
8    A.  Right.
9    Q.  I follow you.
10   A.  It was the work that I had done as the program
11       director of the seed lab.
12   Q.  Right. You weren't penalized in any way by
13       taking the position, though.
14   A.  Yes, I was penalized by transfer -- being
15       laterally transferred without giving a
16       monetary enticement to take the job --
17   Q.  Okay. You say --
18   A.  -- if they claim that it was so important and
19       so necessary for the department.
20   Q.  So you say you were penalized because you
21       didn't receive any additional increase.
22   A.  Well, whites and the -- the ones that I'm
23       aware of, Benny Hitch was promoted, and he was

27 (Pages 105 to 108)

Page 109

1    promoted to substantially above his pay that
2    he was -- I mean, the pay grade that he was in
3    prior to his promotion.
4    Q.  All right.  Benny Hitch.  Let's stay with
5        him.  Benny Hitch was in what position at that
6        point?
7    A.  He was unit manager, I think.
8    Q.  All right.  Is that above a program director?
9    A.  No, it's not.
10   Q.  All right.  And what was he promoted to?
11   A.  He was promoted to a program director.
12   Q.  Okay.  And when you're promoted from a unit
13       manager to a program director, that's a step
14       up in pay automatically, correct?
15   A.  Correct.
16   Q.  Right.  But in your situation, yours was a
17       lateral transfer, correct?
18   A.  Correct.
19   Q.  Has anybody at the -- well, not anybody.  Let
20       me ask that again.  Has anybody that's your
21       supervisor asked or demanded that you retire?
22   A.  No.
23   Q.  Has the commissioner?

Page 110

1    A.  Well, he had -- he had implied that if I did
2        not take the job that we would have to part
3        company.
4    Q.  But he didn't say you need to retire or you
5        need to resign or anything like that.
6    A.  Well --
7    Q.  I mean, he didn't say that to you, did he?
8    A.  But -- Well, his -- his comment to me that if
9        I did not take the job that it would -- that
10       we would have to part company, that was enough
11       for me right there.
12   Q.  But he did not tell you that you needed to
13       retire or you should retire.
14   A.  No.
15   Q.  Look on page 11 real quick at just paragraph
16       five.  You stated that you were reassigned to
17       an office with no chair and that this was an
18       attempt by the defendant to embarrass or
19       harass you.
20          MS. BATTLE-HODGE:  You said five?
21          MR. WILSON:  35.  Sorry.
22          MS. BATTLE-HODGE:  I'm sorry.
23   Q.  See there?  What's that all about?

Page 111

1    A.  Well, if they're going to reassign you to an
2        office, wouldn't you think that it was their
3        responsibility to make sure that at least it
4        had office furniture?
5    Q.  Well, how long were you without any office
6        furniture?
7    A.  Well, I carried the furniture that I had in my
8        office, my current office, back there.
9    Q.  Well, I mean, you're a program director.  If
10       you were going from one office to another, if
11       you had an office chair, you could just take
12       it with you, couldn't you?
13   A.  Had a desk and chair.
14   Q.  Okay.  Is that what you did?
15   A.  Yes.
16   Q.  When you say it was an attempt by the
17       defendant to embarrass you or intimidate you,
18       who is the defendant you're referring to?
19   A.  Well, the --
20   Q.  Who are you referring to?
21   A.  Ron Sparks, Ronnie Murray.
22   Q.  Isn't it a fact that Mr. Murphy told you that
23       you could order whatever furniture or computer

Page 112

1    or equipment that you needed for that new
2    office?
3    A.  No.
4    Q.  He never told you that you could get what you
5        need or if you needed something to let him
6        know or anything of that nature?
7    A.  Well, the comment -- that was a meeting prior
8        to my move that Ron Sparks and Ronnie Murphy
9        came to my office late one evening.  This was,
10       oh, five minutes till five.  Insisted -- Well,
11       Ronnie Murphy came down about five of five
12       asking me -- telling -- informing me that the
13       commissioner wanted to see me in his office.
14       And I had an engagement at 5 o'clock that I
15       needed to go to, and I informed Ronnie Murphy
16       of that fact.
17          And he left my office and came back along
18       with the commissioner, and then they came in
19       and we had a short meeting.  And he -- in the
20       conversation, I informed them of my desire not
21       to take the position and that -- that -- you
22       know, informed them of all of my reservations
23       concerning the position and let them -- And

Page 113

1    Ron Sparks made the statement saying that the
2    only reason why I wouldn't succeed in the
3    position was that I wouldn't -- I didn't -- I
4    would fail to ask for the things that I
5    needed.
6        And I think it was a week later I sent
7    the commissioner and Ronnie Murphy a list of
8    the things that I needed for the office and
9    the position, and I have not received a
10   response from the commissioner yet. And the
11   memo was to the commissioner.
12   Q. Have you got a copy of that memo?
13   A. No, I don't have -- Yeah, I have a copy, but I
14   don't have it with me.
15   Q. And what was contained within that memo? What
16   did you request?
17   A. I requested to be returned back to my previous
18   position. I requested that if they -- if I
19   was to be successful in the position that
20   there were certain things that I needed.
21   Q. What were those things?
22   A. That was office supplies, computers.
23   Q. Have you got a computer today?

Page 114

1    A. Yes, I do have a computer.
2    Q. Okay. Have you got office supplies?
3    A. I do have office supplies.
4    Q. What else was in it?
5    A. I requested an assistant and a secretary.
6    Q. An assistant and a secretary?
7    A. Right.
8    Q. Do you have any staff?
9    A. No, I don't have any staff.
10   Q. If you need secretarial-type work done, how
11   does it get done? Do you do it yourself?
12   A. I do it myself.
13   Q. Is there any equipment or office furnishings
14   that you contend that you do not have that
15   prevent you from doing your duties?
16   A. No, I -- Office equipment or furniture, no.
17   But I do need an assistant and a secretary.
18   Q. If you had an assistant, what would that
19   assistant do?
20   A. Would assist me in reviewing literature,
21   organizing it in such a way that it can be
22   retrieved or it can be referred to or draw
23   conclusions from. The amount of material out

Page 115

1    there, I mean, it's so vast, one person could
2    not grasp and retain it that have not received
3    formal training. And it's just a situation
4    where that that individual -- one individual
5    cannot do what they're claiming that they need
6    or what they -- you know, what the job will
7    entail if there was going to be a -- if they
8    were going to do us a good job in
9    accomplishing what they -- what the
10   administration say that they want, expecting
11   out of us.
12   Q. Other than that one memo, have you sent any
13   other memos or requests?
14   A. No, I have not.
15   Q. We've gone through most of the allegations
16   contained in your amended complaint, the
17   factual allegations, paragraphs one through
18   38. Have you told me about every incident or
19   all the basis for your racial discrimination
20   claims?
21   A. No.
22   Q. What else do you contend or how else do you
23   contend you have been discriminated based on

Page 116

1    your race?
2    A. Well, I mean, there were incidents that -- you
3    know, that skip my memory at the present time,
4    but just through the years and -- well, and
5    especially during this administration, his two
6    administrations -- well, he's in the second
7    administration -- but, anyway, my experience
8    in dealing with co-workers and their effort,
9    and I'm gathering that it was -- it stemmed
10   from the commissioner and Ronnie Murphy
11   encouraging them to do little things to, I
12   guess, unnerve me.
13   Q. Now, let's go specifically from like, say,
14   January 1 of 2006 forward. I mean, what
15   incidents are you talking about that you
16   haven't told me about already? I don't want
17   to go over anything we've already been
18   through.
19   A. Well, after the reprimand, I was informed
20   that ...
21   Q. Well, the reprimand, now, was in October of
22   2004.
23   A. Well, what I'm getting at, this is a

Page 117

1       cumulation of incidents, and I cannot, you
2       know -- you know, put them all in a time line
3       just right on the spur of the moment.
4   Q.  Well, I understand. But can you give me an
5       example of any incident?
6   A.  Well, I was about to give you an example.
7   Q.  Okay.
8   A.  Where Lance Hester had gone to procurement and
9       informed -- informed them to start a file on
10      me in my ordering of equipment for the seed
11      lab. Now, in my ordering equipment and --
12      through procurement, and this was large items
13      such as motors for the germinators or other
14      equipment that I needed for repairing
15      germinators, if the -- if the request form
16      wasn't properly filled out that they was to
17      inform Lance Hester.
18          And the lady -- the young lady that was
19      responsible for the items that I was ordering
20      called my secretary around to her office and
21      had a private conversation with her informing
22      her that she was no longer to do the purchase
23      requests for me, that I was to -- let me do

Page 118

1       the purchase requests myself. Here again, you
2       know, an employee out of another office is
3       going to come and try to tell the secretary of
4       the -- in my office as to what she should and
5       shouldn't do.
6           These were, you know, little incidents
7       that I have reference to -- well, is an
8       example of the incidents that I'm referring
9       to.
10  Q.  Well, what you're referring to, you received a
11      warning in May of 2005 from Mr. Hester
12      concerning a failure to follow rules and
13      directives. Do you remember that?
14  A.  Yes. Uh-huh (positive response).
15  Q.  Is that what you're talking about, some of
16      that?
17  A.  Some of those things are in there, yes.
18  Q.  Right. And that was back in May of 2005 is
19      when you got the warning. So those things
20      occurred before that, right?
21  A.  Right.
22          (Defendant's Exhibit 7 was marked for
23          identification.)

Page 119

1   Q.  All right. I'll just show you what I've
2       marked as Defendant's Exhibit 7. Is that a
3       copy of that warning dated May 11th, 2005?
4   A.  Yes.
5   Q.  And that warning reflects the incidents that
6       you were telling me that you perceived to be
7       racial discrimination on the part of the
8       department or their employees against you.
9   A.  Yes.
10  Q.  Okay. You claim in your claim for racial
11      discrimination that you were retaliated
12      against because you filed a complaint with the
13      State Employees Association in June of 2006.
14      Have you told me everything that's the basis
15      of that complaint?
16  A.  No. I'm sure that I haven't, no.
17  Q.  Well, did you actually file a complaint with
18      the ASEA or did you just talk to them?
19  A.  I filed an EEOC complaint.
20  Q.  Right. You did that, I think, sometime in
21      September of 2006.
22  A.  Right.
23  Q.  And was that complaint filed primarily because

Page 120

1       you were assigned to this new program, the
2       genetically modified seed program?
3   A.  No, not primarily.
4   Q.  Did it --
5   A.  It was an accumulation of things.
6   Q.  Did it have anything to do with your
7       assignment to that program?
8   A.  Part -- Part of it, yes. Part of it was --
9       contributed to my filing the complaint.
10  Q.  What else contributed to it?
11  A.  Well, the reprimand contributed to it.
12  Q.  But that happened back in '04, right?
13  A.  Well, I mean, this is what encouraged me to
14      file the complaint because --
15  Q.  Right.
16  A.  There was no letter -- As time progressed,
17      they were getting more frequent, and I was --
18      from my -- The period that I was program
19      director, I -- I've been supervised by four
20      supervisors.
21  Q.  Over what period of time are we talking about?
22  A.  That's what -- during -- That's during Ron
23      Sparks' administration.

Page 121

1    Q.   You've had four different supervisors?
2    A.   Yes.
3    Q.   And who have they been?
4    A.   Wilma Fitzpatrick, Lance Hester/Doug Rigney,
5         Ronnie Murphy, and Ray Hilburn.
6    Q.   And Mr. Hilburn is your supervisor now.
7    A.   No, Ronnie Murphy is my supervisor.
8    Q.   Ronnie Murphy is still your supervisor. Okay.
9         But again, just to be clear, the
10        reprimand you were referring to was the
11        reprimand from October of 2004.
12   A.   Right.
13   Q.   That's the only reprimand you've ever
14        received.
15   A.   Right.
16   Q.   Okay. You make a claim for back pay and
17        fringe benefits. Do you contend that you have
18        lost any pay or fringe benefits as a result of
19        any of your claims?
20   A.   My -- The reprimand, I lost a step raise, and
21        that's what I was requesting in that.
22   Q.   Did you lose anything else?
23   A.   No.

Page 122

1    Q.   Have you been treated by any physician,
2         psychologist, or psychiatrist for any of the
3         claims that you're making in this case
4         specifically?
5    A.   I was -- I was sent to a psych -- I was
6         referred to BHS.
7    Q.   Right. I'm going to ask you about that. But
8         I'm just talking about on your own, have you
9         sought any medical treatment for any
10        condition?
11   A.   Had no need to, no.
12   Q.   Okay. And I'm going to get into your second
13        claim in just a minute, but I just want to be
14        sure -- I just want to be sure that, you know,
15        as we sit here today, do you contend that the
16        position that you're now serving in is an
17        important position?
18   A.   It is a position that can be useful for the
19        Department of Agriculture and for the state of
20        Alabama, but not necessary.
21   Q.   All right. But you're the head of that
22        program, correct?
23   A.   Yes. Yes.

Page 123

1    Q.   I mean, you're the head of it, right? You're
2         running it, right? You'll agree with me on
3         that, won't you?
4    A.   Yes.
5    Q.   And you'll at least agree that if you're not
6         the most qualified, you're one of the most
7         qualified people in the department to run it.
8    A.   I would -- Yes, one qualified person.
9    Q.   I mean, you agree you're qualified to run it,
10        do you not?
11   A.   If the job was announced and specs was written
12        for that job, I would qualify.
13   Q.   And you have been furnished a State vehicle.
14   A.   Yes.
15   Q.   You've received all your merit raises.
16   A.   Yes.
17   Q.   You've had the opportunity to travel and meet
18        the industry and attend workshops and
19        conventions and meetings.
20   A.   Yes.
21   Q.   You have been given that opportunity.
22   A.   Yes.
23   Q.   And you have a vehicle to do it in.

Page 124

1    A.   Yes.
2    Q.   Okay. But I think you told me earlier you
3         really haven't been to any meetings. You've
4         got one set up to go to Monsanto.
5    A.   And I haven't received -- And this -- the
6         request was made a month ago.
7    Q.   Right.
8    A.   Now, going into this job with -- with a lack
9         of experience and formal education, I have to
10        bone up on my own to find out -- to get at a
11        position where I could sit down and talk with
12        individuals, specialists in the area of
13        genetic engineering about engineering.
14   Q.   All right. You've told me earlier, I mean, this
15        is an emerging area. I mean, genetics
16        are a new thing, an emerging thing?
17   A.   Well, genetics is not, but --
18   Q.   Right. But ...
19   A.   -- many of the techniques that they are using
20        in genetics or studying genetics are new.
21   Q.   And do you see -- I mean, in your position, do
22        you see that this will be more and more
23        critical as time goes by? I mean, isn't this

Page 125

| | |
|---|---|
| 1 | where the industry is headed? |
| 2 | A.  Yes. |
| 3 | Q.  I mean, you'll have to forgive me because I'm |
| 4 | not a farmer.  But, you know, in the industry, |
| 5 | they're always out there trying to improve the |
| 6 | quality of seed, the type of seed, you know, |
| 7 | improve the crop, and that kind of thing, I |
| 8 | mean, for disease resistance and what have |
| 9 | you, correct? |
| 10 | A.  Yes. |
| 11 | Q.  And that's ongoing, right? |
| 12 | A.  Yes, it is. |
| 13 | Q.  That's the science that you deal with. |
| 14 | A.  Yes. |
| 15 | Q.  And to do that will benefit the farmers of the |
| 16 | state of Alabama. |
| 17 | A.  Yes. |
| 18 | Q.  Isn't that the bottom line? |
| 19 | A.  Yes. |
| 20 | Q.  And in your position, that's who you're trying |
| 21 | to help. |
| 22 | A.  In my position, I'm not in a position to help |
| 23 | the farmers, per se. |

Page 126

| | |
|---|---|
| 1 | Q.  Why do you say that? |
| 2 | A.  In the sense that we are not -- we're not |
| 3 | developing or doing research and development. |
| 4 | Q.  Could you in your position do that? |
| 5 | A.  No. |
| 6 | Q.  Why not? |
| 7 | A.  I informed you that I don't have the formal |
| 8 | education.  I don't have the formal education |
| 9 | that is required, and the State of Alabama has |
| 10 | not -- don't have -- has not put the money |
| 11 | into the land-grant schools to do it.  They |
| 12 | don't have the personnel to do it.  See, your |
| 13 | land-grant universities don't have the |
| 14 | personnel to do it. |
| 15 | Q.  Have you done anything to try to improve your |
| 16 | personal educational level in the last five |
| 17 | years in this area? |
| 18 | A.  I was not -- No.  In the last year and a half |
| 19 | to two years, I've been doing a great deal of |
| 20 | reading. |
| 21 | Q.  Just research on your own -- |
| 22 | A.  Right. |
| 23 | Q.  -- during the course of your job? |

Page 127

| | |
|---|---|
| 1 | A.  Right. |
| 2 | MR. WILSON:  Let me take just a |
| 3 | second. |
| 4 | (Brief recess.) |
| 5 | Q.  (Mr. Wilson continuing) I'm looking at your -- |
| 6 | MS. BATTLE-HODGE:  This one?  This |
| 7 | one? |
| 8 | MR. WILSON:  Yes. |
| 9 | Q.  -- the complaint, the second complaint that |
| 10 | was actually filed.  It's been consolidated. |
| 11 | But anyway, you make a reference there on page |
| 12 | 3 that you filed another EEOC complaint on May |
| 13 | 3, 2007, right? |
| 14 | A.  Uh-huh (positive response).  Yes. |
| 15 | Q.  Let me ask you this.  When you filed the first |
| 16 | EEOC complaint back in I think September of |
| 17 | 2006, did you talk with anybody before you |
| 18 | filed that complaint? |
| 19 | A.  No. |
| 20 | Q.  You just filed that on your own? |
| 21 | A.  Yes. |
| 22 | Q.  Did you go to Birmingham to file that |
| 23 | complaint? |

Page 128

| | |
|---|---|
| 1 | A.  I did. |
| 2 | Q.  Okay.  And did you take a leave day when you |
| 3 | went up there to Birmingham? |
| 4 | A.  Yes.  As far as I know, I did. |
| 5 | Q.  Okay.  Did you -- |
| 6 | A.  I normally do. |
| 7 | Q.  -- drive your State vehicle up there when you |
| 8 | filed it? |
| 9 | A.  No, I did not. |
| 10 | Q.  How did you get up there? |
| 11 | A.  My personal vehicle. |
| 12 | Q.  Anybody go with you? |
| 13 | A.  My wife and I went. |
| 14 | Q.  And did you meet with anybody at the EEOC that |
| 15 | day that you filed the complaint? |
| 16 | A.  Yes, the analyst that took the complaint. |
| 17 | Q.  Okay.  Do you remember who that was? |
| 18 | A.  No. |
| 19 | Q.  All right.  Have you met -- Since filing the |
| 20 | complaint, did you ever meet with anybody at |
| 21 | the EEOC again? |
| 22 | A.  No. |
| 23 | Q.  Had any other discussions with them? |

Page 129

1    A.  Well, a phone conversation.  And the
2         investigator that the case was assigned to, I
3         was periodically calling and request --
4         looking for information as to the progress
5         that was being made on it because it was a
6         long and drawn-out ...
7    Q.  You would contact the EEOC --
8    A.  Right.
9    Q.  -- to check on the status of your case.
10   A.  Right.
11   Q.  And did you furnish the EEOC any documents?
12   A.  Yes.
13   Q.  What did you furnish the EEOC?
14   A.  My referral -- Well, the supervisor's referral
15        to BHS, the results of the psychiatrist's
16        analysis of the session.
17   Q.  Was this on the first EEOC complaint, now?
18   A.  No, this was on the second.
19   Q.  Okay.  I'm just talking about the first one
20        now.
21   A.  The first one.
22   Q.  What documents did you furnish the EEOC?
23   A.  I don't recall -- Right offhand, I don't

Page 130

1         recall the particular documents.
2    Q.  Do you still have those documents, copies of
3         the documents that you furnished the EEOC?
4    A.  Well, if there are some documents, I think --
5                MS. BATTLE-HODGE:  I should have
6              them.
7                THE WITNESS:  You do?
8                MR. WILSON:  Okay.  Have they been
9              produced?
10               MS. BATTLE-HODGE:  No.  I will.
11               MR. WILSON:  Okay.
12               MS. BATTLE-HODGE:  I will.  Well,
13             actually, they're -- I requested
14             a copy of the EEOC file.  So
15             that's quite a few documents
16             that's in your stuff as well,
17             so ...
18               MR. WILSON:  We'll get with you and
19             just --
20               MS. BATTLE-HODGE:  Yeah, it's a
21             huge --
22               MR. WILSON:  -- get a copy of
23             whatever we want.

Page 131

1                MS. BATTLE-HODGE:  Yeah, and I --
2              Yeah.
3                MR. WILSON:  Okay.
4    Q.  Were there any other discussions with anyone,
5         an investigator or anybody with the EEOC about
6         that first EEOC complaint other than what
7         you've already told me?
8    A.  No.  Yeah, right, that's all.  My contact with
9         the investigator to find out the status, and
10        that was it.
11   Q.  To your knowledge was there an on-site
12        investigation done?
13   A.  No, there was not.
14   Q.  Okay.
15   A.  And -- Well, we requested an on-site
16        investigation, but they -- we never did -- it
17        wasn't ...
18   Q.  Do you know if the EEOC contacted any
19        employees with the Department of Agriculture?
20   A.  I'm not aware of it.
21   Q.  Okay.  Do you know if they made any contact or
22        had any discussions with Ms. Burton or
23        Ms. Fitzpatrick?

Page 132

1    A.  No.
2    Q.  You're aware that Ms. Burton and
3         Ms. Fitzpatrick also filed EEOC complaints.
4    A.  Yeah, I'm aware of that.
5    Q.  Did y'all discuss that before you filed them?
6    A.  In our -- In our contact, yes, we talked about
7         it.
8    Q.  And y'all have met and talked about these
9         lawsuits that have been filed, correct?
10   A.  Well, not -- Well, we go to lunch, and during
11        the lunch hour, you know, during our lunch
12        hour, we talk about the lawsuit --
13   Q.  Right.
14   A.  -- that's been filed.
15   Q.  I mean, you have frequent contact with
16        Ms. Fitzpatrick and Ms. Burton, do you not?
17   A.  We go to lunch.
18   Q.  How often do you go to lunch?
19   A.  Oh, just about daily.
20   Q.  Do you go to lunch with any other employees at
21        the Department of Agriculture other than
22        Ms. Burton or Ms. Fitzpatrick?
23   A.  No.

Deposition of John L. Crayton                                                                    April 17, 2008

Page 133

1   Q.  You state in here in this paragraph nine that
2       on November the 14th that you were ordered to
3       meet with Ronnie Murphy.  He was your
4       supervisor at that time.  And that at this
5       meeting he mandated that you contact the
6       Behavioral Health System coordinator.  Do you
7       recall that meeting?
8   A.  Right.
9   Q.  What brought that on?
10  A.  Well, he had -- he informed me that he had
11      received a letter from general service,
12      Pete -- I can't think of his last name -- that
13      one of his -- one of the employees that he
14      supervised had come to him complaining to him
15      about an incident that had occurred between
16      the two of us.
17  Q.  And who was that employee?
18  A.  Reba Stabler.
19  Q.  And who is Ms. Stabler?
20  A.  She's the young lady that works in procurement
21      that I had reference to earlier.
22  Q.  And is she white or black?
23  A.  She's white.

Page 134

1   Q.  All right.  And was there an incident between
2       you and Ms. Stabler?
3   A.  Yes.
4   Q.  When did that occur?
5   A.  Dates, I don't recall the date right offhand.
6   Q.  What year are we talking about?
7   A.  That was last year.
8   Q.  Would this have been in '06?
9   A.  Yes.
10  Q.  It would have been in '06 because -- I mean,
11      before the meeting of November of '06, right?
12              MS. BATTLE-HODGE:  Yeah, you met
13              November '06.
14  A.  Yes.  Uh-huh (positive response).
15  Q.  And tell me about this incident between you
16      and Ms. Stabler.
17  A.  I was coming in the building one morning, and
18      I had my hands full.  I had a -- And I had my
19      key out to unlock the door to come in.  And
20      before I realized it, the door was flying back
21      in my face, and I backed up.  And had I not
22      backed up, the door would have hit me in the
23      face.

Page 135

1           But anyway, she was pushing the door back
2       out on me.  And her claim was that she was
3       trying to help me, you know, this -- well, on
4       this particular morning.  Times past that the
5       individuals go in the door and just let the
6       door slam in your face, you know, and you were
7       responsible for unlocking the door or pulling
8       it open yourself.  But it was -- I found it
9       strange this particular morning that she's
10      making an attempt to help me, you know.  I
11      found it kind of strange.
12  Q.  Why would you find it strange?
13  A.  Well, times past, you know, I would come in
14      behind her or some other individuals, and
15      they -- they would, you know -- But I was in
16      the habit of coming in myself, you know,
17      letting myself in without any assistance.
18  Q.  But on this occasion you had your hands full?
19  A.  Well, I had the hands full, but I wasn't -- I
20      mean, I wasn't incapacitated where I couldn't
21      get in the door.
22  Q.  Okay.  Well, did you say anything to
23      Ms. Stabler?

Page 136

1   A.  Well, she said that she was trying to help
2       me.  And I told her, I said, well, I'll -- you
3       know, go ahead on and I'll get -- you know,
4       I'll help himself.  Because it kind of vexed
5       me the fact that she was, you know, pushing
6       the door out on me, you know.
7   Q.  Did you comment to her in some kind of rude
8       or -- way?
9   A.  No.  I asked her to go -- I know my -- my
10      comment to her was to go ahead on; you know,
11      I'll let myself in.  And she was insisting on,
12      you know, having this dialogue with me.  And
13      after a point, you know, I told her -- I just
14      let her know that I didn't appreciate her
15      pushing the door out in my face.
16  Q.  So you didn't perceive her as trying to help
17      you.
18  A.  No.
19  Q.  Do you think she was intentionally trying to
20      push the door on you?
21  A.  I don't know what her intention was, but I
22      didn't see it as her trying to help me.
23  Q.  Were there any other incidents referred to in

Page 137

1    this meeting on November 14th?
2  A.  No.
3  Q.  Well, what's your understanding of, then,
4    other than the incident with Ms. Stabler, why
5    you were referred to the Behavior Health
6    System coordinator?
7  A.  Well, I had stopped being -- Well, I had
8    removed myself from being in a social setting
9    with the individuals that I saw as -- as, you
10   know, having a -- having a bone to pick with
11   me or individuals that I associated with, and
12   so I -- I kept mainly to myself.
13 Q.  And those individuals you're talking about,
14   are they white individuals?
15 A.  Well, some of them were black.
16 Q.  Who were some of the black employees that you
17   had no contact with?
18 A.  That I wouldn't associate with?
19 Q.  Yeah.
20 A.  Well, I didn't spend much -- I didn't spend
21   any time around George Paris, George Baldwin
22   or Angela -- I can't think of her -- Angela
23   Hurst, Daniel Robinson.

Page 138

1  Q.  Am I correct that after you took over the
2    genetically modified seed plant that you
3    pretty much kept to yourself?
4  A.  Yeah.
5  Q.  And for lack of a better description, you
6    really weren't being a team player in the
7    Department of Agriculture.
8  A.  Well, it was definitely a lack of just -- And
9    I was a team player. I played -- I was a team
10   player as much as they would involve me and
11   allow me to be a team player.
12 Q.  But you weren't communicating with people out
13   there, were you?
14 A.  I was communicating with those people that I
15   had a need to communicate with, but in a
16   social setting, I didn't communicate with
17   them. I mean, I picked the individuals that I
18   associated with and conversation with in a
19   social setting.
20 Q.  Well, let me ask you this. Do you have a
21   staff meeting every week?
22 A.  Yes.
23 Q.  Do you --

Page 139

1  A.  Well, it's scheduled for every week. We don't
2    have it every week.
3  Q.  Well, do you have staff meetings on a regular
4    basis?
5  A.  Well, there were times we didn't have staff
6    meetings for a month. So, you know, when you
7    say a regular basis, I mean, it's -- And I'm
8    assuming that it was due to circumstances that
9    intervened in the time period.
10 Q.  Right. But you have staff meetings.
11 A.  We're scheduled to have staff meetings.
12 Q.  Right. And you attend staff meetings.
13 A.  I do.
14 Q.  Do you participate in those staff meetings?
15 A.  To the -- To the extent that my involvement
16   requires me to, yeah.
17 Q.  Have you taken the -- Strike that.
18     In these staff meetings have you refused
19   to make any comments when your supervisors are
20   present in the last year and a half?
21 A.  I'm not following you.
22 Q.  Okay. In the last year and a half in the
23   staff meetings that you have been present at

Page 140

1    where your supervisors were present, have you
2    made comments, participated in discussions?
3  A.  Well, if the discussion involved my duties, I
4    participated.
5  Q.  So you have.
6  A.  Yes.
7  Q.  Okay. And who -- which supervisors have you
8    spoken with during these staff meetings?
9  A.  My supervisor is Ronnie Murphy.
10 Q.  Right. And have you spoken to him on a
11   regular basis about your job and your job
12   functions and your responsibilities? Do y'all
13   speak each week?
14 A.  If something came up in the staff meeting that
15   involved my duties, you know, or something
16   that was related to my job duties, I
17   participated.
18 Q.  What about outside of staff meetings? Just
19   during the course of the week, do you have
20   meetings or conferences or discussions with
21   Mr. Murphy?
22 A.  Periodically we would -- we would meet outside
23   of the staff meeting, but it wasn't on a

Page 141

1    regular basis.
2    Q.  Well, how would you describe the level of
3        communication that you and your supervisor
4        have?
5    A.  When there were discussions, we exchanged
6        ideas and thoughts, just as we are talking
7        now.
8    Q.  Do you have any issues with Mr. Murphy
9        directly, any criticisms of Mr. Murphy?
10   A.  Well, there have been incidents that have
11       occurred between the two of us.  And when he
12       referred me to BHS, that was --
13   Q.  Anything else?
14   A.  Oh, I recall back I think it was in '05 when
15       we was -- must have been '0 -- '05, I think it
16       was, there were a meeting with the inspectors
17       and myself and Ronnie Murphy, and that has to
18       do -- it was in relationship to receiving
19       samples into the lab, that he was very rude
20       and ugly toward me, and --
21   Q.  Wasn't there a --
22   A.  -- I didn't appreciate it.
23   Q.  Wasn't there a time right after your reprimand

Page 142

1    where members of the seed industry were coming
2    into the department and you had knowledge of
3    this, that they were coming into the
4    department, and instead of attending that
5    meeting, you went on a dental appointment?
6    A.  Well, the --
7    Q.  Is that correct?
8    A.  Yes.  The arrangement there was --
9    Q.  Is that correct?
10   A.  That is correct.
11   Q.  Okay.
12   A.  But to explain the incident that occurred,
13       they were scheduled to arrive at, I can't
14       remember, I think it was at 1 o'clock, and my
15       dental appointment was at 3.  And they
16       didn't -- And Lance Hester, who was my
17       supervisor at that point, at that time, came
18       to my office and said that they were -- you
19       know, they were running a little bit late and
20       that they would, you know, be in shortly.  And
21       shortly became an hour.  And my dental
22       appointment was at 3 o'clock, and I was having
23       a tooth problem and I was going to that dental

Page 143

1    appointment, you know.  I believe in if you're
2    going to make an appointment with someone and
3    realizing you're to take under consideration
4    that individual's time is just as important to
5    them as yours are to you, so ...
6    Q.  And that's the way you felt about it.
7    A.  Well, my -- Well, my health was -- You know,
8        due to the fact that I had allowed time for
9        them to get there and we go through -- because
10       they wanted -- what they wanted to do was tour
11       the lab, tour through the lab, and 30 minutes
12       would have been ample time.
13   Q.  These are your customers, your constituents.
14       These are the people that you do work for,
15       right?
16   A.  Yes.
17   Q.  And just so I'm clear, because they were late
18       getting there, you had to schedule a dental
19       appointment -- you elected to take your dental
20       appointment.
21   A.  It wasn't just a regular dental appointment.
22       I was having a tooth problem, and I needed it
23       to be -- I needed to get it taken care of.

Page 144

1    Q.  Who is your dentist?
2    A.  Phelan and Dr. Fry.
3    Q.  Is that David Fry?
4    A.  Yeah.
5    Q.  Getting back to this paragraph nine when you
6        were referred to the Behavior Health System
7        coordinator, as a State employee, when you're
8        referred to the Behavior Health System
9        coordinator, you've got to go.  Is that your
10       understanding?  I mean, that's mandated by the
11       State Personnel Board --
12   A.  At that point I was told that I had to go.
13       And, now, as far as what the procedures are, I
14       don't know.
15   Q.  Did you check with the ASEA on that or anybody
16       with the State Personnel Board?
17   A.  I didn't check with anyone at the Personnel
18       Board.  I may have called ASEA and had a
19       conversation with Norbert Williams about it,
20       but as far as checking into it to see what the
21       procedures are, I --
22   Q.  Were you advised that you needed to go?
23   A.  I was advised that I had to go, not need to

Page 145

1    go.
2    Q.  And who was the psychiatrist that you saw?  Do
3        you remember?
4    A.  Offhand I don't remember.
5    Q.  It looks like you saw a Clinton Smith?
6    A.  Yes, that's ...
7    Q.  And would have seen him on December 5 of 2006?
8    A.  Yes.
9    Q.  Where is his office located?
10   A.  Off of Taylor Road there near Taylor Road
11       Baptist Church and the park there across from
12       Halcyon.
13   Q.  And did you see Dr. Smith only on one
14       occasion?
15   A.  Yes.
16   Q.  And for how long?
17   A.  About an hour.
18   Q.  And what was discussed during that session?
19   A.  Well, he asked me to --
20           MS. BATTLE-HODGE:  I'm going to
21           object because ...
22           MR. WILSON:  Well, y'all have
23           produced the records.  I mean, I

Page 146

1            think you've waived any
2            privilege.
3        MS. BATTLE-HODGE:  Well, it's
4            privileged if you're talking
5            about particular details, but if
6            it's something that's in the
7            record, we can discuss that if
8            you let him see it.
9        MR. WILSON:  You produced it to me.
10       MS. BATTLE-HODGE:  That's fine.
11           Yeah, that's fine.
12       MR. WILSON:  Yeah.  This is what I'm
13           looking at right there.
14       MS. BATTLE-HODGE:  Okay.  But I was
15           just thinking of any private --
16           of any other conversations that
17           he might have had with him.
18   Q.  What I want to know is when you saw Dr. Smith,
19       I mean, what did you tell him?  I mean, what
20       was discussed in the meeting, the session?
21       MS. BATTLE-HODGE:  And that's what
22           I'm saying is privileged.  What
23           he discussed in the -- other

Page 147

1            than this, that's what I'm
2            saying is privileged.
3    Q.  Well, let me ask you this.  Did he -- After
4        this meeting did he prescribe any medication?
5    A.  He didn't -- well, in here -- it's in the --
6        No, no medication was prescribed after the
7        session.  His comments was that there was no
8        need for any further sessions or anything.
9    Q.  Right.  No further treatment needed.
10   A.  No.
11   Q.  Didn't recommend any treatment for you.
12   A.  No.
13   Q.  And that's the only session you had with him.
14   A.  Right.
15   Q.  And --
16   A.  And his conclusion was that this appeared to
17       have been a vendetta between myself, Ron
18       Sparks, and Ronnie Murphy.
19   Q.  What do you base that statement on, his
20       conclusion?  Is that in the document you
21       presented to me?
22   A.  There is a ...
23   Q.  And let me ask you this.  Let me ask you

Page 148

1    this.  How would he know that other than what
2    you told him?
3    A.  Well, in the session that we -- his statement,
4        his final statement was that it appeared to
5        have been a personal vendetta between Ronnie
6        Murphy, Ron Sparks, and myself.
7    Q.  Based on what you told him, correct?
8    A.  Yes.
9    Q.  I mean, he didn't talk to anybody else, did
10       he?
11   A.  No, he didn't.
12   Q.  Didn't talk to Commissioner Sparks.
13   A.  Not to my knowledge.
14   Q.  Didn't talk to anybody else at the Department
15       of Agriculture to your knowledge, did he?
16   A.  To my knowledge, he didn't.
17   Q.  Now, as a result of being referred to the
18       psychiatrist in November of 2006, you didn't
19       receive a demotion, did you?
20   A.  No, I did not.
21   Q.  Didn't receive --
22   A.  Mental anguish and --
23   Q.  Didn't receive a reduction in benefits, did

Deposition of John L. Crayton                                                April 17, 2008

Page 149

1   you?
2   A.  No, I did not.
3   Q.  You still have your State vehicle, don't you?
4   A.  I do.
5   Q.  But you said you had mental anguish?
6   A.  Yeah.
7   Q.  Okay.  As a result of being referred to the
8       psychiatrist?
9   A.  Well, when your -- your mental health is at
10      question and you know that there's nothing
11      wrong with you mentally, I mean, you're
12      normal, and put that in quotes (indicating),
13      to the extent of what is normal.
14  Q.  Who knew you were going to see this
15      psychiatrist other than Mr. Murphy?
16  A.  I think I mentioned it to Wilma and Shannon in
17      passing.
18  Q.  So you told Ms. Fitzpatrick that you were
19      going to see the psychiatrist; is that
20      correct?
21  A.  I may have -- what I'm trying -- I may have
22      mentioned it in passing or in -- during the
23      lunch hour that ...

Page 150

1   Q.  And who else did you say?
2   A.  Shannon Burton.
3   Q.  Anybody else?
4   A.  My wife.
5   Q.  Have you had any treatment for any mental
6       anguish?
7   A.  Have I ever had any treatment for mental
8       anguish?
9   Q.  No.  Just because -- mental anguish
10      specifically because of this claim that you
11      were referred to the Behavior Health System
12      coordinator.
13  A.  Oh, no.  No.
14  Q.  And you're not on any medication, are you?
15  A.  No, I'm not.
16  Q.  Have you ever been treated for depression?
17  A.  No, I have not.
18  Q.  Do you have a family physician?
19  A.  Yes, I do.
20  Q.  Who is that?
21  A.  Myrtle Goore.
22  Q.  In the document that was produced to us by
23      your attorney from Dr. Smith's office, it

Page 151

1   says, and I'll show it to you, on page 2, it
2   looks like -- Well, first of all, this
3   handwriting on page 2, that's not your
4   handwriting, is it?
5   A.  No.  That's his handwriting.  That's the
6       doctor's handwriting.
7   Q.  All right.  And it says:  I do not recommend
8       follow-up treatment.  Was that your
9       understanding?
10  A.  Yes.
11  Q.  And he says:  There appears to be an
12      interpersonal problem with Mr. Crayton and his
13      supervisor, Ronnie Murphy, and Commissioner
14      Sparks.  Mr. Crayton alleges promotion
15      discrimination and makes a claim with EEOC and
16      ASEA.  And then it says:  Mr. Crayton refused
17      to sign the supervisory referral authorization
18      form.
19  A.  My refusal was that I was going to get legal
20      advice before I signed that.
21  Q.  Right.  You never signed it, did you?
22  A.  No, I didn't.
23  Q.  But you did go to the referral.

Page 152

1   A.  I did.
2   Q.  And as far as you know, Dr. Smith's comments
3       here on page 2 are based on what you told him
4       in the session.
5   A.  I would assume so, yes.
6   Q.  Because to your knowledge he didn't talk to
7       anybody else.
8   A.  To my knowledge, no.
9   Q.  And did you tell him that you had already
10      filed an EEOC complaint?
11  A.  Yes, I did.
12  Q.  And then, of course, after you were referred
13      to the psychiatrist, you filed another EEOC
14      complaint.
15  A.  Yes, I did.
16  Q.  Did you go back to Birmingham to file that
17      one?
18  A.  I did.
19  Q.  Did you meet with the same investigator --
20  A.  No.
21  Q.  -- or another one?
22  A.  Another one.  Well, I didn't meet with the
23      investigator.  I met with the analyst that

Deposition of John L. Crayton

April 17, 2008

Page 153

1    took the complaint.
2    Q.  Okay.  A different analyst?
3    A.  Yes.
4    Q.  And did you produce any documents to the EEOC
5         on that occasion?
6    A.  Those documents there.
7    Q.  Just -- Did you give them a copy of the --
8         Dr. Smith's assessment?
9    A.  Yes.
10   Q.  And the referral form?
11   A.  Yes.
12   Q.  And to your knowledge did the EEOC investigate
13        your claim?
14   A.  I would assume that they did.  In their reply
15        to me, they didn't find any of their laws
16        being violated.
17   Q.  The same finding that they did in your first
18        EEOC complaint; is that correct?
19   A.  Right.
20   Q.  Let me ask you real quick.  In the prosecution
21        of your EEOC claims or these lawsuits that
22        we're here about today, have you incurred any
23        expense yourself?

Page 154

1    A.  Yes, I have.
2    Q.  What expenses have you incurred?
3    A.  My legal fees.
4    Q.  Have you paid legal fees to date?
5    A.  Yes.
6    Q.  How much have you paid to date just ballpark?
7         I don't --
8              MS. BATTLE-HODGE:  What, maybe -- I
9              don't know.
10   A.  Oh, roughly 3,000.
11   Q.  Has anybody paid your legal fees on your
12        behalf, or have you paid them yourself?
13   A.  I paid them myself.
14   Q.  Had you contacted an attorney before -- other
15        than somebody with the State Employees
16        Association, had you contacted an attorney
17        before you filed your first EEOC complaint?
18   A.  No.
19   Q.  What about your second EEOC complaint?
20   A.  Well, I already had an attorney when I filed
21        my second one.
22   Q.  Your second one?
23   A.  Yes.

Page 155

1    Q.  Is that Mrs. Battle-Hodge?
2    A.  Yes.
3    Q.  You state in here on it's paragraph 10, that
4         you were continued -- the defendant continued
5         to harass you after you filed your initial
6         EEOC complaint.  What do you base that
7         statement on?
8    A.  That document right there (indicating).
9    Q.  The referral?
10   A.  Right.
11   Q.  Anything else?
12   A.  Well, that was base -- yes -- No.  That was
13        the basis of it.
14   Q.  The referral to the --
15   A.  Right.
16   Q.  -- psychiatrist.
17   A.  Uh-huh (positive response).
18   Q.  All right.
19   A.  Oh, and my evaluation, my yearly evaluation
20        that they did not do --
21   Q.  Right.  You say --
22   A.  -- on time.
23   Q.  -- that your evaluation was due April 30th of

Page 156

1         2007?
2    A.  It was due by the end of the month, yes, the
3         end of April, yes.
4    Q.  Has that evaluation been done?
5    A.  Yes, it has been done.
6    Q.  And when was it done?
7    A.  I would have to go back and look at the date.
8         I don't remember.  It was sometime in May.
9    Q.  Sometime in May of '07?
10   A.  Yes.
11   Q.  And as a result of the evaluation being done
12        in May of '07, you didn't lose any -- there
13        was no reduction in pay, was there?
14   A.  No.
15   Q.  No demotion?
16   A.  No.
17   Q.  Didn't miss out on any raises.
18   A.  No.
19   Q.  Your only complaint is that it wasn't done by
20        the end of April of '07?  Is that what the
21        complaint is?
22   A.  My complaint was that it wasn't done on time
23        and my chances of not getting my raise.  That

Deposition of John L. Crayton                                          April 17, 2008

Page 157

```
1    was what -- the reason why I filed the EEOC
2    complaint in the first place.
3  Q. Right. But you got your raise.
4  A. I did.
5  Q. Okay. So there really wasn't any retaliation
6    based on that, was there?
7      Won't you agree, I mean, nobody
8    retaliated against you because your
9    performance evaluation wasn't completed on
10   April 30th of 2007? It was completed and you
11   got your raise.
12 A. I did -- I was evaluated and I did get my
13   raise, but --
14 Q. So there was no retaliation on that issue, was
15   there?
16 A. On that particular issue, no.
17 Q. Okay. Thank you.
18     Who did that evaluation? Was that Mr. --
19 A. It was done -- It was a three-part evaluation.
20 Q. Right.
21     (Defendant's Exhibit 8 was marked for
22     identification.)
23 Q. I'm just going to show you what I marked as
```

Page 158

```
1    Defendant's Exhibit 8, which is the -- it
2    appears to be an Employee Performance
3    Appraisal Addendum, and it's covering the
4    period from April of '06 to April of '07. And
5    it just shows that an annual raise effective
6    2007. And it was actually three appraisals
7    that were done.
8  A. It was a three-part. There were three
9    individuals. I was supervised by three
10   different people during that time period.
11 Q. Right. And it's Mr. Hester, Mr. Hilburn, and
12   Mr. Murphy.
13 A. Right.
14 Q. Have you seen that document?
15 A. Yes.
16 Q. And that's just a reflection of the three --
17 A. It's a cumulative, right.
18 Q. Yeah. That was done by those three
19   individuals.
20 A. Right.
21     MR. WILSON: Y'all give me just a
22     second to clean this up, and
23     I'll try to get to the end.
```

Page 159

```
1  Q. Oh, let me ask you this real quick while I'm
2    thinking about it. In some of our
3    pre-discovery disclosures that have been filed
4    by the lawyers in this case, your lawyer has
5    given me a list of some potential witnesses
6    that may be called in the case. And I just
7    want to ask you if you know who these people
8    are, and if you do, tell me what their
9    involvement in the case is.
10     Who is Sharon Woodall, that last name on
11   that first page?
12 A. She was a secretary -- my secretary during a
13   time when I was in the seed lab.
14 Q. Is she still employed with the department?
15 A. Yeah, in a -- Well, she's working for another
16   division now, I mean, another area.
17 Q. What area does she work in?
18 A. Food safety, I think.
19 Q. Okay. And is she white or black?
20 A. She's white.
21 Q. Who is Vita Jackson?
22 A. She's the current secretary and my secretary
23   when I was -- You know, after Sharon left, she
```

Page 160

```
1    became my secretary.
2  Q. Is she still there?
3  A. She's still there, yes.
4  Q. Working for Mr. McMillian?
5  A. Yes.
6  Q. Okay. Joan Walker?
7  A. Joan Walker?
8  Q. Joan Walker. Sorry.
9  A. Well, she was privy to some information
10   concerning an incident that occurred that we
11   talked about when Wilma Fitzpatrick and Annie
12   Patterson and I was called to the
13   commissioner's office. And I was dismissed
14   from that meeting and later called back to a
15   conference room for a meeting between Ronnie
16   Murphy, the commissioner, and Dana Wallace.
17 Q. When was that incident? When was that
18   meeting? I'm sorry.
19 A. I would have to go back and look at some memos
20   that --
21 Q. Was that --
22 A. I don't know if I can even -- concerning the
23   fellowship in the courtyard.
```

Page 161

1    MS. BATTLE-HODGE: Didn't you-all --
2        You-all discussed that meeting,
3        didn't you?
4    THE WITNESS: Uh-huh (positive
5        response).
6    MS. BATTLE-HODGE: Can you remind
7        him which one it was?
8  A.  That was -- I mentioned that was where Annie
9      Patterson, Wilma Fitzpatrick, and myself were
10     called to the commissioner's office, and he
11     wanted to confront us for not -- we had been
12     accused of not attending this fellowship in
13     the courtyard.
14 Q.  Okay. I got you.
15     Who is Mark Powell?
16 A.  Mark Powell is one of the IT persons for the
17     department.
18 Q.  Is he black or white?
19 A.  He's white.
20 Q.  And what about Q, that Charlenthia Canidate?
21 A.  She was one of the secretaries in the seed lab
22     during my stint as program director.
23 Q.  Is she black or white?

Page 162

1  A.  She's black.
2  Q.  Is she still with the department?
3  A.  She is.
4  Q.  What about Sharon Hataway?
5  A.  She was one of the seed analysts with the
6      department, with the seed lab.
7  Q.  And Yvonne Venable?
8  A.  She was one -- she was an employee in the --
9      Well, she was an employee in general service
10     that was privileged to some information,
11     racial overtones and the like.
12 Q.  What kind of information?
13 A.  Well, she accused an employee of some incident
14     that had taken place earlier.
15 Q.  Is she white or black?
16 A.  I think she's white.
17 Q.  And she accused another employee of something?
18 A.  Yes.
19 Q.  What was that involving?
20 A.  Right offhand, I'll have to go back and really
21     think about it. It skips my memory right now.
22 Q.  What does she know about this case, your case?
23 A.  Well, she -- the racial situation that we --

Page 163

1      she can attest to the racial situation as it
2      exists in the building.
3  Q.  And when you say the racial situation, again
4      what do you mean specifically about the racial
5      situation?
6  A.  Well, the racial overtone that exists in the
7      building right now.
8  Q.  What are those overtones?
9  A.  There is a divide between a great number of
10     the blacks and whites that work for the
11     department.
12 Q.  Is that problem one-sided, in your opinion, or
13     is -- does black and white share
14     responsibility in that?
15 A.  Well, I'm sure that there are some
16     responsibilities on both sides, but they
17     exist.
18 Q.  Tom Johnson, you told me who he was, didn't
19     you?
20 A.  Well, he was the director of plant industry.
21     I don't -- His job has changed. But he was
22     one of the ones that sent a memo to IT
23     concerning the lack -- the inability to access

Page 164

1      his database and to print permits.
2  Q.  Nina Sigler, Siger, S-I-G-E-R, S-I-G-L-E-R?
3  A.  She's one of the individuals in procurement
4      and was privy to some information concerning
5      me being accused of not following procedure in
6      ordering equipment and supplies.
7  Q.  And that goes back to your warning in 2005.
8  A.  Right.
9  Q.  Paula Westbrook?
10 A.  She was an analyst that was hired during my
11     period as seed analyst -- I mean, director of
12     the program.
13 Q.  Is she white or black?
14 A.  She's white.
15 Q.  What about Jamie Baxley?
16 A.  She was Ronnie Murphy's secretary.
17 Q.  Is she black or white?
18 A.  She's white.
19 Q.  What about Guy Carr?
20 A.  Guy Carr was the director of plant industry
21     and was -- and I was -- and he was my
22     supervisor when I was first promoted, promoted
23     to acting director during Jack Thompson's

|   | Page 165 |
|---|----------|
| 1 | administration. |
| 2 | Q. Okay. And is he still with the department? |
| 3 | A. He's retired. |
| 4 | Q. And Ann Andrew? |
| 5 | A. She was my secretary when I was first promoted |
| 6 | and -- promoted to acting and put in a |
| 7 | permanent position as program director. |
| 8 | Q. All right. We have also requested that you |
| 9 | produce some tax returns in this case. Have |
| 10 | you done that, to your attorney? |
| 11 | A. No, I have not. |
| 12 | Q. All right. We've asked that you produce all |
| 13 | notes, memoranda, diaries, summaries, or other |
| 14 | records reflecting any of the events that make |
| 15 | the basis of your lawsuit. |
| 16 | Have you done that? |
| 17 | A. There are some other -- There are some more |
| 18 | documents that I have, too, that I was able |
| 19 | to -- I have come by since this case has |
| 20 | come -- And I will be giving it -- giving |
| 21 | those to the lawyer. |
| 22 | Q. Okay. And that would include any and all |
| 23 | these tapes and tape recordings that you've |

|   | Page 167 |
|---|----------|
| 1 | Q. Did you -- |
| 2 | A. -- or that I'm aware of. |
| 3 | Q. I'm sorry. |
| 4 | Did you send that document to anybody |
| 5 | yourself? |
| 6 | A. No. |
| 7 | Q. Do you have any written or recorded statements |
| 8 | from any witnesses or anybody that may be a |
| 9 | witness in this case? |
| 10 | A. No. |
| 11 | Q. Back around the time that you were referred to |
| 12 | the psychiatrist, was there an occasion where |
| 13 | you had reported to your supervisor or to |
| 14 | Mr. Murphy or anyone at the Department of |
| 15 | Agriculture that you weren't going to speak to |
| 16 | white individuals? |
| 17 | A. No. |
| 18 | Q. Okay. Did you have discussions with |
| 19 | Mr. Murphy where you made a representation |
| 20 | that you thought he and the commissioner were |
| 21 | Klansmen without hoods or something to that |
| 22 | effect? |
| 23 | A. In discussion I may have. |

|   | Page 166 |
|---|----------|
| 1 | made? |
| 2 | A. Those that I -- that I desire to use as -- you |
| 3 | know, to -- you know, as part of my claim, I |
| 4 | will, yes. |
| 5 | Q. Well, we may have to take that up with the |
| 6 | court. But the recordings, I'm just going to |
| 7 | ask you to make those available to your |
| 8 | attorney, and then she and I will take that |
| 9 | up. |
| 10 | A. Okay. |
| 11 | Q. And you've already -- |
| 12 | MR. WILSON: And we've already said |
| 13 | that y'all would give us a copy |
| 14 | of everything that he filed with |
| 15 | the EEOC. |
| 16 | MS. BATTLE-HODGE: Right. It's a |
| 17 | huge deal on that. |
| 18 | Q. Do you have any of the fliers, letters, or any |
| 19 | correspondence that was -- that you received |
| 20 | that was concerning criticisms of the |
| 21 | Department of Agriculture or Commissioner |
| 22 | Sparks? You mentioned one letter. |
| 23 | A. That's the only one I've -- I'm privy of -- |

|   | Page 168 |
|---|----------|
| 1 | Q. Do you remember when that was made? |
| 2 | A. I say I may have. I -- |
| 3 | Q. Well, if you -- Well, do you remember when you |
| 4 | may have made that statement? |
| 5 | A. No. |
| 6 | Q. Would that have been before you were referred |
| 7 | to the psychiatrist? |
| 8 | A. I don't know. I don't recall. |
| 9 | Q. Do you have a recording of that statement? |
| 10 | A. No. |
| 11 | Q. Do you know who Jim Bostick is? |
| 12 | A. I do. |
| 13 | Q. Did you have dealings with him when you were |
| 14 | the seed director? |
| 15 | A. I did. |
| 16 | Q. How would you describe your relationship with |
| 17 | Mr. Bostick? |
| 18 | A. It was -- It was, I guess, no more than, you |
| 19 | know, in conversation concerning tests when I |
| 20 | went to Crop Improvement Association meetings |
| 21 | and discussions of topics, but there was no |
| 22 | social acquaintance there. |
| 23 | Q. What about Jim Kelly? |

Deposition of John L. Crayton                                                                April 17, 2008

---

Page 169

1   A.  Jim Kelly, that was the name that I was trying
2       to remember.  That was a kosher -- a
3       relationship.  He would call and -- seeking
4       information, and we would pass the time, you
5       know, in -- you know, in relation to giving --
6       you know, sharing information with him, but
7       there was no social contact with him.
8   Q.  What about Scott Morgan?
9   A.  Scott Morgan, I knew him in attending the
10      seedmen's meeting, but there was no ...
11  Q.  How often would you attend a meeting of the
12      Alabama Seedsmen?
13  A.  Once a year.
14  Q.  And when you would go, would other members of
15      the department go with you or would you just
16      go by yourself?
17  A.  I went by myself.
18  Q.  Do you have an interest in going back to your
19      previous position as we sit here today?
20  A.  Well, at this point in time, I'm not sure.
21  Q.  Were you told when you were assigned your --
22      the position that you hold today that it was a
23      good opportunity for you and that you had an

Page 170

1       opportunity to develop a program for the
2       state?
3   A.  I may have been told that.
4   Q.  Other than this lawsuit or these lawsuits that
5       we're here about today, have you ever filed
6       any other lawsuits, civil lawsuits?
7   A.  No.
8   Q.  Have you ever been sued yourself?
9   A.  No.
10  Q.  What about your wife, has she ever been a
11      plaintiff in a lawsuit to your knowledge?
12  A.  Yes.
13  Q.  What kind of lawsuit has she filed?
14  A.  She was injured on an airline.
15  Q.  I'm sorry?
16  A.  She was injured on an airline.
17  Q.  A personal injury case?
18  A.  Right.
19  Q.  Anything else to your knowledge?
20  A.  No.
21  Q.  Has she ever filed an EEOC complaint to your
22      knowledge?
23  A.  She's filed one locally on the campus.  Auburn

Page 171

1       University has an EEOC office there on campus.
2   Q.  And she filed a complaint concerning something
3       about her job?
4   A.  Yes.
5   Q.  How long ago was that?
6   A.  A year ago, two years ago.  I don't remember.
7   Q.  Was that case resolved?
8   A.  Yes.
9   Q.  Did she receive any compensation?
10  A.  No.
11  Q.  I may have asked you this, but just so I'm
12      clear, your claim of retaliation contained in
13      your second complaint --
14          MS. BATTLE-HODGE:  Second.  Okay.
15  Q.  -- that's based solely or was based on the
16      fact that you were referred to the
17      psychiatrist.
18  A.  Yes.
19  Q.  You claim that was retaliation by the
20      department because you had filed the previous
21      EEOC complaint.
22  A.  Yes.
23          MR. WILSON:  Let me clean up this

Page 172

1          stuff right here.  And you've
2          got what, 3 o'clock?  Is that
3          what you've got?
4          MS. BATTLE-HODGE:  Yeah, I'd like to
5          leave then.
6          MR. WILSON:  Okay.  Take about five.
7          (Brief recess.)
8          MR. WILSON:  I just have a few more
9          quick questions, if we can go
10         back on the Record.  I just want
11         to clarify a couple of things.
12  Q.  (Mr. Wilson continuing) Before this meeting of
13      November 14th, 2006 that you had with
14      Mr. Murphy, you'd had at least two run-ins
15      with two white female employees, right?  You
16      told me about one.
17  A.  Well --
18  Q.  Was there another one?
19  A.  Well, I was accused by I think it was Nina
20      Sigler --
21  Q.  Nina Sigler.  Okay.
22  A.  -- that I didn't hold a door -- the door for
23      her or something.

Page 173

1  Q.  Okay. And then you've had at least two
2      situations where you've become argumentative
3      with Mr. Murphy and where you made the comment
4      about --
5  A.  No, that wasn't an argument. That was in a
6      conversation. We was -- He had called me --
7      called me to his office and said he wanted to
8      talk with me. And then we sat down and he
9      said -- well, he informed me that we were
10     going to just talk. And he was asking me my
11     opinion, and I was giving him my opinion.
12 Q.  And that's when you told him you thought that
13     he and some of the other supervisors and the
14     commissioner were Klansmen without robes and
15     sheets?
16 A.  Well, in the heat of the conversation that --
17     and in my perception of the racial conditions
18     in the department, yes.
19 Q.  Right. But I'm just -- that's what you said.
20 A.  I may have said that, yes.
21 Q.  All right. And then it was after this that
22     you had the meeting on November 14th with
23     Mr. Murphy, correct?

Page 174

1  A.  Now, what -- when --
2  Q.  I'm saying after that conversation, after the
3      two run-ins with the two white females --
4  A.  Okay. Yes.
5  Q.  -- and after your discussions with Mr. Murphy
6      where you made the comment about the Klansmen,
7      then on November 14th you had the meeting with
8      Mr. Murphy.
9  A.  That's when -- when he referred me to BHS.
10 Q.  Right.
11 A.  Okay. Yes.
12 Q.  And, actually, that's the Employee Assistance
13     Program, right?
14 A.  Right.
15 Q.  And did you go to the Employee's Assistance
16     Program and meet with someone?
17 A.  I was to contact them, and I did. And they --
18     And I think in the meantime, the personnel
19     person in the department had made contact with
20     them.
21 Q.  Okay.
22 A.  And when I contact BHS, they gave me the name
23     of a psychiatrist that I was to go see.

Page 175

1  Q.  So that it was the Employee --
2  A.  And I contacted the psychiatrist and set up an
3      appointment to see him.
4  Q.  Right. So it was the Employment Assistance
5      Program that referred you to the -- actually
6      referred you to the psychiatrist.
7  A.  Right. Right.
8  Q.  Not Mr. Murphy or the Department of
9      Agriculture.
10 A.  Right.
11 Q.  And that Employee Assistance Program is part
12     of your State benefits, correct? I mean, it's
13     a benefit you get if you need it.
14 A.  Right.
15 Q.  Okay. And was it your understanding that you
16     were being referred to the Employment
17     Assistance Program for an anger management
18     issue?
19 A.  No.
20 Q.  Okay. What were you told? What were you told
21     about it, about the referral?
22 A.  He may have told me that, you know, that --
23     Well, I don't -- I don't remember.

Page 176

1  Q.  Just so I'm clear, did you actually meet with
2      someone with the Employee Assistance Program?
3  A.  No.
4  Q.  Okay. You just contacted them?
5  A.  Right.
6  Q.  And -- Over the telephone?
7  A.  Yes.
8  Q.  And told them who you were?
9  A.  Yes.
10 Q.  And then they made the referral back to
11     Dr. Smith.
12 A.  No. They gave me Dr. Smith -- they gave me --
13     Well, Dr. Smith was the second person that
14     they gave me. There may have been a conflict
15     with the first individual they gave me.
16 Q.  So -- But you made the appointment.
17 A.  I made the appointment, yes.
18 Q.  All right. Based on the information that the
19     Employment Assistance Program gave you. I
20     mean, they gave --
21 A.  Yeah, they gave me his name and -- Yes.
22 Q.  That's all I'm trying to say. All right. Let
23     me see here.

44 (Pages 173 to 176)



Page 177

1    You told me earlier in the course of the
2    deposition that your race was one of the
3    factors of your discrimination claims.  I
4    think a couple of times you said it was the
5    majority contributing factor or a major
6    contributing factors.  What were the other
7    factors?  Were there other factors other than
8    your race?
9  A.  Well, I'm sure that there were others, but
10    right offhand I can't -- I perceived it as
11    being race and -- and the reputation that
12    Ronnie Murphy brings to the department.
13  Q.  The reputation that Mr. Murphy brings?
14  A.  Yes.  Yes.
15  Q.  What's his reputation?
16  A.  Well, I -- I was -- you know, I was -- you
17    know, it was just general knowledge that he
18    was the hatchet man and, you know, the way he
19    came from NRCS.  And he was known to be the
20    hatchet man around NRCS.
21  Q.  The hatchet man in what?  I'm sorry.
22  A.  The hatchet man around NRCS.
23  Q.  What is NRCS?

Page 178

1  A.  Natural Resources Conservation Service.
2  Q.  Did you know Mr. Murphy before he came to work
3    with the department?
4  A.  No, I did not.
5  Q.  When did he come to work?
6  A.  I think it was -- '03, I think.
7  Q.  Was it -- Did he come to work with the Sparks
8    administration or before?
9  A.  He came before.
10  Q.  So he was there with, was it --
11  A.  Charles Bishop.
12  Q.  Bishop.
13    Any other -- Anything else about his
14    repetition that you're aware of?
15  A.  No.
16    MR. WILSON:  All right.  I
17    appreciate your time.  Thank
18    you.  Thank you.
19    MS. BATTLE-HODGE:  Thank you.  Thank
20    you.
21    * * * * * * * * * * * *
22    FURTHER DEPONENT SAITH NOT
23    * * * * * * * * * * * *

Page 179

REPORTER'S CERTIFICATE

STATE OF ALABAMA:

MONTGOMERY COUNTY:

    I, Gina L. Haislip, Registered Professional

Reporter and Commissioner for the State of Alabama at

Large, do hereby certify that I reported the

deposition of:

    JOHN L. CRAYTON

who was first duly sworn by me to speak the truth, the

whole truth and nothing but the truth, in the matter

of:

    JOHN L. CRAYTON,

    Plaintiff,

    vs.

    ALABAMA DEPARTMENT OF

    AGRICULTURE & INDUSTRIES,

    Defendant.

    In The U.S. District Court

    For the Middle District of Alabama

    Northern Division

    Case Number

    2:07cv626-MEF

Page 180

1    The foregoing 178 computer printed pages
2  contain a true and correct transcript of the
3  examination of said witness by counsel for the parties
4  set out herein.  The reading and signing of same is
5  hereby waived.
6    I further certify that I am neither of kin
7  nor of counsel to the parties to said cause nor in any
8  manner interested in the results thereof.
9    This 1st day of May 2008.
10
11
12
    _____
    Gina L. Haislip, ACCR #263
13    Expiration Date: 9-30-2008
    Registered Professional Reporter
14    and Commissioner for the State
    of Alabama at Large
15
16
17
18
19
20
21
22
23

**A**

**Aaron** 60:6
**ability** 27:18,20 33:3
  44:5 97:20,22 102:14
**able** 18:16,22 43:1,14
  43:23 44:16 92:22
  165:18
**about** 5:19 6:8 12:17
  14:15 15:9 17:19
  19:16 22:1,5,23 23:3
  33:21 34:12 35:1
  36:21 38:21 41:21
  42:9 44:18 49:2
  53:11 54:11 55:8,13
  55:17 56:15 57:22
  58:1 59:16 60:20
  62:23 63:3,21 64:3
  64:23 65:7 66:4,4,6
  66:10,18 67:1 70:16
  72:23 73:3,4,8,9,11
  73:13 74:2,15,17,18
  74:22 75:10,20,22
  76:4,15,16,17,20
  77:11 80:3,8,12
  83:10 84:17 87:14,17
  90:11,19 94:20 95:15
  97:20 98:22 99:16
  100:22 101:11
  102:22 104:22 105:6
  105:11,15 110:23
  112:11 115:18
  116:15,16 117:6
  118:15 120:21 122:7
  122:8 124:13 129:19
  131:5 132:6,8,12,19
  133:15 134:6,15
  137:13 140:11,18
  143:6 144:19 145:17
  146:5 153:22 154:19
  159:2 160:11 161:20
  162:4,21,22 163:4
  164:15,19 168:23
  169:8 170:5,10 171:3
  172:6,16 173:4 174:6
  175:21,21 178:13
**above** 35:2,6 101:5
  109:1,8
**accepted** 10:9
**access** 83:18 163:23
**accomplishing** 115:9
**ACCR** 180:12
**accumulation** 74:16
  120:5
**accused** 161:12 162:13
  162:17 164:5 172:19
**acknowledge** 94:7
**acknowledging** 94:11
**acquaintance** 168:22

**across** 21:14 25:7 67:3
  67:6 145:11
**across-the-board** 3:11
  103:10 105:20
**across-the-the-board**
  103:21
**acting** 69:14 164:23
  165:6
**ACTION** 1:8
**activities** 90:22
**actually** 26:12 49:18
  77:16 79:16 108:3
  119:17 127:10
  130:13 158:6 174:12
  175:5 176:1
**added** 74:19
**Addendum** 3:16 158:3
**additional** 108:21
**address** 8:15 46:8
**adjacent** 67:20
**adjustment** 3:11
**administration** 58:3,10
  115:10 116:5,7
  120:23 165:1 178:8
**administrations** 116:6
**administrative** 32:3,19
  32:21 91:14,14,18
**advanced** 31:6
**advice** 151:20
**advised** 144:22,23
**affect** 27:18,20 33:3
  104:18,18,19
**affected** 41:19 42:4
  43:3 74:8,10
**after** 5:8 10:16 12:2
  31:2 37:22 39:1 42:8
  42:8 45:6 46:23 53:4
  53:10,10 54:23 55:1
  55:2,3,19 56:7 57:8
  78:6 79:13,22 83:11
  85:22,22 86:4 87:2,5
  92:13 93:5,9 104:3,8
  116:19 136:13 138:1
  141:23 147:3,6
  152:12 155:5 159:23
  173:21 174:2,2,5
**afternoon** 38:11
**ag** 29:19 49:4
**again** 3:18 12:12 19:8
  31:15 45:12 69:1
  87:16 93:20 106:9
  109:20 118:1 121:9
  128:21 163:3
**against** 106:21 119:8
  119:12 157:8
**age** 9:16
**agency** 37:7
**ago** 82:6 98:7,22,23
  124:6 171:5,6,6

**agree** 39:21 46:11 52:7
  52:11,12 89:5,11
  95:14,18,21 96:1
  123:2,5,9 157:7
**agreed** 4:2,17 5:1
**agreement** 1:16
**agriculture** 1:9 2:16
  5:16 6:6 8:4,9 9:20
  12:16 13:3 16:5
  20:11 23:14 32:5,8
  32:10,13,15 36:12
  38:5 48:8 55:9,15
  56:16 60:1 65:1,8
  73:13 76:1,6 93:13
  96:3 97:6,10 102:10
  107:5 122:19 131:19
  132:21 138:7 148:15
  166:21 167:15 175:9
  179:16
**Agriculture's** 26:10
**ahead** 99:8,13 136:3,10
**airline** 99:10,13 170:14
  170:16
**AL** 2:8,13,17
**Alabama** 1:3,9,18,20
  3:8 4:9 8:11 9:2,6,14
  10:10 11:7,10 12:19
  27:7 31:18 32:11
  48:12 50:13 51:4,6
  51:12,13 54:5 59:19
  60:16 64:7 75:17
  79:19 97:3,5 101:17
  102:9 122:20 125:16
  126:9 169:12 179:2,5
  179:15,19 180:14
**allegations** 115:15,17
**alleged** 94:4,5
**alleges** 151:14
**allow** 44:12 138:11
**allowed** 84:11 91:3
  143:8
**along** 19:21 67:1
  112:17
**already** 21:8 41:15
  96:22 99:9 116:16,17
  131:7 152:9 154:20
  166:11,12
**Alto** 10:18
**always** 125:5
**amended** 23:6,8 29:3
  38:8 50:11 52:20
  83:12 94:12 106:9
  115:16
**amount** 114:23
**ample** 143:12
**analysis** 129:16
**analyst** 13:5,13 128:16
  152:23 153:2 164:10
  164:11

**analysts** 25:3 28:3,7,9
  28:11,13,14,18 36:11
  91:11 162:5
**analyzed** 41:17
**analyzing** 12:8
**Andrae** 30:2 89:5,17
**Andrew** 165:4
**Angela** 137:22,22
**anger** 175:17
**angry** 107:2
**anguish** 74:13 148:22
  149:5 150:6,8,9
**Ann** 165:4
**Annie** 42:22 43:5,7
  61:16 62:6,8,12
  160:11 161:8
**announced** 34:14,15
  123:11
**announcement** 34:16
**annual** 158:5
**another** 34:6 39:4,11
  40:16 41:20 50:20
  72:13 78:17 79:4
  85:19 101:8 106:6
  111:10 118:2 127:12
  152:13,21,22 159:15
  159:16 162:17
  172:18
**answer** 93:19
**anybody** 56:13 83:8,15
  98:13 109:19,19,20
  127:17 128:12,14,20
  131:5 144:15 148:9
  148:14 150:3 152:7
  154:11 167:4,8
**anyone** 18:11 38:4 55:7
  55:12 57:10 58:8
  83:5 92:14 131:4
  144:17 167:14
**anything** 42:6 56:23
  63:16,21 64:23 71:9
  71:10 72:23 73:1,18
  78:2,3 84:8 86:15
  95:2 98:2,14 110:5
  112:6 116:17 120:6
  121:22 126:15
  135:22 141:13 147:8
  155:11 170:19
  178:13
**anyway** 39:11 68:3
  69:5 86:18 95:11
  116:7 127:11 135:1
**anywhere** 105:9
**apologize** 76:4
**APPEARANCES** 2:2
**appeared** 147:16 148:4
**appears** 62:3 71:18
  151:11 158:2
**applied** 10:8 34:9,12,14

**34:20**
**appointment** 142:5,15
  142:22 143:1,2,19,20
  143:21 175:3 176:16
  176:17
**Appraisal** 3:16 158:3
**appraisals** 158:6
**appreciate** 136:14
  141:22 178:17
**approached** 67:13
  85:10
**approximately** 1:21
  8:7 28:7
**April** 1:20 10:3 34:8
  37:22 155:23 156:3
  156:20 157:10 158:4
  158:4
**area** 9:17 95:10 97:12
  98:4 124:12,15
  126:17 159:16,17
**areas** 95:16
**argument** 173:5
**argumentative** 173:2
**Arkansas** 53:7 54:6
**Army** 10:3,5,23
**around** 16:6 67:12 69:2
  69:4 70:4,7,12,15,17
  70:21 71:5 100:8
  117:20 137:21
  167:11 177:20,22
**arrange** 60:13
**arranged** 60:14 78:16
  78:18 79:2 80:7 89:3
**arrangement** 142:8
**arrangements** 99:9
**arrive** 142:13
**arrived** 69:8
**ASEA** 19:16 56:6
  84:10,12 85:4,9,16
  86:22 87:6,12 119:18
  144:15,18 151:16
**asked** 7:6 30:23 65:18
  69:13 75:22 77:1,13
  84:10 86:19 98:13,16
  98:16 109:21 136:9
  145:19 165:12
  171:11
**asking** 14:5 45:23 46:4
  46:13 59:16 63:13,14
  74:18 75:20 83:9
  112:12 173:10
**aspect** 23:21 95:6
  106:20
**assertion** 38:8
**assessment** 153:8
**assign** 36:11
**assigned** 16:4,9,18 17:1
  19:12,14 20:13,19,23
  22:6 88:19 100:11

104:23 120:1 129:2
169:21
**assignment** 120:7
**assist** 57:3 114:20
**assistance** 135:17
174:12,15 175:4,11
175:17 176:2,19
**assistant** 9:4 114:5,6,17
114:18,19
**assisted** 49:8
**associate** 137:18
**associated** 137:11
138:18
**association** 20:22 22:3
25:2 48:12 54:13,22
55:6,8,13,18 56:1,14
57:10 58:23 59:4,20
60:17 63:4 64:3
79:20 80:18 119:13
154:16 168:20
**assume** 44:22 152:5
153:14
**assumed** 37:19
**assuming** 34:17 44:21
139:8
**assure** 46:16
**attachment** 3:13
**attacking** 33:11
**attempt** 93:12 110:18
111:16 135:10
**attempted** 104:12
**attend** 17:14 20:9 98:1
123:18 139:12
169:11
**attended** 79:18 80:16
98:6
**attending** 142:4 161:12
169:9
**attest** 163:1
**attorney** 7:3 55:23
83:18 86:21 150:23
154:14,16,20 165:10
166:8
**attorneys** 2:12,15 7:4
**attributed** 45:20
**Auburn** 9:2,6,8,11
17:14,16 20:8 21:9
105:3,5 170:23
**auditing** 43:8
**auditorium** 67:5 68:4
69:1,7
**August** 41:1 100:8,8
**authorities** 50:21
**authority** 28:8
**authorization** 151:17
**automatically** 109:14
**available** 21:20 166:7
**award** 37:7
**awarded** 12:11 29:9

35:16 38:3
**aware** 18:1 47:23 58:12
73:16 83:5,8 94:11
108:23 131:20 132:2
132:4 167:2 178:14
**away** 32:4,13 91:15,18
91:20 92:1,6
**a.m** 1:21

_____ **B** _____

**B** 47:17
**back** 10:11 11:7,8
13:22 16:9 20:22
22:9 28:22 31:11
37:2 39:15,23 42:1,5
42:7,20 43:15,19,20
44:7,9 45:12 50:10
62:3 67:12 74:23
79:11 85:17 91:7
99:12 100:6 103:3,13
106:19 111:8 112:17
113:17 118:18
120:12 121:16
127:16 134:20 135:1
141:14 144:5 152:16
156:7 160:14,19
162:20 164:7 167:11
169:18 172:10
176:10
**backed** 134:21,22
**background** 7:14 24:10
**Baldwin** 137:21
**Ball** 1:19,19 2:11,11
**ballpark** 6:8 16:7
107:16 154:6
**Baptist** 145:11
**base** 45:9 106:18
147:19 155:6,12
**based** 115:23 148:7
152:3 157:6 171:15
171:15 176:18
**basically** 17:12 77:17
**basis** 24:1 38:17,19
50:23 51:5,11 115:19
119:14 139:4,7
140:11 141:1 155:13
165:15
**Battle-Hodge** 2:6,6
23:7,11 40:15 54:17
54:20 59:6,9,14
93:16 106:12 110:20
110:22 127:6 130:5
130:10,12,20 131:1
134:12 145:20 146:3
146:10,14,21 154:8
155:1 161:1,6 166:16
171:14 172:4 178:19
**Baxley** 164:15
**Beard** 13:10

**became** 15:22 31:2
72:17,19 83:3 142:21
160:1
**become** 18:1 31:1,4
173:2
**before** 1:16 4:7 6:1,13
17:18 26:4,21 54:22
69:16,17 118:20
127:17 132:5 134:11
134:20 151:20
154:14,17 168:6
172:12 178:2,8,9
**began** 23:13
**behalf** 154:12
**Behavior** 137:5 144:6,8
150:11
**Behavioral** 133:6
**behind** 135:14
**being** 22:18 24:3 25:10
27:14 28:21 32:4,12
33:13 38:22 41:17,18
41:18,19 42:4,13
43:3 44:17,18 48:19
48:21 50:4 51:2 75:3
78:16,18 79:2 84:12
91:9,11 95:2 108:6
108:14 129:5 137:7,8
138:6 148:17 149:7
153:16 156:11 164:5
175:16 177:11
**believe** 13:23 19:8
22:14 96:5,18 143:1
**benefit** 125:15 175:13
**benefits** 62:16 74:10
88:1 121:17,18
148:23 175:12
**Benny** 29:17 32:17
72:17 88:10 89:8,13
92:5,7 101:3,6
108:23 109:4,5
**better** 42:12 138:5
**between** 4:3,18 5:2
10:1 12:14 41:1 85:1
133:15 134:1,15
141:11 147:17 148:5
160:15 163:9
**BHS** 122:6 129:15
141:12 174:9,22
**big** 69:11 97:7
**Bill** 51:16,18,19
**biotechnology** 97:17
**Birmingham** 127:22
128:3 152:16
**Bishop** 178:11,12
**bit** 66:21 142:19
**black** 15:10 19:6 29:5
30:11,12 33:14 34:2
35:10 37:9,13 49:16
50:7 60:9 62:5 66:1

133:22 137:15,16
159:19 161:18,23
162:1,15 163:13
164:13,17
**blacks** 19:20 22:13
58:1 106:20 163:10
**blanket** 75:6
**blatant** 33:8,10 106:22
**blurt** 63:11
**board** 36:9 47:17 49:4
144:11,16,18
**boardroom** 80:19,19
83:10
**bone** 124:10 137:10
**Bostick** 168:11,17
**both** 7:4 31:23 50:14
163:16
**bottom** 48:5 125:18
**Box** 2:16
**Bragg** 39:2,3,12 42:10
**branch** 10:22
**brand** 82:22
**break** 5:21 61:23 79:9
**breezeway** 67:5 69:9
**Brief** 79:10 127:4
172:7
**briefly** 9:23
**bring** 28:10 73:23
**bringing** 26:2
**brings** 177:12,13
**brought** 19:18 79:4
93:8 133:9
**Brunson** 3:13 105:15
**budget** 18:6
**building** 13:10 69:9
80:20 85:6 134:17
163:2,7
**bunch** 69:13
**Burton** 60:6 83:20
131:22 132:2,16,22
150:2
**business** 63:12
**businesses** 25:12 54:5
**busy** 41:18 42:3

_____ **C** _____

**C** 2:11
**call** 36:4 53:9,12 85:4,9
85:16 86:2 169:3
**called** 53:11 61:14,16
72:3 77:11 80:6
117:20 144:18 159:6
160:12,14 161:10
173:6,7
**calling** 129:3
**calls** 57:14,17
**came** 8:11 10:9 11:10
17:19 18:19 41:8,20
45:8 62:7 99:3 112:9

112:11,17,18 140:14
142:17 177:19 178:2
178:9
**campus** 170:23 171:1
**Canidate** 161:20
**capacity** 6:5 9:3
**car** 17:12 21:19 67:2
**care** 143:23
**Carr** 164:19,20
**carried** 111:7
**Carroll** 51:16,17,18,19
**carry** 31:19
**cars** 22:21,23
**case** 4:18,20 6:14,15,21
23:4,4 122:3 129:2,9
159:4,6,9 162:22,22
165:9,19 167:9
170:17 171:7 179:21
**cassette** 81:5
**cause** 180:7
**cc** 3:14 48:6
**certain** 24:5 25:20
113:20
**CERTIFICATE** 179:1
**certification** 26:23 27:1
**certified** 30:19 31:1,4,9
**certify** 27:2 179:6
180:6
**chair** 110:17 111:11,13
**Chairman** 48:7,8
**chances** 156:23
**change** 41:3
**changed** 14:9,10 19:11
19:11 20:15 21:7
85:13 163:21
**changing** 14:10
**charge** 29:1 32:15
90:20 104:16
**Charlenthia** 161:20
**Charles** 178:11
**check** 129:9 144:15,17
**checking** 25:23 26:1
144:20
**children** 9:16
**chose** 62:1
**Church** 145:11
**circulated** 58:11
**circumstances** 139:8
**civil** 1:8 4:6 170:6
**claim** 24:1 31:17,19
35:22 108:18 119:10
119:10 121:16
122:13 135:2 150:10
151:15 153:13 166:3
171:12,19
**claiming** 97:2 115:5
**claims** 115:20 121:19
122:3 153:21 177:3
**Clammy** 48:8

clarify 28:10 55:4
  172:11
clean 158:22 171:23
clear 90:2 121:9 143:17
  171:12 176:1
clearly 14:8
clerical 32:19,22
Clinton 145:5
close 69:6
code 8:14 32:20
codes 32:6,6,8,9
Coker 101:1,2
Coliseum 66:20,23
collected 25:9
color 33:11 50:8 66:2
come 11:7 34:6,12
  44:17 60:4 77:9 93:6
  118:3 133:14 134:19
  135:13 165:19,20
  178:5,7
coming 41:16 134:17
  135:16 142:1,3
commencing 1:21
comment 71:8 86:11
  110:8 112:7 136:7,10
  173:3 174:6
comments 84:4,15
  87:14 139:19 140:2
  147:7 152:2
commerce 26:5,6,6,20
  26:22 27:6
commission 4:10
commissioner 1:17 3:8
  4:9 16:3 36:18,19,21
  38:12 40:12 45:1,14
  47:16 50:12 53:22
  58:9,19 62:4 63:7,11
  65:17 67:7,17,19
  68:12,18 69:11 70:3
  71:13 73:7,12 74:14
  74:20 78:6,21 79:15
  79:20 80:16,22 81:10
  85:3,10,12 86:7,20
  87:12 90:8 109:23
  112:13,18 113:7,10
  113:11 116:10
  148:12 151:13
  160:16 166:21
  167:20 173:14 179:5
  180:14
commissioner's 38:10
  61:17 67:11 77:3,4,8
  77:18 99:7 160:13
  161:10
Committee 48:8
commotion 42:9
communicate 138:15
  138:16
communicating 51:3

52:3 138:12,14
communication 50:17
  53:2,18,19 92:14
  141:3
community 49:7
company 10:7 110:3,10
competes 26:12
competition 26:17
complain 64:23
complained 63:2 73:4
  75:8
complaining 19:16
  133:14
complaint 23:3,6 29:3
  38:9 39:2 44:23
  50:11 52:20 54:14,16
  54:23 61:2 73:8,11
  73:13 74:15,21 75:5
  75:12 83:13 94:10,12
  106:9 115:16 119:12
  119:15,17,19,23
  120:9,14 127:9,9,12
  127:16,18,23 128:15
  128:16,20 129:17
  131:6 152:10,14
  153:1,18 154:17,19
  155:6 156:19,21,22
  157:2 170:21 171:2
  171:13,21
complaints 22:4 38:4
  39:7 44:17 47:22
  48:1 57:23 61:5,10
  63:5 64:3,5,6 76:15
  94:7 132:3
complete 107:13
completed 8:5 12:7,10
  107:12 157:9,10
compliance 29:20 32:5
  32:13,16 88:11,14
  91:21 92:8
computer 111:23
  113:23 114:1 180:1
computerized 41:4
computers 113:22
concerned 95:9
concerning 7:10 18:2
  55:14 61:2,17 64:23
  93:14 99:21 112:23
  118:12 160:10,22
  163:23 164:4 166:20
  168:19 171:2
conclusion 45:7 64:1
  84:22 147:16,20
conclusions 114:23
condition 122:10
conditions 19:17
  173:17
conducted 32:23

conference 160:15
conferences 140:20
conflict 176:14
confront 161:11
Conservation 178:1
consideration 143:3
consist 81:17
consolidated 23:4
  127:10
constant 33:5 48:20
constantly 23:20 24:2,3
  24:6,7 27:22,22
constituents 143:13
contact 75:14 86:21
  87:6 91:22 92:17,20
  92:23 99:15 129:7
  131:8,21 132:6,15
  133:5 137:17 169:7
  174:17,19,22
contacted 55:17,19
  80:12 131:18 154:14
  154:16 175:2 176:4
contain 180:2
contained 39:7 113:15
  115:16 171:12
contend 50:6 104:9,15
  114:14 115:22,23
  121:17 122:15
contention 37:15
  106:13
contents 45:18
contingency 43:13
continually 14:10
continue 43:14 46:23
  68:2 90:15
continued 12:4 68:3,7
  68:10,22 92:17 155:4
  155:4
continuing 42:15 59:16
  79:13 127:5 172:12
contributed 120:9,10
  120:11
contributing 177:5,6
controlled 36:3
conventions 123:19
conversation 65:4,5
  80:11 98:20 99:1
  112:20 117:21 129:1
  138:18 144:19
  168:19 173:6,16
  174:2
conversations 65:6
  146:16
coordinator 133:6
  137:6 144:7,9 150:12
copies 47:15 130:2
copy 7:8 40:16,18,20
  47:13 48:15,18 49:3
  49:19,20,21,22,23

53:5 64:8 65:19 93:3
  113:12,13 119:3
  130:14,22 153:7
  166:13
correct 19:4,12 20:15
  20:16 21:12,21 23:16
  25:15 26:4,13,21
  29:7 45:21 46:1 48:3
  49:16 52:15 54:15
  90:4 93:15 94:1,3,18
  95:12 100:1 102:18
  109:14,15,17,18
  122:22 125:9 132:9
  138:1 142:7,9,10
  148:7 149:20 153:18
  173:23 175:12 180:2
corrected 46:10
correction 46:7
correspondence 58:8
  58:17 166:19
cost-of-living 105:22
counsel 4:3,18 180:3,7
counterparts 50:14
  53:3
county 6:22,23 12:21
  13:1 49:9,9 179:3
couple 56:9 80:1 82:6
  84:18 108:3 172:11
  177:4
course 5:20 84:3
  126:23 140:19
  152:12 177:1
courses 97:16
coursework 12:2,3
court 1:2 7:10 166:6
  179:18
courtyard 61:18
  160:23 161:13
covered 67:4,14,15,21
covering 158:3
Co-op 6:22,23 51:12,13
co-workers 116:8
Crayton 1:6,15 2:20
  3:5,7,9,13,14 4:5 5:7
  5:14,15 8:16,21 23:2
  105:14 151:12,14,16
  179:8,12
create 58:17
created 94:15
critical 58:9,18 124:23
criticism 101:11
  102:22
criticisms 141:9 166:20
crop 125:7 168:20
crunch 18:6
cumulation 117:1
cumulative 158:17
current 13:8 20:6 26:8
  111:8 159:22

currently 96:2
curricular 97:16
customers 143:13
cut 68:2

D

daily 22:10 51:11 90:17
  132:19
Dana 160:16
Daniel 137:23
data 24:2
database 24:2 27:13,15
  27:17 42:7 45:7
  164:1
date 22:19 26:8 27:3
  37:21 38:1 53:20
  57:13 134:5 154:4,6
  156:7 180:13
dated 3:16 40:10 47:14
  47:20 93:21 99:20
  105:13 119:3
dates 19:9 26:1 100:6
  134:5
David 144:3
day 21:11 33:7 66:11
  66:12 77:1 90:22
  91:2 128:2,15 180:9
days 42:11,17,20 56:9
day-to-day 50:16 88:21
  89:12,20 90:3,12,19
  90:22 91:9
deal 125:13 126:19
  166:17
dealer 75:17
Dealers 3:8
dealing 116:8
dealings 76:8 168:13
Decatur 51:22,23
December 145:7
decision 41:2
decisions 24:8,15 91:9
deemed 94:5
defeat 58:19
defendant 1:10 2:9 7:1
  110:18 111:17,18
  155:4 179:17
Defendant's 40:4,8
  45:12 47:10,13 52:18
  52:22 57:6 90:10
  93:4,11,22 99:19
  100:3 103:17,19
  105:13,18 118:22
  119:2 157:21 158:1
deficiencies 94:1,4
definitely 138:8
degree 7:15,17,21 8:2
  8:10,12 11:16,18
  12:11 31:6 35:19
delayed 68:22

delaying 42:6
demanded 109:21
demoted 62:18
demotion 100:15,17
  148:19 156:15
denied 35:22
dental 142:5,15,21,23
  143:18,19,21
dentist 144:1
department 1:9 2:16
  3:11 5:16 6:5 8:3,9
  9:20 12:15,19 13:2
  15:1 16:5 18:3,4 19:3
  19:17 22:5,18 23:14
  26:9 27:5 30:13
  34:18 36:3,12 37:6
  38:5 39:22 41:2,5
  45:21 49:10 55:9,14
  56:16 57:19,21 58:1
  58:9,12 60:1 61:3,6
  64:4 65:1,7 66:6,22
  67:6 76:1,5,13 81:11
  83:11 93:12 96:3,11
  97:9 101:16 102:9
  104:17 107:3,5
  108:19 119:8 122:19
  123:7 131:19 132:21
  138:7 142:2,4 148:14
  159:14 161:17 162:2
  162:6 163:11 165:2
  166:21 167:14
  169:15 171:20
  173:18 174:19 175:8
  177:12 178:3 179:15
department's 93:23
DEPONENT 178:22
deposition 1:15 4:4,7
  4:14,19 5:3,18,20 6:1
  6:11,16,19 7:2,5,6,8
  40:5 177:2 179:7
depositions 6:4,8
depression 150:16
deputy 16:3
describe 71:12 141:2
  168:16
description 7:13 138:5
desire 112:20 166:2
desk 99:7 111:13
details 146:5
determines 36:13
develop 43:13 96:20
  170:1
developed 44:1
developing 97:1 126:3
development 126:3
diagonally 67:3
dialogue 69:12 136:12
diaries 165:13
difference 86:18

different 20:7 121:1
  153:2 158:10
digital 81:5,6
directed 50:18 53:21
directive 18:2,7 37:4,6
directives 118:13
directly 56:3 141:9
director 9:4 13:16,21
  13:21 14:2,7,8,12,23
  15:5 16:2 17:4 21:5
  23:21 24:19 29:6,19
  31:2,13 33:18 34:10
  37:20 39:18,19 42:3
  51:13 52:2,2 53:6
  72:14 88:5 92:8
  94:14,16 96:16,18
  97:18 99:22 104:4,16
  106:14 108:11 109:8
  109:11,13 111:9
  120:19 161:22
  163:20 164:11,20,23
  165:7 168:14
disagreed 77:20
discharge 11:3
discharged 10:4
discipline 95:10,12
disciplined 62:20
disclosures 159:3
discontinued 15:12
discourage 107:2
discriminated 23:20
  106:21 115:23
discrimination 106:16
  115:19 119:7,11
  151:15 177:3
discuss 18:11 132:5
  146:7
discussed 56:21 57:2
  61:1 63:21 64:5 86:4
  87:10,10 145:18
  146:20,23 161:2
discussing 76:19 79:14
discussion 18:18,19
  40:21 59:15 65:12
  77:2 86:6 140:3
  167:23
discussions 55:7,12
  63:19 128:23 131:4
  131:22 140:2,20
  141:5 167:18 168:21
  174:5
disease 125:8
dismissed 78:7 86:13
  160:13
dissolved 96:6
distributors 51:10 52:5
  52:15 92:18
district 1:2,3 9:14
  48:10 49:13 179:18

179:19
divide 163:9
division 1:4 16:2 21:6
  34:9 37:20 159:16
  179:20
divulge 107:17
doctor's 151:6
document 147:20
  150:22 155:8 158:14
  167:4
documents 41:4 129:11
  129:22 130:1,2,3,4
  130:15 153:4,6
  165:18
doing 12:3 29:23 30:1,7
  30:8 42:10 68:6,19
  73:1 75:10 89:17
  91:5,12 114:15 126:3
  126:19
doings 89:8
done 33:13 45:4 91:11
  108:10 114:10,11
  126:15 131:12 156:4
  156:5,6,11,19,22
  157:19 158:7,18
  165:10,16
Donnie 27:17
door 67:16,16 69:8,10
  69:15,16,17 70:1,2,2
  70:18 85:12,22
  134:19,20,22 135:1,5
  135:6,7,21 136:6,15
  136:20 172:22,22
Doug 15:15,16 16:2
  23:22 33:22 47:5
  50:18 53:5 72:7,19
  81:19 83:3 90:13,23
  93:8
down 17:19 19:16 41:8
  41:10,13,19 42:14
  43:3,18 112:11
  124:11 173:8
downtown 13:7 34:17
Dr 5:15 8:16 144:2
  145:13 146:18
  150:23 152:2 153:8
  176:11,12,13
drafted 10:2,20
draw 84:21 114:22
drawn 64:1
drawn-out 129:6
drive 1:20 2:13 8:14
  13:9 21:11 128:7
driver's 67:11,16
DROP 107:10,15
due 27:23 66:16 95:6
  97:3 139:8 143:8
  155:23 156:2
duly 5:8 179:9

during 5:20 17:7 21:21
  37:2 40:23 41:22
  42:1,18 43:15 47:23
  58:2 75:2 84:3,12,16
  87:11 101:1,2,10
  102:3 116:5 120:22
  120:22 126:23
  132:10,11 140:8,19
  145:18 149:22
  158:10 159:12
  161:22 164:10,23
duties 19:11 20:6,6,14
  21:5 23:21 24:20
  29:20,20 32:3,12,18
  32:19,19,22 89:9,23
  90:12 91:13,14,18,19
  92:11,12 114:15
  140:3,15,16
duty 20:7 73:15 91:21
DX 3:4

—————— E ——————
E 2:10 48:7
each 21:11 44:10,10
  82:2,3 140:13
earlier 23:15 124:2,14
  133:21 162:14 177:1
early 88:9
education 124:9 126:8
  126:8
educational 7:14 98:2
  126:16
EEOC 119:19 127:12
  127:19 128:14,21
  129:7,11,13,17,22
  130:3,14 131:5,6,18
  132:3 151:15 152:10
  152:13 153:4,12,18
  153:21 154:17,19
  155:6 157:1 166:15
  170:21 171:1,21
effect 71:4 100:5
  167:22
effective 3:12 105:16
  158:5
effectively 52:3
efficiently 52:4
effort 50:3 58:19,20
  78:15,18,19 79:1
  94:1 98:3 104:10
  107:1 116:8
eight 14:16 34:23
either 4:15,21 26:2,9
  57:14 100:20
elected 143:19
electric 10:7
elevated 13:15 14:17
Elm 8:14
embarrass 110:18

111:17
emerging 95:12 124:15
  124:16
Emily 2:11
emphasis 7:16
employed 8:3,5,22 9:10
  9:19 15:1 159:14
employee 3:16 6:5
  63:20 73:16 75:23
  118:2 133:17 144:7
  158:2 162:8,9,13,17
  174:12 175:1,11
  176:2
employees 17:20 19:2
  20:22 22:3,18 48:12
  54:12,21 55:6,7,12
  55:18,23 56:14 57:10
  58:22 59:3,18,19,23
  60:8,16 63:3 73:14
  73:14 79:20 80:17
  81:11 103:12 105:23
  119:8,13 131:19
  132:20 133:13
  137:16 154:15
  172:15
Employee's 174:15
employer 50:5
employment 12:14
  55:14 56:16 175:4,16
  176:19
encourage 8:9 101:18
encouraged 120:13
encouragement 101:20
encouraging 116:11
end 63:18 78:5 156:2,3
  156:20 158:23
enforce 24:21 31:14
engagement 112:14
engineering 20:11 95:8
  97:6 124:13,13
enough 41:15 42:3
  110:10
enroll 11:8
entail 115:7
entailed 21:13
enter 11:12 26:19
entered 85:6
entering 11:10 87:2
entice 101:18
enticement 108:16
enticements 101:20
entity 48:15
entrance 67:21
equipment 112:1
  114:13,16 117:10,11
  117:14 164:6
escalating 58:2
especially 41:6 116:5
established 34:19

42:13
establishing 49:10
Etheridge 6:22,23
evaluate 104:12
evaluated 157:12
evaluation 104:11
  155:19,19,23 156:4
  156:11 157:9,18,19
Evelyn 8:21
even 25:8 43:2 63:12
  160:22
evening 112:9
event 62:9
events 83:11 165:14
ever 18:21 30:23 31:3
  56:10,13 58:7 64:22
  71:21 92:22 121:13
  128:20 150:7,16
  170:5,8,10,21
every 23:20 91:2
  115:18 138:21 139:1
  139:2
everyone 41:5,9
everything 91:3 119:14
  166:14
evidence 4:14 45:4
evolved 95:16
exact 88:12
examination 2:19 5:11
  180:3
example 117:5,6 118:8
exchanged 141:5
exclusively 50:18
excused 63:14
exercise 90:15
exhibit 3:2 40:4,8
  45:13 47:10,13 49:19
  52:18,22 57:6 90:10
  93:4,11,22 99:19
  100:3 103:17,20
  105:13,18 118:22
  119:2 157:21 158:1
exist 97:2 163:17
existing 96:12
exists 163:2,6
expect 96:14
expecting 115:10
expense 153:23
expenses 154:2
experience 31:7 116:7
  124:9
experienced 63:10
expert 6:17,18
expertise 96:22 97:22
  98:4
expiration 26:1 180:13
explain 24:18 40:22
  57:21 142:12
explaining 43:22 44:20

explanation 54:2
explicitly 53:21
extent 139:15 149:13
E-5 11:4

_____ F _____

face 70:5 71:6 73:19
  134:21,23 135:6
  136:15
faces 33:7
facilitate 46:7
fact 6:17 19:19 27:23
  37:2 39:1 42:8 51:2
  62:14 66:16 70:6
  74:14 79:4 93:5 95:5
  95:9 97:3 104:8,10
  111:22 112:16 136:5
  143:8 171:16
factor 34:3 50:8,9
  177:5
factors 34:4 66:3 177:3
  177:6,7,7
facts 76:21 77:14
factual 115:17
fail 113:4
failing 38:14
failure 46:3 118:12
fairly 95:10
familiar 37:10 66:19
family 9:4 150:18
far 25:23 54:10 88:17
  88:18 89:12 91:10,22
  95:8 128:4 144:13,20
  152:2
Farm 39:3,12 42:10
farmer 125:4
farmers 25:10,13,17
  27:11 43:15 44:13
  51:9,12 52:4,14 91:8
  92:18 94:8 125:15,23
February 10:4
federal 4:6 13:8 31:22
  32:1 50:14
feel 52:1
fees 154:3,4,11
feet 67:18
fellowship 61:17
  160:23 161:12
felt 33:13 49:23 143:6
female 15:10 172:15
females 174:3
fence 66:22 67:1,2
few 130:15 172:8
file 47:17 62:23 117:9
  119:17 120:14
  127:22 130:14
  152:16
filed 5:17 23:4 57:8
  119:12,19,23 127:10

127:12,15,18,20
128:8,15 132:3,5,9
132:14 152:10,13
154:17,20 155:5
157:1 159:3 166:14
170:5,13,21,23 171:2
171:20
filing 4:19,23 120:9
  128:19
fill 97:1
filled 117:16
final 13:18 148:4
find 124:10 131:9
  135:12 153:15
finding 153:17
fine 146:10,11
finished 12:2
finishing 12:2
fire 49:10
first 5:8 9:19 10:15
  14:17 16:4,12 29:5
  41:8,12 55:17 67:20
  70:16 80:19 83:1
  98:10 100:8 127:15
  129:17,19,21 131:6
  151:2 153:17 154:17
  157:2 159:11 164:22
  165:5 176:15 179:9
Fitzpatrick 14:20 15:6
  15:10 22:16 60:5
  62:8 72:3,22 75:3
  83:20 121:4 131:23
  132:3,16,22 149:18
  160:11 161:9
Fitzpatrick's 14:21
five 6:9 28:20 30:17,18
  103:9,15,20 110:16
  110:20 112:10,10,11
  112:11 126:16 172:6
fliers 58:8 166:18
floor 80:19
flying 134:20
folks 71:3
follow 25:1 108:9
  118:12
followed 25:7 98:12
following 25:19 29:10
  34:7 46:2 79:17
  139:21 164:5
follows 5:10
follow-up 151:8
Food 159:18
Ford 8:21
foregoing 180:1
forgive 125:3
form 4:11 43:23 44:10
  82:16 93:17 117:15
  151:18 153:10
formal 95:8 115:3

124:9 126:7,8
formality 4:10
forms 41:4 44:6
forward 53:20 116:14
found 38:2 78:16 135:8
  135:11
four 30:17 34:22 101:4
  120:19 121:1
four-step 101:5
Frazer 37:10,11
frequent 120:17 132:15
fringe 121:17,18
from 3:5,6,8,9,11,13,15
  7:17,23 9:22 10:5,16
  14:10 17:13 20:3
  21:4,11 22:10 23:19
  28:6 34:16 39:2,3,12
  39:15 42:21,22 43:4
  50:3 52:10 53:9,9,10
  53:20 58:8 62:2 64:2
  66:14,23 71:22 75:3
  75:12,17 82:18 91:4
  91:13,15,19 92:1,1,6
  94:8,13 99:12,20
  105:14 107:15
  109:12 111:10
  113:10 114:15,23
  116:10,13 118:11
  120:18 121:11
  133:11 137:8 145:11
  150:23 158:4 160:14
  167:8 177:19
Fry 144:2,3
fulfill 96:21
full 11:15 134:18
  135:18,19
full-time 11:14
functioning 88:23
functions 140:12
furnish 48:18 129:11
  129:13,22
furnished 48:14 123:13
  130:3
furnishings 114:13
furniture 111:4,6,7,23
  114:16
further 4:17 5:1 28:15
  46:19 147:8,9 178:22
  180:6

_____ G _____

gathering 116:9
gave 49:21 53:5 78:6
  78:21 86:7 93:6
  174:22 176:12,12,14
  176:15,19,20,21
general 76:7,10,12
  133:11 162:9 177:17
generate 44:5

generic 43:21 44:8
genetic 95:8 97:5
  124:13
genetically 20:10 29:13
  88:19 94:15 96:19
  99:23 104:4 106:15
  120:2 138:2
genetics 124:15,17,20
  124:20
gentleman's 35:15
George 35:5,9 137:21
  137:21
germination 7:16
  41:16,17
germinators 117:13,15
getting 8:12 20:3 42:19
  67:17 91:7 101:12
  116:23 120:17
  143:18 144:5 156:23
Gina 1:16 4:8 179:4
  180:12
give 7:13 38:21 43:23
  43:23 86:19 104:11
  117:4,6 153:7 158:21
  166:13
given 6:1,4,9 27:10
  32:4,13 38:13 39:2
  40:11 50:4 74:4,6
  92:6 99:12 101:1,4
  102:13 103:7 123:21
  159:5
giving 108:15 165:20
  165:20 169:5 173:11
go 10:11 17:13 21:4
  31:11 38:7 61:20
  74:23 77:10 79:11
  85:3,8,11,23 86:21
  98:17 99:8,13 100:6
  106:19 112:15
  116:13,17 124:4
  127:22 128:12
  132:10,17,18,20
  135:5 136:3,9,10
  143:9 144:9,12,22,23
  145:1 151:23 152:16
  156:7 160:19 162:20
  169:14,15,16 172:9
  174:15,23
goes 124:23 164:7
going 5:17 22:1 40:3
  41:10,12 45:17 50:10
  72:5,9 83:15 85:3,15
  85:22 86:17 91:17
  105:12 111:1,10
  115:7,8 118:3 122:7
  122:12 124:8 142:23
  143:2 145:20 149:14
  149:19 151:19
  157:23 166:6 167:15

169:18 173:10
gone 19:15 105:3
115:15 117:8
good 25:21 115:8
169:23
Goore 150:21
gotten 21:19 48:21
100:21 101:9
governor 16:17
governor's 17:19 18:1
18:7
grade 104:19 109:2
gradually 32:4
graduate 10:8 11:11,12
graduated 9:22 10:16
Grambling 7:18 9:23
10:17
grasp 115:2
great 126:19 163:9
Greene 6:22,23
group 19:15,15 44:9
71:3
guess 58:6 116:12
168:18
Guy 164:19,20

H

habit 71:2 135:16
Haislip 1:16 4:8 179:4
180:12
Halcyon 145:12
half 10:6 103:14
105:17 126:18
139:20,22
halfway 67:1
hall 63:7 64:11,12
Ham 5:15
Hamilton 2:10
hand 46:21
handle 63:22
handled 24:14 90:13
90:23 96:11,15
hands 134:18 135:18
135:19
handwriting 151:3,4,5
151:6
happened 66:10 77:7
77:16 120:12
harass 110:19 155:5
harassed 23:20 48:19
48:21
harassment 33:5 49:1
50:1,6 106:16
hassle 50:4
Hataway 162:4
hatchet 177:18,20,21
177:22
having 5:8 39:9,14
41:18,23 42:23 53:10

61:18 136:12 137:10
137:10 142:22
143:22
head 122:21 123:1
headed 125:1
health 133:6 137:5
143:7 144:6,8 149:9
150:11
hear 69:3 70:10
heard 70:8
hearing 53:10
heat 85:1 173:16
held 40:21 59:15 80:15
hello 70:10
help 11:23 125:21,22
135:3,10 136:1,4,16
136:22
her 15:4,14 53:9,10
73:14 117:20,21,22
135:2,14 136:2,7,9
136:10,13,14,14,16
136:21,22 137:22
171:3 172:23
hereto 4:21 5:2
Hester 3:5,6,15 15:15
15:16,21 16:1 23:22
33:23 35:3,13,17
37:16,19 47:5,15
50:19 53:22 72:7,18
72:19 81:18 83:3
90:14 91:1 117:8,17
118:11 142:16
158:11
Hester/Doug 121:4
High 10:18
Hilburn 3:10 88:8
94:21,22 99:20 102:1
121:5,6 158:11
him 29:19 30:5 49:3,6
50:18 51:14 53:9
55:21 56:3,10 58:20
63:8 65:4,5,6,14,15
65:19,19 69:2,22
70:4,7,8,10 71:5,6,7
71:10,22 76:8 85:15
104:15 109:5 112:5
133:14,14 140:10
145:7 146:8,17,19
147:13 148:2,7 152:3
152:9 161:7 168:13
169:6,7,9 173:11,12
175:3
himself 136:4
hire 37:13
hired 13:2,4 28:12,13
164:10
historical 106:20
hit 134:22
Hitch 29:17 32:17

72:17 89:8,13 92:5,7
101:3,6 108:23 109:4
109:5
Hitch's 88:10
hold 29:5 30:4 169:22
172:22
Holley 67:9,9,10,10
68:15 75:22,23,23
76:3,15 77:13,14,17
77:22 79:15
Holley's 76:5
home 21:11 22:10
hoods 167:21
hotel 99:10
hour 132:11,12 142:21
145:17 149:23
hours 84:18
house 82:15
huge 130:21 166:17
human 9:1
Huntsville 9:18
Hurst 137:23

I

ideas 141:6
identification 40:9
47:11 52:23 100:4
103:18 105:19
118:23 157:22
identify 40:6
ignore 63:8
ignored 68:20
imagine 66:18
immediate 57:1 90:16
immediately 55:19
85:12,14,21,23
implied 110:1
important 27:8 52:12
95:14,15 101:15
102:8 108:18 122:17
143:4
improve 125:5,7
126:15
Improvement 168:20
inability 163:23
incapacitated 135:20
incident 54:22 55:3
66:5,7 71:11,14
74:17 75:20 76:22
77:12 78:8,20 79:13
79:17,22 80:13 85:9
86:7 87:8,10,18 88:3
115:18 117:5 133:15
134:1,15 137:4
142:12 160:10,17
162:13
incidents 116:2,15
117:1 118:6,8 119:5
136:23 141:10

include 28:21 165:22
included 19:21
including 38:12
increase 98:3 106:7,7
108:21
incurred 153:22 154:2
INDEX 2:19 3:2
indicate 22:11 71:7
indicating 90:9 149:12
155:8
individual 25:17 31:9
32:23 44:10 71:19
73:10 75:13,15
100:22 101:8 115:4,4
176:15
individuals 22:5 24:9
25:18 33:11 36:5
38:12 48:14 51:3
63:6 73:5 92:23 95:3
100:19 101:12
124:12 135:5,14
137:9,11,13,14
138:17 158:9,19
164:3 167:16
individual's 74:1 143:4
industries 1:9 2:16
43:22 179:16
industry 24:22 43:6,7
50:13 51:4,6 65:18
91:22,23 92:2,15
94:9 96:17 123:18
125:1,4 142:1 163:20
164:20
influence 36:15,21
inform 72:4 85:9
117:17
information 96:10,14
129:4 160:9 162:10
162:12 164:4 169:4,6
176:18
informed 41:9 53:13
65:14 74:21 85:2,15
95:4 112:15,20,22
116:19 117:9,9 126:7
133:10 173:9
informing 50:15 64:2
91:23 92:2 112:12
117:21
initial 155:5
initiated 18:18
injured 170:14,16
injury 170:17
inquire 53:11
inquiring 62:4
inroads 36:4
insisted 77:9 112:10
insisting 136:11
inspectors 21:15 25:19
25:22 141:16

instead 44:9 102:12
142:4
intention 136:21
intentionally 136:19
interest 169:18
interested 95:4 96:23
180:8
interpersonal 151:12
interstate 1:19 2:13
26:5,20,22
intervened 139:9
intimidate 111:17
intrastate 26:6,20 27:6
introduced 4:20
investigate 153:12
investigation 131:12,16
investigator 129:2
131:5,9 152:19,23
involve 138:10
involved 97:5 140:3,15
involvement 139:15
159:9
involving 79:15 162:19
issue 157:14,16 175:18
issues 52:9 55:8,13
93:14 94:2 141:8
itemize 91:17
items 117:12,19

J

J 2:14 47:17
Jack 164:23
Jackson 48:7 49:2,15
49:21 159:21
Jamie 164:15
January 23:19 28:6
116:14
Jeannie 39:3
Jeff 77:11,11 78:21
80:22 84:23 86:10,10
Jeffrey 2:15
Jim 168:11,23 169:1
Jimmy 67:8,10,15 76:3
76:4 77:13,14
Joan 160:6,7,8
job 17:2,9 19:11 21:13
27:19,21 31:13 33:4
34:16 38:14,20 46:4
51:10 73:1 75:10
86:12 101:14,15
102:8 108:16 110:2,9
115:6,8 123:11,12
124:8 126:23 140:11
140:11,16 163:21
171:3
jobs 29:23
job-related 73:20
John 1:6,15 2:20 4:5
5:7,14 48:6,18 49:20

64:10 68:18 70:10
179:8,12
**Johnson** 42:21 43:5,5
97:12,14 163:18
**Jr** 2:10
**judgment** 22:22
**July** 23:19 28:6 79:16
88:4,9 94:13,21
99:20
**June** 20:2,22 22:3
54:15 55:11 58:23
59:3,5 63:4 64:7 66:6
75:1 79:16 88:3,9
90:2,5 119:13
**Juraldine** 2:6,6 106:11
**just** 5:22 6:8,11,16 9:23
16:7 17:12 18:17
22:10 24:18 27:21
33:9 34:2 40:3,3,5,17
46:11 55:4 56:18
63:22 68:7,10,19,20
69:23 70:13,18 73:12
73:18,22,22,23 74:14
74:17 75:6,11 77:13
79:6 81:5 84:6 90:2
90:19 97:20 99:18
102:7 103:7,16
105:11 107:15
110:15 111:11 115:3
116:4 117:3 119:1,18
121:9 122:8,13,13,14
126:21 127:2,20
129:19 130:19
132:19 135:5 136:13
138:8 140:18 141:6
143:4,17,21 146:15
150:9 153:7 154:6
157:23 158:5,16,21
159:6 166:6 169:15
171:11 172:8,10
173:10,19 176:1,4
177:17

**K**

**keep** 18:16,22 42:3
70:13
**Kelly** 168:23 169:1
**kept** 41:17 69:21 70:18
137:12 138:3
**key** 134:19
**kin** 180:6
**kind** 6:14 24:10 78:10
78:12 81:3 82:20
86:12 106:16 125:7
135:11 136:4,7
162:12 170:13
**Klansmen** 167:21
173:14 174:6
**knew** 54:3 149:14

169:9
**Knight** 48:6,18 49:15
49:20 64:10,14
**know** 5:22 14:19 15:4,13
24:11,14 25:20 28:10
28:19 29:2 30:14
33:6,6,9 35:2,4,7,9
35:12 36:8 41:23
43:2 44:21 48:16,17
49:6,18,21 52:17
53:1,14,23 54:4,10
58:13 61:4,13,20,21
62:2,10 63:6,9,13,14
65:9,10 66:19 67:23
68:1,19,20,23 69:4
70:5 71:2,6,6 72:7
73:8,22 75:7,13 76:7
79:3 80:6 81:21
82:22 88:12,17,18,22
89:2,19,22 90:1
96:13 97:15 98:13
100:23 112:6,22
115:6 116:3 117:2,2
118:2,6 122:14 125:4
125:6 128:4 131:18
131:21 132:11 135:3
135:6,10,13,15,16
136:3,3,5,6,9,10,12
136:13,14,21 137:10
139:6 140:15 142:19
142:20 143:1,7
144:14 146:18 148:1
149:10 152:2 154:9
159:7,23 160:22
162:22 166:3,3 168:8
168:11,19 169:5,5,6
175:22 177:16,17,18
178:2
**knowledge** 36:20 54:9
96:22 102:15 131:11
142:2 148:13,15,16
152:6,8 153:12
170:11,19,22 177:17
**known** 177:19
**kosher** 169:2

**L**

**L** 1:6,15,16 2:20 4:5,8
5:7,14 179:4,8,12
180:12
**lab** 26:3,7,9,10,12 39:9
39:15,22 41:15 42:2
88:21 89:13,21 90:4
90:13,17,18,23 91:15
96:16 108:11 117:11
141:19 143:11,11
159:13 161:21 162:6
**label** 44:3
**labeled** 27:3,4

**Labeling** 24:21 31:14
31:23
**labels** 25:23
**laboratories** 26:19
**laboratory** 24:10 28:2
46:22 50:17 53:20
**labs** 25:7,8 26:13,17
**lack** 44:5 124:8 138:5,8
163:23
**lady** 60:18 117:18,18
133:20
**Lance** 15:15,16 16:1
23:22 33:22 35:3,13
47:5,15 72:7,18,19
81:18 83:3 90:14
91:1 117:8,17 121:4
142:16
**landing** 85:11
**land-grant** 97:4 126:11
126:13
**large** 1:18 4:9 117:12
179:6 180:14
**last** 6:9,11,13 46:14
82:5 84:17 98:3
105:1 126:16,18
133:12 134:7 139:20
139:22 159:10
**late** 16:10 88:9 112:9
142:19 143:17
**later** 22:1 41:20 113:6
160:14
**lateral** 100:16,18
102:12 109:17
**laterally** 109:15
**Laura** 64:11,12
**law** 1:18 2:6,12,15
24:21 31:14,15,22,22
31:23
**laws** 153:15
**lawsuit** 5:17,19 7:11
132:12 165:15 170:4
170:11,13
**lawsuits** 132:9 153:21
170:4,6,6
**lawyer** 5:21 159:4
165:21
**lawyers** 159:4
**lead** 67:4
**leading** 69:9
**learn** 80:8
**learned** 94:20
**least** 51:14 73:15
102:13 111:3 123:5
172:14 173:1
**leave** 97:22 107:2
128:2 172:5
**left** 28:23 87:5 112:17
159:23
**legal** 151:19 154:3,4,11

**legislature** 64:7,22
**less** 17:22 29:10,15
37:16 104:11
**less-qualified** 37:4
**let** 5:22 10:15 13:22
38:7 66:4 69:23 71:6
75:18 99:18 103:13
103:15,16 105:12
107:19 109:19 112:5
112:23 117:23 127:2
127:15 135:5 136:11
136:14 138:20 146:8
147:3,23,23 153:20
159:1 171:23 176:22
**letter** 3:9,13 38:13 39:2
39:3,4,8,12 43:21
44:8 50:13 53:4,6,15
58:11,13 65:17 90:7
90:7,8,8,11 93:1,10
99:19 102:3 105:13
120:16 133:11
166:22
**letters** 38:23 39:6,7
40:23 44:22 65:16
94:10 166:18
**letting** 63:13 135:17
**let's** 34:7 79:11 109:4
116:13
**level** 126:16 141:2
**lie** 76:20
**lied** 76:16,21
**like** 33:13 40:22 42:11
49:23 71:7 73:1
101:4 103:20 105:16
110:5 116:13 145:5
151:2 162:11 172:4
**likes** 41:7
**limited** 28:1 96:23
97:23
**line** 117:2 125:18
**list** 113:7 159:5
**listened** 84:6
**literature** 114:20
**little** 66:21 116:11
118:6 142:19
**live** 9:17 49:13
**lived** 8:15
**lives** 9:18
**locally** 170:23
**located** 13:6 51:21
145:9
**location** 13:8
**long** 8:6,15 9:10 11:5
13:12,19 14:14 15:6
17:18 30:13 56:7
79:22 84:17 111:5
129:6 145:16 171:5
**longer** 43:2 72:4,15,22
117:22

**look** 29:3 34:7 74:23
96:13 110:15 156:7
160:19
**looked** 70:4,7 71:5
100:16
**looking** 23:5,12 27:14
45:6 62:3 91:6 106:9
106:19 127:5 129:4
146:13
**looks** 103:20 105:15
145:5 151:2
**lose** 62:16 121:22
156:12
**lost** 19:3 121:18,20
**lot** 24:16 27:3 44:10,11
66:15,20,23,23 67:3
67:7
**lots** 24:5 26:18
**Louis** 10:7
**Louisiana** 10:18,19
**lumping** 71:3
**lunch** 66:14 132:10,11
132:11,18,20 149:23
**lunchtime** 62:1
**lurch** 132:17

**M**

**Mac** 60:20,22 80:23
**Macon** 12:21
**made** 4:12 24:8 41:2
44:17 47:23 53:13
59:11 70:3,23 73:10
74:15,21 75:6 81:9
81:14 85:6,19 86:10
86:11 91:10 94:8
98:10,23 102:7 113:1
124:6 129:5 131:21
140:2 166:1 167:19
168:1,4 173:3 174:6
174:19 176:10,16,17
**mainly** 20:8 21:10,13
36:18 137:12
**major** 34:3 50:9 66:3
177:5
**majority** 177:5
**make** 18:15 24:4 36:5
38:4,7 73:16 84:4,15
86:15,16,18 87:14
92:22 97:20,21 99:8
102:2 107:1 111:3
121:16 127:11
139:19 143:2 165:14
166:7
**makes** 151:15
**making** 24:15 83:6
93:2 122:3 135:10
**man** 27:16 177:18,20
177:21,22
**management** 175:17

Deposition of John L. Crayton                                    April 17, 2008

Page 8

| | | | | |
|---|---|---|---|---|
| **manager** 30:6 109:7,13 | 138:17 139:7 144:10 | **mentally** 149:11 | 99:21 102:1 111:22 | 112:1 120:1 124:16 |
| **mandated** 133:5 | 145:23 146:19,19 | **mentioned** 73:3 149:16 | 112:8,11,15 113:7 | 124:20 |
| 144:10 | 148:9 149:11 157:7 | 149:22 161:8 166:22 | 116:10 121:5,7,8 | **newer** 95:16 |
| **manner** 4:21 42:5 | 159:16 163:4 164:11 | **merit** 100:23 101:2,9,9 | 133:3 140:9,21 141:8 | **news** 18:3 |
| 43:21 44:4,19 180:8 | 175:12 176:20 | 103:23 123:15 | 141:9,17 147:18 | **next** 23:18 46:14,14 |
| **many** 6:8 22:9,23 28:7 | **Means** 48:7 | **met** 20:21 38:11 56:10 | 148:6 149:15 151:13 | 57:17 |
| 28:18 33:7 39:11 | **medical** 122:9 | 56:13 57:13,14 59:18 | 158:12 160:16 | **Nina** 164:2 172:19,21 |
| 64:13 65:6 81:20 | **medication** 147:4,6 | 64:10,13 65:3 128:19 | 167:14,19 172:14 | **nine** 25:21 31:12 133:1 |
| 95:15 105:4 124:19 | 150:14 | 132:8 134:12 152:23 | 173:3,23 174:5,8 | 144:5 |
| **mark** 47:12 103:16 | **mediocre** 104:11 | **middle** 1:3 9:14 46:5 | 175:8 177:12,13 | **nobody** 157:7 |
| 105:12 161:15,16 | **meet** 55:21 56:3,8 | 179:19 | 178:2 | **noon** 79:8 |
| **marked** 40:4,8 47:10 | 60:17 123:17 128:14 | **might** 146:17 | **Murphy's** 104:10 | **Norbert** 55:19 60:18 |
| 52:18,22 57:6 90:10 | 128:20 133:3 140:22 | **mind** 60:4 85:13 | 164:16 | 80:9,11,22 144:19 |
| 93:4,11,22 99:18 | 152:19,22 174:16 | **minute** 35:5 75:19 79:7 | **Murray** 111:21 | **normal** 149:12,13 |
| 100:3 103:17,19 | 176:1 | 122:13 | **must** 26:8 141:15 | **normally** 66:15,17 |
| 105:18 118:22 119:2 | **meeting** 18:19 21:23 | **minutes** 85:8,17 112:10 | **Myrtle** 150:21 | 128:6 |
| 157:21,23 | 22:1,2 40:11 45:14 | 143:11 | **myself** 19:21 22:16 | **Northern** 1:4 179:20 |
| **market** 44:3 | 47:6,23 54:12,14,21 | **miss** 156:17 | 60:5 61:15 80:22 | **notes** 165:13 |
| **Marks** 2:11 40:17 | 55:2,5 56:5,18 57:12 | **Missouri** 10:8 | 114:12 118:1 135:16 | **nothing** 5:9 62:22 74:2 |
| **married** 8:18 | 58:22 59:1,2,4,10,12 | **mistaken** 28:12 | 135:17 136:11 137:8 | 108:5 149:10 179:10 |
| **Mary** 54:7 | 59:17,21,23 60:9,11 | **model** 82:22 | 137:12 141:17 | **notice** 22:17 48:5 |
| **master's** 7:15,21,23 8:2 | 60:13,23 61:1 63:18 | **modified** 20:10 29:13 | 147:17 148:6 154:13 | **noticed** 7:5 19:20 22:8 |
| 8:6,10,12 11:19,20 | 72:6 78:3,5,17 79:5,6 | 88:20 94:15 96:19 | 161:9 169:17 | 42:10 67:7 |
| 12:12 35:19 | 79:18 80:1,6,15,21 | 99:23 104:4 106:15 | | **Novak** 1:19 2:11 |
| **material** 114:23 | 81:1,9 82:7 83:9,21 | 120:2 138:2 | ─────────── | **November** 133:2 |
| **materials** 58:7 65:16 | 84:1,3,13,17,20,22 | **moment** 73:23 117:3 | **N** | 134:11,13 137:1 |
| **matter** 95:5,9 179:10 | 84:23 87:11 88:4 | **monetary** 108:16 | ─────────── | 148:18 172:13 |
| **Matthews** 1:19 2:11 | 94:21,22 95:1 98:16 | **money** 97:7 107:14,20 | **name** 5:13,14,15 8:20 | 173:22 174:7 |
| **may** 4:7,12,14,20 9:21 | 98:17 112:7,19 133:5 | 126:10 | 27:16 35:15 51:15 | **nowhere** 77:16 |
| 13:3 19:9 23:14 | 133:7 134:11 137:1 | **monitor** 90:17 | 60:18 62:6,7 67:8 | **NRCS** 177:19,20,22,23 |
| 60:14 105:14 118:11 | 138:21 140:14,23 | **Monsanto** 98:7 124:4 | 74:1 75:16,19 133:12 | 39:10 57:23 59:6,8 |
| 118:18 119:3 127:12 | 141:16 142:5 146:20 | **Montgomery** 1:20 2:7 | 159:10 169:1 174:22 | 59:18 81:22,23 105:3 |
| 144:18 149:21,21 | 147:4 160:14,15,18 | 2:8,13,17 8:14 13:1,7 | 176:21 | 163:9 179:21 |
| 156:8,9,12 159:6 | 161:2 169:10,11 | 49:9 51:21 179:3 | **named** 73:5 | |
| 166:5 167:8,23 168:2 | 172:12 173:22 174:7 | **month** 41:1 98:7,22,23 | **names** 22:12 | ─────────── |
| 168:4 170:3 171:11 | **meetings** 17:14 20:10 | 124:6 139:6 156:2 | **Natural** 178:1 | **O** |
| 173:20 175:22 | 56:20 57:9,16 63:10 | **months** 11:6 25:21 | **nature** 58:18 72:2 | ─────────── |
| 176:14 180:9 | 81:18,20 82:9 83:2 | 82:6 | 98:15 112:6 | **object** 145:21 |
| **maybe** 17:17 21:9 | 99:2 123:19 124:3 | **Moore** 60:6 | **near** 67:16 77:16 | **Objection** 93:16 |
| 30:18 68:21 154:8 | 139:3,6,10,11,12,14 | **more** 20:17 28:13 | 145:10 | **objections** 4:10,11 |
| **McArthur** 60:20,22 | 139:18,23 140:8,18 | 30:17 76:16 90:15 | **necessary** 39:21 46:20 | **obtain** 11:16 |
| 80:23 | 140:20 168:20 | 92:14,20 97:9 107:21 | 95:18,22 96:2,7 | **occasion** 135:18 145:14 |
| **McClammy** 48:9 49:5 | **members** 64:6 142:1 | 120:17 124:22,22 | 101:16 108:19 | 153:5 167:12 |
| 49:15,20 65:3,13 | 169:14 | 165:17 168:18 172:8 | 122:20 | **occur** 74:20 80:1 134:4 |
| **McMillian** 30:2 89:5 | **memo** 3:5,6,8,14 18:4,9 | **Morgan** 169:8,9 | **need** 4:12 5:21 20:2 | **occurred** 15:18 66:5 |
| 89:17 160:4 | 41:8,12,20 42:21,22 | **morning** 5:18 134:17 | 21:3 28:10 31:5,7 | 77:3,13 85:2 87:8 |
| **meal** 61:23 | 113:11,12,15 115:12 | 135:4,9 | 46:15 93:2 110:4,5 | 118:20 133:15 |
| **mean** 21:19 36:2 45:18 | 163:22 | **most** 101:17 102:11 | 112:5 114:10,17 | 141:11 142:12 |
| 54:2 60:13 61:10 | **memoranda** 165:13 | 115:15 123:6,6 | 115:5 122:11 138:15 | 160:10 |
| 63:18,18,20 74:19 | **memorandum** 40:10 | **motors** 117:13 | 144:23 147:8 175:13 | **occurring** 86:12 |
| 91:21 92:11 94:23 | 45:13,17,18 47:14 | **move** 112:8 | **needed** 21:18,20 46:10 | **October** 38:9 40:10 |
| 97:19 102:4 103:1,1 | 48:2,15 52:19 93:3 | **moved** 11:7 72:13 | 110:12 112:1,5,15 | 46:23 47:14,20 48:1 |
| 105:22 107:7,21 | 93:11,21 | **much** 39:13,16 43:2 | 113:5,8,20 117:14 | 48:2,22 50:12 52:7 |
| 109:2 110:7 111:9 | **memorandums** 58:18 | 107:14 137:20 138:3 | 143:22,23 144:22 | 56:7,14 57:8 71:20 |
| 115:1 116:2,14 | **memory** 116:3 162:21 | 138:10 154:6 | 147:9 | 92:13 93:15,21 94:3 |
| 120:13 123:1,9 | **memos** 41:21 43:4,9,11 | **Murphy** 3:10 18:14,15 | **needs** 96:21 97:2 | 116:21 121:11 |
| 124:14,15,21,23 | 58:17 115:13 160:19 | 18:21,22 23:22 27:16 | **neither** 24:9 180:6 | **off** 40:21 57:15 59:14 |
| 125:3,8 132:15 | **mental** 74:13 148:22 | 33:22 47:16 81:19 | **never** 19:22,23 21:17 | 59:15 145:10 |
| 134:10 135:20 | 149:5,9 150:5,7,9 | 94:23 98:19 99:1,15 | 26:16 112:4 131:16 | **offended** 70:5 |
| | | **new** 20:5,12 95:10,12 | 151:21 | **offense** 70:6 |

offered 4:14 19:23,23
  101:19
offhand 22:12 30:15
  34:6 37:1 60:7 61:8
  65:9 81:21 129:23
  134:5 145:4 162:20
  177:10
office 2:16 13:6 25:14
  38:10 40:14 56:6
  61:17 72:4 77:3,5,8
  77:10,10 85:4,7,8,14
  85:16,20,21,23 86:2
  86:5,14 87:2,5 93:8
  110:17 111:2,4,5,8,8
  111:10,11 112:2,9,13
  112:17 113:8,22
  114:2,3,13,16 117:20
  118:2,4 142:18 145:9
  150:23 160:13
  161:10 171:1 173:7
Offices 1:18 2:6
official 25:3,18 73:21
officially 62:22
officials 59:19 63:20
often 17:7,16 21:16
  51:9 132:18 169:11
oh 6:11 17:23 39:10
  55:16 69:6 82:6 93:9
  105:6 112:10 132:19
  141:14 150:13
  154:10 155:19 159:1
Okay 5:22 13:2 16:21
  17:12 19:14 23:11
  30:19,23 32:2,15
  33:20 37:15 43:11
  44:16 46:13 49:2,5
  50:6 51:21 54:20
  55:4 63:16 68:7
  69:20 70:12 74:8,12
  77:17 79:6 83:8 90:2
  90:11 92:17 104:7,22
  106:5,12 108:17
  109:12 111:14 114:2
  117:7 119:10 121:8
  121:16 122:12 124:2
  128:2,5,17 129:19
  130:8,11 131:3,14,21
  135:22 139:22 140:7
  142:11 146:14 149:7
  153:2 157:5,17
  159:19 160:6 161:14
  165:2,22 166:10
  167:18 171:14 172:6
  172:21 173:1 174:4
  174:11,21 175:15,20
  176:4
Olympic 82:23
once 62:12 64:15
  169:13

one 6:10,11 12:4 19:18
  24:9 28:23 35:14
  39:8,8 40:17 56:18
  58:11 63:2,5 65:9
  66:2,3 68:10,12
  73:13 74:17 82:2,3,5
  82:23,23 99:2 103:2
  103:5,8 111:10 112:9
  115:1,4,12,17 123:6
  123:8 124:4 127:6,7
  129:19,21 133:13,13
  134:17 145:13
  152:17,21,22 154:21
  154:22 161:7,16,21
  162:5,8 163:22 164:3
  166:22,23 170:23
  172:16,18 177:2
ones 60:4,6 91:7 108:22
  163:22
one-sided 163:12
ongoing 24:6 125:11
online 42:1
only 16:15,21 21:9
  25:21 28:3 54:4
  94:10 113:2 121:13
  145:13 147:13
  156:19 166:23
on-site 131:11,15
open 70:2 135:8
operation 90:16,18,20
operations 50:16
opinion 163:12 173:11
  173:11
opportunity 84:8
  123:17,21 169:23
  170:1
opposed 22:6
order 12:6 17:19 31:17
  111:23
ordered 133:2
ordering 117:10,11,19
  164:6
organizing 114:21
other 4:11,15,21 19:2
  20:3,9,9 21:4 34:4
  42:18 45:10 46:8
  54:3 57:9 59:18,23
  61:9 64:2,7 71:20,21
  72:1,21 81:9,11,13
  83:18 84:23 99:15
  115:12,13 117:13
  128:23 131:4,6
  132:20,21 135:14
  136:23 137:4 146:16
  146:23 148:1 149:15
  154:14 165:13,17
  169:14 170:4,6
  173:13 177:6,7,7
  178:13

others 177:9
out 11:23 18:4,9 21:19
  24:13 33:15,20 34:1
  34:22 38:2 41:3,8,16
  41:20 42:5 44:7
  63:11 67:2,10,17
  78:16 79:4 91:7
  93:10 101:1 114:23
  115:11 117:16 118:2
  124:10 125:5 131:9
  134:19 135:2 136:6
  136:15 138:12
  156:17 180:4
outlet 25:11
outlets 21:15 25:23
  54:5
outline 47:22
output 28:15
outside 28:2 69:18
  140:18,22
over 9:16 22:20,22
  37:13 43:6 50:15
  75:14 76:10 88:11,11
  88:13,20 89:20 90:16
  92:4 95:17 105:5
  106:21 116:17
  120:21 138:1 176:6
overtone 163:6
overtones 162:11 163:8
own 122:8 124:10
  126:21 127:20
o'clock 112:14 142:14
  142:22 172:2

_____ P _____

PA 2:11
pace 68:2
page 23:12 29:3 31:11
  34:8 46:5 48:5,6
  50:10,11 54:17,19
  106:4,11 110:15
  127:11 151:1,3 152:3
  159:11
pages 180:1
paid 154:4,6,11,12,13
paragraph 23:12,18
  29:4 31:11 32:2 34:7
  38:7,8 46:6,14,15,19
  50:10 52:20 54:23
  59:17 66:4,8 110:15
  133:1 144:5 155:3
paragraphs 75:21 78:9
  79:23 83:12 87:9
  115:17
Paris 35:6 137:21
Parish 35:10
park 1:19 2:13 66:15
  66:17 145:11
parked 66:14,18 67:1

67:19,20
parking 66:15,20,23,23
  67:3,7,20
part 11:14 20:6 48:23
  49:8,9 50:1 110:2,10
  119:7 120:8,8,8
  166:3 175:11
participate 61:21 62:1
  62:9,14 107:10
  139:14
participated 60:8
  62:11,13 140:2,4,17
participating 62:5
particular 36:23 83:19
  96:21 97:19 130:1
  135:4,9 146:5 157:16
parties 4:3,18 5:2
  180:3,7
party 4:15,21
pass 63:7 67:18,18
  169:4
passed 67:22
passing 68:1 149:17,22
past 39:10 70:9 135:4
  135:13
Patterson 42:22 43:5,7
  61:16 62:8,12 160:12
  161:9
Patterson's 62:6
Paula 164:9
pay 61:23 62:16 74:8
  87:22 100:12 104:19
  104:19 106:7 108:1
  109:1,2,14 121:16,18
  156:13
PC 2:6
penalized 62:15 108:12
  108:14,20
people 42:18 71:4 94:8
  123:7 138:12,14
  143:14 158:10 159:7
per 125:23
perceive 136:16
perceived 119:6 177:10
percent 103:9,21
  105:17
perception 173:17
perform 38:14,20 46:3
performance 3:16
  157:9 158:2
performing 29:21
period 16:21 22:20,22
  28:6 37:2 41:22 42:2
  42:18 43:16 101:3,10
  104:13,14 120:18,21
  139:9 158:4,10
  164:11
periodically 17:15
  57:15 76:10 129:3

140:22
permanent 165:7
permission 91:4
permits 41:7 164:1
person 104:16 115:1
  123:8 174:19 176:13
personal 57:14 81:7
  107:18 126:16
  128:11 148:5 170:17
personally 56:3 71:22
personnel 3:11 34:17
  36:4,6,9 47:17 62:23
  97:8 104:16,17
  126:12,14 144:11,16
  144:17 174:18
persons 161:16
Pete 133:12
Phelan 144:2
Phil 51:17
phone 53:9,12 57:14,17
  129:1
phrase 96:8
physical 91:10
physician 122:1 150:18
Ph.D 97:12
pick 137:10
picked 138:17
place 36:13 37:4,6 56:5
  77:2 79:14,18 83:10
  157:2 162:14
placed 29:16 36:15,22
  106:13
plaintiff 1:7 2:5 7:1,3
  170:11 179:13
plan 43:13 85:8
plant 7:15 12:13 43:6,7
  94:15 96:16,19 99:23
  104:5 106:15 138:2
  163:20 164:20
plants 20:11 97:13
played 50:8 66:2 138:9
player 138:6,9,10,11
please 5:13 7:14 40:6
  80:21
point 16:1 18:13,16
  19:8,19 21:3 31:5
  61:13 70:12 73:4
  85:15 86:23 88:7,8
  101:14 109:6 136:13
  142:17 144:12
  169:20
pool 21:19
position 13:3,12,15,19
  13:20 14:1,13,18,21
  15:4 17:3 19:11
  20:13,23 29:6,9,16
  29:18 30:2,4 31:8,12
  33:2,15,17,21 34:1,9
  34:13,20 35:7,16

37:7,19 38:3 52:1
54:8 65:20,23 72:13
76:5,8 77:18 88:10
88:20,23 94:14,15
95:5,7,14,19,20,21
95:22 96:1,3,5,12,20
97:10 100:10 101:18
104:3 105:1 106:14
108:13 109:5 112:21
112:23 113:3,9,18,19
122:16,17,18 124:11
124:21 125:20,22,22
126:4 165:7 169:19
169:22
positions 15:23
positive 23:9 118:14
127:14 134:14
155:17 161:4
possession 93:7
possible 40:1
Post 2:16
potential 159:5
Powell 161:15,16
prepare 47:19
prepared 47:3
preparing 57:3
prescribe 147:4
prescribed 147:6
present 60:1 72:6
81:11 116:3 139:20
139:23 140:1
presented 147:21
pretty 39:13,16 138:3
prevent 114:15
previous 113:17 169:19
171:20
previously 30:8 85:2
85:18
pre-discovery 159:3
price 99:10,10
prices 99:10
primarily 119:23 120:3
print 164:1
printed 180:1
prior 13:22 14:5,13
30:8 42:13 55:5,10
55:11 56:10,14 71:11
71:14 75:1 81:9
109:3 112:7
private 25:8,17 26:9,12
26:17,18 117:21
146:15
privilege 146:2
privileged 146:4,22
147:2 162:10
privy 160:9 164:4
166:23
Probably 16:6
problem 52:8 57:1

71:18 142:23 143:22
151:12 163:12
problems 39:9,14
41:23 45:19,20 46:1
46:9,16 56:15 93:13
procedure 4:7 164:5
procedures 144:13,21
proceed 68:3
proceeded 67:23 68:23
70:1
proceeding 67:6 68:17
69:5
process 28:14 53:7
procurement 117:8,12
133:20 164:3
produce 153:4 165:9
165:12
produced 130:9 145:23
146:9 150:22
producers 91:8 94:8
product 31:17,18 44:3
products 94:16
professional 1:17 4:8
20:9 179:4 180:13
professors 25:4
program 12:10 13:16
13:16,20,21 14:2,7,7
14:11,23 15:5 17:4,5
21:5 23:21 24:19
28:19 29:1,6,13,19
31:2,13 32:23 33:17
37:19 39:18,19 41:4
42:2 50:16 52:2,10
53:8 72:14 88:5,14
89:10 96:16,18,19,20
96:21 97:1,18,19,20
99:22,23 104:4
106:14 107:10,15
108:10 109:8,11,13
111:9 120:1,2,7,18
122:22 161:22
164:12 165:7 170:1
174:13,16 175:5,11
175:17 176:2,19
programs 98:2
progress 129:4
progressed 120:16
promoted 30:5 100:20
101:3 108:23 109:1
109:10,11,12 164:22
164:22 165:5,6
promotion 13:18 35:22
109:3 151:14
promotions 101:13
properly 38:14,20 42:9
46:4 117:16
prosecution 153:20
provide 46:20
provided 4:15,22

proximity 69:6
psych 122:5
psychiatrist 122:2
145:2 148:18 149:8
149:15,19 152:13
155:16 167:12 168:7
171:17 174:23 175:2
175:6
psychiatrist's 129:15
psychologist 122:2
pulling 26:1 135:7
purchase 99:13 117:22
118:1
purity 31:20,20
purpose 4:15 8:11
11:10 44:1 46:5,6
57:16 82:8 84:19,22
96:9
pursuant 1:15 4:6
push 136:20
pushing 135:1 136:5,15
put 18:4 22:19 25:4,5
28:15 34:16 37:21
38:1 57:13 73:21
74:2 98:8 117:2
126:10 149:12 165:6
putting 53:8

**Q**

qualifications 37:8
qualified 29:10,15
37:16 95:6 97:9
101:17 102:11 123:6
123:7,8,9
qualify 123:12
quality 31:20,21 125:6
queried 24:3 27:14
42:7
query 27:17 45:6
querying 45:7
question 4:12 46:2
53:23 62:21 93:17
149:10
questioning 24:4 27:22
questions 4:11 5:19
23:2 54:11 69:13
172:9
quick 79:9 110:15
153:20 159:1 172:9
quickly 39:23
quite 130:15
quotes 149:12

**R**

race 35:23 116:1 177:2
177:8,11
racial 19:16 36:2 58:1
115:19 119:7,10
162:11,23 163:1,3,4

163:6 173:17
racially 36:2
racism 33:6 106:20
raise 101:2,5,9,9
102:13 103:10,21,22
103:23 104:19
105:15,17,20,22
108:3,5 121:20
156:23 157:3,11,13
158:5
raised 94:2
raises 100:21,23
101:12 105:11
123:15 156:17
rank 11:3
ranked 34:22 35:2,7,8
35:9,12,14 36:1
ranking 36:7,10
Ray 88:8 102:1 121:5
Rayville 10:19
RCA 82:23
reached 70:2
reaction 68:22
read 32:20
reading 126:20 180:4
real 110:15 153:20
159:1
realized 134:20
realizing 143:3
really 29:2 84:21,21
89:2,19 124:3 138:6
157:5 162:20
reason 45:10 52:8
56:11 62:6 65:23
113:2 157:1
reassign 111:1
reassigned 22:18 94:13
95:2 104:3 107:23
110:16
reassignment 29:11,12
94:20 99:21 100:5
108:7
Reba 133:18
recall 6:19,21 7:5,7
14:19 15:8 34:10
38:18 60:12 63:16
64:17 66:7,10 84:2
129:23 130:1 133:7
134:5 141:14 168:8
recalled 18:5
receive 58:7 78:10
87:17,19 93:3 102:17
103:9 108:21 148:19
148:21,23 171:9
received 19:22 22:7,9
22:14,15 27:9 45:14
55:20 73:7,13 75:12
95:7 98:9 102:3
106:6 113:9 115:2

118:10 121:14
123:15 124:5 133:11
166:19
receiving 39:14 50:2,5
102:22 141:18
recently 94:14
recess 79:10 127:4
172:7
recommend 147:11
151:7
record 40:21 59:14,15
79:12 82:2 83:16
146:7 172:10
recorded 81:20 82:3,5
167:7
recorder 81:3,4,5,7
82:17,18,19,20,21
recording 59:11 82:8
83:1,9,19 168:9
recordings 81:10,13
82:11,14 83:6 165:23
166:6
records 82:10 145:23
165:14
reduced 87:22 88:1
reduction 100:11,14
108:1 148:23 156:13
reelection 58:4,20
refer 54:22 75:21 78:9
87:8
reference 118:7 127:11
133:21
referenced 22:2 48:2
59:17
referencing 29:12
referral 129:14,14
151:17,23 153:10
155:9,14 175:21
176:10 ·
referred 79:23 114:22
122:6 136:23 137:5
141:12 144:6,8
148:17 149:7 150:11
152:12 167:11 168:6
171:16 174:9 175:5,6
175:16
referring 32:6,18 45:12
52:19 59:7 111:18,20
118:8,10 121:10
reflected 66:7 83:11
reflecting 165:14
reflection 158:16
reflects 119:5
refusal 151:19
refused 139:18 151:16
regardless 4:22
register 12:4 34:18
36:1,14,16,22
registered 1:17 4:8

12:5,6 179:4 180:13
**regular** 51:4 82:6
  139:3,7 140:11 141:1
  143:21
**regulates** 32:10
**regulatory** 32:3
**reissued** 19:20 22:21
  22:23
**relate** 89:9
**related** 20:10 24:11
  140:16
**relates** 24:22 31:16
  32:22 61:11 97:6
**relation** 169:5
**relationship** 71:12
  141:18 168:16 169:3
**relatives** 9:13
**relief** 48:20 50:3
**remained** 72:14,14
**remark** 70:3 71:1,1
**remedy** 93:13
**remember** 6:12 7:12
  15:18 17:21 18:9
  22:12 30:16 39:5,10
  54:13 56:12 60:7
  61:14 75:5 80:2
  106:2 118:13 128:17
  142:14 145:3,4 156:8
  168:1,3 169:2 171:6
  175:23
**remind** 161:6
**removed** 75:3 82:17
  91:13,20,21 92:1
  137:8
**reoccur** 46:16
**repairing** 117:14
**repeat** 93:20 95:23
**repeated** 69:1
**repetition** 178:14
**replaced** 15:14
**replied** 68:10,12
**reply** 68:13,15 69:21
  153:14
**report** 44:6 52:13
**reported** 44:8 45:19
  46:10 167:13 179:6
**Reporter** 1:17 4:8
  179:5 180:13
**REPORTER'S** 179:1
**reporting** 43:19,20
  45:5 52:9
**reports** 43:8 76:12
**represent** 84:11 103:15
**representation** 167:19
**representative** 48:9
  49:11 64:14 65:3,13
  85:4,16
**representatives** 79:19
  80:17 87:12

**represented** 84:10,12
**representing** 4:3,18
  5:16
**reprimand** 38:13,17
  42:8 46:3,7 47:8
  48:22,23 55:20 56:8
  56:22 57:18 61:11
  64:9 65:16 71:20
  74:4 78:10,19 79:2
  87:17,19,20 93:15
  94:2 116:19,21
  120:11 121:10,11,13
  121:20 141:23
**reprimanded** 38:22
  65:21 66:1 78:23
  87:16
**reprimands** 71:22
**reputation** 177:11,13
  177:15
**request** 18:15,21 20:5
  92:22 93:2 98:8,10
  98:12,14,23 99:4,12
  99:16 101:21 102:2,4
  102:5,6 113:16
  117:15 124:16 129:3
**requested** 30:23 34:18
  84:23 85:5,18 98:1,7
  113:17,18 114:5
  130:13 131:15 165:8
**requesting** 121:21
**requests** 36:5 86:15,16
  115:13 117:23 118:1
**require** 31:8
**required** 17:2 20:17,17
  27:4 28:5 126:9
**requirement** 61:22
**requirements** 12:5
  24:11,15
**requires** 139:16
**research** 12:3,6,7,7,8
  31:6 126:3,21
**resell** 25:12
**reservations** 112:22
**reserved** 4:13
**reside** 8:13 9:13
**resign** 110:5
**resistance** 125:8
**resolved** 171:7
**resources** 9:5 178:1
**response** 23:10 44:12
  47:7,19,21 57:4,8
  64:8 93:23 98:9
  113:10 118:14
  127:14 134:14
  155:17 161:5
**responsibilities** 20:14
  24:20 50:20 88:13,14
  88:16,21 89:13,14,21
  90:3 140:12 163:16

**responsibility** 73:15
  92:4 111:3 163:14
**responsible** 33:1 41:6
  43:6 89:14 92:5
  99:22 117:19 135:7
**restricting** 17:20
**result** 44:23 78:8 93:1
  100:10 102:17
  106:15 121:18
  148:17 149:7 156:11
**results** 27:10 39:14,23
  42:5,19 43:14,19,20
  44:2,7,9,18 45:6 52:9
  52:13,14 91:6,7
  129:15 180:8
**retail** 25:23
**retain** 115:2
**retaliated** 119:11 157:8
**retaliation** 157:5,14
  171:12,19
**retire** 107:7,8 109:21
  110:4,13,13
**retired** 51:20 107:14
  165:3
**retrieved** 114:22
**return** 52:13
**returned** 44:19 66:14
  113:17
**returns** 165:9
**reverted** 43:21 44:7
**reviewing** 114:20
**right** 7:13 10:21 13:17
  13:22 17:14 20:12,18
  20:21 21:8 22:12
  23:17 26:9,11,21
  27:8 28:17 29:8,14
  29:23 30:15 33:19
  34:5,23 35:21 37:1
  37:23 38:2,15,16
  44:15 45:10,15,16
  46:1 47:7,21 48:4,11
  48:13 49:17 50:22
  58:5 60:5,7 61:8,9
  65:9 68:8,9 70:19,22
  71:11 75:9,16 77:6
  77:19 79:22 81:21
  84:7,14 86:3 92:11
  93:18 94:5 95:13
  96:4 100:19 103:23
  104:2,6 105:8 107:7
  108:8,12 109:4,8,10
  109:16 110:11 114:7
  117:3 118:18,20,21
  119:1,20,22 120:12
  120:15 121:12,15
  122:7,21 123:1,2
  124:7,14,18 125:11
  126:22 127:1,13
  128:19 129:8,10,23

131:8 132:13 133:8
  134:1,5,11 139:10,12
  140:10 141:23
  143:15 146:13 147:9
  147:14 151:7,21
  153:19 155:8,10,15
  155:18,21 157:3,20
  158:11,13,17,20
  162:20,21 163:7
  164:8 165:8,12
  166:16 170:18 172:1
  172:15 173:19,21
  174:10,13,14 175:4,7
  175:7,10,14 176:5,18
  176:22 177:10
  178:16
**Rigney** 3:15 15:15,16
  15:21 16:2 23:22
  33:22 47:5,16 50:19
  53:5,21 72:7,19
  81:19 83:3 90:14,23
  93:8 121:4
**Road** 145:10,10
**Robert** 2:14
**robes** 173:14
**Robinson** 137:23
**Ron** 23:23 33:22 58:3
  90:14 91:1 94:23
  111:21 112:8 113:1
  120:22 147:17 148:6
**Ronnie** 18:14 23:22
  27:16 33:22 81:19
  94:23 98:19 99:1
  102:1 104:10 111:21
  112:8,11,15 113:7
  116:10 121:5,7,8
  133:3 140:9 141:17
  147:18 148:5 151:13
  160:15 164:16
  177:12
**room** 160:15
**roughly** 8:8 154:10
**rude** 136:7 141:19
**rule** 37:10,12
**rules** 4:6 24:12 25:1,2,3
  25:6,6,20 118:12
**ruling** 4:13
**run** 123:7,9
**running** 42:23 58:4
  123:2 142:19
**run-ins** 172:14 174:3
**Russell** 2:14 47:17

———— S ————
**safety** 159:18
**SAITH** 178:22
**salary** 101:5
**same** 4:23 11:20 21:6
  37:8 39:13,16 54:8

152:19 153:17 180:4
**sample** 43:14
**samples** 25:14,16,18
  26:2 27:9 46:21
  52:14 141:19
**sarcastic** 70:3,23
**sat** 84:6 173:8
**satisfied** 103:2,5,7
**saw** 51:1 100:17 101:19
  137:9 145:2,5 146:18
**saying** 32:12 39:12
  71:3 73:12 85:19
  113:1 146:22 147:2
  174:2
**says** 46:6,11,17,19
  53:16,18,19 54:14
  90:12,15,17 151:1,7
  151:11,16
**schedule** 143:18
**scheduled** 139:1,11
  142:13
**school** 10:2 8,11,16,17
  10:18 11:8,9,11,12
**schools** 126:11
**science** 7:16 12:13
  95:10 125:13
**scientific** 95:16
**Scott** 169:8,9
**scrutinizing** 24:8
**se** 125:23
**second** 46:5 70:14,20
  106:3 116:6 122:12
  127:3,9 129:18
  154:19,21,22 158:22
  171:13,14 176:13
**secretarial-type** 114:10
**secretaries** 161:21
**secretary** 114:5,6,17
  117:20 118:3 159:12
  159:12,22,22 160:1
  164:16 165:5
**secure** 85:12,22
**see** 31:5,7 51:1 85:7,14
  85:20 93:1 106:4
  110:23 112:13
  124:21,22 126:12
  136:22 144:20
  145:13 146:8 149:14
  149:19 174:23 175:3
  176:23
**seed** 3:8 6:15 7:16 13:5
  13:13,16 14:7,7 17:5
  21:6,14 23:21 24:11
  24:16,19,22 25:3,11
  25:11 26:18 27:10
  28:7,9,11,18 29:1,6
  30:19 31:1,9,13,17
  32:22 33:17 39:9,15
  39:22 41:14 42:2

44:11 50:13,17 51:4
51:6,10,12 52:2,2,4
52:10,13,15 53:19
54:4 65:18 75:17
88:5,13,20,21 89:9,9
89:13,21 90:4,12,17
90:18,23 91:15,22
92:15 94:9,14 96:16
104:5 106:15 108:11
117:10 120:2 125:6,6
138:2 142:1 159:13
161:21 162:5,6
164:11 168:14
**seedmen's** 169:10
**seeds** 14:12 24:5,12,22
25:1,5,9,10,10,13
26:4,17,21 31:16
44:14
**Seedsmen** 169:12
**seeking** 169:3
**seen** 145:7 158:14
**sell** 44:13
**sellers** 25:13
**seminars** 98:1
**Senator** 67:9 68:15
75:22
**send** 43:11 49:3,18
65:18 167:4
**sending** 26:2 44:2 64:8
**sense** 36:3 126:2
**sent** 18:9 43:9,10 44:6
47:15 49:23 50:13
53:1 54:1,3 65:17,19
93:9 113:6 115:12
122:5 163:22
**separates** 66:22
**September** 13:23 14:1
14:5,14 19:10 20:13
30:8 41:1 103:10
104:1 105:16 106:6
119:21 127:16
**serve** 10:22 13:19
95:22 96:2,9 97:10
**served** 10:3
**server** 41:3 43:18
**service** 10:22 12:19,20
76:7,11,12 133:11
162:9 178:1
**serving** 122:16
**session** 84:16 129:16
145:18 146:20 147:7
147:13 148:3 152:4
**sessions** 147:8
**set** 25:2,5,6,20 32:9
60:11 61:19 124:4
175:2 180:4
**setting** 137:8 138:16,19
**seven** 14:15,15,15
23:12

**several** 38:11 56:20
62:10 81:15
**Shaky** 71:16
**Shannon** 60:6 83:20
149:16 150:2
**share** 65:15 163:13
**sharing** 169:6
**Sharon** 159:10,23
162:4
**sheets** 173:15
**short** 16:16,21 112:19
**shorthanded** 28:1
**shortly** 100:7 142:20
142:21
**show** 40:3 47:12 99:18
103:16,19 105:12
119:1 151:1 157:23
**showed** 52:17
**showing** 3:11
**shows** 106:1,3 158:5
**side** 67:11 77:12 78:6
**sides** 163:16
**sidewalk** 67:13,14
76:18
**Siger** 164:2
**Sigler** 164:2 172:20,21
**sign** 151:17
**signature** 5:3
**signed** 99:11 151:20,21
**signing** 180:4
**similar** 46:16
**since** 64:20 99:4 104:23
128:19 165:19
**sincerely** 96:23
**sir** 5:13 7:14 12:11 51:7
66:13 80:21 87:1,3
89:12
**sit** 122:15 124:11
169:19
**situation** 17:10 24:7
57:18,20 58:2 61:3,5
61:10,15 63:22 65:7
74:19 76:16,17,18,18
76:21 85:1 86:17
109:16 115:3 162:23
163:1,3,5
**situations** 61:12 72:1
173:2
**six** 14:15 30:18
**skip** 116:3
**skipped** 37:13
**skips** 162:21
**slam** 135:6
**slot** 67:20
**Small** 10:18
**Smith** 54:7 145:5,13
146:18 176:11,12,13
**Smith's** 150:23 152:2
153:8

**social** 137:8 138:16,19
168:22 169:7
**soil** 7:15 12:13
**sold** 10:20 26:5 31:18
**solely** 50:7 171:15
**soliciting** 44:23
**some** 5:19 11:9 19:8
22:13 23:2 47:22
48:1 53:2 54:11 62:5
63:17 65:15,15,15
70:3 75:12 89:8,23
93:13 94:1,4 97:12
101:20 106:16
118:15,17 130:4
135:14 136:7 137:15
137:16 159:2,5 160:9
160:19 162:10,13
163:15 164:4 165:9
165:17,17 173:13
**somebody** 55:18 74:15
75:8 154:15
**someone** 73:3 74:21
143:2 174:16 176:2
**something** 30:6 63:15
71:4 86:13 112:5
140:14,15 146:6
162:17 167:21 171:2
172:23
**sometime** 16:12,19
19:9,10 37:22 64:18
119:20 156:8,9
**somewhere** 16:15
**son** 9:18
**sorry** 13:23 53:18
110:21,22 160:8,18
167:3 170:15 177:21
**sought** 122:9
**south** 75:17
**Southeast** 39:4
**spaces** 66:17
**Sparks** 3:8 23:23 33:22
38:12 40:12 47:16
53:22 58:3,4,10,19
81:10 90:14 91:1
111:21 112:8 113:1
120:23 147:18 148:6
148:12 151:14
166:22 178:7
**speak** 5:9 63:8 68:1
140:13 167:15 179:9
**speaking** 63:12,16
**specialist** 30:19 31:1,9
**specialists** 124:12
**specific** 22:4 59:5 61:7
64:6 87:10
**specifically** 23:3 24:13
32:21 61:8 89:3 90:1
91:19 116:13 122:4
150:10 163:4

**specifics** 38:21
**specs** 123:11
**spelled** 24:13
**spend** 137:20,20
**spending** 28:2
**spoke** 54:6 67:22 70:14
70:20
**spoken** 69:3,22,23 70:8
73:6 140:8,10
**spur** 73:22 117:3
**Sr** 2:14
**St** 10:7
**Stabler** 133:18,19
134:2,16 135:23
137:4
**staff** 18:18 63:10 81:18
81:20 82:7 98:16
99:2 114:8,9 138:21
139:3,5,10,11,12,14
139:18,23 140:8,14
140:18,23
**standing** 67:15
**start** 11:8 83:1 117:9
**started** 11:23
**state** 1:18 4:9 5:13 7:18
17:20 18:2 20:3,21
21:10,14 22:2 23:13
23:18 25:7,19 27:7
29:4 31:13,18,22
32:1,5,6,8,10,21
33:17 36:5,9 37:7
45:19 48:12 49:11
50:12,14 54:12,21
55:5,7,12,18,23
56:13 57:10 58:22
59:3,19 60:16 63:3
63:19 79:19 80:17
94:12 97:3,4 101:16
102:9 103:12 105:23
107:4 119:13 122:19
123:13 125:16 126:9
128:7 133:1 144:7,11
144:16 149:3 154:15
155:3 170:2 175:12
179:2,5 180:14
**stated** 39:8 41:12
110:16
**statement** 3:11 45:9
75:6 85:6,19 86:11
102:7 113:1 147:19
148:3,4 155:7 168:4
168:9
**statements** 84:4 167:7
**states** 1:2 25:8 54:4
**stating** 31:12 41:22
42:22
**status** 98:14 129:9
131:9
**Statute** 4:16,22

**stay** 13:12 15:6 109:4
**stemmed** 116:9
**step** 50:20 100:21
106:1,2,7 109:13
121:20
**steps** 45:23 46:15
**still** 12:3 15:1 21:6
43:20 44:17 54:8
69:17 76:13 82:18
88:5,16 102:20 121:8
130:2 149:3 159:14
160:2,3 162:2 165:2
**stint** 161:22
**stipulated** 4:2,17 5:1
**stipulation** 1:16 4:1
**stopped** 137:7
**story** 77:12 78:7
**strange** 135:9,11,12
**Street** 2:7
**strike** 37:5 139:17
**student** 11:14
**studying** 124:20
**stuff** 130:16 172:1
**submit** 25:13 47:7
**submitted** 25:17
**substantial** 107:20
**substantially** 109:1
**succeed** 113:2
**successful** 113:19
**sued** 170:8
**sufficient** 44:12
**Suite** 2:7,12
**sum** 107:20
**summaries** 47:4 165:13
**summary** 46:21
**summoned** 38:10
**supervised** 72:15
104:14 120:19
133:14 158:9
**supervision** 29:21,22
90:16
**supervisor** 14:18 15:7
15:12 18:12,13 45:1
72:5,10,17,20,22
75:4 88:7 98:17
109:21 121:6,7,8
133:4 140:9 141:3
142:17 151:13
164:22 167:13
**supervisors** 15:22 83:4
120:20 121:1 139:19
140:1,7 173:13
**supervisory** 151:17
**supervisor's** 129:14
**suppliers** 27:11 43:15
44:13 51:10 52:5,15
92:18
**supplies** 113:22 114:2,3
164:6

supported 77:17
supposed 53:12 61:19
sure 12:18 14:9 15:20
  16:6,14,24,20 60:14
  111:3 119:16 122:14
  122:14 163:15
  169:20 177:9
sworn 5:9 179:9
system 41:7,10,12,15
  41:19 42:13 43:3
  133:6 137:6 144:6,8
  150:11
S-I-G-E-R 164:2
S-I-G-L-E-R 164:2

———— T ————

T 2:15
tagged 26:18
take 5:18,21 8:6 35:5
  45:23 56:5 77:2 79:9
  89:20 100:5 101:18
  101:20 102:10
  103:13 108:16 110:2
  110:9 111:11 112:21
  127:2 128:2 143:3,19
  166:5,8 172:6
taken 1:15 4:6,7 6:16
  16:17 18:20 32:4,12
  46:15 91:15,18,20
  92:1,6 105:2 139:17
  143:23 162:14
takes 33:6
taking 7:2,4 50:15
  108:13
talk 5:21 51:9,11,13
  80:9 119:18 124:11
  127:17 132:12 148:9
  148:12,14 152:6
  173:8,10
talked 132:6,8 160:11
talking 33:21 53:6
  57:21 69:12 74:17
  76:17 90:19 100:22
  105:11,15 116:15
  118:15 120:21 122:8
  129:19 134:6 137:13
  141:6 146:4
Tanner 60:19
tape 58:23 59:4,9,11
  81:3,7,10,13 83:6
  165:23
taped 59:21 83:23
  98:20
tapes 165:23
tape-record 81:1
taught 10:2,16
tax 165:9
taxed 28:15
Taylor 145:10,10

teach 10:17
team 138:6,9,9,11
technical 95:6
techniques 124:19
telephone 176:6
tell 8:13 9:23 16:4
  24:18 31:14 37:11
  55:17 61:9 63:23
  66:10 77:7,11,22
  81:16 83:15,23 86:10
  89:17 91:19 99:6
  110:12 118:3 134:15
  146:19 152:9 159:8
telling 54:1 72:21
  89:22,23 92:13
  112:12 119:6
Teresa 105:14
test 25:5,21 26:1,8 27:3
  39:14,23 42:4 43:19
  43:20 44:2,7,9,10,18
  45:5,5 52:9
tested 24:6 26:7 27:9
testified 5:10 7:10
testing 24:12,12 25:1,9
  25:14 26:13 91:5
tests 24:13 168:19
Thad 48:8,9 49:5,20
Thank 157:17 178:17
  178:18,19,19
their 15:22 19:3 22:9
  22:12 33:10 39:14
  41:3 42:19 43:1 44:3
  44:13 73:15,16 111:2
  116:8 119:8 153:14
  153:15 159:8
thereof 180:8
thesis 12:9
thing 34:6 42:23 48:20
  124:16,16 125:7
things 42:1 63:2,9,17
  74:16 86:12 113:4,8
  113:20,21 116:11
  118:17,19 120:5
  172:11
think 9:22 10:6 12:17
  12:18 14:8,11 15:8
  15:19,19 16:1,3,8,14
  16:16,18,20 18:12,13
  21:8 22:3 23:15
  28:12,20 30:5,18
  35:1,8,15 36:2 39:1,4
  39:15 41:9,11,13,21
  43:8 47:21 49:4,14
  53:3,17 56:9 60:19
  61:12 63:5 64:10
  72:16 73:20 75:16,19
  80:3,7,10,10 82:6
  92:5 93:8 96:7 97:12
  100:9 101:4,8 103:13

107:17,18 109:7
  111:2 113:6 119:20
  124:2 127:16 130:4
  133:12 136:19
  137:22 141:14,15
  142:14 146:1 149:16
  159:18 162:16,21
  172:19 174:18 177:4
  178:6,6
thinking 76:3 104:22
  146:15 159:2
Thomas 48:7 49:2
Thompson's 164:23
though 108:13
thought 68:21,21 78:22
  102:8 167:20 173:12
thoughts 141:6
three 8:8 28:3,9,11
  35:8 38:23 39:15
  41:21 80:3,4 94:10
  100:23 103:14 105:6
  105:17 158:6,8,9,16
  158:18
three-part 157:19
  158:8
through 28:6 45:17
  49:6 50:5 57:14 80:9
  80:10 85:11,22 96:12
  96:15 115:15,17
  116:4,18 117:12
  143:9,11
throughout 58:12
Thursday 1:20
ticket 99:10,14
till 112:10
time 4:12,13 5:20 11:14
  11:15 13:6 14:11,11
  14:22 15:21 16:22
  17:9,10 22:20,23
  28:1,2,3,5 33:7 36:23
  37:2,9 40:23 41:14
  42:11,12,16,19 43:16
  56:10 67:14,14 70:15
  70:16,20 75:2 82:5
  88:3,9 101:2,3,5,10
  102:3 116:3 117:2
  120:16,21 124:23
  133:4 137:21 139:9
  141:23 142:17 143:4
  143:8,12 155:22
  156:22 158:10
  159:13 167:11 169:4
  169:20 178:17
timely 27:10 42:5
  43:21 44:4,19 52:12
times 64:13 105:3,4,6
  135:4,13 139:5 177:4
title 13:21 14:3,4 88:12
today 15:4 28:18,19

29:18 31:8 88:17
  89:1 107:7,8,14
  113:23 122:15
  153:22 169:19,22
  170:5
together 25:4,5 53:8
told 9:22 11:20 21:8
  23:15 27:13 69:2
  72:9,10,16 78:22
  95:1 111:22 112:4
  115:18 116:16
  119:14 124:2,14
  131:7 136:2,13
  144:12 148:2,7
  149:18 152:3 163:18
  169:21 170:3 172:16
  173:12 175:20,20,22
  176:8 177:1
Tom 42:21 43:5,5
  49:21 97:12,14
  163:18
Tony 101:1,2
tooth 142:23 143:22
topics 19:18 168:21
total 41:21 45:18
tour 10:4 11:1 143:10
  143:11
toward 68:23 69:5,10
  70:1 141:20
towards 67:4 68:3 69:7
  70:18
town 10:18
train 28:16
trained 28:11,22
training 28:14 95:8
  115:3
transcribed 82:12
transcript 180:2
transfer 100:16,18
  102:12,18 108:14
  109:17
transferred 26:5,22
  72:11 100:20 108:15
travel 17:2,7,11,16
  20:7,17,17 21:21
  98:8 123:17
traveling 21:14 22:10
treated 122:1 150:16
treatment 122:9 147:9
  147:11 150:5,7 151:8
trial 4:20
trips 105:2
true 180:2
truth 5:9,9,10 24:21
  31:14,23 77:15 179:9
  179:10,10
try 107:1 118:3 126:15
  158:23
trying 41:23 46:8 125:5

125:20 135:3 136:1
  136:16,19,22 149:21
  169:1 176:22
turn 70:12,17,21 76:11
  103:3
turnaround 42:11,12
  42:16
turned 69:2 70:4,6,15
  71:5
turning 69:4
Tuskegee 8:1 10:9
  11:11 20:8
twelve-month 104:13
  104:14
twice 17:17 21:9 51:14
  62:11,12
two 10:3 15:8,9 28:13
  28:21 35:12 67:18
  72:1 80:3,4 93:9 98:3
  105:1,7 116:5 126:19
  133:16 141:11 171:6
  172:14,15 173:1
  174:3,3
two-step 101:9 102:13
  103:22
type 63:9 125:6

———— U ————

UAB 39:4
ugly 141:20
Uh-huh 23:9 118:14
  127:14 134:14
  155:17 161:4
under 28:8 29:21,22
  143:3
undergraduate 7:17
understand 20:12 62:2
  96:13 106:23 117:4
understanding 37:3,11
  37:18 84:19 137:3
  144:10 151:9 175:15
unfairly 65:20
unit 30:5 109:7,12
United 1:2 25:7
universities 20:8 97:4
  126:13
university 7:18 8:1 9:2
  9:8 25:4 171:1
unlock 134:19
unlocking 135:7
unnerve 116:12
unofficial 25:16 71:21
use 61:23 81:3 166:2
used 4:14,21 17:12
  21:10
useful 96:9,11 122:18
uses 41:5
using 26:18 124:19
usual 44:6

Deposition of John L. Crayton

April 17, 2008

Page 14

**usurping** 50:20
**U.S** 179:18

**V**

**varied** 61:7
**vast** 115:1
**vehicle** 16:4,9,13,15,16
16:18 17:1,18 18:16
18:23 19:3,12,14,23
20:3,19 21:3,10
22:15 67:11,13
102:17,20,23 104:23
105:2 123:13,23
128:7,11 149:23
**vehicles** 16:17 17:20
18:2,5,20 19:19,22
21:20 22:6,7,9,14,17
76:11
**vein** 39:13,16
**Venable** 162:7
**vendetta** 147:17 148:5
**verbalizing** 69:21
**verified** 77:14
**verify** 77:14
**version** 77:15 78:20
86:7,19
**versus** 6:22,23
**very** 28:1 97:22 141:19
**vexed** 136:4
**Vietnam** 10:4 11:1,5
**violated** 24:17 153:16
**violation** 24:5 32:5
**violations** 91:23 92:2
**visit** 21:14,15 25:22
98:7
**Vita** 159:21
**voice-activated** 81:4
82:21
**voluntarily** 61:20
**volunteer** 49:7,10
**vs** 1:8 179:14

**W**

**wait** 35:5
**waiting** 53:8 99:11
**waived** 4:19 5:4 146:1
180:5
**waiving** 4:22
**walk** 63:11 67:4,15,21
67:23 68:7,11,17,22
68:23 69:10
**walked** 70:9
**Walker** 27:17 160:6,7
160:8
**walking** 67:3,12 69:7
70:13,18
**Wallace** 160:16
**want** 23:2 40:19 41:11
47:12 54:11 61:4

73:8 79:8 96:14
97:21 103:3 115:10
116:16 122:13,14
130:23 146:18 159:7
172:10
**wanted** 33:15,16,20
34:1 48:20 55:4
63:15 65:14 69:11,11
84:9 85:7,13,20
86:21 102:10 107:9
112:13 143:10,10
161:11 173:7
**warning** 74:6 78:14
87:20 118:11,19
119:3,5 164:7
**wasn't** 17:9 18:17,17
19:22 27:20 59:21
60:23 72:9 74:8 76:3
86:17,19 87:22 95:4
95:6 100:14,15
117:16 131:17
135:19,20 140:23
141:21,23 143:21
156:19,22 157:5,9
173:5
**way** 26:19 57:3 62:15
69:14 73:1 75:10
87:22 89:2,3 96:8
97:7 108:12 114:21
136:8 143:6 177:18
**Ways** 48:7
**Webb** 2:15 77:11,11
78:1,2,21 79:21 80:7
80:22 84:23 86:2,10
86:10,20
**week** 17:8 41:13 51:14
53:4,4 93:9 113:6
138:21 139:1,2
140:13,19
**weekly** 46:21 47:3,5
90:18
**weeks** 80:2,3,4 108:4
**well** 9:2 10:15 12:4
13:20 14:4,7 16:14
18:3,12,12,21 19:15
20:5 21:5,13 22:8,16
24:2 25:1,16 26:16
28:9,23 31:3,16,23
33:5,15 34:5,5,5,14
35:9 36:1,11,15,18
38:2,19,23 39:8
42:21 43:17 44:12,20
45:3,5 46:3 48:19,23
49:6 50:3,8 51:1,1
53:3,3,5,16,23 54:16
55:1 57:23 60:4 61:4
61:7,8 62:10,10,14
62:21,21 63:17,23
64:1 65:14 66:18

68:2,18,21 69:2,10
71:2,18 72:3 73:10
73:17,20 74:16,19
75:2 77:9 79:16
81:16,18 85:5 88:14
88:23 89:17 90:7,15
91:5,12 92:8 93:1
95:4 96:7,9 97:18
100:23 101:11,14
102:6 103:1,6,15
105:11 106:3,19
107:17,19 108:5,5,22
109:19 110:1,6,8
111:1,5,7,9,19 112:7
112:10 116:2,4,6,19
116:21,23 117:4,6
118:7,10 119:17
120:11,13 124:17
129:1,14 130:4,12,16
131:15 132:10,10
133:10 135:3,13,19
135:22 136:1,2 137:3
137:7,7,15,20 138:8
138:20 139:1,3,5
140:3 141:2,10 142:6
143:7,7 145:19,22
146:3 147:3,5 148:3
149:9 151:2 152:22
154:20 155:12
159:15 160:9 162:9
162:13,23 163:6,15
163:20 166:5 168:3,3
169:20 172:17,19
173:9,16 175:23
176:13 177:9,16
**went** 12:15 21:9 41:7
42:7 77:4,7 85:21
86:13 128:3,13 142:5
168:20 169:17
**were** 6:16 7:4 8:3 9:19
10:20 11:5 13:2,4,15
14:1,2,17 15:22 16:4
16:18 17:1 19:2,12
19:14 20:13,19 22:4
22:10,11,13,17,21,23
23:19 24:3,7,15,19
25:4,16,16,19 27:6
27:23 28:9,11,21
29:5 30:8,23 32:3,12
33:11,14 34:2,22
35:22 36:22 37:16
38:10,13,22,23 39:6
39:6,17 40:11 42:18
42:23 43:1,9,10 44:1
44:16,17 45:23 46:8
46:13 48:21 50:1,7
51:3 52:3,9 57:23
58:11,18 59:23 60:3
60:8,9 61:4,7,10,11

61:14,18 62:10,15,18
62:20 65:20 66:1,1
69:5,17 72:9,10 73:1
75:10 78:22 79:14
81:11 83:8,15,21,21
84:12 88:4,19 90:20
91:2,5,6,7,9,12 92:12
94:13 95:1,2 96:23
100:10,23 104:3
106:13 107:23
108:20 110:16 111:5
111:10 113:20,21
115:8 116:2 118:6
119:6,11 120:1,17
121:10 131:4 133:2
135:6 136:23 137:5
137:15,16 138:13
139:5 140:1 141:5,16
142:1,3,13,18,19
143:17 144:6,22
149:14,18 150:11
152:12 155:4 158:7,8
161:9 167:11,20
168:6,13 169:21,21
171:16 173:9,14
175:16,20,20 176:8
177:6,7,9
**weren't** 26:16 42:19,20
43:1,22 44:18 62:5
62:18,20 74:10 83:22
87:16 88:1 90:20
108:12 138:6,12
167:15
**Westbrook** 164:9
**we'll** 5:22 79:6 130:18
**we're** 76:19 105:11
126:2 139:11 153:22
170:5
**we've** 93:22 115:15
116:17 165:12
166:12
**while** 8:2,5 16:16 39:17
53:11 73:6 104:22
105:11 159:1
**white** 19:6 29:10,15
30:11 37:5,8,14
133:22,23 137:14
159:19,20 161:18,19
161:23 162:15,16
163:13 164:13,14,17
164:18 167:16
172:15 174:3
**whites** 22:8,11 108:22
163:10
**whole** 5:9 42:1 179:10
**wholesale** 25:11,22
**wife** 128:13 150:4
170:10
**wife's** 8:20

**Williams** 55:19 56:8,19
56:20 57:9 60:18
80:9,11,12,23 144:19
**Wilma** 14:20 19:21
22:16 60:5 61:15
62:6,8,11 72:3 83:20
121:4 149:16 160:11
161:9
**Wilson** 2:10,21 5:12,15
23:5,9 40:19 42:15
54:19 59:8,16 79:8
79:11,13 93:18
106:11 110:21 127:2
127:5,8 130:8,11,18
130:22 131:3 145:22
146:9,12 158:21
166:12 171:23 172:6
172:8,12 178:16
**wish** 61:21,22 107:17
**witness** 5:2,3,8 6:17,17
6:18 59:13 130:7
161:4 167:9 180:3
**witnesses** 159:5 167:8
**Woodall** 159:10
**words** 46:8 72:2
**work** 9:1,6 12:15 17:13
20:4 21:4,11 22:10
24:10 30:7 41:15
42:3,10 43:2 49:6,7
91:10 108:10 114:10
143:14 159:17
163:10 178:2,5,7
**workday** 21:21
**worked** 10:6 12:17
**working** 23:13 159:15
160:4
**workload** 28:4
**works** 133:20
**workshops** 123:18
**wouldn't** 73:8,14 89:5
89:11,21 107:20
111:2 113:2,3 137:18
**write** 58:15
**writing** 12:8,9 73:21
74:2
**written** 46:20 78:10,14
87:19,20,20 123:11
167:7
**wrong** 19:9 73:18
149:11
**wrote** 58:13

**X**

**X** 39:10

**Y**

**yeah** 13:18 40:19 45:22
51:8 58:6 59:8 60:2
64:10 69:19 71:15

Deposition of John L. Crayton

73:17 80:5 81:12
92:10 93:5,21 100:8
103:22 105:21 106:1
106:2,5 107:14,21
113:13 130:20 131:1
131:2,8 132:4 134:12
137:19 138:4 139:16
144:4 146:11,12
149:6 158:18 159:15
172:4 176:21
**year** 6:13 7:19,21 10:2
10:6 11:6 12:18
15:18 17:17,22 21:9
75:14 104:12 107:13
126:18 134:6,7
139:20,22 169:13
171:6
**yearly** 155:19
**years** 6:9 8:8,17 9:12
10:3 13:14 14:15,16
15:8,9 30:17 31:7
39:10,11 95:17 98:3
105:1,7 106:22 107:4
116:4 126:17,19
171:6
**young** 27:16 60:18
117:18 133:20
**younger** 9:18
**Youth** 12:19,19
**you-all** 68:6 71:3 161:1
161:2
**Yvonne** 162:7
**y'all** 60:17 63:2,19
132:5,8 140:12
145:22 158:21
166:13

**Z**
**zip** 8:14

**#**
**#263** 180:12

**0**
**0** 16:6 141:15
**03** 37:23 178:6
**04** 16:8,12,19 120:12
**05** 141:14,15
**06** 28:22 54:15 55:11
88:4,4 90:5 134:8,10
134:11,13 158:4
**07** 105:14 156:9,12,20
158:4

**1**
**1** 3:5 40:4,8 45:13
105:16 116:14
142:14
**1st** 180:9

**10** 32:2 85:7,17 155:3
**10/15/04** 3:6
**10/4/04** 3:5,8
**10:25** 1:21
**100** 3:9
**103** 3:11
**105** 3:13
**11** 29:3 110:15
**11th** 119:3
**118** 3:14
**12** 11:6
**124** 8:14
**14** 34:7
**14th** 133:2 137:1
172:13 173:22 174:7
**1445** 13:8
**15** 38:7,8
**15th** 47:14,20
**157** 3:16
**16** 106:1,3
**17** 1:20 50:10 52:20
**178** 180:1
**18** 42:11
**19** 9:16 13:23 59:6,8,17
**1967** 7:20
**1976** 9:21 23:14
**1981** 7:22 12:10

**2**
**2** 3:6 47:10,13 57:6
151:1,3 152:3
**2:07cv626-MEF** 1:8
179:22
**2000** 1:19 2:13
**2002** 23:19 28:6
**2003** 34:9
**2004** 38:9 40:11 46:23
47:14 52:7 56:7,14
71:20 92:13 93:15,22
94:3 116:22 121:11
**2005** 15:19 118:11,18
119:3 164:7
**2006** 14:1,6,14,15
19:10 20:2,14,22
22:4 23:19 28:7 30:9
58:5,23 59:3 63:4
64:7,18 66:6 75:1
79:17 88:10 90:2
94:13,21 99:20
103:10 104:1 116:14
119:13,21 127:17
145:7 148:18 172:13
**2007** 105:16 106:6
127:13 156:1 157:10
158:6
**2008** 1:21 180:9
**204** 2:12
**207** 2:7
**21** 42:17,20 54:23 66:5

**66:8** 75:21 78:9
79:23 83:12 87:9
**22** 75:21 78:9 79:23
83:12 87:9
**24** 105:14
**25** 13:14
**251** 2:7
**28th** 99:20
**29th** 66:6 79:16

**3**
**3** 3:8 23:12 31:11 48:5
52:18,22 90:11 93:4
93:12,22 127:12,13
142:15,22 172:2
**3,000** 154:10
**30** 9:12 107:4 143:11
**30th** 34:8 155:23
157:10
**31** 94:21
**32** 8:17
**3336** 2:16
**35** 110:21
**36** 29:4
**36104** 2:8
**36109** 2:13,17
**36117** 8:14
**38** 115:18

**4**
**4** 3:9 46:23 48:6 93:21
94:3 99:19 100:3
**4th** 38:9 40:10 48:1,3
48:22 56:7
**40** 3:5
**47** 3:6

**5**
**5** 2:21 3:11 50:10,11
103:17,20 112:14
145:7
**5%** 3:11
**5/11/05** 3:14
**5/17/07** 3:16
**5/24/07** 3:13
**50s** 33:8,12
**52** 3:8

**6**
**6** 3:13 54:19 105:13,18
**60s** 33:9,12
**67** 9:23 10:1
**68** 10:3,20

**7**
**7** 3:14 118:22 119:2
**7th** 50:12
**7/28/06** 3:9
**70** 10:5

**71** 10:10,11
**72** 10:12,13 11:9,12,23
12:14
**76** 10:1 12:15 13:3
48:10

**8**
**8** 3:16 157:21 158:1
**81** 11:21 12:11

**9**
**9** 106:11
**9-30-2008** 180:13
**9/1/06** 3:12
**90s** 16:10

STATE OF ALABAMA          )
                                    )

COUNTY OF MONTGOMERY   )

RE:    ***JOHN CRAYTON V. ALABAMA DEPARTMENT OF AGRICULTURE & INDUSTRIES***
         **CASE NO.: 2:07- CV-626-MEF**

## <u>AFFIDAVIT OF JOHN CRAYTON</u>

Before me, the undersigned authority in and for said county and state personally appeared John Crayton who is known to me and being first duly sworn, deposes and says under oath as follows:

1.    My name is John Crayton. I am over the age of nineteen and I have personal knowledge of the matter set forth herein.

2.    When I became Program Director of the Seed Program (Seed Division), there was a four month back log of samples, shortage of personnel, and equipment that was is disrepair. In spite of this and an administration that did not see the need to allow me to hire adequate personnel and purchase needed equipment. The three analysts and I worked two to three hours beyond our regular work hours for four months to eliminate the back log. As a result of eliminating the back log of samples, we established and maintained a record average turn around time of twenty one days on all test reports while I was Director of the Seed Program.

3.    My credentials and work experience clearly show that Mr. Hester could not out rank me without some underhanded manipulation by Mr. Sparks and his administration. Mr. Cofer was promoted to Division Director from the same register, but yet he was ranked below George Parish and me.

4.    My problems with Ron Sparks stemmed from a hearsay situation where Wilma Fitzpatrick, Annie Patterson and I were summoned to Mr. Sparks' office for not participating in a voluntary fellowship get together. This was a monthly gathering. I informed Mr. Sparks that the hearsay was correct and that I chose not to participate, because of the racial atmosphere that he and his administration had created. I also chose not to participate in the gathering due to the fact that it was voluntary and I was required to use my break time or lunch hour and my own money for this fellowship. This occurred between 2003 and 2004. From that date forward, it appears that Mr. Sparks had a vendetta against me.

5.    The reprimand of October 4, 2004 came without prior conferencing or warning. A query of my database along with the 760 plus substitute tests reports will prove the

Exhibit 10

reprimand to be groundless, without merit, and a clear case of harassment.

6.    A summary of the query shows one of the letters of complaint, Bragg Farms, was unfounded because all the test results for Bragg Farms for the month of august 2004 had a better than average turn around time of twenty days as opposed to the regular twenty one days. This leads me to believe that these letters were solicited by this administration.

7.    During the month of August 2004, and September 2004, the department computer server was out of service. This affected everyone using the server including Mr. Hester's program, Food and Safety, but yet he had the audacity to accuse me of not properly doing my job.

8.    Two memos, one from Mr. Johnson and one from Mrs. Patterson to Arnold Leak, the department's information technology specialist, complaining about not having access to their data base will show that this affected the whole department.

9.    The reprimand affected my annual evaluation by reducing my overall score by seven (7) points this limiting me to a one (1) step raise as I would have received a two (2) step raise. (see my Personnel File, April 2004 Evaluation)

10.    This October 7, 2004 memorandum of Mr. Sparks was not only sent to Alabama Seed Industry, but also to other states' Seed Control Officials in an effort to further embarrass and harass me because of his personal vendetta he has with me.

11.    My not traveling out of town was due to a shortage of trained experienced Seed Analyst to keep up with the work load and maintain the newly established record twenty one day turn around time on all test results in spite of the Administration's (Mr. Hester and Mr. Murphy) efforts to sabotage and disrupt my work by deleting and manipulating my computer files and tampering with my office files. (Whites who used the cars predominately to travel from home to work- Tomm Johnson, Tony Cofer, and Joe Debro).

12.    The letter of warning was no more than a continuation of the harassment started three years earlier. Getting the seed samples from the loading dock or the parking lot had been the sole responsibility of the inspector for twenty eight years. Mr. Murphy gave me permission to order parts and supplies, especially those for the germinators and file the necessary forms after the fact. The reasoning for this was to prevent tests in progress from being ruined if a motor, a pump, or some other vital parts went out.

13.    In June 2006, seven black employees of the Department of agriculture and Industries went to the Alabama State Employees Association (ASEA) to appraise the Association of the racist charged atmosphere perpetuated by Mr. Sparks and his Administration.

14.  The reissuing of cars, promotions, blacks complain about Mr. Sparks pretending not to hear or see them when they would speak in passing on the hallways. I have found him (Mr. Sparks) to be very rude and abrasive in my encounters with him. (See fax #2 and CD).

15.  The recording of a meeting concerning the June 2006 encounter with Mr. McArthur, and Mr. Williams will show that Mr. Sparks is a very emotional, abrasive, and self-centered individual who will juggle the truth to make himself look good. (Play CD and see fax #2).

16.  This position, Genetically Modified Plants and Plants Products Program Director, is nothing more than a sham on the part of Ron Sparks and his Administration to get me out of the position of Seed Program Director and transfer those duties to Agriculture Compliance to justify promoting Benny Hitch to Program Director. The Seed Program was lowered to a Unit Manager's level stripped of all its regulatory, administrative and enforcement duties. (See Fax #1).

Dated this the 23rd day of June 2008

*John L. Crayton*

John Crayton

**STATE OF ALABAMA**
**COUNTY OF MONTGOMERY**

On this the 23RD day of June 2008, before me, the undersigned Notary Public, in and for said State and County, personally appeared, John Crayton who is known to me, and states that the foregoing information is true and correct to the best of his information, belief and knowledge, and that he executed same voluntarily on the day the same bears date.

NOTARY PUBLIC

3/25/12

My Commission Expires

**SAMPLES TAKEN -- October 1, 2002 through November 30, 2002**
*(sorted by number of days)*

| NAME GIVEN | SOURCE | | DATE REC. | REPT. DATE | DAYS | LAB # | LOT |
|---|---|---|---|---|---|---|---|
| KENTUCKY 31 TALL FESCUE | LIMESTONE CO-OP | ATHENS, AL. | 10/03/2002 | 11/14/2002 | 42 | 56648 | 1837 |
| MARSHALL ANNUAL RYEGRASS | AFC | DECATUR, AL. | 10/03/2002 | 11/14/2002 | 42 | 56661 | LA5-2-70 |
| SELECT TALL FESCUE | SOUTHERN STATES STORE | ONEONTA, AL. | 10/03/2002 | 11/14/2002 | 42 | 56645 | W10-2-TF14 |
| POTOMAC ORCHARDGRASS | AFC | DECATUR, AL. | 10/03/2002 | 11/12/2002 | 40 | 56665 | B12-2-10 |
| BOREAL RED FESCUE | VALLEY FEED | DECATUR, AL. | 10/16/2002 | 11/22/2002 | 37 | 56711 | 2496 |
| CHAMPION TURFGRASS PERENNIAL RYEGRASS MIXTURE | AGRO/PROSOURCE ONE; | SUMMERDALE, AL. | 10/09/2002 | 11/14/2002 | 36 | 56685 | HS-2-430 |
| CHAMPION TURFGRASS PERENNIAL RYEGRASS MIXTURE | AGRO/PROSOURCE ONE; | SUMMERDALE, AL. | 10/09/2002 | 11/14/2002 | 36 | 56688 | HS-2-1002 |
| CHAMPION TURFGRASS PERENNIAL RYEGRASS MIXTURE | AGRO/PROSOURCE ONE; | SUMMERDALE, AL. | 10/09/2002 | 11/14/2002 | 36 | 56689 | HS-2-1003 |
| DEFIANCE TURFGRASS TALL FESCUE  MIXTURE | AGRO/PROSOURCE ONE; | SUMMERDALE, AL. | 10/09/2002 | 11/14/2002 | 36 | 56686 | HS-2-820TG |
| KENTUCKY 31 TALL FESCUE | LIMESTONE CO-OP | ATHENS, AL. | 10/03/2002 | 11/08/2002 | 36 | 56647 | 1841B |
| KENTUCKY 31 TALL FESCUE | LIMESTONE CO-OP | ATHENS, AL. | 10/03/2002 | 11/08/2002 | 36 | 56649 | 1812B |
| MARSHALL ANNUAL RYEGRASS | AFC | DECATUR, AL. | 10/03/2002 | 11/08/2002 | 36 | 56662 | LA5-2-69 |
| MARSHALL ANNUAL RYEGRASS | AFC | DECATUR, AL. | 10/03/2002 | 11/08/2002 | 36 | 56663 | LA5-2-68 |
| MARSHALL ANNUAL RYEGRASS | AFC | DECATUR, AL. | 10/03/2002 | 11/08/2002 | 36 | 56664 | LA5-2-72 |
| PASSEREL PLUS ANNUAL RYEGRASS | PENNINGTON SEED INC. | CULLMAN, AL. | 10/03/2002 | 11/08/2002 | 36 | 56650 | P3-2-30 |
| PASSEREL PLUS ANNUAL RYEGRASS | PENNINGTON SEED INC. | CULLMAN, AL. | 10/03/2002 | 11/08/2002 | 36 | 56651 | B27-2-P1 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC. | CULLMAN, AL. | 10/16/2002 | 11/20/2002 | 35 | 56733 | 20AV46 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC. | CULLMAN, AL. | 10/16/2002 | 11/20/2002 | 35 | 56734 | 20AV45 |
| KY-31 TALL FESCUE | SOUTHERN STATES CO-OP | ATHENS, AL. | 10/16/2002 | 11/20/2002 | 35 | 56718 | S3228 |
| POTOMAC ORCHARDGRASS | SOUTHERN STATES CO-OP | ATHENS, AL. | 10/16/2002 | 11/20/2002 | 35 | 56722 | B24-2-07 |
| AUSTRIAN WINTER FIELD PEAS | PENNINGTON SEED INC. | CULLMAN, AL. | 10/03/2002 | 11/06/2002 | 34 | 56652 | AP02 |
| AUSTRIAN WINTER FIELD PEAS | PENNINGTON SEED INC. | CULLMAN, AL. | 10/03/2002 | 11/06/2002 | 34 | 56653 | FAP1177 |
| AUSTRIAN WINTER PEAS | AFC | DECATUR, AL. | 10/03/2002 | 11/06/2002 | 34 | 56658 | C1 |
| CERT. SELECT TALL FESCUE | WINSTON CO. CO-OP | HALEYVILLE, AL. | 10/17/2002 | 11/20/2002 | 34 | 56786 | L5-0-TF30 |
| GULF ANNUAL RYEGRASS | AFC | DECATUR, AL. | 10/16/2002 | 11/19/2002 | 34 | 56743 | B5-2-GSG33 |
| GULF ANNUAL RYEGRASS | AFC | DECATUR, AL. | 10/16/2002 | 11/19/2002 | 34 | 56744 | B5-2-GSG24 |
| GULF ANNUAL RYEGRASS | AFC | DECATUR, AL. | 10/16/2002 | 11/19/2002 | 34 | 56745 | B5-2-G12 |
| KENTUCKY 31 TALL FESCUE | AFC | DECATUR, AL. | 10/17/2002 | 11/20/2002 | 34 | 56779 | 830 |
| KENTUCKY 31 TALL FESCUE | C.T. GARVIN FEED & SEED | HUNTSVILLE, AL. | 10/17/2002 | 11/20/2002 | 34 | 56783 | 1837 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC. | CULLMAN, AL. | 10/17/2002 | 11/20/2002 | 34 | 56758 | 22216GR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC. | CULLMAN, AL. | 10/17/2002 | 11/20/2002 | 34 | 56759 | *798 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC. | CULLMAN, AL. | 10/17/2002 | 11/20/2002 | 34 | 56760 | #1 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC. | CULLMAN, AL. | 10/17/2002 | 11/20/2002 | 34 | 56761 | #8 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC. | CULLMAN, AL. | 10/17/2002 | 11/20/2002 | 34 | 56762 | #9 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC. | CULLMAN, AL. | 10/17/2002 | 11/20/2002 | 34 | 56769 | #6 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC. | CULLMAN, AL. | 10/17/2002 | 11/20/2002 | 34 | 56770 | #7 |
| KY-31 TALL FESCUE | SOUTHERN STATES | DANVILLE, AL. | 10/17/2002 | 11/20/2002 | 34 | 56791 | S3286 |
| KY-31 TALL FESCUE | SOUTHERN STATES | DANVILLE, AL. | 10/17/2002 | 11/20/2002 | 34 | 56792 | S3273 |
| KY-31 TALL FESCUE | SOUTHERN STATES | DANVILLE, AL. | 10/17/2002 | 11/20/2002 | 34 | 56794 | S3267 |
| YUMA BERMUDAGRASS | DAN'S HARDWARE & SUPPLY, INC. | PHENIX CITY | 10/23/2002 | 11/26/2002 | 34 | 56852 | 9878 |
| BIG DADDY TETRAPLOID ANNUAL RYEGRASS | SOUTHERN STATES | DANVILLE, AL. | 10/17/2002 | 11/19/2002 | 33 | 56788 | L175-2-40BD |
| BOB OATS | CLEMMONS & HAMNER | KILLEN AL | 10/03/2002 | 11/05/2002 | 33 | 56672 | G50-1089A |
| BOB OATS | WINSTON CO. CO-OP | HALEYVILLE, AL. | 10/17/2002 | 11/19/2002 | 33 | 56784 | G50-1083A |
| DIXIE CRIMSON CLOVER | FAITHWAY FEED CO. | GUNTERSVILLE, AL. | 10/03/2002 | 11/05/2002 | 33 | 56657 | Y16-0-CC-12 |
| GULF ANNUAL RYEGRASS | AFC | DECATUR, AL. | 10/17/2002 | 11/19/2002 | 33 | 56752 | P27-2-42G |
| GULF ANNUAL RYEGRASS | C.T. GARVIN FEED & SEED | HUNTSVILLE, AL. | 10/17/2002 | 11/19/2002 | 33 | 56782 | P64-2-G1 |
| GULF ANNUAL RYEGRASS | CLEMMONS & HAMNER | KILLEN AL | 10/17/2002 | 11/19/2002 | 33 | 56764 | L57-0-106G |
| GULF ANNUAL RYEGRASS | FAITHWAY FEED CO. | GUNTERSVILLE, AL. | 10/17/2002 | 11/19/2002 | 33 | 56771 | L178-2-10G |
| GULF ANNUAL RYEGRASS | SOUTHERN STATES | DANVILLE, AL. | 10/17/2002 | 11/19/2002 | 33 | 56798 | L101-2-1G |
| PASSEREL PLUS ANNUAL RYEGRASS | PENNINGTON SEED INC. | CULLMAN, AL. | 10/17/2002 | 11/19/2002 | 33 | 56753 | P64-2-P18 |
| PASSEREL PLUS ANNUAL RYEGRASS | PENNINGTON SEED INC. | CULLMAN, AL. | 10/17/2002 | 11/19/2002 | 33 | 56754 | P64-2-P17 |
| PASSEREL PLUS ANNUAL RYEGRASS | PENNINGTON SEED INC. | CULLMAN, AL. | 10/17/2002 | 11/19/2002 | 33 | 56755 | L122-2-A9 |
| POTOMAC ORCHARDGRASS | SOUTHERN STATES | DANVILLE, AL. | 10/17/2002 | 11/19/2002 | 33 | 56793 | B24-2-O6 |
| POTOMAC ORCHARDGRASS | SOUTHERN STATES | DANVILLE, AL. | 10/17/2002 | 11/19/2002 | 33 | 56797 | B12-1-7 |
| SOUTHERN STATES 76-30 OATS | SOUTHERN STATES | ONEONTA, AL. | 10/03/2002 | 11/05/2002 | 33 | 56646 | 6430-1ND |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC. | CULLMAN, AL. | 10/22/2002 | 11/22/2002 | 31 | 56812 | 791 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC. | CULLMAN, AL. | 10/22/2002 | 11/22/2002 | 31 | 56820 | 22291GGR |
| PRINE TETRAPLOID ANNUAL RYEGRASS | BRADFORD OUTDOOR | GROVE HILL, AL. | 10/08/2002 | 11/08/2002 | 31 | 56682 | L145-2-JA8 |
| CERT. SECRETARIAT LA 495 OATS | UAP SOUTHEAST | HEADLAND, AL. | 10/09/2002 | 11/08/2002 | 30 | 56698 | LA495 |
| 5 STAR BLEND | LIMESTONE CO-OP | ATHENS, AL. | 10/16/2002 | 11/15/2002 | 30 | 56715 | 201BW15S-56 |
| CERT. LA PRIMA BERMUDAGRASS BLEND MIXTURE | AGRO/PROSOURCE ONE; | SUMMERDALE, AL. | 10/09/2002 | 11/08/2002 | 30 | 56690 | 3457-C |
| CERT. REBEL II TALL FESCUE | VALLEY FEED | DECATUR, AL. | 10/16/2002 | 11/15/2002 | 30 | 56712 | P8-1-16A-225 |
| GULF ANNUAL RYEGRASS | AFC | DECATUR, AL. | 10/16/2002 | 11/15/2002 | 30 | 56741 | P27-2-43G |
| JUMBO TETRAPLOID ANNUAL RYEGRASS | RED FOX  ( AFC WHSE) | DOTHAN, AL. | 10/09/2002 | 11/08/2002 | 30 | 56702 | L101-2-35J |
| JUMBO TETRAPLOID ANNUAL RYEGRASS | RED FOX  ( AFC WHSE) | DOTHAN, AL. | 10/09/2002 | 11/08/2002 | 30 | 56703 | L101-2-29J |
| JUMBO TETRAPLOID ANNUAL RYEGRASS | RED FOX  ( AFC WHSE) | DOTHAN, AL. | 10/09/2002 | 11/08/2002 | 30 | 56704 | L101-2-33J |
| JUMBO TETRAPLOID ANNUAL RYEGRASS | RED FOX  ( AFC WHSE) | DOTHAN, AL. | 10/09/2002 | 11/08/2002 | 30 | 56705 | L101-2-34J |
| JUMBO TETRAPLOID ANNUAL RYEGRASS | RED FOX  ( AFC WHSE) | DOTHAN, AL. | 10/09/2002 | 11/08/2002 | 30 | 56707 | L101-2-24J |
| RAPID FIRE TURFGRASS PENNIAL RYEGRASS MIXTURE | AGRO/PROSOURCE ONE; | SUMMERDALE, AL. | 10/09/2002 | 11/08/2002 | 30 | 56687 | 1-0815P |
| ARGENTINE BAHIAGRASS | SEED SOUTH INC. | DOTHAN, AL. | 10/24/2002 | 11/22/2002 | 29 | 56865 | D007 |

Exhibit 11      12/04/2002

**SAMPLES TAKEN -- October 1, 2002 through November 30, 2002**
*(sorted by number of days)*

| NAME GIVEN | SOURCE | | DATE REC. | REPT. DATE | #days | LAB | LOT |
|---|---|---|---|---|---|---|---|
| ARGENTINE BAHIAGRASS | SEED SOUTH INC. | DOTHAN | 10/24/2002 | 11/22/2002 | 29 | 56866 | D011 |
| ASPB CERT. 2684 WHEAT | AFC | DECATUR, AL. | 10/03/2002 | 11/01/2002 | 29 | 56666 | U96ZC014 |
| BOREAL RED FESCUE | VALLEY FEED | DECATUR, AL. | 10/16/2002 | 11/14/2002 | 29 | 56713 | 2193 |
| CERT. AGS 2000 WHEAT | AFC | DECATUR, AL. | 10/03/2002 | 11/01/2002 | 29 | 56659 | 577 |
| CERT. C-9663 WHEAT | CLEMMONS & HAMNER | KILLEN AL | 10/03/2002 | 11/01/2002 | 29 | 56668 | 132 |
| CERT. C-9663 WHEAT | CLEMMONS & HAMNER | KILLEN AL | 10/03/2002 | 11/01/2002 | 29 | 56669 | 133 |
| CERT. C-9663 WHEAT | CLEMMONS & HAMNER | KILLEN AL | 10/03/2002 | 11/01/2002 | 29 | 56673 | 131 |
| CERT. PATTERSON WHEAT | AFC | DECATUR, AL. | 10/03/2002 | 11/01/2002 | 29 | 56667 | 501 |
| CITATION OATS | TRIPLE T FEED | FRUITDALE, AL. | 10/08/2002 | 11/06/2002 | 29 | 56679 | LL-02 |
| EK 102 WHEAT | AFC | DECATUR, AL. | 10/03/2002 | 11/01/2002 | 29 | 56860 | 02-W022 |
| ELBON RYE | FAITHWAY FEED CO. | GUNTERSVILLE, AL. | 10/03/2002 | 11/01/2002 | 29 | 56656 | LSC-4702 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC. | CULLMAN, AL. | 10/17/2002 | 11/15/2002 | 29 | 56757 | 22217GR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC. | CULLMAN, AL. | 10/22/2002 | 11/20/2002 | 29 | 56811 | 20248GGR |
| OKLON RYE | MADISON COUNTY CO-OP | HAZEL GREEN | 10/03/2002 | 11/01/2002 | 29 | 56654 | 2693 |
| OKLON RYE | MADISON COUNTY CO-OP | HAZEL GREEN | 10/03/2002 | 11/01/2002 | 29 | 56655 | 2668 |
| POTOMAC ORCHARDGRASS | LIMESTONE CO-OP | ATHENS, AL. | 10/16/2002 | 11/14/2002 | 29 | 56714 | B22-2-OG21 |
| SELECT TALL FESCUE | SOUTHERN STATES | DANVILLE, AL. | 10/17/2002 | 11/15/2002 | 29 | 56796 | W10-2-TF14 |
| T.C.I.A.-U.S.G. 3209-WHEAT | CLEMMONS & HAMNER | KILLEN AL | 10/03/2002 | 11/01/2002 | 29 | 56670 | 129 |
| T.C.I.A.-USG 3209-WHEAT | CLEMMONS & HAMNER | KILLEN AL | 10/03/2002 | 11/01/2002 | 29 | 56671 | 130 |
| WRENS ABRUZZI RYE | CAROLINA EASTERN-DOWLING, INC. | OPP. AL. | 10/08/2002 | 11/06/2002 | 29 | 56678 | TPC-5302 |
| CERT. 2684 WHEAT | UAP SOUTHEAST; SUMMERDALE AL | | 10/24/2002 | 11/21/2002 | 28 | 56857 | U08ZC004 |
| CERT. 2684 WHEAT | UAP SOUTHEAST; SUMMERDALE AL | | 10/24/2002 | 11/21/2002 | 28 | 56856 | U08ZC014 |
| CERT. 2684 WHEAT | UAP SOUTHEAST; SUMMERDALE AL | | 10/24/2002 | 11/21/2002 | 28 | 56859 | U08ZC003 |
| ELBON RYE | FARMERCO/OP; ASHFORD, AL | | 10/22/2002 | 11/19/2002 | 28 | 56803 | LSC-2402 |
| ELBON RYE | UAP SOUTHEAST | ATMORE, AL. | 10/09/2002 | 11/06/2002 | 28 | 56692 | T1-220 |
| ELBON RYE | UAP SOUTHEAST | ATMORE, AL. | 10/09/2002 | 11/06/2002 | 28 | 56693 | T1-215 |
| ELBON RYE | UAP SOUTHEAST | ATMORE, AL. | 10/09/2002 | 11/06/2002 | 28 | 56691 | T1-216 |
| GA. MITCHELL OATS | FARMERS CO OP | ASHFORD, AL. | 10/22/2002 | 11/19/2002 | 28 | 56802 | JS-LL |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC. | CULLMAN, AL. | 10/22/2002 | 11/19/2002 | 28 | 56821 | 22290GGR |
| TAM 90 ANNUAL RYEGRASS | UAP SOUTHEAST | HEADLAND, AL. | 10/09/2002 | 11/06/2002 | 28 | 56699 | L16-1-L118 |
| 514W WHEAT | ARGO DISTRIBUTION | ATMORE, AL. | 10/09/2002 | 11/05/2002 | 27 | 56695 | AC2W-700T |
| BOB OATS | FARMERS COOPERATIVE MKT. | FRISCO CITY | 10/09/2002 | 11/05/2002 | 27 | 56684 | G50-1091A |
| CERT. COKER 227 OATS | ELBERTA FARMERS COOP. | ELBERTA | 10/09/2002 | 11/05/2002 | 27 | 56683 | 2141 |
| DIXIE CRIMSON CLOVER | PENNINGTON SEED INC. | CULLMAN, AL. | 10/16/2002 | 11/12/2002 | 27 | 56731 | Y16-0-CC-12 |
| DIXIE CRIMSON CLOVER | PENNINGTON SEED INC. | CULLMAN, AL. | 10/16/2002 | 11/12/2002 | 27 | 56738 | Y16-0-CC-08 |
| ELBON RYE | FARMERS CO/OP | ASHFORD, AL. | 10/22/2002 | 11/18/2002 | 27 | 56801 | LSC-1501 |
| ELBON RYE | UAP SOUTHEAST | HEADLAND, AL. | 10/09/2002 | 11/05/2002 | 27 | 56697 | 605-02 |
| GULF ANNUAL RYEGRASS | MORGAN CO. CO-OP | DECATUR, AL. | 10/16/2002 | 11/12/2002 | 27 | 56726 | B29-2-11LG |
| GULF ANNUAL RYEGRASS | RED FOX (AFC WHSE) | DOTHAN, AL. | 10/09/2002 | 11/05/2002 | 27 | 56700 | L41-2-G116 |
| GULF ANNUAL RYEGRASS | RED FOX (AFC WHSE) | DOTHAN, AL. | 10/09/2002 | 11/05/2002 | 27 | 56701 | L32-2-16G |
| JUMBO TETRAPLOID ANNUAL RYEGRASS | RED FOX (AFC WHSE) | DOTHAN, AL. | 10/09/2002 | 11/05/2002 | 27 | 56706 | L101-2-29J |
| WINTERGRAZER 70 RYE | PENNINGTON SEED INC. | CULLMAN, AL. | 10/22/2002 | 11/18/2002 | 27 | 56814 | SPI-1105 |
| WRENS ABRUZZI RYE | BRADFORD OUTDOOR | GROVE HILL, AL. | 10/08/2002 | 11/04/2002 | 27 | 56681 | TPC-5302 |
| WRENS ABRUZZI RYE | BRADFORD OUTDOOR | GROVE HILL, AL. | 10/08/2002 | 11/04/2002 | 27 | 56680 | LSC-1002 |
| WRENS RYE | CAROLINA EASTERN-DOWLING, INC. | OPP. AL. | 10/08/2002 | 11/04/2002 | 27 | 56674 | TPC-W5 |
| WRENS RYE | CAROLINA EASTERN-DOWLING, INC. | OPP. AL. | 10/08/2002 | 11/04/2002 | 27 | 56675 | TPC-W6 |
| WRENS RYE | CAROLINA EASTERN-DOWLING, INC. | OPP. AL. | 10/08/2002 | 11/04/2002 | 27 | 56677 | TPC-W7 |
| WRENS RYE | CAROLINA EASTERN-DOWLING, INC. | OPP. AL. | 10/08/2002 | 11/04/2002 | 27 | 56676 | TPC-W8 |
| CERT. 2684 WHEAT | UAP SOUTHEAST; SUMMERDALE AL | | 10/24/2002 | 11/19/2002 | 26 | 56858 | U08ZC018 |
| CERT. COKER 227 OATS | KELLY SEED CO. INC. | HARTFORD, AL. | 10/24/2002 | 11/19/2002 | 26 | 56867 | 2161 |
| CERT. COKER 227 OATS | KELLY SEED CO. INC. | HARTFORD, AL. | 10/24/2002 | 11/19/2002 | 26 | 56868 | 2160 |
| CERT. COKER 227 OATS | KELLY SEED CO. INC. | HARTFORD, AL. | 10/24/2002 | 11/19/2002 | 26 | 56869 | 2139 |
| CERT. COKER 227 OATS | KELLY SEED CO. INC. | HARTFORD, AL. | 10/24/2002 | 11/19/2002 | 26 | 56870 | 2151 |
| EK-102 WHEAT | MCMILLIAN & HARRISON | GRAND BAY, AL. | 10/24/2002 | 11/19/2002 | 26 | 56855 | 02-M014 |
| ELBON RYE | FARMERS COOPERATIVE MKT. | FRISCO CITY | 10/24/2002 | 11/19/2002 | 26 | 56860 | 626-02 |
| ELBON RYE | FARMERS COOPERATIVE MKT. | FRISCO CITY | 10/24/2002 | 11/19/2002 | 26 | 56861 | 608-02 |
| GULF ANNUAL RYEGRASS | MID-STATE FARMER'S CO-OP | CLANTON, AL. | 10/24/2002 | 11/19/2002 | 26 | 56876 | P72-1-ARG-1B |
| SAN ANTONIO CRIMSON CLOVER | PENNINGTON SEED INC. | CULLMAN, AL. | 10/17/2002 | 11/12/2002 | 26 | 56756 | L144-0-0SAC01 |
| WRENS ABRUZZI RYE | WINSTON CO. CO-OP | HALEYVILLE, AL. | 10/17/2002 | 11/12/2002 | 26 | 56785 | 269 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC. | CULLMAN, AL. | 10/29/2002 | 11/22/2002 | 24 | 56905 | 20258GGR |
| KENTUCKY-31 TALL FESCUE | FAITHWAY FEED CO. | GUNTERSVILLE, AL. | 10/29/2002 | 11/22/2002 | 24 | 56902 | T309202-P |
| ALFAGRAZE ALFALFA | FARMERS FEED SERVICE; WETUMPKA , AL | | 10/29/2002 | 11/21/2002 | 23 | 56891 | AZN-1785-4 |
| DIXIE CRIMSON CLOVER | PENNINGTON SEED INC. | CULLMAN, AL. | 10/16/2002 | 11/08/2002 | 23 | 56732 | Y16-9-CC-1 |
| ELBON RYE | SOUTHERN STATES CO-OP | ATHENS, AL. | 10/16/2002 | 11/08/2002 | 23 | 56721 | LSC-0702 |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED INC. | CULLMAN, AL. | 10/22/2002 | 11/14/2002 | 23 | 56813 | B5-2-G5 |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED INC. | CULLMAN, AL. | 10/22/2002 | 11/14/2002 | 23 | 56816 | B5-2-OG1 |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED INC. | CULLMAN, AL. | 10/22/2002 | 11/14/2002 | 23 | 56817 | B5-2-HG6 |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED INC. | CULLMAN, AL. | 10/22/2002 | 11/14/2002 | 23 | 56818 | B5-2-HG4 |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED INC. | CULLMAN, AL. | 10/22/2002 | 11/14/2002 | 23 | 56819 | B5-2-HG5 |
| JACKSON ANNUAL RYEGRASS | DALE FARM CO/OP | OZARK, AL. | 10/22/2002 | 11/14/2002 | 23 | 56808 | LA17-2-2L |

**SAMPLES TAKEN -- October 1, 2002 through November 30, 2002**
(sorted by number of days)

| NAME GIVEN | SOURCE | DATE REC. | REPT. DATE | #days | LAB | LOT |
|---|---|---|---|---|---|---|
| MARSHALL ANNUAL RYEGRASS | DALE FARM CO/OP OZARK, AL. | 10/22/2002 | 11/14/2002 | 23 | 56809 | L5-2-MRG79H |
| NC REG. COKER 9663 WHEAT | BRAGG FARMS; TONEY AL. | 10/29/2002 | 11/21/2002 | 23 | 56907 | 6FR-2010B |
| NEW ZEALAND WHITE CLOVER | SOUTHERN STATES CO-OP ATHENS, AL. | 10/16/2002 | 11/08/2002 | 23 | 56717 | R25079 |
| PASSEREL PLUS ANNUAL RYEGRASS | PENNINGTON SEED INC. CULLMAN, AL. | 10/22/2002 | 11/14/2002 | 23 | 56815 | L5-2-AR47C |
| UNHULLED BERMUDAGRASS | PENNINGTON SEED INC. CULLMAN, AL. | 10/16/2002 | 11/08/2002 | 23 | 56735 | B02010 |
| GULF ANNUAL RYEGRASS | FEED & TACK DOUBLE SPRINGS | 11/04/2002 | 11/26/2002 | 22 | 56964 | L172-2-G109 |
| YUCHI ARROWLEAF CLOVER | FARMERS FEED SERVICE; WETUMPKA , AL | 10/30/2002 | 11/21/2002 | 22 | 56912 | W6-1-AL-1010A |
| AFC 20-20 RYE | DALE FARM CO/OP OZARK, AL. | 10/22/2002 | 11/12/2002 | 21 | 56806 | AFC-13-02 |
| AFC 20-20 RYE | DALE FARM CO/OP OZARK, AL. | 10/22/2002 | 11/12/2002 | 21 | 56807 | AFC-08-02 |
| AL.FOUNDATION WHEAT JACKSON | BRAGG FARMS; TONEY AL. | 10/29/2002 | 11/19/2002 | 21 | 56900 | 202 |
| AL.FOUNDATION WHEAT JACKSON | BRAGG FARMS; TONEY AL. | 10/29/2002 | 11/19/2002 | 21 | 56901 | 201 |
| AR. REG. COKER 9543 WHEAT | BRAGG FARMS; TONEY AL. | 10/29/2002 | 11/19/2002 | 21 | 56899 | 1BR-2003 |
| AR. REG. COKER 9835 WHEAT | BRAGG FARMS; TONEY AL. | 10/29/2002 | 11/19/2002 | 21 | 56898 | 1BR-2004 |
| AUSTRIAN WINTER FIELD PEAS | PENNINGTON SEED INC. CULLMAN, AL. | 10/16/2002 | 11/06/2002 | 21 | 56730 | AP02 |
| BOBS 50 OATS | FARMERS FEED SERVICE; WETUMPKA , AL | 10/29/2002 | 11/19/2002 | 21 | 56886 | 09050 |
| CERT. 26R24 WHEAT | AFC OPP. AL. | 10/22/2002 | 11/12/2002 | 21 | 56822 | U06012 |
| CERT. 535W WHEAT | SOUTHERN STATES CO-OP ATHENS, AL. | 10/16/2002 | 11/06/2002 | 21 | 56723 | 826 |
| DIXIE RESEEDING CRIMSON CLOVER | DALE FARM CO/OP OZARK, AL. | 10/22/2002 | 11/12/2002 | 21 | 56804 | W6-1-CC-14 |
| EK 102 WHEAT | DALE FARM CO/OP OZARK, AL. | 10/22/2002 | 11/12/2002 | 21 | 56805 | 02-W015 |
| ELBON RYE | UAP SOUTHEAST ATMORE, AL. | 10/09/2002 | 10/30/2002 | 21 | 56694 | T1-222 |
| GULF ANNAUL RYEGRASS | FAITHWAY FEED CO. GUNTERSVILLE, AL. | 10/29/2002 | 11/19/2002 | 21 | 56906 | B5-2-CG4 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC. CULLMAN, AL. | 10/29/2002 | 11/19/2002 | 21 | 56904 | 20257GGR |
| NC. REG. COKER 9184 WHEAT | BRAGG FARMS; TONEY AL. | 10/29/2002 | 11/19/2002 | 21 | 56894 | 61R-2209B |
| NC. REG. COKER 9803 WHEAT | BRAGG FARMS; TONEY AL. | 10/29/2002 | 11/19/2002 | 21 | 56895 | 61R-24068 |
| NC. REG. COKER 9803 WHEAT | BRAGG FARMS; TONEY AL. | 10/29/2002 | 11/19/2002 | 21 | 56896 | 61R-2405B |
| NC. REG. COKER 9835 WHEAT | BRAGG FARMS; TONEY AL. | 10/29/2002 | 11/19/2002 | 21 | 56897 | 6FR-2008B |
| WHEAT | CHUCK MCCANN ATHENS, AL. | 11/04/2002 | 11/25/2002 | 21 | 56965 | GOR-1 |
| WHEAT | CHUCK MCCANN ATHENS, AL. | 11/04/2002 | 11/25/2002 | 21 | 56966 | BK-1 |
| WINTERGRAZER 70 RYE | PENNINGTON SEED INC. CULLMAN, AL. | 10/16/2002 | 11/06/2002 | 21 | 56739 | 907 |
| 26R38 WHEAT | AFC DECATUR, AL. | 10/30/2002 | 11/19/2002 | 20 | 56936 | U98ZC007 |
| 833 OATS | AFC DECATUR, AL. | 10/17/2002 | 11/06/2002 | 20 | 56751 | BI02-30 |
| ASPB CERT. AGS 2000 WHEAT | AFC DECATUR, AL. | 10/30/2002 | 11/19/2002 | 20 | 56937 | 820 |
| CERT. 535 W WHEAT | SOUTHERN STATES CO-OP ATHENS, AL. | 10/16/2002 | 11/05/2002 | 20 | 56716 | 826 |
| CERT. AGS 2000 WHEAT | LIMESTONE CO-OP ATHENS, AL. | 10/16/2002 | 11/05/2002 | 20 | 56709 | 577 |
| CERT. C-9663 WHEAT | CLEMMONS & HAMNER KILLEN AL | 10/16/2002 | 11/05/2002 | 20 | 56727 | 134 |
| CERT. C-9663 WHEAT | CLEMMONS & HAMNER KILLEN AL | 10/16/2002 | 11/05/2002 | 20 | 56728 | 135 |
| CERT. C-9663 WHEAT | CLEMMONS & HAMNER KILLEN AL | 10/16/2002 | 11/05/2002 | 20 | 56729 | 137 |
| CERT. PATTERSON WHEAT | AFC DECATUR, AL. | 10/16/2002 | 11/05/2002 | 20 | 56742 | 502 |
| ELBON RYE | PENNINGTON SEED INC. CULLMAN, AL. | 10/16/2002 | 11/05/2002 | 20 | 56740 | S-1164 |
| ELBON RYE | SOUTHERN STATES CO-OP ATHENS, AL. | 10/16/2002 | 11/05/2002 | 20 | 56719 | LSC-6202 |
| ELBON RYE | SOUTHERN STATES CO-OP ATHENS, AL. | 10/16/2002 | 11/05/2002 | 20 | 56720 | LSC-3402 |
| ELBON RYE | SOUTHERN STATES CO-OP ATHENS, AL. | 10/16/2002 | 11/05/2002 | 20 | 56724 | 609-02 |
| ELBON RYE | SOUTHERN STATES CO-OP ATHENS, AL. | 10/16/2002 | 11/05/2002 | 20 | 56725 | 616-02 |
| FFR 540 WHEAT | AFC DECATUR, AL. | 10/30/2002 | 11/19/2002 | 20 | 56934 | 11067 |
| FFR 540 WHEAT | AFC DECATUR, AL. | 10/30/2002 | 11/19/2002 | 20 | 56935 | 11071 |
| FFR540 WHEAT | AFC DECATUR, AL. | 10/30/2002 | 11/19/2002 | 20 | 56933 | 11082 |
| HARRISON OATS | AFC DECATUR, AL. | 10/17/2002 | 11/06/2002 | 20 | 56750 | BI02-18 |
| ILLINOIS CERT PATTERSON WHEAT | COLBERT FARM CO OP LEIGHTON AL | 10/30/2002 | 11/19/2002 | 20 | 56931 | 502 |
| MARSHALL ANNUAL RYEGRASS | VALLEY FEED DECATUR, AL. | 10/16/2002 | 11/05/2002 | 20 | 56710 | L44-2-18PM |
| MATON RYE | AFC DECATUR, AL. | 10/17/2002 | 11/06/2002 | 20 | 56781 | 2688 |
| PENNLEAF HYBRID PEARL MILLET | FARMERS FEED SERVICE 5536 US HWY 231 | 10/30/2002 | 11/19/2002 | 20 | 56911 | 3551 D |
| PIONEER 26R24 WHEAT | LIMESTONE CO-OP ATHENS, AL. | 10/16/2002 | 11/05/2002 | 20 | 56708 | U98ZC012 |
| 26R38 WHEAT | AFC DECATUR, AL. | 10/17/2002 | 11/05/2002 | 19 | 56747 | U98ZC007 |
| 554 W WHEAT | AFC DECATUR, AL. | 10/17/2002 | 11/05/2002 | 19 | 56749 | AC2W-201 |
| ASPR CERT. AGS 2000 WHEAT | AFC DECATUR, AL. | 10/17/2002 | 11/05/2002 | 19 | 56773 | 579 |
| CERT 2684 WHEAT | AGRILIANCE PO BOX 678 ATMORE, AL 36504 | 10/31/2002 | 11/19/2002 | 19 | 56950 | U98ZC015 |
| CERT. 26R24 WHEAT | AFC DECATUR, AL. | 10/17/2002 | 11/05/2002 | 19 | 56775 | UE223 |
| CERT. 26R38 WHEAT | AGRILIANCE PO BOX 678 | 10/31/2002 | 11/19/2002 | 19 | 56949 | U98ZC007 |
| CERT. AGS 2000 WHEAT | AFC DECATUR, AL. | 10/17/2002 | 11/05/2002 | 19 | 56748 | 823 |
| CERT. AGS 2000 WHEAT | AFC DECATUR, AL. | 10/17/2002 | 11/05/2002 | 19 | 56774 | 577 |
| CERT. C- 9663 WHEAT | CLEMMONS & HAMNER KILLEN AL | 10/17/2002 | 11/05/2002 | 19 | 56763 | 136 |
| CERT. C-9663 WHEAT | CLEMMONS & HAMNER KILLEN AL | 10/17/2002 | 11/05/2002 | 19 | 56765 | 138 |
| CERT. C-9663 WHEAT | CLEMMONS & HAMNER KILLEN AL | 10/17/2002 | 11/05/2002 | 19 | 56766 | 139 |
| CERT. C-9663 WHEAT | CLEMMONS & HAMNER KILLEN AL | 10/17/2002 | 11/05/2002 | 19 | 56768 | 141 |
| CERT. COKER 9704 WHEAT | AFC DECATUR, AL. | 10/17/2002 | 11/05/2002 | 19 | 56778 | 2064-C |
| CERT. JACKSON WHEAT | SOUTHERN STATES DANVILLE, AL. | 10/17/2002 | 11/05/2002 | 19 | 56795 | 12304 |
| CERT. SOUTHERN STATES 76-30 OATS | AFC DECATUR, AL. | 10/17/2002 | 11/05/2002 | 19 | 56780 | 6430-3ND |
| COKER 227 OATS | SOUTHERN STATES DANVILLE, AL. | 10/17/2002 | 11/05/2002 | 19 | 56790 | 155 |
| COKER 9663 WHEAT | SOUTHERN STATES DANVILLE, AL. | 10/17/2002 | 11/05/2002 | 19 | 56789 | UE202 |
| EK 102 WHEAT | AFC DECATUR, AL. | 10/17/2002 | 11/05/2002 | 19 | 56772 | 02-M015 |

**SAMPLES TAKEN  --  October 1, 2002 through November 30, 2002**
*(sorted by number of days)*

| NAME GIVEN | SOURCE | | DATE REC. | REPT. DATE | #days | LAB | LOT |
|---|---|---|---|---|---|---|---|
| EK-102 WHEAT | MCMILLIAN & HARRISON | GRAND BAY, AL. | 10/24/2002 | 11/12/2002 | 19 | 56853 | 02-M016 |
| EK-102 WHEAT | MCMILLIAN & HARRISON | GRAND BAY, AL. | 10/24/2002 | 11/12/2002 | 19 | 56854 | 02-M013 |
| ELBON RYE | AFC | DECATUR, AL. | 10/17/2002 | 11/05/2002 | 19 | 56776 | 240-1 |
| ELBON RYE | CLEMMONS & HAMNER | KILLEN AL | 10/30/2002 | 11/18/2002 | 19 | 56930 | 609-02 |
| ELBON RYE | CLEMMONS & HAMNER | KILLEN AL | 10/30/2002 | 11/18/2002 | 19 | 56929 | 614-02 |
| ELBON RYE | WINSTON CO. CO-OP | HALEYVILLE, AL. | 10/17/2002 | 11/05/2002 | 19 | 56787 | 605-01 |
| FALCON 111 TALL FESCUE | COLBERT FARMERS CO OP | TUSCUMBIA AL | 10/30/2002 | 11/18/2002 | 19 | 56928 | P43-2-43 |
| FFR 540 WHEAT | AFC | DECATUR, AL. | 10/17/2002 | 11/05/2002 | 19 | 56746 | 11079 |
| GRAZER WHEAT | ROBERTSDALE FEED STORE PO BOX 523 | | 10/31/2002 | 11/19/2002 | 19 | 56951 | DKG4801 |
| WRENS ABRUZZI RYE | AFC | DECATUR, AL. | 10/17/2002 | 11/05/2002 | 19 | 56777 | MSF-02R |
| WRENS RYE | CLEMMONS & HAMNER | KILLEN AL | 10/17/2002 | 11/05/2002 | 19 | 56767 | BSRW-2-1 |
| BLACK OIL (PEREDOVIK TYPE) SUNFLOWER | FLOYD'S FEED & SEED  273 N BROADNAX | | 11/01/2002 | 11/19/2002 | 18 | 56958 | T1-318 |
| EK 102 WHEAT | JONES SEED & FEED CO. | CLANTON, AL. | 10/18/2002 | 11/05/2002 | 18 | 56800 | 02-W035 |
| WRENS ABRUZZI RYE | JONES SEED & FEED CO. | CLANTON, AL. | 10/18/2002 | 11/05/2002 | 18 | 56799 | LSC-1002 |
| UNHULLED BERMUDA VNS | DILLARDS FEED MILL  85 DILLARD RD TALLASSEE, AL | | 11/01/2002 | 11/18/2002 | 17 | 56954 | B02010 |
| COMMON HULLED BERMUDAGRASS | ELMORE CO FARMERS EXCH | | 10/30/2002 | 11/14/2002 | 15 | 56938 | 1471213 |
| DIXIE CRIMSON CLOVER | PENNINGTON SEED INC. | CULLMAN, AL. | 10/16/2002 | 10/31/2002 | 15 | 56736 | Y38-0-CC-12 |
| DIXIE CRIMSON CLOVER | PENNINGTON SEED INC. | CULLMAN, AL. | 10/16/2002 | 10/31/2002 | 15 | 56737 | W6-2-CC-12 |
| CERT. TIBBEE CRIMSON CLOVER | AL. FARMERS CO-OP | DECATUR, AL. | 10/29/2002 | 11/12/2002 | 14 | 56903 | W6-2-CC-9 |
| SWEETER-N-HONEY SORGHUM SUDANGRASS | GROSOUTH | MONTGOMERY, AL. | 11/14/2002 | 11/25/2002 | 11 | 57062 | 0182 |
| YELLOW GRANEX HYBRID ONION | FARMERS FEED SERVICE;  WETUMPKA , AL | | 10/29/2002 | 11/08/2002 | 10 | 56885 | NS |
| CANGREEN LIMA BEANS | SEGREST SEED COMPANY | SLOCOMB, AL. | 10/22/2002 | 10/31/2002 | 9 | 56823 | 334-1 |
| CANGREEN LIMA BEANS | SEGREST SEED COMPANY | SLOCOMB, AL. | 10/22/2002 | 10/31/2002 | 9 | 56824 | 334-2 |
| CANGREEN LIMA BEANS | SEGREST SEED COMPANY | SLOCOMB, AL. | 10/22/2002 | 10/31/2002 | 9 | 56825 | 301235 |
| FORDHOOK 242 LIMA BEANS | SEGREST SEED COMPANY | SLOCOMB, AL. | 10/22/2002 | 10/31/2002 | 9 | 56837 | 288 |
| GIANT SPECKLED LIMA BEANS | SEGREST SEED COMPANY | SLOCOMB, AL. | 10/22/2002 | 10/31/2002 | 9 | 56833 | 217 |
| KENTUCKY WONDER (POLE) BROWN GARDEN BEANS | SEGREST SEED COMPANY | SLOCOMB, AL. | 10/22/2002 | 10/31/2002 | 9 | 56850 | 186361 |
| PROVIDER GARDEN BEANS | SEGREST SEED COMPANY | SLOCOMB, AL. | 10/22/2002 | 10/31/2002 | 9 | 56844 | 294511 |
| RATTLESNAKE (POLE) ROUND GARDEN BEAN | SEGREST SEED COMPANY | SLOCOMB, AL. | 10/22/2002 | 10/31/2002 | 9 | 56839 | 301184 |
| RATTLESNAKE (POLE) ROUND GARDEN BEAN | SEGREST SEED COMPANY | SLOCOMB, AL. | 10/22/2002 | 10/31/2002 | 9 | 56840 | 1073471 |
| ROMA 11 GARDEN BEANS | SEGREST SEED COMPANY | SLOCOMB, AL. | 10/22/2002 | 10/31/2002 | 9 | 56846 | 301241 |
| ROYAL BERGUNDY GARDEN BEANS | SEGREST SEED COMPANY | SLOCOMB, AL. | 10/22/2002 | 10/31/2002 | 9 | 56843 | 294611 |
| TOP NOTCH OR GOLDEN WAX GARDEN BEANS | SEGREST SEED COMPANY | SLOCOMB, AL. | 10/22/2002 | 10/31/2002 | 9 | 56845 | 294117 |
| WHITE DIXIE BUTTERPEA LIMA BEANS | SEGREST SEED COMPANY | SLOCOMB, AL. | 10/22/2002 | 10/31/2002 | 9 | 56834 | 301187 |
| WILLOW LEAF LIMA BEANS | SEGREST SEED COMPANY | SLOCOMB, AL. | 10/22/2002 | 10/31/2002 | 9 | 56835 | 204 |
| BLUE LAKE 274 GARDEN BEAN | SEGREST SEED COMPANY | SLOCOMB, AL. | 10/22/2002 | 10/29/2002 | 7 | 56841 | 56-118-574 |
| BRIDGETON LIMA BEANS | SEGREST SEED COMPANY | SLOCOMB, AL. | 10/22/2002 | 10/29/2002 | 7 | 56826 | 339 |
| FLORIDA BUTTER SPECKLED LIMA BEANS | SEGREST SEED COMPANY | SLOCOMB, AL. | 10/22/2002 | 10/29/2002 | 7 | 56832 | 265 |
| HENDERSON LIMA BEAN | SEGREST SEED COMPANY | SLOCOMB, AL. | 10/22/2002 | 10/29/2002 | 7 | 56827 | 301191 |
| JACKSON WONDER LIMA BEANS | SEGREST SEED COMPANY | SLOCOMB, AL. | 10/22/2002 | 10/29/2002 | 7 | 56829 | 266 |
| KENTUCKY 191 POLE BEAN | SEGREST SEED COMPANY | SLOCOMB, AL. | 10/22/2002 | 10/29/2002 | 7 | 56848 | 279 |
| KENTUCKY 191 WONDER (WHITE) GARDEN BEANS | SEGREST SEED COMPANY | SLOCOMB, AL. | 10/22/2002 | 10/29/2002 | 7 | 56849 | 08105001 |
| NEWMAGREEN LIMA BEANS | SEGREST SEED COMPANY | SLOCOMB, AL. | 10/22/2002 | 10/29/2002 | 7 | 56830 | 251 |
| NEWMAGREEN LIMA BEANS | SEGREST SEED COMPANY | SLOCOMB, AL. | 10/22/2002 | 10/29/2002 | 7 | 56831 | 330 |
| RATTLESNAKE (PL) GARDEN BEAN | SEGREST SEED COMPANY | SLOCOMB, AL. | 10/22/2002 | 10/29/2002 | 7 | 56838 | 301185 |
| ROMA 11 BUSH BEANS | SEGREST SEED COMPANY | SLOCOMB, AL. | 10/22/2002 | 10/29/2002 | 7 | 56847 | 072-03-902 |
| SPECKLED DIXIE BUTTERPEA LIMA BEANS | SEGREST SEED COMPANY | SLOCOMB, AL. | 10/22/2002 | 10/29/2002 | 7 | 56836 | 168 |
| STATE 1/2 RUNNER GARDEN BEANS | SEGREST SEED COMPANY | SLOCOMB, AL. | 10/22/2002 | 10/29/2002 | 7 | 56842 | 515234 |
| STRIKE GARDEN BEAN | SEGREST SEED COMPANY | SLOCOMB, AL. | 10/22/2002 | 10/29/2002 | 7 | 56851 | 0189 |
| THOROGREEN LIMA BEANS | SEGREST SEED COMPANY | SLOCOMB, AL. | 10/22/2002 | 10/29/2002 | 7 | 56828 | 294116 |
| KENTUCKY 31 TALL FESCUE | COUNTRY CORNER MAIN ST | GUIN, AL. | 11/21/2002 | 11/26/2002 | 5 | 57102 | M109012-P |

**261 samples taken**                    **24 avg. # days**

**VIOLATIONS -- October 1, 2002 through November 30, 2002**
(sorted by crop)

| LAB | LOT | NAME GIVEN | SOURCE | REP.DATE | VIOLATION REASON |
|---|---|---|---|---|---|
| 56715 | 201BW15S-53 | 5 STAR BLEND | LIMESTONE CO-OP    ATHENS, AL. | 11/15/2002 | ENDOPHYTE % NOT STATED NOR THE STATEMENT " FOR LAWN USE ONLY" ON ANALYSIS TAG. |
| 56865 | D007 | ARGENTINE BAHIAGRASS | SEED SOUTH INC.    DOTHAN, AL. | 11/22/2002 | THIS LOT OF SEED WAS FOUND TO HAVE A GERMINATION AND HARD SEED PERCENTAGE DIFFERENT FROM THAT STATED ON THE ANALYSIS TAG. |
| 56886 | D011 | ARGENTINE BAHIAGRASS | SEED SOUTH INC.    DOTHAN, AL. | 11/22/2002 | THIS LOT OF SEED WAS FOUND TO HAVE A GERMINATION AND HARD SEED PERCENTAGE DIFFERENT FROM THAT STATED ON THE ANALYSIS TAG.  ALSO THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY. |
| 56784 | G50-1083A | BOB OATS | WINSTON CO. CO-OP    HALEYVILLE, AL. | 11/19/2002 | ORIGIN NOT STATED ON TAG. |
| 56886 | 09050 | BOBS 50 OATS | FARMERS FEED SERVICE    WETUMPKA, AL. | 11/19/2002 | THIS LOT OF SEED WAS FOUND TO BE MISLABELED AS TO VARIETY.  (BOB 50 OATS) NO KNOWN VARIETY:  THEREFORE, THIS SEED CANNOT BE SOLD. |
| 56711 | 2496 | BOREAL RED FESCUE | VALLEY FEED    DECATUR, AL. | 11/22/2002 | THIS LOT OF SEED WAS FOUND TO GERMINATE LOWER THAN THE MINIMUM GERMINATION STANDARD OF 60%:  THEREFORE, THE SEED CANNOT BE OFFERED FOR SALE. |
| 56780 | 6430-3ND | CERT. SOUTHERN STATES  76-30 OATS | AFC    DECATUR, AL. | 11/05/2002 | THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY. |
| 56938 | 1471213 | COMMON HULLED BERMUDAGRASS | ELMORE CO FARMERS EXCH | 11/14/2002 | THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY. |
| 56657 | Y16-0-CC-12 | DIXIE CRIMSON CLOVER | FAITHWAY FEED CO.    GUNTERSVILLE | 11/05/2002 | THIS LOT OF SEED WAS FOUND TO CONTAIN MORE NOXIOUS WEEDS THAN WAS STATED ON THE LABEL. |
| 56804 | W6-1-CC-14 | DIXIE RESEEDING CRIMSON CLOVER | DALE FARM CO/OP    OZARK, AL. | 11/12/2002 | THIS LOT OF SEED WAS FOUND TO CONTAIN MORE NOXIOUS WEEDS THAN WAS STATED ON THE LABEL. |
| 56694 | T1-222 | ELBON RYE | UAP SOUTHEAST    ATMORE, AL. | 10/30/2002 | THIS LOT OF SEED WAS FOUND TO CONTAIN PROHIBITED NOXIOUS WEED ( GOAT GRASS)  THEREFORE: THIS SEED CANNOT BE OFFERED FOR SALE IN ALABAMA. |
| 56720 | LSC-3402 | ELBON RYE | SOUTHERN STATES CO-OP    ATHENS, AL. | 11/05/2002 | THIS LOT OF SEED WAS FOUND TO CONTAIN MORE NOXIOUS WEEDS THAN WAS STATED ON THE ANALYSIS TAG. |
| 56724 | 609-02 | ELBON RYE | SOUTHERN STATES CO-OP    ATHENS, AL. | 11/05/2002 | THIS LOT OF SEED WAS FOUND TO CONTAIN MORE NOXIOUS WEEDS THAN WAS STATED ON THE ANALYSIS TAG.  THIS LOT OF SEED WAS ALSO FOUND TO BE MISBRANDED AS TO PURITY. |
| 56725 | 616-02 | ELBON RYE | SOUTHERN STATES CO-OP    ATHENS, AL. | 11/05/2002 | THIS LOT OF SEED WAS FOUND TO CONTAIN MORE NOXIOUS WEEDS THAN STATED ON THE TAG. THIS LOT OF SEED WAS ALSO FOUND TO BE MISBRANDED AS TO PURITY. |
| 56693 | T1-215 | ELBON RYE | UAP SOUTHEAST    ATMORE, AL | 11/06/2002 | THIS LOT OF SEED WAS FOUND TO GERMINATE LOWER THAN WAS STATED ON THE ANALYSIS TAG. |
| 56930 | 609-02 | ELBON RYE | CLEMMON & HAMNER KILLEN AL | 11/18/2002 | THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY. |
| 56929 | 614-02 | ELBON RYE | CLEMMONS & HAMNER KILLEN AL | 11/18/2002 | THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY. |
| 56801 | LSC-1501 | ELBON RYE | FARMERS CO OP    ASHFORD, AL. | 11/18/2002 | THIS LOT OF SEED WAS FOUND TO CONTAIN MORE NOXIOUS WEEDS THAN WAS STATED ON THE LABEL. |
| 56860 | 626-02 | ELBON RYE | FARMERS COOPERATIVE MKT.    FRISCO CITY | 11/19/2002 | THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY. |
| 56861 | 608-02 | ELBON RYE | FARMERS COOPERATIVE MKT.    FRISCO CITY | 11/19/2002 | THIS LOT OF SEED WAS FOUND TO CONTAIN MORE NOXIOUS WEEDS THAN STATED ON THE LABEL. |
| 56928 | P43-2-43 | FALCON 111 TALL FESCUE | COLBERT FARMERS CO OP  TUSCUMBIA AL | 11/18/2002 | THE ENDOPHYTE PERCENT IS NOT STATED NOR THE STATEMENT "FOR LAWN USE ONLY" |
| 56802 | JS-LL | GA. MITCHELL OATS | FARMERS CO OP    ASHFORD, AL. | 11/19/2002 | THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY |
| 56750 | BI02-18 | HARRISON OATS | AFC    DECATUR, AL. | 11/06/2002 | THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY. |
| 56848 | 279 | KENTUCKY 191 POLE BEAN | SEGREST SEED COMPANY    SLOCOMB, AL. | 10/29/2002 | COMPLETE KIND NAME NOT STATED  (GARDEN BEAN) |
| 56757 | 22217GR | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.    CULLMAN, AL. | 11/15/2002 | THIS LOT OF SEED WAS FOUND TO CONTAIN MORE NOXIOUS WEEDS THAN WAS STATED ON THE LABEL. |
| 56904 | 20257GGR | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.    CULLMAN, AL. | 11/19/2002 | THIS LOT OF SEED WAS FOUND TO BE A MIXTURE, IT IS MISLABELED. |

**VIOLATIONS  --  October 1, 2002 through November 30, 2002**
*(sorted by crop)*

| LAB | LOT | NAME GIVEN | SOURCE | REP.DATE | VIOLATION REASON |
|---|---|---|---|---|---|
| 56779 | 830 | KENTUCKY 31 TALL FESCUE | AFC                DECATUR, AL. | 11/20/2002 | THIS LOT OF SEED WAS FOUND TO CONTAIN MORE NOXIOUS WEEDS THAN WAS STATED ON THE LABEL.  THIS LOT OF SEED WAS ALSO FOUND TO BE MISBRANDED AS TO PURITY. |
| 56758 | 22216GR | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.          CULLMAN, AL. | 11/20/2002 | THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY. |
| 56759 | *798 | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.          CULLMAN, AL. | 11/20/2002 | THIS LOT OF SEED WAS FOUND TO CONTAIN MORE NOXIOUS WEEDS THAN WAS STATED ON THE LABEL.   ALSO THE ENDOPHYTE PERCENTAGE IS NOT STATED NOR THE STATEMENT " FOR LAWN USE ONLY". |
| 56770 | #7 | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.          CULLMAN, AL. | 11/20/2002 | THIS LOT OF SEED WAS FOUND TO GERMINATE LOWER THAN WAS STATED ON THE ANALYSIS TAG. |
| 56905 | 20258GGR | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.          CULLMAN, AL. | 11/22/2002 | THIS LOT OF SEED WAS ALSO FOUND TO CONTAIN MORE  NOXIOUS WEEDS THAN WAS STATED ON THE LABEL. |
| 57102 | M109012-P | KENTUCKY 31 TALL FESCUE | COUNTRY CORNER MAIN ST          GUIN, AL. | 11/26/2002 | THIS LOT OF SEED WAS FOUND TO CONTAIN EXCESSIVE NOXIOUS WEED----CANNOT BE OFFERED FOR SALE. |
| 56902 | T309202-P | KENTUCKY-31 TALL FESCUE | FAITHWAY FEED CO.          GUNTERSVILLE | 11/22/2002 | ENDOPHYTE PERCENTAGE NOT STATED NOT THE STATEMENT FOR " LAWN USE ONLY" |
| 56791 | S3286 | KY-31 TALL FESCUE | SOUTHERN STATES          DANVILLE, AL. | 11/20/2002 | THIS LOT OF SEED WAS FOUND TO GERMINATE LOWER THAN STATED ON THE ANALYSIS TAG. |
| 56792 | S3273 | KY-31 TALL FESCUE | SOUTHERN STATES          DANVILLE, AL. | 11/20/2002 | THIS LOT OF SEED WAS FOUND TO GERMINATE LOWER THAN WAS STATED ON THE ANALYSIS TAG. |
| 56794 | S3267 | KY-31 TALL FESCUE | SOUTHERN STATES          DANVILLE, AL. | 11/20/2002 | THIS LOT OF SEED WAS FOUND TO GERMINATE LOWER THAN WAS STATED ON THE ANALYSIS TAG. |
| 56718 | S3228 | KY-31 TALL FESCUE | SOUTHERN STATES CO-OP          ATHENS, AL. | 11/20/2002 | THIS LOT OF SEED WAS FOUND TO GERMINATE LOWER THAN WAS STATED ON THE ANALYSIS TAG.  ENDOPHYTE %  NOT STATED NOR THE STATEMENT " FOR LAWN USE ONLY" ON TAG |
| 56847 | 072-03-902 | ROMA 11 BUSH BEANS | SEGREST SEED COMPANY          SLOCOMB, AL. | 10/29/2002 | COMPLETE KIND NAME NOT STATED  (GARDEN BEAN) |
| 56756 | L144-0-0SAC01 | SAN ANTONIO CRIMSON CLOVER | PENNINGTON SEED , INC.          CULLMAN, AL. | 11/12/2002 | THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY. |
| 56646 | 6430-1ND | SOUTHERN STATES 76-30 OATS | SOUTHERN STATES          ONEONTA, AL. | 11/05/2002 | THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY. |
| 56954 | B02010 | UNHULLED BERMUDA VNS | DILLARDS FEED MILL/85 DILLARD RD/TALLASSEE | 11/18/2002 | THE VARIETAL NAME IS NOT STATED ON THE TAG.  THIS IS NOT ALLOWED IN THE STATE OF ALABAMA.    CORRECTED REPORT 11-21-02. |
| 56814 | SPI-1105 | WINTERGRAZER 70 RYE | PENNINGTON SEED , INC.          CULLMAN, AL. | 11/18/2002 | THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY. |
| 56678 | TPC-5302 | WRENS ABRUZZI RYE | CAROLINA EASTERN-DOWLING, INC.          OPP, AL. | 11/06/2002 | THIS LOT OF SEED WAS FOUND TO GERMINATE LOWER THAN WAS STATED ON THE ANALYSIS TAG. |
| 56675 | TPC-W6 | WRENS RYE | CAROLINA EASTERN-DOWLING, INC.          OPP, AL. | 11/04/2002 | THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY. |
| 56767 | BSRW-2-1 | WRENS RYE | CLEMMONS & HAMNER          KILLEN, AL. | 11/05/2002 | THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY. |
| 56912 | W6-1-AL-1010A | YUCHI ARROWLEAF CLOVER | FARMERS FEED SERVICE          WETUMPKA, AL. | 11/21/2002 | NO TAG-- THIS LOT OF SEED MAY BE OFFERED FOR SALE AFTER IT HAS BEEN CORRECTLY LABELED. |
| 56852 | 9878 | YUMA BERMUDAGRASS | DAN'S HARDWARE & SUPPLY, INC.; PHENIX  CITY | 11/26/2002 | THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY.  THIS LOT OF SEED WAS ALSO FOUND TO HAVE AN OLD TEST DATE. |

**47 Violations**

**SAMPLES TAKEN -- November 1, 2002 through December 31, 2002**
*(sorted by crop)*

| NAME GIVEN | SOURCE | DATE REC | REP DATE | #days | LAB | LOT |
|---|---|---|---|---|---|---|
| 26R38 WHEAT | AFC  DECATUR AL | 10/30/2002 | 11/19/2002 | 20 | 56936 | U98ZC007 |
| 26R38 WHEAT | AFC  DECATUR, AL. | 10/17/2002 | 11/05/2002 | 19 | 56747 | U98ZC007 |
| 5 STAR BLEND | LIMESTONE CO-OP  ATHENS, AL. | 10/16/2002 | 11/15/2002 | 30 | 56715 | 201BW15S-56 |
| 514W WHEAT | ARGO DISTRIBUTION  ATMORE, AL. | 10/09/2002 | 11/05/2002 | 27 | 56695 | AC2W-700T |
| 554 W WHEAT | AFC  DECATUR, AL. | 10/17/2002 | 11/05/2002 | 19 | 56749 | AC2W-201 |
| 833 OATS | AFC  DECATUR, AL. | 10/17/2002 | 11/06/2002 | 20 | 56751 | BI02-30 |
| AFC 20-20 RYE | PIKE FARM CO/OP  BRUNDIDGE, AL. | 11/07/2002 | 12/09/2002 | 32 | 56993 | AFC-15-02 |
| AFC 20-20 RYE | DALE FARM CO/OP  OZARK, AL. | 10/22/2002 | 11/12/2002 | 21 | 56806 | AFC-13-02 |
| AFC 20-20 RYE | DALE FARM CO/OP  OZARK, AL. | 10/22/2002 | 11/12/2002 | 21 | 56807 | AFC-08-02 |
| AGS2000 WHEAT | HELENA CHEMICAL  SUMMERDALE, AL. | 12/06/2002 | 12/30/2002 | 24 | 57187 | 819 |
| AL.FOUNDATION WHEAT JACKSON | BRAGG FARMS  TONEY, AL. | 10/29/2002 | 11/19/2002 | 21 | 56900 | 202 |
| AL.FOUNDATION WHEAT JACKSON | BRAGG FARMS  TONEY, AL. | 10/29/2002 | 11/19/2002 | 21 | 56901 | 201 |
| ALASKA PEAS | GRO SOUTH  MONTGOMERY AL | 11/20/2002 | 12/12/2002 | 22 | 57095 | C-00402 |
| ALFAGRAZE ALFALFA | GRO SOUTH  MONTGOMERY AL | 11/14/2002 | 12/11/2002 | 27 | 57021 | AZN-794-4 |
| ALFAGRAZE ALFALFA | FARMERS FEED SERVICE  WETUMPKA, AL. | 10/29/2002 | 11/21/2002 | 23 | 56891 | AZN-1785-4 |
| ALLGREEN LIMA BEAN | ELMORE CO FARMERS EXCH; WETUMPKA | 10/31/2002 | 12/09/2002 | 39 | 56941 | 301232 |
| ALLGREEN LIMA BEAN | TALEECON FARMERS CO-OP  NOTASULGA, AL. | 12/09/2002 | 12/30/2002 | 21 | 57220 | 1062435 |
| ALLGREEN LIMA BEAN | TALEECON FARMERS CO-OP  NOTASULGA, AL. | 12/09/2002 | 12/30/2002 | 21 | 57221 | 1062211 |
| ALYCE CLOVER | DILLARDS FEED MILL, 85 DILLARD RD, TALLASSEE | 11/01/2002 | 12/03/2002 | 32 | 56953 | C0101 |
| AMERICAN PURPLE TOP RUTABAGA | GRO SOUTH  MONTGOMERY AL | 11/14/2002 | 12/09/2002 | 25 | 57057 | K3072 |
| AMERICAN PURPLE TOP RUTABAGA | MONTGOMERY SEED & SUPPLY CO., INC. | 11/25/2002 | 12/09/2002 | 14 | 57149 | K3072 |
| AMERIGRAZE 702 ALFALFA | GRO SOUTH  MONTGOMERY AL | 11/14/2002 | 12/11/2002 | 27 | 57067 | A2N-170-4 |
| AR. REG. COKER 9543  WHEAT | BRAGG FARMS  TONEY, AL. | 10/29/2002 | 11/19/2002 | 21 | 56899 | 1BR-2003 |
| AR. REG. COKER 9835 WHEAT | BRAGG FARMS  TONEY, AL. | 10/29/2002 | 11/19/2002 | 21 | 56898 | 1BR-2004 |
| ARGENTINE BAHIAGRASS | SEED SOUTH  DOTHAN, AL. | 10/24/2002 | 11/22/2002 | 29 | 56865 | D007 |
| ARGENTINE BAHIAGRASS | SEED SOUTH  DOTHAN, AL. | 10/24/2002 | 11/22/2002 | 29 | 56866 | D011 |
| ASHLEY CUCUMBER | JONES SEED & FEED;  CLANTON, AL. | 12/13/2002 | 12/30/2002 | 17 | 57262 | 777-25-H5 |
| ASPB CERT. 2684 WHEAT | AFC  DECATUR, AL. | 10/03/2002 | 11/01/2002 | 29 | 56666 | U98ZC014 |
| ASPB CERT. AGS 2000 WHEAT | AFC DECATUR AL | 10/30/2002 | 11/19/2002 | 20 | 56937 | 820 |
| ASPR CERT. AGS 2000 WHEAT | AFC  DECATUR, AL. | 10/17/2002 | 11/05/2002 | 19 | 56773 | 579 |
| AUSTRIAN WINTER FIELD PEAS | PENNINGTON SEED , INC.; CULLMAN | 10/03/2002 | 11/06/2002 | 34 | 56652 | AP02 |
| AUSTRIAN WINTER FIELD PEAS | PENNINGTON SEED , INC.; CULLMAN | 10/03/2002 | 11/06/2002 | 34 | 56653 | FAP1177 |
| AUSTRIAN WINTER FIELD PEAS | PENNINGTON SEED , INC.; CULLMAN | 10/16/2002 | 11/06/2002 | 21 | 56730 | AP02 |
| AUSTRIAN WINTER PEAS | AFC  DECATUR, AL. | 10/03/2002 | 11/06/2002 | 34 | 56658 | C1 |
| BBL 274 GARDEN BEAN | ELMORE CO FARMERS EXCH; WETUMPKA | 10/30/2002 | 12/10/2002 | 41 | 56920 | 515006 |
| BIG DADDY TETRAPLOID ANNUAL RYEGRASS | SOUTHERN STATES  DANVILLE, AL. | 10/17/2002 | 11/19/2002 | 33 | 56788 | L175-2-40BD |
| BLACK OIL (PEREDOVIK TYPE) SUNFLOWER | FLOYD'S FEED & SEED: DADEVILLE | 11/01/2002 | 11/19/2002 | 18 | 56958 | T1-318 |
| BLUE LAKE #274 BUSH BEAN | CHILTON COUNTY FEED & SEED INC.; CLANTON, AL. | 11/06/2002 | 12/16/2002 | 40 | 56978 | 54-118-152 |
| BLUE LAKE 274 BUSH BEANS | GRO SOUTH  MONTGOMERY AL | 11/14/2002 | 12/11/2002 | 27 | 57029 | 56-118-574 |
| BLUE LAKE 274 BUSH BEANS | SEED SOUTH  DOTHAN, AL. | 12/06/2002 | 12/16/2002 | 10 | 57196 | 56-118-574 |
| BLUE LAKE FM (POLE) GARDEN BEANS | SEGREST SEED COMPANY  SLOCOMB, AL. | 11/07/2002 | 12/16/2002 | 39 | 57004 | 301172 |
| BLUE LAKE FM1K BEANS | JONES SEED & FEED;  CLANTON, AL. | 11/13/2002 | 12/16/2002 | 33 | 57019 | 110038 |
| BLUE LAKE POLE GARDEN BEANS | GRO SOUTH  MONTGOMERY AL | 11/14/2002 | 12/16/2002 | 32 | 57039 | 301171 |
| BLUE LAKE STLESS FM-1 POLE BEAN | FARMERS FEED SERVICE  WETUMPKA, AL. | 10/29/2002 | 12/16/2002 | 48 | 56887 | 010051 |
| BLUE LAKES FM-1 POLE BEAN | ELMORE CO FARMERS EXCH; WETUMPKA | 10/30/2002 | 12/16/2002 | 47 | 56919 | KSI 515246 |
| BOB OATS | CLEMMONS & HAMNER;  KILLEN AL | 10/03/2002 | 11/05/2002 | 33 | 56672 | G50-1089A |
| BOB OATS | WINSTON CO. CO-OP  HALEYVILLE, AL. | 10/17/2002 | 11/19/2002 | 33 | 56784 | G50-1083A |
| BOB OATS | FARMERS CO-OP MKT.  FRISCO CITY, AL. | 10/09/2002 | 11/05/2002 | 27 | 56684 | G50-1091A |
| BOBS 50 OATS | FARMERS FEED SERVICE  WETUMPKA, AL. | 10/29/2002 | 11/19/2002 | 21 | 56886 | 09050 |
| BOREAL RED FESCUE | VALLEY FEED  DECATUR, AL. | 10/16/2002 | 11/22/2002 | 37 | 56711 | 2496 |
| BOREAL RED FESCUE | VALLEY FEED  DECATUR, AL. | 10/16/2002 | 11/14/2002 | 29 | 56713 | 2193 |
| BOUNTIFUL GARDEN BEANS | SEGREST SEED COMPANY  SLOCOMB, AL. | 11/07/2002 | 12/16/2002 | 39 | 57006 | 184213 |
| BRIDGETON LIMA BEANS | GRO SOUTH  MONTGOMERY AL | 11/14/2002 | 12/09/2002 | 25 | 57034 | 269 |
| BROWNTOP MILLET ~~Retest~~ | BARTL  FARMS: 14325 CO RD 91  ELBERTA, AL. | 10/09/2002 | 12/03/2002 | 55 | 56698 | AB 802 |
| BURGUNDY BUSH GARDEN BEAN | GRO SOUTH  MONTGOMERY AL | 11/14/2002 | 12/11/2002 | 27 | 57024 | 56-141-118 |
| BURPEE STRINGLESS GARDEN BEANS | SEGREST SEED COMPANY  SLOCOMB, AL. | 11/07/2002 | 12/16/2002 | 39 | 57005 | 1073367 |
| BUSH KENTUCKY 125 GARDEN BEAN | SEGREST SEED COMPANY  SLOCOMB, AL. | 11/07/2002 | 12/11/2002 | 34 | 57002 | 659970 |
| BUSH KENTUCKY 125 GARDEN BEAN | GRO SOUTH  MONTGOMERY AL | 11/14/2002 | 12/12/2002 | 28 | 57041 | 659970 |
| BUSH KENTUCKY 125 GARDEN BEAN | SEED SOUTH  DOTHAN, AL. | 12/06/2002 | 12/16/2002 | 10 | 57201 | 659970 |
| CANGREEN BUSH LIMA BEAN | SEED PROCESSORS, INC.  WETUMPKA, AL. | 10/29/2002 | 12/11/2002 | 43 | 56878 | 289 |
| CANGREEN LIMA BEAN | H.A. VAUGHAN FEED & SEED STORE; TUSKEGEE | 12/04/2002 | 12/11/2002 | 7 | 57178 | 222 |
| CANGREEN LIMA BEANS | GRO SOUTH  MONTGOMERY AL | 11/14/2002 | 12/10/2002 | 26 | 57035 | 222 |
| CANGREEN LIMA BEANS | SEED SOUTH  DOTHAN, AL. | 12/06/2002 | 12/30/2002 | 24 | 57207 | 44.6000-989410 |
| CANGREEN LIMA BEANS | SEED SOUTH  DOTHAN, AL. | 12/06/2002 | 12/16/2002 | 10 | 57208 | 334 |
| CERT 2684 WHEAT | AGRILIANCE PO BOX 678 ATMORE, AL  36504 | 10/31/2002 | 11/19/2002 | 19 | 56950 | U98ZC015 |
| CERT.  26R61 WHEAT | UAP SOUTHEAST; SUMMERDALE, AL. | 12/06/2002 | 12/30/2002 | 24 | 57186 | U06015 |
| CERT. 2684 WHEAT | ELBERTA FARMERS CO-OP  ELBERTA, AL. | 11/07/2002 | 12/09/2002 | 32 | 56997 | U09ZC011 |
| CERT. 2684 WHEAT | ELBERTA FARMERS CO-OP  ELBERTA, AL. | 11/07/2002 | 12/09/2002 | 32 | 56998 | U09ZC012 |
| CERT. 2684 WHEAT | HELENA CHEMICAL  SUMMERDALE, AL. | 11/07/2002 | 12/09/2002 | 32 | 56999 | U98ZC015 |

**SAMPLES TAKEN -- November 1, 2002 through December 31, 2002**
*(sorted by crop)*

| NAME GIVEN | SOURCE | | DATE REC | REP DATE | #days | LAB | LOT |
|---|---|---|---|---|---|---|---|
| CERT. 2684 WHEAT | UAP SOUTHEAST; | SUMMERDALE, AL. | 10/24/2002 | 11/21/2002 | 28 | 56857 | U08ZC004 |
| CERT. 2684 WHEAT | UAP SOUTHEAST; | SUMMERDALE, AL. | 10/24/2002 | 11/21/2002 | 28 | 56856 | U08ZC014 |
| CERT. 2684 WHEAT | UAP SOUTHEAST; | SUMMERDALE, AL. | 10/24/2002 | 11/21/2002 | 28 | 56859 | U08ZC003 |
| CERT. 2684 WHEAT | UAP SOUTHEAST; | SUMMERDALE, AL. | 10/24/2002 | 11/19/2002 | 26 | 56858 | U08ZC018 |
| CERT. 26R24 WHEAT | AFC | OPP, AL. | 10/22/2002 | 11/12/2002 | 21 | 56822 | U06012 |
| CERT. 26R24 WHEAT | AFC | DECATUR, AL | 10/17/2002 | 11/05/2002 | 19 | 56775 | UE223 |
| CERT. 26R38 WHEAT | CHARLES W. COOPER | LOXLEY, AL. | 11/22/2002 | 12/09/2002 | 17 | 57135 | U98ZC013 |
| CERT. 26R38 WHEAT | HELENA CHEMICAL | SUMMERDALE, AL. | 11/07/2002 | 12/09/2002 | 32 | 57000 | U98ZC007 |
| CERT. 26R61 WHEAT | AGRILIANCE PO BOX 678 | | 10/31/2002 | 11/19/2002 | 19 | 56949 | U98ZC007 |
| CERT. 26R61 WHEAT | HELENA CHEMICAL | SUMMERDALE, AL. | 12/06/2002 | 12/30/2002 | 24 | 57188 | U98ZC001 |
| CERT. 26R61 WHEAT | CHARLES W. COOPER | LOXLEY, AL. | 11/22/2002 | 12/09/2002 | 17 | 57136 | U06018 |
| CERT. 26R61 WHEAT | CHARLES W. COOPER | LOXLEY, AL. | 11/22/2002 | 12/09/2002 | 17 | 57137 | U06019 |
| CERT. 535 W WHEAT | SOUTHERN STATES CO-OP; | ATHENS, AL. | 10/16/2002 | 11/05/2002 | 20 | 56716 | 826 |
| CERT. 535W WHEAT | SOUTHERN STATES CO-OP; | ATHENS, AL. | 10/16/2002 | 11/06/2002 | 21 | 56723 | 826 |
| CERT. 535W WHEAT | HELENA CHEM | TANNER, AL. | 11/26/2002 | 12/10/2002 | 14 | 57171 | 826 |
| CERT. AGS 2000 WHEAT | AFC | DECATUR, AL. | 10/03/2002 | 11/01/2002 | 29 | 56659 | 577 |
| CERT. AGS 2000 WHEAT | FARMERS CO-OP MKT. | FRISCO CITY, AL. | 11/14/2002 | 12/09/2002 | 25 | 57069 | 577 |
| CERT. AGS 2000 WHEAT | LIMESTONE CO-OP | ATHENS, AL. | 10/16/2002 | 11/05/2002 | 20 | 56709 | 577 |
| CERT. AGS 2000 WHEAT | AFC | DECATUR, AL. | 10/17/2002 | 11/05/2002 | 19 | 56748 | 823 |
| CERT. AGS 2000 WHEAT | AFC | DECATUR, AL. | 10/17/2002 | 11/05/2002 | 19 | 56774 | 577 |
| CERT. C- 9663 WHEAT | CLEMMONS & HAMNER; | KILLEN AL | 10/17/2002 | 11/05/2002 | 19 | 56763 | 136 |
| CERT. C-9663 WHEAT | CLEMMONS & HAMNER; | KILLEN AL | 10/16/2002 | 11/05/2002 | 20 | 56727 | 134 |
| CERT. C-9663 WHEAT | CLEMMONS & HAMNER; | KILLEN AL | 10/16/2002 | 11/05/2002 | 20 | 56728 | 135 |
| CERT. C-9663 WHEAT | CLEMMONS & HAMNER; | KILLEN AL | 10/16/2002 | 11/05/2002 | 20 | 56729 | 137 |
| CERT. C-9663 WHEAT | CLEMMONS & HAMNER; | KILLEN AL | 10/17/2002 | 11/05/2002 | 19 | 56765 | 138 |
| CERT. C-9663 WHEAT | CLEMMONS & HAMNER; | KILLEN AL | 10/17/2002 | 11/05/2002 | 19 | 56766 | 139 |
| CERT. C-9663 WHEAT | CLEMMONS & HAMNER; | KILLEN AL | 10/17/2002 | 11/05/2002 | 19 | 56768 | 141 |
| CERT. C-9663 WHEAT | CLEMMONS & HAMNER; | KILLEN AL | 10/03/2002 | 11/01/2002 | 29 | 56668 | 132 |
| CERT. C-9663 WHEAT | CLEMMONS & HAMNER; | KILLEN AL | 10/03/2002 | 11/01/2002 | 29 | 56669 | 133 |
| CERT. C-9663 WHEAT | CLEMMONS & HAMNER; | KILLEN AL | 10/03/2002 | 11/01/2002 | 29 | 56673 | 131 |
| CERT. COKER 227 OATS | ELBERTA FARMERS CO-OP | ELBERTA, AL. | 10/09/2002 | 11/05/2002 | 27 | 56683 | 2141 |
| CERT. COKER 227 OATS | KELLY SEED CO. INC.; | HARTFORD, AL. | 10/24/2002 | 11/19/2002 | 26 | 56867 | 2161 |
| CERT. COKER 227 OATS | KELLY SEED CO. INC.; | HARTFORD, AL. | 10/24/2002 | 11/19/2002 | 26 | 56868 | 2160 |
| CERT. COKER 227 OATS | KELLY SEED CO. INC.; | HARTFORD, AL. | 10/24/2002 | 11/19/2002 | 26 | 56869 | 2139 |
| CERT. COKER 227 OATS | KELLY SEED CO. INC.; | HARTFORD, AL. | 10/24/2002 | 11/19/2002 | 26 | 56870 | 2151 |
| CERT. COKER 9704 WHEAT | AFC | DECATUR, AL. | 10/17/2002 | 11/05/2002 | 19 | 56778 | 2064-C |
| CERT. EMERALD GREEN VELVET OKRA | MONTGOMERY SEED & SUPPLY CO., INC. | | 11/25/2002 | 12/30/2002 | 35 | 57144 | 4160 |
| CERT. FLORIDA 99 ALFALFA | AL. FARMER CO-OP | DECATUR, AL. | 11/19/2002 | 12/10/2002 | 21 | 57076 | 01P-8150-2957 |
| CERT. JACKSON WHEAT | SOUTHERN STATES | DANVILLE, AL. | 10/17/2002 | 11/05/2002 | 19 | 56795 | 12304 |
| CERT. LA PRIMA BERMUDAGRASS BLEND MIXTURE | AGRO/PROSOURCE ONE | SUMMERDALE, AL. | 10/09/2002 | 11/08/2002 | 30 | 56690 | 3457-C |
| CERT. LOUISIANA GRN VELVET OKRA | JONES SEED & FEED; | CLANTON. AL. | 11/13/2002 | 12/30/2002 | 47 | 57011 | 4014 |
| CERT. PATTERSON WHEAT | AFC | DECATUR, AL. | 10/03/2002 | 11/01/2002 | 29 | 56667 | 501 |
| CERT. PATTERSON WHEAT | AFC | DECATUR, AL. | 10/16/2002 | 11/05/2002 | 20 | 56742 | 502 |
| CERT. PERKINS LONG POD OKRA | MONTGOMERY SEED & SUPPLY CO., INC. | | 11/25/2002 | 12/30/2002 | 35 | 57143 | 762 |
| CERT. REBEL II TALL FESCUE | VALLEY FEED | DECATUR, AL. | 10/16/2002 | 11/15/2002 | 30 | 56712 | P8-1-16A-225 |
| CERT. SECRETARIAT LA 495 OATS | UAP SOUTHEAST | HEADLAND, AL. | 10/09/2002 | 11/08/2002 | 30 | 56698 | LA495 |
| CERT. SELECT TALL FESCUE | WINSTON CO. CO-OP | HALEYVILLE, AL. | 10/17/2002 | 11/20/2002 | 34 | 56786 | L5-0-TF30 |
| CERT. SOUTHERN STATES 76-30 OATS | AFC | DECATUR, AL. | 10/17/2002 | 11/05/2002 | 19 | 56780 | 6430-3ND |
| CERT. SOUTHERN STATES 76-30 OATS | PIKE FARM CO/OP | BRUNDIDGE, AL. | 11/07/2002 | 12/03/2002 | 26 | 56994 | 6430-3ND |
| CERT. TIBBEE CRIMSON CLOVER | AL. FARMERS CO-OP | DECATUR, AL. | 10/29/2002 | 11/12/2002 | 14 | 56903 | W6-2-CC-9 |
| CERT. TIFTON 9 BAHIAGRASS | BAILEY FEED & HARDWARE | ALEXANDER CITY | 11/04/2002 | 12/30/2002 | 56 | 56962 | A106 |
| CERT. TIFTON 9 BAHIAGRASS | GRO SOUTH  MONTGOMERY AL | | 11/14/2002 | 12/30/2002 | 46 | 57064 | MP1 |
| CERT. TIFTON 9 BAHIAGRASS | GRO SOUTH  MONTGOMERY AL | | 11/14/2002 | 12/30/2002 | 46 | 57065 | MP2 |
| CERT. TIFTON 9 BAHIAGRASS | MID-STATE FARMER'S CO-OP | CLANTON, AL. | 11/18/2002 | 12/30/2002 | 42 | 57070 | 01-106-C-303 |
| CERT. TIFTON 9 BAHIAGRASS | MID-STATE FARMER'S CO-OP | CLANTON, AL. | 11/18/2002 | 12/30/2002 | 42 | 57071 | 2092-80 |
| CERT. TIFTON 9 BAHIAGRASS | MID-STATE FARMER'S CO-OP | CLANTON, AL. | 11/18/2002 | 12/30/2002 | 42 | 57072 | WP 8 |
| CERT. ZIPPERCREAM COWPEA | GRO SOUTH  MONTGOMERY AL | | 11/20/2002 | 12/09/2002 | 19 | 57083 | 1181-09 |
| CERT. ZIPPERCREAM COWPEA | MONTGOMERY FARMERS CO-OP | | 11/25/2002 | 12/12/2002 | 17 | 57139 | 0189-03 |
| CERTIFIED ZIPPERCREAM COWPEA | GRO SOUTH  MONTGOMERY AL | | 11/21/2002 | 12/11/2002 | 20 | 57117 | 1181-15 |
| CHAMPION TURFGRASS PERENNIAL RYEGRASS MIXTURE | AGRO/PROSOURCE ONE | SUMMERDALE, AL. | 10/09/2002 | 11/14/2002 | 36 | 56685 | HS-2-430 |
| CHAMPION TURFGRASS PERENNIAL RYEGRASS MIXTURE | AGRO/PROSOURCE ONE | SUMMERDALE, AL. | 10/09/2002 | 11/14/2002 | 36 | 56688 | HS-2-1002 |
| CHAMPION TURFGRASS PERENNIAL RYEGRASS MIXTURE | AGRO/PROSOURCE ONE | SUMMERDALE, AL. | 10/09/2002 | 11/14/2002 | 36 | 56689 | HS-2-1003 |
| CHEROKEE WAX GARDEN BEANS | SEED SOUTH | DOTHAN, AL. | 12/06/2002 | 12/30/2002 | 24 | 57205 | 11-7200-709635 |
| CHUFAS | PHILLIPS FEED & SEED | UNION SPRINGS. AL. | 12/03/2002 | 12/30/2002 | 27 | 57172 | Y-139 |
| CITATION OATS | TRIPLE T FEED | FRUITDALE, AL. | 10/08/2002 | 11/06/2002 | 29 | 56679 | LL-02 |
| COKER 227 OATS | SOUTHERN STATES | DANVILLE, AL. | 10/17/2002 | 11/05/2002 | 19 | 56790 | 155 |
| COKER 9663 WHEAT | SOUTHERN STATES | DANVILLE, AL. | 10/17/2002 | 11/05/2002 | 19 | 56789 | UE202 |
| COMMODORE IMP (BUSH) GARDEN BEANS | GRO SOUTH  MONTGOMERY AL | | 11/14/2002 | 12/10/2002 | 26 | 57027 | 54-120-392 |
| COMMODORE IMPROVED GARDEN BEANS | SEGREST SEED COMPANY | SLOCOMB, AL. | 12/06/2002 | 12/30/2002 | 24 | 57190 | 294167 |

**SAMPLES TAKEN -- November 1, 2002 through December 31, 2002**

*(sorted by crop)*

| NAME GIVEN | SOURCE | DATE REC | REP DATE | #days | LAB | LOT |
|---|---|---|---|---|---|---|
| COMMON HULLED BERMUDAGRASS | ELMORE CO FARMERS EXCH: WETUMPKA | 10/30/2002 | 11/14/2002 | 15 | 56938 | 1471213 |
| CONTENDER BUSH BEAN | JONES SEED & FEED; CLANTON, AL. | 11/13/2002 | 12/11/2002 | 28 | 57018 | 55-122-120 |
| CONTENDER BUSH BEANS | GRO SOUTH  MONTGOMERY AL | 11/14/2002 | 12/16/2002 | 32 | 57030 | 55-122-120 |
| CONTENDER BUSH BEANS | SEED SOUTH      DOTHAN. AL. | 12/06/2002 | 12/16/2002 | 10 | 57206 | 55-122-120 |
| CONTENDER BUSH GARDEN BEAN | H.A. VAUGHAN FEED & SEED STORE; TUSKEGEE | 12/04/2002 | 12/12/2002 | 8 | 57179 | 55-122-120 |
| CONTENDER GARDEN BEAN | ELMORE CO FARMERS EXCH; WETUMPKA | 10/30/2002 | 12/12/2002 | 43 | 56918 | 0021-050 |
| CONTENDER GARDEN BEAN | THE FEED MILL 3180 CHANA CR RD | 10/31/2002 | 12/11/2002 | 41 | 56946 | 515042 |
| CONTENDER GARDEN BEAN | SEGREST SEED COMPANY      SLOCOMB. AL. | 11/07/2002 | 12/11/2002 | 34 | 57001 | 0021-050 |
| CONTENDER GARDEN BEAN | H.A. VAUGHAN FEED & SEED STORE; TUSKEGEE | 12/04/2002 | 12/11/2002 | 7 | 57177 | 301111 |
| CORONET SOUTHERNPEA | SIKES FEED & SEED      OPELIKA, AL. | 12/11/2002 | 12/30/2002 | 19 | 57225 | 8001 |
| COWHORN 22 OKRA | GRO SOUTH  MONTGOMERY AL | 11/14/2002 | 12/30/2002 | 46 | 57044 | 4162 |
| CREAM 40 COWPEA | GRO SOUTH  MONTGOMERY AL | 11/21/2002 | 12/09/2002 | 18 | 57116 | C-40 |
| DADE POLE GARDEN BEAN | CHILTON COUNTY FEED & SEED INC.; CLANTON, AL. | 11/06/2002 | 12/16/2002 | 40 | 56976 | 834 |
| DADE POLE GARDEN BEANS | SEGREST SEED COMPANY      SLOCOMB. AL. | 12/06/2002 | 12/16/2002 | 10 | 57189 | 834 |
| DALLISGRASS | GRO SOUTH  MONTGOMERY AL | 11/14/2002 | 12/30/2002 | 46 | 57043 | JLD-1-99 |
| DEFIANCE TURFGRASS TALL FESCUE MIXTURE | AGRO/PROSOURCE ONE      SUMMERDALE, AL. | 10/09/2002 | 11/14/2002 | 36 | 56688 | HS-2-820TG |
| DIXIE 18 CORN | GRO SOUTH  MONTGOMERY AL | 11/21/2002 | 12/12/2002 | 21 | 57108 | 9021 |
| DIXIE CRIMSON CLOVER | FAITHWAY FEED CO.      GUNTERSVILLE, AL | 10/03/2002 | 11/05/2002 | 33 | 56657 | Y16-0-CC-12 |
| DIXIE CRIMSON CLOVER | PENNINGTON SEED , INC.; CULLMAN | 10/16/2002 | 11/12/2002 | 27 | 56731 | Y16-0-CC-12 |
| DIXIE CRIMSON CLOVER | PENNINGTON SEED , INC.; CULLMAN | 10/16/2002 | 11/12/2002 | 27 | 56738 | Y16-0-CC-08 |
| DIXIE CRIMSON CLOVER | PENNINGTON SEED , INC.; CULLMAN | 10/16/2002 | 11/08/2002 | 23 | 56732 | Y16-9-CC-1 |
| DIXIE RESEEDING CRIMSON CLOVER | DALE FARM CO/OP      OZARK, AL. | 10/22/2002 | 11/12/2002 | 21 | 56804 | W6-1-CC-14 |
| DIXIELEE SOUTHERN PEA | GRO SOUTH  MONTGOMERY AL | 11/20/2002 | 12/11/2002 | 21 | 57089 | 7549 |
| DK9027 WHEAT | HELENA CHEM      TANNER, AL. | 11/26/2002 | 12/10/2002 | 14 | 57169 | DLF90278101 |
| DK9027 WHEAT | HELENA CHEM      TANNER, AL. | 11/26/2002 | 12/10/2002 | 14 | 57170 | DLF9027810 |
| DWARF ESSEX RAPE | GRO SOUTH  MONTGOMERY AL | 11/14/2002 | 12/09/2002 | 25 | 57056 | DXR |
| DWARF STALK LONG POD GREEN OKRA | GRO SOUTH  MONTGOMERY AL | 11/14/2002 | 12/30/2002 | 46 | 57046 | 10379 |
| EARLY ALASKA ENGLISH PEAS | CHILTON COUNTY FEED & SEED INC.; CLANTON, AL. | 11/06/2002 | 12/12/2002 | 36 | 56987 | G00-402 |
| EARLY ALASKA GARDEN PEA | ELMORE CO FARMERS EXCH: WETUMPKA | 10/30/2002 | 12/12/2002 | 43 | 56916 | C00402 |
| EK 102 WHEAT | AFC      DECATUR. AL | 10/03/2002 | 11/01/2002 | 29 | 56660 | 02-W022 |
| EK 102 WHEAT | AL. FARMER CO-OP      DECATUR, AL. | 11/19/2002 | 12/11/2002 | 22 | 57078 | 02-M019 |
| EK 102 WHEAT | DALE FARM CO/OP      OZARK, AL. | 10/22/2002 | 11/12/2002 | 21 | 56805 | 02-W015 |
| EK 102 WHEAT | AFC      DECATUR, AL | 10/17/2002 | 11/05/2002 | 19 | 56772 | 02-M015 |
| EK-102 WHEAT | JONES SEED & FEED; CLANTON, AL. | 10/18/2002 | 11/05/2002 | 18 | 56800 | 02-W035 |
| EK-102 WHEAT | MCMILLIAN & HARRISON: GRAND BAY, AL. | 10/24/2002 | 11/19/2002 | 26 | 56855 | 02-M014 |
| EK-102 WHEAT | MCMILLIAN & HARRISON; GRAND BAY, AL. | 10/24/2002 | 11/12/2002 | 19 | 56853 | 02-M016 |
| EK-102 WHEAT | MCMILLIAN & HARRISON; GRAND BAY, AL. | 10/24/2002 | 11/12/2002 | 19 | 56854 | 02-M013 |
| ELBON RYE | GREENE CO CO-OP      EUTAW, AL. | 11/07/2002 | 12/09/2002 | 32 | 56992 | 2686 |
| ELBON RYE | FAITHWAY FEED CO.      GUNTERSVILLE, AL | 10/03/2002 | 11/01/2002 | 29 | 56656 | LSC-4702 |
| ELBON RYE | FARMERS CO OP      ASHFORD, AL. | 10/22/2002 | 11/19/2002 | 28 | 56803 | LSC-2402 |
| ELBON RYE | UAP SOUTHEAST      ATMORE, AL. | 10/09/2002 | 11/06/2002 | 28 | 56692 | T1-220 |
| ELBON RYE | UAP SOUTHEAST      ATMORE, AL. | 10/09/2002 | 11/06/2002 | 28 | 56693 | T1-215 |
| ELBON RYE | UAP SOUTHEAST      ATMORE, AL. | 10/09/2002 | 11/06/2002 | 28 | 56691 | T1-216 |
| ELBON RYE | FARMERS CO OP      ASHFORD, AL. | 10/22/2002 | 11/18/2002 | 27 | 56801 | LSC-1501 |
| ELBON RYE | UAP SOUTHEAST      HEADLAND, AL. | 10/09/2002 | 11/05/2002 | 27 | 56697 | 605-02 |
| ELBON RYE | FARMERS CO-OP MKT.      FRISCO CITY, AL. | 10/24/2002 | 11/19/2002 | 26 | 56860 | 626-02 |
| ELBON RYE | FARMERS CO-OP MKT.      FRISCO CITY, AL. | 10/24/2002 | 11/19/2002 | 26 | 56861 | 608-02 |
| ELBON RYE | SOUTHERN STATES CO-OP;  ATHENS, AL. | 10/18/2002 | 11/08/2002 | 23 | 56721 | LSC-0702 |
| ELBON RYE | UAP SOUTHEAST      ATMORE, AL. | 11/21/2002 | 12/12/2002 | 21 | 57103 | T1-221 |
| ELBON RYE | PENNINGTON SEED , INC.; CULLMAN | 10/16/2002 | 11/05/2002 | 20 | 56740 | S-1164 |
| ELBON RYE | SOUTHERN STATES CO-OP;      ATHENS, AL. | 10/16/2002 | 11/05/2002 | 20 | 56719 | LSC-6202 |
| ELBON RYE | SOUTHERN STATES CO-OP;      ATHENS, AL. | 10/16/2002 | 11/05/2002 | 20 | 56720 | LSC-3402 |
| ELBON RYE | SOUTHERN STATES CO-OP;      ATHENS, AL. | 10/16/2002 | 11/05/2002 | 20 | 56724 | 609-02 |
| ELBON RYE | SOUTHERN STATES CO-OP;      ATHENS, AL. | 10/16/2002 | 11/05/2002 | 20 | 56725 | 616-02 |
| ELBON RYE | AFC      DECATUR. AL | 10/17/2002 | 11/05/2002 | 19 | 56776 | 240-1 |
| ELBON RYE | CLEMMONS & HAMNER; KILLEN AL | 10/30/2002 | 11/18/2002 | 19 | 56930 | 609-02 |
| ELBON RYE | CLEMMONS & HAMNER; KILLEN AL | 10/30/2002 | 11/18/2002 | 19 | 56929 | 614-02 |
| ELBON RYE | WINSTON CO. CO-OP      HALEYVILLE, AL. | 10/17/2002 | 11/05/2002 | 19 | 56787 | 605-01 |
| ELBON RYE | CLEMMONS & HAMNER; KILLEN AL | 11/26/2002 | 12/10/2002 | 14 | 57152 | S-1164 |
| ELBON RYE | LAWRENCE CO. EXCHANGE; COURTLAND, AL. | 11/26/2002 | 12/10/2002 | 14 | 57165 | 250.3 |
| ELBON RYE | LAWRENCE CO. EXCHANGE; COURTLAND, AL. | 11/26/2002 | 12/10/2002 | 14 | 57166 | 250.2 |
| ELBON RYE | LAWRENCE CO. EXCHANGE; COURTLAND, AL. | 11/26/2002 | 12/10/2002 | 14 | 57168 | 240.1 |
| ELITE COWPEAS | JONES SEED & FEED; CLANTON, AL. | 11/13/2002 | 12/11/2002 | 28 | 57013 | 7544-7 |
| EMERALD GREEN VELVET OKRA | GRO SOUTH  MONTGOMERY AL | 11/14/2002 | 12/30/2002 | 46 | 57045 | 4160 |
| FALCON 111 TALL FESCUE | COLBERT FARMERS CO OP TUSCUMBIA AL | 10/30/2002 | 11/18/2002 | 19 | 56928 | P43-2-43 |
| FFR 540 WHEAT | AFC  DECATUR AL | 10/30/2002 | 11/19/2002 | 20 | 56934 | 11067 |
| FFR 540 WHEAT | AFC DECATUR, AL | 10/30/2002 | 11/19/2002 | 20 | 56935 | 11071 |
| FFR 540 WHEAT | AFC      DECATUR, AL. | 10/17/2002 | 11/05/2002 | 19 | 56746 | 11079 |
| FFR 739W HYBRID CORN | MID-STATE FARMER'S CO-OP      CLANTON, AL. | 11/18/2002 | 12/12/2002 | 24 | 57074 | 9921 |

01/06/2003 | 3 | C:\My Documents\SamplesTakenNov02Dec02

**SAMPLES TAKEN -- November 1, 2002 through December 31, 2002**
*(sorted by crop)*

| NAME GIVEN | SOURCE | DATE REC | REP DATE | #days | LAB | LOT |
|---|---|---|---|---|---|---|
| FFR540 WHEAT | AFC  DECATUR AL | 10/30/2002 | 11/19/2002 | 20 | 56933 | 11082 |
| FFR029W HYBRID SEED CORN | ELMORE CO FARMERS EXCH;  WETUMPKA | 10/30/2002 | 12/11/2002 | 42 | 56940 | A20021 |
| FL HYBRID SILVERQUEEN CORN | GRO SOUTH  MONTGOMERY  AL | 11/20/2002 | 12/12/2002 | 22 | 57084 | NC 7130 MR |
| FL QUEEN GOLDEN SWEET CORN | GRO SOUTH  MONTGOMERY  AL | 11/20/2002 | 12/12/2002 | 22 | 57087 | 659977 |
| FLORIDA BROADLEAF MUSTARD | GRO SOUTH  MONTGOMERY  AL | 11/14/2002 | 12/09/2002 | 25 | 57054 | Y68FM01 |
| FLORIDA BROADLEAF MUSTARD | MONTGOMERY SEED & SUPPLY CO., INC. | 11/25/2002 | 12/11/2002 | 16 | 57147 | Y68FM01 |
| FLORIDA BROADLEAF MUSTARD | MONTGOMERY SEED & SUPPLY CO., INC. | 11/25/2002 | 12/11/2002 | 16 | 57145 | 7434000 |
| FLORIDA BUTTER LIMA BEANS | GRO SOUTH  MONTGOMERY  AL | 11/14/2002 | 12/09/2002 | 25 | 57031 | 285 |
| FLORIDA BUTTER LIMA BEANS | SEED SOUTH     DOTHAN, AL. | 12/06/2002 | 12/16/2002 | 10 | 57204 | 265 |
| FLORIDA SPECKLED LIMA BEAN | CHILTON COUNTY FEED & SEED INC.; CLANTON, AL. | 11/06/2002 | 12/10/2002 | 34 | 56977 | 00490 |
| FLORIDA SPECKLED LIMA BEANS | FARMERS FEED SERVICE    WETUMPKA, AL. | 10/29/2002 | 12/09/2002 | 41 | 56889 | 00490 |
| FORDHOOK 242 LIMA BEANS | GRO SOUTH  MONTGOMERY  AL | 11/14/2002 | 12/10/2002 | 26 | 57038 | 288 |
| FORDHOOK 242 LIMA BEANS | SEED SOUTH     DOTHAN, AL. | 12/06/2002 | 12/30/2002 | 24 | 57198 | 288 |
| GA CERT TIFTON 9 BAHIAGRASS | DILLARDS FEED MILL, 85 DILLARD RD, TALLASSEE | 11/01/2002 | 12/10/2002 | 39 | 56952 | SF0136 |
| GA. MITCHELL OATS | FARMERS CO OP     ASHFORD, AL | 10/22/2002 | 11/19/2002 | 28 | 56802 | JS-LL |
| GEORGIA COLLARDS | MONTGOMERY SEED & SUPPLY CO., INC. | 11/25/2002 | 12/09/2002 | 14 | 57146 | 91303 |
| GEORGIA COLLARDS | H.A. VAUGHAN FEED & SEED STORE; TUSKEGEE | 12/04/2002 | 12/11/2002 | 7 | 57181 | 91303 |
| GEORGIA MITCHELL OATS | AL. FARMER CO-OP     DECATUR, AL. | 11/19/2002 | 12/04/2002 | 15 | 57075 | J.C. 175 |
| GIANT SOUTHERN CURLED MUSTARD | MONTGOMERY SEED & SUPPLY CO., INC. | 11/25/2002 | 12/09/2002 | 14 | 57148 | PO141 |
| GOLDEN QUEEN F1 HYBRID SWEET CORN | SEED PROCESSORS, INC.     WETUMPKA, AL | 10/29/2002 | 12/11/2002 | 43 | 56881 | NC9073MF |
| GOLDEN QUEEN F1 HYBRID SWEET CORN | GRO SOUTH  MONTGOMERY  AL | 11/21/2002 | 12/12/2002 | 21 | 57105 | 659977 |
| GOLDEN QUEEN F1 SWEET CORN | BAILEY FEED & HARDWARE   ALEXANDER CITY | 11/04/2002 | 12/12/2002 | 38 | 56959 | NC9073MF |
| GRAZER WHEAT | ROBERTSDALE FEED STORE PO BOX 523 | 10/31/2002 | 11/19/2002 | 19 | 56951 | DKG4801 |
| GREEN ARROW GARDEN PEA | GRO SOUTH  MONTGOMERY  AL | 11/20/2002 | 12/12/2002 | 22 | 57094 | 56-240-075 |
| GREEN ARROW GARDEN PEA | H.A. VAUGHAN FEED & SEED STORE, TUSKEGEE | 12/04/2002 | 12/12/2002 | 8 | 57182 | 191101 |
| GREEN CROP GARDEN BEAN | JONES SEED & FEED;  CLANTON, AL. | 11/13/2002 | 12/16/2002 | 33 | 57020 | 50-130-103 |
| GREENCROP GARDEN BEAN | SEGREST SEED COMPANY    SLOCOMB, AL. | 12/06/2002 | 12/16/2002 | 10 | 57192 | 515051 |
| GULF ANNAUL RYEGRASS | FAITHWAY FEED CO.     GUNTERSVILLE, AL | 10/29/2002 | 11/19/2002 | 21 | 56906 | B5-2-CG4 |
| GULF ANNUAL RYEGRASS | AFC     DECATUR, AL | 10/16/2002 | 11/19/2002 | 34 | 56743 | B5-2-GSG33 |
| GULF ANNUAL RYEGRASS | AFC     DECATUR, AL | 10/16/2002 | 11/19/2002 | 34 | 56744 | B5-2-GSG24 |
| GULF ANNUAL RYEGRASS | AFC     DECATUR, AL | 10/16/2002 | 11/19/2002 | 34 | 56745 | B5-2-G12 |
| GULF ANNUAL RYEGRASS | FAITHWAY FEED CO.     GUNTERSVILLE, AL | 11/26/2002 | 12/30/2002 | 34 | 57164 | B5-2-CG22 |
| GULF ANNUAL RYEGRASS | AFC     DECATUR, AL | 10/17/2002 | 11/19/2002 | 33 | 56752 | P27-2-42G |
| GULF ANNUAL RYEGRASS | C.T. GARVIN FEED & SEED; HUNTSVILLE, AL | 10/17/2002 | 11/19/2002 | 33 | 56782 | P64-2-G1 |
| GULF ANNUAL RYEGRASS | CLEMMONS & HAMNER;  KILLEN AL | 10/17/2002 | 11/19/2002 | 33 | 56764 | L57-0-106G |
| GULF ANNUAL RYEGRASS | FAITHWAY FEED CO.     GUNTERSVILLE, AL | 10/17/2002 | 11/19/2002 | 33 | 56771 | L178-2-10G |
| GULF ANNUAL RYEGRASS | SOUTHERN STATES     DANVILLE, AL. | 10/17/2002 | 11/19/2002 | 33 | 56798 | L101-2-1G |
| GULF ANNUAL RYEGRASS | AFC     DECATUR, AL | 10/16/2002 | 11/15/2002 | 30 | 56741 | P27-2-43G |
| GULF ANNUAL RYEGRASS | MORGAN CO. CO-OP     DECATUR, AL. | 10/16/2002 | 11/12/2002 | 27 | 56726 | B29-2-11LG |
| GULF ANNUAL RYEGRASS | RED FOX   (AFC WHSE)     DOTHAN, AL. | 10/09/2002 | 11/05/2002 | 27 | 56700 | L41-2-G116 |
| GULF ANNUAL RYEGRASS | RED FOX   (AFC WHSE)     DOTHAN, AL. | 10/09/2002 | 11/05/2002 | 27 | 56701 | L32-2-16G |
| GULF ANNUAL RYEGRASS | MID-STATE FARMER'S CO-OP     CLANTON, AL. | 10/24/2002 | 11/19/2002 | 26 | 56876 | P72-1-ARG-1B |
| GULF ANNUAL RYEGRASS | SEED SOUTH     DOTHAN, AL. | 11/21/2002 | 12/16/2002 | 25 | 57134 | L39-2-G151 |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED , INC.; CULLMAN | 10/22/2002 | 11/14/2002 | 23 | 56813 | B5-2-G5 |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED , INC.; CULLMAN | 10/22/2002 | 11/14/2002 | 23 | 56816 | B5-2-DG1 |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED , INC.; CULLMAN | 10/22/2002 | 11/14/2002 | 23 | 56817 | B5-2-HG6 |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED , INC.; CULLMAN | 10/22/2002 | 11/14/2002 | 23 | 56818 | B5-2-HG4 |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED , INC.; CULLMAN | 10/22/2002 | 11/14/2002 | 23 | 56819 | B5-2-HG5 |
| GULF ANNUAL RYEGRASS | FEED & TACK     DOUBLE SPRINGS, AL. | 11/04/2002 | 11/26/2002 | 22 | 56964 | L172-2-G109 |
| GULF ANNUAL RYEGRASS | SEED SOUTH     DOTHAN, AL. | 11/21/2002 | 12/03/2002 | 12 | 57132 | L39-2-G144 |
| GULF ANNUAL RYEGRASS | SEED SOUTH     DOTHAN, AL. | 11/21/2002 | 12/03/2002 | 12 | 57133 | L39-2-G146 |
| HAIRY INDIGO | SEGREST SEED COMPANY    SLOCOMB, AL. | 12/06/2002 | 12/30/2002 | 24 | 57195 | I-802 |
| HARRISON OATS | AFC     DECATUR, AL | 10/17/2002 | 11/06/2002 | 20 | 56750 | BI02-18 |
| HASTING PROLIFIC (WHITE) CORN | BAILEY FEED & HARDWARE   ALEXANDER CITY | 11/04/2002 | 12/12/2002 | 38 | 56960 | 014 |
| HENDERSON BUSH LIMA BEAN | SEED PROCESSORS, INC.     WETUMPKA, AL | 10/29/2002 | 12/09/2002 | 41 | 56883 | SP-110 |
| HENDERSON BUSH LIMA BEAN | JONES SEED & FEED;  CLANTON, AL. | 11/13/2002 | 12/10/2002 | 27 | 57007 | C2544 |
| HENDERSON BUSH LIMA BEANS | THE FEED MILL 3180 CHANA CR RD | 10/31/2002 | 12/09/2002 | 39 | 56945 | 283 |
| HENDERSON BUSH LIMA BEANS | BAILEY FEED & HARDWARE   ALEXANDER CITY | 11/04/2002 | 12/09/2002 | 35 | 56961 | 283 |
| HENDERSON BUSH LIMA BEANS | GRO SOUTH  MONTGOMERY  AL | 11/14/2002 | 12/09/2002 | 25 | 57036 | 283 |
| HENDERSON LIMA BEAN | FARMERS FEED SERVICE    WETUMPKA, AL. | 10/29/2002 | 12/09/2002 | 41 | 56893 | E2160 |
| HENDERSON LIMA BEAN | ELMORE CO FARMERS EXCH; WETUMPKA | 10/30/2002 | 12/09/2002 | 40 | 56923 | 294142 |
| HENDERSON LIMA BEAN | ELMORE CO FARMERS EXCH; WETUMPKA | 10/31/2002 | 12/09/2002 | 39 | 56943 | 301191 |
| HENDERSON LIMA BEAN | CHILTON COUNTY FEED & SEED INC.; CLANTON, AL. | 11/06/2002 | 12/10/2002 | 34 | 56979 | E2160 |
| HENDERSON LIMA BEAN | JONES SEED & FEED;  CLANTON, AL. | 11/13/2002 | 12/10/2002 | 27 | 57008 | E2160 |
| HICKORY KING (O.P.) CORN | CLEMMONS & HAMNER;  KILLEN AL | 11/14/2002 | 12/11/2002 | 27 | 57048 | 159 |
| HICKORY KING WHITE  OPEN POLLINATED CORN | FEED SUPPLY & WESTERN  GUNTERSVILLE AL | 12/12/2002 | 12/30/2002 | 18 | 57232 | 881 |
| HICKORY KING WHITE CORN | GRO SOUTH  MONTGOMERY  AL | 11/21/2002 | 12/12/2002 | 21 | 57111 | 881 |
| HICKORY KING YELLOW CORN | GRO SOUTH  MONTGOMERY  AL | 11/21/2002 | 12/12/2002 | 21 | 57112 | 898 |
| HICKORY KING YELLOW CORN | GRO SOUTH  MONTGOMERY  AL | 11/21/2002 | 12/12/2002 | 21 | 57113 | 549 |

**SAMPLES TAKEN -- November 1, 2002 through December 31, 2002**
*(sorted by crop)*

| NAME GIVEN | SOURCE | DATE REC | REP DATE | #days | LAB | LOT |
|---|---|---|---|---|---|---|
| HULLED BERMUDAGRASS | JONES SEED & FEED;  CLANTON, AL. | 11/13/2002 | 12/30/2002 | 47 | 57015 | B2024 |
| HULLED BERMUDAGRASS | JONES SEED & FEED;  CLANTON, AL. | 11/13/2002 | 12/30/2002 | 47 | 57016 | B01015 |
| HULLED BERMUDAGRASS | B.W. CAPPS & SON, INC.  PHENIX CITY, AL. | 12/04/2002 | 12/30/2002 | 26 | 57175 | 0168 |
| HYBRID KANDY KORN EHFI SWEET CORN | CHILTON COUNTY FEED & SEED INC.; CLANTON, AL. | 11/06/2002 | 12/12/2002 | 36 | 56974 | NC0106MR |
| HYBRID PEACHES & CREAM EA EH F1 SWEET CORN | GRO SOUTH  MONTGOMERY AL | 11/20/2002 | 12/12/2002 | 22 | 57099 | 668122 |
| HYBRID SILER QUEEN F1 SWEET CORN | UNIVERSAL SEED & SUPPLY  BIRMINGHAM, AL. | 12/12/2002 | 12/30/2002 | 18 | 57248 | NC0088LR |
| HYBRID SILVER KING F1 SWEET CORN | SEED PROCESSORS, INC.  WETUMPKA, AL. | 10/29/2002 | 12/11/2002 | 43 | 56880 | NC0084LF |
| HYBRID SILVER KING F1 SWEET CORN | GRO SOUTH  MONTGOMERY AL | 11/21/2002 | 12/12/2002 | 21 | 57110 | 650580 |
| HYBRID SWEET G 90 F1 SWEET CORN | UNIVERSAL SEED & SUPPLY  BIRMINGHAM, AL. | 12/12/2002 | 12/30/2002 | 18 | 57250 | NC1186LR |
| HYBSWCORN-MERIT TREATED | FEED SUPPLY & WESTERN  GUNTERSVILLE, AL. | 12/12/2002 | 12/30/2002 | 18 | 57230 | 207067LF |
| ILLINOIS CERT PATTERSON WHEAT | COLBERT FARM CO OP  LEIGHTON  AL | 10/30/2002 | 11/19/2002 | 20 | 56931 | 502 |
| INDIA MUSTARD FLORIDA BROADLEAF | GRO SOUTH  MONTGOMERY AL | 11/14/2002 | 12/09/2002 | 25 | 57058 | 8704000 |
| IRON & CLAY COWPEAS | DEEP SOUTH SUPPLY CO.  HUNTSBURG, AL. | 12/03/2002 | 12/12/2002 | 9 | 57173 | JA1 |
| IRON & CLAY MIXED COWPEAS | BLUE BARN   CHILDERSBURG, AL. | 11/05/2002 | 12/11/2002 | 36 | 56968 | A.H. 13 |
| JACKSON ANNUAL RYEGRASS | DALE FARM CO/OP   OZARK, AL. | 10/22/2002 | 11/14/2002 | 23 | 56808 | LA17-2-2L |
| JACKSON WONDER A/R LIMA BEANS | GRO SOUTH  MONTGOMERY AL | 11/14/2002 | 12/09/2002 | 25 | 57037 | 266 |
| JACKSON WONDER BABY LIMA BEAN | FARMERS FEED SERVICE   WETUMPKA, AL. | 10/29/2002 | 12/11/2002 | 43 | 56888 | A2104 |
| JACKSON WONDER BUSH LIMA BEANS | SEED PROCESSORS, INC.   WETUMPKA, AL. | 10/29/2002 | 12/09/2002 | 41 | 56877 | 254 |
| JACKSON WONDER DWARF LIMA | FARMERS FEED SERVICE   WETUMPKA, AL. | 10/30/2002 | 12/09/2002 | 40 | 56908 | 0409-872 |
| JACKSON WONDER LIMA BEAN | ELMORE CO FARMERS EXCH; WETUMPKA | 10/31/2002 | 12/09/2002 | 39 | 56944 | 515333 |
| JACKSON WONDER LIMA BEAN | CHILTON COUNTY FEED & SEED INC.; CLANTON, AL. | 11/06/2002 | 12/10/2002 | 34 | 56980 | E2152 |
| JACKSON WONDER LIMA BEAN | JONES SEED & FEED;  CLANTON, AL. | 11/13/2002 | 12/10/2002 | 27 | 57017 | E2152 |
| JACKSON WONDER LIMA BEAN | SEED SOUTH   DOTHAN, AL. | 12/06/2002 | 12/16/2002 | 10 | 57203 | 0409-872 |
| JACKSON WONDER LIMA BEANS | TALEECON FARMERS CO-OP   NOTASULGA, AL. | 12/09/2002 | 12/16/2002 | 7 | 57222 | 294112 |
| JADE GARDEN BEAN | CHILTON COUNTY FEED & SEED INC.; CLANTON, AL. | 11/06/2002 | 12/09/2002 | 33 | 56985 | 0613-J6 |
| JUMBO TETRAPLOID ANNUAL RYEGRASS | RED FOX   (AFC WHSE)   DOTHAN, AL. | 10/09/2002 | 11/08/2002 | 30 | 56702 | L101-2-35J |
| JUMBO TETRAPLOID ANNUAL RYEGRASS | RED FOX   (AFC WHSE)   DOTHAN, AL. | 10/09/2002 | 11/08/2002 | 30 | 56703 | L101-2-29J |
| JUMBO TETRAPLOID ANNUAL RYEGRASS | RED FOX   (AFC WHSE)   DOTHAN, AL. | 10/09/2002 | 11/08/2002 | 30 | 56704 | L101-2-33J |
| JUMBO TETRAPLOID ANNUAL RYEGRASS | RED FOX   (AFC WHSE)   DOTHAN, AL. | 10/09/2002 | 11/08/2002 | 30 | 56705 | L101-2-34J |
| JUMBO TETRAPLOID ANNUAL RYEGRASS | RED FOX   (AFC WHSE)   DOTHAN, AL. | 10/09/2002 | 11/08/2002 | 30 | 56707 | L101-2-24J |
| JUMBO TETRAPLOID ANNUAL RYEGRASS | RED FOX   (AFC WHSE)   DOTHAN, AL. | 10/09/2002 | 11/05/2002 | 27 | 56706 | L101-2-29J |
| KANDY KORN EHFI HYBRID SWEET CORN | GRO SOUTH  MONTGOMERY AL | 11/20/2002 | 12/11/2002 | 21 | 57086 | 644046 |
| KANDY KORN HYBRID SWEET EHF1 CORN | GRO SOUTH  MONTGOMERY AL | 11/21/2002 | 12/12/2002 | 21 | 57107 | 240802 |
| KENTUCKY 31 TALL FESCUE | LIMESTONE CO-OP   ATHENS, AL. | 10/03/2002 | 11/14/2002 | 42 | 56648 | 1837 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.; CULLMAN | 10/22/2002 | 12/03/2002 | 42 | 56810 | 20241GGR |
| KENTUCKY 31 TALL FESCUE | LIMESTONE CO-OP   ATHENS, AL. | 10/03/2002 | 11/08/2002 | 36 | 56647 | 1841B |
| KENTUCKY 31 TALL FESCUE | LIMESTONE CO-OP   ATHENS, AL. | 10/03/2002 | 11/08/2002 | 36 | 56649 | 1812B |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.; CULLMAN | 10/16/2002 | 11/20/2002 | 35 | 56733 | 20AV46 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.; CULLMAN | 10/18/2002 | 11/20/2002 | 35 | 56734 | 20AV45 |
| KENTUCKY 31 TALL FESCUE | AFC   DECATUR, AL | 10/17/2002 | 11/20/2002 | 34 | 56779 | 830 |
| KENTUCKY 31 TALL FESCUE | AFC DECATUR AL | 10/30/2002 | 12/03/2002 | 34 | 56932 | 2-89 |
| KENTUCKY 31 TALL FESCUE | C.T. GARVIN FEED & SEED; HUNTSVILLE, AL. | 11/05/2002 | 12/09/2002 | 34 | 56972 | 1812B |
| KENTUCKY 31 TALL FESCUE | C.T. GARVIN FEED & SEED; HUNTSVILLE, AL. | 11/05/2002 | 12/09/2002 | 34 | 56973 | T-19586 |
| KENTUCKY 31 TALL FESCUE | C.T. GARVIN FEED & SEED; HUNTSVILLE, AL. | 10/17/2002 | 11/20/2002 | 34 | 56783 | 1837 |
| KENTUCKY 31 TALL FESCUE | COLBERT FARMER CO OP  LEIGHTON AL | 10/30/2002 | 12/03/2002 | 34 | 56927 | 1-578 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.; CULLMAN | 10/17/2002 | 11/20/2002 | 34 | 56758 | 22216GR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.; CULLMAN | 10/17/2002 | 11/20/2002 | 34 | 56759 | *798 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.; CULLMAN | 10/17/2002 | 11/20/2002 | 34 | 56760 | #1 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.; CULLMAN | 10/17/2002 | 11/20/2002 | 34 | 56761 | #8 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.; CULLMAN | 10/17/2002 | 11/20/2002 | 34 | 56762 | #9 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.; CULLMAN | 10/17/2002 | 11/20/2002 | 34 | 56769 | #6 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.; CULLMAN | 10/17/2002 | 11/20/2002 | 34 | 56770 | #7 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.; CULLMAN | 11/26/2002 | 12/30/2002 | 34 | 57154 | 22233GR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.; CULLMAN | 11/26/2002 | 12/30/2002 | 34 | 57155 | 22210GR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.; CULLMAN | 11/26/2002 | 12/30/2002 | 34 | 57156 | 20300GGR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.; CULLMAN | 11/26/2002 | 12/30/2002 | 34 | 57158 | 22341GGR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.; CULLMAN | 11/26/2002 | 12/30/2002 | 34 | 57160 | 22350GGR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.; CULLMAN | 11/26/2002 | 12/30/2002 | 34 | 57163 | 22323GGR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.; CULLMAN | 11/05/2002 | 12/09/2002 | 34 | 56970 | *825 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.; CULLMAN | 10/22/2002 | 11/22/2002 | 31 | 56812 | 791 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.; CULLMAN | 10/22/2002 | 11/22/2002 | 31 | 56820 | 22291GGR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.; CULLMAN | 10/17/2002 | 11/15/2002 | 29 | 56757 | 22217GR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.; CULLMAN | 10/22/2002 | 11/20/2002 | 29 | 56811 | 20248GGR |
| KENTUCKY 31 TALL FESCUE | C.T. GARVIN FEED & SEED; HUNTSVILLE, AL. | 11/05/2002 | 12/03/2002 | 28 | 56971 | 1883 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.; CULLMAN | 10/22/2002 | 11/19/2002 | 28 | 56821 | 22290GGR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.; CULLMAN | 10/29/2002 | 11/22/2002 | 24 | 56905 | 20258GGR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.; CULLMAN | 10/29/2002 | 11/19/2002 | 21 | 56904 | 20257GGR |
| KENTUCKY 31 TALL FESCUE | FAITHWAY FEED CO.   GUNTERSVILLE, AL | 11/19/2002 | 12/09/2002 | 20 | 57080 | B310212-P |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.; CULLMAN | 12/13/2002 | 12/30/2002 | 17 | 57311 | 20318GGR |

**SAMPLES TAKEN  --  November 1, 2002 through December 31, 2002**
*(sorted by crop)*

| NAME GIVEN | SOURCE | DATE REC | REP DATE | #days | LAB | LOT |
|---|---|---|---|---|---|---|
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.; CULLMAN | 11/26/2002 | 12/12/2002 | 16 | 57182 | 22346GGR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.; CULLMAN | 11/26/2002 | 12/04/2002 | 8 | 57153 | 22332GR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED , INC.; CULLMAN | 11/26/2002 | 12/04/2002 | 8 | 57159 | 22332GGR |
| KENTUCKY 31 TALL FESCUE | COUNTRY CORNER MAIN ST  GUIN, AL. | 11/21/2002 | 11/26/2002 | 5 | 57102 | M109012-P |
| KENTUCKY WONDER BROWN BEANS | FARMERS FEED SERVICE   WETUMPKA, AL. | 10/29/2002 | 12/12/2002 | 44 | 56890 | 1070-95589 |
| KENTUCKY WONDER POLE BEAN | MONTGOMERY FARMERS CO-OP | 11/25/2002 | 12/11/2002 | 16 | 57141 | 037-03-061 |
| KENTUCKY WONDER POLE GARDEN BEAN | SEED PROCESSORS, INC.   WETUMPKA, AL. | 10/29/2002 | 12/11/2002 | 43 | 56879 | 301189 |
| KENTUCKY-31 TALL FESCUE | FAITHWAY FEED CO.     GUNTERSVILLE, AL | 10/29/2002 | 11/22/2002 | 24 | 56902 | T309202-P |
| KNUCKLE PURPLEHULL COWPEA | GRO SOUTH  MONTGOMERY AL | 11/21/2002 | 12/11/2002 | 20 | 57121 | 7622 |
| KNUCKLE PURPLEHULL SOUTHERNPEA | GRO SOUTH  MONTGOMERY AL | 11/21/2002 | 12/11/2002 | 20 | 57118 | 8121 |
| KNUCKLE PURPLEHULL SOUTHERNPEA | GRO SOUTH  MONTGOMERY AL | 11/21/2002 | 12/11/2002 | 20 | 57119 | 8122 |
| KY-31 TALL FESCUE | SOUTHERN STATES CO-OP:    ATHENS, AL. | 10/16/2002 | 11/20/2002 | 35 | 56718 | S3228 |
| KY-31 TALL FESCUE | SOUTHERN STATES     DANVILLE, AL. | 10/17/2002 | 11/20/2002 | 34 | 56791 | S3286 |
| KY-31 TALL FESCUE | SOUTHERN STATES     DANVILLE, AL. | 10/17/2002 | 11/20/2002 | 34 | 56792 | S3273 |
| KY-31 TALL FESCUE | SOUTHERN STATES     DANVILLE, AL. | 10/17/2002 | 11/20/2002 | 34 | 56794 | S3267 |
| LADY SOUTHERN PEA | CHILTON COUNTY FEED & SEED INC.; CLANTON, AL. | 11/06/2002 | 12/09/2002 | 33 | 56986 | 1288-7 |
| LADY SOUTHERNPEA | GRO SOUTH  MONTGOMERY AL | 11/20/2002 | 12/09/2002 | 19 | 57082 | 1288-7 |
| LARGE SPECKLED LIMA BEAN | GRO SOUTH  MONTGOMERY AL | 11/14/2002 | 12/10/2002 | 26 | 57040 | 217 |
| LARGE SPECKLED LIMA BEANS | SEED SOUTH     DOTHAN, AL. | 12/06/2002 | 12/30/2002 | 24 | 57199 | 217 |
| LAXTON PROGRESS #9  GARDEN PEAS | GRO SOUTH  MONTGOMERY AL | 11/20/2002 | 12/12/2002 | 22 | 57093 | 181875 |
| LAXTON PROGRESS #9 GARDEN PEA | ELMORE CO FARMERS EXCH; WETUMPKA | 10/30/2002 | 12/12/2002 | 43 | 56913 | 191104 |
| LITTLE MARVEL GARDEN PEA | GRO SOUTH  MONTGOMERY AL | 11/14/2002 | 12/12/2002 | 28 | 57060 | 77.4400-909506 |
| LOUISIANA PURPLE POD BEANS | GRO SOUTH  MONTGOMERY AL | 11/14/2002 | 12/10/2002 | 26 | 57022 | 22.2800-91522 |
| LOUISIANA PURPLE POD POLE BEANS | GRO SOUTH  MONTGOMERY AL | 11/14/2002 | 12/16/2002 | 32 | 57023 | 22.2800-94-819549 |
| MAMMOTH MELTING SUGAR PEA/GARDEN PEA | GRO SOUTH  MONTGOMERY AL | 11/20/2002 | 12/12/2002 | 22 | 57091 | 182759 |
| MANCAN BUCKWHEAT | SIKES FEED & SEED   OPELIKA, AL. | 12/11/2002 | 12/30/2002 | 19 | 57224 | LVBK-2 |
| MARSHALL ANNUAL RYEGRASS | AFC     DECATUR, AL | 10/03/2002 | 11/14/2002 | 42 | 56661 | LA5-2-70 |
| MARSHALL ANNUAL RYEGRASS | AFC     DECATUR, AL | 10/03/2002 | 11/08/2002 | 36 | 56662 | LA5-2-69 |
| MARSHALL ANNUAL RYEGRASS | AFC     DECATUR, AL | 10/03/2002 | 11/08/2002 | 36 | 56663 | LA5-2-68 |
| MARSHALL ANNUAL RYEGRASS | AFC     DECATUR, AL | 10/03/2002 | 11/08/2002 | 36 | 56664 | LA5-2-72 |
| MARSHALL ANNUAL RYEGRASS | DALE FARM CO-OP     OZARK, AL. | 10/22/2002 | 11/14/2002 | 23 | 56809 | L5-2-MRG79H |
| MARSHALL ANNUAL RYEGRASS | AL. FARMER CO-OP     DECATUR, AL. | 11/19/2002 | 12/09/2002 | 20 | 57079 | L27-2-1A |
| MARSHALL ANNUAL RYEGRASS | VALLEY FEED   DECATUR, AL. | 10/16/2002 | 11/05/2002 | 20 | 56710 | L44-2-18PM |
| MARSHALL ANNUAL RYEGRASS | AL. FARMER CO-OP     DECATUR, AL. | 11/19/2002 | 12/03/2002 | 14 | 57077 | L37-2-24M |
| MATON RYE | AFC     DECATUR, AL | 10/17/2002 | 11/06/2002 | 20 | 56781 | 2688 |
| MERIT HYBRID SWEET CORN | CHILTON COUNTY FEED & SEED INC.; CLANTON, AL. | 11/06/2002 | 12/11/2002 | 35 | 56991 | 307839 |
| MERIT HYBRID SWEET CORN | GRO SOUTH  MONTGOMERY AL | 11/20/2002 | 12/12/2002 | 22 | 57101 | 207066 |
| MERIT HYBRID SWEET CORN | GRO SOUTH  MONTGOMERY AL | 11/20/2002 | 12/12/2002 | 22 | 57085 | 20766 |
| MISSISSIPPI CREAM SOUTHERN PEA | GRO SOUTH  MONTGOMERY AL | 11/21/2002 | 12/09/2002 | 18 | 57115 | 99A8561-C1522 |
| MISSISSIPPI PINKEYE SOUTHERN PEA | CHILTON COUNTY FEED & SEED INC.; CLANTON, AL. | 11/06/2002 | 12/11/2002 | 35 | 56982 | 00A-7800-D1131-A |
| MISSISSIPPI PINKEYE SOUTHERNPEA | JONES SEED & FEED;  CLANTON, AL. | 11/13/2002 | 12/11/2002 | 28 | 57009 | E1146/01A-7800 |
| MISSISSIPPI PURPLE SOUTHERNPEA | GRO SOUTH  MONTGOMERY AL | 11/20/2002 | 12/12/2002 | 21 | 57081 | 7935 |
| MOSBEYS WHITE PROLIFIC (O.P.) CORN | CLEMMONS & HAMNER;  KILLEN AL | 11/14/2002 | 12/12/2002 | 28 | 57049 | 161 |
| MTN WHITE 1/2 RUNNER GARDEN BEANS | SEGREST SEED COMPANY     SLOCOMB, AL | 11/07/2002 | 12/10/2002 | 33 | 57003 | 515223 |
| NC REG. COKER 9663 WHEAT | BRAGG FARMS     TONEY, AL. | 10/29/2002 | 11/21/2002 | 23 | 56907 | 6FR-2010B |
| NC. REG. COKER 9184 WHEAT | BRAGG FARMS     TONEY, AL. | 10/29/2002 | 11/19/2002 | 21 | 56894 | 61R-2209B |
| NC. REG. COKER 9803 WHEAT | BRAGG FARMS     TONEY, AL. | 10/29/2002 | 11/19/2002 | 21 | 56895 | 61R-24068 |
| NC. REG. COKER 9803 WHEAT | BRAGG FARMS     TONEY, AL. | 10/29/2002 | 11/19/2002 | 21 | 56896 | 61R-2405B |
| NC. REG. COKER 9835 WHEAT | BRAGG FARMS     TONEY, AL. | 10/29/2002 | 11/19/2002 | 21 | 56897 | 6FR-2008B |
| NEMAGREENS LIMA BEANS | GRO SOUTH  MONTGOMERY AL | 11/14/2002 | 12/09/2002 | 25 | 57028 | 330 |
| NEW ZEALAND WHITE CLOVER | SOUTHERN STATES CO-OP:    ATHENS, AL. | 10/16/2002 | 11/08/2002 | 23 | 56717 | R25079 |
| NOVELLA II GARDEN PEA | CHILTON COUNTY FEED & SEED INC.; CLANTON, AL. | 11/08/2002 | 12/12/2002 | 36 | 56984 | NP0891 |
| OKLON RYE | MADISON COUNTY CO-OP; HAZEL GREEN, AL. | 10/03/2002 | 11/01/2002 | 29 | 56654 | 2693 |
| OKLON RYE | MADISON COUNTY CO-OP; HAZEL GREEN, AL. | 10/03/2002 | 11/01/2002 | 29 | 56655 | 2688 |
| PASSEREL PLUS ANNUAL RYEGRASS | PENNINGTON SEED , INC.; CULLMAN | 10/03/2002 | 11/08/2002 | 36 | 56650 | P3-2-30 |
| PASSEREL PLUS ANNUAL RYEGRASS | PENNINGTON SEED , INC.; CULLMAN | 10/03/2002 | 11/08/2002 | 36 | 56851 | B27-2-P1 |
| PASSEREL PLUS ANNUAL RYEGRASS | PENNINGTON SEED , INC.; CULLMAN | 10/17/2002 | 11/19/2002 | 33 | 56753 | P64-2-P18 |
| PASSEREL PLUS ANNUAL RYEGRASS | PENNINGTON SEED , INC.; CULLMAN | 10/17/2002 | 11/19/2002 | 33 | 56754 | P64-2-P17 |
| PASSEREL PLUS ANNUAL RYEGRASS | PENNINGTON SEED , INC.; CULLMAN | 10/17/2002 | 11/19/2002 | 33 | 56755 | L122-2-A9 |
| PASSEREL PLUS ANNUAL RYEGRASS | PENNINGTON SEED , INC.; CULLMAN | 10/22/2002 | 11/14/2002 | 23 | 56815 | L5-2-AR47C |
| PASSEREL PLUS ANNUAL RYEGRASS | GOSHEN CO/OP     GOSHEN, AL. | 11/21/2002 | 12/09/2002 | 18 | 57125 | P64-2-P1 |
| PEACHES & CREAM HYBRID SWEET CORN | GRO SOUTH  MONTGOMERY AL | 11/20/2002 | 12/12/2002 | 22 | 57100 | 643179 |
| PENCIL COB (O.P.) CORN | CLEMMONS & HAMNER;  KILLEN AL | 11/28/2002 | 12/12/2002 | 16 | 57151 | 165 |
| PENCIL COB CORN | GRO SOUTH  MONTGOMERY AL | 11/21/2002 | 12/12/2002 | 21 | 57104 | 890 |
| PENCIL COB O. POLLI. CORN | UNIVERSAL SEED & SUPPLY    BIRMINGHAM, AL. | 12/12/2002 | 12/30/2002 | 18 | 57252 | 232 |
| PENCIL COBB CORN | SEED PROCESSORS, INC.   WETUMPKA, AL. | 10/29/2002 | 12/11/2002 | 43 | 56884 | 232 |
| PENNLEAF HYBRID PEARL MILLET | FARMERS FEED SERVICE   WETUMPKA, AL. | 10/30/2002 | 11/19/2002 | 20 | 56911 | 3551 D |
| PENSACOLA BAHIAGRASS | BLUE BARN    CHILDERSBURG, AL. | 11/04/2002 | 12/30/2002 | 56 | 56967 | SPI-870 |
| PENSACOLA BAHIAGRASS | KELLY SEED CO. INC.;    HARTFORD, AL. | 10/24/2002 | 12/10/2002 | 47 | 56871 | 2012-2 |

## SAMPLES TAKEN -- November 1, 2002 through December 31, 2002
**(sorted by crop)**

| NAME GIVEN | SOURCE | DATE REC | REP DATE | #days | LAB | LOT |
|---|---|---|---|---|---|---|
| PENSACOLA BAHIAGRASS | KELLY SEED CO. INC. : HARTFORD. AL. | 10/24/2002 | 12/10/2002 | 47 | 56872 | 2012-3 |
| PENSACOLA BAHIAGRASS | KELLY SEED CO. INC. : HARTFORD. AL. | 10/24/2002 | 12/10/2002 | 47 | 56873 | 2012 |
| PENSACOLA BAHIAGRASS | GRO SOUTH  MONTGOMERY AL | 11/14/2002 | 12/30/2002 | 46 | 57063 | RB-01 |
| PENSACOLA BAHIAGRASS | KELLY SEED CO. INC. : HARTFORD. AL. | 10/24/2002 | 12/09/2002 | 46 | 56874 | 2012-4 |
| PENSACOLA BAHIAGRASS | KELLY SEED CO. INC. : HARTFORD. AL. | 10/24/2002 | 12/09/2002 | 46 | 56875 | 2029 |
| PENSACOLA BAHIAGRASS | SEED SOUTH  DOTHAN. AL. | 10/24/2002 | 12/09/2002 | 46 | 56862 | BM04-TN-904 |
| PENSACOLA BAHIAGRASS | SEED SOUTH  DOTHAN. AL. | 10/24/2002 | 12/09/2002 | 46 | 56863 | BM05 |
| PENSACOLA BAHIAGRASS | SEED SOUTH  DOTHAN. AL. | 10/24/2002 | 12/09/2002 | 46 | 56864 | BM06 |
| PENSACOLA BAHIAGRASS | DILLARDS FEED MILL, 85 DILLARD RD, TALLASSEE | 11/01/2002 | 12/10/2002 | 39 | 56955 | 101 |
| PENSACOLA BAHIAGRASS | FLOYD'S FEED & SEED; DADEVILLE | 11/01/2002 | 12/10/2002 | 39 | 56957 | P-01-24 |
| PENSACOLA BAHIAGRASS | SEED SOUTH  DOTHAN. AL. | 11/21/2002 | 12/30/2002 | 39 | 57126 | 31 |
| PENSACOLA BAHIAGRASS | SEED SOUTH  DOTHAN. AL. | 11/21/2002 | 12/30/2002 | 39 | 57127 | 83 |
| PENSACOLA BAHIAGRASS | SEED SOUTH  DOTHAN. AL. | 11/21/2002 | 12/30/2002 | 39 | 57128 | 92 |
| PENSACOLA BAHIAGRASS | SEED SOUTH  DOTHAN. AL. | 11/21/2002 | 12/30/2002 | 39 | 57129 | 53 |
| PENSACOLA BAHIAGRASS | SEED SOUTH  DOTHAN. AL. | 11/21/2002 | 12/30/2002 | 39 | 57131 | SS |
| PIONEER 26R24 WHEAT | LIMESTONE CO-OP  ATHENS. AL. | 10/16/2002 | 11/05/2002 | 20 | 56708 | U98ZC012 |
| POTOMAC ORCHARDGRASS | GRO SOUTH  MONTGOMERY AL | 11/14/2002 | 12/30/2002 | 46 | 57042 | B5-8-P10 |
| POTOMAC ORCHARDGRASS | AFC  DECATUR. AL. | 10/03/2002 | 11/12/2002 | 40 | 56665 | B12-2-10 |
| POTOMAC ORCHARDGRASS | SOUTHERN STATES CO-OP: ATHENS. AL. | 10/16/2002 | 11/20/2002 | 35 | 56722 | B24-2-07 |
| POTOMAC ORCHARDGRASS | SOUTHERN STATES  DANVILLE. AL. | 10/17/2002 | 11/19/2002 | 33 | 56793 | B24-2-O6 |
| POTOMAC ORCHARDGRASS | SOUTHERN STATES  DANVILLE. AL. | 10/17/2002 | 11/19/2002 | 33 | 56797 | B12-1-7 |
| POTOMAC ORCHARDGRASS | LIMESTONE CO-OP  ATHENS. AL. | 10/16/2002 | 11/14/2002 | 29 | 56714 | B22-2-OG21 |
| PRESTO TRITICAL | SOUTHERN STATES STORE  HENAGAR, AL. | 11/14/2002 | 12/11/2002 | 27 | 57047 | T-19460 |
| PRINE TETRAPLOID ANNUAL RYEGRASS | BRADFORD OUTDOOR  GROVE HILL, AL. | 10/08/2002 | 11/08/2002 | 31 | 56682 | L145-2-JA8 |
| PURPLEHULL BIG BOY SOUTHERNPEA | GRO SOUTH  MONTGOMERY AL | 11/21/2002 | 12/09/2002 | 18 | 57120 | 8128-B |
| RAPID FIRE TURFGRASS PENNIAL RYEGRASS MIXTURE | AGRO/PROSOURCE ONE  SUMMERDALE, AL. | 10/09/2002 | 11/08/2002 | 30 | 56687 | 1-0815P |
| RATTLESNAKE PL GARDEN BEAN | ELMORE CO FARMERS EXCH: WETUMPKA | 10/30/2002 | 12/11/2002 | 42 | 56924 | 301184 |
| RATTLESNAKE POLE BEANS | THE FEED MILL  3180 CHANA CR RD | 10/31/2002 | 12/11/2002 | 41 | 56947 | 56-557-026 |
| RATTLESNAKE POLE GARDEN BEAN | JONES SEED & FEED;  CLANTON, AL. | 11/13/2002 | 12/12/2002 | 29 | 57014 | 56-557-026 |
| RATTLESNAKE VINE BEAN | ELMORE CO FARMERS EXCH; WETUMPKA | 10/30/2002 | 12/11/2002 | 42 | 56917 | 56-557-026 |
| RATTLESNAKE VINE BEANS | FARMERS FEED SERVICE  WETUMPKA, AL. | 10/30/2002 | 12/11/2002 | 42 | 56909 | 56-557-026 |
| RATTLESNAKE VINE GARDEN BEAN | CHILTON COUNTY FEED & SEED INC.: CLANTON. AL. | 11/06/2002 | 12/11/2002 | 35 | 56981 | 56-557-026 |
| RED RIPPER SOUTHERNPEA | MONTGOMERY FARMERS CO-OP | 11/25/2002 | 12/12/2002 | 17 | 57142 | RR1096 |
| ROMA 11 BUSH BEANS | SEED SOUTH  DOTHAN, AL. | 12/06/2002 | 12/16/2002 | 10 | 57210 | 072-03-902 |
| ROMA II GARDEN BEAN | SEED PROCESSORS, INC.  WETUMPKA, AL. | 10/29/2002 | 12/11/2002 | 43 | 56882 | 301243 |
| SADANDY COWPEA | JONES SEED & FEED;  CLANTON. AL. | 11/13/2002 | 12/11/2002 | 28 | 57012 | 64080 |
| SADANDY COWPEA | GRO SOUTH  MONTGOMERY AL | 11/21/2002 | 12/09/2002 | 18 | 57122 | 64080 |
| SAHARA BERMUDAGRASS | THE FEED MILL 3180 CHANA CR RD | 10/31/2002 | 12/03/2002 | 33 | 56948 | 11453 |
| SAN ANTONIO CRIMSON CLOVER | PENNINGTON SEED , INC.: CULLMAN | 10/17/2002 | 11/12/2002 | 26 | 56756 | L144-0-0SAC01 |
| SELECT TALL FESCUE | SOUTHERN STATES STORE  ONEONTA, AL. | 10/03/2002 | 11/14/2002 | 42 | 56645 | W10-2-TF14 |
| SELECT TALL FESCUE | SOUTHERN STATES  DANVILLE. AL. | 10/17/2002 | 11/15/2002 | 29 | 56796 | W10-2-TF14 |
| SERALA LESPEDZA | LAUDERDALE CO CO OP  FLORENCE AL | 10/30/2002 | 12/03/2002 | 34 | 56926 | NS |
| SERECIA LESPEDZA | ELMORE CO FARMERS EXCH; WETUMPKA | 10/30/2002 | 12/03/2002 | 34 | 56939 | A30 |
| SESAME | TALEECON FARMERS CO-OP  NOTASULGA, AL. | 12/09/2002 | 12/30/2002 | 21 | 57219 | 5951 |
| SESAME | MONTGOMERY FARMERS CO-OP | 11/25/2002 | 12/09/2002 | 14 | 57140 | 67243 |
| SIEVA LIMA BEAN | ELMORE CO FARMERS EXCH; WETUMPKA | 10/31/2002 | 12/09/2002 | 39 | 56921 | 264 |
| SIEVA LIMA BEANS | CHILTON COUNTY FEED & SEED INC.: CLANTON, AL. | 11/06/2002 | 12/10/2002 | 34 | 56975 | 00510 |
| SIEVA POLE LIMA BEANS | FARMERS FEED SERVICE  WETUMPKA, AL. | 10/29/2002 | 12/09/2002 | 41 | 56892 | 323 |
| SILVER KING F1 HYBRID SWEET CORN | JONES SEED & FEED;  CLANTON. AL. | 11/13/2002 | 12/12/2002 | 29 | 57010 | 650623 |
| SILVER QUEEN F1 HYBRID SWEET CORN | GRO SOUTH  MONTGOMERY AL | 11/21/2002 | 12/12/2002 | 21 | 57106 | 681477 |
| SILVER QUEEN Fi HYBRID SWEET CORN | CHILTON COUNTY FEED & SEED INC.: CLANTON, AL. | 11/06/2002 | 12/12/2002 | 36 | 56990 | NC0092LR |
| SILVER QUEEN HYBRID SWEET CORN F1 | H.A. VAUGHAN FEED & SEED STORE; TUSKEGEE | 12/04/2002 | 12/12/2002 | 8 | 57180 | 681477 |
| SMR 58 CUCUMBER | JONES SEED & FEED;  CLANTON. AL. | 12/13/2002 | 12/30/2002 | 17 | 57263 | CUC3480 |
| SOU GIANT CURLED MUSTARD | CHILTON COUNTY FEED & SEED INC.: CLANTON. AL. | 11/06/2002 | 12/09/2002 | 33 | 56989 | C3357 |
| SOUTH AMERICAN POPCORN CORN | GRO SOUTH  MONTGOMERY AL | 11/21/2002 | 12/10/2002 | 19 | 57109 | 875 |
| SOUTHERN GIANT CURLED MUSTARD | GRO SOUTH  MONTGOMERY AL | 11/14/2002 | 12/09/2002 | 25 | 57055 | PO141 |
| SOUTHERN STATES 76-30 OATS | SOUTHERN STATES  ONEONTA. AL. | 10/03/2002 | 11/05/2002 | 33 | 56646 | 6430-1ND |
| SSCA CERT GEORGIA GREEN PEANUTS | GRO SOUTH  MONTGOMERY AL | 11/20/2002 | 12/18/2002 | 26 | 57088 | 0574 |
| STRIKE GARDEN BEANS | SEED SOUTH  DOTHAN. AL. | 12/06/2002 | 12/30/2002 | 24 | 57197 | 184727 |
| SUGAR GRAZE II SORGHUM SUDANGRASS HYBRID | GRO SOUTH  MONTGOMERY AL | 11/14/2002 | 12/03/2002 | 19 | 57068 | 221 |
| SWEET G90 HYBRID SWEET CORN "N" | UNIVERSAL SEED & SUPPLY  BIRMINGHAM, AL. | 12/12/2002 | 12/30/2002 | 18 | 57249 | NC0102F |
| SWEET G90F1 HYBRID SWEETCORN | GRO SOUTH  MONTGOMERY AL | 11/20/2002 | 12/12/2002 | 22 | 57098 | 694792 |
| SWEET HYBRID SILVER QUEEN F1 CORN | MID-STATE FARMER'S CO-OP  CLANTON, AL. | 11/18/2002 | 12/12/2002 | 24 | 57073 | 650538 |
| SWEETER-N-HONEY SORGHUM SUDANGRASS | GRO SOUTH  MONTGOMERY AL | 11/14/2002 | 11/25/2002 | 11 | 57062 | 0182 |
| SWEETER-N-HONEY SORGHUM X SUDANGRASS | GRO SOUTH  MONTGOMERY AL | 11/14/2002 | 12/03/2002 | 19 | 57066 | OA23B |
| T.C.I.A.-U.S.G. 3209-WHEAT | CLEMMONS & HAMNER;  KILLEN AL | 10/03/2002 | 11/01/2002 | 29 | 56670 | 129 |
| T C I.A -USG 3209-WHEAT | CLEMMONS & HAMNER;  KILLEN AL | 10/03/2002 | 11/01/2002 | 29 | 56671 | 130 |
| TALL TELEPHONE ALDERMAN PEAS | GRO SOUTH  MONTGOMERY AL | 11/20/2002 | 12/12/2002 | 22 | 57092 | 77-0300-869 031 |
| TAM 90 ANNUAL  RYEGRASS | UAP SOUTHEAST  HEADLAND, AL. | 10/09/2002 | 11/06/2002 | 28 | 56699 | L16-1-L118 |

**SAMPLES TAKEN -- November 1, 2002 through December 31, 2002**
(sorted by crop)

| NAME GIVEN | SOURCE | DATE REC | REP DATE | #days | LAB | LOT |
|---|---|---|---|---|---|---|
| TENDERGREEN IMP GARDEN BEAN | SEGREST SEED COMPANY    SLOCOMB. AL. | 12/06/2002 | 12/16/2002 | 10 | 57193 | 301146 |
| TENDERGREEN MUSTARD | DILLARDS FEED MILL, 85 DILLARD RD, TALLASSEE | 11/01/2002 | 12/09/2002 | 38 | 56956 | L111-0-DTM |
| TENNESSE GR POD GARDEN BEAN | ELMORE CO FARMERS EXCH; WETUMPKA | 10/30/2002 | 12/11/2002 | 42 | 56915 | 185343 |
| TENNESSEE GREEN POD GARDEN BEANS | SEGREST SEED COMPANY    SLOCOMB. AL. | 12/06/2002 | 12/30/2002 | 24 | 57191 | 185343 |
| TEXAS CREAM 12 -COWPEAS | GRO SOUTH  MONTGOMERY  AL | 11/20/2002 | 12/09/2002 | 19 | 57090 | 7617 |
| TEXAS CREAM 8 COWPEA | GRO SOUTH  MONTGOMERY  AL | 11/21/2002 | 12/09/2002 | 18 | 57114 | 1286 |
| THOMAS LAXTON GARDEN PEA | CHILTON COUNTY FEED & SEED INC.; CLANTON, AL. | 11/06/2002 | 12/12/2002 | 36 | 56983 | 54-280-693 |
| THOMAS LAXTON GARDEN PEAS | GRO SOUTH  MONTGOMERY  AL | 11/20/2002 | 12/12/2002 | 22 | 57098 | 191111 |
| THOMAS LAXTON PEAS | ELMORE CO FARMERS EXCH; WETUMPKA | 10/30/2002 | 12/11/2002 | 42 | 56914 | 54-280-693 |
| THOROGREEN LIMA BEAN | ELMORE CO FARMERS EXCH; WETUMPKA | 10/30/2002 | 12/09/2002 | 40 | 56925 | 301232 |
| THOROGREEN LIMA BEAN | ELMORE CO FARMERS EXCH; WETUMPKA | 10/31/2002 | 12/09/2002 | 39 | 56942 | 301234 |
| THOROGREEN LIMA BEANS | GRO SOUTH  MONTGOMERY  AL | 11/14/2002 | 12/10/2002 | 26 | 57025 | 44.8000-989410 |
| THOROGREENS LIMA BEANS | FARMERS SEED SERVICE    WETUMPKA, AL. | 10/30/2002 | 12/11/2002 | 42 | 56910 | 335 |
| TOPCROP GARDEN BEANS | SEED SOUTH    DOTHAN, AL. | 12/06/2002 | 12/30/2002 | 24 | 57202 | 11.6150-789430 |
| TRUCKER FAVORITE WHITE (O.P.) CORN | CLEMMONS & HAMNER;  KILLEN AL. | 11/28/2002 | 12/12/2002 | 16 | 57150 | 154 |
| TRUCKER FAVORITE YELLOW (O.P.) CORN | CLEMMONS & HAMNER;  KILLEN AL. | 11/14/2002 | 12/12/2002 | 28 | 57052 | 167 |
| TRUCKERS FAVORITE (W)  O P CORN | ELMORE CO FARMERS EXCH; WETUMPKA | 10/30/2002 | 12/11/2002 | 42 | 56922 | 878 |
| TRUCKERS FAVORITE (WHITE) OPEN POLLINATED CORN | UNIVERSAL SEED & SUPPLY    BIRMINGHAM, AL. | 12/12/2002 | 12/30/2002 | 18 | 57251 | 878 |
| TRUCKERS FAVORITE WHITE (O.P.) CORN | CLEMMONS & HAMNER;  KILLEN AL. | 11/14/2002 | 12/12/2002 | 28 | 57051 | 154 |
| TRUCKER'S FAVORITE WHITE O.P. CORN | SIKES FEED & SEED    OPELIKA, AL. | 12/11/2002 | 12/30/2002 | 19 | 57226 | 542 |
| TRUCKERS FAVORITE WHITE OPEN POLLINATED CORN | FEED SUPPLY & WESTERN  GUNTERSVILLE AL | 12/12/2002 | 12/30/2002 | 18 | 57231 | 878 |
| TRUCKERS FAVORITE YELLOW (O.P.) CORN | CLEMMONS & HAMNER;  KILLEN AL. | 11/14/2002 | 12/12/2002 | 28 | 57053 | 168 |
| UNHULLED BERMUDA VNS | DILLARDS FEED MILL, 85 DILLARD RD, TALLASSEE | 11/01/2002 | 11/18/2002 | 17 | 56954 | B02010 |
| UNHULLED BERMUDAGRASS | BAILEY FEED & HARDWARE    ALEXANDER CITY | 11/04/2002 | 12/30/2002 | 56 | 56963 | 351130H |
| UNHULLED BERMUDAGRASS | PENNINGTON SEED , INC.; CULLMAN | 10/16/2002 | 11/08/2002 | 23 | 56735 | B02010 |
| UNHULLED SERICEA LESPEDEZA | GRO SOUTH  MONTGOMERY  AL | 11/14/2002 | 12/30/2002 | 46 | 57059 | 3 |
| VATES COLLARDS | CHILTON COUNTY FEED & SEED INC.; CLANTON, AL. | 11/06/2002 | 12/11/2002 | 35 | 56988 | 7072-10130 |
| WANDA GARDEN PEA | GRO SOUTH  MONTGOMERY  AL | 11/20/2002 | 12/12/2002 | 22 | 57097 | EM-1172 |
| WEEPING LOVEGRASS | GRO SOUTH  MONTGOMERY  AL | 11/14/2002 | 12/12/2002 | 28 | 57032 | EM-1172 |
| WEEPING LOVEGRASS | GRO SOUTH  MONTGOMERY  AL | 11/14/2002 | 12/03/2002 | 19 | 57033 | AF-406 |
| WHEAT | CHUCK MCCANN    ATHENS, AL. | 11/04/2002 | 11/25/2002 | 21 | 56965 | GOR-1 |
| WHEAT | CHUCK MCCANN    ATHENS, AL. | 11/04/2002 | 11/25/2002 | 21 | 56966 | BK-1 |
| WHITE ACRE SOUTHERNPEA | GRO SOUTH  MONTGOMERY  AL | 11/21/2002 | 12/09/2002 | 18 | 57123 | 8237 |
| WHITE DIXIE BUTTERPEA LIMA BEANS | SEED SOUTH    DOTHAN, AL. | 12/06/2002 | 12/16/2002 | 10 | 57209 | 274 |
| WHITE HALF RUNNER SEMI-VINE BEANS | SEED SOUTH    DOTHAN, AL. | 12/06/2002 | 12/16/2002 | 10 | 57200 | 56-170-446 |
| WHITE KY. 191 GARDEN BEANS | GRO SOUTH  MONTGOMERY  AL | 11/14/2002 | 12/12/2002 | 28 | 57026 | 279 |
| WHITE TRUCKERS FAVORITE (O.P.) CORN | CLEMMONS & HAMNER;  KILLEN AL. | 11/14/2002 | 12/12/2002 | 28 | 57050 | 155 |
| WILLET WONDER GARDEN PEA | GRO SOUTH  MONTGOMERY  AL | 11/14/2002 | 12/11/2002 | 27 | 57061 | 181772 |
| WINTERGRAZER 70 RYE | PENNINGTON SEED , INC.; CULLMAN | 10/22/2002 | 11/18/2002 | 27 | 56814 | SPI-1105 |
| WINTERGRAZER 70 RYE | PENNINGTON SEED , INC.; CULLMAN | 10/16/2002 | 11/06/2002 | 21 | 56739 | 907 |
| WRENS ABRUZZI RYE | CAROLINA EASTERN-DOWLING, INC.;  OPP. AL. | 10/08/2002 | 11/06/2002 | 29 | 56678 | TPC-5302 |
| WRENS ABRUZZI RYE | BRADFORD OUTDOOR    GROVE HILL, AL. | 10/08/2002 | 11/04/2002 | 27 | 56681 | TPC-5302 |
| WRENS ABRUZZI RYE | BRADFORD OUTDOOR    GROVE HILL, AL. | 10/08/2002 | 11/04/2002 | 27 | 56680 | LSC-1002 |
| WRENS ABRUZZI RYE | WINSTON CO. CO-OP    HALEYVILLE, AL. | 10/17/2002 | 11/12/2002 | 26 | 56785 | 269 |
| WRENS ABRUZZI RYE | AFC    DECATUR, AL | 10/17/2002 | 11/05/2002 | 19 | 56777 | MSF-02R |
| WRENS ABRUZZI RYE | JONES SEED & FEED;  CLANTON. AL. | 10/18/2002 | 11/05/2002 | 18 | 56799 | LSC-1002 |
| WRENS ABRUZZI RYE | LAWRENCE CO. EXCHANGE;  COURTLAND, AL. | 11/26/2002 | 12/10/2002 | 14 | 57167 | 324 |
| WRENS RYE | CAROLINA EASTERN-DOWLING, INC.;  OPP. AL. | 10/08/2002 | 11/04/2002 | 27 | 56674 | TPC-W5 |
| WRENS RYE | CAROLINA EASTERN-DOWLING, INC.;  OPP. AL. | 10/08/2002 | 11/04/2002 | 27 | 56675 | TPC-W6 |
| WRENS RYE | CAROLINA EASTERN-DOWLING, INC.;  OPP. AL. | 10/08/2002 | 11/04/2002 | 27 | 56677 | TPC-W7 |
| WRENS RYE | CAROLINA EASTERN-DOWLING, INC.;  OPP. AL. | 10/08/2002 | 11/04/2002 | 27 | 56676 | TPC-W8 |
| WRENS RYE | CLEMMONS & HAMNER;  KILLEN AL. | 10/17/2002 | 11/05/2002 | 19 | 56767 | BSRW-2-1 |
| YELLOW GRANEX HYBRID ONION | FARMERS FEED SERVICE    WETUMPKA, AL. | 10/29/2002 | 11/08/2002 | 10 | 56885 | NS |
| YUCHI ARROWLEAF CLOVER | GOSHEN CO/OP    GOSHEN, AL. | 11/21/2002 | 12/30/2002 | 39 | 57124 | L51-0-AL2 |
| YUCHI ARROWLEAF CLOVER | FARMERS FEED SERVICE    WETUMPKA, AL. | 10/30/2002 | 11/21/2002 | 22 | 56912 | W6-1-AL-1010A |
| YUMA BERMUDAGRASS | DAN'S HARDWARE & SUPPLY, INC.; PHENIX  CITY | 10/23/2002 | 11/26/2002 | 34 | 56852 | 9878 |
| ZIPPERCREAM COWPEA | MONTGOMERY FARMERS CO-OP | 11/25/2002 | 12/16/2002 | 21 | 57138 | 7583-7-5 |

**540 samples taken**                                                    **27  avg. # days**




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

October 4, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

### MEMORANDUM

**TO:**        **JOHN CRAYTON, PROGRAM DIRECTOR**
              **SEED LABORATORY**

**FROM:**      **LANCE HESTER, DIVISION DIRECTOR**
              **AGRICULTURE AND ANIMAL PROTECTION**

**SUBJECT:**   **REPRIMAND FOR FAILURE TO PERFORM JOB PROPERLY**

In accordance with rules of the State Personnel Board, the purpose of this memorandum is to provide you with a written reprimand for failure to perform your responsibilities properly. Included in this memorandum are references and a history of the recent events that have made this reprimand necessary. This reprimand will be included and attached to your six months review as well as your annual appraisal.

On Tuesday September 21, 2004 Ronnie Murphy (Deputy Commissioner) was notified by the Commissioner's office about two complaints from seed processors or farmers that had samples in the seed laboratory for an extended period of time and had not received their analysis report. These samples were 'In Test' samples indicating the company needed the test results before they were to be sold or planted. One seed processor reported to the Commissioner's office that when he inquired about the tests that John Crayton indicated that the delay was due to the computer being down. Since that time we have had four additional complaints from industry indicating the negative economic impact that this delay has caused.

Ronnie Murphy contacted John Crayton after becoming aware of the first two complaints. Mr. Murphy informed me on Tuesday September 21, 2004 that John Crayton's explanation was that blank laboratory cards were on the server and could not be printed. Mr. Crayton indicated that they could not process samples because they had not been able to generate the cards from the computer since August 23, 2004. It should be noted that the computer server was down from August 23, 2004 until the week of September 20, 2004.

Through Mr. Murphy's communications with Mr. Crayton on September 21, 2004 it was determined that approximately fifty five (55) 'In Test' samples were in the laboratory

*Exhibit 12*

waiting processing and analysis. '*In* Test' samples are those sent in by industry or farmers to determine results required prior to sale or needed to make farm management decisions regarding what seed to plant. On the afternoon of Tuesday September 21, 2004 I visited with Mr. Crayton to emphasize again the need to get these processed as soon as possible. I also stated to Mr. Crayton that he was authorized to utilize compensatory time for overtime if this could speed up the process.

The events described in this memorandum should not have occurred. The unavailability of the data base from the server has caused inconveniencies. The critical choices you were faced with were as follows: (1) Changes could be made in the processing of samples to accommodate industry, farmer and Department needs; or (2) Services could be discontinued which would adversely affect the marketing abilities of the seed industries. The answer should have been obvious. We should have made changes in processing to accommodate the industry and farmer needs. However, the decision that was made disrupted commerce of seed and caused an embarrassment to the Department, the Commissioner and the employees. At no time did you choose to discuss this situation with your Division Director or the Deputy Commissioner. Simply generating the computer cards manually or through other available computer programs (such as Microsoft word) could have averted the whole situation.

The purpose of this reprimand is to facilitate correction. It is intended that this reprimand provide emphasis to the need to carefully consider the decisions that have a direct affect on those that we regulate and serve. I sincerely hope that we do not have to address similar situations in the future. However, any similar occurrences in the future will be addressed through the proper actions as set forth by the State Personnel Department. Additional violations of work rules could result in suspension or dismissal.

Certain steps need to be taken to assure that similar problems do not recur. Weekly meetings will be set to discuss with you the processing of samples through the seed laboratory. It will be necessary for you to provide a written weekly summary of the samples on hand in the laboratory. Any problems, priorities, goals or other relative topics should also be discussed at these meetings. These weekly sessions will be attended by Commissioner Ron Sparks and /or Deputy Commissioner Doug Rigney and/or Division Director Lance Hester.

As Program Director of the Seed Laboratory you have great responsibilities. It is my hope that you are very successful in achieving the desired results in the administration of you duties. If there is anything I can do to provide guidance or assistance please let me know.

**SAMPLES TAKEN – October 2003 through February 2004**

*(sorted by number of days taken)*

| NAME GIVEN | SOURCE | DATE REC | REP DATE | # days | LAB # | LOT # |
|---|---|---|---|---|---|---|
| HULLED BERMUDAGRASS | GRO SOUTH MONTGOMERY AL | 11/17/2003 | 2/5/2004 | 80 | 20392 | 1229 |
| DIXIE (RESEEDING) CRIMSON CLOVER | PENNINGTON SEED CO  CULLMAN AL | 9/3/2003 | 11/12/2003 | 70 | 20252 | L111-3-CRIM |
| FLORIDA BROADLEAF MUSTARD | ELMORE CO EXCHANGE  WETUMPKA AL | 12/12/2003 | 2/18/2004 | 68 | 20610 | L111-8-LGM |
| PARTRIDGE PEAS | THE FEED LOT  PIKE RD  AL | 12/2/2003 | 2/5/2004 | 65 | 20530 | 0224 |
| PENSACOLA BAHIAGRASS | SEED PROCESSORS  WETUMPKA AL 36093 | 12/3/2003 | 2/5/2004 | 64 | 20532 | 538 |
| SSCA CERT. GEORGIA GREEN PEANUTS | GRO SOUTH  MONTGOMERY AL | 11/14/2003 | 1/16/2004 | 63 | 20357 | SHP-2012-CGG |
| PENSACOLA BAHIAGRASS | AGRILIANCE - AFC  DECATUR AL | 11/25/2003 | 1/26/2004 | 62 | 20475 | 415 |
| KY 31 TALL FESCUE & POTOMAC ORCHARDGRASS MIX | CLEMMONS & HAMMER  KILLEN, AL | 10/16/2003 | 12/15/2003 | 60 | 20136 | F8-03 |
| KY 31/ ORCHARDGRASS MIXTURE | CLEMMONS & HAMMER  KILLEN, AL | 10/16/2003 | 12/15/2003 | 60 | 20138 | T-21306 |
| ARGENTINE BAHIAGRASS | AGRILIANCE - AFC  DECATUR AL | 11/25/2003 | 1/23/2004 | 59 | 20478 | 415 |
| ARGENTINE BAHIAGRASS | AGRILIANCE - AFC  DECATUR AL | 11/25/2003 | 1/23/2004 | 59 | 20479 | 407 |
| BERMUDAGRASS (HULLED) | MONTGOMERY SEED & SUPPLY CO    MONTG, AL. | 12/8/2003 | 2/5/2004 | 59 | 20547 | 1229 |
| BERMUDAGRASS MIXTURE | MONTGOMERY SEED & SUPPLY CO    MONTG, AL. | 12/8/2003 | 2/5/2004 | 59 | 20549 | SG-10 |
| BROWN TOP MILLET | CHILTON COUNTY FEED & SEED    CLANTON AL | 11/25/2003 | 1/21/2004 | 57 | 20489 | 1523 |
| CONTRACTORS MIXTURE | FLOYD'S FEED & SEED DADEVILLE AL | 12/23/2003 | 2/18/2004 | 57 | 20765 | L144-1-FCMS16G |
| BERMUDAGRASS ( COATED SEED ) | ELMORE CO EXCHANGE  WETUMPKA AL | 12/11/2003 | 2/5/2004 | 56 | 20594 | 140211 |
| REID'S YELLOW DENT CORN | ELMORE CO EXCHANGE  WETUMPKA AL | 12/12/2003 | 2/5/2004 | 56 | 20598 | 886 |
| WILDLIFE PLANTING MIX W/ CLOVER | CD'S FEED & SEED           ABBEVILLE, AL. | 10/6/2003 | 12/1/2003 | 56 | 20065 | SSF 821-03 |
| BOB OATS | SEED SOUTH  DOTHAN  AL | 10/22/2003 | 12/16/2003 | 55 | 20205 | 151-17 |
| BOB OATS | SEED SOUTH  DOTHAN  AL | 10/22/2003 | 12/16/2003 | 55 | 20206 | 151-2 |
| ELBON RYE | DALE COOP  ARITON AL | 10/22/2003 | 12/16/2003 | 55 | 20202 | 03164 |
| ELBON RYE | EUFAULA FARM SUPPLY  EUFAULA AL | 10/22/2003 | 12/16/2003 | 55 | 20208 | B-5157 |
| WREN'S ABRUZZI RYE | DALE COOP  ARITON AL | 10/22/2003 | 12/16/2003 | 55 | 20201 | 03147 |
| WREN'S ABRUZZI RYE | RED FOX  DOTHAN  AL | 10/22/2003 | 12/16/2003 | 55 | 20213 | 03230 |
| BERMUDAGRASS (HULLED) | SEED SOUTH  DOTHAN  AL | 10/22/2003 | 12/15/2003 | 54 | 20221 | 2198 |
| HOLLOW CROWN PARSNIP | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 2/10/2004 | 54 | 20698 | 869047 |
| POTOMAC ORCHARDGRASS | PENNINGTON SEED CULLMAN AL | 10/30/2003 | 12/22/2003 | 53 | 20268 | L55-1-OG1 |
| BERMUDAGRASS (COATED) | MID-STATE FARMERS CO-OP CLANTON AL | 12/15/2003 | 2/5/2004 | 52 | 20620 | 1092132 |
| BERMUDAGRASS (UNHULLED) | GRO SOUTH MONTGOMERY AL | 12/8/2003 | 1/28/2004 | 51 | 20548 | 2249 |
| PIONEER 30F33 HYBRID CORN | PETES FEED & SEED SYLACAUGA AL | 12/17/2003 | 2/6/2004 | 51 | 20621 | 202152 |
| DETROIT DARK RED BEET | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 2/6/2004 | 50 | 20684 | J181001 |
| DIXIELAND FALL WILDLIFE MIX | HENDRICKS FARM SUPPLY          TROY, AL. | 10/6/2003 | 11/25/2003 | 50 | 20055 | DL3-03 |
| HYBRID SPINACH SAVANNAH MUSTARD | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 2/6/2004 | 50 | 20644 | E727101 |
| SWISS CHARD RUBARB | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 2/6/2004 | 50 | 20677 | E072001 |
| APACHE ARROWLEAF CLOVER | AGRILIANCE - AFC  DECATUR AL | 12/23/2003 | 2/10/2004 | 49 | 20783 | END-2002-25 |
| BERMUDAGRASS | SEED PROCESSORS  WETUMPKA AL 36093 | 12/3/2003 | 1/21/2004 | 49 | 20534 | AMF0011 |
| CERT. TIFTON 9 BAHIAGRASS | FARMER'S FEED SERVICE  WETUMPKA AL | 11/24/2003 | 1/12/2004 | 49 | 20445 | UP-200 |
| DETROIT DARK RED BEET | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 2/5/2004 | 49 | 20682 | A451001 |
| JOHNSONGRASS | TRIPLE "T"  FEED & SEED  ALEXANDER CITY AL | 12/23/2003 | 2/10/2004 | 49 | 20759 | 2 |
| UNHULLED BERMUDAGRASS | SEED PROCESSORS  WETUMPKA AL 36093 | 12/3/2003 | 1/21/2004 | 49 | 20535 | 14226 |
| OR. CERT. FORAGER TALL FESQUE | BLOUNT CO. FARMERS CO-OP ONEONTA, AL | 1/8/2004 | 2/25/2004 | 48 | 20903 | LA13-0-FF1A |
| SSCA CERT. TIFTON 9 BAHIAGRASS | SEGREST SEED CO  SLOCOMB AL | 11/19/2003 | 1/6/2004 | 48 | 20415 | WP-9 |
| PENSACOLA BAHIAGRASS | AGRILIANCE - AFC  DECATUR AL | 10/30/2003 | 12/16/2003 | 47 | 20299 | 0813,B |
| HUNGARIAN WAX HOT PEPPER | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 2/2/2004 | 46 | 20729 | C742W |
| PENSACOLA BAHIAGRASS | AGRILIANCE - AFC  DECATUR AL | 10/30/2003 | 12/15/2003 | 46 | 20295 | 0773,B |
| PENSACOLA BAHIAGRASS | AGRILIANCE - AFC  DECATUR AL | 10/30/2003 | 12/15/2003 | 46 | 20296 | 0763,B |
| PENSACOLA BAHIAGRASS | AGRILIANCE - AFC  DECATUR AL | 10/30/2003 | 12/15/2003 | 46 | 20297 | 0803,B |
| PENSACOLA BAHIAGRASS | AGRILIANCE - AFC  DECATUR AL | 10/30/2003 | 12/15/2003 | 46 | 20298 | 0723A,B |
| PENSACOLA BAHIAGRASS | AGRILIANCE - AFC  DECATUR AL | 10/30/2003 | 12/15/2003 | 46 | 20300 | 0723,B |
| WHITE VIENNA KOHL RABI | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 2/2/2004 | 46 | 20701 | C6586 |
| AUSTRIAN WINTER FIELD PEA | UAP MADISON            MADISON, AL. | 10/3/2003 | 11/17/2003 | 45 | 20033 | 33144-AWP |
| CERT. TIFTON 9 BAHIAGRASS | GARRISON FARM & HOME  THORSBY AL | 12/22/2003 | 2/5/2004 | 45 | 20752 | SF0117 |
| FLORIDA BROADLEAF MUSTARD | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 2/6/2004 | 45 | 20809 | BIN |
| FLORIDA BROADLEAF MUSTARD | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 2/6/2004 | 45 | 20811 | Y6250 |
| KENBLUE KENTUCKY BLUEGRASS | PENNINGTON SEED INC CULLMAN AL | 10/17/2003 | 12/1/2003 | 45 | 20163 | K93-93-2 |
| PENSACOLA BAHIAGRASS | GARRISON FARM & HOME  THORSBY AL | 12/22/2003 | 2/5/2004 | 45 | 20748 | 1133 |
| BERMUDAGRASS (HULLED) | MONTGOMERY SEED & SUPPLY CO    MONTG, AL. | 12/8/2003 | 1/21/2004 | 44 | 20545 | BO2034 |
| BERMUDAGRASS (HULLED) | MONTGOMERY SEED & SUPPLY CO    MONTG, AL. | 12/8/2003 | 1/21/2004 | 44 | 20546 | 132107 |
| FLORIDA BROADLEAF MUSTARD | MONTGOMERY SEED & SUPPLY CO    MONTG, AL. | 12/8/2003 | 1/21/2004 | 44 | 20541 | Y68FM01 |
| PENSACOLA BAHIAGRASS | DAN'S HARDWARE & SUPPLY PHENIX CITY, AL | 1/12/2004 | 2/25/2004 | 44 | 20927 | MS-13 |
| AUSTRIAN WINTER FIELD PEA | SEED SOUTH           DOTHAN, AL. | 10/6/2003 | 11/17/2003 | 42 | 20054 | C1 |
| CERTIFIED TIFTON 9 BAHIAGRASS | JONES FEED & SEED CLANTON AL | 12/15/2003 | 1/26/2004 | 42 | 20615 | 12NS |
| PENSACOLA BAHIAGRASS | AGRILIANCE - AFC  DECATUR AL | 11/25/2003 | 1/6/2004 | 42 | 20473 | 370 |
| PENSACOLA BAHIAGRASS | AGRILIANCE - AFC  DECATUR AL | 11/25/2003 | 1/6/2004 | 42 | 20474 | 389 |
| PENSACOLA BAHIAGRASS | AGRILIANCE - AFC  DECATUR AL | 11/25/2003 | 1/6/2004 | 42 | 20476 | 441 |
| PENSACOLA BAHIAGRASS | CHANDLER'S GENERAL STORE HEFLIN, AL | 10/9/2003 | 11/20/2003 | 42 | 20086 | 370 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 2/18/2004 | 42 | 20888 | WP-100 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 2/18/2004 | 42 | 20889 | MP 109 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 2/18/2004 | 42 | 20891 | MP 212 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 2/18/2004 | 42 | 20893 | WP-200 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 2/18/2004 | 42 | 20894 | MP 108 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 2/18/2004 | 42 | 20895 | MP 107 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 2/18/2004 | 42 | 20896 | WP-8-10 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 2/18/2004 | 42 | 20897 | WP-200 |
| AFC HI-GRAZER HYBRID SORGHUM SUDANGRASS | AGRILIANCE - AFC  DECATUR AL | 12/23/2003 | 2/2/2004 | 41 | 20781 | 10210 |
| CERT. TIFTON 9 BAHIAGRASS | FARMERS EXCHANGE      BREWTON AL | 1/15/2004 | 2/25/2004 | 41 | 20953 | JB0004 |
| CERT. TIFTON 9 BAHIAGRASS | GROWERS SUPPLY              FRISCO CITY, AL | 1/15/2004 | 2/25/2004 | 41 | 20999 | WP-200 |
| CERT. TIFTON BAHIAGRASS | TALEECON FARMERS COOP NOTASULGA, AL | 1/8/2004 | 2/18/2004 | 41 | 20912 | BF2011 |
| CERT.TIFTON 9 BAHIAGRASS | BAILEY FEED & HARDWARE ALEXANDER CITY, AL | 1/8/2004 | 2/18/2004 | 41 | 20827 | SF0117 |

03/05/2004                 1

*Exhibit 13*

**SAMPLES TAKEN — October 2003 through February 2004**

*(sorted by number of days taken)*

| NAME GIVEN | SOURCE | DATE REC | REP DATE | # days | LAB # | LOT # |
|---|---|---|---|---|---|---|
| PENSACOLA BAHIAGRASS | TALEECON FARMERS COOP NOTASULGA, AL | 1/8/2004 | 2/18/2004 | 41 | 20908 | L002-044 |
| PENSACOLA BAHIAGRASS | TALEECON FARMERS COOP NOTASULGA, AL | 1/8/2004 | 2/18/2004 | 41 | 20909 | 175 |
| SS550 WHEAT | SOUTHERN STATES ATHENS, AL | 1/8/2004 | 2/18/2004 | 41 | 20904 | 6513-103FF |
| W.G.F. SORGHUM | FLOYD'S FEED & SEED DADEVILLE AL | 12/23/2003 | 2/2/2004 | 41 | 20762 | 10113 |
| AFC Hi-GRAZER HYBRID SORGHUM SUDANGRASS | GREEN CO. CO-OP    EUTAW, AL | 1/16/2004 | 2/25/2004 | 40 | 21026 | 10210 |
| BERMUDAGRASS (UNHULLED) | SEED SOUTH DOTHAN AL | 10/22/2003 | 12/1/2003 | 40 | 20223 | B02016 |
| CERT. TIFTON 9 BAHIAGRASS | GENEVA SEED CLEANERS    HARTFORD, AL | 1/16/2004 | 2/25/2004 | 40 | 21016 | V.H.63 |
| CERT. TIFTON 9 BAHIAGRASS | GENEVA SEED CLEANERS    HARTFORD, AL | 1/16/2004 | 2/25/2004 | 40 | 21017 | V.H.60 |
| CERT. TIFTON 9 BAHIAGRASS | GENEVA SEED CLEANERS    HARTFORD, AL | 1/16/2004 | 2/25/2004 | 40 | 21018 | V.H.81 |
| EARLY STRAIGHT NECK SQUASH | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/27/2004 | 40 | 20855 | 16112 |
| HICKORY KING (YELLOW) CORN | ELMORE CO EXCHANGE WETUMPKA AL | 12/12/2003 | 1/21/2004 | 40 | 20597 | 174 |
| PENSACOLA BAHIAGRASS | LUVERNE CO-OP    LUVERNE, AL | 1/16/2004 | 2/25/2004 | 40 | 21019 | 03-041 |
| PENSACOLA BAHIAGRASS | LUVERNE CO-OP    LUVERNE, AL | 1/16/2004 | 2/25/2004 | 40 | 21020 | 03-028 |
| PENSACOLA BAHIAGRASS | SEGREST SEED CO SLOCOMB AL | 11/19/2003 | 12/29/2003 | 40 | 20420 | 135-03 |
| PENSACOLA BAHIAGRASS | SEGREST SEED CO SLOCOMB AL | 11/19/2003 | 12/29/2003 | 40 | 20421 | 156-03 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | BOSTICK FARMS HEADLAND AL | 10/22/2003 | 12/1/2003 | 40 | 20211 | BF1 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | BOSTICK FARMS HEADLAND AL | 10/22/2003 | 12/1/2003 | 40 | 20212 | BF3 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | SEGREST SEED CO SLOCOMB AL | 11/19/2003 | 12/29/2003 | 40 | 20416 | WP-200 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | SEGREST SEED CO SLOCOMB AL | 11/19/2003 | 12/29/2003 | 40 | 20417 | 023 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | SEGREST SEED CO SLOCOMB AL | 11/19/2003 | 12/29/2003 | 40 | 20418 | 024 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | SEGREST SEED CO SLOCOMB AL | 11/19/2003 | 12/29/2003 | 40 | 20419 | 025 |
| TRUCKERS' FAVORITE (WHITE) CORN | ELMORE CO EXCHANGE WETUMPKA AL | 12/12/2003 | 1/21/2004 | 40 | 20595 | 162 |
| TRUCKERS' FAVORITE (YELLOW) CORN | ELMORE CO EXCHANGE WETUMPKA AL | 12/12/2003 | 1/21/2004 | 40 | 20596 | 167 |
| ARGENTINE BAHIAGRASS | TUCKER FARM CENTER PO 237 FRISCO CITY AL 36445 | 11/6/2003 | 12/15/2003 | 39 | 20309 | AO-1 |
| CERT. TIFTON 9 BAHIAGRASS | DILLARDS FEED MILL TALLASSEE AL | 11/20/2003 | 12/29/2003 | 39 | 20423 | WP-7 |
| CERT. TIFTON 9 BAHIAGRASS | GENEVA SEED CLEANERS SAMSON AL | 12/18/2003 | 1/26/2004 | 39 | 20702 | WDP-5 |
| CERT. TIFTON 9 BAHIAGRASS | GENEVA SEED CLEANERS SAMSON AL | 12/18/2003 | 1/26/2004 | 39 | 20703 | WDP-6 |
| CERT. TIFTON 9 BAHIAGRASS | GENEVA SEED CLEANERS SAMSON AL | 12/18/2003 | 1/26/2004 | 39 | 20704 | WDP-8 |
| CERT. TIFTON 9 BAHIAGRASS | GENEVA SEED CLEANERS SAMSON AL | 12/18/2003 | 1/26/2004 | 39 | 20705 | WDP-7 |
| CERT. TIFTON 9 BAHIAGRASS | GENEVA SEED CLEANERS SAMSON AL | 12/18/2003 | 1/26/2004 | 39 | 20706 | WDP-3 |
| HARRISON OATS | AGRILIANCE - AFC DECATUR AL | 10/16/2003 | 11/24/2003 | 39 | 20150 | 32086 |
| ITALIAN GIANT PARSLEY | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/26/2004 | 39 | 20700 | Y6277 |
| PENNINGTON DOVE MIXTURE | FLOYD'S FEED & SEED DADEVILLE, AL | 1/2/2004 | 2/10/2004 | 39 | 20821 | 20SP1-DV05 |
| PENSACOLA BAHIAGRASS | SIKES FEED & SEED OPELIKA AL | 11/20/2003 | 12/29/2003 | 39 | 20433 | MS-13 |
| LITTLE MARVEL GARDEN PEA | GRO SOUTH MONTGOMERY AL | 11/14/2003 | 12/22/2003 | 38 | 20370 | 181873 |
| BERMUDAGRASS (UNHULLED) | PHILLIPS FEED & SEED UNION SPRINGS AL | 12/15/2003 | 1/21/2004 | 37 | 20614 | AC587 |
| BROWNTOP MILLET | JONES FEED & SEED CLANTON AL | 12/15/2003 | 1/21/2004 | 37 | 20618 | 721 |
| MERIT HYBRID SWEET CORN | JONES FEED & SEED CLANTON AL | 12/15/2003 | 1/21/2004 | 37 | 20616 | 392739 |
| SUPREME BRAND HYBRID SORGHUM SUNDANGRASS | JONES FEED & SEED CLANTON AL | 12/15/2003 | 1/21/2004 | 37 | 20617 | 2125-1 |
| ZIPPER CREAM COWPEAS | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/13/2004 | 37 | 20884 | 2181-04 |
| (HULLED) BERMUDAGRASS | TRIPLE "T" FEED & SEED ALEXANDER CITY AL | 12/23/2003 | 1/28/2004 | 36 | 20760 | 132119 |
| CHUFA | JEMISON FARM CENTER JEMISON AL | 12/23/2003 | 1/28/2004 | 36 | 20754 | 3-A |
| KENTUCKY BLUEGRASS | ELMORE CO EXCHANGE WETUMPKA AL | 12/11/2003 | 1/16/2004 | 36 | 20593 | 2203KBE |
| KY 31 TALL FESCUE | CLARKS FEED & FARM SUPPLY ARDMORE AL | 10/28/2003 | 12/3/2003 | 36 | 20250 | K-7854 |
| LONG BRIGHT SCARLET RADISH | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/23/2004 | 36 | 20681 | K3230 |
| PASTO RICO BERMUDAGRASS , PASTURE MIX | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/12/2004 | 36 | 20855 | PR-30 |
| PENSACOLA BAHIAGRASS | DEEP SOUTH SUPPLY PO BOX 321 HURTSBORO, AL | 1/13/2004 | 2/18/2004 | 36 | 20941 | P-206 |
| BERMUDAGRASS (HULLED) | PETES FEED & SEED SYLACAUGA AL | 12/17/2003 | 1/21/2004 | 35 | 20623 | 11646 |
| BROWNTOP MILLET | WILLIAMS & SON FEED,SEED GOODWATER AL | 12/17/2003 | 1/21/2004 | 35 | 20626 | 1956 |
| CERT. TIFTON 9  BAHIAGRASS | M.L. AWBREY INC.    ROANOKE, AL | 1/21/2004 | 2/25/2004 | 35 | 21038 | A102 |
| CERT. TIFTON 9 BAHIAGRASS | SEED PROCESSORS WETUMPKA AL 36093 | 12/3/2003 | 1/7/2004 | 35 | 20533 | WP-7 |
| FLORIDA BROADLEAF MUSTARD | MONTGOMERY SEED & SUPPLY CO    MONTG, AL. | 12/8/2003 | 1/12/2004 | 35 | 20537 | 8704000 |
| LITTLE MARVEL GARDEN PEAS | GRO SOUTH MONTGOMERY AL | 11/17/2003 | 12/22/2003 | 35 | 20383 | 774400-909506 |
| MAMMOUTH MELTING SUGAR GARDEN PEA | GRO SOUTH MONTGOMERY AL | 11/17/2003 | 12/22/2003 | 35 | 20382 | 182754 |
| PENSACOLA BAHIAGRASS | SEED SOUTH    DOTHAN AL | 12/8/2003 | 1/12/2004 | 35 | 20551 | SF-2 |
| PENSACOLA BAHIAGRASS | SEED SOUTH    DOTHAN, AL | 12/8/2003 | 1/12/2004 | 35 | 20552 | SF-1 |
| SERECIA (UNHULLED) LESPEDEZA | TALEECON FARMERS COOP NOTASULGA, AL | 1/8/2004 | 2/12/2004 | 35 | 20907 | A30 |
| SOUTHERN GIANT CURLED MUSTARD | MONTGOMERY SEED & SUPPLY CO    MONTG, AL. | 12/8/2003 | 1/12/2004 | 35 | 20539 | PO141 |
| WANDO GARDEN PEA | GRO SOUTH MONTGOMERY AL | 11/17/2003 | 12/22/2003 | 35 | 20373 | 181758 |
| WANDO GARDEN PEA | GRO SOUTH MONTGOMERY AL | 11/17/2003 | 12/22/2003 | 35 | 20374 | 181031 |
| (UNHULLED) BERMUDAGRASS | AGRILIANCE AFC    DOTHAN, AL | 1/22/2004 | 2/25/2004 | 34 | 21064 | 1303120H |
| (UNHULLED) BERMUDAGRASS | B W CAPPS & SON OPELIKA , AL | 1/9/2004 | 2/12/2004 | 34 | 20918 | AC645 |
| (UNHULLED) BERMUDAGRASS | FLOYD'S FEED & SEED DADEVILLE, AL | 1/2/2004 | 2/5/2004 | 34 | 20825 | 2249 |
| 31R88 CORN | UNIVERSAL SEED & SUPPLY B-HAM AL | 1/22/2004 | 2/25/2004 | 34 | 21111 | A3WOR11013-00 |
| ATKINSON TOMATO | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/21/2004 | 34 | 20661 | H5168 |
| CHARLESTON WAKEFIELD CABBAGE | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/21/2004 | 34 | 20686 | 5127000 |
| CHUFAS | AGRILIANCE - AFC DECATUR AL | 1/22/2004 | 2/25/2004 | 34 | 21077 | 2 |
| CHUFAS | AGRILIANCE - AFC DECATUR AL | 1/22/2004 | 2/25/2004 | 34 | 21078 | 3 |
| CLEMSON 80 OKRA | GRO SOUTH MONTGOMERY AL | 11/18/2003 | 12/22/2003 | 34 | 20395 | 2010 |
| COMMON BERMUDAGRASS | LAWRENCE CO. EXCHANGE    MOULTON, AL | 1/22/2004 | 2/25/2004 | 34 | 21067 | 140211 |
| DALLIS GRS- DALLIS GRASS | VALLEY FEED DECATUR AL | 10/28/2003 | 12/1/2003 | 34 | 20236 | JDL-2-99 |
| EDISTO 47 CANTALOUPE | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/21/2004 | 34 | 20692 | Y6227 |
| FLORIDA BROADLEAF MUSTARD | TUCKER FARM CENTER    FRISCO CITY AL | 1/15/2004 | 2/18/2004 | 34 | 20963 | L111-0-FBG1 |
| HULLED BERMUDAGRASS | AGRILIANCE - AFC DECATUR AL | 1/22/2004 | 2/25/2004 | 34 | 21075 | B03050 |
| KENTUCKY 31 TALL FESCUE/POTOMAC ORCHARDGRASS MIX | UNIVERSAL SEED & SUPPLY B-HAM AL | 1/22/2004 | 2/25/2004 | 34 | 21112 | SSHO2-224-6 |
| KY 31 TALL FESCUE | FAITHWAY FEED  GUNTERSVILLE AL | 10/2/2003 | 11/5/2003 | 34 | 20010 | 50 |
| LAXTON'S PROGESS  ENGLISH PEA | ELMORE CO EXCHANGE WETUMPKA AL | 12/12/2003 | 1/15/2004 | 34 | 20603 | 55-280-691 |
| LAXTON'S PROGESS #9 ENGLISH PEA | ELMORE CO EXCHANGE WETUMPKA AL | 12/12/2003 | 1/15/2004 | 34 | 20604 | 191104 |

**SAMPLES TAKEN  --  October 2003 through February 2004**

*(sorted by number of days taken)*

| NAME GIVEN | SOURCE | DATE REC | REP DATE | # days | LAB # | LOT # |
|---|---|---|---|---|---|---|
| LAXTON'S PROGESS #9 ENGLISH PEA | ELMORE CO EXCHANGE  WETUMPKA AL | 12/12/2004 | 1/15/2004 | 34 | 20602 | 6094-04330 |
| POTOMAC ORCHARDGRASS | SHADDIX COUNTRY MALL          CULLMAN, AL | 1/22/2004 | 2/25/2004 | 34 | 21096 | L118-0-PO-23 |
| REGAL LADINO CLOVER | SEED SOUTH  DOTHAN AL | 1/7/2004 | 2/10/2004 | 34 | 20853 | 00P-2149-1 |
| ROCKY FORD GREEN FLESH CANTALOUPE | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/21/2004 | 34 | 20695 | 16075 |
| SUGAR SNAP ENGLISH PEA | ELMORE CO EXCHANGE  WETUMPKA AL | 12/12/2003 | 1/15/2004 | 34 | 20601 | OA0356 |
| THOMAS LAXTON GARDEN PEAS | ELMORE CO EXCHANGE  WETUMPKA AL | 12/12/2004 | 1/15/2004 | 34 | 20599 | 54-280-693 |
| AFC 1001 HYBRID PEARL MILLET | TALEECON FARMERS COOP NOTASULGA, AL | 1/8/2004 | 2/10/2004 | 33 | 20910 | 10237 |
| ALFAGRAZE ALFALFA | TALEECON FARMERS COOP NOTASULGA, AL | 1/8/2004 | 2/10/2004 | 33 | 20913 | AZN-793-4 |
| BERMUDAGRASS (HULLED) | SEED SOUTH  DOTHAN AL | 10/22/2003 | 11/24/2003 | 33 | 20220 | 3013 |
| BERMUDAGRASS (UNHULLED) | SEED SOUTH  DOTHAN AL | 10/22/2003 | 11/24/2003 | 33 | 20222 | 14382 |
| BROWNTOP MILLET | BAILEY FEED & HARDWARE ALEXANDER CITY, AL | 1/8/2004 | 2/10/2004 | 33 | 20832 | MSF-RO260 |
| BROWNTOP MILLET | BAILEY FEED & HARDWARE ALEXANDER CITY, AL | 1/8/2004 | 2/10/2004 | 33 | 20833 | 721 |
| EARLY ALASKA GARDEN PEA | GRO SOUTH MONTGOMERY AL | 11/13/2003 | 12/16/2003 | 33 | 20321 | 109010 |
| EARLY ALASKA GARDEN PEA | GRO SOUTH MONTGOMERY AL | 11/13/2003 | 12/16/2003 | 33 | 20322 | 209B11 |
| GREEN ARROW GARDEN PEA | GRO SOUTH MONTGOMERY AL | 11/13/2003 | 12/16/2003 | 33 | 20314 | 3280371 |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED INC CULLMAN AL | 12/11/2003 | 1/13/2004 | 33 | 20586 | L183-2-82 |
| KENTUCKY 31 TALL FESCUE | C. T. GARVIN SEED & FEED      HUNTSVILLE, AL | 10/15/2003 | 11/17/2003 | 33 | 20112 | 2-560 |
| KENTUCKY 31 TALL FESCUE | GREENSBORO CO-OP          GREENSBORO, AL | 1/16/2004 | 2/18/2004 | 33 | 21022 | 2-376 |
| LAB LAB WILDLIFE BEANS | ELMORE CO EXCHANGE  WETUMPKA AL | 12/12/2003 | 1/14/2004 | 33 | 20612 | 16078 |
| LAB LAB WILDLIFE BEANS | ELMORE CO EXCHANGE  WETUMPKA AL | 12/12/2003 | 1/14/2004 | 33 | 20613 | 6983 |
| PENSACOLA BAHIAGRASS | FARMERS FEED & SUPPLY  MONTGOMERY AL | 12/10/2003 | 1/12/2004 | 33 | 20570 | 01-032 |
| PENSACOLA BAHIAGRASS | FARMERS FEED & SUPPLY  MONTGOMERY AL | 12/10/2003 | 1/12/2004 | 33 | 20571 | T-19421 |
| PENSACOLA BAHIAGRASS | FARMERS FEED & SUPPLY  MONTGOMERY AL | 12/10/2003 | 1/12/2004 | 33 | 20572 | T-19418 |
| SERALA SERICEA HULLED  LESPEDEZA | RANDOLPH FARMERS COOP      WEDOWEE, AL | 1/16/2004 | 2/18/2004 | 33 | 21027 | MSF-MH-0144 |
| SOUTH AMERICAN POPCORN CORN | GRO SOUTH MONTGOMERY AL | 11/13/2003 | 12/16/2003 | 33 | 20315 | 875 |
| SUGAR SNAP GARDEN PEA | GRO SOUTH MONTGOMERY AL | 11/13/2003 | 12/16/2003 | 33 | 20311 | 35803759 |
| SUGAR SNAP GARDEN PEA | GRO SOUTH MONTGOMERY AL | 11/13/2003 | 12/16/2003 | 33 | 20312 | 111121 |
| THOMAS LAXTON GARDEN PEA | GRO SOUTH MONTGOMERY AL | 11/13/2003 | 12/16/2003 | 33 | 20310 | 102701 |
| THOMAS LAXTON GARDEN PEA | GRO SOUTH MONTGOMERY AL | 11/13/2003 | 12/16/2003 | 33 | 20325 | 191111 |
| TIFLEAF 3 HYBRID PEARL MILLET | KELLY SEED CO INC.           HARTFORD, AL | 1/16/2004 | 2/18/2004 | 33 | 21002 | 5132-15 |
| WANDO GARDEN PEA | GRO SOUTH MONTGOMERY AL | 11/13/2003 | 12/16/2003 | 33 | 20313 | 0030-570 |
| WILLET WONDER GARDEN PEA | GRO SOUTH MONTGOMERY AL | 11/13/2003 | 12/16/2003 | 33 | 20317 | 181772 |
| (UNHULLED) BERMUDAGRASS | PIEDMONT FERTILIZER CO  OPELIKA AL | 11/20/2003 | 12/22/2003 | 32 | 20428 | AC529 |
| 30F33 HYBRID FIELD CORN | FEED & FARM SUPPLY GEORGIANNA AL | 12/22/2003 | 1/23/2004 | 32 | 20737 | A1SCZ11003-00 |
| ANNUAL RYEGRASS | AGRILIANCE - AFC  DECATUR AL | 10/2/2003 | 11/3/2003 | 32 | 20019 | L96-3-A14 |
| BLUE LAKE FM-1 POLE GARDEN BEAN | ELMORE CO EXCHANGE  WETUMPKA AL | 12/12/2003 | 1/13/2004 | 32 | 20606 | KSI-515246 |
| CALYPSO II PERENNIAL RYEGRASS | AGRILIANCE - AFC  DECATUR AL | 10/30/2003 | 12/1/2003 | 32 | 20293 | L3-2-P15 |
| COLOSSUS SOUTHERN PEA | GRO SOUTH MONTGOMERY AL | 11/13/2003 | 12/15/2003 | 32 | 20323 | 8559 |
| GREEN ARROW BUSH GARDEN PEAS | GRO SOUTH  MONTGOMERY AL | 11/14/2003 | 12/16/2003 | 32 | 20355 | 181873 |
| GREEN ARROW GARDEN PEAS | GRO SOUTH  MONTGOMERY AL | 11/14/2003 | 12/16/2003 | 32 | 20356 | 191101 |
| GULF ANNUAL RYEGRASS | AGRILIANCE - AFC  DECATUR AL | 10/2/2003 | 11/3/2003 | 32 | 20022 | L5-3-GR3OE |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED CULLMAN AL | 10/30/2003 | 12/1/2003 | 32 | 20275 | P3-3-17 |
| IRON & CLAY MIXED COWPEAS | PIEDMONT FERTILIZER CO  OPELIKA AL | 11/20/2003 | 12/22/2003 | 32 | 20430 | 1 |
| JUMBO TETRAPLOID ANNUAL RYEGRASS | AGRILIANCE - AFC  DECATUR AL | 10/2/2003 | 11/3/2003 | 32 | 20023 | L101-3-26J |
| KANDY KORN HYBRID SWEET CORN | GRO SOUTH MONTGOMERY AL | 11/13/2003 | 12/15/2003 | 32 | 20316 | 240802 |
| MISSIISSIPPE PURPLE SOUTHERN PEA | GRO SOUTH MONTGOMERY AL | 11/13/2003 | 12/15/2003 | 32 | 20324 | 8576 |
| MIXED IRON & CLAY COWPEAS | SIKES FEED & SEED OPELIKA AL | 11/20/2003 | 12/22/2003 | 32 | 20434 | 4 |
| O.P. HICKORY KING YELLOW CORN | GRO SOUTH MONTGOMERY AL | 11/14/2003 | 12/16/2003 | 32 | 20362 | 174 |
| PROSSO DOVE MILLET | B W CAPPS & SON  OPELIKA , AL | 1/9/2004 | 2/10/2004 | 32 | 20922 | DP01 |
| RATTLESNAKE POLE GARDEN BEAN | ELMORE CO EXCHANGE  WETUMPKA AL | 12/12/2003 | 1/13/2004 | 32 | 20605 | 56-557-026 |
| SIEVA LIMA BEAN | ELMORE CO EXCHANGE  WETUMPKA AL | 12/12/2003 | 1/13/2004 | 32 | 20608 | 366 |
| SILVER QUEEN HYBRID SWEET CORN | GRO SOUTH MONTGOMERY AL | 11/13/2003 | 12/15/2003 | 32 | 20319 | NC1179MRF1 |
| SUGAR SNAP GARDEN PEA | GRO SOUTH  MONTGOMERY AL | 11/14/2003 | 12/16/2003 | 32 | 20354 | 111121 |
| SUGARY YELLOW MERIT HYBRID SWEET CORN | FEED & FARM SUPPLY GEORGIANNA AL | 12/22/2003 | 1/23/2004 | 32 | 20736 | 346025 |
| TENNESSE GREEN POD GARDEN BEAN | ELMORE CO EXCHANGE  WETUMPKA AL | 12/12/2003 | 1/13/2004 | 32 | 20609 | 185343 |
| THOMAS LAXTON GARDEN PEAS | GRO SOUTH  MONTGOMERY AL | 11/14/2003 | 12/16/2003 | 32 | 20353 | 102701 |
| TRUCKERS FAVORITE YELLOW O.P. CORN | GRO SOUTH MONTGOMERY AL | 11/13/2003 | 12/15/2003 | 32 | 20320 | I68 |
| BLACK CROWDER SOUTHERN PEA | GRO SOUTH MONTGOMERY AL | 11/14/2003 | 12/15/2003 | 31 | 20365 | 8591-5 |
| BLACK CROWDER SOUTHERN PEA | GRO SOUTH  MONTGOMERY AL | 11/14/2003 | 12/15/2003 | 31 | 20366 | E2157 |
| CERTIFIED ZIPPERCREAM COWPEA | GRO SOUTH  MONTGOMERY AL | 11/14/2003 | 12/15/2003 | 31 | 20372 | 2181-04 |
| CONTENDER GARDEN BEAN | ELMORE CO EXCHANGE  WETUMPKA AL | 12/12/2003 | 1/12/2004 | 31 | 20611 | 11502169 |
| CT PINKEYE PURPLEHULL SOUTHERNPEA | GRO SOUTH MONTGOMERY AL | 11/14/2003 | 12/15/2003 | 31 | 20369 | 8653-7-5 |
| DIXIELEE SOUTHERN PEA | GRO SOUTH  MONTGOMERY AL | 11/14/2003 | 12/15/2003 | 31 | 20363 | 8562 |
| DIXIELEE SOUTHERN PEA | GRO SOUTH  MONTGOMERY AL | 11/14/2003 | 12/15/2003 | 31 | 20364 | DL1073 |
| DWARF GREEN LONG POD OKRA | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/23/2004 | 31 | 20816 | 91665 |
| GULF ANNUAL RYEGRASS | TRACTOR SUPPLY            ATHENS, AL. | 10/3/2003 | 11/3/2003 | 31 | 20029 | L114-3-612 |
| KENTUCKY 31 TALL FESCUE | MORGAN CO-OP             HARTSELLE, AL. | 10/3/2003 | 11/3/2003 | 31 | 20034 | 2-560 |
| KNUCKLE PURPLEHULL SOUTHERN PEA | GRO SOUTH  MONTGOMERY AL | 11/14/2003 | 12/15/2003 | 31 | 20367 | B2309 |
| LONG POD GREEN OKRA | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/23/2004 | 31 | 20813 | 4177 |
| MERIT HYBRID SWEET YELLOW CORN | GRO SOUTH MONTGOMERY AL | 11/14/2003 | 12/15/2003 | 31 | 20371 | 207066 |
| MISSISSIPPI SILVER SOUTHERN PEA | ELMORE CO EXCHANGE  WETUMPKA AL | 12/12/2003 | 1/12/2004 | 31 | 20600 | 8656-5 |
| MOSEBY'S WHITE PROLIFIC  O.P. CORN | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/23/2004 | 31 | 20807 | 883 |
| O.P. INDIAN ORNAMENTAL CORN | GRO SOUTH  MONTGOMERY AL | 11/14/2003 | 12/15/2003 | 31 | 20358 | 179 |
| O.P. MOSEBY'S WHITE PROLIFIC CORN | GRO SOUTH  MONTGOMERY AL | 11/14/2003 | 12/15/2003 | 31 | 20359 | 161 |
| O.P. PENCIL COB CORN | GRO SOUTH  MONTGOMERY AL | 11/14/2003 | 12/15/2003 | 31 | 20360 | 165 |
| PENCIL COB OPEN POLLINATED CORN | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/23/2004 | 31 | 20804 | 232 |
| PERKINS LONG POD OKRA | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/23/2004 | 31 | 20814 | 9671 |
| PINKEYE PURPLEHULL BVR SOUTHERNPEA | GRO SOUTH  MONTGOMERY AL | 11/14/2003 | 12/15/2003 | 31 | 20368 | 8685 |
| ROMA II GARDEN BEAN | GRO SOUTH MONTGOMERY AL | 11/21/2003 | 12/22/2003 | 31 | 20436 | 1580251 |

**SAMPLES TAKEN -- October 2003 through February 2004**

*(sorted by number of days taken)*

| NAME GIVEN | SOURCE | DATE REC | REP DATE | # days | LAB # | LOT # |
|---|---|---|---|---|---|---|
| SIBERIAN IMPROVED KALE | UNIVERSAL SEED SUPPLY B-HAM AL | 12/23/2003 | 1/23/2004 | 31 | 20808 | 10140 |
| SIEVA LIMA BEAN | ELMORE CO EXCHANGE WETUMPKA AL | 12/12/2003 | 1/12/2004 | 31 | 20807 | 264 |
| TRUCKERS FAVORITE WHITE O.P. CORN | JEMISON FARM CENTER JEMISON AL | 12/23/2003 | 1/23/2004 | 31 | 20753 | 163 |
| TRUCKERS FAVORITE (YELLOW) OPEN POLLI. CORN | UNIVERSAL SEED SUPPLY B-HAM AL | 12/23/2003 | 1/23/2004 | 31 | 20806 | 167 |
| TRUCKER'S FAVORITE WHITE CORN | GRO SOUTH MONTGOMERY AL | 11/14/2003 | 12/15/2003 | 31 | 20361 | 162 |
| TRUCKER'S WHITE O.POLLI. CORN | UNIVERSAL SEED SUPPLY B-HAM AL | 12/23/2003 | 1/23/2004 | 31 | 20805 | 878 |
| WHITE VELVET OKRA | UNIVERSAL SEED SUPPLY B-HAM AL | 12/23/2003 | 1/23/2004 | 31 | 20815 | 524 |
| (HULLED) BERMUDAGRASS | GARRISON FARM & HOME THORSBY AL | 12/22/2003 | 1/21/2004 | 30 | 20749 | 132119 |
| (HULLED) BERMUDAGRASS | GARRISON FARM & HOME THORSBY AL | 12/22/2003 | 1/21/2004 | 30 | 20747 | 132112 |
| (HULLED) BERMUDAGRASS | GARRISON FARM & HOME THORSBY AL | 12/22/2003 | 1/21/2004 | 30 | 20751 | 132121 |
| BLACK CROWDER SOUTHERNPEA | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/6/2004 | 30 | 20874 | 8591-5 |
| CERT. JUBILEE WATERMELON | JONES FEED & SEED CLANTON AL | 12/15/2003 | 1/14/2004 | 30 | 20619 | 1098 |
| CERTIFIED TIFTON 9 BAHIAGRASS | MONTGOMERY SEED & SUPPLY CO   MONTG, AL. | 12/8/2003 | 1/7/2004 | 30 | 20544 | MP1 |
| DADE (POLE) GARDEN BEANS | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/6/2004 | 30 | 20887 | 834 |
| FORDOOK 242 LIMA BEANS | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/6/2004 | 30 | 20839 | 336 |
| LARGE SPECKLED BUTTER BEANS | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/6/2004 | 30 | 20837 | 217 |
| MISSISSIPPI PURPLE SOUTHERNPEA | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/6/2004 | 30 | 20872 | 8576 |
| OK. CERT. DWARF GREEN LONG POD OKRA | FEED & FARM SUPPLY GEORGIANNA AL | 12/22/2003 | 1/21/2004 | 30 | 20744 | 4204 |
| SILVER QUEEN F1 HYBRID SWEET CORN | FEED & FARM SUPPLY GEORGIANNA AL | 12/22/2003 | 1/21/2004 | 30 | 20738 | NC0512ELF |
| SSCA CERT. GEORGIA GREEN PEANUTS | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/6/2004 | 30 | 20854 | SHP-2012-CGG |
| SUMMERGRAZER HYBRID SORGHUM SUDANGRASS | BLUE BARN FEED & SEED OAKGROVE AL | 12/17/2003 | 1/16/2004 | 30 | 20624 | 352-B |
| SUMMERGRAZER III HYB. SORGHUM SUDANGRASS | WILLIAMS & SON FEED,SEED GOODWATER AL | 12/17/2003 | 1/16/2004 | 30 | 20627 | 4304 |
| UNHULLED BERMUDAGRASS | GARRISON FARM & HOME THORSBY AL | 12/22/2003 | 1/21/2004 | 30 | 20750 | AC666 |
| 31G98 HYBRID FIELD CORN | AGRILIANCE - AFC DECATUR AL | 12/23/2003 | 1/21/2004 | 29 | 20775 | Z3MTP11004-00 |
| 31G98 HYBRID FIELD CORN | AGRILIANCE - AFC DECATUR AL | 12/23/2003 | 1/21/2004 | 29 | 20776 | Z3RUS11004-00 |
| 31G98 HYBRID FIELD CORN | AGRILIANCE - AFC DECATUR AL | 12/23/2003 | 1/21/2004 | 29 | 20779 | Z3G0011003-00 |
| 31R88 HYBRID FIELD CORN | AGRILIANCE - AFC DECATUR AL | 12/23/2003 | 1/21/2004 | 29 | 20777 | Z3W0R11008-00 |
| 31R88 HYBRID FIELD CORN | AGRILIANCE - AFC DECATUR AL | 12/23/2003 | 1/21/2004 | 29 | 20778 | Z3DUR11003-00 |
| 31R88 HYBRID FIELD CORN | AGRILIANCE - AFC DECATUR AL | 12/23/2003 | 1/21/2004 | 29 | 20780 | Z3W0R11008-00 |
| 33V15 HYBRID FIELD CORN | AGRILIANCE - AFC DECATUR AL | 12/23/2003 | 1/21/2004 | 29 | 20773 | W3CON11038-P8 |
| 33V15 HYBRID FIELD CORN | AGRILIANCE - AFC DECATUR AL | 12/23/2003 | 1/21/2004 | 29 | 20774 | W3CON11038-P8 |
| AURORA CANTALOUPE | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/16/2004 | 29 | 20693 | 14184 |
| BANANA CANTALOUPE | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/16/2004 | 29 | 20694 | 16356 |
| CALIFORNIA BLACKEYE #5 COWPEA | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/5/2004 | 29 | 20871 | 8626 |
| CORONET (A Pinkeye PH type) SOUTHERNPEA | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/5/2004 | 29 | 20873 | 8682 |
| DIXIE HYBRID SQUASH | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/16/2004 | 29 | 20707 | 185000 |
| DOVE PROSO MILLET | BAILEY FEED & HARDWARE ALEXANDER CITY, AL | 1/8/2004 | 2/6/2004 | 29 | 20826 | DP-04 |
| EARLY CROOKNECK SQUASH | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/16/2004 | 29 | 20654 | 16473 |
| EARLY CROOKNECK SQUASH | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/16/2004 | 29 | 20651 | C6784 |
| EARLY STRAIGHT NECK SQUASH | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/16/2004 | 29 | 20652 | Y6134 |
| FLORIDA BROADLEAF MUSTARD | WHITLEY FEED & FARM SUPPLY ALTOONA, AL | 1/12/2004 | 2/10/2004 | 29 | 20930 | 10069 |
| GENTRY HYBRID SQUASH | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/16/2004 | 29 | 20710 | HSH01152B |
| HALES BEST JUMBO CANTALOUPE | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/16/2004 | 29 | 20691 | 16349 |
| HORN OF PLENTY HYBRID SQUASH | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/16/2004 | 29 | 20653 | 16537 |
| LAXTON PROGRESS #9 GARDEN PEA | GRO SOUTH MONTGOMERY AL | 11/17/2003 | 12/16/2003 | 29 | 20384 | 191106 |
| MARY WASHINGTON ASPARAGUS | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/16/2004 | 29 | 20641 | Y6041 |
| PARTRIDGE PEAS | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/5/2004 | 29 | 20852 | 0204 |
| PINKEYE PURPLEHULL BVR SOUTHERNPEA | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/5/2004 | 29 | 20883 | 8685 |
| PLANTERS JUMBO CANTALOUPE | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/16/2004 | 29 | 20690 | 16055 |
| POTOMAC ORCHARDGRASS | JEMISON FARM CENTER JEMISON AL | 12/23/2003 | 1/21/2004 | 29 | 20755 | Y9-2-0G14 |
| SPECKLED DIXIE LIMA BUTTERPEA | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/5/2004 | 29 | 20841 | 260 |
| ST4892BR COTTON | UAP  MADISON, AL | 1/8/2004 | 2/6/2004 | 29 | 20905 | AM3G2089 |
| ST4892BR COTTON | UAP  MADISON, AL | 1/8/2004 | 2/6/2004 | 29 | 20906 | AM3G2078 |
| TAM DEW CANTALOUPE | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/16/2004 | 29 | 20689 | 15757 |
| UNHULLED SERICEA LESPEDEZA | CLAY COUNTY EXCHANGE INC. LINEVILLE, AL | 1/14/2004 | 2/12/2004 | 29 | 20946 | A30 |
| VATES COLLARDS | AGRILIANCE AFC     DOTHAN, AL | 1/22/2004 | 2/20/2004 | 29 | 21052 | L11-0-VC |
| VEGETABLE SPAGHETTI SQUASH | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/16/2004 | 29 | 20722 | K3203 |
| WALTHAM BUTTERNUT SQUASH | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/16/2004 | 29 | 20721 | C6639 |
| WEEPING LOVEGRASS | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/5/2004 | 29 | 20885 | EM-1185 |
| WGF SORGHUM | AGRILIANCE - AFC DECATUR AL | 12/23/2003 | 1/21/2004 | 29 | 20772 | 397-T |
| WHITE BUSH SCALLOP SQUASH | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/16/2004 | 29 | 20720 | Y6200 |
| ZUCCHINI GREY SQUASH | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/16/2004 | 29 | 20723 | 15796 |
| (UNHULLED) BERMUDAGRASS | BAILEY FEED & HARDWARE ALEXANDER CITY, AL | 1/8/2004 | 2/5/2004 | 28 | 20830 | 3511130H |
| (UNHULLED) BERMUDAGRASS | BAILEY FEED & HARDWARE ALEXANDER CITY, AL | 1/8/2004 | 2/5/2004 | 28 | 20831 | B02009 |
| ASHLEY CUCUMBER | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/15/2004 | 28 | 20663 | 11077 |
| BENCHMARK ORCHARDGSRASS | BLOUNT CO. FARMERS CO-OP ONEONTA, AL | 1/8/2004 | 2/5/2004 | 28 | 20902 | L29-2-011 |
| BLACK OIL (PEREDOVIK TYPE) SUNFLOWERS | GRO SOUTH MONTGOMERY AL | 11/17/2003 | 12/15/2003 | 28 | 20385 | T3-113 |
| BLUE LAKE POLE GARDEN BEAN | FARMER'S FEED SERVICE WETUMPKA AL | 11/24/2003 | 12/22/2003 | 28 | 20448 | 327 |
| BROWNTOP MILLET | DEEP SOUTH SUPPLY PO BOX 321 HURTSBORO, AL | 1/13/2004 | 2/10/2004 | 28 | 20944 | 865 |
| CERT. EMERALD GREEN OKRA | FARMER'S FEED SERVICE WETUMPKA AL | 11/24/2003 | 12/22/2003 | 28 | 20460 | 4175 |
| CERT. ZIPPER CREAM COWPEA | B W CAPPS & SON OPELIKA, AL | 1/9/2004 | 2/8/2004 | 28 | 20923 | 2181-04 |
| CERT. ZIPPERCREAM COWPEA | GRO SOUTH MONTGOMERY AL | 11/17/2003 | 12/15/2003 | 28 | 20378 | 2181-04 |
| CHATENAY RED CORE CARROT | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/15/2004 | 28 | 20697 | A155001 |
| CHINESE BOK CHOY CABBAGE | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/15/2004 | 28 | 20688 | Y6273 |
| CHUFA | AGSOUTH, INC 13995 HWY 10 FITZPATRICK, AL | 1/13/2004 | 2/10/2004 | 28 | 20936 | A021091 |
| CHUFA | M.L. AWBREY INC.        ROANOKE, AL | 1/21/2004 | 2/18/2004 | 28 | 21033 | TW101150301 |
| EARLY JERSEY WAKEFIELD CABBAGE | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/15/2004 | 28 | 20685 | 5123000 |
| EASTER EGG BLEND HYBRID RADISH | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/15/2004 | 28 | 20724 | 6957000 |
| FLORIDA BROADLEAF MUSTARD | GRO SOUTH MONTGOMERY AL | 11/17/2003 | 12/15/2003 | 28 | 20389 | L111-1-JMF1 |

03/05/2004                                                                4

**SAMPLES TAKEN  —  October 2003 through February 2004**

*(sorted by number of days taken)*

| NAME GIVEN | SOURCE | | DATE REC | REP DATE | # days | LAB # | LOT # |
|---|---|---|---|---|---|---|---|
| FORDHOOK 242 LIMA BEAN | GREENSBORO CO-OP | GREENSBORO, AL | 1/16/2004 | 2/13/2004 | 28 | 21023 | 175 |
| GOLDEN QUEEN HYBRID F1 SWEET CORN | GRO SOUTH MONTGOMERY AL | | 11/17/2003 | 12/15/2003 | 28 | 20375 | NC0026LF |
| GULF ANNUAL RYEGRASS | C. T. GARVIN SEED & FEED | HUNTSVILLE, AL | 10/15/2003 | 11/12/2003 | 28 | 20115 | L51-2-GL2 |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED INC CULLMAN AL | | 12/16/2003 | 1/13/2004 | 28 | 20587 | L183-1-58 |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED INC. CULLMAN AL | | 12/16/2003 | 1/13/2004 | 28 | 20582 | L1-2-32G |
| GULF ANNUAL RYEGRASS | RED FOX | DOTHAN, AL. | 10/6/2003 | 11/3/2003 | 28 | 20043 | L5-3-GR84B |
| GULF ANNUAL RYEGRASS | RED FOX | DOTHAN, AL. | 10/6/2003 | 11/3/2003 | 28 | 20044 | L5-1-GR19B |
| HAIRY VETCH | MIDSTATE COOP | VERBENA AL | 10/20/2003 | 11/17/2003 | 28 | 20176 | 2001HV |
| HICKORY KING WHITE  CORN | B W CAPPS & SON OPELIKA , AL | | 1/9/2004 | 2/6/2004 | 28 | 20917 | 158 |
| HYBRID JORDAN F1 CUCUMBER | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/15/2004 | 28 | 20667 | 16433 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED CULLMAN AL | | 10/10/2003 | 11/7/2003 | 28 | 20096 | 2241 |
| KENTUCKY WONDER GARDEN BEAN | FARMER'S FEED SERVICE  WETUMPKA AL | | 11/24/2003 | 12/22/2003 | 28 | 20459 | 261 |
| MAKETMORE 76 CUCUMBER | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/15/2004 | 28 | 20665 | 16514 |
| MARKETER CUCUMBER | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/15/2004 | 28 | 20664 | C6797 |
| MARSHALL ANNUAL RYEGRASS | PIKE FARM CO-OP | TROY, AL. | 10/6/2003 | 11/3/2003 | 28 | 20058 | L185-3-4PM |
| MARSHALL ANNUAL RYEGRASS | PIKE FARM CO-OP | TROY, AL. | 10/6/2003 | 11/3/2003 | 28 | 20059 | L185-3-3PM |
| MICHILI CHINESE CABBAGE | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/15/2004 | 28 | 20687 | T6817 |
| MUNCHER CUCUMBER | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/15/2004 | 28 | 20711 | 16620 |
| NATIONAL PICKLING CUCUMBER | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/15/2004 | 28 | 20714 | 12511 |
| PONSETT 76 CUCUMBER | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/15/2004 | 28 | 20712 | 16079 |
| PURPLE TOP TURNIP | GRO SOUTH MONTGOMERY AL | | 11/17/2003 | 12/15/2003 | 28 | 20390 | L111-2-OPT1 |
| RATTLESNAKE POLE GARDEN BEAN | FARMER'S FEED SERVICE  WETUMPKA AL | | 11/24/2003 | 12/22/2003 | 28 | 20453 | 56-557-026 |
| RATTLESNAKE POLE GARDEN BEAN | FARMER'S FEED SERVICE  WETUMPKA AL | | 11/24/2003 | 12/22/2003 | 28 | 20454 | 57-557-029 |
| SEVEN TOP TURNIP | GRO SOUTH  MONTGOMERY AL | | 11/17/2003 | 12/15/2003 | 28 | 20386 | L111-1-7TT |
| SEVEN TOP TURNIP | GRO SOUTH MONTGOMERY AL | | 11/17/2003 | 12/15/2003 | 28 | 20387 | 9659000 |
| SMALL RED PINTO BEAN | FARMER'S FEED SERVICE  WETUMPKA AL | | 11/24/2003 | 12/22/2003 | 28 | 20447 | 1 |
| SPACEMASTER CUCUMBER | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/15/2004 | 28 | 20713 | 16067 |
| SPECKLED PURPLEHULL SOUTHERN PEA | GRO SOUTH MONTGOMERY AL | | 11/17/2003 | 12/15/2003 | 28 | 20377 | F2182 |
| SWEET DELIGHT BURPLESS HYBRID CUCUMBER | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/15/2004 | 28 | 20731 | 23260/00273 |
| TENNESSEE WHITE CROWDER SOUTHERN PEA | GRO SOUTH MONTGOMERY AL | | 11/17/2003 | 12/15/2003 | 28 | 20376 | F2186 |
| TEXAS CREAM 12 COWPEA | GRO SOUTH MONTGOMERY AL | | 11/17/2003 | 12/15/2003 | 28 | 20381 | 7617 |
| WHIPPOORWILL SOUTHERN PEA | GRO SOUTH MONTGOMERY AL | | 11/17/2003 | 12/15/2003 | 28 | 20379 | 1279 |
| WHIPPOORWILL SOUTHERN PEA | GRO SOUTH MONTGOMERY AL | | 11/17/2003 | 12/15/2003 | 28 | 20380 | WP530 |
| ARGENTINE BAHIAGRASS | AGRILIANCE - AFC  DECATUR  AL | | 11/25/2003 | 12/22/2003 | 27 | 20477 | 417 |
| BIRDHOUSE BOTTLE GOURD | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/14/2004 | 27 | 20699 | 16018 |
| BLOOMSDALE LONG STANDING SPINACH | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/14/2004 | 27 | 20725 | E191001 |
| BLOOMSDALE SPINICH | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/14/2004 | 27 | 20727 | 91342 |
| BLUE LAKE 274 BUSH BEAN | CHILTON COUNTY FEED & SEED | CLANTON AL | 11/25/2003 | 12/22/2003 | 27 | 20488 | 045-01-205 |
| BLUE LAKE 274 BUSH GARDEN BEAN | GRO SOUTH  MONTGOMERY AL | | 11/18/2003 | 12/15/2003 | 27 | 20398 | 1040201 |
| BLUE LAKE WHITE SEEDED GARDEN BEANS | GRO SOUTH  MONTGOMERY AL | | 11/18/2003 | 12/15/2003 | 27 | 20404 | 327 |
| BROWN TOP MILLET | CHILTON CO FEED & SEED | CLANTON AL | 11/25/2003 | 12/22/2003 | 27 | 20500 | 0941.M |
| BROWNTOP MILLET | ATMORE TRUCKERS | ATMORE, AL | 1/29/2004 | 2/25/2004 | 27 | 21126 | PF702 |
| BROWNTOP MILLET | MURPHREE SEED FARM | COLLINSVILLE, AL | 1/22/2004 | 2/18/2004 | 27 | 21065 | MSF-0351 |
| BROWNTOP MILLET | WAVERLY  FEED | WAVERLY, AL | 1/22/2004 | 2/18/2004 | 27 | 21041 | LM123102 |
| CHERRY BELLE RADISH | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/14/2004 | 27 | 20680 | Y3445 |
| CHUFA | B W CAPPS & SON OPELIKA , AL | | 1/9/2004 | 2/5/2004 | 27 | 20914 | BWC-1 |
| CONTENDER BUSH BEAN | CHILTON COUNTY FEED & SEED | CLANTON AL | 11/25/2003 | 12/22/2003 | 27 | 20498 | 0065-75319 |
| DANVERS 126 CARROT | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/14/2004 | 27 | 20696 | E249001 |
| EARLY ALASKA ENGLISH PEA | CHILTON CO FEED & SEED | CLANTON AL | 11/25/2003 | 12/22/2003 | 27 | 20497 | C-00402 |
| EGYPTIAN WHEAT | MURPHREE SEED FARM | COLLINSVILLE, AL | 1/22/2004 | 2/18/2004 | 27 | 21068 | MSF-R0312 |
| EMERALD GREEN #2 (AFC) FESCUE | DALE FARM CO OP | OZARK, AL. | 10/9/2003 | 11/5/2003 | 27 | 20082 | B26-1-54 |
| FLORADADE TOMATO | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/14/2004 | 27 | 20660 | H5203 |
| FLORIDA BROADLEAF MUSTARD | THE FEED LOT  PIKE RD  AL | | 12/2/2003 | 12/29/2003 | 27 | 20523 | 10029 |
| FLORIDA BUTTER LIMA BEANS | GRO SOUTH  MONTGOMERY AL | | 11/18/2003 | 12/15/2003 | 27 | 20403 | 265 |
| FORDHOOK 242 LIMA BEANS | GRO SOUTH  MONTGOMERY AL | | 11/18/2003 | 12/15/2003 | 27 | 20399 | 336 |
| GENUINE CORNFIELD GARDEN BEAN | GRO SOUTH  MONTGOMERY AL | | 11/18/2003 | 12/15/2003 | 27 | 20396 | 031-05-101 |
| GULF ANNUAL RYEGRASS | AGRILIANCE--AFC  DECATUR  AL | | 11/25/2003 | 12/22/2003 | 27 | 20483 | L53-3-G18 |
| HAIRY VETCH | AGRILIANCE AFC | DOTHAN, AL | 1/22/2004 | 2/18/2004 | 27 | 21060 | Y6-0-HV-40 |
| HULLED SERICEA LESPEDEZA | SEGREST SEED CO. SLOCOMB AL | | 11/19/2003 | 12/16/2003 | 27 | 20422 | SEP-01-H |
| JADE GARDEN BEAN | CHILTON CO FEED & SEED | CLANTON AL | 11/25/2003 | 12/22/2003 | 27 | 20503 | 0613-J6 |
| KENTUCKY 31 TALL FESCUE | AGRILIANCE - AFC  DECATUR AL | | 11/25/2003 | 12/22/2003 | 27 | 20463 | 4A3-568 |
| KOBE STRIATE LESPEDEZA | RANDOLPH FARMERS COOP | WEDOWEE, AL | 1/16/2004 | 2/12/2004 | 27 | 21031 | MS388 |
| LARGE SPECKLED LIMA BEANS | GRO SOUTH  MONTGOMERY AL | | 11/18/2003 | 12/15/2003 | 27 | 20407 | 341 |
| LONG STANDING BLOOMSDALE SPINACH | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/14/2004 | 27 | 20726 | Y6117 |
| LOUISIANA POLE BEANS | GRO SOUTH  MONTGOMERY AL | | 11/18/2003 | 12/15/2003 | 27 | 20401 | 819549 |
| LOUISIANA PURPLE POD POLE BEAN | GRO SOUTH  MONTGOMERY AL | | 11/18/2003 | 12/15/2003 | 27 | 20400 | 22.2800-91522 |
| LOUISIANA PURPLE POD POLE BEAN | GRO SOUTH  MONTGOMERY AL | | 11/18/2003 | 12/15/2003 | 27 | 20402 | 919622 |
| MAGNUM PERENNIAL RYEGRASS MIXTURE | DALE FARMERS COOP | OZARK AL | 10/9/2003 | 11/5/2003 | 27 | 20080 | B28-0-2006 |
| NEMAGREEN LIMA BEAN | GRO SOUTH MONTGOMERY AL | | 11/18/2003 | 12/15/2003 | 27 | 20393 | 374 |
| NEMAGREEN LIMA BEANS | GRO SOUTH  MONTGOMERY AL | | 11/18/2003 | 12/15/2003 | 27 | 20394 | 207 |
| OK. CERT. CLEMSON SPINELESS OKRA | CHILTON COUNTY FEED & SEED | CLANTON AL | 11/25/2003 | 12/22/2003 | 27 | 20487 | 4153 |
| PERENNIAL RYEGRASS MIXTURE | THE FEED LOT  PIKE RD  AL | | 12/2/2003 | 12/29/2003 | 27 | 20515 | L144M-2-05P023G |
| PINTO FIELD BEAN | GRO SOUTH  MONTGOMERY AL | | 11/18/2003 | 12/15/2003 | 27 | 20397 | 004902 |
| RATTLESNAKE POLE BEAN | CHILTON CO FEED & SEED | CLANTON AL | 11/25/2003 | 12/22/2003 | 27 | 20502 | 57-557-029 |
| RATTLESNAKE POLE GARDEN BEAN | GRO SOUTH  MONTGOMERY AL | | 11/18/2003 | 12/15/2003 | 27 | 20406 | 301185 |
| SERECIA LESPEDEZA (UNHULLED) | ELMORE CO EXCHANGE  WETUMPKA AL | | 12/11/2003 | 1/7/2004 | 27 | 20592 | A30 |
| SIEVA POLE LIMA BEANS | GRO SOUTH  MONTGOMERY AL | | 11/18/2003 | 12/15/2003 | 27 | 20410 | 366 |
| SOUTHERN GIANT CURLED MUSTARD | AGRILIANCE AFC | DOTHAN, AL | 1/22/2004 | 2/18/2004 | 27 | 21057 | L111-1-VSGC1 |
| SPARKLER WHITE TIP RADISH | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/14/2004 | 27 | 20679 | J6310 |

**SAMPLES TAKEN  —  October 2003 through February 2004**

*(sorted by number of days taken)*

| NAME GIVEN | SOURCE | DATE REC | REP DATE | # days | LAB # | LOT # |
|---|---|---|---|---|---|---|
| SPECKLED DIXIE BUTTERPEA LIMA BEANS | GRO SOUTH   MONTGOMERY AL | 11/18/2003 | 12/15/2003 | 27 | 20408 | 362 |
| SS550 WHEAT | SOUTHERN STATES   ATHENS AL | 11/25/2003 | 12/22/2003 | 27 | 20461 | 6513-103FF |
| STRIKE GARDEN BEANS | GRO SOUTH   MONTGOMERY AL | 11/18/2003 | 12/15/2003 | 27 | 20409 | 184727 |
| SUGAR GRAZE II HYBRID SORGHUM SUDANGRASS | ATMORE TRUCKERS          ATMORE, AL | 1/29/2004 | 2/25/2004 | 27 | 21121 | 742 A |
| THOMAS LAXTON GARDEN PEA | CHILTON COUNTY FEED & SEED    CLANTON AL | 11/25/2003 | 12/22/2003 | 27 | 20496 | 57-280-582 |
| WEEPING LOVE GRASS | THE FEED LOT  PIKE RD  AL | 12/2/2003 | 12/29/2003 | 27 | 20514 | T15459 |
| WHITE DIXIE BUTTERPEA LIMA BEAN | GRO SOUTH   MONTGOMERY AL | 11/18/2003 | 12/15/2003 | 27 | 20411 | 274 |
| WHITE DIXIE BUTTERPEA LIMA BEAN | GRO SOUTH   MONTGOMERY AL | 11/18/2003 | 12/15/2003 | 27 | 20412 | 372 |
| WHITE ICICLE SHORT TOP RADISH | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/14/2004 | 27 | 20678 | A496001 |
| WILLOW LEAF LIMA BEAN | GRO SOUTH   MONTGOMERY AL | 11/18/2003 | 12/15/2003 | 27 | 20405 | 204 |
| YUCHI ARROWLEAF CLOVER | AGRILIANCE AFC           DOTHAN, AL | 1/22/2004 | 2/18/2004 | 27 | 21054 | Y6-1-AC-10 |
| YUCHI ARROWLEAF CLOVER | AGRILIANCE AFC           DOTHAN, AL | 1/22/2004 | 2/18/2004 | 27 | 21062 | W6-2-AL-1 |
| YUCHI ARROWLEAF CLOVER | AGRILIANCE - AFC  DECATUR AL | 10/16/2003 | 11/12/2003 | 27 | 20154 | W6-1-AL-1003 |
| YUCHI ARROWLEAF CLOVER | AGRILIANCE - AFC  DECATUR AL | 10/16/2003 | 11/12/2003 | 27 | 20155 | Y6-1-AC-10 |
| YUCHI ARROWLEAF CLOVER | AGRILIANCE - AFC  DECATUR AL | 10/16/2003 | 11/12/2003 | 27 | 20156 | W6-2-AL-1 |
| ALL TOP HYBRID TURNIP | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20708 | 9185100 |
| ALL TOP HYBRID TURNIP | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20715 | A460101 |
| ALLSWEET WATERMELON | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20648 | 00142 |
| ANAHEIM TMR 23 PEPPER | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20630 | E6745 |
| AUSTRIAN WINTER FIELD PEAS | RED FOX  DOTHAN  AL | 10/22/2003 | 11/17/2003 | 26 | 20214 | 3347-AWP |
| BIG MAX PUMPKIN | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20718 | 16340 |
| BLACK BEAUTY EGGPLANT | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20732 | Y6067 |
| BUSH JUBILEE WATERMELON | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20646 | WWMO1103 |
| CA. WONDER 300 TMR PEPPER | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20659 | C6773 |
| CAYENE LONG RED PEPPER | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20728 | E6708 |
| CAYENNE LONG RED THIN PEPPER | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20628 | E6749 |
| CERT. POTOMAC ORCHARDGRASS | PETES FEED & SEED SYLACAUGA  AL | 12/17/2003 | 1/12/2004 | 26 | 20622 | B22-2-0619 |
| CONNECTICUT FIELD PUMPKIN | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20719 | 16128 |
| DESERT KING WATERMELON | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20649 | 2401 |
| FLORIDA MARKET EGGPLANT | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20733 | PO132 |
| HOMESTEAD TOMATO | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20668 | P0121 |
| JUST RIGHT HYBRID TURNIP | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20676 | 6011KA01U9 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED CULLMAN AL | 10/10/2003 | 11/5/2003 | 26 | 20091 | 320174GGR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC CULLMAN AL | 10/17/2003 | 11/12/2003 | 26 | 20166 | 221048GR-GS |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC CULLMAN AL | 10/17/2003 | 11/12/2003 | 26 | 20167 | 221043GR-MD |
| KY 31 TALL FESCUE | FAITHWAY FEED  GUNTERSVILLE AL | 10/17/2003 | 11/12/2003 | 26 | 20175 | 84 |
| KY 31 TALL FESCUE | FAITHWAY FEED  GUNTERSVILLE AL | 12/11/2003 | 1/6/2004 | 26 | 20581 | 132 |
| KY 31 TALL FESCUE | SEGREST SEED CO  SLOCOMB AL | 11/19/2003 | 12/15/2003 | 26 | 20414 | L14-2-301 |
| LEAFY 60 HYBRID PEARL MILLET (75-95% HYBRID) | RACINE'S FEED & GARDEN SUPPLY      ROBERTSDALE | 1/15/2004 | 2/10/2004 | 26 | 20972 | 3452 B-2 |
| LEGACY PVP WATERMELON | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20647 | 24389 |
| MARSHALL ANNUAL RYEGRASS | PETTIT FARM SUPPLY. BLOUNTSVILLE AL | 10/22/2003 | 11/17/2003 | 26 | 20144 | L185-3-28PM |
| O.P. HICKORY KING (WHITE) CORN | DILLARDS FEED MILL TALLASSEE AL | 11/20/2003 | 12/16/2003 | 26 | 20427 | 880 |
| PENNLEAF HYBRID PEARL MILLET | WILLIAMS & SON FEED,SEED GOODWATER  AL | 12/17/2003 | 1/12/2004 | 26 | 20625 | 3552 I |
| PINKEYE PURPLEHULL BVD SOUTHERNPEA | SIKES FEED & SEED OPELIKA AL | 11/20/2003 | 12/16/2003 | 26 | 20432 | 8690-5 |
| RED  CHILI ANAHEIM PEPPER | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20658 | 89931 |
| RED CHERRY SMALL TOMATO | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20662 | H5203 |
| ROYAL CREST HYBRID TURNIP | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20717 | E677101 |
| SNOWBALL IMPROVED CAULIFLOWER | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20856 | Y6085 |
| TOKYO HYBRID CROSS TURNIP | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20675 | 4011KA11U9 |
| TOP BUNCH HYBRID COLLARD | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20716 | E735101 |
| TOPPER HYBRID TURNIP | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20709 | A071101 |
| TRUCKER'S FAVORITE (WHITE) CORN | DILLARDS FEED MILL TALLASSEE AL | 11/20/2003 | 12/16/2003 | 26 | 20425 | 154 |
| TRUCKER'S FAVORITE (YELLOW) CORN | DILLARDS FEED MILL TALLASSEE AL | 11/20/2003 | 12/16/2003 | 26 | 20426 | 157 |
| VATES COLLARDS | SEGREST SEED CO. SLOCOMB AL | 11/19/2003 | 12/15/2003 | 26 | 20413 | 9155000 |
| WATERS TOMATO | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20669 | K3134 |
| YOLO WONDER PEPPER | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20730 | K3099 |
| A U JUBILANT WATERMELON | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20645 | 24430 |
| A U PRODUCER PVP WATERMELON | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20636 | 16381 |
| ANNUAL RYEGRASS | AGRILIANCE - AFC  DECATUR AL | 10/2/2003 | 10/27/2003 | 25 | 20018 | L96-3-A14A |
| ANNUAL RYEGRASS | AGRILIANCE - AFC  DECATUR AL | 10/2/2003 | 10/27/2003 | 25 | 20020 | L96-3-A13A |
| BLACK DIAMOND WATERMELON | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20634 | Y6236 |
| CHARLESTON GREY WATERMELON | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20635 | 16117 |
| COMMODORE IMPROVED GARDEN BEAN | GRO SOUTH MONTGOMERY AL | 11/21/2003 | 12/16/2003 | 25 | 20435 | 515033 |
| CONGO WATERMELON | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20632 | C6527 |
| CRIMSON SWEET WATERMELON | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20642 | 15926 |
| CUSHAW GREEN  STRIPED PUMPKIN | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20673 | 15877 |
| GREEN SPROUTING CALABRESE BROCCOLI | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20683 | Y6136 |
| GULF ANNUAL RYEGRASS | AGRILIANCE - AFC  DECATUR AL | 10/2/2003 | 10/27/2003 | 25 | 20017 | L5-3-GR30D |
| GULF ANNUAL RYEGRASS | AGRILIANCE - AFC  DECATUR AL | 10/2/2003 | 10/27/2003 | 25 | 20021 | L10-2-88G |
| GULF ANNUAL RYEGRASS | AGRILIANCE - AFC  DECATUR AL | 10/2/2003 | 10/27/2003 | 25 | 20025 | L2-3-3A |
| GULF ANNUAL RYEGRASS | AGRILIANCE - AFC  DECATUR AL | 10/2/2003 | 10/27/2003 | 25 | 20026 | L73-3-21GA |
| HOWDEN PUMPKIN | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20671 | 16544 |
| HOWDEN PUMPKIN | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20674 | 16211 |
| JALAPENO M PEPPER | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20734 | Y6255 |
| JUBILEE 11 WATERMELON | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20643 | 12647 |
| JUBILEE WATERMELON | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20650 | T3163 |
| KOBE STRIATE LESPEDEZA | PIEDMONT FERTILIZER CO  OPELIKA AL | 11/20/2003 | 12/15/2003 | 25 | 20429 | MS-506 |
| LUMINA PVP PUMPKIN | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20639 | 16406 |
| MAGNUM PERENNIAL RYEGRASS BLEND | DALE FARM CO OP          OZARK, AL. | 10/9/2003 | 11/3/2003 | 25 | 20081 | B28-9-MAG106 |

**SAMPLES TAKEN  --  October 2003 through February 2004**

*(sorted by number of days taken)*

| NAME GIVEN | SOURCE | DATE REC | REP DATE | # days | LAB # | LOT # |
|---|---|---|---|---|---|---|
| MAMMOTH GOLD PUMPKIN | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20672 | C6774 |
| NEW ENGLAND SMALL SUGAR PUMPKIN | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20670 | 16413 |
| OSCEOLA LADINO CLOVER | DALE FARMA CO OP        OZARK, AL | 10/9/2003 | 11/3/2003 | 25 | 20083 | 00P-8126-1 |
| PEREDOVIK TYPE SUNFLOWER | TALEECON FARMERS COOP NOTASULGA, AL | 1/8/2004 | 2/2/2004 | 25 | 20911 | 8951 |
| SUGAR BABY WATERMELON | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20633 | 16146 |
| SUGAR BABY WATERMELON | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20638 | 10366 |
| SWEET BANANA PEPPER | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20640 | 31162 |
| TENDERSWEET ORANGE WATERMELON | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20637 | Y6239 |
| W.G.F. SORGHUM | BAILEY FEED & HARDWARE ALEXANDER CITY, AL | 1/8/2004 | 2/2/2004 | 25 | 20834 | 10113 |
| WGF SORGHUM | CLEMMONS & HAMMER KILLEN, AL | 1/8/2004 | 2/2/2004 | 25 | 20898 | 393T |
| WGF SORGHUM | CLEMMONS & HAMMER KILLEN, AL | 1/8/2004 | 2/2/2004 | 25 | 20899 | 394T |
| WGF SORGHUM | CLEMMONS & HAMMER KILLEN, AL | 1/8/2004 | 2/2/2004 | 25 | 20900 | 399T |
| WGF SORGHUM | CLEMMONS & HAMMER KILLEN, AL | 1/8/2004 | 2/2/2004 | 25 | 20901 | 396T |
| (HULLED) BERMUDAGRASS | DAN'S HARDWARE & SUPPLY PHENIX CITY, AL | 1/12/2004 | 2/5/2004 | 24 | 20926 | 672111 |
| CANGREEN LIMA BEANS | GRO SOUTH MONTGOMERY AL | 11/21/2003 | 12/15/2003 | 24 | 20439 | 376 |
| GEORGIA SOUTHERN COLLARDS | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/16/2004 | 24 | 20810 | L111-1-CC |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED CULLMAN AL | 10/10/2003 | 11/3/2003 | 24 | 20087 | B5-3-HG8 |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED CULLMAN AL | 10/10/2003 | 11/3/2003 | 24 | 20088 | B5-3-HG1 |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED CULLMAN AL | 10/10/2003 | 11/3/2003 | 24 | 20089 | B-5-3-DG1 |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED CULLMAN AL | 10/10/2003 | 11/3/2003 | 24 | 20090 | B5-3-HG-5 |
| JACKSON WONDER LIMA BEANS | GRO SOUTH MONTGOMERY AL | 11/21/2003 | 12/15/2003 | 24 | 20440 | 322 |
| KENTUCKY 31 TALL FESCUE | HARVEST FEED MILL  HARVEST AL | 12/23/2003 | 1/16/2004 | 24 | 20784 | 109023-P |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED CULLMAN AL | 10/10/2003 | 11/3/2003 | 24 | 20092 | 320176GGR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED CULLMAN AL | 10/10/2003 | 11/3/2003 | 24 | 20094 | 320136GGR |
| RANCHERO FRIO BLEND BERMUDAGRASS | WHITLEY FEED & FARM SUPPLY  ALTOONA, AL | 1/12/2004 | 2/5/2004 | 24 | 20935 | 11715 |
| SUGAR GRAZE II HYBRID SORGHUM SUDANGRASS | AGRILIANCE - AFC  DECATUR AL | 12/23/2003 | 1/16/2004 | 24 | 20782 | 742A |
| THOROGREEN LIMA BEAN | GRO SOUTH MONTGOMERY AL | 11/21/2003 | 12/15/2003 | 24 | 20437 | 375 |
| THOROGREEN LIMA BEAN | GRO SOUTH MONTGOMERY AL | 11/21/2003 | 12/15/2003 | 24 | 20438 | 446000-989410 |
| WHITE PROSSO MILLET | DEEP SOUTH SUPPLY PO BOX 321 HURTSBORO, AL | 1/13/2004 | 2/6/2004 | 24 | 20942 | 0103 |
| AOSCA CERT. AGS 2000 WHEAT | HELENA CHEMICAL CO. SUMMERDALE AL | 12/22/2003 | 1/14/2004 | 23 | 20735 | 341 |
| HULLED BERMUDAGRASS | DEEP SOUTH SUPPLY PO BOX 321 HURTSBORO, AL | 1/13/2004 | 2/5/2004 | 23 | 20943 | 9183 |
| KENTUCKY 31 TALL FESCUE | AGRILIANCE - AFC  DECATUR AL | 10/15/2003 | 11/7/2003 | 23 | 20121 | MS03-010 |
| KOBE STRIATE LESPEDEZA | AGRILIANCE-AFC  DECATUR AL | 10/28/2003 | 11/20/2003 | 23 | 20229 | T-20434 |
| ALASKA GARDEN PEA | FARMER'S FEED SERVICE  WETUMPKA AL | 11/24/2003 | 12/16/2003 | 22 | 20450 | 57-205-393 |
| AR CERT. COKER 9803 WHEAT | AGRILIANCE - AFC  DECATUR AL | 10/28/2003 | 11/19/2003 | 22 | 20241 | 357 |
| BLUELAKE 274 GARDEN BEANS | RACINE'S FEED & GARDEN SUPPLY      ROBERTSDALE | 1/15/2004 | 2/6/2004 | 22 | 20971 | 301105 |
| CERT. MISSISSIPPI PINKEYE SOUTHERNPEA | ELBERTA FARMERS CO-OP      ELBERTA AL | 1/15/2004 | 2/6/2004 | 22 | 20968 | F1190B/02A-8539 |
| CERT. MISSISSIPPI PINKEYE SOUTHERNPEA | RACINE'S FEED & GARDEN SUPPLY      ROBERTSDALE | 1/15/2004 | 2/6/2004 | 22 | 20969 | F1140A/02A-8539 |
| CLEMSON SPINELESS OKRA | UNIVERSAL SEED SUPPLY B-HAM AL | 12/23/2003 | 1/14/2004 | 22 | 20812 | 9102 |
| DK54 HYBRID GRAIN SORGHUM | ATMORE TRUCKERS      ATMORE, AL | 1/29/2004 | 2/20/2004 | 22 | 21122 | 1752ETPAY |
| FLORIDA BROADLEAF MUSTARD | M&L FEED & SEED  PHENIX CITY, AL | 1/15/2004 | 2/6/2004 | 22 | 20947 | 065-1127-0F |
| FORDHOOK 242 LIMA BEANS | TUCKER FARM CENTER      FRISCO CITY AL | 1/15/2004 | 2/6/2004 | 22 | 20965 | 336 |
| GIANT SOUTHERN CURLED MUSTARD | M&L FEED & SEED  PHENIX CITY, AL | 1/15/2004 | 2/6/2004 | 22 | 20948 | 10480 |
| GOLDEN CROSS BANTAM SWEET HYBRID CORN | SEGREST SEED CO        SLOCOMB AL | 1/29/2004 | 2/20/2004 | 22 | 21150 | 118-20-511-21 |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED CULLMAN AL | 10/30/2003 | 11/21/2003 | 22 | 20276 | P3-3-34 |
| JACKSON WONDER LIMA BEANS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/29/2004 | 22 | 20846 | 322 |
| KENTUCKY 31 TALL FESCUE | AGRILIANCE - AFC  DECATUR AL | 1/22/2004 | 2/13/2004 | 22 | 21076 | 3-143 |
| KENTUCKY 31 TALL FESCUE | AGRILIANCE - AFC  DECATUR AL | 10/16/2003 | 11/7/2003 | 22 | 20147 | 2107B |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC CULLMAN AL | 1/22/2004 | 2/13/2004 | 22 | 21097 | 30243GGR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC CULLMAN AL | 1/22/2004 | 2/13/2004 | 22 | 21098 | 30304GGR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC CULLMAN AL | 1/22/2004 | 2/13/2004 | 22 | 21099 | 30305GGR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC CULLMAN AL | 1/22/2004 | 2/13/2004 | 22 | 21100 | 30244GGR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC CULLMAN AL | 1/22/2004 | 2/13/2004 | 22 | 21101 | 30204GGR |
| OR CERT. POTOMAC ORCHARDGRASS | FAITHWAY FEED  GUNTERSVILLE AL | 10/28/2003 | 11/19/2003 | 22 | 20225 | L10-3-69 |
| PINTO BEANS | SEED SOUTH DOTHAN AL | 1/7/2004 | 1/29/2004 | 22 | 20886 | 52-368-035 |
| RATTLESNAKE POLE GARDEN BEANS | SEED SOUTH DOTHAN AL | 1/7/2004 | 1/29/2004 | 22 | 20850 | 301185 |
| RED PINTO BEANS | GARRISON FARM & HOME  THORSBY AL | 12/22/2003 | 1/13/2004 | 22 | 20746 | 0013 |
| SADANDY COWPEAS | FEED & FARM SUPPLY GEORGIANNA AL | 12/22/2003 | 1/13/2004 | 22 | 20743 | 8075 |
| SOUTHERN GIANT CURLED MUSTARD | FARMER'S FEED SERVICE  WETUMPKA AL | 11/24/2003 | 12/16/2003 | 22 | 20457 | C3357 |
| TRUCKERS FAVORITE WHITE CORN | KELLY SEED CO INC.      HARTFORD, AL | 1/29/2004 | 2/20/2004 | 22 | 21160 | 543 |
| TRUCKERS FAVORITE YELLOW CORN | KELLY SEED CO INC.      HARTFORD, AL | 1/29/2004 | 2/20/2004 | 22 | 21161 | 545 |
| W G F SORGHUM | AGRILIANCE  AFC      DOTHAN AL | 1/29/2004 | 2/20/2004 | 22 | 21170 | 397-T |
| WREN'S ABRUZZI RYE | AGRILIANCE - AFC  DECATUR AL | 10/28/2003 | 11/19/2003 | 22 | 20246 | MSF-0311 |
| 47324 SOYBEAN | MADISON COUNTY COOP  HAZELGREEN AL | 2/4/2004 | 2/25/2004 | 21 | 21184 | IL 50 |
| 48164 SOYBEAN | MADISON COUNTY COOP  HAZELGREEN AL | 2/4/2004 | 2/25/2004 | 21 | 21185 | IK 37 |
| 944VW889 SOYBEAN | MADISON COUNTY COOP  HAZELGREEN AL | 2/4/2004 | 2/25/2004 | 21 | 21186 | PA 27 |
| 94B74 SOYBEAN | SOUTHERN STATES      ARAB, AL | 2/4/2004 | 2/25/2004 | 21 | 21213 | W3MCL11012-00-0208 |
| 94M40 SOYBEANS | SOUTHERN STATES      CULLMAN, AL | 2/4/2004 | 2/25/2004 | 21 | 21191 | W3QUE11011-00-0052 |
| BLACK OIL F-2 HYBRID SUNFLOWER | TRIPLE "T" FEED & SEED ALEXANDER CITY AL | 12/23/2003 | 1/13/2004 | 21 | 20758 | 8944 |
| BLACK OIL SUNFLOWER | FLOYD'S FEED & SEED DADEVILLE AL | 12/23/2003 | 1/13/2004 | 21 | 20761 | Tl-318 |
| BLUE LAKE POLE GARDEN BEANS | UNIVERSAL SEED SUPPLY B-HAM AL | 12/23/2003 | 1/13/2004 | 21 | 20802 | 301171 |
| BUSH BLUE LAKE 274 GARDEN BEAN | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/28/2004 | 21 | 20844 | 56-118-574 |
| CANGREEN LIMA BEANS | FEED & FARM SUPPLY GEORGIANNA AL | 12/22/2003 | 1/12/2004 | 21 | 20741 | 334-2 |
| CANGREEN LIMA BEANS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/28/2004 | 21 | 20848 | 376 |
| CERT. MISSISSIPPI SILVER SOUTHERNPEA | ATMORE TRUCKERS      ATMORE, AL | 1/15/2004 | 2/5/2004 | 21 | 20985 | F1161/02A-7796 |
| CLEMSON SPINELESS 80 OKRA | WHITLEY FEED & FARM SUPPLY  ALTOONA, AL | 1/12/2004 | 2/2/2004 | 21 | 20933 | 10397 |
| COKER 227 OATS | EUFAULA FARM SUPPLY  EUFAULA AL | 10/22/2003 | 11/12/2003 | 21 | 20210 | 17803 |
| COMMODORE IMP. BUSH BEANS | SEED SOUTH DOTHAN AL | 1/7/2004 | 1/28/2004 | 21 | 20842 | 54-120-392 |
| CONTENDER GARDEN BEAN | FLOYD'S FEED & SEED DADEVILLE AL | 12/23/2003 | 1/13/2004 | 21 | 20764 | 75349 |

**SAMPLES TAKEN -- October 2003 through February 2004**

*(sorted by number of days taken)*

| NAME GIVEN | SOURCE | DATE REC | REP DATE | # days | LAB # | LOT # |
|---|---|---|---|---|---|---|
| DIXIELEE SOUTHERNPEA | ATMORE TRUCKERS          ATMORE, AL | 1/15/2004 | 2/5/2004 | 21 | 20986 | 8123 |
| DP 4690 RR SOYBEAN | AGRILIANCE - AFC DECATUR AL | 2/4/2004 | 2/25/2004 | 21 | 21177 | 4690R-P282 |
| DP 4690RR SOYBEAN | AGRILIANCE - AFC DECATUR AL | 2/4/2004 | 2/25/2004 | 21 | 21178 | 4690R-P281 |
| DP 5414RR SOYBEAN | AGRILIANCE - AFC DECATUR AL | 2/4/2004 | 2/25/2004 | 21 | 21180 | 5414R-S204 |
| DP 5915 RR SOYBEAN | AGRILIANCE - AFC DECATUR AL | 2/4/2004 | 2/25/2004 | 21 | 21179 | 5915R-S134 |
| DP 5989 SOYBEAN | AGRILIANCE - AFC DECATUR AL | 2/4/2004 | 2/25/2004 | 21 | 21181 | 5989-S050 |
| DWARF ESSEX RAPE | FARMER'S FEED SERVICE  WETUMPKA AL | 11/24/2003 | 12/15/2003 | 21 | 20446 | 32099-R |
| FESCUE/ ORCHARDGRASS MIXTURE | UNIVERSAL SEED & SUPPLY B-HAM AL | 11/25/2003 | 12/16/2003 | 21 | 20481 | MS02-043 |
| FESCUE/ ORCHARDGRASS MIXTURE | UNIVERSAL SEED & SUPPLY B-HAM AL | 11/25/2003 | 12/16/2003 | 21 | 20482 | MS02-042 |
| FLORIDA BROADLEAF INDIA MUSTARD | SEGREST SEED CO. SLOCOMB AL | 10/14/2003 | 11/4/2003 | 21 | 20105 | A449002 |
| FLORIDA BUTTER LIMA BEANS | FEED & FARM SUPPLY GEORGIANNA AL | 12/22/2003 | 1/12/2004 | 21 | 20742 | 265 |
| FLORIDA BUTTER LIMA BEANS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/28/2004 | 21 | 20847 | 265 |
| FLORIDA SPECKLED LIMA BEAN | FARMER'S FEED SERVICE  WETUMPKA AL | 11/24/2003 | 12/15/2003 | 21 | 20443 | 00490 |
| FORDHOOK 242 LIMA BEAN | UNIVERSAL SEED SUPPLY B-HAM AL | 12/23/2003 | 1/13/2004 | 21 | 20791 | 336 |
| FORDHOOK BUSH LIMA BEAN | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/13/2004 | 21 | 20792 | 288 |
| GEORGIA COLLARDS | TRIPLE "T" FEED & SEED  ALEXANDER CITY AL | 12/23/2003 | 1/13/2004 | 21 | 20757 | J069000 |
| GEORGIA SOUTHERN COLLARDS | FARMERS EXCHANGE      BREWTON AL | 1/15/2004 | 2/5/2004 | 21 | 20951 | 89904 |
| GREEN ARROW GREEN PEA | ATMORE TRUCKERS          ATMORE, AL | 1/15/2004 | 2/5/2004 | 21 | 20987 | 3280202 |
| GULF ANNUAL RYEGRASS | EUFAULA FARM SUPPLY  EUFAULA AL | 10/22/2003 | 11/12/2003 | 21 | 20209 | L5-1-GR19A |
| GULF ANNUAL RYEGRASS | RACINE'S FEED & GARDEN SUPPLY      ROBERTSDALE | 10/22/2003 | 11/12/2003 | 21 | 20195 | B14-3-G11 |
| GULF ANNUAL RYEGRASS | RACINE'S FEED & GARDEN SUPPLY      ROBERTSDALE | 10/22/2003 | 11/12/2003 | 21 | 20196 | B14-3-G20 |
| HALF RUNNER WHITE GARDEN BEANS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/28/2004 | 21 | 20838 | 56-170-446 |
| HENDERSON BUSH LIMA BEANS | FEED & FARM SUPPLY GEORGIANNA AL | 12/22/2003 | 1/12/2004 | 21 | 20745 | 370 |
| HENDERSON LIMA BEAN | FARMER'S FEED SERVICE  WETUMPKA AL | 11/24/2003 | 12/15/2003 | 21 | 20449 | E2160 |
| HENDERSON LIMA BEAN | FARMER'S FEED SERVICE  WETUMPKA AL | 11/24/2003 | 12/15/2003 | 21 | 20442 | F2104 |
| HULLED  COMMON BERMUDA GRASS | AGRILIANCE AFC         DOTHAN, AL | 1/22/2004 | 2/12/2004 | 21 | 21063 | AC583H |
| HULLED BERMUDAGRASS | DOWN TO EARTH      BREWTON AL | 1/15/2004 | 2/5/2004 | 21 | 20956 | B02034 |
| HYBRID KANDY KORN EHFI SWEET CORN | CHILTON COUNTY FEED & SEED      CLANTON AL | 11/25/2003 | 12/16/2003 | 21 | 20495 | 644045 |
| HYBRID SILVER KING SWEET CORN | CHILTON COUNTY FEED & SEED      CLANTON AL | 11/25/2003 | 12/16/2003 | 21 | 20494 | NC0084MR |
| HYBRID SILVER QUEEN F1 SWEET CORN | CHILTON COUNTY FEED & SEED      CLANTON AL | 11/25/2003 | 12/16/2003 | 21 | 20492 | NC1174-LF |
| HYBRID SILVER QUEEN G90 F1 SWEET CORN | CHILTON COUNTY FEED & SEED      CLANTON AL | 11/25/2003 | 12/16/2003 | 21 | 20493 | NC1185LR |
| JACKSON WONDER LIMA BEAN | FARMER'S FEED SERVICE  WETUMPKA  AL | 11/24/2003 | 12/15/2003 | 21 | 20452 | 0409-872 |
| JACKSON WONDER LIMA BEAN | UNIVERSAL SEED SUPPLY B-HAM AL | 12/23/2003 | 1/13/2004 | 21 | 20788 | 515333 |
| JACKSON WONDER LIMA BEAN | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/13/2004 | 21 | 20789 | 325 |
| JACKSON WONDER LIMA BEANS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/28/2004 | 21 | 20845 | 325 |
| KENTUCKY 125 BUSH GARDEN BEANS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/28/2004 | 21 | 20836 | TG-1200 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED          CULLMAN AL | 2/4/2004 | 2/25/2004 | 21 | 21271 | 30170GR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED CULLMAN AL | 10/30/2003 | 11/20/2003 | 21 | 20266 | 2-497 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED CULLMAN AL | 10/30/2003 | 11/20/2003 | 21 | 20270 | 2-533 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED CULLMAN AL | 10/30/2003 | 11/20/2003 | 21 | 20272 | 2-585 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED CULLMAN AL | 10/30/2003 | 11/20/2003 | 21 | 20273 | 2-528 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC CULLMAN AL | 10/17/2003 | 11/7/2003 | 21 | 20161 | 30AV23 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC CULLMAN AL | 10/17/2003 | 11/7/2003 | 21 | 20162 | 30AV22 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC CULLMAN AL | 10/17/2003 | 11/7/2003 | 21 | 20164 | 320206GGR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC CULLMAN AL | 10/17/2003 | 11/7/2003 | 21 | 20165 | 320259GGR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC CULLMAN AL | 10/17/2003 | 11/7/2003 | 21 | 20168 | 221042GR-MD |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC CULLMAN AL | 10/17/2003 | 11/7/2003 | 21 | 20169 | 30176GGR |
| KENTUCKY 31 TALL FESCUE (plain) | SEED SOUTH          DOTHAN, AL | 12/8/2003 | 12/29/2003 | 21 | 20550 | GCB3-023 |
| KENTUCKY 31 TALL FESCUE (plain) | PENNINGTON SEED INC  CULLMAN AL | 10/22/2003 | 11/12/2003 | 21 | 20181 | 30AV21 |
| KENTUCKY 31 TALL FESCUE (plain) | PENNINGTON SEED INC  CULLMAN AL | 10/22/2003 | 11/12/2003 | 21 | 20182 | 30AV20 |
| KENTUCKY WONDER GARDEN BEAN | UNIVERSAL SEED SUPPLY B-HAM AL | 12/23/2003 | 1/13/2004 | 21 | 20800 | 1070-95589 |
| LADY  COWPEA | FEED & FARM SUPPLY GEORGIANNA AL | 12/22/2003 | 1/12/2004 | 21 | 20740 | B134-8 |
| LADY SOUTHERNPEA | CHILTON COUNTY FEED & SEED    CLANTON AL | 11/25/2003 | 12/16/2003 | 21 | 20490 | 1288-7-7-8 |
| LADY SOUTHERNPEA | GROWERS SUPPLY        FRISCO CITY, AL | 1/15/2004 | 2/5/2004 | 21 | 20995 | 1288-7 |
| MARSHALL ANNUAL RYEGRASS | AGRILIANCE - AFC DECATUR AL | 11/25/2003 | 12/16/2003 | 21 | 20472 | L16-3-A25M |
| MIXED IRON & CLAY COWPEAS | GROWERS SUPPLY        FRISCO CITY, AL | 1/15/2004 | 2/5/2004 | 21 | 21000 | 17 |
| NEMAGREEN LIMA BEANS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/28/2004 | 21 | 20849 | 374 |
| PEREDOVIK TYPE SUNFLOWER | AGRILIANCE - AFC  DECATUR AL | 12/23/2003 | 1/13/2004 | 21 | 20771 | 8973 |
| PIONEER 30F34 CORN | FARMER'S FEED SERVICE  WETUMPKA  AL | 11/24/2003 | 12/15/2003 | 21 | 20458 | W1ST011077-00 |
| PURPLE TOP WHITE GLOBE TURNIP | FARMER'S FEED SERVICE  WETUMPKA  AL | 11/24/2003 | 12/15/2003 | 21 | 20441 | 10728 |
| RATTLESNAKE (POLE) GARDEN BEAN | RANDOLPH FARMERS COOP      WEDOWEE, AL | 1/16/2004 | 2/6/2004 | 21 | 21028 | 301185 |
| RATTLESNAKE (POLE) GARDEN BEAN | UNIVERSAL SEED SUPPLY B-HAM AL | 12/23/2003 | 1/13/2004 | 21 | 20801 | 301185 |
| ROMA II GARDEN BEAN | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/28/2004 | 21 | 20869 | 1580251 |
| SIEVA POLE LIMA BEAN | FARMER'S FEED SERVICE  WETUMPKA  AL | 11/24/2003 | 12/15/2003 | 21 | 20456 | 323 |
| SIEVA POLE LIMA BEAN | GREENSBORO CO-OP          GREENSBORO, AL | 1/16/2004 | 2/6/2004 | 21 | 21024 | 157 |
| SSCA CERT. HUTCHESON SOYBEANS | BRAGG FARMS              TONEY AL | 2/4/2004 | 2/25/2004 | 21 | 21206 | 101 |
| SSCA CERT. HUTCHESON SOYBEANS | BRAGG FARMS              TONEY AL | 2/4/2004 | 2/25/2004 | 21 | 21207 | 102 |
| SSCA CERT. HUTCHESON SOYBEANS | BRAGG FARMS              TONEY AL | 2/4/2004 | 2/25/2004 | 21 | 21208 | 103 |
| SSCA CERT. HUTCHESON SOYBEANS | BRAGG FARMS              TONEY AL | 2/4/2004 | 2/25/2004 | 21 | 21209 | 104 |
| ST4892BR COTTON | UAP MADISON AL. | 12/23/2003 | 1/13/2004 | 21 | 20768 | AM3G2073 |
| ST4892BR COTTON | UAP  MADISON AL. | 12/23/2003 | 1/13/2004 | 21 | 20769 | AM3G 1122 |
| ST4892BR COTTON | UAP  MADISON AL. | 12/23/2003 | 1/13/2004 | 21 | 20770 | AM3G1123 |
| STONEVILLE ST4892BR COTTON | UAP  MADISON AL. | 12/23/2003 | 1/13/2004 | 21 | 20766 | AM3G2072 |
| STONEVILLE ST4892BR COTTON | UAP  MADISON AL. | 12/23/2003 | 1/13/2004 | 21 | 20767 | AM3G2074 |
| STRIKE GARDEN BEANS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/28/2004 | 21 | 20840 | 184727 |
| STRIPED HALF RUNNER BUSH GARDEN BEAN | UNIVERSAL SEED SUPPLY B-HAM AL | 12/23/2003 | 1/13/2004 | 21 | 20799 | 06403401 |
| TEXAS CREAM 40 COWPEAS | MURPHY'S OUTDOOR & HARDWARE      URIAH, AL | 1/15/2004 | 2/5/2004 | 21 | 20989 | 8244 |
| THOMAS LAXTON GARDEN PEA | ATMORE TRUCKERS          ATMORE, AL | 1/15/2004 | 2/5/2004 | 21 | 20988 | 102701 |
| THOROGREEN BUSH LIMA BEAN | UNIVERSAL SEED SUPPLY B-HAM AL | 12/23/2003 | 1/13/2004 | 21 | 20793 | 446000989410 |

**SAMPLES TAKEN — October 2003 through February 2004**

*(sorted by number of days taken)*

| NAME GIVEN | SOURCE | DATE REC | REP DATE | # days | LAB # | LOT # |
|---|---|---|---|---|---|---|
| THOROGREEN LIMA BEAN | FARMER'S FEED SERVICE  WETUMPKA AL | 11/24/2003 | 12/15/2003 | 21 | 20444 | 750-R/S |
| THOROGREEN LIMA BEAN | FARMER'S FEED SERVICE  WETUMPKA AL | 11/24/2003 | 12/15/2003 | 21 | 20455 | 335 |
| W. G. F. SORGHUM | CLEMMONS & HAMNER (SEED PROCESSOR)   KILLEN | 2/4/2004 | 2/25/2004 | 21 | 21239 | 483 |
| W. G. F. SORGHUM | CLEMMONS & HAMNER (SEED PROCESSOR)   KILLEN | 2/4/2004 | 2/25/2004 | 21 | 21241 | 484 |
| W. G. F. SORGHUM | CLEMMONS & HAMNER (SEED PROCESSOR)   KILLEN | 2/4/2004 | 2/25/2004 | 21 | 21247 | 485 |
| W. G. F. SORGHUM | CLEMMONS & HAMNER (SEED PROCESSOR)   KILLEN | 2/4/2004 | 2/25/2004 | 21 | 21238 | 482 |
| WGF SORGHUM | FARMERS CO-OP       LEROY, AL | 1/16/2004 | 2/6/2004 | 21 | 21021 | 397-T |
| WHITE ACRE SOUTHERNPEA | AGRILIANCE - AFC  DECATUR AL | 2/4/2004 | 2/25/2004 | 21 | 21216 | 03-8946 |
| WHITE DIXIE BUTTERPEA LIMA BEAN | SEED SOUTH DOTHAN AL | 1/7/2004 | 1/28/2004 | 21 | 20851 | 274 |
| WHITE DIXIE LIMA BEAN | FARMER'S FEED SERVICE  WETUMPKA AL | 11/24/2003 | 12/15/2003 | 21 | 20451 | F2221 |
| WILLOW LEAF LIMA BEAN | GREENSBORO CO-OP         GREENSBORO, AL | 1/16/2004 | 2/6/2004 | 21 | 21025 | 204 |
| YUCHI ARROWLEAF CLOVER | PENNINGTON SEED INC  CULLMAN AL | 10/22/2003 | 11/12/2003 | 21 | 20177 | W6-2-AL-1 |
| ZIPPER CREAM COWPEA | FEED & FARM SUPPLY GEORGIANNA AL | 12/22/2003 | 1/12/2004 | 21 | 20739 | 8114-5 |
| 26R24 WHEAT | AGRILIANCE - AFC  DECATUR AL | 11/25/2003 | 12/15/2003 | 20 | 20466 | 26R24 |
| 26R38 WHEAT | AGRILIANCE - AFC  DECATUR AL | 11/25/2003 | 12/15/2003 | 20 | 20469 | UG147 |
| 26R38 WHEAT | AGRILIANCE - AFC  DECATUR AL | 11/25/2003 | 12/15/2003 | 20 | 20470 | U98YC015 |
| 83G66 GRAIN SORGHUM SEED | CHARLES W. COOPER, PO BOX 487; LOXLEY AL | 1/29/2004 | 2/18/2004 | 20 | 21118 | 289320 |
| AGS 2000 WHEAT | AGRILIANCE-AFC  DECATUR AL | 11/25/2003 | 12/15/2003 | 20 | 20485 | 341 |
| ALDERMAN GARDEN PEA | SEGREST SEED CO.       SLOCOMB, AL | 1/16/2004 | 2/5/2004 | 20 | 21015 | 6002-80319 |
| AOCA CERT. TIFLEAF 3 HYBRID PEARL MILLET | ATMORE TRUCKERS        ATMORE, AL | 1/29/2004 | 2/18/2004 | 20 | 21120 | 5132K |
| AOCA CERT. TIFLEAF-3 HYBRID PEARL MILLET | ATMORE TRUCKERS        ATMORE, AL | 1/29/2004 | 2/18/2004 | 20 | 21119 | 782-1 |
| AOSCA CERT. 26R61 WHEAT | ELBERTA FARMERS CO-OP  PO 700   ELBERTA AL | 12/2/2003 | 12/22/2003 | 20 | 20509 | U98YC009 |
| AR.CERT. COKER 9663 WHEAT | AGRILIANCE--AFC  DECATUR AL | 11/25/2003 | 12/15/2003 | 20 | 20484 | 2-63-1537 |
| AUSTRIAN WINTER FIELD PEA | FAITHWAY FEED  GUNTERSVILLE AL | 10/28/2003 | 11/17/2003 | 20 | 20228 | T-20930 |
| AUSTRIAN WINTER FIELD PEAS | PENNINGTON SEED CO  CULLMAN AL | 10/28/2003 | 11/17/2003 | 20 | 20251 | 33148-AWP |
| BLACK OIL (Peredovik Type) SUNFLOWERS | AGSOUTH, INC 13995 HWY 10 FITZPATRICK, AL | 1/13/2004 | 2/2/2004 | 20 | 20939 | T3-113 |
| BROWNTOP MILLET | ATMORE TRUCKERS        ATMORE, AL | 1/29/2004 | 2/18/2004 | 20 | 21125 | BF-9 |
| CANGREEN LIMA BEAN | THE FEED LOT  PIKE RD AL | 12/2/2003 | 12/22/2003 | 20 | 20519 | 446000-989410 |
| CCIA  CERT. MISSISSIPPI PINKEYE COWPEA | THE FEED LOT  PIKE RD AL | 12/2/2003 | 12/22/2003 | 20 | 20511 | F1140B/02A8539 |
| CERT. ZIPPERCREAM COWPEA | THE FEED LOT  PIKE RD AL | 12/2/2003 | 12/22/2003 | 20 | 20526 | 2181-04 |
| CLEMSON 80 OKRA | THE FEED LOT  PIKE RD AL | 12/2/2003 | 12/22/2003 | 20 | 20521 | 2010 |
| CONTENDER BUSH BEAN | FLOYD'S FEED & SEED DADEVILLE AL | 12/23/2003 | 1/12/2004 | 20 | 20763 | 0065-75319 |
| CONTENDER GARDEN BEAN | B W CAPPS & SON  OPELIKA., AL | 1/9/2004 | 1/29/2004 | 20 | 20924 | 75349 |
| CONTENDER GARDEN BEAN | UNIVERSAL SEED SUPPLY B-HAM AL | 12/23/2003 | 1/12/2004 | 20 | 20798 | 11502169 |
| DOVE PROSO MILLET | SEGREST SEED CO  SLOCOMB AL | 10/14/2003 | 11/3/2003 | 20 | 21107 | 4 |
| DWARF TAYLOR HORTICULTURE GARDEN BEAN | UNIVERSAL SEED SUPPLY B-HAM AL | 12/23/2003 | 1/12/2004 | 20 | 20797 | 301217 |
| EARLY ALASKA GARDEN PEA | SEGREST SEED CO.      SLOCOMB, AL | 1/16/2004 | 2/5/2004 | 20 | 21006 | 1209087 |
| ELBON RYE | HARVEST FEED MILL HARVEST AL | 11/25/2003 | 12/15/2003 | 20 | 20480 | 2796 |
| FFR321 DR HYBRID GRAIN SORGHUM | RANDOLPH FARMERS COOP     WEDOWEE, AL | 1/16/2004 | 2/5/2004 | 20 | 21032 | 10144 |
| FLORIDA SPECKLED LIMA BEAN | CHILTON CO FEED & SEED       CLANTON AL | 11/25/2003 | 12/15/2003 | 20 | 20499 | 00490 |
| FLORIDA SPECKLED LIMA GARDEN BEAN | UNIVERSAL SEED SUPPLY B-HAM AL | 12/23/2003 | 1/12/2004 | 20 | 20785 | BIN |
| GREEN ARROW GARDEN PEA | SEGREST SEED CO.       SLOCOMB, AL | 1/16/2004 | 2/5/2004 | 20 | 21007 | 3280371 |
| GREEN ARROW GARDEN PEA | SEGREST SEED CO.       SLOCOMB, AL | 1/16/2004 | 2/5/2004 | 20 | 21008 | 3280202 |
| GREEN ARROW GARDEN PEA | SEGREST SEED CO.       SLOCOMB, AL | 1/16/2004 | 2/5/2004 | 20 | 21009 | 3280371 |
| GULF ANNUAL RYEGRASS | AGRILIANCE - AFC  DECATUR AL | 11/25/2003 | 12/15/2003 | 20 | 20464 | B41-03W-252G |
| GULF ANNUAL RYEGRASS | AGRILIANCE - AFC  DECATUR AL | 11/25/2003 | 12/15/2003 | 20 | 20465 | L141-3-G30 |
| GULF ANNUAL RYEGRASS | AGRILIANCE--AFC  DECATUR AL | 11/25/2003 | 12/15/2003 | 20 | 20486 | L4-3-67G |
| HENDERSON  LIMA BEANS | UNIVERSAL SEED SUPPLY B-HAM AL | 12/23/2003 | 1/12/2004 | 20 | 20787 | 301191 |
| HENDERSON BUSH LIMA BEANS | UNIVERSAL SEED SUPPLY B-HAM AL | 12/23/2003 | 1/12/2004 | 20 | 20786 | 370 |
| HENDERSON LIMA BEAN | CHILTON COUNTY FEED & SEED     CLANTON AL | 11/25/2003 | 12/15/2003 | 20 | 20505 | F2104 |
| JACKSON WONDER LIMA BEAN | CHILTON COUNTY FEED & SEED     CLANTON AL | 11/25/2003 | 12/15/2003 | 20 | 20506 | F2155 |
| JACKSON WONDER LIMA BEAN | CHILTON COUNTY FEED & SEED     CLANTON AL | 11/25/2003 | 12/15/2003 | 20 | 20507 | E2152 |
| KENTUCKY 31 TALL FESCUE | VALLEY FEED  DECATUR AL | 10/28/2003 | 11/17/2003 | 20 | 20238 | 107203-P |
| KY-31 TALL FESCUE | FAITHWAY FEED  GUNTERSVILLE AL | 10/28/2003 | 11/17/2003 | 20 | 20226 | 46 |
| LITTLE MARVEL GARDEN PEA | SEGREST SEED CO.      SLOCOMB, AL | 1/16/2004 | 2/5/2004 | 20 | 21005 | 3370374 |
| MARSHALL ANNUAL RYEGRASS | AGRILIANCE - AFC  DECATUR AL | 11/25/2003 | 12/15/2003 | 20 | 20471 | L75-3-23 |
| MISSISSIPPI PINKEYE SOUTHERNPEA | THE FEED LOT  PIKE RD  AL | 12/2/2003 | 12/22/2003 | 20 | 20512 | F1190C/02A-8539 |
| MISSISSIPPI SILVER COWPEA | TRIPLE "T"  FEED & SEED ALEXANDER CITY AL | 12/23/2003 | 1/12/2004 | 20 | 20756 | D2116 |
| MS. CERT. COKER 9663 WHEAT | AGRILIANCE - AFC  DECATUR AL | 11/25/2003 | 12/15/2003 | 20 | 20467 | CCK96633020 |
| MS. CERT. COKER 9663 WHEAT | AGRILIANCE - AFC  DECATUR AL | 11/25/2003 | 12/15/2003 | 20 | 20468 | CCK96633021 |
| OREGON SUGAR POD 11 GARDEN PEA | SEGREST SEED CO.       SLOCOMB, AL | 1/16/2004 | 2/5/2004 | 20 | 21014 | 3727 |
| PENNGRAZER TALL FESCUE | THE FEED LOT  PIKE RD AL | 12/2/2003 | 12/22/2003 | 20 | 20513 | L141-1-F19 |
| SESAME | THE FEED LOT  PIKE RD AL | 12/2/2003 | 12/22/2003 | 20 | 20516 | SPI-660 |
| SESAME | THE FEED LOT  PIKE RD AL | 12/2/2003 | 12/22/2003 | 20 | 20517 | FL-1 |
| SIEVA POLE LIMA BEAN | CHILTON COUNTY FEED & SEED     CLANTON AL | 11/25/2003 | 12/15/2003 | 20 | 20504 | 366 |
| SORGHUM ALMUM | KIRK & SON            ORRVILLE AL | 1/29/2004 | 2/18/2004 | 20 | 21165 | CH02 |
| SPECKLED DIXIE BP LIMA BEAN | UNIVERSAL SEED SUPPLY B-HAM AL | 12/23/2003 | 1/12/2004 | 20 | 20796 | 260 |
| SS535. WHEAT | SOUTHERN STATES CO-OP  ATHENS AL | 11/25/2003 | 12/15/2003 | 20 | 20462 | 6512-100FF |
| SUGAR ANN GARDEN PEA | SEGREST SEED CO.       SLOCOMB, AL | 1/16/2004 | 2/5/2004 | 20 | 21013 | 3582246 |
| SUGAR GRAZE II HYBRID SORGHUM SUDANGRASS | ELBERTA FARMERS CO-OP        ELBERTA  AL | 1/29/2004 | 2/18/2004 | 20 | 21128 | 742 A |
| SUGAR GRAZE ULTRA SORGO HYBRID SUNDANGRASS | KELLY SEED CO INC.        HARTFORD, AL | 1/16/2004 | 2/5/2004 | 20 | 21003 | 4402 K |
| SUGAR SNAP GARDEN PEA | SEGREST SEED CO.       SLOCOMB, AL | 1/16/2004 | 2/5/2004 | 20 | 21011 | 111118 |
| THOMAS LAXTON GARDEN PEA | SEGREST SEED CO.       SLOCOMB, AL | 1/16/2004 | 2/5/2004 | 20 | 21012 | 102701 |
| THOROGREEN GARDEN BEAN | UNIVERSAL SEED SUPPLY B-HAM AL | 12/23/2003 | 1/12/2004 | 20 | 20794 | 515312 |
| THOROGREEN LIMA BEAN | CHILTON COUNTY FEED & SEED     CLANTON AL | 11/25/2003 | 12/15/2003 | 20 | 20491 | 375 |
| TN CERT. JACKSON WHEAT | AGRILIANCE - AFC  DECATUR AL | 10/2/2003 | 10/22/2003 | 20 | 20027 | 12336 |
| TOP CROP BUSH GARDEN BEAN | UNIVERSAL SEED SUPPLY B-HAM AL | 12/23/2003 | 1/12/2004 | 20 | 20803 | 301154 |
| USA CERT. SOUTHERN STATES 76-30 OATS | AGRILIANCE - AFC  DECATUR AL | 10/2/2003 | 10/22/2003 | 20 | 20016 | 6430-4NE |
| VATES COLLARDS | CHILTON COUNTY FEED & SEED     CLANTON AL | 11/25/2003 | 12/15/2003 | 20 | 20501 | 7072-10130 |

**SAMPLES TAKEN -- October 2003 through February 2004**
*(sorted by number of days taken)*

| NAME GIVEN | SOURCE | DATE REC | REP DATE | # days | LAB # | LOT # |
|---|---|---|---|---|---|---|
| W.G.F. SORGHUM | M.L. AWBREY INC.          ROANOKE, AL | 1/21/2004 | 2/10/2004 | 20 | 21036 | 10113 |
| WGF SORGHUM | KELLY SEED CO INC.        HARTFORD, AL | 1/16/2004 | 2/5/2004 | 20 | 21004 | 8002 K |
| WHITE DIXIE BUTTERPEA LIMA BEAN | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/12/2004 | 20 | 20795 | 515266 |
| WILLET WONDER GARDEN PEAS | SEGREST SEED CO.        SLOCOMB, AL | 1/16/2004 | 2/5/2004 | 20 | 21010 | 111105 |
| WILLOW LEAF LIMA BEAN | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/12/2004 | 20 | 20790 | 204 |
| (UNHULLED) BERMUDAGRASS | B W CAPPS & SON  OPELIKA , AL | 1/9/2004 | 1/28/2004 | 19 | 20919 | 2221110H |
| AUSTRIAN WINTER FIELD PEA | AGRILIANCE - AFC DECATUR AL | 10/15/2003 | 11/3/2003 | 19 | 20130 | 33161-AWP |
| BIBB LETTUCE | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/6/2004 | 19 | 20657 | T3146 |
| BLUE LAKE 274 BUSH GARDEN BEAN | B W CAPPS & SON  OPELIKA , AL | 1/9/2004 | 1/28/2004 | 19 | 20925 | 1040201 |
| BROWNTOP MILLET | FARMERS FEED & SUPPLY  MONTGOMERY AL | 12/10/2003 | 12/29/2003 | 19 | 20573 | 1955 |
| BROWNTOP MILLET | FARMERS FEED & SUPPLY  MONTGOMERY AL | 12/10/2003 | 12/29/2003 | 19 | 20574 | 1956 |
| CITATION OATS | FAITHWAY FEED  GUNTERSVILLE AL | 10/2/2003 | 10/21/2003 | 19 | 20012 | T-21207 |
| COKER 227 OATS | AGRILIANCE - AFC DECATUR AL | 10/2/2003 | 10/21/2003 | 19 | 20015 | 17803 |
| COKER 227 OATS | SOUTHERN STATES          ARAB, AL | 10/2/2003 | 10/21/2003 | 19 | 20009 | 8505 |
| CONTENDER GARDEN BEAN | B W CAPPS & SON  OPELIKA , AL | 1/9/2004 | 1/28/2004 | 19 | 20915 | 1073351 |
| DIXIE RESEEDING CRIMSON CLOVER | AGRILIANCE AFC          DOTHAN, AL | 1/22/2004 | 2/10/2004 | 19 | 21051 | W6-1-CC-9 |
| DIXIE RESEEDING CRIMSON CLOVER | PENNINGTON SEED INC CULLMAN AL | 10/17/2003 | 11/5/2003 | 19 | 20170 | W8-3-CC-352 |
| DWARF ESSEX  RAPESEED | AGRILIANCE AFC          DOTHAN, AL | 1/22/2004 | 2/10/2004 | 19 | 21050 | 33149-RAP |
| EK 102 WHEAT | AGRILIANCE - AFC DECATUR AL | 10/2/2003 | 10/21/2003 | 19 | 20014 | 03-M003 |
| ELBON RYE | AGRILIANCE - AFC DECATUR AL | 10/2/2003 | 10/21/2003 | 19 | 20024 | 2796 |
| ELBON RYE | FAITHWAY FEED  GUNTERSVILLE AL | 10/2/2003 | 10/21/2003 | 19 | 20011 | 7187 |
| GULF ANNUAL RYEGRASS | AGRILIANCE - AFC DECATUR AL | 10/15/2003 | 11/3/2003 | 19 | 20129 | L89-03-13 |
| GULF ANNUAL RYEGRASS | C. T. GARVIN SEED & FEED      HUNTSVILLE, AL | 10/15/2003 | 11/3/2003 | 19 | 20113 | L51-2-GL1 |
| GULF ANNUAL RYEGRASS | C. T. GARVIN SEED & FEED      HUNTSVILLE, AL | 10/15/2003 | 11/3/2003 | 19 | 20114 | L172-3-G15 |
| HUIA WHITE CLOVER | AGRILIANCE AFC          DOTHAN, AL | 1/22/2004 | 2/10/2004 | 19 | 21059 | L73-2-WC13 |
| HUNGARIAN HOT WAX PEPPER | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/6/2004 | 19 | 20631 | E6770 |
| KENTUCKY 31 TALL FESCUE | C. T. GARVIN SEED & FEED      HUNTSVILLE, AL | 10/15/2003 | 11/3/2003 | 19 | 20111 | 2-563 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED          CULLMAN, AL. | 10/15/2003 | 11/3/2003 | 19 | 20132 | 30202GGR |
| LA604 OATS | AGRILIANCE - AFC DECATUR AL | 10/2/2003 | 10/21/2003 | 19 | 20028 | GFS03-03 |
| NEXUS PERNNIAL RYEGRASS | UNIVERSAL SEED & SUPPLY B-HAM AL | 10/15/2003 | 11/3/2003 | 19 | 20131 | L12-2-89B |
| PENNGRAIN DR HYBRID GRAIN SORGHUM | B W CAPPS & SON  OPELIKA , AL | 1/9/2004 | 1/28/2004 | 19 | 20921 | 10148 |
| PURPLE TOP WHITE GLOBE TURNIP | WHITLEY FEED & FARM SUPPLY  ALTOONA, AL | 1/4/2004 | 1/23/2004 | 19 | 20931 | 10635 |
| SSCA CERT. COKER 9025 WHEAT | BRAGG FARMS          TONEY AL | 10/2/2003 | 10/21/2003 | 19 | 20006 | 402 |
| SSCA CERT. COKER 9025 WHEAT | BRAGG FARMS          TONEY AL | 10/2/2003 | 10/21/2003 | 19 | 20007 | 403 |
| SSCA CERT. COKER 9025 WHEAT | BRAGG FARMS          TONEY AL | 10/2/2003 | 10/21/2003 | 19 | 20008 | 401 |
| SSCA CERT. SALUDA WHEAT | CLEMMONS & HAMMER KILLEN, AL | 10/3/2003 | 10/22/2004 | 19 | 20038 | 359 |
| SUGAR GRAZE II HYBRID SORGHUM SUDANGRASS | LAWRENCE CO. EXCHANGE        MOULTON, AL | 1/22/2004 | 2/10/2004 | 19 | 21071 | 742 |
| SUMMERGRAZER III HYBRID SORGHUM SUDANGRASS | WAVERLY FEED          WAVERLY, AL. | 1/22/2004 | 2/10/2004 | 19 | 21040 | 351 C |
| SWEET BANANA PEPPER | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/6/2004 | 19 | 20629 | E6747 |
| T.C.I. A. - SALUDA WHEAT | CLEMMONS & HAMNER (SEED PROCESSOR)   KILLEN | 10/3/2003 | 10/22/2004 | 19 | 20041 | 376 |
| T.C.I. A. - SALUDA WHEAT | CLEMMONS & HAMNER (SEED PROCESSOR)   KILLEN | 10/3/2003 | 10/22/2004 | 19 | 20040 | 375 |
| T.C.I.A CHARTER  WHEAT | CLEMMONS & HAMNER (SEED PROCESSOR)   KILLEN | 10/3/2003 | 10/22/2004 | 19 | 20037 | 354 |
| T.C.I.A SAVAGE WHEAT | CLEMMONS & HAMNER (SEED PROCESSOR)   KILLEN | 10/3/2003 | 10/22/2004 | 19 | 20035 | 352 |
| T.C.I.A SAVAGE WHEAT | CLEMMONS & HAMNER (SEED PROCESSOR)   KILLEN | 10/3/2003 | 10/22/2004 | 19 | 20036 | 353L |
| TN CERT. JACKSON WHEAT | FAITHWAY FEED  GUNTERSVILLE AL | 10/2/2003 | 10/21/2003 | 19 | 20013 | 12326 |
| AGS 2000 WHEAT | UAP MADISON          MADISON, AL. | 10/3/2003 | 10/21/2003 | 18 | 20032 | 339 |
| CERT. DWARF GREEN LONG POD OKRA | TUCKER FARM CENTER      FRISCO CITY AL | 1/15/2004 | 2/2/2004 | 18 | 20961 | 4204 |
| DIXIE RESEEDING CRIMSON CLOVER | DAN'S HARDWARE & SUPPLY PHENIX CITY, AL | 10/9/2003 | 10/27/2003 | 18 | 20069 | W8-2-CC215 |
| ELBON RYE | AGRILIANCE - AFC DECATUR AL | 10/16/2003 | 11/3/2003 | 18 | 20148 | LSC-4603 |
| GA. MITCHELL OATS | RED FOX          DOTHAN, AL. | 10/6/2003 | 10/24/2003 | 18 | 20049 | 310 |
| GEORGIA MITCHELL OATS | CD'S FEED & SEED          ABBEVILLE, AL | 10/6/2003 | 10/24/2003 | 18 | 20064 | K.L. 86 |
| GULF ANNUAL RYEGRASS | ELBERTA FARMERS CO-OP        ELBERTA  AL | 10/9/2003 | 10/27/2003 | 18 | 20074 | L104-2-36G |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED CULLMAN AL | 10/30/2003 | 11/17/2003 | 18 | 20274 | P71-3-GF-5 |
| GULF ANNUAL RYEGRASS | ST. ELMO FEED          ST. ELMO, AL. | 10/9/2003 | 10/27/2003 | 18 | 20073 | B29-2-22LG |
| JACKSON ANNUAL RYEGRASS | AGRILIANCE - AFC DECATUR AL | 10/16/2003 | 11/3/2003 | 18 | 20160 | L2-3-5N |
| KENTUCKY 31 TALL FESCUE | AGRILIANCE - AFC DECATUR  AL | 10/30/2003 | 11/17/2003 | 18 | 20283 | 4A3-561 |
| KENTUCKY 31 TALL FESCUE | AGRILIANCE - AFC DECATUR AL | 10/30/2003 | 11/17/2003 | 18 | 20285 | 2-600 |
| KENTUCKY 31 TALL FESCUE | FAITHWAY FEED  GUNTERSVILLE AL | 12/11/2003 | 12/29/2003 | 18 | 20576 | T-21475 |
| KY-31 TALL FESCUE | SOUTHERN STATES STORES        ONEONTA, AL | 10/30/2003 | 11/17/2003 | 18 | 20256 | S3805 |
| PIONEER 26R24 WHEAT | UAP MADISON          MADISON, AL. | 10/3/2003 | 10/21/2003 | 18 | 20031 | U98YC019 |
| SHOGOIN TURNIP | TUCKER FARM CENTER      FRISCO CITY AL | 1/15/2004 | 2/2/2004 | 18 | 20962 | A472000 |
| SOUTHERN GIANT CURL MUSTARD | AGRILIANCE - AFC DECATUR AL | 10/16/2003 | 11/3/2003 | 18 | 20153 | L111-3-KSG1 |
| SS 501 HYBRID PEARL MILLET | SOUTHERN STATES          DANVILLE AL | 2/8/2004 | 2/26/2004 | 18 | 21250 | 7422 C |
| TEXAS CERT. TAMO 397 OATS | AGRILIANCE - AFC DECATUR AL | 10/16/2003 | 11/3/2003 | 18 | 20152 | 32094 |
| WHITE EGG TURNIP | FARMERS EXCHANGE        BREWTON AL | 1/15/2004 | 2/2/2004 | 18 | 20952 | 91335 |
| WHITE EGG TURNIP | M&L FEED & SEED PHENIX CITY, AL | 1/15/2004 | 2/2/2004 | 18 | 20949 | 8426000 |
| WHITE EGG TURNIP | TUCKER FARM CENTER      FRISCO CITY AL | 1/15/2004 | 2/2/2004 | 18 | 20964 | 8426000 |
| WRENS ABRUZZI RYE | UAP MADISON          MADISON, AL. | 10/3/2003 | 10/21/2003 | 18 | 20030 | BSRW-3-2 |
| CLEMSON SPINELESS OKRA | RANDOLPH FARMERS COOP        WEDOWEE, AL | 1/16/2004 | 2/2/2004 | 17 | 21029 | 10397 |
| GULF ANNUAL RYEGRASS | FAITHWAY FEED  GUNTERSVILLE AL | 11/14/2003 | 12/1/2003 | 17 | 20332 | L124-3-6G |
| GULF ANNUAL RYEGRASS | FAITHWAY FEED  GUNTERSVILLE AL | 10/17/2003 | 11/3/2003 | 17 | 20172 | L106-3-3GA |
| GULF ANNUAL RYEGRASS | FAITHWAY FEED  GUNTERSVILLE AL | 10/17/2003 | 11/3/2003 | 17 | 20173 | L106-3-3GB |
| GULF ANNUAL RYEGRASS | FAITHWAY FEED  GUNTERSVILLE AL | 10/17/2003 | 11/3/2003 | 17 | 20174 | L106-3-3GC |
| GULF ANNUAL RYEGRASS | SOUTHERN STATES          CULLMAN, AL. | 10/17/2003 | 11/3/2003 | 17 | 20171 | L35-3-6201 |
| JACKSON ANNUAL RYEGRASS | AGRILIANCE - AFC DECATUR AL | 11/14/2003 | 12/1/2003 | 17 | 20326 | LA17-3-3R |
| JACKSON ANNUAL RYEGRASS | AGRILIANCE - AFC DECATUR AL | 11/14/2003 | 12/1/2003 | 17 | 20327 | LA17-3-3 |
| JUMBO TETRAPLOID ANNUAL RYEGRASS | AGRILIANCE - AFC DECATUR AL | 11/14/2003 | 12/1/2003 | 17 | 20338 | L45-3-11-J |
| JUMBO TETRAPLOID ANNUAL RYEGRASS | AGRILIANCE - AFC DECATUR AL | 11/14/2003 | 12/1/2003 | 17 | 20339 | L10-3-22A |
| JUMBO TETRAPLOID ANNUAL RYEGRASS | AGRILIANCE - AFC DECATUR AL | 11/14/2003 | 12/1/2003 | 17 | 20340 | L43-3-12J |

03/05/2004

**SAMPLES TAKEN — October 2003 through February 2004**

*(sorted by number of days taken)*

| NAME GIVEN | SOURCE | DATE REC | REP DATE | # days | LAB # | LOT # |
|---|---|---|---|---|---|---|
| JUMBO TETRAPLOID ANNUAL RYEGRASS | AGRILIANCE - AFC  DECATUR AL | 11/14/2003 | 12/1/2003 | 17 | 20341 | L101-3-25J |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED CULLMAN AL | 11/14/2003 | 12/1/2003 | 17 | 20346 | 30AV10 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED CULLMAN AL | 11/14/2003 | 12/1/2003 | 17 | 20347 | 30AV34 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED CULLMAN AL | 11/14/2003 | 12/1/2003 | 17 | 20348 | 320153GGR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED CULLMAN AL | 11/14/2003 | 12/1/2003 | 17 | 20349 | 320202GGR |
| MIXED IRON & CLAY COWPEAS | SOUTHERN STATES      DANVILLE AL | 2/8/2004 | 2/25/2004 | 17 | 21252 | 9 |
| N.C. REG. COKER 9835 WHEAT | BRAGG FARMS      TONEY AL | 11/14/2003 | 12/1/2003 | 17 | 20329 | 6I3-3501 |
| PIONEER 3154 HYBRID CORN | RANDOLPH FARMERS COOP      WEDOWEE, AL | 1/16/2004 | 2/2/2004 | 17 | 21030 | 3154-N005 |
| SS 800 HYBRID GRAIN SUDAN SORGHUM | SOUTHERN STATES      DANVILLE AL | 2/8/2004 | 2/25/2004 | 17 | 21249 | SS26124 |
| SSCA FOUNDATION JACKSON WHEAT | BRAGG FARMS      TONEY AL | 11/14/2003 | 12/1/2003 | 17 | 20330 | 302 |
| WEEPING LOVEGRASS | B W CAPPS & SON  OPELIKA , AL | 1/9/2004 | 1/26/2004 | 17 | 20920 | SP1-932 |
| 3055 HYBRID FIELD CORN | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/23/2004 | 16 | 20870 | P17FAG |
| BLUE LAKE 274  BUSH BEAN | WHITLEY FEED & FARM SUPPLY ALTOONA, AL | 1/12/2004 | 1/28/2004 | 16 | 20934 | 56-11B-153 |
| BOB OATS | PIKE FARM CO-OP      BRUNDIDGE, AL. | 10/6/2003 | 10/22/2003 | 16 | 20062 | T-13 |
| BOB OATS | PIKE FARM CO-OP      TROY, AL. | 10/8/2003 | 10/22/2003 | 16 | 20057 | T-14 |
| DWARF ESSEX RAPE | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/23/2004 | 16 | 20835 | T-21117 |
| IRON & CLAY COWPEAS | PENNINGTON SEED INC. CULLMAN AL | 2/4/2004 | 2/20/2004 | 16 | 21210 | 111 |
| IRON CLAY MIXED SOUTHERN PEAS | M.L. AWBREY INC.      ROANOKE, AL | 1/21/2004 | 2/6/2004 | 16 | 21034 | A.H.1 |
| KENTUCKY 31 TALL FESCUE | C. T. GARVIN SEED & FEED      HUNTSVILLE, AL | 2/4/2004 | 2/20/2004 | 16 | 21190 | SS-39-03 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC. CULLMAN AL | 2/4/2004 | 2/20/2004 | 16 | 21227 | 30357GR |
| MANCAN BUCKWHEAT | PENNINGTON SEED INC. CULLMAN AL | 2/4/2004 | 2/20/2004 | 16 | 21212 | 9140 |
| SUGAR SNAP GARDEN PEA | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/23/2004 | 16 | 20863 | 35803759 |
| THOMAS LAXTON PEAS | SOUTHERN STATES      CULLMAN, AL | 2/4/2004 | 2/20/2004 | 16 | 21200 | 245-03-101 |
| TOP PICK PINKEYE SOUTHERNPEA | AGRILIANCE - AFC  DECATUR AL | 2/4/2004 | 2/20/2004 | 16 | 21225 | G1108 |
| (HULLED) BERMUDAGRASS | M.L. AWBREY INC.      ROANOKE, AL | 1/21/2004 | 2/5/2004 | 15 | 21037 | 132113 |
| AFC 20-20 RYE | PIKE FARM CO-OP      BRUNDIDGE, AL | 10/6/2003 | 10/21/2003 | 15 | 20063 | AFC-03-2003 |
| ALUM SORGHUM | DEEP SOUTH SUPPLY PO BOX 321 HURTSBORO, AL | 1/13/2004 | 1/28/2004 | 15 | 20940 | CH02 |
| AOSCA CERT. 2884 WHEAT | AGRILIANCE - AFC  DECATUR AL | 10/28/2003 | 11/12/2003 | 15 | 20243 | U98YC012 |
| AOSCA CERT. 26R38 WHEAT | UAP SOUTHEAST; 6830 WEST HWY 134; HEADLAND | 10/6/2003 | 10/21/2003 | 15 | 20042 | UE151 |
| AR. CERT. AGS2485 WHEAT | AGRILIANCE - AFC  DECATUR AL | 10/28/2003 | 11/12/2003 | 15 | 20244 | 949 |
| BLACK CROWDER SOUTHERNPEA | UNIVERSAL SEED & SUPPLY B-HAM AL | 1/22/2004 | 2/6/2004 | 15 | 21104 | 8591-5 |
| BLUE LAKE 274 BUSH GARDEN BEAN | SEGREST SEED CO      SLOCOMB AL | 1/29/2004 | 2/13/2004 | 15 | 21136 | 1040203 |
| BOB OATS | DAN'S HARDWARE & SUPPLY PHENIX CITY, AL. | 10/9/2003 | 10/24/2003 | 15 | 20068 | G50-1092A |
| BRIDGETON LIMA BEANS | KELLY SEED CO INC.      HARTFORD, AL | 1/29/2004 | 2/13/2004 | 15 | 21157 | 377 |
| CANGREEN GARDEN LIMA BEAN | SEGREST SEED CO      SLOCOMB AL | 1/29/2004 | 2/13/2004 | 15 | 21134 | 515311 |
| CANGREEN LIMA BEANS | H. A. VAUGHN  SEED STORE      TUSKEGEE, AL | 1/22/2004 | 2/6/2004 | 15 | 21047 | 376 |
| CANGREEN LIMA BEANS | H. A. VAUGHN  SEED STORE      TUSKEGEE, AL | 1/22/2004 | 2/6/2004 | 15 | 21048 | 222 |
| CANGREEN LIMA BEANS | KELLY SEED CO INC.      HARTFORD, AL | 1/29/2004 | 2/13/2004 | 15 | 21156 | 376 |
| COKER 277 OATS | RED FOX      DOTHAN, AL. | 10/6/2003 | 10/21/2003 | 15 | 20050 | OP43 |
| COLLOSSUS COWPEA | UNIVERSAL SEED & SUPPLY B-HAM AL | 1/22/2004 | 2/6/2004 | 15 | 21107 | COLOS-01-001 |
| DIXIE CRIMSON CLOVER | AGRILIANCE AFC      DOTHAN, AL | 1/22/2004 | 2/6/2004 | 15 | 21049 | Y3-3-504 |
| DIXIE CRIMSON CLOVER | AGRILIANCE AFC      DOTHAN, AL | 1/22/2004 | 2/6/2004 | 15 | 21061 | Y3-3-505 |
| DIXIE RESEEDING CLOVER | FARMERS COOP      ASHFORD AL | 1/29/2004 | 2/13/2004 | 15 | 21171 | T-21515 |
| ELBON RYE | AGRILIANCE - AFC DECATUR AL | 10/28/2003 | 11/12/2003 | 15 | 20242 | 2799 |
| ELBON RYE | AGRILIANCE- AFC, LLC DECATUR AL | 10/28/2003 | 11/12/2003 | 15 | 20233 | BSRE-3-5 |
| ELBON RYE | SEED SOUTH      DOTHAN, AL. | 10/6/2003 | 10/21/2003 | 15 | 20053 | LSC-6203 |
| ELBON RYE | UAP SOUTHEAST      KINSTON, AL. | 10/9/2003 | 10/24/2003 | 15 | 20078 | BSRE-3-9 |
| ELBON RYE | VALLEY FEED  DECATUR AL | 10/28/2003 | 11/12/2003 | 15 | 20239 | 2779 |
| FLORIDA BROADLEAF MUSTARD | AGRILIANCE AFC      DOTHAN, AL | 1/22/2004 | 2/6/2004 | 15 | 21055 | 91812 |
| FLORIDA BROADLEAF MUSTARD | AGRILIANCE - AFC DECATUR AL | 1/22/2004 | 2/6/2004 | 15 | 21095 | W8049 |
| GA. MITCHELL OATS | RED FOX      DOTHAN, AL. | 10/6/2003 | 10/21/2003 | 15 | 20047 | 309 |
| GA. MITCHELL OATS | RED FOX      DOTHAN, AL. | 10/6/2003 | 10/21/2003 | 15 | 20048 | 311 |
| GULF ANNUAL RYEGRASS | AGRILIANCE - AFC DECATUR AL | 10/28/2003 | 11/12/2003 | 15 | 20247 | L92-3-5G |
| GULF ANNUAL RYEGRASS | FAITHWAY FEED  GUNTERSVILLE AL | 10/28/2003 | 11/12/2003 | 15 | 20224 | L2-3-8L |
| HARRISON OATS | AGRILIANCE - AFC DECATUR AL | 10/28/2003 | 11/12/2003 | 15 | 20245 | T0311 |
| HENDERSON BUSH LIMA BEANS | H. A. VAUGHN  SEED STORE      TUSKEGEE, AL | 1/22/2004 | 2/6/2004 | 15 | 21046 | 370 |
| HULLED BERMUDA | GRO SOUTH MONTGOMERY AL | 11/17/2003 | 12/2/2003 | 15 | 20391 | B02034 |
| IRON & CLAY COWPEAS | AGRILIANCE  AFC      DOTHAN AL | 1/29/2004 | 2/13/2004 | 15 | 21168 | 6 |
| IRON & CLAY COWPEAS | AGRILIANCE AFC      DOTHAN AL | 1/29/2004 | 2/13/2004 | 15 | 21169 | 11 |
| IRON & CLAY COWPEAS | SEGREST SEED CO.      SLOCOMB AL | 1/29/2004 | 2/13/2004 | 15 | 21163 | 20 |
| IRON & CLAY COWPEAS | SEGREST SEED CO.      SLOCOMB AL | 1/29/2004 | 2/13/2004 | 15 | 21164 | 2 |
| IRON CLAY MIXED COWPEAS | M.L. AWBREY INC.      ROANOKE, AL | 1/21/2004 | 2/5/2004 | 15 | 21035 | 159 |
| KENTUCKY WONDER BROWN GARDEN BEANS | SEED SOUTH  DOTHAN AL | 1/22/2004 | 2/6/2004 | 15 | 20843 | 213 |
| MARSHALL ANNUAL RYEGRASS | AGRILIANCE - AFC DECATUR AL | 10/28/2003 | 11/12/2003 | 15 | 20248 | L185-3-48PM |
| MARSHALL ANNUAL RYEGRASS | AGRILIANCE - AFC DECATUR AL | 10/28/2003 | 11/12/2003 | 15 | 20249 | L16-3-A23M |
| MARSHALL ANNUAL RYEGRASS | VALLEY FEED  DECATUR AL | 10/28/2003 | 11/12/2003 | 15 | 20237 | L57-3-17M |
| MIXED  IRON & CLAY COWPEAS | AGRILIANCE - AFC DECATUR AL | 1/22/2004 | 2/6/2004 | 15 | 21073 | 16 |
| MIXED  IRON & CLAY COWPEAS | AGRILIANCE - AFC DECATUR AL | 1/22/2004 | 2/6/2004 | 15 | 21074 | 14 |
| MIXED  IRON & CLAY COWPEAS | AGRILIANCE - AFC DECATUR AL | 1/22/2004 | 2/6/2004 | 15 | 21072 | 18 |
| NEMAGREEN LIMA BEAN | SEGREST SEED CO      SLOCOMB AL | 1/29/2004 | 2/13/2004 | 15 | 21147 | 330 |
| PENNLEAF HYBRID PEARL MILLET | LAWRENCE CO. EXCHANGE      MOULTON, AL | 1/22/2004 | 2/6/2004 | 15 | 21070 | 3552 I |
| RATTLESNAKE (POLE) ROUND GARDEN BEANS | SEGREST SEED CO      SLOCOMB AL | 1/29/2004 | 2/13/2004 | 15 | 21138 | 301185 |
| RED RIPPER COWPEAS | UNIVERSAL SEED & SUPPLY B-HAM AL | 1/22/2004 | 2/6/2004 | 15 | 21102 | 207 |
| SSCA CERT. SALUDA WHEAT | RED FOX      DOTHAN, AL. | 10/6/2003 | 10/21/2003 | 15 | 20046 | 332 |
| SSCA REG. HUTCHESON SOYBEAN | BRAGG FARMS      TONEY AL | 2/10/2004 | 2/25/2004 | 15 | 21298 | 106 |
| SSCA REG. HUTCHESON SOYBEAN | BRAGG FARMS      TONEY AL | 2/10/2004 | 2/25/2004 | 15 | 21299 | 107 |
| SSCA REG. HUTCHESON SOYBEAN | BRAGG FARMS      TONEY AL | 2/10/2004 | 2/25/2004 | 15 | 21300 | 108 |
| SSCA REG. HUTCHESON SOYBEAN | BRAGG FARMS      TONEY AL | 2/10/2004 | 2/25/2004 | 15 | 21301 | 109 |
| SSCA REG. HUTCHESON SOYBEAN | BRAGG FARMS      TONEY AL | 2/10/2004 | 2/25/2004 | 15 | 21302 | 110 |

**SAMPLES TAKEN — October 2003 through February 2004**

*(sorted by number of days taken)*

| NAME GIVEN | SOURCE | | DATE REC | REP DATE | # days | LAB # | LOT # |
|---|---|---|---|---|---|---|---|
| SSCA REG. HUTCHESON SOYBEAN | BRAGG FARMS | TONEY AL | 2/10/2004 | 2/25/2004 | 15 | 21303 | 111 |
| SSCA REG. HUTCHESON SOYBEAN | BRAGG FARMS | TONEY AL | 2/10/2004 | 2/25/2004 | 15 | 21304 | 112 |
| SSCA REG. HUTCHESON SOYBEAN | BRAGG FARMS | TONEY AL | 2/10/2004 | 2/25/2004 | 15 | 21305 | 113 |
| SSCA REG. HUTCHESON SOYBEAN | BRAGG FARMS | TONEY AL | 2/10/2004 | 2/25/2004 | 15 | 21306 | 114 |
| SSCA REG. HUTCHESON SOYBEAN | BRAGG FARMS | TONEY AL | 2/10/2004 | 2/25/2004 | 15 | 21307 | 105 |
| SSCA REG. HUTCHESON SOYBEAN | BRAGG FARMS | TONEY AL | 2/10/2004 | 2/25/2004 | 15 | 21308 | 115 |
| SSCA REG. HUTCHESON SOYBEAN | BRAGG FARMS | TONEY AL | 2/10/2004 | 2/25/2004 | 15 | 21309 | 216 |
| SSCA REG. HUTCHESON SOYBEAN | BRAGG FARMS | TONEY AL | 2/10/2004 | 2/25/2004 | 15 | 21310 | 217 |
| SSCA REG. HUTCHESON SOYBEAN | BRAGG FARMS | TONEY AL | 2/10/2004 | 2/25/2004 | 15 | 21311 | 218 |
| SSCA REG. HUTCHESON SOYBEAN | BRAGG FARMS | TONEY AL | 2/10/2004 | 2/25/2004 | 15 | 21312 | 219 |
| SSCA REG. HUTCHESON SOYBEAN | BRAGG FARMS | TONEY AL | 2/10/2004 | 2/25/2004 | 15 | 21313 | 220 |
| ST 4892 BR COTTON | AGRILIANCE - AFC  DECATUR AL | | 1/22/2004 | 2/6/2004 | 15 | 21080 | AM 3G1121 |
| ST 4892 BR COTTON | AGRILIANCE - AFC  DECATUR AL | | 1/22/2004 | 2/6/2004 | 15 | 21079 | AM 3G1120 |
| SUMMERGRAZER III SORGHUM HYBRID SUDANGRASS | M.L. AWBREY INC. | ROANOKE, AL | 1/21/2004 | 2/5/2004 | 15 | 21039 | 352 A |
| TENDERGREEN IMPROVED GARDEN BEAN | UNIVERSAL SEED & SUPPLY B-HAM AL | | 1/22/2004 | 2/6/2004 | 15 | 21109 | 17A02659 |
| TENDERGREEN MUSTARD | AGRILIANCE AFC | DOTHAN, AL | 1/22/2004 | 2/6/2004 | 15 | 21053 | L111-0-DTM |
| WHITE DIXIE BUTTERPEA LIMA BEANS | SEGREST SEED CO | SLOCOMB AL | 1/29/2004 | 2/13/2004 | 15 | 21144 | 372 |
| WILLOW LEAF LIMA BEANS | SEGREST SEED CO | SLOCOMB AL | 1/29/2004 | 2/13/2004 | 15 | 21142 | 204 |
| WRENS ABRUZZI RYE | HENDRICKS FARM SUPPLY | TROY, AL. | 10/6/2003 | 10/21/2003 | 15 | 20056 | 03126 |
| WRENS ABRUZZI RYE | PIKE FARM CO-OP | BRUNDIDGE, AL. | 10/6/2003 | 10/21/2003 | 15 | 20060 | F-20 |
| WRENS ABRUZZI RYE | PIKE FARM CO-OP | BRUNDIDGE, AL. | 10/6/2003 | 10/21/2003 | 15 | 20061 | M-6 |
| WRENS ABRUZZI RYE | SEED SOUTH | DOTHAN, AL. | 10/6/2003 | 10/21/2003 | 15 | 20051 | LSC-5403 |
| WRENS ABRUZZI RYE | SEED SOUTH | DOTHAN, AL. | 10/6/2003 | 10/21/2003 | 15 | 20052 | LSC-3303 |
| 3167 HYBRID FIELD CORN | AGRILIANCE - AFC  DECATUR AL | | 1/22/2004 | 2/5/2004 | 14 | 21093 | B3STJ11000-88 |
| 31G66 HYBRID FIELD CORN | AGRILIANCE - AFC  DECATUR AL | | 1/22/2004 | 2/5/2004 | 14 | 21092 | W3WOR11010-00 |
| 31G98 HYBRID FIELD CORN | AGRILIANCE - AFC  DECATUR AL | | 1/22/2004 | 2/5/2004 | 14 | 21091 | W3WOR11005-99 |
| 8119RR HYBRID FIELD CORN | AGRILIANCE - AFC  DECATUR AL | | 1/22/2004 | 2/5/2004 | 14 | 21089 | JJ26 |
| 8230IT HYBRID FIELD CORN | AGRILIANCE - AFC  DECATUR AL | | 1/22/2004 | 2/5/2004 | 14 | 21087 | OP05 |
| 8285RR HYBRID FIELD CORN | AGRILIANCE - AFC  DECATUR AL | | 1/22/2004 | 2/5/2004 | 14 | 21090 | 916H |
| 83G66 GRAIN SORGHUM | CLAY COUNTY EXCHANGE INC. LINEVILLE, AL. | | 1/14/2004 | 1/28/2004 | 14 | 20945 | 212829 |
| 8467RR  HYBRID FIELD CORN | AGRILIANCE - AFC  DECATUR AL | | 1/22/2004 | 2/5/2004 | 14 | 21086 | 5R0T |
| 8487YG1RR HYBRID FIELD CORN | AGRILIANCE - AFC  DECATUR AL | | 1/22/2004 | 2/5/2004 | 14 | 21088 | BW36 |
| ALDERMAN GARDEN PEA | SEED SOUTH  DOTHAN AL | | 1/7/2004 | 1/21/2004 | 14 | 20867 | 6002-30319 |
| AMERICAN PURPLE TOP RUTABAGA | MONTGOMERY SEED & SUPPLY CO  MONTG, AL. | | 12/8/2003 | 12/22/2003 | 14 | 20542 | K307-2 |
| AMERICAN PURPLETOP RUTABAGA | GRO SOUTH MONTGOMERY AL | | 11/17/2003 | 12/1/2003 | 14 | 20388 | A229000 |
| BIG BOY SOUTHERN PEAS COWPEAS | UNIVERSAL SEED & SUPPLY B-HAM AL | | 1/22/2004 | 2/5/2004 | 14 | 21108 | 1282 |
| BLOOMSDALE SAVOY SPINACH | UNIVERSAL SEED & SUPPLY B-HAM AL | | 1/22/2004 | 2/5/2004 | 14 | 21110 | 91342 |
| BLUE LAKE 274 BUSH GARDEN BEAN | H. A. VAUGHN SEED STORE | TUSKEGEE, AL | 1/22/2004 | 2/5/2004 | 14 | 21044 | 1040201 |
| BLUELAKES FM-I POLE BEAN | SOUTHERN STATES | CULLMAN, AL | 2/4/2004 | 2/18/2004 | 14 | 21197 | 515246 |
| BLUELAKES FM-I POLE BEAN | SOUTHERN STATES | CULLMAN, AL | 2/4/2004 | 2/18/2004 | 14 | 21198 | 1 |
| BLUELAKES FM-I POLE BEAN | SOUTHERN STATES | CULLMAN, AL | 2/4/2004 | 2/18/2004 | 14 | 21199 | 010-03-201 |
| BRIDGETON LIMA BEANS | SEGREST SEED CO | SLOCOMB AL | 1/29/2004 | 2/12/2004 | 14 | 21140 | 377 |
| BUSH KENTUCKY 125 GARDEN BEANS | FRANKLIN FARM SUPPLY | BAY MINETTE, AL. | 1/15/2004 | 1/29/2004 | 14 | 20980 | 659970 |
| C T PINKEYE PURPLEHULL SOUTHERNPEA | AGRILIANCE - AFC  DECATUR AL | | 2/4/2004 | 2/18/2004 | 14 | 21223 | 03-8947 |
| CALIFORNIA BLACKEYE #5 SOUTHERNPEA | AGRILIANCE - AFC  DECATUR AL | | 2/4/2004 | 2/18/2004 | 14 | 21221 | 03-8896-8 |
| CANGREEN BUSH LIMA BEAN | THE FEED LOT  PIKE RD  AL | | 12/2/2003 | 12/16/2003 | 14 | 20525 | 289 |
| CHAMPION SOUTHERNPEA | AGRILIANCE - AFC  DECATUR AL | | 2/4/2004 | 2/18/2004 | 14 | 21222 | 03-8872-7-8 |
| CLEMSON 80 OKRA | MONTGOMERY SEED & SUPPLY CO  MONTG, AL. | | 12/8/2003 | 12/22/2003 | 14 | 20536 | 2010 |
| CLEMSON 80 OKRA | SEED SOUTH  DOTHAN AL | | 1/7/2004 | 1/21/2004 | 14 | 20858 | 2010 |
| CT PINKEYE PURPLEHULL SOUTHERNPEA | LAWRENCE CO. EXCHANGE | MOULTON, AL | 1/22/2004 | 2/5/2004 | 14 | 21068 | 8213 |
| CURLED LEAF MUSTARD | THE FEED LOT  PIKE RD  AL | | 12/2/2003 | 12/16/2003 | 14 | 20522 | L111-1-DSGC |
| DP451BRR COTTON | AGRILIANCE | MADISON AL | 2/4/2004 | 2/18/2004 | 14 | 21284 | 696-S-2169-21H |
| EARLY ALASKA GARDEN PEA | SEED SOUTH  DOTHAN AL | | 1/7/2004 | 1/21/2004 | 14 | 20864 | 209B11 |
| EARLY ALASKA GARDEN PEAS | SEED SOUTH  DOTHAN AL | | 1/7/2004 | 1/21/2004 | 14 | 20865 | 109010 |
| ELBON RYE | MADISON COUNTY COOP  HAZELGREEN AL | | 10/22/2003 | 11/5/2003 | 14 | 20183 | LSC-2103 |
| ELBON RYE | SEED SOUTH  DOTHAN  AL | | 10/22/2003 | 11/5/2003 | 14 | 20207 | 03192 |
| EMERALD GREEN VELVERT OKRA | SEED SOUTH  DOTHAN AL | | 1/7/2004 | 1/21/2004 | 14 | 20856 | 4160 |
| FLORIDA BUTTER LIMA BEANS | SEGREST SEED CO | SLOCOMB AL | 1/29/2004 | 2/12/2004 | 14 | 21143 | 265 |
| GA. GORE WHEAT | RED FOX  DOTHAN  AL | | 10/22/2003 | 11/5/2003 | 14 | 20218 | KD-1 |
| GEORGIA COLLARDS | MONTGOMERY SEED & SUPPLY CO  MONTG, AL. | | 12/8/2003 | 12/22/2003 | 14 | 20540 | JO69000 |
| GEORGIA SOUTHERN COLLARDS | AGRILIANCE AFC | DOTHAN, AL | 1/22/2004 | 2/5/2004 | 14 | 21058 | L111-1-CC |
| GOLDEN QUEEN F1 HYBRID SWEET CORN | SEED SOUTH  DOTHAN AL | | 1/7/2004 | 1/21/2004 | 14 | 20880 | NC0026LF |
| GOLDEN QUEEN HYBRID SWEET CORN | AGRILIANCE - AFC  DECATUR AL | | 1/22/2004 | 2/5/2004 | 14 | 21082 | NC 1154 LF |
| GOLDEN QUEEN HYBRID SWEET CORN | SEED PROCESSORS INC  WETUMPKA AL 36093 | | 12/8/2003 | 12/22/2003 | 14 | 20564 | NC9073LF |
| GREEN ARROW GARDEN PEA | SEED SOUTH  DOTHAN AL | | 1/7/2004 | 1/21/2004 | 14 | 20860 | 03B0371 |
| GREEN ARROW GARDEN PEA | SEED SOUTH  DOTHAN AL | | 1/7/2004 | 1/21/2004 | 14 | 20861 | 191101 |
| GULF ANNUAL RYEGRASS | SEED SOUTH | DOTHAN, AL | 12/8/2003 | 12/22/2003 | 14 | 20553 | L104-3-21G |
| GULF ANNUAL RYEGRASS | SEED SOUTH | DOTHAN, AL | 12/8/2003 | 12/22/2003 | 14 | 20554 | L29-3-632 |
| GULF ANNUAL RYEGRASS | SEED SOUTH | DOTHAN, AL | 12/8/2003 | 12/22/2003 | 14 | 20555 | L29-3-633 |
| HENDERSON BUSH LIMA BEAN | THE FEED LOT  PIKE RD  AL | | 12/2/2003 | 12/16/2003 | 14 | 20527 | 283 |
| HENDERSON BUSH LIMA BEAN | THE FEED LOT  PIKE RD  AL | | 12/2/2003 | 12/16/2003 | 14 | 20520 | 370 |
| HICKORY KING WHITE O.P. CORN | SEED SOUTH  DOTHAN AL | | 1/7/2004 | 1/21/2004 | 14 | 20878 | 881 |
| JACKSON WONDER BUSH LIMA BEAN | SEED PROCESSORS INC  WETUMPKA AL 36093 | | 12/8/2003 | 12/22/2003 | 14 | 20566 | 301192 |
| JACKSON WONDER LIMA BEANS | SEGREST SEED CO | SLOCOMB AL | 1/29/2004 | 2/12/2004 | 14 | 21135 | 322 |
| JARVIS YELLOW OP CORN | SEED PROCESSORS INC  WETUMPKA AL 36093 | | 12/8/2003 | 12/22/2003 | 14 | 20559 | 172 |
| KANDY KORN EHFI HYB. SWEET CORN | SEED SOUTH  DOTHAN AL | | 1/7/2004 | 1/21/2004 | 14 | 20882 | NC1166DLF |
| KENTUCKY 125 BUSH GARDEN BEAN | GROWERS SUPPLY | FRISCO CITY, AL | 1/15/2004 | 1/29/2004 | 14 | 20994 | 505049 |
| KENTUCKY WONDER POLE GARDEN BEAN | SEED PROCESSORS INC  WETUMPKA AL 36093 | | 12/8/2003 | 12/22/2003 | 14 | 20568 | 301180 |
| LITTLE MARVEL GARDEN PEA | SEED SOUTH  DOTHAN AL | | 1/7/2004 | 1/21/2004 | 14 | 20859 | 181873 |

**SAMPLES TAKEN -- October 2003 through February 2004**

*(sorted by number of days taken)*

| NAME GIVEN | SOURCE | DATE REC | REP DATE | # days | LAB # | LOT # |
|---|---|---|---|---|---|---|
| MERIT HYB. SWEET CORN | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/21/2004 | 14 | 20879 | 346025 |
| MEXICAN JUNE O.P. CORN | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/21/2004 | 14 | 20877 | 188 |
| MISSISSIPPI PURPLE SOUTHERNPEA | UNIVERSAL SEED & SUPPLY B-HAM AL | 1/22/2004 | 2/5/2004 | 14 | 21106 | 7935 |
| MORRIS HEADING COLLARDS | MONTGOMERY SEED & SUPPLY CO   MONTG. AL. | 12/8/2003 | 12/22/2003 | 14 | 20538 | 91145 |
| NC REG. COKER 9663 WHEAT | BRAGG FARMS         TONEY AL | 10/22/2003 | 11/5/2003 | 14 | 20186 | 6F3-3008B |
| NEMAGREEN LIMA BEAN | SEGREST SEED CO         SLOCOMB AL | 1/29/2004 | 2/12/2004 | 14 | 21148 | 374 |
| PEACHES & CREAM HYB. SWEET CORN | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/21/2004 | 14 | 20881 | NC1203LF |
| PINKEYE PURPLEHULL BVR SOUTHERNPEA | THE FEED LOT  PIKE RD  AL | 12/2/2003 | 12/16/2003 | 14 | 20510 | 8690-5 |
| PURPLE TOP TURNIPS | MONTGOMERY SEED & SUPPLY CO   MONTG. AL. | 12/8/2003 | 12/22/2003 | 14 | 20543 | L111-2-OPT1 |
| QUICKPICK PINKEYE SOUTHERNPEA | AGRILIANCE - AFC  DECATUR AL | 2/4/2004 | 2/18/2004 | 14 | 21214 | 03-9022-5 |
| RATTLESNAKE POLE BEAN | SOUTHERN STATES         CULLMAN, AL | 2/4/2004 | 2/18/2004 | 14 | 21205 | 1115-41349 |
| ROMA II BUSH BEANS | OLD TYME FEED       FAIRHOPE, AL | 1/15/2004 | 1/29/2004 | 14 | 20977 | 072-03-902 |
| ROMA II GARDEN BEAN | KELLY SEED CO INC.       HARTFORD, AL | 1/29/2004 | 2/12/2004 | 14 | 21158 | 1580243 |
| ROMA II TOMATO | SOUTHERN STATES         CULLMAN, AL | 2/4/2004 | 2/18/2004 | 14 | 21192 | 825-R1 |
| SADANDY SOUTHERNPEA | SEGREST SEED CO         SLOCOMB AL | 2/4/2004 | 2/18/2004 | 14 | 21217 | 03-8986 |
| SIEVA LIMA BEANS | SEGREST SEED CO         SLOCOMB AL | 1/29/2004 | 2/12/2004 | 14 | 21141 | 366 |
| SIEVA POLE LIMA BEAN | SOUTHERN STATES         CULLMAN, AL | 2/4/2004 | 2/18/2004 | 14 | 21201 | 40-01 |
| SILVER KING F1 HYBRID SWEET CORN | SEGREST SEED CO         SLOCOMB AL | 1/29/2004 | 2/12/2004 | 14 | 21151 | NC71332MR |
| SILVER KING HYBRID SWEET CORN | AGRILIANCE - AFC  DECATUR AL | 1/22/2004 | 2/5/2004 | 14 | 21085 | NC 2200 MF |
| SILVER KING HYBRID SWEET CORN | SEED PROCESSORS INC  WETUMPKA AL 36093 | 12/8/2003 | 12/22/2003 | 14 | 20569 | 650623 |
| SILVER QUEEN F1 HYBRID SWEET CORN | LAWRENCE CO. EXCHANGE       MOULTON, AL | 1/22/2004 | 2/5/2004 | 14 | 21069 | 870422 |
| SILVER QUEEN F1 HYBRID SWEET CORN | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/21/2004 | 14 | 20875 | NC1179MR |
| SILVER QUEEN HYBRID SWEET CORN | AGRILIANCE - AFC  DECATUR AL | 1/22/2004 | 2/5/2004 | 14 | 21081 | NC 3286 LF |
| ST4793 R COTTON | AGRILIANCE       MADISON AL | 2/4/2004 | 2/18/2004 | 14 | 21280 | A02G2134 |
| ST4793R COTTON | AGRILIANCE       MADISON AL | 2/4/2004 | 2/18/2004 | 14 | 21283 | A02G2141 |
| ST4793R COTTON | AGRILIANCE       MADISON AL | 2/4/2004 | 2/18/2004 | 14 | 21286 | A02U1211 |
| ST4892BR COTTON | HELENA CHEMICAL       TANNER AL | 2/4/2004 | 2/18/2004 | 14 | 21253 | AM 3 G 2104 |
| ST4892R COTTON | AGRILIANCE       MADISON AL | 2/4/2004 | 2/18/2004 | 14 | 21285 | AM2G1155 |
| ST5303 R COTTON | AGRILIANCE       MADISON AL | 2/4/2004 | 2/18/2004 | 14 | 21281 | AC2G1200 |
| ST5599BR COTTON | HELENA CHEMICAL       TANNER AL | 2/4/2004 | 2/18/2004 | 14 | 21254 | AJ 3 G 1089 |
| SUGAR SNAP GARDEN PEA | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/21/2004 | 14 | 20862 | 111121 |
| SUMMERGRAZER III HYBRID SORGHUM SUDANGRASS | FLOYD'S FEED & SEED DADEVILLE, AL | 1/2/2004 | 1/16/2004 | 14 | 20824 | 352-E |
| SUREGROW 521 R COTTON | AGRILIANCE       MADISON AL | 2/4/2004 | 2/18/2004 | 14 | 21282 | 42BE-1213-2 |
| SWEET G 90 HYBRID SWEET CORN | AGRILIANCE - AFC  DECATUR AL | 1/22/2004 | 2/5/2004 | 14 | 21084 | NC 3296 LR |
| SWEET G 90 HYBRID SWEET CORN | AGRILIANCE - AFC  DECATUR AL | 1/22/2004 | 2/5/2004 | 14 | 21083 | NC 3294 LF |
| TENDERGREEN IMPROVED GARDEN BEAN | SEGREST SEED CO         SLOCOMB AL | 1/29/2004 | 2/12/2004 | 14 | 21139 | 17402659 |
| TENDERGREEN IMPROVED GARDEN BEANS | KELLY SEED CO INC.       HARTFORD, AL | 1/29/2004 | 2/12/2004 | 14 | 21159 | 301144 |
| TENNESSEE WHITE CROWDER COWPEA | UNIVERSAL SEED & SUPPLY B-HAM AL | 1/22/2004 | 2/5/2004 | 14 | 21105 | F2186 |
| TEXAS CREAM 12 SOUTHERNPEA | AGRILIANCE - AFC  DECATUR AL | 2/4/2004 | 2/18/2004 | 14 | 21215 | 03-8847 |
| TEXAS CREAM 40 SOUTHERNPEA | AGRILIANCE - AFC  DECATUR AL | 2/4/2004 | 2/18/2004 | 14 | 21218 | 03-8901 |
| TEXAS CREAM 8 SOUTHERNPEA | AGRILIANCE - AFC  DECATUR AL | 2/4/2004 | 2/18/2004 | 14 | 21219 | 03-8924 |
| THOMAS LAXTON GARDEN PEAS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/21/2004 | 14 | 20868 | 102701 |
| THOROGREEN LIMA BEANS | GRAND BAY FEED       GRAND BAY AL | 1/15/2004 | 1/29/2004 | 14 | 20976 | 294116 |
| TRUCKER'S FAVORITE (WHITE) O.P. CORN | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/21/2004 | 14 | 20876 | 162 |
| TRUCKERS FAVORITE (YELLOW) OP CORN | SEED PROCESSORS INC  WETUMPKA AL 36093 | 12/8/2003 | 12/22/2003 | 14 | 20557 | 168 |
| TRUCKER'S FAVORITE O.P. WHITE CORN | THE FEED LOT  PIKE RD  AL | 12/2/2003 | 12/16/2003 | 14 | 20528 | 162 |
| TRUCKERS FAVORITE WHITE OP CORN | SEED PROCESSORS INC  WETUMPKA AL 36093 | 12/8/2003 | 12/22/2003 | 14 | 20558 | 163 |
| WANDO GARDEN PEA | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/21/2004 | 14 | 20866 | 0030-570 |
| WHITE DIXIE BUTTERPEA LIMA BEAN | SEED PROCESSORS INC  WETUMPKA AL 36093 | 12/8/2003 | 12/22/2003 | 14 | 20560 | F2221 |
| WHITE DIXIE BUTTERPEA LIMA BEANS | SEGREST SEED CO         SLOCOMB AL | 1/29/2004 | 2/12/2004 | 14 | 21145 | 515268 |
| WINTERGRAZER 70 RYE | PENNINGTON SEED INC  CULLMAN AL | 10/22/2003 | 11/5/2003 | 14 | 20179 | WG70-06-03 |
| WINTERGRAZER 70 RYE | PENNINGTON SEED INC  CULLMAN AL | 10/22/2003 | 11/5/2003 | 14 | 20180 | WG70-05-03 |
| ZIPPER CREAM SOUTHERN PEA | UNIVERSAL SEED & SUPPLY B-HAM AL | 1/22/2004 | 2/5/2004 | 14 | 21103 | 8115-5 |
| ZIPPER CREAM SOUTHERNPEA | AGRILIANCE - AFC  DECATUR AL | 2/4/2004 | 2/18/2004 | 14 | 21220 | 03-8855-5 |
| (HULLED) BERMUDAGRASS | SIKES FEED & SEED OPELIKA AL | 11/20/2003 | 12/3/2003 | 13 | 20431 | 10991 |
| 49403  WHEAT | AGRILIANCE - AFC  DECATUR AL | 10/30/2003 | 11/12/2003 | 13 | 20281 | 1DKG4807 |
| 49403 WHEAT | AGRILIANCE - AFC  DECATUR AL | 10/30/2003 | 11/12/2003 | 13 | 20282 | 1DKG4806 |
| AGS 2000 WHEAT | HELENA CHEM       TANNER, AL | 10/30/2003 | 11/12/2003 | 13 | 20260 | 340 |
| AOSCA AGS 2000 WHEAT | AGRILIANCE - AFC  DECATUR AL | 10/30/2003 | 11/12/2003 | 13 | 20279 | 340 |
| AOSCA CERT. 2684  WHEAT | AGRILIANCE - AFC  DECATUR AL | 10/30/2003 | 11/12/2003 | 13 | 20290 | 05W3CG1193 |
| AOSCA CERT. 2684 WHEAT | AGRILIANCE - AFC  DECATUR AL | 10/30/2003 | 11/12/2003 | 13 | 20287 | UG072 |
| AOSCA CERT. 26R24 WHEAT | ELBERTA FARMERS CO-OP  PO 700  ELBERTA AL | 12/2/2003 | 12/15/2003 | 13 | 20508 | U98YC012 |
| AOSCA CERT. AGS 2000 WHEAT | AGRILIANCE - AFC  DECATUR AL | 10/30/2003 | 11/12/2003 | 13 | 20289 | UG037 |
| AOSCA CERT. AGS2000 WHEAT | AGRILIANCE - AFC  DECATUR AL | 10/30/2003 | 11/12/2003 | 13 | 20284 | 340 |
| BIG DADDY TETRAPLOID ANNUAL RYEGRASS | SOUTHERN STATES STORES       ONEONTA, AL | 10/30/2003 | 11/12/2003 | 13 | 20258 | L175-3-37BD |
| BLUE LAKE 274 BUSH GARDEN BEAN | MURPHY'S OUTDOOR & HARDWARE       URIAH, AL | 1/15/2004 | 1/28/2004 | 13 | 20990 | 1040203 |
| BOB OATS | AGRILIANCE - AFC  DECATUR AL | 10/30/2003 | 11/12/2003 | 13 | 20291 | T-12 |
| CANGREEN LIMA BEANS | GROWERS SUPPLY       FRISCO CITY, AL | 1/15/2004 | 1/28/2004 | 13 | 20992 | 44.6000-989410 |
| COKER 227 OATS | SEED SOUTH         DOTHAN, AL. | 10/9/2003 | 10/22/2003 | 13 | 20085 | A-2 |
| COKER 9543 WHEAT | HELENA CHEM       TANNER. AL | 10/30/2003 | 11/12/2003 | 13 | 20262 | 1CC9543802 |
| CONTENDER BUSH GARDEN BEAN | ST. ELMO FEED & SEED    ST. ELMO, AL | 1/15/2004 | 1/28/2004 | 13 | 20973 | 0065-75319 |
| DIXIE DX 900 WHEAT | HELENA CHEM       TANNER, AL | 10/30/2003 | 11/12/2003 | 13 | 20261 | 311100 |
| DIXIE RESEEDING CRIMSON CLOVER | PIEDMONT FERTILIZER CO. OPELIKA AL | 10/30/2003 | 11/12/2003 | 13 | 20253 | MP-2-DC-2 |
| DIXIE RESEEDING CRIMSON CLOVER | PIEDMONT FERTILIZER CO. OPELIKA AL | 10/30/2003 | 11/12/2003 | 13 | 20254 | W8-2-CC-215 |
| DIXIE RESEEDING CRIMSON CLOVER | SEGREST SEED CO. SLOCOMB AL | 10/14/2003 | 10/27/2003 | 13 | 20106 | W8-3-CC-327 |
| EK102  WHEAT | AGRILIANCE - AFC  DECATUR AL | 10/30/2003 | 11/12/2003 | 13 | 20286 | 03-W061 |
| ELBON RYE | CLEMMONS & HAMMER KILLEN, AL | 10/3/2003 | 10/16/2003 | 13 | 20039 | LSC-1803 |
| GA MITCHELL OATS | AGRILIANCE - AFC  DECATUR AL | 10/30/2003 | 11/12/2003 | 13 | 20301 | 301 |

**SAMPLES TAKEN -- October 2003 through February 2004**

*(sorted by number of days taken)*

| NAME GIVEN | SOURCE | DATE REC | REP DATE | # days | LAB # | LOT # |
|---|---|---|---|---|---|---|
| GA MITCHELL OATS | AGRILIANCE - AFC DECATUR AL | 10/30/2003 | 11/12/2003 | 13 | 20302 | 313 |
| GA MITCHELL OATS | AGRILIANCE - AFC DECATUR AL | 10/30/2003 | 11/12/2003 | 13 | 20303 | 302 |
| GA MITCHELL OATS | AGRILIANCE - AFC DECATUR AL | 10/30/2003 | 11/12/2003 | 13 | 20304 | 304 |
| GA MITCHELL OATS | AGRILIANCE - AFC DECATUR AL | 10/30/2003 | 11/12/2003 | 13 | 20305 | 305 |
| GA. CERT. 26R12 WHEAT | HELENA CHEM          TANNER, AL | 10/30/2003 | 11/12/2003 | 13 | 20263 | BB009 |
| GA. CERT. 26R12 WHEAT | HELENA CHEM          TANNER, AL | 10/30/2003 | 11/12/2003 | 13 | 20264 | BB010 |
| GA. CERT. 26R12 WHEAT | HELENA CHEM          TANNER, AL | 10/30/2003 | 11/12/2003 | 13 | 20265 | BB008 |
| GA. MITCHELL OATS | AGRILIANCE - AFC DECATUR AL | 10/30/2003 | 11/12/2003 | 13 | 20292 | 312 |
| GEORGIA COLLARDS | THE FEED LOT  PIKE RD AL | 12/2/2003 | 12/15/2003 | 13 | 20529 | E0-14000 |
| GREEN CROP GARDEN BEANS | RACINE'S FEED & GARDEN SUPPLY    ROBERTSDALE | 1/15/2004 | 1/28/2004 | 13 | 20970 | 301124 |
| GULF ANNUAL RYEGRASS | SOUTHERN STATES STORES    ONEONTA, AL | 10/30/2003 | 11/12/2003 | 13 | 20255 | L99-2-89 |
| HASTINGS PROLIFIC WHITE CORN | BAILEY FEED & HARDWARE ALEXANDER CITY, AL | 1/8/2004 | 1/21/2004 | 13 | 20829 | HUMAN-1 |
| HENDERSON BUSH LIMA BEANS | FRANKLIN FARM SUPPLY    BAY MINETTE, AL | 1/15/2004 | 1/28/2004 | 13 | 20984 | 283 |
| HENDERSON BUSH LIMA BEANS | JEFF'S FEED & FARM SUPPLY    FLOMATION AL | 1/15/2004 | 1/28/2004 | 13 | 20958 | 370 |
| HENDERSON BUSH LIMA BEANS | OLD TYME FEED    FAIRHOPE, AL | 1/15/2004 | 1/28/2004 | 13 | 20979 | 370 |
| HENDERSON LIMA BEANS | DOWN TO EARTH    BREWTON AL | 1/15/2004 | 1/28/2004 | 13 | 20955 | 294142 |
| ICEBERG LETTUCE | KELLY SEED CO INC          HARTFORD AL | 2/12/2004 | 2/25/2004 | 13 | 21315 | K3221 |
| JACKSON WONDER LIMA BEANS | FRANKLIN FARM SUPPLY    BAY MINETTE, AL | 1/15/2004 | 1/28/2004 | 13 | 20983 | 322 |
| JACKSON WONDER LIMA BEANS | DOWN TO EARTH    BREWTON AL | 1/15/2004 | 1/28/2004 | 13 | 20954 | 325 |
| JACKSON WONDER LIMA BEANS | JEFF'S FEED & FARM SUPPLY    FLOMATION AL | 1/15/2004 | 1/28/2004 | 13 | 20957 | 322 |
| JACKSON WONDER LIMA BEANS | TUCKER FARM CENTER    FRISCO CITY AL | 1/15/2004 | 1/28/2004 | 13 | 20966 | 325 |
| KENLAND RED CLOVER | THE FEED LOT  PIKE RD AL | 12/2/2003 | 12/15/2003 | 13 | 20531 | Y3-9-524 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED CULLMAN AL | 10/10/2003 | 10/23/2003 | 13 | 20093 | 320166GGR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED CULLMAN AL | 10/10/2003 | 10/23/2003 | 13 | 20095 | 32100GGR |
| MERIT HYBRID SWEET CORN | FARMERS EXCHANGE    BREWTON, AL | 1/15/2004 | 1/28/2004 | 13 | 20950 | 207066 |
| MERIT HYBRID SWEET CORN | FRANKLIN FARM SUPPLY    BAY MINETTE, AL | 1/15/2004 | 1/28/2004 | 13 | 20982 | 207066 |
| MERIT HYBRID SWEET CORN | JEFF'S FEED & FARM SUPPLY    FLOMATION AL | 1/15/2004 | 1/28/2004 | 13 | 20959 | 207066 |
| MISSISSIPPE SILVER SOUTHERNPEA | CENTRAL FARM SUPPLY    MONROEVILLE AL | 2/12/2004 | 2/25/2004 | 13 | 21319 | 8654-5 |
| MOMMOTH GOLD PUMPKIN | KELLY SEED CO INC          HARTFORD AL | 2/12/2004 | 2/25/2004 | 13 | 21316 | F2343 |
| NEMAGREEN LIMA BEANS | GROWERS SUPPLY    FRISCO CITY, AL | 1/15/2004 | 1/28/2004 | 13 | 20993 | 330 |
| PASSEREL PLUS ANNUAL RYEGRASS | PENNINGTON SEED CULLMAN AL | 10/30/2003 | 11/12/2003 | 13 | 20269 | L175-3-58PP |
| PASSEREL PLUS ANNUAL RYEGRASS | PENNINGTON SEED CULLMAN AL | 10/30/2003 | 11/12/2003 | 13 | 20271 | L77-3-A5 |
| PASSEREL PLUS ANNUAL RYEGRASS | PENNINGTON SEED CULLMAN AL | 10/30/2003 | 11/12/2003 | 13 | 20277 | B5-3-BP3 |
| PASSEREL PLUS ANNUAL RYEGRASS | PENNINGTON SEED CULLMAN AL | 10/30/2003 | 11/12/2003 | 13 | 20278 | L175-3-57PP |
| SHOGOIN TURNIP | THE FEED LOT  PIKE RD AL | 12/2/2003 | 12/15/2003 | 13 | 20524 | A472000 |
| SILVER KING SWEET F1 HYBRID CORN | GRAND BAY FEED    GRAND BAY AL | 1/15/2004 | 1/28/2004 | 13 | 20974 | NC0084LF |
| SILVER QUEEN F1 HYBRID SWEET CORN | FRANKLIN FARM SUPPLY    BAY MINETTE, AL | 1/15/2004 | 1/28/2004 | 13 | 20981 | NC1205 MR |
| SILVER QUEEN HYBRID SWEET CORN | TUCKER FARM CENTER    FRISCO CITY AL | 1/15/2004 | 1/28/2004 | 13 | 20967 | NC0512ELF |
| SR30127J WHEAT | AGRILIANCE - AFC DECATUR AL | 10/30/2003 | 11/12/2003 | 13 | 20288 | 03-W31 |
| SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS          TONEY AL | 10/2/2003 | 10/15/2003 | 13 | 20000 | 613 |
| SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS          TONEY AL | 10/2/2003 | 10/15/2003 | 13 | 20001 | 614 |
| SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS          TONEY AL | 10/2/2003 | 10/15/2003 | 13 | 20002 | 615 |
| SSCA CERT. COKER 9543 WHEAT | BRAGG FARMS          TONEY AL | 10/2/2003 | 10/15/2003 | 13 | 20004 | 512 |
| SSCA CERT. COKER 9543 WHEAT | BRAGG FARMS          TONEY AL | 10/2/2003 | 10/15/2003 | 13 | 20005 | 503 |
| SSCA CERT. COKER 9543 WHEAT | BRAGG FARMS          TONEY AL | 10/2/2003 | 10/15/2003 | 13 | 20003 | 202 |
| SUGAR GRAZE II HYBRID SORGHUM SUDANGRASS | CENTRAL FARM SULPPLY    ATMORE AL | 2/12/2004 | 2/25/2004 | 13 | 21321 | 222 A |
| SWEET G-90 HYBRID SWEET CORN | UAP SOUTHEAST    ATMORE AL | 2/12/2004 | 2/25/2004 | 13 | 21320 | NC1186LR |
| THOROGREEN LIMA BEANS | JEFF'S FEED & FARM SUPPLY    FLOMATION AL | 1/15/2004 | 1/28/2004 | 13 | 20960 | 294116 |
| TN CERT. JACKSON WHEAT | SOUTHERN STATES STORES    ONEONTA AL | 10/30/2003 | 11/12/2003 | 13 | 20257 | 12334 |
| WHITE EGG TURNIP | THE FEED LOT  PIKE RD AL | 12/2/2003 | 12/15/2003 | 13 | 20518 | 8426000 |
| WRENS ABRUZZI RYE | AGRILIANCE - AFC DECATUR AL | 10/30/2003 | 11/12/2003 | 13 | 20294 | MSF-0311 |
| 101 BLEND WHEAT | ATMORE TRUCKERS          ATMORE, AL | 10/22/2003 | 11/3/2003 | 12 | 20194 | RB0274 |
| 49403 WHEAT | GREENSBORO COOP GREENSBORO  AL | 10/22/2003 | 11/3/2003 | 12 | 20190 | 1DKG813 |
| AFC 1001 HYBRID PEARL MILLET | ELBERTA FARMERS CO-OP    ELBERTA AL | 1/29/2004 | 2/10/2004 | 12 | 21127 | 96440 |
| AFC20-20 RYE | DALE COOP  ARITON AL | 10/22/2003 | 11/3/2003 | 12 | 20203 | AFC--02-2003 |
| AOSCA CERT. 26R38 WHEAT | FARMERS COOP MKT. BOX 187 FRISCO CITY AL | 10/22/2003 | 11/3/2003 | 12 | 20197 | U98YC015 |
| ARK. CERT. COKER 9152 WHEAT | ESCAMBIA FARM & SEED    ATMORE, AL. | 10/9/2003 | 10/21/2003 | 12 | 20072 | DM-3004 |
| ARK. CERT. COKER 9663 WHEAT | ESCAMBIA FARM & SEED    ATMORE, AL. | 10/9/2003 | 10/21/2003 | 12 | 20070 | 03-W72 |
| ARK. CERT. COKER 9663 WHEAT | ESCAMBIA FARM & SEED    ATMORE, AL. | 10/9/2003 | 10/21/2003 | 12 | 20071 | MF-3521 |
| BOB OATS | PETTIT FARM SUPPLY, BLOUNTSVILLE AL | 10/22/2003 | 11/3/2003 | 12 | 20143 | T-12 |
| DWARF O.P. CORN | SEGREST SEED CO    SLOCOMB AL | 1/29/2004 | 2/10/2004 | 12 | 21153 | 182 |
| EK102 WHEAT | DALE COOP  ARITON AL | 10/22/2003 | 11/3/2003 | 12 | 20204 | 03-W027 |
| EK-102 WHEAT | PENNINGTON SEED INC  CULLMAN AL | 10/22/2003 | 11/3/2003 | 12 | 20178 | 03-W058 |
| ELBON RYE | DALE COOP  ARITON AL | 10/22/2003 | 11/3/2003 | 12 | 20200 | LSC-2503 |
| ELBON RYE | GOSHEN CO OP          GOSHEN, AL. | 10/9/2003 | 10/21/2003 | 12 | 20084 | 205-5 |
| ELBON RYE | HELENA CHEMICAL CO. SUMMERDALE AL | 10/22/2003 | 11/3/2003 | 12 | 20193 | 2798 |
| ELBON RYE | KELLY SEED CO INC.          HARTFORD, AL | 10/9/2003 | 10/21/2003 | 12 | 20079 | 3CC-79 |
| ELBON RYE | RED FOX DOTHAN AL | 10/22/2003 | 11/3/2003 | 12 | 20219 | B-5155 |
| ELBON RYE | UAP SOUTHEAST          KINSTON, AL | 10/9/2003 | 10/21/2003 | 12 | 20077 | BSRE-3-10 |
| ELBON RYE | UAP SOUTHEAST BOX 638 ATMORE AL  36504 | 10/22/2003 | 11/3/2003 | 12 | 20198 | LSC-5703 |
| GA. GORE WHEAT | RED FOX DOTHAN AL | 10/22/2003 | 11/3/2003 | 12 | 20217 | JSG-6 |
| HULLED SERALA SERICEA LESPEDEZA | DILLARDS FEED MILL TALLASSEE AL | 11/20/2003 | 12/2/2003 | 12 | 20424 | MSF.MH-0144 |
| INDIAN ORNAMENTAL O.P. CORN | SEGREST SEED CO    SLOCOMB AL | 1/29/2004 | 2/10/2004 | 12 | 21152 | 179 |
| MATON RYE | DALE COOP  ARITON AL | 10/22/2003 | 11/3/2003 | 12 | 20199 | LSC-2603 |
| MEXICAN JUME OPEN POLLINATED CORN | SEGREST SEED CO    SLOCOMB AL | 1/29/2004 | 2/10/2004 | 12 | 21149 | 188 |
| MF-B17 HYBRID CORN | AGRILIANCE  AFC    DOTHAN AL | 1/29/2004 | 2/10/2004 | 12 | 21167 | L343006 |
| MIXED IRON & CLAY COWPEAS | BARTL FARMS; 14821 CO RD 91; ELBERTA  AL | 1/29/2004 | 2/10/2004 | 12 | 21129 | NA |
| NC REG. COKER 9663  WHEAT | BRAGG FARMS          TONEY AL | 10/22/2003 | 11/3/2003 | 12 | 20185 | 613-3301B |
| NC REG. COKER 9184 WHEAT | BRAGG FARMS          TONEY AL | 10/22/2003 | 11/3/2003 | 12 | 20189 | 613-3108B |

**SAMPLES TAKEN – October 2003 through February 2004**

*(sorted by number of days taken)*

| NAME GIVEN | SOURCE | DATE REC | REP DATE | # days | LAB # | LOT # |
|---|---|---|---|---|---|---|
| NC REG. COKER 9663 WHEAT | BRAGG FARMS        TONEY AL | 10/22/2003 | 11/3/2003 | 12 | 20187 | 6F3-3007B |
| NC REG. COKER 9803 WHEAT | BRAGG FARMS        TONEY AL | 10/22/2003 | 11/3/2003 | 12 | 20184 | 613-34043 |
| NC REG. COKER 9835 WHEAT | BRAGG FARMS        TONEY AL | 10/22/2003 | 11/3/2003 | 12 | 20188 | 613-3501 |
| PENCIL COB O.P. CORN | SEGREST SEED CO        SLOCOMB AL | 1/29/2004 | 2/10/2004 | 12 | 21155 | 165 |
| PENNGRAIN DR HYBRID GRAIN SORGHUM | FLOYD'S FEED & SEED DADEVILLE, AL | 1/2/2004 | 1/14/2004 | 12 | 20822 | 10148 |
| PEREDOVIK TYPE SUNFLOWER | AGRALIANCE- AFC LLC        DOTHAN AL | 1/29/2004 | 2/10/2004 | 12 | 21166 | 8973 |
| SC CERT. COKER 820 OAT | RED FOX  DOTHAN AL | 10/22/2003 | 11/3/2003 | 12 | 20216 | BRM25 |
| SC CERT. COKER 820 OATS | RED FOX  DOTHAN AL | 10/22/2003 | 11/3/2003 | 12 | 20215 | BRM24 |
| SHOGUN TURNIP | SEGREST SEED CO  SLOCOMB AL | 10/22/2003 | 11/3/2003 | 12 | 20192 | 3121 |
| SOUTH AMERICAN POPCORN O.P.  CORN | SEGREST SEED CO        SLOCOMB AL | 1/29/2004 | 2/10/2004 | 12 | 21154 | 183 |
| STRIKE BUSH BEAN | SEGREST SEED CO        SLOCOMB AL | 1/29/2004 | 2/10/2004 | 12 | 21137 | 071-03-201 |
| TN. CERT. JACKSON WHEAT | FARMERS CO OP MKT.        FRISCO CITY, AL. | 10/9/2003 | 10/21/2003 | 12 | 20076 | 12336 |
| TRUCKER'S FAVORITE WHITE CORN | B W CAPPS & SON  OPELIKA , AL | 1/6/2004 | 1/21/2004 | 12 | 20916 | 162 |
| WRENS ABRUZZI RYE | UAP SOUTHEAST        ATMORE, AL. | 10/9/2003 | 10/21/2003 | 12 | 20075 | BSRW-3-1 |
| ALL GREEN LIMA BEAN | ELMORE CO EXCHANGE  WETUMPKA AL | 12/11/2003 | 12/22/2003 | 11 | 20588 | 301234 |
| ARKANSAS CERT. COKER 9663 WHEAT | ESCAMBIA FARM & SEED  ATMORE AL 36502 | 12/11/2003 | 12/22/2003 | 11 | 20575 | 03-V971 |
| DOVE PROSO MILLET | FLOYD'S FEED & SEED DADEVILLE, AL | 1/2/2004 | 1/13/2004 | 11 | 20820 | 809A |
| DWARF ESSEX RAPESEED | DAN'S HARDWARE & SUPPLY PHENIX CITY, AL | 1/12/2004 | 1/23/2004 | 11 | 20928 | RP01 |
| ELBON RYE | AGRILIANCE - AFC DECATUR AL | 10/16/2003 | 10/27/2003 | 11 | 20146 | LSC-5503 |
| ELBON RYE | KELLY SEED CO INC PO 370 HARTFORD AL 36344 | 11/6/2003 | 11/17/2003 | 11 | 20307 | 3CC-83 |
| GA MITCHELL OATS | AGRILIANCE - AFC DECATUR AL | 11/14/2003 | 11/25/2003 | 11 | 20343 | 314 |
| GA MITCHELL OATS | AGRILIANCE - AFC DECATUR AL | 11/14/2003 | 11/25/2003 | 11 | 20344 | 356 |
| GEORGIA COLLARDS | H. A. VAUGHN  SEED STORE        TUSKEGEE, AL | 1/22/2004 | 2/2/2004 | 11 | 21043 | E0 14000 |
| GOLDEN QUEEN F1 HYBRID SWEET CORN | GROWERS SUPPLY        FRISCO CITY, AL | 1/15/2004 | 1/26/2004 | 11 | 20996 | NC9075ZMR |
| GOLDEN QUEEN F1 SWEET HYBRID CORN | OLD TYME FEED        FAIRHOPE, AL | 1/15/2004 | 1/26/2004 | 11 | 20978 | NC0026LF |
| GULF ANNUAL RYEGRASS | AGRILIANCE - AFC DECATUR AL | 12/11/2003 | 12/22/2003 | 11 | 20578 | L4-3-10G |
| GULF ANNUAL RYEGRASS | AGRILIANCE - AFC DECATUR AL | 12/11/2003 | 12/22/2003 | 11 | 20579 | L4-2-109G |
| GULF ANNUAL RYEGRASS | FAITHWAY FEED  GUNTERSVILLE AL | 12/11/2003 | 12/22/2003 | 11 | 20577 | L178-3-6G |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED INC CULLMAN AL | 12/11/2003 | 12/22/2003 | 11 | 20583 | L183-1-34 |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED INC CULLMAN AL | 12/11/2003 | 12/22/2003 | 11 | 20584 | L183-3-210 |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED INC CULLMAN AL | 12/11/2003 | 12/22/2003 | 11 | 20585 | L183-2-80 |
| HENDERSON BUSH LIMA BEANS | ELMORE CO EXCHANGE  WETUMPKA AL | 12/11/2003 | 12/22/2003 | 11 | 20589 | 370 |
| HENDERSON LIMA BEANS | FLOYD'S FEED & SEED DADEVILLE, AL | 1/2/2004 | 1/13/2004 | 11 | 20819 | F2104 |
| JACKSON WONDER LIMA BEAN | ELMORE CO EXCHANGE  WETUMPKA AL | 12/11/2003 | 12/22/2003 | 11 | 20591 | 515333 |
| MANOR COMMON BUCKWHEAT | GRO SOUTH MONTGOMERY AL | 11/13/2003 | 11/24/2003 | 11 | 20318 | 9129 |
| MERIT HYBRID SWEET CORN | GROWERS SUPPLY        FRISCO CITY, AL | 1/15/2004 | 1/26/2004 | 11 | 20998 | 346026 |
| PURPLE TOP TURNIP | AGRILIANCE AFC        DOTHAN, AL. | 1/22/2004 | 2/2/2004 | 11 | 21056 | L111-2-OPT1 |
| PURPLE TOP WHITE GLOBE TURNIP | AGRILIANCE - AFC DECATUR AL | 1/22/2004 | 2/2/2004 | 11 | 21094 | W8014 |
| PURPLE TOP WHITE GLOBE TURNIP | DAN'S HARDWARE & SUPPLY PHENIX CITY, AL | 1/12/2004 | 1/23/2004 | 11 | 20929 | 10629 |
| PURPLE TOP WHITE GLOBE TURNIP | H. A. VAUGHN  SEED STORE        TUSKEGEE, AL | 1/22/2004 | 2/2/2004 | 11 | 21042 | 10635 |
| SILVER QUEEN F1 HYBRID SWEET CORN | GROWERS SUPPLY        FRISCO CITY, AL | 1/15/2004 | 1/26/2004 | 11 | 20997 | NC1174LF |
| SILVER QUEEN F1 SWEET HYBRID CORN | GRAND BAY FEED        GRAND BAY AL | 1/15/2004 | 1/26/2004 | 11 | 20975 | NC0512ELF |
| SSCA CERT. COKER 9025 WHEAT | BRAGG FARMS        TONEY AL | 10/10/2003 | 10/21/2003 | 11 | 20098 | 412 |
| SSCA CERT. COKER 9025 WHEAT | BRAGG FARMS        TONEY AL | 10/10/2003 | 10/21/2003 | 11 | 20099 | 411 |
| SSCA CERT. COKER 9025 WHEAT | BRAGG FARMS        TONEY AL | 10/10/2003 | 10/21/2003 | 11 | 20100 | 404 |
| SSCA CERT. COKER 9543 WHEAT | BRAGG FARMS        TONEY AL | 10/10/2003 | 10/21/2003 | 11 | 20101 | 505 |
| SSCA CERT. COKER 9663 WHEAT | BRAGG FARMS        TONEY AL | 10/10/2003 | 10/21/2003 | 11 | 20102 | 201 |
| SSCA CERT. COKER 9663 WHEAT | BRAGG FARMS        TONEY AL | 10/10/2003 | 10/21/2003 | 11 | 20103 | 209 |
| SSCA CERT. COKER 9663 WHEAT | BRAGG FARMS        TONEY AL | 10/10/2003 | 10/21/2003 | 11 | 20104 | 208 |
| SSCA CERT. COKER 9803 WHEAT | BRAGG FARMS        TONEY AL | 10/10/2003 | 10/21/2003 | 11 | 20097 | 309 |
| THOROGREEN GARDEN BEAN | ELMORE CO EXCHANGE  WETUMPKA AL | 12/11/2003 | 12/22/2003 | 11 | 20590 | 515312 |
| W.G.F. SORGHUM | CLEMMONS & HAMMER KILLEN, AL. | 11/14/2003 | 11/25/2003 | 11 | 20350 | 397-T |
| W.G.F. SORGHUM | CLEMMONS & HAMMER KILLEN, AL. | 11/14/2003 | 11/25/2003 | 11 | 20351 | 395-T |
| W.G.F. SORGHUM | CLEMMONS & HAMMER KILLEN, AL. | 11/14/2003 | 11/25/2003 | 11 | 20352 | 398 T |
| WHITE EGG TURNIP | H. A. VAUGHN  SEED STORE        TUSKEGEE, AL | 1/22/2004 | 2/2/2004 | 11 | 21045 | 8426000 |
| WRENS ABRUZZI RYE | AGRILIANCE - AFC DECATUR AL | 10/16/2003 | 10/27/2003 | 11 | 20149 | 03208 |
| WRENS ABRUZZI RYE | AGRILIANCE - AFC DECATUR AL | 12/11/2003 | 12/22/2003 | 11 | 20580 | T-21490 |
| WREN'S ABRUZZI RYE | KELLY SEED CO INC PO 370 HARTFORD AL 36344 | 11/6/2003 | 11/17/2003 | 11 | 20308 | 03235 |
| CERT. 26R38 WHEAT | AGRILIANCE - AFC DECATUR AL | 11/14/2003 | 11/24/2003 | 10 | 20333 | UG148 |
| CERT. 26R38 WHEAT | AGRILIANCE - AFC DECATUR AL | 11/14/2003 | 11/24/2003 | 10 | 20334 | UG146 |
| DP451 BGRR COTTON | SOUTHERN STATES        DANVILLE AL | 2/8/2004 | 2/18/2004 | 10 | 21248 | 696S 2181 U |
| EK 102 WHEAT | AGRILIANCE - AFC DECATUR AL | 11/14/2003 | 11/24/2003 | 10 | 20335 | 03-W062 |
| EK 102 WHEAT | PENNINGTON SEED CULLMAN AL | 11/14/2003 | 11/24/2003 | 10 | 20345 | 03- |
| HARRISON OATS | RED FOX        DOTHAN, AL. | 10/6/2003 | 10/16/2003 | 10 | 20045 | 32086 |
| HENDERSON BUSH LIMA BEANS | FLOYD'S FEED & SEED DADEVILLE, AL | 1/2/2004 | 1/12/2004 | 10 | 20817 | 370 |
| HYBRID 30F33 FIELD CORN | AGSOUTH, INC 13995 HWY 10 FITZPATRICK, AL | 1/13/2004 | 1/23/2004 | 10 | 20937 | A1SC211003-00 |
| JACKSON WONDER LIMA BEANS | FLOYD'S FEED & SEED DADEVILLE, AL | 1/2/2004 | 1/12/2004 | 10 | 20818 | 322 |
| MS CERT. COKER 9663 WHEAT | AGRILIANCE - AFC DECATUR AL | 11/14/2003 | 11/24/2003 | 10 | 20336 | CCK96633011 |
| MS CERT. COKER 9663 WHEAT | AGRILIANCE - AFC DECATUR AL | 11/14/2003 | 11/24/2003 | 10 | 20342 | CCK96633013 |
| N.C. REG. COKER 9184 WHEAT | BRAGG FARMS        TONEY AL | 11/14/2003 | 11/24/2003 | 10 | 20328 | 6I3-3108B |
| PENNLEAF HYBRID PEARL MILLET | FLOYD'S FEED & SEED DADEVILLE, AL | 1/2/2004 | 1/12/2004 | 10 | 20823 | 3552F |
| SSCA  FOUNDATION JACKSON WHEAT | BRAGG FARMS        TONEY AL | 11/14/2003 | 11/24/2003 | 10 | 20331 | 301 |
| TN CERT. SALUDA WHEAT | AGRILIANCE - AFC DECATUR AL | 11/14/2003 | 11/24/2003 | 10 | 20337 | 379 |
| 32R25 HYBRID CORN | AGRILIANCE - AFC DECATUR AL | 2/4/2004 | 2/13/2004 | 9 | 21172 | Z3WOR11014-00 |
| 36803 WHEAT | AGRILIANCE - AFC DECATUR AL | 10/15/2003 | 10/24/2003 | 9 | 20117 | NE21179 |
| 38158 WHEAT | AGRILIANCE - AFC DECATUR AL | 10/15/2003 | 10/24/2003 | 9 | 20118 | NE21160 |
| 691BT/LL LF-B7 HYBRID CORN | AGRILIANCE - AFC DECATUR AL | 2/4/2004 | 2/13/2004 | 9 | 21175 | E343031 |
| 818RR/BT LR-B2 HYBRID CORN | AGRILIANCE - AFC DECATUR AL | 2/4/2004 | 2/13/2004 | 9 | 21176 | E244554 |
| 8288 HYBRID FIELD CORN | MADISON COUNTY COOP  HAZELGREEN AL | 2/4/2004 | 2/13/2004 | 9 | 21187 | 3H4F |

**SAMPLES TAKEN – October 2003 through February 2004**

*(sorted by number of days taken)*

| NAME GIVEN | SOURCE | DATE REC | REP DATE | # days | LAB # | LOT # |
|---|---|---|---|---|---|---|
| 8348 HYBRID FIELD CORN | MADISON COUNTY COOP  HAZELGREEN AL | 2/4/2004 | 2/13/2004 | 9 | 21188 | TU20 |
| 8366Bt HYBRID FIELD CORN | MADISON COUNTY COOP  HAZELGREEN AL | 2/4/2004 | 2/13/2004 | 9 | 21189 | PV44 |
| CERT. AGS 2000 WHEAT | AGRILIANCE - AFC  DECATUR AL | 10/15/2003 | 10/24/2003 | 9 | 20122 | 339 |
| CERT. AGS 2000 WHEAT | AGRILIANCE - AFC  DECATUR AL | 10/15/2003 | 10/24/2003 | 9 | 20123 | 339 |
| CERT. AGS 2000 WHEAT | AGRILIANCE - AFC  DECATUR AL | 10/15/2003 | 10/24/2003 | 9 | 20116 | 858 |
| CERT. C 9683 WHEAT | AGRILIANCE - AFC  DECATUR AL | 10/15/2003 | 10/24/2003 | 9 | 20124 | 17984 |
| CLEMSON SPINELESS 80 OKRA | AGRILIANCE - AFC  DECATUR AL | 2/4/2004 | 2/13/2004 | 9 | 21224 | 524 |
| DIXIE BUTTERPEA WHITE LIMA BEAN | SOUTHERN STATES                CULLMAN, AL | 2/4/2004 | 2/13/2004 | 9 | 21202 | KEL 372 |
| DS822RR MF-B9 HYBRID CORN | AGRILIANCE - AFC  DECATUR AL | 2/4/2004 | 2/13/2004 | 9 | 21173 | E245992 |
| DS822RR MR-B3 HYBRID CORN | AGRILIANCE - AFC  DECATUR AL | 2/4/2004 | 2/13/2004 | 9 | 21174 | E246992 |
| DWARF HORT. TAYLOR BUSH BEAN | SOUTHERN STATES                CULLMAN, AL | 2/4/2004 | 2/13/2004 | 9 | 21204 | 3-R1 (026-01-105) |
| DWARF HORTICULTURE (BUSH) GARDEN BEAN | SOUTHERN STATES                CULLMAN, AL | 2/4/2004 | 2/13/2004 | 9 | 21203 | 3-R2 (026-01-105) |
| EDISTO 47 CANTALOUPE | SOUTHERN STATES                CULLMAN, AL | 2/4/2004 | 2/13/2004 | 9 | 21193 | 30K72 |
| HARRISON OATS | AGRILIANCE - AFC  DECATUR AL | 10/15/2003 | 10/24/2003 | 9 | 20126 | B103-34 |
| MERIT HYBRID SWEET CORN | WHITLEY FEED & FARM SUPPLY  ALTOONA, AL | 1/12/2004 | 1/21/2004 | 9 | 20932 | 93302 |
| NC REG. COKER 9663 WHEAT | BRAGG FARMS                TONEY AL | 10/15/2003 | 10/24/2003 | 9 | 20110 | 6F3-300068 |
| ORNAMENTAL POPCORN INDIAN CORN | SOUTHERN STATES                CULLMAN, AL | 2/4/2004 | 2/13/2004 | 9 | 21195 | 106-S2 |
| 101 BLEND WHEAT | AGRILIANCE - AFC  DECATUR AL | 10/16/2003 | 10/24/2003 | 8 | 20157 | R80C274 |
| BLACK OIL (Peredovik Type) SUNFLOWERS | PENNINGTON SEED INC. CULLMAN AL | 2/4/2004 | 2/12/2004 | 8 | 21211 | 4122 |
| BLUE LAKE 274 BUSH GARDEN BEAN | CHANDLER'S FEED & SEED      BAY MINETTE, AL | 1/29/2004 | 2/6/2004 | 8 | 21117 | 1040203 |
| CALIFORNIA BLACKEYE COWPEAS | SEED PROCESSORS INC  WETUMPKA AL 36093 | 12/8/2003 | 12/16/2003 | 8 | 20567 | 2002MG |
| CANGREEN GARDEN LIMA BEAN | CHANDLER'S FEED & SEED      BAY MINETTE, AL | 1/29/2004 | 2/6/2004 | 8 | 21116 | 515311 |
| CANGREEN LIMA BEANS | ROBERTSDALE FEED STORE      ROBERTSDALE | 1/29/2004 | 2/6/2004 | 8 | 21114 | 334 |
| COKER 9663 WHEAT | LIMESTONE COOP                ATHENS, AL. | 10/16/2003 | 10/24/2003 | 8 | 20141 | 17984 |
| CORONET PURPLEHULL COWPEAS | SEED PROCESSORS INC  WETUMPKA AL 36093 | 12/8/2003 | 12/16/2003 | 8 | 20563 | 0S-1 |
| HENDERSON BUSH LIMA BEAN | SEED PROCESSORS INC  WETUMPKA AL 36093 | 12/8/2003 | 12/16/2003 | 8 | 20561 | 283 |
| MERIT (ASGROW) HYBRID SWEET CORN | CHANDLER'S FEED & SEED      BAY MINETTE, AL | 1/29/2004 | 2/6/2004 | 8 | 21115 | 197806 LF |
| MERIT HYBRID SWEET CORN | ROBERTSDALE FEED STORE      ROBERTSDALE | 1/29/2004 | 2/6/2004 | 8 | 21113 | 94851 LF |
| MERIT HYBRID SWEET CORN | SEED PROCESSORS INC  WETUMPKA AL 36093 | 12/8/2003 | 12/16/2003 | 8 | 20565 | 93302 |
| NATIONAL PICKLING CUCUMBER | SOUTHERN STATES                CULLMAN, AL | 2/4/2004 | 2/12/2004 | 8 | 21194 | 128-S1 |
| RATTLESNAKE POLE GARDEN BEAN | SEED PROCESSORS INC  WETUMPKA AL 36093 | 12/8/2003 | 12/16/2003 | 8 | 20562 | 57-557*029 |
| REID'S YELLOW DENT OP CORN | SEED PROCESSORS INC  WETUMPKA AL 36093 | 12/8/2003 | 12/16/2003 | 8 | 20556 | 170 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/15/2004 | 8 | 20890 | MP 110 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/15/2004 | 8 | 20892 | 01-106-C-303 |
| T.C.I.A - SALUDA WHEAT | CLEMMONS & HAMMER KILLEN, AL | 10/16/2003 | 10/24/2003 | 8 | 20135 | 374 |
| WRENS ABRUZZI RYE | CLEMMONS & HAMMER KILLEN, AL | 10/16/2003 | 10/24/2003 | 8 | 20139 | LSC-5403 |
| WRENS ABRUZZI RYE | CLEMMONS & HAMMER KILLEN, AL | 10/16/2003 | 10/24/2003 | 8 | 20140 | LSC-5303 |
| 38206 WHEAT | AGRILIANCE- AFC, LLC  DECATUR AL | 10/28/2003 | 11/4/2003 | 7 | 20232 | NE21 172 |
| AOSCA CERT. 26R38  WHEAT | AGRILIANCE- AFC, LLC  DECATUR AL | 10/28/2003 | 11/4/2003 | 7 | 20231 | U98YC015 |
| BOB OATS | AGRILIANCE - AFC  DECATUR AL | 10/15/2003 | 10/22/2003 | 7 | 20125 | T-13 |
| COKER 227 OATS | ELMORE CO EXCHANGE  WETUMPKA AL | 10/15/2003 | 10/22/2003 | 7 | 20133 | PF819 |
| COKER 227 OATS | ELMORE CO EXCHANGE  WETUMPKA AL | 10/15/2003 | 10/22/2003 | 7 | 20134 | PF819 |
| DWARF ESSEX RAPE | DAN'S HARDWARE & SUPPLY PHENIX CITY, AL | 10/9/2003 | 10/16/2003 | 7 | 20066 | 32099-R |
| DWARF GREEN LONG POD OKRA | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/14/2004 | 7 | 20857 | 4204 |
| ELBON RYE | AGRILIANCE - AFC  DECATUR AL | 10/16/2003 | 10/23/2003 | 7 | 20145 | LSC-4503 |
| ELBON RYE | AGRILIANCE- AFC, LLC  DECATUR AL | 10/28/2003 | 11/4/2003 | 7 | 20230 | LSC-6103 |
| ELBON RYEGRASS | UAP  MADISON  MADISON AL | 10/28/2003 | 11/4/2003 | 7 | 20240 | LSC-5903 |
| HARRISON OATS | AGRILIANCE - AFC  DECATUR AL | 10/15/2003 | 10/22/2003 | 7 | 20127 | B103-33 |
| LA 604 OATS | AGRILIANCE - AFC  DECATUR AL | 10/15/2003 | 10/22/2003 | 7 | 20128 | GFS03-3 |
| MAGNUM OATS | PENNINGTON SEED CULLMAN AL | 10/30/2003 | 11/6/2003 | 7 | 20267 | L165-3-CMO3 |
| PURPLE TOP TURNIP | AGRILIANCE - AFC  DECATUR AL | 10/16/2003 | 10/23/2003 | 7 | 20159 | L18-3-202 |
| SIBERIAN DWARF KALE | AGRILIANCE - AFC  DECATUR AL | 10/16/2003 | 10/23/2003 | 7 | 20158 | L13-3-VK |
| SR30-127J WHEAT | AGRILIANCE- AFC, LLC  DECATUR AL | 10/28/2003 | 11/4/2003 | 7 | 20234 | 03-W31 |
| TN CERT. JACKSON WHEAT | FAITHWAY FEED  GUNTERSVILLE AL | 10/28/2003 | 11/4/2003 | 7 | 20227 | 12333 |
| DWARF ESSEX RAPE | DAN'S HARDWARE & SUPPLY PHENIX CITY, AL | 10/9/2003 | 10/15/2003 | 6 | 20067 | RP01 |
| PENNGRAIN DR HYBRID GRAIN SORGHUM | BAILEY FEED & HARDWARE ALEXANDER CITY, AL | 1/8/2004 | 1/14/2004 | 6 | 20828 | 10148 |
| SILVER KING HYBRID SWEET CORN | ELBERTA FARMERS CO-OP      ELBERTA  AL | 2/12/2004 | 2/18/2004 | 6 | 21317 | NC0084LF |
| SSCA CERT. COKER 9543 WHEAT | BRAGG FARMS                TONEY AL | 10/15/2003 | 10/21/2003 | 6 | 20108 | 513 |
| SSCA CERT. COKER 9543 WHEAT | BRAGG FARMS                TONEY AL | 10/15/2003 | 10/21/2003 | 6 | 20109 | 504 |
| WRENS ABRUZZI RYE | AGRILIANCE - AFC  DECATUR AL | 10/15/2003 | 10/21/2003 | 6 | 20119 | 03180 |
| WREN'S ABRUZZI RYE | AGRILIANCE- AFC, LLC  DECATUR AL | 10/28/2003 | 11/3/2003 | 6 | 20235 | TPC-67 |
| WREN'S ABRUZZI RYE | KELLY SEED CO INC PO 370 HARTFORD AL 36344 | 11/6/2003 | 11/12/2003 | 6 | 20306 | 3CC71 |
| GA. COLLARDS | SEGREST SEED CO  SLOCOMB  AL | 10/22/2003 | 10/27/2003 | 5 | 20191 | J089000 |
| GRAZE KING RYE | CLEMMONS & HAMMER KILLEN, AL | 10/16/2003 | 10/21/2003 | 5 | 20137 | T-20903 |
| WRENS ABRUZZI RYE | AGRILIANCE - AFC  DECATUR AL | 10/15/2003 | 10/20/2003 | 5 | 20120 | 03179 |
| WRENS ABRUZZI RYE | MURPHREE SEED FARM        COLLINSVILLE AL | 10/30/2003 | 11/4/2003 | 5 | 20259 | MSF-0312 |
| PATRIOT 912 WHEAT | PETTIT FARM SUPPLY, BLOUNTSVILLE AL | 10/22/2003 | 10/24/2003 | 2 | 20142 | 10 |

**1251 SAMPLES TAKEN**                                **22.5  AVG. # DAYS**

| LAB NO | # LOT NO | NAME GIVEN | SOURCE | | REC'D | REPORT | DAYS |
|--------|----------|------------|--------|--|-------|--------|------|
| 23729 | L159M-2-878 | CHAMPION GQ PERENNIAL RYEGRASS | AGRI-AFC | MONTGOMERY, AL | 9/22/2004 | 11/3/2004 | 31 |
| 23730 | 3000 | CERT.PRIMO BRAND BLEND BERMUDA | AGRI-AFC | MONTGOMERY, AL | 9/22/2004 | 12/20/2004 | 64 |
| 23731 | L159M-3-R30: | MAXIMUM POA TRIVIALIS MIXTURE | AGRI-AFC | MONTGOMERY, AL | 9/22/2004 | 11/5/2004 | 33 |
| 23732 | B28-3-1036 | CHAMPION TURFGRASS MIXTURE | AGRI-AFC | MONTGOMERY, AL | 9/22/2004 | 11/8/2004 | 34 |
| 23733 | L159M-2-970 | CHAMPION GQ MIXTURE | AGRI-AFC | MONTGOMERY, AL | 9/22/2004 | 11/8/2004 | 34 |
| 23415 | L2-4-1 | GULF ANNUAL RYEGRASS | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/18/2004 | 38 |
| 23416 | L2-4-1A | GULF ANNUAL RYEGRASS | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/18/2004 | 38 |
| 23417 | L2-4-2 | GULF ANNUAL RYEGRASS | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/18/2004 | 38 |
| 23418 | L111-1-CC | GEORGIA SOUTHERN COLLARDS | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/12/2004 | 34 |
| 23419 | W6-2-AL-1 | YUCHI ARROWLEAF CLOVER | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/29/2004 | 47 |
| 23420 | AZN-1980-4 | ALFAGRAZE ALFALFA | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/22/2004 | 42 |
| 23421 | W6-1-CC-14 | DIXIE RESEEDING CRIMSON CLOVER | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/21/2004 | 41 |
| 23422 | WG1-1-CC9 | CRIMSON CLOVER | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/21/2004 | 41 |
| 23423 | Y6-1-AC-10 | YUCHI ARROWLEAF CLOVER | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/29/2004 | 47 |
| 23424 | Y3-3-504 | DIXIE CRIMSON CLOVER | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/19/2004 | 39 |
| 23425 | 101 | EGYPTIAN WHEAT | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/25/2004 | 43 |
| 23426 | L111-2-OPT1 | PURPLE TOP TURNIP | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/4/2004 | 28 |
| 23427 | 91812 | FLORIDA BROADLEAF MUSTARD | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/8/2004 | 32 |
| 23428 | L111-0-DTM | TENDERGREEN MUSTARD | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/4/2004 | 28 |
| 23456 | 4158 | WREN'S ABRUZZI RYE | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/8/2004 | 32 |
| 23457 | 179-4 | BOB OATS | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/12/2004 | 34 |
| 23458 | T 04 7 | LA604 OATS | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/13/2004 | 35 |
| 23459 | 2857 | ELBON RYE | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/8/2004 | 32 |
| 23460 | 04-W012 | EK 102 WHEAT | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/8/2004 | 32 |
| 23461 | 04-W014 | EK 102 WHEAT | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/8/2004 | 32 |
| 23627 | WL 368 | AFC BIG BUCK SPECIAL WILDGAME | AGRILIANCE AFC | DOTHAN AL | 9/9/2004 | 12/6/2004 | 63 |
| 23622 | T04 1 | HARRISON OAT | AGRILIANCE-AFC | DOTHAN, AL | 9/9/2004 | 10/13/2004 | 25 |
| 23623 | 04-M005 | EK102 WHEAT | AGRILIANCE-AFC | DOTHAN, AL | 9/9/2004 | 10/12/2004 | 24 |
| 23624 | 04-M004 | EK 102 WHEAT | AGRILIANCE-AFC | DOTHAN, AL | 9/9/2004 | 10/12/2004 | 24 |
| 23625 | WL 359 | AFC BIG BUCK WILD GAME FOOD PLOT | AGRILIANCE-AFC | DOTHAN, AL | 9/9/2004 | 12/13/2004 | 68 |
| 23626 | WL 361 | AFC BIG BUCK SPECIAL WILD GAME | AGRILIANCE-AFC | DOTHAN, AL | 9/9/2004 | 12/6/2004 | 63 |
| 23519 | B1-3-54-END | APACHE ARROWLEAF CLOVER | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 10/29/2004 | 42 |
| 23520 | T-21186 | AOSCA USA CERT. CIMARRON SR | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 10/22/2004 | 37 |
| 23521 | Y38-4-CC-06 | DIXIE CRIMSON CLOVER | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 10/19/2004 | 34 |
| 23522 | 2155B | KENTUCKY 31 TALL FESCUE | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 11/8/2004 | 48 |
| 23523 | BIN4 | GORE WHEAT | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 10/12/2004 | 29 |
| 23567 | 34102-AWP | AUSTRIAN WINTER FIELD PEA | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 10/6/2004 | 25 |
| 23568 | 34102-AWP | AUSTRIAN WINTER FIELD PEA | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 10/6/2004 | 25 |
| 23569 | 2163 | KENTUCKY 31 TALL FESCUE | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 11/1/2004 | 43 |
| 23570 | M20-3-DF280 | CREEPING RED FESCUE | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 11/1/2004 | 43 |
| 23571 | L172-3-G98 | GULF ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 10/22/2004 | 37 |
| 23572 | T-21537 | ADVANTAGE LADINO CLOVER | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 10/22/2004 | 37 |
| 23573 | LSC-2504 | WREN'S ABRUZZI RYE | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 10/12/2004 | 29 |
| 23574 | B04003 | UNHULLED BERMUDA GRASS | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 11/1/2004 | 43 |
| 23575 | L137-4-169M | MARSHALL ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 10/22/2004 | 37 |
| 23628 | WL 367 | AFC BIG BUCK WILD GAME FOOD PLOT | AGRILIANCE-AFC | DECATUR, AL | 9/9/2004 | 12/13/2004 | 68 |
| 23678 | B7-4-1A3 | GULF ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/25/2004 | 26 |

| LAB NO | # LOT NO | NAME GIVEN | SOURCE | | REC'D | REPORT | DAYS |
|--------|----------|-----------|--------|--|-------|--------|------|
| 23679 | B7-4-1A1 | GULF ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/25/2004 | 26 |
| 23680 | B7-4-1A4 | GULF ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/25/2004 | 26 |
| 23681 | 4-32 | KENTUCKY 31 TALL FESCUE | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 11/8/2004 | 36 |
| 23682 | L172-4-2M | MARSHALL ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/25/2004 | 26 |
| 23683 | L172-4-3M | MARSHALL ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/29/2004 | 30 |
| 23684 | RP38 | DWARF ESSEX RAPE | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/8/2004 | 15 |
| 23685 | LM12 | GORE WHEAT | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/15/2004 | 20 |
| 23686 | 9500 | PIKA TRITICALE | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/20/2004 | 23 |
| 23687 | 04-W015 | EK-102 WHEAT | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/15/2004 | 20 |
| 23688 | SH0401 | LA 604 OATS | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/18/2004 | 21 |
| 23689 | ARO404 | LA 604 OATS | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/18/2004 | 21 |
| 23690 | W8-4-CC-437 | DIXIE RESEEDING CRIMSON CLOVER | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/19/2004 | 22 |
| 23691 | 9005 | CA. CERT. CHEROKEE RED CLOVER | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/25/2004 | 26 |
| 23692 | L76-4-40M | MARSHALL ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/25/2004 | 26 |
| 23709 | L16-4-A22M | MARSHALL ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/25/2004 | 26 |
| 23710 | 12368 | TN. CERT JACKSON WHEAT | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/15/2004 | 20 |
| 23711 | L16-4-A26M | MARSHALL ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/25/2004 | 26 |
| 23712 | L185-4-26M | MARSHALL ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/29/2004 | 30 |
| 23713 | 04-W-18 | EK-102 WHEAT | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/15/2004 | 20 |
| 23714 | 04-W019 | EK-102 WHEAT | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/15/2004 | 20 |
| 23715 | 2172B | KENTUCKY 31 TALL FESCUE | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 11/12/2004 | 40 |
| 23716 | T-20849 | KOBE STRIATE LESPEDEZA | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 11/1/2004 | 31 |
| 23717 | L172-4-4M | MARSHALL ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/29/2004 | 30 |
| 23783 | L40-4-G54 | GULF ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 11/3/2004 | 25 |
| 23784 | L101-4-13J | JUMBO TETRAPLOID RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 11/3/2004 | 25 |
| 23785 | L40-4-G55 | GULF ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 11/3/2004 | 25 |
| 23786 | L40-4-G53 | GULF ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/29/2004 | 22 |
| 23787 | 107294A | KENTUCKY 31 TALL FESCUE | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 11/3/2004 | 25 |
| 23788 | L108-4-22 | DUTCH WHITE CLOVER | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/28/2004 | 21 |
| 23789 | L108-4-23 | DUTCH WHITE CLOVER | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/28/2004 | 21 |
| 23790 | W8-4-CC-461 | DIXIE RESEEDING CRIMSON CLOVER | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/25/2004 | 18 |
| 23791 | W8-4-CC-435 | DIXIE RESEEDING CRIMSON CLOVER | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/25/2004 | 18 |
| 23792 | W8-4-CC-456 | DIXIE RESEEDING CRIMSON CLOVER | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/25/2004 | 18 |
| 23793 | 6430-3NF | USA CERT. SOUTHERN STATES 76-30 | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/27/2004 | 20 |
| 23794 | 179-13 | BOB OATS | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/18/2004 | 13 |
| 23795 | 04-M017 | EK 102 WHEAT | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/15/2004 | 12 |
| 23796 | 4-19-WC | ADVANTAGE LADINO CLOVER | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/28/2004 | 21 |
| 23797 | R-45077-B | HAIFA WHITE CLOVER | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/28/2004 | 21 |
| 23828 | COL-4-230 | RYEGRASS BLEND | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 11/12/2004 | 32 |
| 23829 | L159M-4-894 | OR. CERT. CHAMPION CQ TURFGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 11/12/2004 | 32 |
| 23830 | L101-4-25J | JUMBO TETRAPLOID ANNUAL | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 11/3/2004 | 25 |
| 23831 | B7-4-1A20 | GULF ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 11/3/2004 | 25 |
| 23832 | B7-4-1A27 | GULF ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 11/3/2004 | 25 |
| 23833 | B7-4-1A28 | GULF ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 11/3/2004 | 25 |
| 23834 | LSC-4104 | ELBON RYE | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/29/2004 | 22 |
| 23835 | 04-W023 | EK 102 WHEAT | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/26/2004 | 19 |
| 23836 | C6455 | SSCA CERT. COKER 9663 WHEAT | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/26/2004 | 19 |

| LAB NO | LOT NO | NAME GIVEN | SOURCE | | REC'D | REPORT | DAYS |
|--------|--------|------------|--------|---|-------|--------|------|
| 23837 | C-6453 | SSCA CERT. COKER 9663 WHEAT | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/26/2004 | 19 |
| 23838 | C6456 | SSCA CERT. COKER 9663 WHEAT | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/26/2004 | 19 |
| 23839 | LSC-9904 | ELBON RYE | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/29/2004 | 22 |
| 23524 | T041 | HARRISON OATS | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 10/12/2004 | 29 |
| 23525 | HB-3 | ELBON RYE | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 10/8/2004 | 27 |
| 23526 | L185-4-3M | MARSHALL ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 10/22/2004 | 37 |
| 23527 | L11-4-M8 | MARSHALL ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 10/22/2004 | 37 |
| 23528 | L185-4-2M | MARSHALL ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 10/22/2004 | 37 |
| 23529 | L40-4-M28 | MARSHALL ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 10/22/2004 | 37 |
| # of Samples | 103 | | | | | Average Days | |
| | | | | | | | |
| 23756 | NS | OATS | ATMORE TRUCKERS | ATMORE, AL | 9/22/2004 | 10/18/2004 | 19 |
| # of Samples | 1 | | | | | Average Days | |
| | | | | | | | |
| 23484 | 411 | CERT. TIFTON 9 BAHIAGRASS | BOSTICK FARMS | HEADLAND, AL | 9/2/2004 | 9/24/2004 | 17 |
| 23485 | 413 | CERT. TIFTON 9 BAHIAGRASS | BOSTICK FARMS | HEADLAND, AL | 9/2/2004 | 10/25/2004 | 38 |
| 23486 | 415 | CERT. TIFTON 9 BAHIAGRASS | BOSTICK FARMS | HEADLAND, AL | 9/2/2004 | 9/24/2004 | 17 |
| 23487 | 412 | CERT. TIFTON 9 BAHIAGRASS | BOSTICK FARMS | HEADLAND, AL | 9/2/2004 | 10/25/2004 | 38 |
| 23488 | 414 | CERT. TIFTON 9 BAHIAGRASS | BOSTICK FARMS | HEADLAND, AL | 9/2/2004 | 10/25/2004 | 38 |
| 23489 | 416 | CERT. TIFTON 9 BAHIAGRASS | BOSTICK FARMS | HEADLAND, AL | 9/2/2004 | 9/24/2004 | 17 |
| 23490 | 418 | CERT. TIFTON 9 BAHIAGRASS | BOSTICK FARMS | HEADLAND, AL | 9/2/2004 | 10/25/2004 | 38 |
| 23491 | 417 | CERT. TIFTON 9 BAHIAGRASS | BOSTICK FARMS | HEADLAND, AL | 9/2/2004 | 10/25/2004 | 38 |
| 23492 | 419 | CERT. TIFTON 9 BAHIAGRASS | BOSTICK FARMS | HEADLAND, AL | 9/2/2004 | 9/24/2004 | 17 |
| # of Samples | 9 | | | | | Average Days | |
| | | | | | | | |
| 23510 | 602 | SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS | TONEY, AL | 9/2/2004 | 10/1/2004 | 22 |
| 23511 | 603 | SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS | TONEY, AL | 9/2/2004 | 10/1/2004 | 22 |
| 23512 | 604 | SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS | TONEY, AL | 9/2/2004 | 10/1/2004 | 22 |
| 23513 | 605 | SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS | TONEY, AL | 9/2/2004 | 10/1/2004 | 22 |
| 23514 | 606 | SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS | TONEY, AL | 9/2/2004 | 10/1/2004 | 22 |
| 23515 | 210 | SSCA CERT. JACKSON WHEAT | BRAGG FARMS | TONEY, AL | 9/2/2004 | 10/8/2004 | 27 |
| 23516 | 209 | SSCA CERT. JACKSON WHEAT | BRAGG FARMS | TONEY, AL | 9/2/2004 | 10/4/2004 | 23 |
| 23517 | 208 | SSCA CERT. JACKSON WHEAT | BRAGG FARMS | TONEY, AL | 9/2/2004 | 10/4/2004 | 23 |
| 23559 | 607 | SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS | TONEY, AL | 9/2/2004 | 10/1/2004 | 22 |
| 23560 | 608 | SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS | TONEY, AL | 9/2/2004 | 10/1/2004 | 22 |
| 23561 | 609 | SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS | TONEY, AL | 9/2/2004 | 10/1/2004 | 22 |
| 23562 | 610 | SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS | TONEY, AL | 9/2/2004 | 10/1/2004 | 22 |
| 23563 | 611 | SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS | TONEY, AL | 9/2/2004 | 10/1/2004 | 22 |
| 23564 | 612 | SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS | TONEY, AL | 9/2/2004 | 10/1/2004 | 22 |
| 23675 | 613 | SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS | TONEY, AL | 9/20/2004 | 10/4/2004 | 11 |
| 23676 | 614 | SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS | TONEY, AL | 9/20/2004 | 10/4/2004 | 11 |
| 23677 | 615 | SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS | TONEY, AL | 9/20/2004 | 10/4/2004 | 11 |
| # of Samples | 17 | | | | | Average Days | |
| | | | | | | | |
| 23402 | 04W006 | EK 102 WHEAT | BUILDING SUPPLY | LIVINGSTON, AL | 8/26/2004 | 10/8/2004 | 32 |
| # of Samples | 1 | | | | | Average Days | |

| LAB NO | LOT NO | NAME GIVEN | SOURCE | | REC'D | REPORT | DAYS |
|---|---|---|---|---|---|---|---|
| 23613 | 04-W015 | EK-102 WHEAT | CENTRAL COOP | E2DEMOPOLIS, AL | 9/9/2004 | 10/8/2004 | 22 |
| # of Samples | 1 | | | | | Average Days | |
| | | | | | | | |
| 23464 | 06823 | CREEPING RED FESCUE | CHILDERSBURG F&S CHILDERSBURG, AL | | 8/30/2004 | 11/3/2004 | 48 |
| # of Samples | 1 | | | | | Average Days | |
| | | | | | | | |
| 23619 | LSC-1604 | WRENS ABRUZZI RYE | CHOCTAW COOP | BUTLER, AL | 9/9/2004 | 10/15/2004 | 27 |
| 23620 | L141-4-11 | GULF ANNUAL RYEGRASS | CHOCTAW COOP | BUTLER, AL | 9/9/2004 | 10/25/2004 | 33 |
| 23621 | LA22-4-22 | GULF ANNUAL RYEGRASS | CHOCTAW COOP | BUTLER, AL | 9/9/2004 | 10/25/2004 | 33 |
| 23638 | 179-5 | BOB OATS | CHOCTAW COOP | BUTLER, AL | 9/9/2004 | 10/13/2004 | 25 |
| # of Samples | 4 | | | | | Average Days | |
| | | | | | | | |
| 23387 | M9-0-DC-84C | DIXIE RESEEDING CRIMSON CLOVER | CLAY COUNTY EXCHANGE LINEVILLE,AL | | 8/25/2004 | 10/21/2004 | 42 |
| 23388 | L76-2-87-0 | POTOMAC ORCHARDGRASS | CLAY COUNTY EXCHANGE LINEVILLE,AL | | 8/25/2004 | 10/29/2004 | 48 |
| 23389 | 8636 | OSCEOLA LADINO CLOVER COATED | CLAY COUNTY EXCHANGE LINEVILLE,AL | | 8/25/2004 | 10/22/2004 | 43 |
| 23386 | RP34 | DWARF ESSEX RAPESEED | CLAY COUNTY EXCHANGE LINEVILLE,AL | | 8/25/2004 | 10/8/2004 | 33 |
| # of Samples | 4 | | | | | Average Days | |
| | | | | | | | |
| 23584 | 14 | VIGORO GRAZER WHEAT | CLEMMOMS & HAMNER | KILLEN, AL | 9/7/2004 | 10/12/2004 | 26 |
| 23585 | 04-W015 | EK-102 WHEAT | CLEMMOMS & HAMNER | KILLEN, AL | 9/7/2004 | 10/12/2004 | 26 |
| 23586 | 3093 | COKER 820 OAT | CLEMMOMS & HAMNER | KILLEN, AL | 9/7/2004 | 10/13/2004 | 27 |
| 23587 | 3094 | COKER 820 OAT | CLEMMOMS & HAMNER | KILLEN, AL | 9/7/2004 | 10/13/2004 | 27 |
| 23588 | T-21380 | CITATION OATS | CLEMMOMS & HAMNER | KILLEN, AL | 9/7/2004 | 10/13/2004 | 27 |
| 23589 | T-23275 | DWARF ESSEX RAPE | CLEMMOMS & HAMNER | KILLEN, AL | 9/7/2004 | 10/4/2004 | 20 |
| 23590 | T-21117 | DWARF ESSEX RAPE | CLEMMOMS & HAMNER | KILLEN, AL | 9/7/2004 | 10/4/2004 | 20 |
| 23591 | 3100 | COKER 820 OAT | CLEMMOMS & HAMNER | KILLEN, AL | 9/7/2004 | 10/13/2004 | 27 |
| 23592 | 3096 | COKER 820 OAT | CLEMMOMS & HAMNER | KILLEN, AL | 9/7/2004 | 10/13/2004 | 27 |
| 23593 | 3095 | COKER 820 OAT | CLEMMOMS & HAMNER | KILLEN, AL | 9/7/2004 | 10/15/2004 | 29 |
| 23719 | 9209-2 | OG408 WHEAT | CLEMMOMS & HAMNER | KILLEN, AL | 9/20/2004 | 10/18/2004 | 21 |
| 23720 | 108264P | KENTUCKY-31 TALL FESCUE | CLEMMOMS & HAMNER | KILLEN, AL | 9/20/2004 | 11/3/2004 | 33 |
| 23721 | 3103 | GEORGIA MITCHELL OATS/COKER 820 | CLEMMOMS & HAMNER | KILLEN, AL | 9/20/2004 | 11/1/2004 | 31 |
| 23722 | 3104 | GEORGIA MITCHELL OATS/COKER 820 | CLEMMOMS & HAMNER | KILLEN, AL | 9/20/2004 | 11/1/2004 | 31 |
| 23723 | T-21379 | CITATION OATS | CLEMMOMS & HAMNER | KILLEN, AL | 9/20/2004 | 10/5/2004 | 12 |
| 23724 | K-8983 | CITATION WINTER OATS | CLEMMOMS & HAMNER | KILLEN, AL | 9/20/2004 | 10/5/2004 | 12 |
| 23725 | T-21380 | CITATION OATS | CLEMMOMS & HAMNER | KILLEN, AL | 9/20/2004 | 10/18/2004 | 21 |
| 23726 | 034 | TN. CERT. COKER 9663 WHEAT | CLEMMOMS & HAMNER | KILLEN, AL | 9/20/2004 | 10/15/2004 | 20 |
| 23727 | 179-13 | BOB OATS | CLEMMOMS & HAMNER | KILLEN, AL | 9/20/2004 | 10/18/2004 | 21 |
| 23728 | 179-12 | BOB OATS | CLEMMOMS & HAMNER | KILLEN, AL | 9/20/2004 | 10/18/2004 | 21 |
| 23853 | 34102-AWP | AUSTRIAN WINTER FIELD PEAS | CLEMMOMS & HAMNER | KILLEN, AL | 9/30/2004 | 10/26/2004 | 19 |
| 23854 | CC100-7 | USA CERT. NOMINI BARLEY | CLEMMOMS & HAMNER | KILLEN, AL | 9/30/2004 | 10/26/2004 | 19 |
| # of Samples | 22 | | | | | Average Days | |
| | | | | | | | |
| 23595 | L2-4-57 | LONESTAR ANNUAL RYEGRASS | COLBERT FARMERS COOP LEIGHTON,AL | | 9/7/2004 | 10/22/2004 | 34 |
| 23718 | EHR2 | BALBOA RYE | COLBERT FARMERS COOP LEIGHTON,AL | | 9/20/2004 | 10/15/2004 | 20 |
| 23594 | EH R1 | BALBOA RYE | COLBERT FARMERS COOP LEIGHTON,AL | | 9/7/2004 | 10/1/2004 | 19 |
| # of Samples | 3 | | | | | Average Days | |

| LAB NO | LOT NO | NAME GIVEN | SOURCE | | REC'D | REPORT | DAYS |
|--------|--------|-----------|--------|---|-------|--------|------|
| 23504 | B12-2-10 | POTOMAC ORCHARDGRASS | CULLMAN FARMERS CO-OP | CULLMAN, AL | 9/2/2004 | 11/1/2004 | 43 |
| 23505 | L76-2-87-0 | POTOMAC ORCHARDGRASS | CULLMAN FARMERS CO-OP | CULLMAN, AL | 9/2/2004 | 10/29/2004 | 42 |
| 23503 | P72-1-0G-1A | CAMBRIA ORCHARDGRASS | CULLMAN FARMERS CO-OP | CULLMAN, AL | 9/2/2004 | 11/1/2004 | 43 |
| # of Samples | 3 | | | | | Average Days | |
| | | | | | | | |
| 23536 | 3-654 | KENTUCKY 31 TALL FESCUE | DEKALB FARMERS CO-OP | RAINSVILLE, A | 9/2/2004 | 11/8/2004 | 48 |
| # of Samples | 1 | | | | | Average Days | |
| | | | | | | | |
| 23652 | RDFDM-17-08 | RM DELUXE FALL DEER MIX | DILLARD FEED MILL | TALLASSEE, AL | 9/10/2004 | 12/6/2004 | 62 |
| 23653 | RSFDM-17-08 | RACKMASTER SURP FALL DEER MIX | DILLARD FEED MILL | TALLASSEE, AL | 9/10/2004 | 12/6/2004 | 62 |
| 23654 | RMC-19-0804 | RMC FOOD PLOT MIX | DILLARD FEED MILL | TALLASSEE, AL | 9/10/2004 | 12/13/2004 | 67 |
| 23655 | RSFDM-31-08 | RACKMASTER SURP FALL DEER MIX | DILLARD FEED MILL | TALLASSEE, AL | 9/10/2004 | 12/6/2004 | 62 |
| 23656 | RDFDM-25-08 | RM DELUXE FALL DEER MIX | DILLARD FEED MILL | TALLASSEE, AL | 9/10/2004 | 12/6/2004 | 62 |
| 23651 | 179-10 | BOB OATS | DILLARD FEED MILL | TALLASSEE, AL | 9/10/2004 | 10/13/2004 | 24 |
| 23649 | 2862 | ELBON RYE | DILLARD FEED MILL | TALLASSEE, AL | 9/10/2004 | 10/13/2004 | 24 |
| 23650 | C.A.-154 | COKER 227 OATS | DILLARD FEED MILL | TALLASSEE, AL | 9/10/2004 | 10/18/2004 | 27 |
| # of Samples | 8 | | | | | Average Days | |
| | | | | | | | |
| 23803 | W6-4-CC-21 | DIXIE CRIMSON CLOVER | DONALDSON FEED & GRAIN | BESSEMER, A | 9/30/2004 | 10/25/2004 | 18 |
| # of Samples | 1 | | | | | Average Days | |
| | | | | | | | |
| 23754 | GW003 | GEORGIA GORE WHEAT | ESCAMBIA FARM & SEED | ATMORE, AL | 9/22/2004 | 10/15/2004 | 18 |
| 23755 | C 6473 | WHEAT | ESCAMBIA FARM & SEED | ATMORE, AL | 9/22/2004 | 10/20/2004 | 21 |
| # of Samples | 2 | | | | | Average Days | |
| | | | | | | | |
| 23735 | LSC-9804 | ELBON RYE | EUFAULA FARM SUPPLY | EUFAULA, AL | 9/22/2004 | 10/15/2004 | 18 |
| 23736 | L5-1-GR19A | GULF ANNUAL RYEGRASS | EUFAULA FARM SUPPLY | EUFAULA, AL | 9/22/2004 | 10/29/2004 | 28 |
| 23737 | L185-3-22PM | MARSHALL ANNUAL RYEGRASS | EUFAULA FARM SUPPLY | EUFAULA, AL | 9/22/2004 | 10/25/2004 | 24 |
| # of Samples | 3 | | | | | Average Days | |
| | | | | | | | |
| 23506 | 4.3333.N | WHITE GLOBE PURPLE TOP TURNIP | FAITHWAY FEED | GUNTERSVILLE, AL | 9/2/2004 | 10/4/2004 | 23 |
| 23507 | 4.3327.N | SEVEN TOP TURNIP | FAITHWAY FEED | GUNTERSVILLE, AL | 9/2/2004 | 10/8/2004 | 27 |
| 23508 | 4.3374.N | DWARF ESSEX RAPESEED | FAITHWAY FEED | GUNTERSVILLE, AL | 9/2/2004 | 10/8/2004 | 27 |
| 23509 | AP-14-3 | PLOT SPIKE FORAGE OATS | FAITHWAY FEED | GUNTERSVILLE, AL | 9/2/2004 | 10/12/2004 | 29 |
| 23552 | 108094P | KENTUCKY 31 TALL FESCUE | FAITHWAY FEED | GUNTERSVILLE, AL | 9/2/2004 | 10/27/2004 | 40 |
| 23553 | 1GR50 74 | DK GR50 WHEAT | FAITHWAY FEED | GUNTERSVILLE, AL | 9/2/2004 | 10/8/2004 | 27 |
| 23554 | T-21322 | AU ROBIN CRIMSON CLOVER | FAITHWAY FEED | GUNTERSVILLE, AL | 9/2/2004 | 10/19/2004 | 34 |
| 23555 | L172-3-G91 | GULF ANNUAL RYEGRASS | FAITHWAY FEED | GUNTERSVILLE, AL | 9/2/2004 | 10/22/2004 | 37 |
| 23556 | L172-3-G105 | GULF ANNUAL RYEGRASS | FAITHWAY FEED | GUNTERSVILLE, AL | 9/2/2004 | 10/22/2004 | 37 |
| 23557 | ASD-0423 | BOB OATS | FAITHWAY FEED | GUNTERSVILLE, AL | 9/2/2004 | 10/13/2004 | 30 |
| 23558 | ASD-0422 | BOB OATS | FAITHWAY FEED | GUNTERSVILLE, AL | 9/2/2004 | 10/12/2004 | 29 |
| 23667 | 108214P | KENTUCKY-31 TALL FESCUE | FAITHWAY FEED | GUNTERSVILLE, AL | 9/20/2004 | 10/25/2004 | 26 |
| 23668 | TPC W04-33 | WRENS ABRUZZI RYE | FAITHWAY FEED | GUNTERSVILLE, AL | 9/20/2004 | 10/4/2004 | 11 |
| 23669 | TPC W04-32 | WRENS ABRUZZI RYE | FAITHWAY FEED | GUNTERSVILLE, AL | 9/20/2004 | 10/5/2004 | 12 |
| 23670 | TPC W04-35 | WRENS ABRUZZI RYE | FAITHWAY FEED | GUNTERSVILLE, AL | 9/20/2004 | 10/4/2004 | 11 |
| 23671 | L12-3-119A | GULF ANNUAL RYEGRASS | FAITHWAY FEED | GUNTERSVILLE, AL | 9/20/2004 | 10/29/2004 | 30 |
| 23672 | B13-3-G6 | GULF ANNUAL RYEGRASS | FAITHWAY FEED | GUNTERSVILLE, AL | 9/20/2004 | 10/25/2004 | 26 |

| LAB NO | LOT NO | NAME GIVEN | SOURCE | | REC'D | REPORT | DAYS |
|--------|--------|------------|--------|---|-------|--------|------|
| 23673 | L10-3-78G | GULF ANNUAL RYEGRASS | FAITHWAY FEED | GUNTERSVILLE, AL | 9/20/2004 | 10/25/2004 | 26 |
| 23674 | L111-4-LFB | FLORIDA BROADLEAF MUSTARD | FAITHWAY FEED | GUNTERSVILLE, AL | 9/20/2004 | 10/12/2004 | 17 |
| 23774 | 3 R.B. | COKER 227 OATS | FAITHWAY FEED | GUNTERSVILLE, AL | 9/30/2004 | 10/20/2004 | 15 |
| 23775 | 1GR50TT1 | DK GR50 WHEAT | FAITHWAY FEED | GUNTERSVILLE, AL | 9/30/2004 | 10/15/2004 | 12 |
| 23776 | Y38-4-CC-03 | DIXIE CRIMSON CLOVER | FAITHWAY FEED | GUNTERSVILLE, AL | 9/30/2004 | 10/25/2004 | 18 |
| 23777 | L178-4-15K | KING ANNUAL RYEGRASS | FAITHWAY FEED | GUNTERSVILLE, AL | 9/30/2004 | 10/29/2004 | 22 |
| 23778 | L179-4-VSPR | VALLEY SELECT PERENNIAL RYEGRASS | FAITHWAY FEED | GUNTERSVILLE, AL | 9/30/2004 | 11/3/2004 | 25 |
| 23779 | L179-4-VSTF1 | VALLEY SELECT TALL FESCUE BLEND | FAITHWAY FEED | GUNTERSVILLE, AL | 9/30/2004 | 11/3/2004 | 25 |
| 23780 | L19-4-7G | GULF ANNUAL RYEGRASS | FAITHWAY FEED | GUNTERSVILLE, AL | 9/30/2004 | 10/29/2004 | 22 |
| 23781 | L19-4-1G | GULF ANNUAL RYEGRASS | FAITHWAY FEED | GUNTERSVILLE, AL | 9/30/2004 | 11/3/2004 | 25 |
| 23782 | L19-4-4G | GULF ANNUAL RYEGRASS | FAITHWAY FEED | GUNTERSVILLE, AL | 9/30/2004 | 10/29/2004 | 22 |
| 23823 | T-23100 | CREEPING TYPE RED FESCUE | FAITHWAY FEED | GUNTERSVILLE, AL | 9/30/2004 | 11/8/2004 | 28 |
| 23824 | ASD-0453 | BOB OATS | FAITHWAY FEED | GUNTERSVILLE, AL | 9/30/2004 | 10/27/2004 | 20 |
| 23849 | 4230 | ELBON RYE | FAITHWAY FEED | GUNTERSVILLE, AL | 9/30/2004 | 10/26/2004 | 19 |
| 23850 | L41-4-G101 | GULF ANNUAL RYEGRASS | FAITHWAY FEED | GUNTERSVILLE, AL | 9/30/2004 | 11/3/2004 | 25 |
| # of Samples | 33 | | | | | Average Days | |
| | | | | | | | |
| 23400 | 8636 | OSCEOLA LADINO CLOVER COATED | FARMERS COOP | LEROY, AL | 8/26/2004 | 10/22/2004 | 42 |
| # of Samples | 1 | | | | | Average Days | |
| | | | | | | | |
| 23599 | ASD-0430 | BOB OATS | FARMERS COOP MKT | FRISCO CITY, AL | 9/9/2004 | 10/13/2004 | 25 |
| 23608 | L91-1-56 | GULF ANNUAL RYEGRASS | FARMERS COOP MKT | FRISCO CITY, AL | 9/9/2004 | 10/22/2004 | 32 |
| 23609 | L91-1-60 | GULF ANNUAL RYEGRASS | FARMERS COOP MKT | FRISCO CITY, AL | 9/9/2004 | 10/22/2004 | 32 |
| 23610 | L91-1-62 | GULF ANNUAL RYEGRASS | FARMERS COOP MKT | FRISCO CITY, AL | 9/9/2004 | 10/22/2004 | 32 |
| 23611 | HB-7 | ELBON RYE | FARMERS COOP MKT | FRISCO CITY, AL | 9/9/2004 | 10/12/2004 | 24 |
| 23399 | 03-W065 | EK-102 WHEAT | FARMERS COOP MKT | FRISCO CITY, AL | 8/26/2004 | 10/8/2004 | 32 |
| # of Samples | 6 | | | | | Average Days | |
| | | | | | | | |
| 23745 | 8426000 | WHITE EGG TURNIPS | FARMERS EXCHANGE | BREWTON, AL | 9/22/2004 | 10/8/2004 | 13 |
| 23746 | 3314NRAP | DWARF ESSEX RAPE | FARMERS EXCHANGE | BREWTON, AL | 9/22/2004 | 10/8/2004 | 13 |
| 23747 | P0141 | SOUTHERN GIANT CURLED MUSTARD | FARMERS EXCHANGE | BREWTON, AL | 9/22/2004 | 10/8/2004 | 13 |
| 23748 | A229000 | AMERICAN PURPLE TOP RUTAGAGA | FARMERS EXCHANGE | BREWTON, AL | 9/22/2004 | 10/8/2004 | 13 |
| 23749 | A0537 | FLORIDA BROADLEAF MUSTARD | FARMERS EXCHANGE | BREWTON, AL | 9/22/2004 | 10/8/2004 | 13 |
| 23750 | E014000 | GEORGIA COLLARDS | FARMERS EXCHANGE | BREWTON, AL | 9/22/2004 | 10/12/2004 | 15 |
| 23751 | A0541 | PURPLE TOP WHITE GLOBE TURNIP | FARMERS EXCHANGE | BREWTON, AL | 9/22/2004 | 10/4/2004 | 9 |
| 23752 | W6-9-AL-907 | YUCHI ARROWLEAF CLOVER | FARMERS EXCHANGE | BREWTON, AL | 9/22/2004 | 11/1/2004 | 29 |
| # of Samples | 8 | | | | | Average Days | |
| | | | | | | | |
| 23579 | K93-93-2 | KENBLUE KENTUCKY BLUEGRASS | FARMERS FEED&SUP | MONTGOMERY, AL | 9/7/2004 | 11/16/2004 | 51 |
| # of Samples | 1 | | | | | Average Days | |
| | | | | | | | |
| 23804 | LA18-4-30 | MARSHALL ANNUAL RYEGRASS | FAYETTE AG. SERVICES | FAYETTE, AL | 9/30/2004 | 10/29/2004 | 22 |
| 23805 | L43-4-23AM | MARSHALL ANNUAL RYEGRASS | FAYETTE AG. SERVICES | FAYETTE, AL | 9/30/2004 | 10/29/2004 | 22 |
| 23806 | 107294P | KENTUCKY 31 TALL FESCUE | FAYETTE AG. SERVICES | FAYETTE, AL | 9/30/2004 | 11/8/2004 | 28 |
| 23807 | LSC-0504 | ELBON RYE | FAYETTE AG. SERVICES | FAYETTE, AL | 9/30/2004 | 10/26/2004 | 19 |
| # of Samples | 4 | | | | | Average Days | |

| LAB NO | # LOT NO | NAME GIVEN | SOURCE | | REC'D | REPORT | DAYS |
|--------|----------|------------|--------|--|-------|--------|------|
| 23501 | L172-3-G102 | GULF ANNUAL RYEGRASS | FEDERER FERTILIZER | CULLMAN, AL | 9/2/2004 | 10/18/2004 | 33 |
| 23502 | L172-3-G100 | GULF ANNUAL RYEGRASS | FEDERER FERTILIZER | CULLMAN, AL | 9/2/2004 | 10/18/2004 | 33 |
| # of Samples | 2 | | | | | Average Days | |
| | | | | | | | |
| 23597 | 4-10-CC | DIXIE CRIMSON CLOVER | FLOYD'S FEED & SEED | DADEVILLE, AL | 9/9/2004 | 10/19/2004 | 29 |
| 23598 | L-9010A | REGAL LADINO CLOVER | FLOYD'S FEED & SEED | DADEVILLE, AL | 9/9/2004 | 10/22/2004 | 32 |
| 23596 | W8-4-CC-451 | DIXIE RESEEDING CRIMSON CLOVER | FLOYD'S FEED & SEED | DADEVILLE, AL | 9/9/2004 | 10/19/2004 | 29 |
| # of Samples | 3 | | | | | Average Days | |
| | | | | | | | |
| 23438 | 17803 | COKER 227 OATS | GOSHEN CO-OP | GOSHEN, AL | 8/26/2004 | 10/5/2004 | 29 |
| 23439 | 341 | ASCA CERT. AGS 2000 WHEAT | GOSHEN CO-OP | GOSHEN, AL | 8/26/2004 | 10/4/2004 | 28 |
| 23440 | T-13 | BOB OATS | GOSHEN CO-OP | GOSHEN, AL | 8/26/2004 | 10/5/2004 | 29 |
| 23441 | 33147-AWP | AUSTRIAN WINTER FIELD PEA | GOSHEN CO-OP | GOSHEN, AL | 8/26/2004 | 10/26/2004 | 44 |
| 23442 | W8012 | AMERICAN PURPLE TOP RUTABAGA | GOSHEN CO-OP | GOSHEN, AL | 8/26/2004 | 10/4/2004 | 28 |
| 23443 | 91819 | WHITE EGG TURNIP | GOSHEN CO-OP | GOSHEN, AL | 8/26/2004 | 10/4/2004 | 28 |
| 23444 | 10459 | SHOGOIN TURNIP | GOSHEN CO-OP | GOSHEN, AL | 8/26/2004 | 10/4/2004 | 28 |
| 23445 | L111-1-VSGC | SOUTHERN GIANT CURLED MUSTARD | GOSHEN CO-OP | GOSHEN, AL | 8/26/2004 | 10/4/2004 | 28 |
| # of Samples | 8 | | | | | Average Days | |
| | | | | | | | |
| 23401 | L101-3-42G | GULF ANNUAL RYEGRASS | GREEN CO. COOP | EUTAW, AL | 8/26/2004 | 10/18/2004 | 38 |
| # of Samples | 1 | | | | | Average Days | |
| | | | | | | | |
| 23429 | 103 | COKER 227 OATS | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 10/20/2004 | 40 |
| 23430 | 102 | COKER 227 OATS | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 10/20/2004 | 40 |
| 23431 | L104-3-28G | GULF ANNUAL RYEGRASS | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 10/18/2004 | 38 |
| 23432 | L104-3-29G | GULF ANNUAL RYEGRASS | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 10/18/2004 | 38 |
| 23433 | 04-022 | COKER 227 OATS | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 10/1/2004 | 27 |
| 23434 | 04-021 | COKER 227 OATS | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 10/1/2004 | 27 |
| 23435 | 4179 | WREN'S ABRUZZI RYE | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 9/30/2004 | 26 |
| 23436 | C1 | AUSTRIAN WINTER FIELD PEAS | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 10/26/2004 | 44 |
| 23437 | L104-3-27G | GULF ANNUAL RYEGRASS | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 10/18/2004 | 38 |
| 23446 | B03156 | COMMON UNHULLED BERMUDA GRASS | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 11/1/2004 | 48 |
| 23447 | 179-7 | BOB OATS | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 10/12/2004 | 34 |
| 23448 | L76-4-86G | GULF ANNUAL RYEGRASS | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 10/18/2004 | 38 |
| 23449 | L172-3-G104 | GULF ANNUAL RYEGRASS | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 10/18/2004 | 38 |
| 23450 | 604A-04 | ELBON RYE | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 10/8/2004 | 32 |
| 23452 | T04 7 | LA 604 OATS | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 10/12/2004 | 34 |
| 23453 | LSC-0804 | WREN'S ABRUZZI RYE | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 10/8/2004 | 32 |
| 23454 | AA 515 | AA SPORTSMAN SPECIAL PLOT MIX | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 11/15/2004 | 58 |
| 23455 | AA 535 | AA SPORTSMAN SPECIAL PLOT MIX | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 11/15/2004 | 58 |
| 23483 | 107184P2 | KENTUCKY 31 TALL FESCUE | GRO SOUTH | DOTHAN, AL | 9/2/2004 | 10/27/2004 | 40 |
| 23629 | 1 | SSCA REG. WRENS ABRUZZI RYE | GRO SOUTH | DOTHAN, AL | 9/9/2004 | 10/12/2004 | 24 |
| 23630 | L104-4-8G | GULF ANNUAL RYEGRASS | GRO SOUTH | DOTHAN, AL | 9/9/2004 | 10/25/2004 | 33 |
| 23631 | L104-4-7G | GULF ANNUAL RYEGRASS | GRO SOUTH | DOTHAN, AL | 9/9/2004 | 10/25/2004 | 33 |
| 23632 | L104-4-9G | GULF ANNUAL RYEGRASS | GRO SOUTH | DOTHAN, AL | 9/9/2004 | 10/25/2004 | 33 |
| 23633 | P-04-10 | PENSACOLA BAHIAGRASS | GRO SOUTH | DOTHAN, AL | 9/9/2004 | 11/12/2004 | 47 |
| 23634 | P-04-8 | PENSACOLA BAHIAGRASS | GRO SOUTH | DOTHAN, AL | 9/9/2004 | 11/12/2004 | 47 |

| LAB NO | # | LOT NO | NAME GIVEN | SOURCE | | REC'D | REPORT | DAYS |
|--------|---|--------|------------|--------|--------|-------|--------|------|
| 23635 | | P-04-11 | PENSACOLA BAHIAGRASS | GRO SOUTH | DOTHAN, AL | 9/9/2004 | 11/12/2004 | 47 |
| 23738 | | RP-39 | DWARP ESSEX RAPE | GRO SOUTH | DOTHAN, AL | 9/22/2004 | 10/8/2004 | 13 |
| 23739 | | W8-4-CC-445 | DIXIE RESEEDING CRIMSON CLOVER | GRO SOUTH | DOTHAN, AL | 9/22/2004 | 10/22/2004 | 23 |
| 23740 | | LM-12 | GA. GORE WHEAT | GRO SOUTH | DOTHAN, AL | 9/22/2004 | 10/15/2004 | 18 |
| 23741 | | 179-9 | BOB OATS | GRO SOUTH | DOTHAN, AL | 9/22/2004 | 10/18/2004 | 19 |
| 23742 | | AP04 | AUSTRIAN WINTER PEAS | GRO SOUTH | DOTHAN, AL | 9/22/2004 | 10/26/2004 | 25 |
| 23743 | | L53-4-M11 | MARSHALL ANNUAL RYEGRASS | GRO SOUTH | DOTHAN, AL | 9/22/2004 | 10/29/2004 | 28 |
| 23744 | | L53-4-M10 | MARSHALL ANNUAL RYEGRASS | GRO SOUTH | DOTHAN, AL | 9/22/2004 | 11/3/2004 | 31 |
| 23465 | | HB-4 | ELBON RYE | GRO SOUTH | MONTGOMERY, AL | 9/2/2004 | 10/8/2004 | 27 |
| 23466 | | 179-8 | BOB OATS | GRO SOUTH | MONTGOMERY, AL | 9/2/2004 | 10/12/2004 | 29 |
| 23467 | | 329 | WRENS ABRUZZI RYE | GRO SOUTH | MONTGOMERY, AL | 9/2/2004 | 10/12/2004 | 29 |
| 23468 | | LM-40 | GORE WHEAT | GRO SOUTH | MONTGOMERY, AL | 9/2/2004 | 10/12/2004 | 29 |
| 23855 | | 930 | LADINO REGAL CLOVER | GRO SOUTH | MONTGOMERY, AL | 9/30/2004 | 11/5/2004 | 27 |
| # of Samples | 38 | | | | | | Average Days | |
| | | | | | | | | |
| 23394 | | 3-14 | CERT. GORE WHEAT | GROWERS SUPPLY | FRISCO CITY, AL | 8/26/2004 | 10/1/2004 | 27 |
| 23395 | | 4-14 | CERT. GORE WHEAT | GROWERS SUPPLY | FRISCO CITY, AL | 8/26/2004 | 10/1/2004 | 27 |
| 23396 | | BULK | RYE | GROWERS SUPPLY | FRISCO CITY, AL | 8/26/2004 | 10/20/2004 | 40 |
| 23469 | | 5-14 | CERT. GORE WHEAT | GROWERS SUPPLY | FRISCO CITY, AL | 9/2/2004 | 10/20/2004 | 35 |
| 23470 | | 6-14 | CERT. GORE WHEAT | GROWERS SUPPLY | FRISCO CITY, AL | 9/2/2004 | 10/20/2004 | 35 |
| 23471 | | 7-14 | CERT. GORE WHEAT | GROWERS SUPPLY | FRISCO CITY, AL | 9/2/2004 | 10/1/2004 | 22 |
| 23472 | | 8-14 | CERT. GORE WHEAT | GROWERS SUPPLY | FRISCO CITY, AL | 9/2/2004 | 10/20/2004 | 35 |
| 23473 | | 1-12 | CERT. GORE WHEAT | GROWERS SUPPLY | FRISCO CITY, AL | 9/2/2004 | 10/20/2004 | 35 |
| 23576 | | 3-12 | CERT. GORE WHEAT | GROWERS SUPPLY | FRISCO CITY, AL | 9/3/2004 | 10/1/2004 | 21 |
| 23577 | | BULK-1 | WHEAT | GROWERS SUPPLY | FRISCO CITY, AL | 9/3/2004 | 10/1/2004 | 21 |
| 23578 | | 2-12 | CERT. GORE WHEAT | GROWERS SUPPLY | FRISCO CITY, AL | 9/3/2004 | 10/1/2004 | 21 |
| 23602 | | 5-12 | CERT. GORE WHEAT | GROWERS SUPPLY | FRISCO CITY, AL | 9/9/2004 | 10/1/2004 | 17 |
| 23603 | | 6-12 | CERT. GORE WHEAT | GROWERS SUPPLY | FRISCO CITY, AL | 9/9/2004 | 10/1/2004 | 17 |
| 23604 | | 4-12 | CERT. GORE WHEAT | GROWERS SUPPLY | FRISCO CITY, AL | 9/9/2004 | 10/1/2004 | 17 |
| 23605 | | 7-12 | CERT. GORE WHEAT | GROWERS SUPPLY | FRISCO CITY, AL | 9/9/2004 | 10/1/2004 | 17 |
| 23606 | | BULK #2 | WHEAT | GROWERS SUPPLY | FRISCO CITY, AL | 9/9/2004 | 10/1/2004 | 17 |
| 23607 | | 1-10 | CERT. GORE WHEAT | GROWERS SUPPLY | FRISCO CITY, AL | 9/9/2004 | 10/1/2004 | 17 |
| 23658 | | 1-13 | CERT. CHAPMAN OATS | GROWERS SUPPLY | FRISCO CITY, AL | 9/20/2004 | 10/1/2004 | 10 |
| 23659 | | 2-13 | CERT. CHAPMAN OATS | GROWERS SUPPLY | FRISCO CITY, AL | 9/20/2004 | 10/1/2004 | 10 |
| # of Samples | 19 | | | | | | Average Days | |
| | | | | | | | | |
| 23580 | | 115 | AGS 2000 WHEAT | HELENA CHEMICAL CO | TANNER, AL | 9/7/2004 | 10/8/2004 | 24 |
| 23581 | | 115 | AGS 2000 WHEAT | HELENA CHEMICAL CO | TANNER, AL | 9/7/2004 | 10/8/2004 | 24 |
| 23841 | | 115 | CERT. AGS 2000 WHEAT | HELENA CHEMICAL CO | TANNER, AL | 9/30/2004 | 10/26/2004 | 19 |
| 23840 | | 115 | CERT. AGS 2000 WHEAT | HELENA CHEMICAL CO | TANNER, AL | 9/30/2004 | 10/26/2004 | 19 |
| # of Samples | 4 | | | | | | Average Days | |
| | | | | | | | | |
| 23601 | | L42-3-3G | GULF ANNUAL RYEGRASS | K&L FEED | ELBERTA, AL | 9/9/2004 | 10/22/2004 | 32 |
| 23405 | | T-21197 | YUCHI ARROWLEAF CLOVER | KELLY SEED CO. INC | HARTFORD, AL | 8/26/2004 | 10/29/2004 | 47 |
| 23404 | | T-21902 | DIXIE RESEEDING CRIMSON CLOVER | KELLY SEED CO. INC | HARTFORD, AL | 8/26/2004 | 10/19/2004 | 39 |
| # of Samples | 3 | | | | | | Average Days | |

| LAB NO | # | LOT NO | NAME GIVEN | SOURCE | | REC'D | REPORT | DAYS |
|--------|---|--------|-----------|--------|--|-------|--------|------|
| 23657 | | E232000 | WHITE GLOBE PURPLE TOP TURNIP | LASSITER HDW&SUP | HOPE HULL, AL | 9/13/2004 | 10/4/2004 | 16 |
| # of Samples | 1 | | | | | | Average Days | 16 |
| | | | | | | | | |
| 23826 | | LSC-4504 | ELBON RYE | LIMESTONE FARMERS CO- | ATHENS, AL | 9/30/2004 | 10/29/2004 | 22 |
| 23518 | | LSC-9704 | ELBON RYE | LIMESTONE FARMERS CO- | ATHENS, AL | 9/2/2004 | 10/8/2004 | 27 |
| # of Samples | 2 | | | | | | Average Days | |
| | | | | | | | | |
| 23734 | | 329 | WRENS ABRUZZI RYE | LUVERNE CO-OP | LUVERNE, AL | 9/22/2004 | 10/15/2004 | 18 |
| # of Samples | 1 | | | | | | Average Days | 18 |
| | | | | | | | | |
| 23825 | | LSC-4104 | ELBON RYE | MADISON CTY CO-OP | HAZEL GREEN, AL | 9/30/2004 | 10/29/2004 | 22 |
| 23702 | | LSC-0504 | ELBON RYE | MADISON CTY CO-OP | HAZEL GREEN, AL | 9/20/2004 | 10/20/2004 | 23 |
| 23703 | | 4-35 | KENTUCKY 31 TALL FESCUE | MADISON CTY CO-OP | HAZEL GREEN, AL | 9/20/2004 | 11/3/2004 | 33 |
| # of Samples | 3 | | | | | | Average Days | |
| | | | | | | | | |
| 23701 | | 04-W016 | EK-102 WHEAT | MARSHALL FARMERS COOP | ARAB, AL | 9/20/2004 | 10/15/2004 | 20 |
| # of Samples | 1 | | | | | | Average Days | 20 |
| | | | | | | | | |
| 23409 | | E481001 | EK-102 WHEAT | MILLER TRADING CO | EVERGREEN, AL | 8/26/2004 | 10/4/2004 | 28 |
| 23410 | | 9613000 | EK-102 WHEAT | MILLER TRADING CO | EVERGREEN, AL | 8/26/2004 | 10/12/2004 | 34 |
| 23411 | | 8464 | EK-102 WHEAT | MILLER TRADING CO | EVERGREEN, AL | 8/26/2004 | 10/12/2004 | 34 |
| 23412 | | Y68FM01 | EK-102 WHEAT | MILLER TRADING CO | EVERGREEN, AL | 8/26/2004 | 10/8/2004 | 32 |
| 23413 | | 8426000 | EK-102 WHEAT | MILLER TRADING CO | EVERGREEN, AL | 8/26/2004 | 10/4/2004 | 28 |
| 23414 | | A0541 | EK-102 WHEAT | MILLER TRADING CO | EVERGREEN, AL | 8/26/2004 | 10/4/2004 | 28 |
| # of Samples | 6 | | | | | | Average Days | |
| | | | | | | | | |
| 23647 | | L18-3-202 | PURPLE TOP WHITE GLOBE TURNIP | MONTGOMERY FARMERS COOP | MONTGO | 9/10/2004 | 10/4/2004 | 17 |
| 23648 | | 91811 | TENDERGREEN IMPROVED MUSTARD | MONTGOMERY FARMERS COOP | MONTGO | 9/10/2004 | 10/4/2004 | 17 |
| 23645 | | A478005 | SOUTHERN GIANT CURLED MUSTARD | MONTGOMERY FARMERS COOP | MONTGO | 9/10/2004 | 10/8/2004 | 21 |
| 23646 | | RP34 | DWARF ESSEX RAPE | MONTGOMERY FARMERS COOP | MONTGO | 9/10/2004 | 10/8/2004 | 21 |
| # of Samples | 4 | | | | | | Average Days | |
| | | | | | | | | |
| 23474 | | R3-4 | RYE | MURPHREE SEED FARM | COLLINSVILLE, A | 9/2/2004 | 10/4/2004 | 23 |
| 23475 | | MSF 390 | SERICEA LESPEDEZA | MURPHREE SEED FARM | COLLINSVILLE, A | 9/2/2004 | 10/18/2004 | 33 |
| # of Samples | 2 | | | | | | Average Days | 28 |
| | | | | | | | | |
| 23493 | | 976 | WINTERGRAZER 70 RYE | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 10/12/2004 | 29 |
| 23494 | | 989 | WINTERGRAZER 70 RYE | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 10/4/2004 | 23 |
| 23495 | | L144-4-2FC04 | FAIRWAY CLASSIC BLEND | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 10/27/2004 | 40 |
| 23496 | | P43-3-51 | PASSEREL PLUS ANNUAL RYEGRASS | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 10/18/2004 | 33 |
| 23497 | | P43-3-52 | PASSEREL PLUS ANNUAL RYEGRASS | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 10/18/2004 | 33 |
| 23498 | | L5-4-GR9H | GULF ANNUAL RYEGRASS | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 10/18/2004 | 33 |
| 23499 | | L5-4-GR9F | GULF ANNUAL RYEGRASS | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 10/18/2004 | 33 |
| 23500 | | L5-4-GR9J | GULF ANNUAL RYEGRASS | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 10/22/2004 | 37 |
| 23537 | | 990 | WINTERGRAZER 70 RYE | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 10/12/2004 | 29 |
| 23538 | | L57-2-12-OG | OR. CERT. POTOMAC ORCHARDGRASS | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 10/27/2004 | 40 |
| 23539 | | 30686GGR-R | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 11/8/2004 | 48 |

| LAB NO | # LOT NO | NAME GIVEN | SOURCE | REC'D | REPORT | DAYS |
|---|---|---|---|---|---|---|
| 23540 | 30685GGR-R | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 11/15/2004 | 53 |
| 23541 | 30692GGR-M | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 11/8/2004 | 48 |
| 23542 | 420066GGR | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 10/27/2004 | 40 |
| 23543 | 420067GGR | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 10/27/2004 | 40 |
| 23544 | 320856GGR-S | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 12/10/2004 | 72 |
| 23545 | 320854GGR-A | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 12/10/2004 | 72 |
| 23546 | DKG8062 | GRAZER WHEAT | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 10/8/2004 | 27 |
| 23547 | DKG808 | GRAZER WHEAT | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 10/8/2004 | 27 |
| 23548 | 320879GGR-K | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 12/10/2004 | 72 |
| 23549 | 320880GGR-F | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 11/8/2004 | 48 |
| 23550 | 320881GGR-K | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 11/8/2004 | 48 |
| 23551 | 320890GGR-A | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 11/8/2004 | 48 |
| 23565 | 991 | WINTERGRAZER 70 RYE | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 10/12/2004 | 29 |
| 23566 | 179-9 | BOB OATS | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 10/13/2004 | 30 |
| 23660 | 990 | WINTERGRAZER 70 RYE | PENNINGTON SEED | CULLMAN, AL | 9/20/2004 | 10/15/2004 | 20 |
| 23661 | 102-B4 | COKER 227 OATS | PENNINGTON SEED | CULLMAN, AL | 9/20/2004 | 10/13/2004 | 18 |
| 23662 | 40AV12 | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/20/2004 | 10/25/2004 | 26 |
| 23663 | 40AV08 | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/20/2004 | 10/27/2004 | 28 |
| 23664 | L5-4-GR9G | GULF ANNUAL RYEGRASS | PENNINGTON SEED | CULLMAN, AL | 9/20/2004 | 10/25/2004 | 26 |
| 23665 | L5-4-AR25A | GULF ANNUAL RYEGRASS | PENNINGTON SEED | CULLMAN, AL | 9/20/2004 | 10/22/2004 | 25 |
| 23666 | P43-3-84 | PASSEREL PLUS ANNUAL RYEGRASS | PENNINGTON SEED | CULLMAN, AL | 9/20/2004 | 10/25/2004 | 26 |
| 23704 | B4-G23-65 | 57733 WHEAT | PENNINGTON SEED | CULLMAN, AL | 9/20/2004 | 10/15/2004 | 20 |
| 23705 | B4-G23-67 | 57733 WHEAT | PENNINGTON SEED | CULLMAN, AL | 9/20/2004 | 10/15/2004 | 20 |
| 23706 | 105-18 | COKER 227 OATS | PENNINGTON SEED | CULLMAN, AL | 9/20/2004 | 10/18/2004 | 21 |
| 23707 | 4208 | WINTERGRAZER 70 RYE | PENNINGTON SEED | CULLMAN, AL | 9/20/2004 | 10/15/2004 | 20 |
| 23708 | B4-G23-66 | 57733 WHEAT | PENNINGTON SEED | CULLMAN, AL | 9/20/2004 | 10/15/2004 | 20 |
| 23758 | W8-4-CC-464 | DIXIE RESEEDING CRIMSON CLOVER | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/22/2004 | 17 |
| 23759 | W8-4-CC-452 | DIXIE RESEEDING CRIMSON CLOVER | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/22/2004 | 17 |
| 23760 | W8-4-CC-401 | DIXIE RESEEDING CRIMSON CLOVER | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/15/2004 | 12 |
| 23761 | W8-4-CC-460 | DIXIE RESEEDING CRIMSON CLOVER | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/22/2004 | 17 |
| 23762 | 04-017 | COKER 227 OATS | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/18/2004 | 13 |
| 23763 | 04-024 | COKER 227 OATS | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/18/2004 | 13 |
| 23764 | 4137 | WRENS ABBRUZZI RYE | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/15/2004 | 12 |
| 23765 | P43-3-80 | PASSEREL PLUS ANNUAL RYEGRASS | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/29/2004 | 22 |
| 23766 | B4-G23-64 | 57733 WHEAT | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/15/2004 | 12 |
| 23767 | B4-G23-68 | 57733 WHEAT | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/15/2004 | 12 |
| 23768 | B4-G23-69 | 57733 WHEAT | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/15/2004 | 12 |
| 23769 | WG-01 | WINTERGRAZER 70 RYE | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 11/1/2004 | 23 |
| 23770 | WG-05 | WINTERGRAZER 70 RYE | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/28/2004 | 21 |
| 23771 | WG-02 | WINTERGRAZER 70 RYE | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/20/2004 | 15 |
| 23808 | WG-03 | WINTERGRAZER 70 RYE | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/20/2004 | 15 |
| 23809 | B4-G23-72 | 57733 WHEAT | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/26/2004 | 19 |
| 23810 | 04-016 | COKER 227 OATS | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/18/2004 | 13 |
| 23811 | 04-018 | COKER 227 OATS | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/18/2004 | 13 |
| 23812 | 04-031 | COKER 227 OATS | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/18/2004 | 13 |
| 23813 | 04-032 | COKER 227 OATS | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/18/2004 | 13 |
| 23814 | 420105GGR | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 11/1/2004 | 23 |

| LAB NO | # LOT NO. | NAME GIVEN | SOURCE | | REC'D | REPORT | DAYS |
|---|---|---|---|---|---|---|---|
| 23815 | 420104GGR-L | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 11/15/2004 | 33 |
| 23816 | 400083GGR | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 11/16/2004 | 34 |
| 23817 | 400084GGR | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 11/18/2004 | 36 |
| 23818 | 400077GGR | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 11/1/2004 | 23 |
| 23819 | 400078GGR | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 11/1/2004 | 23 |
| 23820 | P4-03 | PENSACOLA BAHIAGRASS | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 11/16/2004 | 34 |
| # of Samples | 64 | | | | | Average Days | 28 |
| | | | | | | | |
| 23462 | GFS03-3 | LA 604 OATS | PIKE CO-OP | TROY, AL | 8/26/2004 | 10/12/2004 | 34 |
| 23463 | T03 9 | LA 604 OATS | PIKE CO-OP | TROY, AL | 8/26/2004 | 10/5/2004 | 29 |
| 23451 | ASD-0409 | BOB OATS | PIKE CO-OP | BRUNDIDGE, AL | 8/26/2004 | 10/12/2004 | 34 |
| # of Samples | 3 | | | | | Average Days | 32 |
| | | | | | | | |
| 23481 | A SD-0408 | BOB OATS | PIKE FARMERS CO-OP | TROY, AL | 9/2/2004 | 10/12/2004 | 29 |
| 23482 | A SD-0409 | BOB OATS | PIKE FARMERS CO-OP | TROY, AL | 9/2/2004 | 10/12/2004 | 29 |
| # of Samples | 2 | | | | | Average Days | 29 |
| | | | | | | | |
| 23382 | 686 | PENSACOLA BAHIAGRASS | R. W. KIRK & SON | ORRVILLE, AL | 8/23/2004 | 11/12/2004 | 60 |
| 23383 | 687 | PENSACOLA BAHIAGRASS | R. W. KIRK & SON | ORRVILLE, AL | 8/23/2004 | 11/5/2004 | 55 |
| 23384 | 692 | PENSACOLA BAHIAGRASS | R. W. KIRK & SON | ORRVILLE, AL | 8/23/2004 | 11/5/2004 | 55 |
| 23385 | 694 | PENSACOLA BAHIAGRASS | R. W. KIRK & SON | ORRVILLE, AL | 8/23/2004 | 11/5/2004 | 55 |
| 23476 | 695 | PENSACOLA BAHIAGRASS | R. W. KIRK & SON | ORRVILLE, AL | 9/2/2004 | 10/25/2004 | 38 |
| 23478 | 689 | PENSACOLA BAHIAGRASS | R. W. KIRK & SON | ORRVILLE, AL | 9/2/2004 | 10/25/2004 | 38 |
| 23477 | 691 | PENSACOLA BAHIAGRASS | R. W. KIRK & SON | ORRVILLE, AL | 9/2/2004 | 10/25/2004 | 38 |
| 23479 | 690 | ARGENTINE BAHIAGRASS | R. W. KIRK & SON | ORRVILLE, AL | 9/2/2004 | 10/15/2004 | 32 |
| 23480 | 696 | PENSACOLA BAHIAGRASS | R. W. KIRK & SON | ORRVILLE, AL | 9/2/2004 | 10/25/2004 | 38 |
| # of Samples | 9 | | | | | Average Days | 45 |
| | | | | | | | |
| 23534 | CS-4515 | ARMOR PROGRAZE WHEAT | RED BARN FARM CENTER GADSDEN, AL | | 9/2/2004 | 10/8/2004 | 27 |
| 23533 | 179-1 | BOB OATS | RED BARN FARM CENTER GADSDEN, AL | | 9/2/2004 | 10/12/2004 | 29 |
| 23532 | 13294F | KENTUCKY 31 TALL FESCUE | RED BARN FARM CENTER GADSDEN, AL | | 9/2/2004 | 11/1/2004 | 43 |
| # of Samples | 3 | | | | | Average Days | 33 |
| | | | | | | | |
| 23390 | N046002 | CHAMPION COLLARDS | ROBERTSDALE FEED STORE ROBERTSDA | | 8/26/2004 | 10/12/2004 | 34 |
| # of Samples | 1 | | | | | Average Days | 34 |
| | | | | | | | |
| 23757 | HB-5 | ELBON RYE | SEED PROCESSORS | WETUMPKA, AL | 9/30/2004 | 10/15/2004 | 12 |
| # of Samples | 1 | | | | | Average Days | 12 |
| | | | | | | | |
| 23406 | UF051704 | BROWN TOP MILLET | SEGREST FEED & SEED SLOCOMB, AL | | 8/26/2004 | 10/12/2004 | 34 |
| 23407 | UF012010 | BROWN TOP MILLET | SEGREST FEED & SEED SLOCOMB, AL | | 8/26/2004 | 10/12/2004 | 34 |
| 23408 | 10555 | SORGHUM WILD GAME FOOD | SEGREST FEED & SEED SLOCOMB, AL | | 8/26/2004 | 10/7/2004 | 31 |
| 23636 | E232000 | PURPLE TOP WHITE GLOBE TURNIP | SEGREST FEED & SEED SLOCOMB, AL | | 9/9/2004 | 10/4/2004 | 18 |
| 23637 | W8012 | AMERICAN PURPLE TOP RUTABAGA | SEGREST FEED & SEED SLOCOMB, AL | | 9/9/2004 | 10/4/2004 | 18 |
| # of Samples | 5 | | | | | Average Days | 27 |
| | | | | | | | |
| 23644 | LM-40 | GORE WHEAT | SHIELDS FEED | COFFEEVILLE, AL | 9/9/2004 | 10/12/2004 | 24 |

| LAB NO | # LOT NO | NAME GIVEN | SOURCE | | REC'D | REPORT | DAYS |
|--------|----------|------------|--------|--|-------|--------|------|
| 23643 | 179-10 | BOB OATS | SHIELDS FEED | COFFEEVILLE, AL | 9/9/2004 | 10/18/2004 | 28 |
| # of Samples | 2 | | | | | Average Days | |
| | | | | | | | |
| 23700 | L43-3-33G | GULF ANNUAL RYEGRASS | SOUTHERN STATES | ARAB, AL | 9/20/2004 | 10/29/2004 | 30 |
| 23842 | 6513-100FG | 38247 WG WHEAT | SOUTHERN STATES | ATHENS, AL | 9/30/2004 | 10/26/2004 | 19 |
| 23843 | 6512-1SF | FFR-535W WHEAT | SOUTHERN STATES | ATHENS, AL | 9/30/2004 | 10/26/2004 | 19 |
| 23844 | S4197 | KY-31 TALL FESCUE | SOUTHERN STATES | CENTRE, AL | 9/30/2004 | 11/5/2004 | 27 |
| 23845 | S4360 | KY-31 TALL FESCUE | SOUTHERN STATES | CENTRE, AL | 9/30/2004 | 11/18/2004 | 36 |
| 23846 | 3.B331ST.T | STATESMAN TALL FESCUE BLEND | SOUTHERN STATES | CENTRE, AL | 9/30/2004 | 11/5/2004 | 27 |
| 23847 | 12363 | TN. CERT. JACKSON WHEAT | SOUTHERN STATES | CENTRE, AL | 9/30/2004 | 10/29/2004 | 22 |
| 23848 | 326 | ELBON RYE | SOUTHERN STATES | CENTRE, AL | 9/30/2004 | 10/18/2004 | 13 |
| 23821 | L175-4-37BD | BIG DADDY TETRAPLOID ANNUAL | SOUTHERN STATES | CULLMAN, AL | 9/30/2004 | 11/3/2004 | 25 |
| 23822 | 492 | COKER 227 OATS | SOUTHERN STATES | CULLMAN, AL | 9/30/2004 | 11/1/2004 | 23 |
| 23583 | L175-4-39BD | BIG DADDY TETRAPLOID ANNUAL | SOUTHERN STATES | DANVILLE, AL | 9/7/2004 | 10/22/2004 | 34 |
| 23773 | 12363 | TN. CERT. JACKSON WHEAT | SOUTHERN STATES | ONEONTA, AL | 9/30/2004 | 10/15/2004 | 12 |
| 23582 | S4360 | KY-31 TALL FESCUE | SOUTHERN STATES | DANVILLE, AL | 9/7/2004 | 11/8/2004 | 45 |
| 23535 | B22-4-OG17 | POTOMAC ORCHARDGRASS | SOUTHERN STATES | HENEGAR, AL | 9/2/2004 | 10/27/2004 | 40 |
| 23696 | S4307 | KY-31 TALL FESCUE | SOUTHERN STATES | HENEGAR, AL | 9/20/2004 | 11/8/2004 | 36 |
| 23772 | L10-3-85G | GULF ANNUAL RYEGRASS | SOUTHERN STATES | ONEONTA, AL | 9/30/2004 | 10/29/2004 | 22 |
| # of Samples | 16 | | | | | Average Days | |
| | | | | | | | |
| 23392 | L111-3-FBJ | FLORIDA BROADLEAF MUSTARD | ST. ELMO FEED & SEED | ST. ELMO, AL | 8/26/2004 | 10/4/2004 | 28 |
| 23393 | 3CC-71 | WRENS ABRUZZI RYE | ST. ELMO FEED & SEED | ST. ELMO, AL | 8/26/2004 | 10/4/2004 | 28 |
| 23391 | L111-3-GC | GEORGIA SOUTHERN COLLARDS | ST. ELMO FEED & SEED | ST. ELMO, AL | 8/26/2004 | 10/8/2004 | 32 |
| # of Samples | 3 | | | | | Average Days | |
| | | | | | | | |
| 23403 | LSC-5203 | WRENS ABRUZZI RYE | STEWART BROS FARM SUPPLY, INC. | A 8/26/2004 | | 10/12/2004 | 34 |
| # of Samples | 1 | | | | | Average Days | |
| | | | | | | | |
| 23614 | L73-4-23MA | MARSHALL ANNUAL RYEGRASS | SWEET WATER GIN | SWEET WATER, AL | 9/9/2004 | 10/22/2004 | 32 |
| 23615 | L73-4-51MA | MARSHALL ANNUAL RYEGRASS | SWEET WATER GIN | SWEET WATER, AL | 9/9/2004 | 10/25/2004 | 33 |
| 23616 | L19-3-61G | GULF ANNUAL RYEGRASS | SWEET WATER GIN | SWEET WATER, AL | 9/9/2004 | 10/25/2004 | 33 |
| 23617 | L73-3-13GU | GULF ANNUAL RYEGRASS | SWEET WATER GIN | SWEET WATER, AL | 9/9/2004 | 10/25/2004 | 33 |
| 23618 | W8-4-CC-439 | DIXIE RESEEDING CRIMSON CLOVER | SWEET WATER GIN | SWEET WATER, AL | 9/9/2004 | 10/19/2004 | 29 |
| # of Samples | 5 | | | | | Average Days | |
| | | | | | | | |
| 23640 | 34099-AWP | AUSTRIAN WINTER PEAS | THOMASVILLE FEED | THOMASVILLE, AL | 9/9/2004 | 10/26/2004 | 34 |
| 23641 | Y38-4-CC-02 | DIXIE CRIMSON CLOVER | THOMASVILLE FEED | THOMASVILLE, AL | 9/9/2004 | 10/19/2004 | 29 |
| 23642 | 4CC-80 | ELBON RYE | THOMASVILLE FEED | THOMASVILLE, AL | 9/9/2004 | 10/12/2004 | 24 |
| 23639 | T04 12 | LA 604 OATS | THOMASVILLE FEED | THOMASVILLE, AL | 9/9/2004 | 10/18/2004 | 28 |
| # of Samples | 4 | | | | | Average Days | |
| | | | | | | | |
| 23852 | F3-04 | FESCUE-ORCHARDGRASS MIXTURE | TOMPKINS FARMER WAREHOUSE | | 9/30/2004 | 11/18/2004 | 36 |
| 23851 | L4-4-3GP | GULF ANNUAL RYEGRASS | TOMPKINS FARMER WAREHOUSE | | 9/30/2004 | 11/3/2004 | 25 |
| # of Samples | 2 | | | | | Average Days | |
| | | | | | | | |
| 23398 | A229000 | AMERICAN PURPLE TOP RUTABAGA | TUCKER FARM CENTER | FRISCO CITY, AL | 8/26/2004 | 10/8/2004 | 32 |

| LAB NO | # LOT NO | NAME GIVEN | SOURCE | | RECD | REPORT | DAY |
|--------|----------|-----------|--------|--|------|--------|-----|
| 23397 | RP35 | DWARF ESSEX RAPE | TUCKER FARM CENTER FRISCO CITY, AL | | 8/26/2004 | 10/8/2004 | 32 |
| 23600 | LR-1 | JAPANESE MILLET | TUCKER FARM CENTER FRISCO CITY, AL | | 9/9/2004 | 10/28/2004 | 36 |
| # of Samples | 3 | | | | | Average Days | 33 |
| | | | | | | | |
| 23693 | BSRW-4-3 | WRENS ABRUZZI RYE | UAP | MADISON, AL | 9/20/2004 | 10/15/2004 | 20 |
| 23694 | BSRW-4-3 | WRENS ABRUZZI RYE | UAP | MADISON, AL | 9/20/2004 | 10/15/2004 | 20 |
| 23695 | LSC-9504 | WRENS ABRUZZI RYE | UAP | MADISON, AL | 9/20/2004 | 10/15/2004 | 20 |
| 23827 | BSRW-4-10 | WRENS ABRUZZI RYE | UAP | MADISON, AL | 9/30/2004 | 10/29/2004 | 22 |
| 23530 | 03W-212 | TAM 90 ANNUAL RYEGRASS | UAP | MADISON, AL | 9/2/2004 | 10/22/2004 | 37 |
| 23531 | L132-3-TP147 | TETRAPLOID ANNUAL- PRIME | UAP | MADISON, AL | 9/2/2004 | 10/22/2004 | 37 |
| 23753 | BSRW-4-3 | WRENS ABRUZZI RYE | UAP SOUTHEAST | ATMORE, AL | 9/22/2004 | 10/15/2004 | 18 |
| # of Samples | 7 | | | | | Average Days | |
| | | | | | | | |
| 23799 | 24317 | TURF STAR PERENNIAL RYEGRASS | UNIVERSAL SEED & SUPPLY | BHAM, AL | 9/30/2004 | 11/8/2004 | 28 |
| 23800 | 24616 | TURF STAR PERENNIAL RYEGRASS | UNIVERSAL SEED & SUPPLY | BHAM, AL | 9/30/2004 | 11/3/2004 | 25 |
| 23798 | L55-4-G5 | GULF ANNUAL RYEGRASS | UNIVERSAL SEED & SUPPLY | BHAM, AL | 9/30/2004 | 10/29/2004 | 22 |
| 23801 | 896 | UNHULLED SERICEA LESPEDEZA | UNIVERSAL SEED & SUPPLY | BHAM, AL | 9/30/2004 | 11/8/2004 | 28 |
| 23802 | 783 | SERICEA LESPEDEZA | UNIVERSAL SEED & SUPPLY | BHAM, AL | 9/30/2004 | 11/15/2004 | 33 |
| # of Samples | 5 | | | | | Average Days | |
| | | | | | | | |
| 23697 | S3907 | KY 31 FESCUE/ORCHARDGRASS | WHITLEY FARM SUPPLY | ALTOONA, AL | 9/20/2004 | 11/15/2004 | 41 |
| 23698 | B29-4-22LG | GULF ANNUAL RYEGRASS | WHITLEY FARM SUPPLY | ALTOONA, AL | 9/20/2004 | 10/25/2004 | 26 |
| 23699 | B22-4-OG17 | POTOMAC ORCHARDGRASS | WHITLEY FARM SUPPLY | ALTOONA, AL | 9/20/2004 | 10/29/2004 | 30 |
| # of Samples | 3 | | | | | Average Days | 32 |
| | | | | | | | |
| 23612 | W8-4-CC-451 | DIXIE RESEEDING CRIMSON CLOVER | WILCOX FARM CENTER | CAMDEN, AL | 9/9/2004 | 10/19/2004 | 29 |
| # of Samples | 1 | | | | | Average Days | 29 |
| | | | | | | | |
| Total Samples | 475 | | | | | Total Average Days | 29 |



### STATE OF ALABAMA

### DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 16, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

ATMORE TRUCKERS ASSN
P O BOX 367
ATMORE, AL 36502

Dear Atmore Truckers Assn,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23073 | T-21323 | | OK | | | 94 | 1 | NONE |

**VIOLATION:** THE VARIETY NAM IS INCORRECTLY STATED ON THE ANALYSIS TAG. (DIXIE RESEEDING CRIMSON CLOVER).

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the correct variety name (Dixie Reseeding Crimson Clover) and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

*Exhibit 14*



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 16, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

TIM SCOTT
5306 HWY 187
HODGES AL  35571

Dear Mr. Scott,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

# MIXTURE

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01452 | 3  Fescue | 75.04 | 3.03 | 1.54 | 1.78 | 83 | 0 | wild onion or |
| | Orchardgrass | 18.16 | | | | 44 | 0 | garlic=234 |
| | | | | | | | | Sheep sorrel= |
| | | | | | | | | 1,719, dock=207 |

**COMMENT:** The orchardgrass component of this mixture was found to germinate below the minimum standard germination of 60%.  This lot of seed was also found to contain excessive noxious weed seeds

    We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
#### 1445 Federal Drive
#### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**August 16, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

TIM SCOTT
5306 HWY 187
HODGES AL  35571

Dear Mr. Scott,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

## MIXTURE

| Lab No. | Lot No. | | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|---|--------|-------|------|------|------|-----------|--------------|
| 01452   | 3 | Fescue | 75.04 | 3.03 | 1.54 | 1.78 | 83 | 0 | wild onion or |
|         | Orchardgrass | | 18.16 | | | | 44 | 0 | garlic=234 |
|         | | | | | | | | | Sheep sorrel= |
|         | | | | | | | | | 1,719, dock=207 |

**COMMENT:** The orchardgrass component of this mixture was found to germinate below the minimum standard germination of 60%.  This lot of seed was also found to contain excessive noxious weed seeds

    We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

    Sincerely,

    John L. Crayton, Director
    Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 17, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

CALHOUN FARMERS CO OP
900 HWY 278
PIEDMONT AL 36272

Dear Calhoun Farmers Co op,

Due to unforeseen computer problems. we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 22906   | 01-01C  | 96.85  | 2.91  | .23  | .01  | 53   | 22        | NONE         |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,


John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 19, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

GENEVA SEED CLEANERS
1581 STEPHENS FERRY RD
SAMSON AL  36477

Dear Geneva Seed Cleaners,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23099 | DM-4 | 99.84 | .08 | .08 | 0 | 86 | 0 | wild radish=11 |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 20, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

C T GARVIN FEED & SEED
2215 HOLMES AVE W
HUNTSVILLE AL 35816

Dear C T Garvin Feed & Seed,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 22994 | FS2053 | 62.20 | 37.80 | 0 | 0 | 92 | 2 | |

**VIOLATION:** THE COATING MATERIAL WAS NOT INCLUDED WITH THE INERT MATTER. THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY. THE VARIETY NAME OF THIS LOT OF SEED WASNOT STATED ON THE ANALYSIS TAG.

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the coating material being included with the inert matter as well as being stated separately, purity percentage found by our test, the variety name and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

*John L. Crayton*

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**AUGUST 20, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**GRO SOUTH**
**1827 COLUMBIA HWY**
**DOTHAN, AL 36302**

Dear Gro South,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23253   | W8049   |        |       |      |      | 97   | 0         |              |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

### 1445 Federal Drive
### Montgomery, Alabama  36107-1123



*Ron Sparks*
Commissioner

**AUGUST 20, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

**SOUTHERN STATES**
**106 13TH ST SW**
**CULLMAN, AL  35055**

Dear Southern States,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23018 | 2.B661.N | 91.43 | 8.55 | .02 | 0 | 84 | 5 | NONE |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

UNIVERSAL SEED & SUPPLY
P O BOX 100637
BIRMINGHAM AL 35210

Dear Universal Seed & Supply,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23012 | L12-2-89B | 98.76 | 1.11 | .13 | 0 | 91 | 0 | NONE |
| 23013 | LA17-3-3 | 98.96 | .40 | .64 | 0 | 96 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

TUCKER FARM CENTER
P O BOX 237
FRISCO CITY AL 36445

Dear Tucker Farm Center,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23076 | T-21515 | | | OK | | 94 | 4 | NONE |

**VIOLATION:** THE COMPLETE KIND NAME (CRIMSON CLOVER) WAS NOT STATED ON THE ANALYSIS TAG.

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the complete kind name and a copy of the corrected analysis tag has been sent to this office.

    We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

STOCKDALE FARMS
4472 STOCKDALE RD
MUNFORD AL 36268

Dear Stockdale farms,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23104 | NC 3295 LR | | | | | 95 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,


John L. Crayton, Director
Seed Lab




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

SOUTHERN STATES CO OP
P O BOX 517
GERALDINE AL 35976

Dear Southern States Co op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23003 | B24-3-12 | 94.58 | 4.04 | .22 | 1.16 | 94 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



## STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

SOUTHERN STATES CO OP
P O BOX 399
HENAGER AL 35978

Dear Southern States Co op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 22979   | 018014  | 91.37  | 8.60  | .03  | 0    | 91   | 1         | NONE         |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

SOUTHERN STATES CO OP
P O BOX 198
ONEONTA  AL  35121

Dear Southern States Co op,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23142   | 313     | 99.85  | .14   | 0    | .01  | 98   | 0         |              |

    We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

SOUTHERN STATES CO OP
P O BOX 545
ARAB AL 35016-0545

Dear Southern States Co op,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23116 | W6-3-CC4 | | | OK | | 97 | 0 | wild radish=5 |
| 23119 | 8505 | | | OK | | 97 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

SOUTHERN STATES CO OP
106 13th STREET SW
CULLMAN AL 35055

Dear Southern States Co op,

   Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23019 | B24-3-12 | 93.75 | 4.77 | .37 | 1.11 | 90 | 0 | NONE |

   We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

                     Sincerely,


                     John L. Crayton, Director
                     Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

PIEDMONT FERT CO
P O BOX 71
OPELIKA AL 36803-0071

Dear Piedmont Fert. Co.,

Due to unforeseen computer problems, we are reporting the results of (4) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23221 | 33148-AWP | | | OK | | 98 | 0 | |
| 23222 | AP02 | | | OK | | 94 | 0 | |
| 23228 | 151-17 | 99.94 | .05 | 0 | .01 | 93 | 0 | |
| 23229 | ASD-0314 | | | OK | | 97 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

MADISON COUNTY CO OP
P O BOX 68
HAZEL GREEN  AL  35750-0068

Dear Madison County Co op,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---|---|---|---|---|---|---|---|---|
| 23034 | W6-STF-59 | 99.13 | .86 | 0 | .01 | 93 | 0 | NONE |
| 23038 | T-17284 | 63.78 | 36.22 | 0 | 0 | 82 | 1 | NONE |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

PENNINGTON SEED INC
2210 INDUSTRIAL DR SW
CULLMAN AL 35055

Dear Pennington Seed Inc,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23151 | DKG8061 | | | OK | | 98 | 0 | wild onion/ or wild garlic=1 |
| 23152 | DKG8061 | | | OK | | 94 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
**1445 Federal Drive**
**Montgomery, Alabama 36107-1123**



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

HELENA CHEMICAL CO
P O BOX 994
ATMORE AL 36502

Dear Helena Chemical Co,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23274 | LSC-3703 | 98.95 | .94 | .07 | .04 | 96 | 0 | HAIRY CHESS OR CHEAT=20 |
| 23275 | 03154 | | | OK | | 84 | 0 | HAIRY CHESS OR CHEAT=31 |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

JACKSON FARMERS CO OP
P O BOX 402
STEVENSON AL

Dear Jackson Farmers Co op.,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 22977 | L76-2-87-0 | 94.37 | 4.80 | .18 | .65 | 91 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

JACKSON FARMERS CO OP
26755 JOHN T REID PKWY
SCOTTSBORO AL 35768

Dear Jackson farmers Co op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 22975 | L55-2-OG1 | 91.35 | 8.02 | .58 | .05 | 83 | 0 | NONE |

**VIOLATION**: THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY.

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the purity and germination percentages found by our test and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

LAWRENCE CO EXCH
P O BOX 487
MOULTON AL  35650

Dear Lawrence Co Exch.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 22970 | L29-2-011 | 89.13 | 10.77 | 0 | .10 | 83 | 0 | NONE |

**VIOLATION**: THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY.

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the purity percentage found by our test and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

LIMESTONE FARMERS CO OP
PO BOX 429
ATHENS AL 35612

Dear Limestone Farmers Co op.,

    Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23137 | T03 7 | 99.10 | .37 | .01 | .52 | 97 | 0 | CHEAT & CHESS=1 |
| 23138 | 33148-AWP | | | | OK | 98 | 0 | |

    We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

M B BELL GRAIN
P O BOX 99
SYLVANIA AL 35988

Dear M B Bell Grain.,

Due to unforeseen computer problems, we are reporting the results of ($i$) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 22985 | B5-3-P3 | | | OK | | 96 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

COLDWATER SEED & SUPPLY CO INC
108 6TH STREET
TUSCUMBIA AL  35674

Dear Coldwater Seed & Supply Co Inc,

     Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23052 | B5-3-DG1 | 98.99 | .72 | 0 | .29 | 92 | 0 | NONE |
| 23053 | L44-2-7PM | | | OK | | 94 | 0 | NONE |

     We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

               Sincerely,

               John L. Crayton, Director
               Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

DEKALB FARMERS CO OP
P O BOX 939
RAINSVILLE AL 35986

Dear Dekalb Farmers Co op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23148 | T03 9 | | | OK | | 97 | 0 | NONE |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

DONALDSON FEED & GRAIN
1125 4TH AVE N
BESSEMER AL 35020

Dear Donaldson Feed & Grain,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23005 | L76-3-46M | 99.05 | .78 | .17 | 0 | 94 | 0 | NONE |

    We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

FAITHWAY FEED
P O BOX 995
GUNTERSVILLE AL 35976

Dear Faithway Feed,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23106 | T-21902 | 98.62 | .04 | .88 | .46 | 97 | 1 | NONE |

**VIOLATION:** THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY, AND THE COMPLETE KIND NAME (CRIMSON CLOVER) WAS NOT STATED ON THE ANALYSIS TAG.

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the purity percentage found by our test, complete kind name and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

CT GARVIN FEED & SEED
2215 HOLMES AVE W
HUNTSVILLE AL 35816

Dear C T Garvin Feed & Seed,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 22990 | T-21453 | 98.84 | .94 | .18 | .04 | 89 | 0 | HAIRY CHESS OR CHEAT=117 |

    We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

GROSOUTH INC
P O BOX 349
DOTHAN, AL. 36302

Dear GroSouth Inc,

    Due to unforeseen computer problems, we are reporting the results of (5) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23257 | A478004 | | | | | 84 | 0 | |
| 23258 | N046002 | | | | | 97 | 0 | |
| 23259 | J067000 | | | | | 92 | 0 | |
| 23260 | 9154000 | | | | | 88 | 0 | |
| 23261 | 33149-RAP | | | | | 85 | 0 | |

    We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

    Sincerely,

    John L. Crayton, Director
    Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

AGRILIANCE-AFC
P O BOX 2227
DECATUR AL 35609

Dear AFC.,

Due to unforeseen computer problems, we are reporting the results of (5) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23122 | W8-4-CC-402 | | | OK | | 91 | 4 | NONE |
| 23124 | W6-4-CC-13 | 99.96 | .04 | 0 | 0 | 96 | 2 | NONE |
| 23125 | W6-3-CC-30 | 99.96 | .04 | 0 | 0 | 97 | 0 | NONE |
| 23126 | W6-3-CC-26 | 99.72 | .02 | .02 | .24 | 97 | 1 | NONE |
| 23196 | LSC-0804 | | | OK | | 95 | 0 | HAIRY CHESS OR CHEAT= 5 |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

ATMORE TRUCKERS ASSN
P O BOX 367
ATMORE AL 36502

Dear Atmore Truckers Assn,

　　　Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23074 | L45-3-11-J | | | OK | | 96 | 0 | NONE |
| 23075 | L10-3-72-G | 99.60 | .36 | .04 | 0 | 97 | 0 | NONE |

　　　We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL. 36109-0336

BLOUNT CO FARMERS
810 2ND AVE
ONEONTA AL 35121

Dear Blount Co Farmers.,

     Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23144 | T-13 | | | OK | | 98 | 0 | dock=1 |

     We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

               Sincerely,

               John L. Crayton, Director
               Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

CHARLES W. COOPER
P O BOX 487
LOXLEY AL 36551

Dear Charles W. Cooper,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23071 | L38-3-5G | 98.70 | .29 | .62 | .39 | 94 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

CLEMMONS & HAMNER SEED INC
5578 CO RD 34
KILLEN AL 35645

Dear Clemmons & Hamner Seed Inc,

Due to unforeseen computer problems, we are reporting the results of (6) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23204 | LSC-2304 | 99.62 | .19 | .19 | 0 | 97 | 0 | HAIRY CHESS OR CHEAT=20 |
| 23205 | 04W004 | | | OK | | 98 | 0 | |
| 23206 | 04W004 | | | OK | | 95 | 0 | |
| 23207 | 04W003 | | | OK | | 94 | 0 | |
| 23208 | LSC-1904 | | | OK | | 98 | 0 | HAIRY CHESS OR CHEAT=4 |
| 23209 | LSC-1804W | 99.78 | .18 | .04 | 0 | 97 | 0 | HAIRY CHESS OR CHEAT=18 |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL. 36109-0336

COLBERT FARMERS COOP
P O BOX 474
LEIGHTON AL 35646

Dear Colbert Farmers Coop,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 22974 | P3-3-1 | 95.74 | 3.89 | .34 | .03 | 87 | 0 | NONE |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

RHOADES BROTHERS FARM
4485 HWY 189
KINSTON AL 36453-4556

Dear Rhoades Brothers Farm,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01587 | 49-04-01 | 96.99 | 3.00 | .01 | 0 | 65 | 0 | |

COMMENT: This lot of seed does not meet the certification standards as to germination and inert material. The minimum standard germination for registered rye is 75% the maximum amount of inert material is 2%.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

BRAGG FARMS
1180 GRIMWOOD RD
TONEY AL 35773

Dear Bragg Farms,

    Due to unforeseen computer problems, we are reporting the results of (13) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23115 | 201 | 99.90 | .10 | 0 | 0 | 95 | 0 | |
| 23180 | 202 | 99.90 | .10 | 0 | 0 | 95 | 0 | |
| 23181 | 203 | 99.97 | .03 | 0 | 0 | 92 | 0 | |
| 23182 | 204 | 99.97 | .03 | 0 | 0 | 94 | 0 | |
| 23183 | 205 | 99.97 | .03 | 0 | 0 | 94 | 0 | |
| 23184 | 206 | 99.97 | .03 | 0 | 0 | 94 | 0 | |
| 23185 | 207 | 99.97 | .03 | 0 | 0 | 98 | 0 | |
| 23186 | 208 | 99.97 | .03 | 0 | 0 | 95 | 0 | |
| 23187 | 209 | 99.80 | .20 | 0 | 0 | 97 | 0 | |
| 23188 | 210 | 99.80 | .20 | 0 | 0 | 94 | 0 | |
| 23189 | 301 | 99.90 | .10 | 0 | 0 | 99 | 0 | |
| 23190 | 302 | 99.97 | .03 | 0 | 0 | 98 | 0 | |
| 23191 | 303 | 99.97 | .03 | 0 | 0 | 97 | 0 | |

    We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



### STATE OF ALABAMA

### DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

TERRY MEADOWS
2924 HWY 2
BONIFAY FL 32425

Dear Mr. Meadows,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01593 | 150 | 98.06 | 1.89 | 0 | .05 | 90 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 24, 2004**

LARRY PARKER
CO. RD. 452
KINSTON, AL 36453

Dear Mr. Parker,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01598   | LP 136  | 99.57  | .12   | 0    | .31  | 92   |           |              |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 24, 2004**

THOMAS BOYD
659 EMORY BOYD CIRCLE
CLAYTON, AL 36016

Dear Mr. Boyd,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01554   | #567    |        |       |      |      | 78   | 7         |              |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 24, 2004**

DANNY MATHIS
322 HOSEA MATHIS RD.
NEWTON, AL  36352

Dear Mr. Mathis,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01597 | P.M. 142 | 99.55 | .31 | .03 | .11 | 90 | 0 | |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

August 24, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**WALT WALDEN**
**9036 HWY 85**
**DALEVILLE, AL 36322**

Dear Mr. Walden,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01601 | WW137 | 99.44 | .18 | 0 | .38 | 87 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



### STATE OF ALABAMA

### DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

August 24, 2004

AGRILIANCE-AFC
PO BOX 2227
DECATUR, AL 35609

Dear Agriliance-AFC,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23123 | LV-A2 | 99.58 | .24 | .18 | 0 | 90 | 0 | NONE |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 24, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**KENNETH RIDENHOUR**
**4209 CO RD 28**
**SLOCOMB, AL 36375**

Dear Mr. Ridenhour,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01600   | KR 139  | 99.63  | .26   | .01  | .10  | 84   | 0         | Wild Radish -6 |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 24, 2004**

**KENNETH RIDENHOUR**
**4209 CO RD 28**
**SLOCOMB, AL 36375**

Dear Mr. Ridenhour,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01599 | KR 139 | 99.43 | .12 | .22 | .23 | 86 | 0 | Wild Radish=84 |

**COMMENT**: This lot of seed was found to contain excessive noxious weed seeds. (Wild Radish).

    We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 24, 2004**

**ACIA**
**P O BOX 2619**
**AUBURN, AL 36831-2619**

Dear ACIA,

Due to unforeseen computer problems, we are reporting the results of (12) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01608 | L-1 | (Rye) | | | | 96 | 0 | |
| 01609 | L-2 | " | | | | 93 | 0 | |
| 01610 | L-1 | (Jackson Wheat) | | | | 85 | 0 | |
| 01611 | L-1 | (Gore Wheat) | | | | 97 | 0 | |
| 01612 | 401 | 99.85 | .15 | 0 | 0 | 87 | 0 | |
| 01613 | 402 | 99.85 | .15 | 0 | 0 | 88 | 0 | |
| 01614 | 403 | 99.80 | .20 | 0 | 0 | 85 | 0 | |
| 01615 | 404 | 99.80 | .20 | 0 | 0 | 97 | 0 | |
| 01616 | 405 | 99.80 | .20 | 0 | 0 | 99 | 0 | |
| 01618 | 407 | 99.80 | .20 | 0 | 0 | 97 | 0 | |
| 01619 | 408 | 99.90 | .10 | 0 | 0 | 93 | 0 | |
| 01621 | 410 | 99.90 | .10 | 0 | 0 | 95 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ken Sparks*
Commissioner

**August 25, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**C.T. GARVIN FEED & SEED**
**2215 HOLMES AVE W**
**HUNTSVILLE, AL 35816**

Dear Mr. Garvin,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 22993   | T-22284 | 91.43  | 8.48  | 0    | .09  | 90   | 0         | NONE         |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 25, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

M B BELL JR GRAIN & FERT.
P O BOX 99
SYLVANIA, AL  35988

Dear Mr. Bell,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 22981 | L73-2-46-0G | 92.86 | 4.92 | 0 | 2.22 | 91 | 0 | NONE |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 26, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

MADISON COUNTY CO-OP,
P O BOX 68
HAZEL GREEN, AL  35210

Dear Madison County Coop,

　　Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23037 | R3P-1499-2 | 63.51 | 36.48 | .01 | 0 | 86 | 2 | NONE |

　　We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 26, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL. 36109-0336

**UNIVERSAL SEED & SUPPLY**
**P O BOX 100637**
**BIRMINGHAM, AL  35210**

Dear Universal Seed & Supply,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23014 | L33-1-35P | 99.14 | .86 | 0 | 0 | 88 | 0 | NONE |
| 23015 | 2.B110.TA | 99.52 | .45 | .03 | 0 | 84 | 0 | NONE |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 27, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

**CHEROKEE FARMERS CO-OP**
**1020 WEST MAIM ST.**
**CENTRE, AL  35960**

Dear Cherokee Farmers Co-op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 22998 | L76-2-87-0 | 96.12 | 3.67 | .03 | .18 | 91 | 0 | NONE |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 27**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**SOUTHERN STATES**
**1399 CHESTNUT BYPASS**
**CENTRE, AL 35967**

Dear Southern States,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 22999 | P703EP3 | 90.62 | 6.87 | 0 | 2.51 | 86 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 27, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

**SOUTHERN STATES CO-OP**
**P O BOX 98**
**ONEONTA, AL 35121**

Dear Southern States Coop,

　　Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23139 | W6-3-CC4 | | | OK | | 94 | 1 | NONE |

　　We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 27, 2004**

**ESCAMBIA FARM & SEED**
**5060 JACK SPRINGS RD**
**ATMORE, AL  36502**

Dear Escambia Farms,

Due to unforeseen computer problems, we are reporting the results of (8) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01622 | 6481 | 99.75 | .20 | 0 | .05 | 95 | 0 | |
| 01623 | C 6482 | 99.80 | .20 | 0 | 0 | 90 | 0 | |
| 01624 | C 6483 | 99.80 | .20 | 0 | 0 | 95 | 0 | |
| 01625 | C 6471 | 99.80 | .20 | 0 | 0 | 99 | 0 | |
| 01626 | C 6472 | 99.80 | .20 | 0 | 0 | 95 | 0 | |
| 01628 | C 6451 | 99.80 | .20 | 0 | 0 | 94 | 0 | |
| 01629 | 6452 | 99.80 | .20 | 0 | 0 | 97 | 0 | |
| 01630 | 6453 | 99.94 | .06 | 0 | 0 | 97 | 0 | |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 27, 2004**

**ACIA**
**P O BOX 2619**
**AUBURN, AL 36831-2619**

Dear ACIA,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01617   | 406     | 99.80  | .20   | 0    | 0    | 95   | 0         |              |
| 01620   | 409     | 99.86  | .14   | 0    | 0    | 93   | 0         |              |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 27, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

VANN FAIN
3567 GOOSE HOLLOW RD.
GENEVA, AL 36477

Dear Mr. Fain,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01603 | VF 141 | 99.53 | .10 | .32 | .05 | 84 | 0 | Wild Radish-131 |

**COMMENT:** This lot of seed was found to contain excessive noxious weed seeds. (Wild Radish)

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,


John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 30, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

JIM CANNON
4349 ALAFLO RD
SAMSON AL 36477

Dear Mr. Cannon,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

## MIXTURE

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01646 | J.L. 151 Citation Oats | 87.83 | .25 | .11 | .22 | 86 | 0 | |
| | Other Oats | 11.59 | | | | | | |

**COMMENT:** This lot of seed was found to be mixed. Mixed oats cannot be offered for sale in Alabama.

    We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

                Sincerely,

                John L. Crayton, Director
                Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 30, 2004**

Bragg Farms
1180 Grimwood Rd.
Toney, AL 35773

Dear Bragg Farms,

Due to unforeseen computer problems, we are reporting the results of (3) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23299   | 407     |        |       | OK   |      | 91   | 0         | None         |
| 23300   | 410     |        |       | OK   |      | 94   | 0         | None         |
| 23301   | 322     |        |       | OK   |      | 95   | 0         | None         |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
**1445 Federal Drive**
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 30, 2004**

James Wilkerson
Rt. 1 Box 346
Skipperville, AL 36374

Dear Mr. Wilkerson,

Due to unforeseen computer problems, we are reporting the results of (2) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01644 | 44 | 99.33 | 0.55 | 0.04 | 0.08 | 93 | 0 | wild radish - 10 |
| 01645 | 51 | 97.82 | 1.98 | 0.17 | 0.03 | 81 | 0 | wild radish - 6 |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 30, 2004**

Johnny Register
561 Commerce St.
Slocomb, AL 36375

Dear Mr. Register,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01648   | J.R. 152| 97.28  | 0.17  | 0.04 | 2.51 | 94   | 0         | dock - 6     |

**Comment:** This lot of seed is a PVP Title V variety of oats and can only be sold as a certified class of oats when the variety name is stated on the tag.

    We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 30, 2004**

Pleas Parker
9071 E. State Hwy.52
Hartford, AL 36344

Dear Mr. Parker,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01606 | P.P. 149 | 99.23 | 0.77 | 0 | 0 | 88 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 30, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

AGRILIANCE-AFC
P O BOX 2227
DECATUR AL 35609

Dear Agriliance-AFC,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23129 | L91-1-66 | 99.54 | .46 | 0 | 0 | 96 | 0 | NONE |

**VIOLATION:** THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY.

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the purity percentage found by our test and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

**August 30, 2004**

Agrilliance-AFC
P.O. Box 2227
Decatur, AL 35609

Dear Agrilliance-AFC,

    Due to unforeseen computer problems, we are reporting the results of (5) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23132 | L101-3-42G | | OK | | | 97 | 0 | None |
| 23192 | ASD-0405 | | OK | | | 96 | 0 | None |
| 23193 | ASD-0406 | | OK | | | 98 | 0 | None |
| 23194 | B104-4 | 99.84 | 0.05 | 0 | 0.11 | 99 | 0 | None |
| 23195 | B104-3 | 99.58 | 0.32 | 0.03 | 0.07 | 99 | 0 | None |

    We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

**1445 Federal Drive**
**Montgomery, Alabama  36107-1123**



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

**August 30, 2004**

Central Farm Supply.
P.O. Box 1213
Atmore, AL 36502

Dear Central Farm Supply,

Due to unforeseen computer problems. we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23078 | L42-3-9G | 99.82 | 0.17 | 0.01 | 0 | 98 | 0 | None |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 30, 2004**

Escambia Farm & Seed
5060 Jack Springs Rd.
Atmore, AL 36502

Dear Escambia Farm & Seed,

Due to unforeseen computer problems, we are reporting the results of (2) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23272 | HB-1 | 97.93 | 2.07 | 0 | 0 | 94 | 0 | None |
| 23273 | 179-3 | | OK | | | 96 | 0 | None |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 30, 2004**

Growers Supply
5239 Bowden St.
Frisco City, AL 36445

Dear Growers Supply,

Due to unforeseen computer problems, we are reporting the results of (2) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23375 | 81804 | 99.77 | 0.23 | 0 | 0 | 90 | 0 | None |
| 23376 | 81904 | 99.68 | 0.32 | 0 | 0 | 96 | 0 | None |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,


John L. Crayton, Director
Seed Lab





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 30, 2004**

Pennington Seed Inc.
2210 Industrial Drive
Cullman, AL 35055

Dear Pennington Seed Inc.,

Due to unforeseen computer problems, we are reporting the results of (3) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23062 | 1.144-4-2AR01 | 98.61 | 0.59 | 0.38 | 0.42 | 95 | 0 | hairy chess-18 |
| 23157 | 179-4 | | OK | | | 99 | 0 | none |
| 23158 | 179-5 | | OK | | | 98 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 30, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

PIEDMONT FERTILIZER CO.
P O BOX 71
OPELIKA AL 36803-0071

Dear Piedmont Fert. Co.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23225 | 33149-RAP | | | | | 68 | 0 | |

**COMMENT:** This lot of seed was found to germinate lower than the germination stated on the analysis tag. This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the germination percentage found by our test and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 30, 2004**

Segrest Feed & Seed Co.
P.O. Box 339
Slocomb, AL 36375

Dear Segrest Feed & Seed Co.,

Due to unforeseen computer problems, we are reporting the results of (3) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23079 | KF-101-3 | 99.51 | 0.40 | 0.05 | 0.04 | 68 | 4 | None |
| 23080 | KF-102-03 | 99.58 | 0.40 | 0.02 | 0 | 66 | 3 | None |
| 23081 | KF-205-03 | 99.67 | 0.24 | 0.09 | 0 | 66 | 3 | None |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,


John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 30, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

UNIVERSAL SEED & SUPPLY
P O  BOX  100637
BIRMINGHAM  AL   35210

Dear Universal Seed & Supply,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23009   | T18094  | 66.39  | 33.61 | 0    | 0    | 70   | 1         | NONE         |

**COMMENT:** This lot of seed was found to germinate lower than the germination stated on the analysis tag. This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the germination percentage found by our test and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123





*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 30, 2004**

Mary C. Money
555 Co. Rd. 137
Shorterville, AL 36373

Dear Ms. Money,

Due to unforeseen computer problems, we are reporting the results of (2) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01642 | 37 | 98.59 | 1.38 | 0 | 0.03 | 87 | 0 | none |
| 01643 | 43 | 99.35 | 0.60 | 0 | 0.05 | 90 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

### August 30, 2004

Kenneth Lassiter
629 Dean Rd.
Slocomb, AL 36375

Dear Mr. Lassiter,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01647 | K.L. 146 | 99.74 | 0.26 | 0 | 0 | 98 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA



## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 30, 2004**

Carl Gilman
2185 N. Hwy. 81
Westville, FL 32464

Dear Mr. Gilman,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01607 | C.G. 146 | 99.21 | 0.09 | 0 | 0.70 | 98 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,


John L. Crayton, Director
Seed Lab





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 30, 2004**

Mike Blankenship
811 Co. Rd. 7
Newville, AL 35353

Dear Mr. Blankenship,

Due to unforeseen computer problems, we are reporting the results of (5) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01631 | 38 | 99.70 | 0.30 | 0 | 0 | 90 | 0 | none |
| 01632 | 39 | 99.67 | 0.30 | 0 | 0.03 | 87 | 0 | none |
| 01633 | 40 | 98.70 | 0.27 | 0 | 1.03 | 88 | 0 | none |
| 01634 | 41 | 99.10 | 0.43 | 0 | 0.47 | 92 | 0 | none |
| 01635 | 42 | 96.78 | 0.29 | 0 | 2.93 | 87 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

**August 30, 2004**

Jimmy Parker
1865 Newton Creek Rd.
Dothan, AL 36305

Dear Mr. Parker,

Due to unforeseen computer problems, we are reporting the results of (2) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01604 | J.P. 147 | 99.80 | 0.20 | 0 | 0 | 97 | 0 | none |
| 01605 | J.P. 148 | 97.92 | 0.17 | 0.01 | 1.90 | 99 | 0 | wild radish - 6 |

**Comment:** Lot number J.P. 148 is a PVP Title V variety of oats and can only be sold as a certified class of oats when the variety name is stated on the tag.

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 30, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

JIM CANNON
4349 ALAFLO RD
SAMSON AL 36477

Dear Mr. Cannon,

   Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

# MIXTURE

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01646 | J.L. 151 Citation Oats | 87.83 | .25 | .11 | .22 | 86 | 0 | |
| | Other Oats | 11.59 | | | | | | |

**COMMENT:** This lot of seed was found to be mixed. Mixed oats cannot be offered for sale in Alabama.

   We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

                              Sincerely,


                              John L. Crayton, Director
                              Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 30, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

ASHLEY BEASLEY
9374 S. HWY 123
NEWTON AL  36352

Dear Ms Beasley,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01595   | A.B. 140 | 98.13 | .16   | 1.71 | 0    | 85   | 0         | radish=100   |

**COMMENT:** This lot of seed was found to contain excessive noxious weed seeds (wild radish).

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 30, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

CONNIE CLARK
P O BOX 326
BOLIGEE AL 35443

Dear Ms Clark,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01478 | S3688 | | | | | 86 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

### 1445 Federal Drive
#### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 30, 2004**

Tim Warren
1967 Co. Rd. 30
Slocomb, AL 36375

Dear Mr. Warren,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01602 | T.W. 143 | 97.96 | 0.11 | 1.67 | 0.26 | 48 | 0 | wild radish  90:<br>dock – 1 |

**Comment:** This lot of seed was found to contain excessive noxious weed seeds (wild radish) and germinate below the minimum germination standard of 60%.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,


John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 30, 2004**

Walt Walden
9036 Hwy. 85
Daleville, AL 36322

Dear Mr. Walden,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01650 | W.W. 153 | 99.50 | 0.48 | 0 | 0.02 | 93 | 0 | none |

**Comment:** This variety of oat is a PVP Title V variety which can only be sold as a certified class of oats when it's variety name is stated on the tag.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 30, 2004**

**LELAND DAVIS**
**1753 BLAKE RD**
**SAMSON, AL  36477**

Dear Mr. Davis,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01596 | LD 138 | 99.60 | .39 | .01 | 0 | 83 | 0 | cheat or hairy chess=6 |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
**1445 Federal Drive**
**Montgomery, Alabama 36107-1123**



*Ron Sparks*
Commissioner

**August 30, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

TERRY MEADOWS
2924 HWY 2
BONIFAY FL 32425

Dear Mr. Meadows,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

## MIXTURE

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01595 | 151 Citation oat | 75.85 | 1.59 | 0 | 2.08 | 91 | 0 | |
| | Other oats | 20.48 | | | | | | |

**COMMENT:** This lot of seed was also found to be mixed, mixed oats cannot be offered for sale in Alabama.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab





## STATE OF ALABAMA

### DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

Ron Sparks
Commissioner

**August 31, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Dr. Jim Bostic
Southern Seed Certification Association, Inc.
P O Box 2619
Auburn, AL. 36831

Dear Dr. Bostic:

Due to unforeseen computer problems, we are reporting the results of (2) lots for Growers Supply in this form.

| Lot No. | Germ | Purity | Inert | Weed | Crop |
|---------|------|--------|-------|------|------|
| 81804 | 90 | 99.77 | .23 | 0 | 0 |
| 81904 | 96 | 99.68 | .32 | 0 | 0 |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

Cc: Growers Supply Inc.



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 31, 2004**

Farmers Co-op of Ashford
P.O. Box 433
Ashford, AL 36312

Dear Farmers Co-op of Ashford,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23267   | T-21515 |        |       | OK   |      | 95   | 2         | none         |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
**1445 Federal Drive**
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 31, 2004**

Lauderdale County Co-op
P.O. Box 796
Florence, AL 35630

Dear Lauderdale County Co-op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23215 | W8-3-CC-313 | 99.75 | 0.15 | 0.08 | 0.02 | 98 | 1 | wild radish - 5 |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Bragg Farms
1180 Grim wood Rd.
Toney, AL, 35773

Dear Bragg Farms,

Due to unforeseen computer problems, we are reporting the results of ( ) lot in this form.

| Lab No. | Lot No. | Germ | Hard Seed | Purity | Inert | Weed | Crop |
|---------|---------|------|-----------|--------|-------|------|------|
| 23027   | 104     | 77   | 0         | 99.70  | .30   | 0    | 0    |

**COMMENT: This lot of seed does not meet certification standards as to germination. The minimum standard germination for certified wheat is 85%. This is a PVP title V variety and can only be sold as a certified class of wheat.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

KRIS BALKCOM
P O BOX 217
HEADLAND AL 36345

Dear Mr. Balkcom,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

## MIXTURE

| Lab No. | Lot No. | | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|------|--------|-------|------|------|------|-----------|--------------|
| 01578 | 1 | Oats | 40.52 | 1.62 | .43 | .05 | 98 | 0 | |
| | | Rye | 41.80 | | | | 92 | 0 | |
| | | Ryegrass | 15.58 | | | | 97 | 0 | |

    We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

        Sincerely,

        John L. Crayton, Director
        Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Piedmont Fertilizer Co.
P O Box 71
Opelika Al. 36803-0071

Dear Piedmont Fertilizer Co.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Germ | Hard Seed | Purity Inert | Weed | Crop |
|---------|---------|------|-----------|--------------|------|------|
| 23226 | RP-98 | 1 | 0 | | | |

## VIOLATION: NO TAG

**COMMENT:** This lot of seed was found to germinate below the minimum standard germination of 60%; therefore, this lot of seed cannot be offered for sale in Alabama.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
**1445 Federal Drive**
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 1, 2004**

Racine's Feed, Garden and Supply
18250 St. Hwy. 104
Robertsdale, AL 36567

Dear Racine's Feed, Garden and Supply,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23277 | L29-3-632 | 99.26 | 0.73 | 0.01 | 0 | 93 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 3, 2004**

Universal Seed & Supply
P.O. Box 100637
Birmingham, AL 35210

Dear Universal Seed & Supply,

Due to unforeseen computer problems, we are reporting the results of (3) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23327 | ASD-0404 | | OK | | | 92 | 0 | none |
| 23328 | 04-W007 | | OK | | | 97 | 0 | |
| 23329 | LSC-0204 | 99.50 | 0.44 | 0.01 | 0.05 | 98 | 0 | cheat or hairy chess - 8 |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 3, 2004**

Agriliance-AFC
P.O. Box 2227
Decatur, AL 35609

Dear Agriliance-AFC,

Due to unforeseen computer problems, we are reporting the results of (10) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23130 | L141-3-G73 | 99.06 | 0.90 | 0.04 | 0 | 94 | 0 | none |
| 23131 | L91-1-64 | 99.71 | 0.29 | 0 | 0 | 96 | 0 | none |
| 23133 | L101-3-43G | 99.76 | 0.24 | 0 | 0 | 98 | 0 | none |
| 23134 | L101-3-44G | | | OK | | 98 | 0 | none |
| 23304 | ASD-0406 | | | OK | | 93 | 0 | none |
| 23347 | 04-W011 | | | OK | | 96 | 0 | none |
| 23355 | ASD-0412 | | | OK | | 98 | 0 | none |
| 23356 | ASD-0411 | | | OK | | 96 | 0 | none |
| 23357 | B104-9 | | | OK | | 99 | 0 | none |
| 23359 | B104-8 | | | OK | | 97 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

September 3, 2004

Clemmons & Hamner Seed
5578 Co. Rd. 34
Killen, AL 35645

Dear Clemmons & Hamner Seed,

Due to unforeseen computer problems, we are reporting the results of (7) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23364 | 179-7 | | OK | | | 96 | 0 | none |
| 23365 | 04-W007 | | OK | | | 94 | 0 | none |
| 23367 | 03-W064 | | OK | | | 95 | 0 | none |
| 23369 | LSC-2604 | | OK | | | 96 | 0 | none |
| 23370 | LSC-9704 | | OK | | | 98 | 0 | cheat or hairy chess - 3 |
| 23372 | LSC-1504 | | OK | | | 92 | 0 | cheat or hairy chess - 28 |
| 23373 | LSC-1704 | 99 45 | 0.36 | 0.10 | 0.09 | 97 | 0 | cheat or hairy chess - 35 |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 3, 2004**

Bragg Farms
1180 Grimwood Rd.
Toney, AL 35773

Dear Bragg Farms,

Due to unforeseen computer problems, we are reporting the results of (21) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23288 | 304 | 99.90 | 0.10 | 0 | 0 | 99 | 0 | |
| 23289 | 305 | 99.90 | 0.10 | 0 | 0 | 99 | 0 | |
| 23290 | 306 | 99.90 | 0.10 | 0 | 0 | 97 | 0 | |
| 23291 | 307 | 99.90 | 0.10 | 0 | 0 | 96 | 0 | |
| 23292 | 308 | 99.80 | 0.20 | 0 | 0 | 97 | 0 | |
| 23293 | 309 | 99.90 | 0.10 | 0 | 0 | 96 | 0 | |
| 23294 | 310 | 99.90 | 0.10 | 0 | 0 | 97 | 0 | |
| 23295 | 311 | 99.80 | 0.20 | 0 | 0 | 98 | 0 | |
| 23296 | 312 | 99.85 | 0.15 | 0 | 0 | 96 | 0 | |
| 23297 | 313 | 99.90 | 0.10 | 0 | 0 | 98 | 0 | |
| 23298 | 314 | 99.80 | 0.20 | 0 | 0 | 98 | 0 | |
| 23330 | 501 | 99.90 | 0.10 | 0 | 0 | 96 | 0 | |
| 23333 | 504 | 99.90 | 0.10 | 0 | 0 | 95 | 0 | |
| 23334 | 505 | 99.80 | 0.20 | 0 | 0 | 93 | 0 | |
| 23335 | 506 | 99.90 | 0.10 | 0 | 0 | 95 | 0 | |
| 23336 | 507 | 99.90 | 0.10 | 0 | 0 | 97 | 0 | |
| 23337 | 508 | 99.80 | 0.20 | 0 | 0 | 98 | 0 | |
| 23338 | 509 | 99.90 | 0.10 | 0 | 0 | 99 | 0 | |
| 23339 | 510 | 99.90 | 0.10 | 0 | 0 | 97 | 0 | |
| 23340 | 511 | 99.90 | 0.10 | 0 | 0 | 97 | 0 | |
| 23341 | 601 | 99.90 | 0.10 | 0 | 0 | 90 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

### September 3, 2004

Escambia Farm & Seed
5060 Jack Springs Rd.
Atmore, AL 36502

Dear Escambia Farm & Seed,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 91627 | C 6473 | 99.80 | 0.20 | 0 | 0 | 83 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,


John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 3, 2004**

Jasper Feed & Seed Supply
1001 78 Bypass
Jasper, AL 35501

Dear Jasper Feed & Seed Supply,

Due to unforeseen computer problems, we are reporting the results of (2) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23307 | ASD-0401 | | OK | | | 96 | 0 | none |
| 23308 | CS-4515 | | OK | | | 99 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 3, 2004**

Mike Blankenship
811 Co. Rd. 7
Newville, AL 36353

Dear Mr. Blankenship,

Due to unforeseen computer problems, we are reporting the results of (2) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01636 | 45 | 96.91 | 1.21 | 0.53 | 1.35 | 82 | 0 | wild radish - 294 |
| 01637 | 46 | 90.87 | 2.56 | 3.63 | 2.94 | 79 | 0 | wild radish - 1638 |

**Comment:** Both of these lots of seed were found to contain excessive noxious weed seeds (wild radish).

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

## September 3, 2004

Pete Gassett
P.O. Box 518
Abbeville, AL 36310

Dear Mr. Gassett,

Due to unforeseen computer problems, we are reporting the results of (2) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01638 | 47 | 98.95 | 0.56 | 0 | 0.49 | 73 | 0 | none |
| 01640 | 49 | 99.63 | 0.37 | 0 | 0 | 85 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**SEPTEMBER 3, 2004**

LAUDERDALE COUNTY CO-OP
P O BOX 796
FLORENCE, AL  35630

Dear Lauderdale County Co-op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23217 | R3N-1686-2 | 64.21 | 35.79 | 0 | 0 | 47 | 1 | NONE |

**VIOLATION: THE COATING MATERIAL WAS NOT STATED WITH THE INERT MATTER AND THE GERMINATION WAS FOUND TO BE BELOW THE MINIMUM STANDARD OF 60%; THEREFORE THIS LOT OF SEEDS CANNOT BE OFFERED FOR SALE IN ALABAMA.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 03, 2004**

**LAUDERDALE COUNTY CO-OP**
**P O BOX 796**
**FLORENCE, AL  35630**


Dear Lauderdale County Co-op.,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23216   | 8636    | 62.70  | 37.30 | 0    | 0    | 86   | 8         | NONE         |


**VIOLATION: NO TAG- THIS LOT OF SEED MAY BE OFFERED FOR SALE AFTER IT HAS BEEN PROPERLY LABELED & A COPY OF THE TAG MUST BE SENT TO THIS OFFICE.**

**COMMENT:** The coating material must be included with the inert matter as well as stated separately on the analysis tag.


    We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.


            Sincerely,

            John L. Crayton, Director
            Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 3, 2004**

Lauderdale County Co-op
P.O. Box 796
Florence, AL 35630

Dear Lauderdale County Co-op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23214 | L73-2-WC13 | | OK | | | 76 | 8 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL. 36109-0336

September 3, 2004

Limestone County Co-op
P.O. Box 429
Athens, AL 35612

Dear Limestone County Co-op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23136 | W6-2-STF-59 | | OK | | | 92 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,


John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
**1445 Federal Drive**
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 3, 2004**

Pennington Seed Inc.
2210 Industrial Dr. SW
Cullman, AL 35055

Dear Pennington Seed Inc.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23155 | L144-3-2AR335 | 97.87 | 0.52 | 0.21 | 1.40 | 93 | 0 | none |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**SEPTEMBER 3, 2004**

PENNINGTON SEED
2210 INDUSTRIAL DR SW
CULLMAN, AL  35055

Dear Pennington Seed,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23166   | D4010   | 62.70  | 37.30 | 0    | 0    | 86   | 11        | NONE         |

**VIOLATION: THE COATING MATERIAL WAS NOT INCLUDED WITH THE INERT MATTER AND THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY. THE COATING MATERIAL MUST BE STATED WITH THE INERT MATTER AS WELL AS STATED SEPARATELY ON THE ANALYSIS TAG. THIS LOT OF SEED MAY STILL BE OFFERED FOR SALE AFTER CORRECTING EACH ANALYSIS TAG OR RELABELING EACH BAG OF SEEDS IN REGARD TO THE PURITY PERCENTAGE FOUND BY OUR TEST, AND COATING MATERIAL AND A COPY OF THE CORRECTED ANALYSIS TAG MUST BE SENT TO THIS OFFICE.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**SEPTEMBER 3, 2004**

PIEDMONT FERTILIZER CO.
P O BOX 71
OPELIKA, AL  3680_

Dear Piedmont Fertiliz_

    Due to unforese_ _sults of (1) lot in this form.

| Lab No. | Lot No. | Purity | ... | _us Weed |
|---------|---------|--------|-----|----------|
| 23218 | SS-03-238 | 65.89 | | _ONE |

**VIOLATION: NO TAG-THIS** _ _RED FOR SALE AFTER IT HAS
**BEEN PROPERLY LABELED** _ HE TAG MUST BE SENT TO THIS OFFICE.

**COMMENT:** When labeling this lot off seeds include the coating material with the inert matter and also list the coating material separately on the analysis tag.

    We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 3, 2004**

Seed Processors Inc.
1032 US Hwy 231
Wetumpka, AL 36093

Dear Seed Processors Inc.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23381 | 04-W008 | | | OK | | 97 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 3, 2004**

Southern States Co-op
P.O. Box 198
Oneonta, AL 35121

Dear Southern States Co-op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23140 | W10-2-TF14 | | | OK | | 81 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

### September 7, 2004

Universal Seed & Supply
P.O. Box 100637
Birmingham, AL 35210

Dear Universal Seed & Supply,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23324 | M9-3-CC-192 | | OK | | | 94 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 07, 2004**

AGRILIANCE-AFC
P O BOX 86
DECATUR, AL

Dear AGRILIANCE-AFC,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23120   | LV-TCENT | 99.81 | .03   | .16  | 0    | 72   | 0         | NONE         |

**VIOLATION: THIS LOT OF SEEDS WAS FOUND TO GERMINATE LOWER THAN THE GERMINATION CLAIM ON THE ANALYSIS TAG.**

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the germination percentage found by our test and a copy of the corrected analysis tag must be sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 7, 2004**

Agriliance-AFC
P.O. Box 2227
Decatur, AL 35609

Dear Agriliance-AFC

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23305 | 604 A | 97.34 | 2.59 | 0.02 | 0.05 | 88 | 0 | |

    We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

### 1445 Federal Drive
#### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 7, 2004**

Coastal Ag Services
23885 Wolf Bay Dr.
Foley, AL 36535

Dear Coastal Ag Services,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23374 | CO365 | | | | | 77 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,


John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 07, 2004**

**BURKE THOMAS**
**401 AZALEA RD**
**HARTFORD, AL 36344**

Dear Mr. Thomas,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01649   | BK 131  | 99.11  | .61   | 0    | .28  | 79   | 0         |              |

**COMMENT:** This Oat variety is PVP title V protected which means that it can only be sold as a class of certified seeds.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 7, 2004**

Bragg Farms
1180 Grimwood Rd.
Toney, AL 35773

Dear Bragg Farms,

Due to unforeseen computer problems, we are reporting the results of (2) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23331 | 502 | 99.90 | 0.10 | | | 88 | 0 | |
| 23332 | 503 | 99.90 | 0.10 | | | 91 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

### September 7, 2004

Farmers Co-op Of Ashford
P.O. Box 433
Ashford, AL 36313

Dear Farmers Co-op of Ashford,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23268 | 33147-AWP | | OK | | | 97 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,


John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 7, 2004**

Gro South
P.O. Box 2268
Dothan, AL 36302

Dear Gro South,

Due to unforeseen computer problems, we are reporting the results of (2) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23264 | 33161-AWP | 99.44 | 0.41 | 0.01 | 0.14 | 95 | 0 | none |
| 23266 | 33135-AWP | | OK | | | 96 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**SEPTEMBER 7, 2004**

**GRO SOUTH
1827 COLUMBIA HWY
DOTHAN, AL 36302**

Dear Gro South,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23265 | 33148-AWP | | | OK | | 94 | 0 | NONE |

**VIOLATION: THE NOXIOUS WEED SEEDS CLAIMED ON THE ANALYSIS TAG WERE NOT LISTED BY KIND NAME.**

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the noxious weed seed kind name and a copy of the corrected analysis tag must be sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

September 7, 2004

Faithway Feed Co.
P.O. Box 995
Guntersville, AL 35976

Dear Faithway Feed Co.,

Due to unforeseen computer problems, we are reporting the results of (2) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23342 | 34100-AWP | | OK | | | 97 | 0 | |
| 23344 | A0537 | | | | | 90 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 7, 2004**

Lauderdale County Co-op
P.O. Box 796
Florence, AL 35630

Dear Lauderdale County Co-op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23211 | L121-3-R15 | 99.67 | 0.25 | 0.08 | 0 | 97 | 0 | cheat or hairy chess - 9 |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

### SEPTEMBER 7, 2004

**JASPER FEED & SEED**
**1001 78 BYPASS**
**JASPER, AL 35501**

Dear Jasper Feed & Seed,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23310 | RP35 | | | | | 81 | 0 | NONE |

**VIOLATION: THIS LOT OF SEED WAS FOUND TO GERMINATE LOWER THAN WAS STATED ON THE ANALYSIS TAG.**

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the germination percentage found by our test and a copy of the corrected analysis tag must be sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**SEPTEMBER 7, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

PENNINGTON SEED INC.
2210 INDUSTRIAL DR SW
CULLMAN, AL 35055

Dear Pennington Seed Inc.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23064 | 30643GGR | 97.69 | .41 | .23 | 1.67 | 86 | 0 | cheat or hairy chess=72<br>Bermuda grass=18 |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
**1445 Federal Drive**
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 7, 2004**

Pennington Seed Inc.
2210 Industrial Dr. Sw
Cullman, AL 35055

Dear Pennington Seed Inc.,

Due to unforeseen computer problems, we are reporting the results of (5) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23163 | 1-4-3-152G | 99.05 | 0.67 | 0.28 | 0 | 97 | 0 | none |
| 23280 | 1-144-3-OAR332 | 97.80 | 0.78 | 0.14 | 1.28 | 96 | 0 | cheat or hairy chess - 9 |
| 23287 | APO3 | | | OK | | 97 | 0 | none |
| 23320 | 4-7-CC | 99.70 | 0.23 | 0.07 | 0 | 87 | 2 | none |
| 23323 | 4-17-CC | | | OK | | 86 | 7 | none |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 07, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**JASPER FEED & SUPPLY**
**1001 78 BYPASS**
**JASPER, AL 35501**

Dear Jasper Feed & Seed,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23309 | Y38-3-CC-09 | | | OK | | 98 | 0 | NONE |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

September 7, 2004

Marion County Co-op
P.O. Box 219
Hamilton, AL 35570

Dear Marion County Co-op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23315 | W8-3-CC-313 | | OK | | | 94 | 3 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,


John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

## SEPTEMBER 7, 2004

**MID STATE FARMERS CO-OP**
**P O BOX 468**
**CLANTON, AL 35045**

Dear Mid State Farmers Co-op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23095 | 175 | 98.60 | 1.33 | .07 | 0 | 25 | 40 | NONE |

**COMMENT:** THIS LOT OF SEED WAS FOUND TO HAVE GERMINATION AND DORMANT SEED PRECENTAGES DIFFERENT FROM THOSE STATED ON THE ANALYSIS TAG. THIS LOT OF SEED MAY STILL BE OFFERED FOR SALE AFTER CORRECTING EACH ANALYSIS TAG OR RELABELING EACH BAG OF SEED IN REGARD TO THE GERMINATION AND DORMANT SEED PERCENTAGES FOUND BY OUR TEST AND A COPY OF THE CORRECTED ANALYSIS TAG MUST BE SENT TO THIS OFFICE.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**SEPTEMBER 7, 2004**

**HELENA CHEMICAL CO.**
**P O BOX 994**
**ATMORE, AL  36502**

Dear Helena Chemical Co.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23276 | L39-3-R232 | 98.78 | .86 | .36 | 0 | 90 | 0 | NONE |

**VIOLATION: THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY.**

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the purity percentage found by our test and a copy of the corrected analysis tag must be sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 8, 2004**

Pennington Seed Inc.
2210 Industrial Dr. SW
Cullman, AL 35055

Dear Pennington Seed Inc.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23156 | R3-2467-25 | | OK | | | 95 | 0 | none |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

### September 8, 2004

Pettit Farm Supply
50001 St. Hwy. 79
Blountsville, AL 35031

Dear Pettit Farm Supply,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23346 | LA3-3-16 | 99.39 | 0.06 | 0.25 | 0.30 | 92 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 8, 2004**

Blount County Co-op
810 2nd Avenue E.
Oneonta, AL 35121

Dear Blount County Co-op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23146 | W6-2-STF-59 | | | OK | | 85 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,


John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**SEPTEMBER 8, 2004**

**FAITHWAY FEED CO.**
**P O BOX 995**
**GUNTERSVILLE, AL 35976**

Dear Faithway Feed Co.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23105 | 170 | 94.48 | .49 | .47 | 4.56 | 85 | 0 | cheat & hairy chess=27 dock=9 |

**VIOLATION: THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY.**

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the purity percentage found by our test and a copy of the corrected analysis tag must be sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

*John L. Crayton*

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 8, 2004**

Fayette Farmers Co-op
615 Columbus St. E.
Fayette, AL 35555

Dear Fayette Farmers Co-op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23312 | P3-3-12 | 99.12 | 0.36 | 0.07 | 0.45 | 92 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,


John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

## SEPTEMBER 8, 2004

**FAYETTE FARMERS CO-OP**
**615 COLUMBUS ST. EAST**
**FAYETTE, AL 35555**

Dear Fayette Farmers Co-op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23314 | 1 | 98.68 | 1.29 | .02 | .01 | 95 | 0 | NONE |

**VIOLATION: NO TAG-THIS LOT OF SEED MAY BE OFFERED FOR SALE AFTER IT HAS BEEN PROPERLLY LABELED & A COPY OF THE TAG MUST BE SENT TO THIS OFFICE.**

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 9, 2004**

Pennington Seed Inc.
2210 Industrial Dr. SW
Cullman, AL 35055

Dear Pennington Seed Inc.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23321 | 4-10-CC | 99.67 | 0.32 | 0 | 0.01 | 90 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
**1445 Federal Drive**
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 9, 2004**

Agriliance-AFC
P.O. Box 2227
Decatur, AL 35609

Dear Agriliance-AFC,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23348 | AFC-02-2004 | | | OK | | 77 | 0 | |

    We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

### September 9, 2004

Fayette Farmers Co-op
615 Columbus St. E
Fayette, AL 35555

Dear Fayette Farmers Co-op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23313 | HD-1 | 99.47 | 0.28 | 0.03 | 0.22 | 86 | 0 | wild radish - 1 |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 9, 2004**

Bragg Farms,
1180 Grimwood Rd.
Toney, AL 35773

Dear Bragg Farms,

    Due to unforeseen computer problems, we are reporting the results of (9) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23107 | 110 | 99.80 | 0.20 | 0 | 0 | 83 | 0 | |
| 23108 | 111 | 99.75 | 0.25 | 0 | 0 | 81 | 0 | |
| 23109 | 112 | 99.85 | 0.15 | 0 | 0 | 74 | 0 | |
| 23110 | 113 | 99.85 | 0.15 | 0 | 0 | 79 | 0 | |
| 23111 | 114 | 99.80 | 0.20 | 0 | 0 | 79 | 0 | |
| 23112 | 115 | 99.85 | 0.15 | 0 | 0 | 73 | 0 | |
| 23113 | 116 | 99.90 | 0.10 | 0 | 0 | 79 | 0 | |
| 23114 | 117 | 99.90 | 0.10 | 0 | 0 | 85 | 0 | |
| 23302 | 613-3501 | 99.90 | 0.10 | 0 | 0 | 82 | 0 | |

**Comment:** The following lots of seeds 110-116 do not meet certification standards as to germination. The minimum standard germination for a class of certified wheat is 85%.

    We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

                Sincerely,

                John L. Crayton, Director
                Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama  36107-1123



*Ron Sparks*
Commissioner

**September 10, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

SCOTTS FEED & SEED
146 CO RD 42 EAST
ABBEVILLE AL  36310

Dear Scotts Feed & Seed,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

## MIXTURE

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23247 | CBM2003D | | | | | | | wild turnip or mustard |

**VIOLATION:** THIS LOT OF SEED WAS FOUND TO CONTAIN EXCESSIVE NOXIOUS WEEDS: THEREFORE, THESE SEED CANNOT BE SOLD IN ALABAMA.

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

*John L. Crayton*

John L. Crayton, Director
Seed Lab





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**September 10, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

CENTRAL AL FARMERS CO OP
P O BOX 519
DEMOPOLIS AL  36732


Dear Central Al Farmers Co op,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23230   | W6-1066 | 99.96  | .04   | 0    | 0    | 91   | 6         | NONE         |

    We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

        Sincerely,


        John L. Crayton, Director
        Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 10, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

CLEMMENS & HAMNER SEED
5578 CO RD 34
KILLEN AL  35645


Dear Clemmens & Hamner Seed,


Due to unforeseen computer problems, we are reporting the results of (3) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23201 | 4 | 99.68 | .07 | 0 | .25 | 99 | 0 | |
| 23202 | 5 | 99.66 | .10 | 0 | .24 | 99 | 0 | |
| 23203 | 6 | 99.75 | .20 | 0 | .05 | 98 | 0 | |


**VIOLATION:** THESE LOTS OF SEEDS WERE SHIPPED INTO THE STATE WITHOUT BEING PROPERLY TAGGED OR A MASTER ANALYSIS REPORT.


We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.


Sincerely,

*John L. Crayton*
John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 10, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

COLDWATER SEED & SUPPLY CO INC
108 6TH ST
TUSCUMBIA AL  35674

Dear Coldwater Seed & Supply Co Inc,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23054 | L144-2-0ENV79G | 99.58 | .40 | 0 | .02 | 54 | 0 | NONE |

**COMMENT:** This lot of seed was also found to germinate below the minimum standard germination of 60%; therefore, this lot of seed cannot be offered for sale in Alabama.

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**September 10, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

LAUDERDALE CO COP
P O BOX 796
FLORENCE  AL  35630

Dear Lauderdale Co Co op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23210 | L144-3-ORBSU26 | 98.81 | 1.19 | 0 | 0 | 85 | 0 | NONE |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 10, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

LAUDERDALE CO COP
P O BOX 796
FLORENCE AL 35630

Dear Lauderdale Co Co op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23213 | Y6-9-AC-11 | 98.86 | .12 | 1.02 | 0 | 66 | 11 | buckhorn plantain= 15 |

COMMENT: This lot of seed was found to geminate lower than the germination claimed on the analysis tag. This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the germination percentage found by our test and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**September 10, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

PENNINGTON SEEDS INC
2210 INDUSTRIAL DR SW
CULLMAN AL 35055

Dear Pennington Seed Inc,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23285   | 415923  |        |       | OK   |      | 94   | 0         | NONE         |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 10, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

PIEDMONT FERT. CO.
P O BOX 71
OPELIKA AL 36803-0071

Dear Piedmont Fert. Co.,

        Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23219 | W6-1-AL-1000 | | OK | | | 91 | 6 | NONE |
| 23220 | W6-2-AL-4 | 99.72 | .14 | .14 | 0 | 91 | 6 | NONE |

        We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

                                        Sincerely,


                                        John L. Crayton, Director
                                        Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 10, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

MADISON COUNTY CO OP
P O BOX 68
HAZEL GREEN AL 35750-0068

Dear Madison County Co op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23035 | 1.B134.N | 99.29 | .71 | 0 | 0 | 46 | 0 | NONE |

**COMMENT:** This lot of seed was also found to germinate below the minimum standard germination of 60%; therefore, this lot of seed cannot be offered for sale in Alabama.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 10, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

M B BELL GRAIN & FERT.
P O BOX 99
SYLVANIA AL 35988

Dear M B Bell Grain & Fert,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 22984 | L141-1-F19 | 99.09 | .38 | .10 | .43 | 36 | 0 | hairy chess or cheat= 27 |

**VIOLATION:** THE ENDOPHYTE PERCENTAGE WAS NOT STATED ON THE ANALYSIS TAG.

**COMMENT:** This lot of seed was also found to germinate below the minimum standard germination of 60%; therefore, this lot of seed cannot be offered for sale in Alabama.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 10, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

HARVEST FEED MILL
P O BOX 117
HARVEST AL 35749

Dear Harvest Feed Mill,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23199   | T-20443 | 97.94  | 1.96  | .10  | 0    | 77   | 0         | Dock=9       |

**VIOLATION:** THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY.

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seed in regard to the purity and germination percentages found by our test and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**September 10, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

SCOTTS FEED & SEED
146 CO RD 42 EAST
ABBEVILLE AL 36310

Dear Scotts Feed & Seed,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23249 | WG-8-AL-001 | 99.52 | .14 | .34 | 0 | 91 | 6 | NONE |

**VIOLATION:** NO TAG- THIS LOT OF SEED MAY BE OFFERED FOR SALE AFTER IT HAS BEEN CORRECTLY LABELED.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

*John L. Crayton*

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 13, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

UNIVERSAL SEED & SUPPLY
P O BOX 100637
BIRMINGHAM AL  35210

Dear Universal Seed & Supply,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23325 | L5-4-GR9B | 98.93 | 1.06 | .01 | 0 | 90 | 0 | NONE |

**VIOLATION:** THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY.

**COMMENT:** This lot of seeds may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the purity percentages found by our test and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama  36107-1123

*Ron Sparks*
Commissioner

**September 13, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

AGRILIANCE-AFC
P O BOX  2227
DECATUR AL. 35609

Dear Agriliance-AFC,

Due to unforeseen computer problems, we are reporting the results of (7) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23350 | L43-4-24AM | 99.23 | .77 | 0 | 0 | 96 | 0 | NONE |
| 23351 | L43-4-25AM | 99.38 | .62 | 0 | 0 | 95 | 0 | NONE |
| 23352 | L44-4-M7 | | | | OK | 96 | 0 | NONE |
| 23353 | L44-4-M8 | 99.05 | .61 | 0 | .34 | 94 | 0 | NONE |
| 23354 | L44-4-M9 | | | | OK | 95 | 0 | NONE |
| 23358 | L40-4-M26 | | | | OK | 94 | 0 | NONE |
| 23362 | L40-4-M25 | | | | OK | 93 | 0 | NONE |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
**1445 Federal Drive**
**Montgomery, Alabama 36107-1123**

*Ron Sparks*
Commissioner

**September 13, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

BLOUNT COUNTY CO-OP
810 2ND AVE
ONEONTA AL 35121

Dear Blount County Coop,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23145 | L29-2-011 | 93.46 | 6.13 | .20 | .21 | 86 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,


John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 13, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

FAITHWAY FEED CO
P O BOX 995
GUNTERSVILLE AL 35976

Dear Faithway Feed Co,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23343 | L43-3-86G | | | | OK | 98 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 13, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

PENNINGTON SEED INC
2210 INDUSTRIAL DR SW
CULLMAN AL  35055

Dear Pennington Seed Inc,

Due to unforeseen computer problems, we are reporting the results of (6) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---|---|---|---|---|---|---|---|---|
| 23153 | 3-617 | 97.07 | .32 | .10 | 2.51 | 86 | 0 | Dock=9, Hairy Chess or Cheat = 9, Buckhorn Plantain=9 |
| 23164 | 30SPI-PB05 | 99.14 | .64 | .13 | .09 | 56 | 36 | NONE |
| 23279 | L144-3-OAR331 | 97.91 | .62 | .28 | 1.19 | 95 | 0 | Hairy chess=45 |
| 23281 | L144-3-2AR334 | 97.17 | 1.05 | .18 | 1.60 | 96 | 0 | NONE |
| 23282 | L144-3-2AR336 | 98.69 | .64 | .24 | .43 | 96 | 0 | Sheep sorrel=9 |
| 23283 | L144-3-OAR333 | 96.69 | .82 | .45 | 2.04 | 96 | 0 | NONE |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 13, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

PENNINGTON SEEDS INC
2210 INDUSTRIAL DR SW
CULLMAN AL  35005

Dear Pennington Seeds Inc,

　　　　Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23162 | PF051704 | 99.50 | .31 | .19 | 0 | 80 | 1 | NONE |

**VIOLATION:** THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY.

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the purity percentage found by our test and a copy of the corrected analysis tag has been sent to this office.

　　　　We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

　　　　　　　　　　Sincerely,

　　　　　　　　　　John L. Crayton, Director
　　　　　　　　　　Seed Lab





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**September 13, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

PENNINGTON SEEDS INC
2210 INDUSTRIAL DR SW
CULLMAN AL 35005

Dear Pennington Seeds Inc,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23286 | 320814GGR-IV | 96.28 | 2.32 | 0 | 1.40 | 85 | 0 | hairy chess or cheat = 9 |

**VIOLATION:** THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY.

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the purity percentage found by our test and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
**1445 Federal Drive**
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 13, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

MADISON COUNTY CO OP
P O BOX 68
HAZEL GREEN AL 35750-0068

Dear Madison County Co op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

# MIXTURE

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23033 | L76-2-87-0 Ochardgrass | 87.27 | 5.37 | .01 | 0 | 91 | 0 | NONE |
| | Red fescue | 7.35 | | | | 84 | 0 | |

**VIOLATION:** THIS LOT OF SEED WAS FOUND TO BE A MIXTURE; THEREFORE, IT IS MISLABELED.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

*John L. Crayton*
John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 13, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

SEEDSOUTH INC
P O BOX 2268
DOTHAN AL  36302

Dear SeedSouth Inc,

     Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23068   | KF-204-03 | 99.06 | .85 | .07 | .02 | 66 | 0 | NONE |

**VIOLATION:** THIS LOT OF SEED WAS FOUND TO HAVE A GERMINATION AND DORMANT SEED PERCENTAGE DIFFERENT FROM THAT STATED ON THE ANALYSIS TAG.

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the germination and dormant seed percentage found by our test and a copy of the corrected analysis tag has been sent to this office.

     We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

                    Sincerely,

                    John L. Crayton, Director
                    Seed Lab





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**September 13, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

SEEDSOUTH INC
P O BOX 2268
DOTHAN AL 36302

Dear SeedSouth Inc,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23069 | KF-205-03 | 99.54 | .35 | .11 | 0 | 76 | 0 | NONE |

**VIOLATION:** THIS LOT OF SEED WAS FOUND TO HAVE A GERMINATION AND DORMANT SEED PERCENTAGE DIFFERENT FROM THAT STATED ON THE ANALYSIS TAG.

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the germination and dormant seed percentage found by our test and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

*John L. Crayton*
John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123





*Ron Sparks*
Commissioner

**September 13, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

SOUTHERN STATES CO OP
106 13TH STREET SW
CULLMAN AL  35055

Dear Southern States Coop,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23317 | L29-3-581 | 99.47 | .48 | 0 | .05 | 98 | 0 | NONE |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama  36107-1123



*Ron Sparks*
Commissioner

**September 13, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

SOUTHERN STATES CO OP
P O BOX  97
DANVILLE AL  35619

Dear Southern States Co op,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 22963 | B12-1-7 | 93.72 | 5.73 | .55 | 0 | 49 | 0 | NONE |

**COMMENT:** This lot of seed was found to germinate below the minimum standard germination of 60%; therefore, this lot of seeds cannot be offered for sale in Alabama.

    We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

        Sincerely,

        John L. Crayton, Director
        Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 13, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

SOUTHERN STATES CO OP
P O BOX 198
ONEONTA AL 35121

Dear Southern States Co op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23143 | B30-0-78M | 90.49 | 9.25 | .22 | .04 | 10 | 0 | NONE |

**VIOLATION:** THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY.

**COMMENT:** This lot of seed was found to germinate below the minimum standard germination of 60%; therefore, this lot of seeds cannot be offered for sale in Alabama.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123





*Ron Sparks*
Commissioner

**September 15, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

SCOTT'S FEED & SEED
146 CO RD 42 EAST
ABBEVILLE AL 36310

Dear Scott's Feed & Seed,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

# MIXTURE

| Lab No. | Lot No. | | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---|---|---|---|---|---|---|---|---|---|
| 23246 | NZM2003 | Brasscia spp | 83.44 | .08 | .73 | .11 | 20 | 0 | Bermudagrass=91 |
| | | White Clover | 15.64 | | | | 61 | 33 | |

**VIOLATION:** THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY.

COMMENT:  The Brassica part of the mixture was found to germinate below the minimum germination standard of 60%; therefore, this lot of seeds cannot be offered for sale in Alabama.

    We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 15, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

AGRILIANCE-AFC
P O BOX 2227
DECATUR AL 35609

Dear Agriliance-AFC,

 Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23121 | 3-541 | 95.75 | .50 | .21 | 3.54 | 85 | 0 | Dock=9. Sheep Sorrel=18, Cheat or Hairy Chess=27 |
| 23361 | P49-9-45 | | | OK | | 87 | 5 | |

 We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

 Sincerely,


 John L. Crayton, Director
 Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 15, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

FAYETTE FARMERS COOP
615 COLUMBUS ST EAST
FAYETTE AL 35555

Dear Fayette Farmers Coop,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23311 | W6-2-AL-1 | 99.77 | .17 | 0 | .06 | 94 | 4 | NONE |

    We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 15, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

GROSOUTH INC
1827 COLUMBIA HWY
DOTHAN AL 36302

Dear Grosouth Inc,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23263 | Y16-01-HV-01 | | | OK | | 84 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 15, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

PENNINGTON SEED INC
2210 INDUSTRIAL DR SW
CULLMAN AL 35055

Dear Pennington Seed Inc,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23278 | 3-664 | 95.96 | .41 | .12 | 3.51 | 84 | 0 | Dock=18, Sheep Sorrel=27 |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 15, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

PIEDMONT FERTILIZER CO
PO BOX 71
OPELIKA AL 36803-0071

Dear Piedmont Fertilizer Co,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23227 | W6-0-HV-018 | | | | OK | 84 | 1 | |

    We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 24, 2004**

Growers Supply
5239 Bowden St
Frisco City, Al 36445

Dear Growers Supply.,

Due to unforeseen computer problems, we are reporting the results of (1) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23607   | 1-10    | 99.58  | .40   | .02  | 0    |      |           | wild radish=9 |

**VIOLATION:** This lot of seed does not meet certification standards as to noxious weed seed content. Certified wheat can not have noxious weeds seed. This lot of seed had (2) wild radishes.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 24, 2004**

Growers Supply
5239 Bowden St
Frisco City, Al 36445

Dear Growers Supply.,

Due to unforeseen computer problems, we are reporting the results of (1) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23605 | 7-12 | 99.65 | .35 | 0 | 0 | | | |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 24, 2004**

Growers Supply
5239 Bowden St
Frisco City, Al 36445

Dear Growers Supply.,

Due to unforeseen computer problems, we are reporting the results of (1) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23605 | 7-12 | 99.65 | .35 | 0 | 0 | | | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,


John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
**1445 Federal Drive**
**Montgomery, Alabama 36107-1123**



*Ron Sparks*
Commissioner

**September 15, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

RHOADES BROS. FARM
4485 HWY 189
KINSTON AL 36453-4556

Dear Rhoades Bros. Farm,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01587 | 49-04-01 | 96.99 | 3 | .01 | 0 | 72 | 0 | |

**COMMENT:** This lot of seeds does not meet certification standards as to inert content and germination. The maximum inert content for certified rye is 2% and the minimum germination is 75%.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



### STATE OF ALABAMA

### DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 15, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

PETE GASSETT
P O BOX 518
ABBEVILLE AL 36310

Dear Pete Gassett,

    Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01639 | 48 | 99.66 | .24 | 0 | .10 | 56 | 0 | |
| 01641 | 50 | 99.40 | .57 | 0 | .03 | 60 | 0 | |

**COMMENT:** LOT# 48 was found to germinate below the minimum standard germination of 60%.

    We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**September 13, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

CLET VERHOFF
8335 CAHABA RD
ORRVILLE AL 36767

Dear Clet Verhoff,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01591 | 107 | 94.99 | 4.80 | .10 | .11 | 82 | 8 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 13, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

CLET VERHOFF & JOHN SUTTLE
8335 CAHABA RD
ORRVILLE AL 36767

Dear Clet Verhoff & John Suttle,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01592 | 108 | 94.52 | 5.44 | .04 | 0 | 79 | 9 | Dock=18 |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 31, 2004**

Pennington Seed Inc.
2210 Industrial Dr. SW
Cullman, AL 35055

Dear Pennington Seed,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23165 | Y13-3-CC-1 | 99.33 | 0.23 | 0.44 | 0 | 94 | 1 | none |

    We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 31, 2004**

Scotts Feed & Seed
146 Co. Rd. 42 East
Abbeville, AL 36310

Dear Scotts Feed & Seed,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23248 | T-21323 | 99.65 | 0.16 | 0.19 | 0 | 92 | 0 | wild radish - 5 |

    We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 31, 2004**

Southern States
P.O. Box 545
Arab, AL 35016

Dear Southern States,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23117 | B24-3-12 | 93.35 | 5.34 | 0.03 | 1.28 | 90 | 0 | none |

    We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

                Sincerely,

                John L. Crayton, Director
                Seed Lab





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

KRIS BALKCOM
P O BOX 217
HEADLAND AL 36345

Dear Mr. Balkcom,

　　Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

## MIXTURE

| Lab No. | Lot No. | | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|-----------|--------|-------|------|------|------|-----------|--------------|
| 01578 | 1 | Oats | 40.52 | 1.62 | .43 | .05 | 98 | 0 | |
| | | Rye | 41.80 | | | | 92 | 0 | |
| | | Ryegrass | 15.58 | | | | 97 | 0 | |

　　We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Colbert Farmers Coop
P O Box 474
Leighton, Al 35646

Dear Colbert Farmers Coop,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Germ | Hard Seed | Purity | Inert | Weed | Crop |
|---------|---------|------|-----------|--------|-------|------|------|
| 22973 | R3N-1937-2 | 55 | 0 | 67.05 | 32.95 | 0 | 0 |

**COMMENT:** **This lot of seed was found to germinate below the minimum standard germination of 60%; therefore, this lot of seed cannot be offered for sale in Alabama.**

    We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

                        Sincerely,

                        John L. Crayton, Director
                        Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address·
Post Office Box 3336
Montgomery, AL 36109-0336

GroSouth Inc.
P O Box 349
Montgomery, Al. 36101

Dear GroSouth Inc.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Germ | Hard Seed | Purity Inert | Weed | Crop |
|---------|---------|------|-----------|--------------|------|------|
| 23256 | 9517000 | 8 | 0 | | | |

**COMMENT:** **This lot of seed was found to germinate below the minimum standard germination of 60%; therefore, this lot of seed cannot be offered for sale in Alabama.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama  36107-1123



*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

GroSouth Inc.
P O  Box  349
Montgomery, Al.  36101

Dear GroSouth Inc.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Germ | Hard Seed | Purity | Inert | Weed | Crop |
|---------|---------|------|-----------|--------|-------|------|------|
| 23256 | 9517000 | 8 | 0 | | | | |

**COMMENT:** **This lot of seed was found to germinate below the minimum standard germination of 60%; therefore, this lot of seed cannot be offered for sale in Alabama.**

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
**1445 Federal Drive**
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 1, 2004**

Harvest Feed Mill
P.O. Box 117
Harvest, AL 35749

Dear Harvest Feed Mill,

Due to unforeseen computer problems, we are reporting the results of (2) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23197 | L185-3-51PM | 99.17 | 0.77 | 0.06 | 0 | 95 | 0 | none |
| 23198 | L183-2-80 | 99.82 | 0.16 | 0.02 | 0 | 96 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,


John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

September 1, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Mack Peel
31 Eufaula St.
Louisville, Al. 36048

Dear Mr. Peel

Due to unforeseen computer problems, we are reporting the results of (2) lots for Clayton Seed Cleaners in this form.

| Lab No. | Lot No. | Germ | Purity | Inert | Weed | Crop |
|---------|---------|------|--------|-------|------|------|
| 23232 | 04025-C | | 94.39 | 5.61 | 0 | 0 |
| 23233 | 04026-C | | 94.01 | 5.99 | 0 | 0 |

**COMMENT:** **This lot of seed does not meet certification standards as to inert content, maximum allowed is 5%; This lot of seed cannot be offered for sale in Alabama in its present condition; however: It can be re-cleaned under the supervision of an inspector and another sample drawn and submitted to this laboratory.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

Cc: Clayton Seed Cleaners



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

Mack Peel
31 Eufaula St.
Louisville, AL.  36048

Dear Mr. Mack Peel,

Due to unforeseen computer problems, we are reporting the results of (3) lot for Clayton Seed Cleaners in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Noxious Weeds |
|---------|---------|--------|-------|------|------|---------------|
| 23236 | 04030-C | 93.38 | 6.51 | .08 | .03 | dock=108 |
| 23237 | 04-048-C | 98.85 | 1.14 | .01 | 0 | dock=36 |
| 23238 | 04. 049-C | 96.57 | 3.29 | .14 | 0 | dock=9 |

**COMMENT:  This lot of seed does not meet certification standards as to noxious weed seed content (none are allowed); This lot of seed cannot be offered for sale in Alabama in its present condition;  however: It can be re-cleaned under the supervision of an inspector and another sample drawn and submitted to this laboratory.**

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L Crayton

John L. Crayton, Director
Seed Lab

Cc:  Clayton Seed Cleaners



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Mack Peel
31 Eufaula St.
Louisville, AL. 36048

Dear Mr. Mack Peel,

    Due to unforeseen computer problems, we are reporting the results of (3) lot for Clayton Seed Cleaners in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Noxious Weeds |
|---------|---------|--------|-------|------|------|---------------|
| 23236 | 04030-C | 93.38 | 6.51 | .08 | .03 | dock=108 |
| 23237 | 04-048-C | 98.85 | 1.14 | .01 | 0 | dock=36 |
| 23238 | 04. 049-C | 96.57 | 3.29 | .14 | 0 | dock=9 |

**COMMENT: This lot of seed does not meet certification standards as to noxious weed seed content (none are allowed); This lot of seed cannot be offered for sale in Alabama in its present condition; however: It can be re-cleaned under the supervision of an inspector and another sample drawn and submitted to this laboratory.**

    We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

Cc: Clayton Seed Cleaners



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

Mack Peel
31 Eufaula St.
Louisville, Al.  36048

Dear Mr. Peel

     Due to unforeseen computer problems, we are reporting the results of (2) lots for Clayton Seed Cleaners in this form.

| Lab No. | Lot No. | Germ | Purity | Inert | Weed | Crop |
|---------|---------|------|--------|-------|------|------|
| 23232   | 04025-C |      | 94.39  | 5.61  | 0    | 0    |
| 23233   | 04026-C |      | 94.01  | 5.99  | 0    | 0    |

**COMMENT:  This lot of seed does not meet certification standards as to inert content, maximum allowed is 5%;  This lot of seed cannot be offered for sale in Alabama in its present condition;  however:  It can be re-cleaned under the supervision of an inspector and another sample drawn and submitted to this laboratory.**

     We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

Cc:  Clayton Seed Cleaners



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Pennington Seeds Inc.
2210 Industrial Dr SW
Cullman, AL. 35055

Dear Pennington Seeds Inc.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Noxious Weeds |
|---------|---------|--------|-------|------|------|---------------|
| 23322 | 8-11 | 94.01 | .60 | .59 | 4.80 | dock=9, sheep sorrel=63, cheat or hairy chess=36, bermudagrass=630, buckhorn plantain=1 |

## VIOLATION: THIS LOT OF SEED WAS FOUND TO CONTAIN EXCESSIVE NOXIOUS WEED SEEDS: THEREFORE, THESE SEED CANNOT BE SOLD IN ALABAMA IN ITS PRESENT CONDITION; HOWEVER, IT CAN BE RE-CLEANED UNDER THE SUPERVISION OF AND INSPECTOR AND ANOTHER SAMPLE DRAWN AND SUBMITTED TO THIS LABORATORY.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 1, 2004**

Pennington Seed Inc.
2210 Industrial Dr. SW
Cullman, AL 35055

Dear Pennington Seed Inc.,

Due to unforeseen computer problems, we are reporting the results of (5) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23058 | R3-3011-25 | | OK | | | 92 | 0 | none |
| 23059 | EB-2467-25 | 99.05 | 0.95 | 0 | 0 | 97 | 0 | none |
| 23060 | EB-2467-25 | 99.29 | 0.71 | 0 | 0 | 91 | 0 | none |
| 23061 | R3-2467-25 | | OK | | | 96 | 0 | none |
| 23063 | 2069B | 95.79 | 0.67 | 0.46 | 3.08 | 96 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 1, 2004**

Bragg Farms
1180 Grim wood Rd.
Toney, AL. 35773

Dear Bragg Farms,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Germ | Hard Seed | Purity | Inert | Weed | Crop |
|---------|---------|------|-----------|--------|-------|------|------|
| 23027   | 104     | 77   | 0         | 99.70  | .30   | 0    | 0    |

**COMMENT:** **This lot of seed does not meet certification standards as to germination. The minimum standard germination for certified wheat is 85%. This is a PVP title V variety and can only be sold as a certified class of wheat.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama  36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21130 |
| **LOT NO** | **JC114** |
| **INSP NO** | 144-M |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:  SEGREST SEED CO          SLOCOMB AL

Seed were shipped by:  INTEST

Name  Address on tag:  **INTEST**

Date Rec'd.  01/29/2004  | Date of Report  03/09/2004  | Where Grown  **NS**  | Net Wt.  **50**  | Bags on Hand  | 287

Variety  Common Name Given on Tag  **BROWNTOP MILLET**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.55** | **.43** | **.02** | **0** | **71** | **1** | **03/09/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

Labeled:          **NS**

Found:          **NONE**

**VIOLATION:REASON**

COMMENTS  287 BAGS  *INTEST;  RETEST OF 2/23/04.

Director

Seed Division

Exhibit 15



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21131 |
| **LOT NO** | **JC113** |
| **INSP NO** | 145-M |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: SEGREST SEED CO          SLOCOMB AL

Seed were shipped by: INTEST

Name  Address on tag: **INTEST**

Date Rec'd.  01/29/2004  **Date of Report**  03/09/2004  **Where Grown**  **NS**  Net Wt.  **50**  **Bags on Hand**  272

Variety  Common Name Given on Tag  **BROWNTOP MILLET**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| **FOUND:** | **99.67** | **.27** | **.06** | **0** | **55** | **8** | **03/09/2004** |

Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                **NS**

Found:                                                **NONE**

**VIOLATION:REASON**

**COMMENTS**  272 BAGS *INTEST, RETEST 2/23/04.

**Director**

**Seed Division**




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21132 |
| **LOT NO** | **JC115** |
| **INSP NO** | 146-M |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: SEGREST SEED CO          SLOCOMB AL

Seed were shipped by: INTEST

Name  Address on tag: **INTEST**

Date Rec'd.  01/29/2004   **Date of Report**  03/09/2004  **Where Grown**  **NS**   Net Wt.  **50**   **Bags on Hand**   141

Variety  Common Name Given on Tag  **BROWNTOP MILLET**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| **FOUND:** | **99.78** | **.21** | **.01** | **0** | **62** | **1** | **03/09/2004** |

Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                **NS**

Found:                                                **NONE**

**VIOLATION:REASON**

**COMMENTS**   141 BAGS  *INTEST; RETEST 2/23/04.

**Director**

**Seed Division**



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21133 |
| LOT NO | **JC116** |
| INSP NO | 147-M |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   SEGREST SEED CO        SLOCOMB AL

Seed were shipped by: INTEST

Name  Address on tag: **INTEST**

Date Rec'd.   01/29/2004   Date of Report   03/09/2004   Where Grown   **NS**   Net Wt.   **50**   Bags on Hand   200

Variety  Common Name Given on Tag   **BROWNTOP MILLET**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.47** | **.51** | **.01** | **.01** | **58** | **7** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                   **NS**

Found:                                                   **NONE**

**VIOLATION:REASON**

**COMMENTS**   200 BAGS  *INTEST; RETEST 2/23/04.

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21183 |
| **LOT NO** | **MSF-0351** |
| **INSP NO** | 313-A |

## SEED REPORT  STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  AGRILIANCE- AFC          DECATUR AL

Seed were shipped by:  MURPHREE SEED FARM    COLLINSVILLE, AL

Name  Address on tag:  **NOT TAGGED**

Date Rec'd.  02/04/2004   **Date of Report**   03/09/2004   Where Grown    **NS**    Net Wt.    **50**    Bags on Hand    640

Variety  Common Name Given on Tag  **BROWNTOP  MILLET**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| **FOUND:** | **99.62** | **.12** | **.26** | **0** | **91** | **0** | **03/09/2004** |

Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                    **NS**

Found:                                    **NONE**

**VIOLATION:REASON**

**COMMENTS**   640 BAGS  *NOT TAGGED

**Director**

**Seed Division**



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| LAB NO | 21228 |
| LOT NO | **C3-BX** |
| INSP NO | 358-A |

### SEED REPORT  STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | |
|---|---|---|
| Seed Sample Collected at: | PENNINGTON SEED INC | CULLMAN, AL |
| Seed were shipped by: | PENNINGTON SEED, INC.  MADISON, GA | |
| Name  Address on tag: | **PENNINGTON SEED, INC.    MADISON, GA** | |

| Date Rec'd. | 02/04/2004 | Date of Report | 03/26/2004 | Where Grown | **FL** | Net Wt. | **50** | Bags on Hand | 80 |

Variety  Common Name Given on Tag **ALYCE CLOVER**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99.70** | **.18** | **.03** | **.09** | **55** | **30** | **1/04** |
| **FOUND:** | **99.71** | **.22** | **.07** | **0** | **73** | **18** | **03/26/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **18 SICKLEPOD**

Found: **NONE FOUND**

**VIOLATION:REASON**

**COMMENTS**  80 BAGS

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21230 |
| LOT NO | **MSF-LB 361** |
| INSP NO | 16-D |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  MURPHREE SEED FARM          COLLINSVILLE, AL

Seed were shipped by:  NS

Name  Address on tag:  **INTEST**

Date Rec'd.  02/04/2004  | Date of Report  03/09/2004  | Where Grown  **NS**  | Net Wt.  **50**  | Bags on Hand  320

Variety  Common Name Given on Tag  **BROWNTOP MILLET**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.80** | **.20** | **0** | **0** | **80** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                      **NS**

Found:                                                        **NONE**

VIOLATION:REASON

COMMENTS        320 BAGS        *INTEST

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama  36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21235 |
| **LOT NO** | **320245GGR-TT** |
| **INSP NO** | 21-D |

### SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  PENNINGTON SEED          CULLMAN, AL

Seed were shipped by:  PENNINGTON SEED INC      GREENFIELD, MO

Name  Address on tag:  **PENNINGTON SEED INC        GREENFIELD, MO**

Date Rec'd.  02/04/2004 | Date of Report  03/09/2004 | Where Grown  **MO** | Net Wt.  **25** | Bags on Hand  240

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **96** | **1.10** | **.40** | **2.50** | **85** | **NS** | **10/03** |
| **FOUND:** | **98.07** | **.36** | **.04** | **1.53** | **80** | **0** | **03/09/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

Labeled:                **117 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found:                                          **DOCK=9**

**VIOLATION:REASON**

**COMMENTS**  240 BAGS  * CONTAINS 40% RYEGRASS "LAWN GRASS SEED"  ***TREATED

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21237 |
| LOT NO | **320268GGR** |
| INSP NO | 23-D |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   PENNINGTON SEED        CULLMAN, AL

Seed were shipped by:  PENNINGTON SEED INC    GREENFIELD, MO

Name  Address on tag:  **PENNINGTON SEED INC      GREENFIELD, MO**

Date Rec'd.  02/04/2004 | Date of Report   03/10/2004 | Where Grown   **MO**   Net Wt.   **25**   Bags on Hand   240

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **.90** | **.60** | **2.50** | **85** | **NS** | **10/03** |
| FOUND: | **97.15** | **.11** | **.40** | **2.34** | **92** | **0** | **03/10/2004** |

#### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN** |
|---|---|
| Found: | **CHEAT/HAIRY CHESS=36** |

**VIOLATION:REASON**

**COMMENTS**    240 BAGS   * CONTAINS 30% RYEGRASS "LAWN GRASS SEED"   ***TREATED

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21251 |
| LOT NO | **W10-2-TF14** |
| INSP NO | 33 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  SOUTHERN STATES           DANVILLE AL

Seed were shipped by: CARRY OVER

Name  Address on tag: **SOUTHERN STATES   DUBLIN GA 31021**

| Date Rec'd. | 02/08/2004 | Date of Report | 03/09/2004 | Where Grown | **OR** | Net Wt. | **50** | Bags on Hand | 7 |

Variety  Common Name Given on Tag **SELECT TALL FESCUE**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98** | **1.30** | **.10** | **.60** | **80** | **NS** | **7/02** |
| FOUND: | | | **OK** | | **88** | **0** | **03/09/2004** |

Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | | | **NONE** | |
| Found: | | | **NONE** | |

VIOLATION:REASON

COMMENTS   7 BAGS *GERM EXPIRED. 2% ENDOPHYTE PRESENT. TREATED: APRON SL LS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21255 |
| LOT NO | **30378GGR** |
| INSP NO | 37 N |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | | |
|---|---|---|---|---|
| Seed Sample Collected at: | PENNINGTON SEED | | CULLMAN AL | |
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO | | | |
| Name  Address on tag: | **PENNINGTON SEED   GREENFIELD MO** | | | |

| Date Rec'd. | 02/04/2004 | Date of Report | 03/09/2004 | Where Grown | **MO** | Net Wt. | **50** | Bags on Hand | 96 |
|---|---|---|---|---|---|---|---|---|---|

**Variety  Common Name Given on Tag**  |KENTUCKY 31 TALL FESCUE

**Found in this Lab**    **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **96** | **1** | **.40** | **2.60** | **85** | **NS** | **1/04** |
| **FOUND:** | **95.82** | **.49** | **.14** | **3.55** | **86** | **0** | **03/09/2004** |

Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **135 HAIRY CHESS, 27 DOCK, 18 SHEEP SORREL, 18 BUCKHORN PLANTAIN** |
|---|---|
| Found: | **NONE** |

**VIOLATION:REASON**

**COMMENTS**  |96 BAGS * CONTAINS .25% RYEGRASS *LAWN GRASS SEED

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone:** (334) 240-7140

**Fax** (334) 240-7193

| | |
|---|---|
| LAB NO | 21256 |
| LOT NO | **30410GGR** |
| INSP NO | 38 N |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   PENNINGTON SEED             CULLMAN AL

Seed were shipped by:   PENNINGTON SEED   GREENFIELD MO

Name  Address on tag:   **PENNINGTON SEED   GREENFIELD MO**

Date Rec'd.   02/04/2004   Date of Report   03/10/2004   Where Grown   **MO**   Net Wt.   **50**   Bags on Hand   144

Variety  Common Name Given on Tag   **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | 1 | .40 | 2.60 | 85 | NS | 1/04 |
| FOUND: | 95.49 | .44 | .77 | 3.30 | 89 | 0 | 03/10/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:   **135 HAIRY CHESS, 27 DOCK, 18 SHEEP SORREL, 18 BUCKHORN PLANTAIN**

Found:   **DOCK=9**

**VIOLATION:REASON**

**COMMENTS**   144 BAGS  * CONTAINS .25% RYEGRASS   *LAWN GRASS SEED

**Director**

**Seed Division**




# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| LAB NO | 21257 |
|---|---|
| LOT NO | **30379GGR** |
| INSP NO | 39 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: PENNINGTON SEED          CULLMAN AL

Seed were shipped by: PENNINGTON SEED   GREENFIELD MO

Name  Address on tag: **PENNINGTON SEED   GREENFIELD MO**

Date Rec'd. 02/04/2004 | Date of Report  03/09/2004 | Where Grown  **MO** | Net Wt. **50** | Bags on Hand 240

Variety  Common Name Given on Tag **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **1** | **.40** | **2.60** | **85** | **NS** | **1/04** |
| FOUND: | **96.40** | **.59** | **.08** | **2.93** | **91** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **135 HAIRY CHESS, 27 DOCK, 18 SHEEP SORREL, 18 BUCKHORN PLANTAIN**

Found: **BUCKHORN PLANTAIN=9, CHEAT/HAIRY CHESS=27**

VIOLATION:REASON

COMMENTS   240 BAGS  * CONTAINS .25% RYEGRASS     *LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21258 |
| LOT NO | **320396GGR** |
| INSP NO | 40 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: PENNINGTON SEED          CULLMAN AL

Seed were shipped by: PENNINGTON SEED   GREENFIELD MO

Name  Address on tag: **PENNINGTON SEED    GREENFIELD MO**

Date Rec'd. 02/04/2004 | Date of Report 03/09/2004 | Where Grown **MO** | Net Wt. **25** | Bags on Hand 600

Variety  Common Name Given on Tag **KENTUCKY 31 TALL FESCUE**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **96** | **.80** | **.60** | **2.60** | **85** | **NS** | **1/04** |
| **FOUND:** | **97.08** | **.57** | **.56** | **1.79** | **95** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled : **162 HAIRY CHESS, 18 DOCK, 9 SHEEP SORREL, 9 BUCKHORN PLANTAIN**

Found: **NONE**

VIOLATION:REASON

COMMENTS  600 BAGS  * CONTAINS .25% RYEGRASS  *LAWN GRASS SEED **TREATED WITH PENKOTE (APRON XL LS)

**Director**

**Seed Division**



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama  36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21259 |
| LOT NO | **320393GGR** |
| INSP NO | 41 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | |
|---|---|---|
| Seed Sample Collected at: | PENNINGTON SEED | CULLMAN AL |
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO | |
| Name  Address on tag: | **PENNINGTON SEED    GREENFIELD MO** | |

| Date Rec'd. | 02/04/2004 | Date of Report | 03/09/2004 | Where Grown | **MO** | Net Wt. | **25** | Bags on Hand | 520 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag **KENTUCKY 31 TALL FESCUE**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .80 | .60 | 2.60 | 85 | NS | 1/04 |
| FOUND: | 96.60 | .78 | .37 | 2.25 | 92 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **162 HAIRY CHESS, 18 DOCK, 9 SHEEP SORREL, 9 BUCKHORN PLANTAIN** |
|---|---|
| Found: | **HAIRY CHESS OR CHEAT = 126** |

**VIOLATION:REASON**

**COMMENTS**   520 BAGS  * CONTAINS .25% RYEGRASS  *LAWN GRASS SEED

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama  36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| LAB NO | 21260 |
| LOT NO | **320402GGR** |
| INSP NO | 42 N |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   PENNINGTON SEED          CULLMAN AL

Seed were shipped by:  PENNINGTON SEED   GREENFIELD MO

Name  Address on tag:  **PENNINGTON SEED   GREENFIELD MO**

Date Rec'd.  02/04/2004   **Date of Report**  03/09/2004   **Where Grown**   **MO**   Net Wt.   **25**   **Bags on Hand**   480

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .80 | .60 | 2.60 | 85 | NS | 1/04 |
| FOUND: | 97.85 | .13 | .36 | 1.66 | 93 | 0 | 03/09/2004 |

#### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **162 HAIRY CHESS, 18 DOCK, 9 SHEEP SORREL, 9 BUCKHORN PLANTAIN** |
| Found: | **SHEEP SORREL=9** |

VIOLATION:REASON

COMMENTS   480 BAGS  * CONTAINS .25% RYEGRASS  *LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21261 |
| LOT NO | **320400GGR** |
| INSP NO | 43-N |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   PENNINGTON SEED          CULLMAN AL

Seed were shipped by: PENNINGTON SEED   GREENFIELD MO

Name  Address on tag:  **PENNINGTON SEED    GREENFIELD MO**

Date Rec'd.  02/04/2004  Date of Report   03/09/2004  Where Grown    **MO**   Net Wt.   **25**   Bags on Hand     840

Variety  Common Name Given on Tag **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .80 | .60 | 2.60 | 85 | NS | 1/04 |
| FOUND: | 96.95 | .35 | .82 | 1.88 | 90 | 0 | 03/09/2004 |

#### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                **162 HAIRY CHESS, 18 DOCK, 9 SHEEP SORREL, 9 BUCKHORN PLANTAIN**

Found:                          **NONE**

VIOLATION:REASON

COMMENTS   840 BAGS  * CONTAINS .25% RYEGRASS  *LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21262 |
|---|---|
| LOT NO | **320401GGR** |
| INSP NO | 44 N |

## SEED REPORT  STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  PENNINGTON SEED        CULLMAN AL

Seed were shipped by:  PENNINGTON SEED   GREENFIELD MO

Name  Address on tag:  **PENNINGTON SEED    GREENFIELD MO**

Date Rec'd.  02/04/2004   Date of Report   03/09/2004   Where Grown   **MO**   Net Wt.   **25**   Bags on Hand   840

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .80 | .60 | 2.60 | 85 | NS | 1/04 |
| FOUND: | 96.98 | .55 | .46 | 2.01 | 93 | 0 | 03/09/2004 |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:    **162 HAIRY CHESS, 18 DOCK, 9 SHEEP SORREL, 9 BUCKHORN PLANTAIN**

Found:    **CHEAT/HAIRY CHESS=36, BUCKHORN PLANTAIN=9, SHEEP SORREL=9**

VIOLATION:REASON

COMMENTS   840 BAGS  * CONTAINS .25% RYEGRASS  *LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21263 |
| LOT NO | **320403GGR** |
| INSP NO | 45 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: PENNINGTON SEED               CULLMAN AL

Seed were shipped by: PENNINGTON SEED   GREENFIELD MO

Name  Address on tag: **PENNINGTON SEED     GREENFIELD MO**

Date Rec'd.  02/04/2004  | Date of Report  03/09/2004 | Where Grown    **MO** | Net Wt.    **25** | Bags on Hand    240

Variety  Common Name Given on Tag **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **96** | **.80** | **.60** | **2.60** | **85** | **NS** | **1/04** |
| **FOUND:** | **96.89** | **.61** | **.18** | **2.32** | **94** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **162 HAIRY CHESS, 18 DOCK, 9 SHEEP SORREL, 9 BUCKHORN PLANTAIN** |
| Found: | **HAIRY CHESS OR CHEAT=27** |

**VIOLATION:REASON**

**COMMENTS**  240 BAGS  * CONTAINS .25% RYEGRASS  *LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21264 |
| LOT NO | **320394GGR** |
| INSP NO | 46 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  PENNINGTON SEED          CULLMAN AL

Seed were shipped by:  PENNINGTON SEED   GREENFIELD MO

Name  Address on tag:  **PENNINGTON SEED   GREENFIELD MO**

Date Rec'd.  02/04/2004   Date of Report  03/09/2004   Where Grown  **MO**   Net Wt.  **25**   Bags on Hand  520

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .80 | .60 | 2.60 | 85 | NS | 1/04 |
| FOUND: | 97.12 | .71 | .45 | 1.72 | 92 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | 162 HAIRY CHESS, 18 DOCK, 9 SHEEP SORREL, 9 BUCKHORN PLANTAIN |
|---|---|
| Found: | CHEAT/HAIRY CHESS=99 |

VIOLATION:REASON

COMMENTS   520 BAGS  * CONTAINS .25% RYEGRASS  *LAWN GRASS SEED

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21265 |
| LOT NO | **320395GGR** |
| INSP NO | 47 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   PENNINGTON SEED          CULLMAN AL

Seed were shipped by:   PENNINGTON SEED   GREENFIELD MO

Name Address on tag:   **PENNINGTON SEED   GREENFIELD MO**

Date Rec'd.   02/04/2004   Date of Report   03/09/2004   Where Grown   **MO**   Net Wt.   **25**   Bags on Hand   440

Variety  Common Name Given on Tag   **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **96** | **.80** | **.60** | **2.60** | **85** | **NS** | **1/04** |
| **FOUND:** | **97.15** | **.45** | **.23** | **2.17** | **94** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:   **162 HAIRY CHESS, 18 DOCK, 9 SHEEP SORREL, 9 BUCKHORN PLANTAIN**

Found:   **SHEEP SORREL=9, CHEAT OR HAIRY CHESS=18**

**VIOLATION:REASON**

**COMMENTS**   440 BAGS  * CONTAINS .25% RYEGRASS  *LAWN GRASS SEED

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama  36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21266 |
|---|---|
| LOT NO | **30AV32** |
| INSP NO | 48 N |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | PENNINGTON SEED | CULLMAN AL | |
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO | | |
| Name  Address on tag: | **PENNINGTON SEED    GREENFIELD MO** | | |
| Date Rec'd. 02/04/2004 | Date of Report 03/09/2004 | Where Grown **MO** | Net Wt. **50**   Bags on Hand  312 |

Variety  Common Name Given on Tag **KENTUCKY 31 TALL FESCUE**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **96** | **1** | **.50** | **2.50** | **85** | **NS** | **9/03** |
| **FOUND:** | **97.10** | **.40** | **.92** | **1.58** | **97** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN** |
|---|---|
| Found: | **DOCK=9** |

**VIOLATION:REASON**

**COMMENTS**   312 BAGS * NO, RYEGRASS FOUND. * LAWN GRASS SEED

Director

Seed Division





# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21269 |
|---|---|
| LOT NO | **320376GR** |
| INSP NO | 51 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  PENNINGTON SEED          CULLMAN AL

Seed were shipped by: PENNINGTON SEED   GREENFIELD MO

Name  Address on tag: **PENNINGTON SEED    GREENFIELD MO**

Date Rec'd.  02/04/2004  Date of Report  03/10/2004  Where Grown  **MO**  Net Wt.  **25**  Bags on Hand  840

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .80 | .30 | 2.90 | 85 | NS | 1/04 |
| FOUND: | 95.96 | .78 | .14 | 3.12 | 91 | 0 | 03/10/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **135 HAIRY CHESS, 27 DOCK, 18 SHEEP SORREL, 18 BUCKHORN PLANTAIN** |
|---|---|
| Found: | **HAIRY CHESS OR CHEAT=27** |

**VIOLATION:REASON**

**COMMENTS**  840 BAGS  * CONTAINS .25% RYEGRASS. * LAWN GRASS SEED

**Director**

**Seed Division**




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21270 |
| LOT NO | 320373GR |
| INSP NO | 52 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | |
|---|---|
| Seed Sample Collected at: | PENNINGTON SEED          CULLMAN AL |
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO |
| Name  Address on tag: | **PENNINGTON SEED   GREENFIELD MO** |

| Date Rec'd. | 02/04/2004 | Date of Report | 03/09/2004 | Where Grown | MO | Net Wt. | 25 | Bags on Hand | 640 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **96** | **.80** | **.30** | **2.90** | **85** | **NS** | **1/04** |
| **FOUND:** | **95.74** | **.78** | **.29** | **3.19** | **91** | **0** | **03/09/2004** |

Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **135 HAIRY CHESS, 27 DOCK, 18 SHEEP SORREL, 18 BUCKHORN PLANTAIN** |
|---|---|
| Found: | **HAIRY CHESS OR CHEAT=27** |

**VIOLATION:REASON**

**COMMENTS**  640 BAGS  * CONTAINS .25% RYEGRASS.  * LAWN GRASS SEED

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21272 |
| LOT NO | **30RT04GR** |
| INSP NO | 54 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   PENNINGTON SEED          CULLMAN AL

Seed were shipped by:   PENNINGTON SEED   GREENFIELD MO

Name Address on tag:   **PENNINGTON SEED   GREENFIELD MO**

Date Rec'd.   02/04/2004   Date of Report   03/09/2004   Where Grown   **MO**   Net Wt.   **50**   Bags on Hand   80

Variety Common Name Given on Tag   **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **.80** | **.30** | **2.90** | **85** | **NS** | **1/04** |
| FOUND: | **95.35** | **.74** | **.56** | **3.35** | **92** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:   **135 HAIRY CHESS, 63 SHEEP SORREL, 54 DOCK, 45 BUCKHORN PLANTAIN**

Found:   **HAIRY CHESS OR CHEAT=72, DOCK=72, SHEEP SORREL=9, BUCKHORN PLANTAIN=9**

VIOLATION:REASON

COMMENTS   80 BAGS * CONTAINS .20% RYEGRASS   * LAWN GRASS SEED

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21274 |
|---|---|
| LOT NO | **320213GR-EB** |
| INSP NO | 56 N |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  PENNINGTON SEED          CULLMAN AL

Seed were shipped by:  PENNINGTON SEED   GREENFIELD MO

Name  Address on tag:  **PENNINGTON SEED    GREENFIELD MO**

Date Rec'd.  02/04/2004  | Date of Report  03/17/2004 | Where Grown  **MO**  | Net Wt.  **25**  | Bags on Hand  480

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **95** | **1.40** | **.50** | **3.10** | **85** | **NS** | **9/03** |
| **FOUND:** | **97.22** | **.57** | **.10** | **2.11** | **83** | **0** | **03/17/2004** |

#### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **117 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 9 BUCKHORN PLANTAIN** |
|---|---|
| Found: | **NONE** |

**VIOLATION:REASON**

**COMMENTS**  480 BAGS * CONTAINS .40% RYEGRASS  * LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21275 |
| LOT NO | **320193GR-AE** |
| INSP NO | 57 N |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   PENNINGTON SEED          CULLMAN AL

Seed were shipped by:   PENNINGTON SEED   GREENFIELD MO

Name  Address on tag:   **PENNINGTON SEED    GREENFIELD MO**

Date Rec'd.   02/04/2004   Date of Report   03/17/2004   Where Grown   **MO**   Net Wt.   **25**   Bags on Hand   140

Variety  Common Name Given on Tag   **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | 1 | .50 | 2.50 | 85 | NS | 9/03 |
| FOUND: | 97.30 | .33 | .18 | 2.19 | 86 | 0 | 03/17/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:          **117 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found:                          **HAIRY CHESS OR CHEAT=9**

**VIOLATION:REASON**

**COMMENTS**   140 BAGS * CONTAINS .50% RYEGRASS  * LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21276 |
| LOT NO | **30260GGR** |
| INSP NO | 58 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | |
|---|---|---|
| Seed Sample Collected at: | PENNINGTON SEED | CULLMAN AL |
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO | |
| Name  Address on tag: | **PENNINGTON SEED   GREENFIELD MO** | |

| Date Rec'd. | 02/04/2004 | Date of Report | 03/12/2004 | Where Grown | **MO** | Net Wt. | **50** | Bags on Hand | 144 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag **KENTUCKY 31 TALL FESCUE**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **.90** | **.60** | **2.50** | **85** | **NS** | **11/03** |
| FOUND: | **96.92** | **.52** | **.51** | **2.05** | **90** | **0** | **03/12/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN** |
| Found: | **HAIRY CHESS OR CHEAT=63, DOCK=1, SHEEP SORREL=1** |

**VIOLATION:REASON**

**COMMENTS**   144 BAGS * CONTAINS .30% RYEGRASS  * LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama  36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21277 |
| **LOT NO** | **30262GGR** |
| **INSP NO** | 59 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   PENNINGTON SEED            CULLMAN AL

Seed were shipped by:  PENNINGTON SEED   GREENFIELD MO

Name  Address on tag:  **PENNINGTON SEED    GREENFIELD MO**

Date Rec'd.   02/04/2004   | Date of Report   03/12/2004  | Where Grown   **MO**  | Net Wt.  **50**  | Bags on Hand   336

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **96** | **.90** | **.60** | **2.50** | **85** | **NS** | **11/03** |
| **FOUND:** | **96.75** | **.48** | **.28** | **2.49** | **92** | **0** | **03/12/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:          **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found:                                    **NONE**

VIOLATION:REASON

COMMENTS    336 BAGS * CONTAINS .30% RYEGRASS  * LAWN GRASS SEED

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21278 |
| **LOT NO** | **30261GGR** |
| **INSP NO** | 60 N |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   PENNINGTON SEED            CULLMAN AL

Seed were shipped by:   PENNINGTON SEED   GREENFIELD MO

Name  Address on tag:   **PENNINGTON SEED    GREENFIELD MO**

Date Rec'd.   02/04/2004   Date of Report   03/12/2004   Where Grown   **MO**   Net Wt.   **50**   Bags on Hand   240

Variety  Common Name Given on Tag   **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **96** | **.90** | **.60** | **2.50** | **85** | **NS** | **11/03** |
| **FOUND:** | **96.07** | **.61** | **.34** | **2.98** | **93** | **0** | **03/12/2004** |

#### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:            **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found:                     **HAIRY CHESS OR CHEAT=54**

**VIOLATION:REASON**

**COMMENTS**   240 BAGS * CONTAINS .30% RYEGRASS  * LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21279 |
| LOT NO | **30299GGR** |
| INSP NO | 61 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: PENNINGTON SEED        CULLMAN AL

Seed were shipped by: PENNINGTON SEED   GREENFIELD MO

Name  Address on tag: **PENNINGTON SEED    GREENFIELD MO**

Date Rec'd. 02/04/2004 | Date of Report 03/12/2004 | Where Grown **MO** | Net Wt. **50** | Bags on Hand 144

Variety  Common Name Given on Tag **KENTUCKY 31 TALL FESCUE**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **96** | **.90** | **.60** | **2.50** | **85** | **NS** | **11/03** |
| **FOUND:** | **96.32** | **.32** | **.50** | **2.86** | **83** | **0** | **03/12/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found: **HAIRY CHESS=63, SHEEP SORREL=9**

**VIOLATION:REASON**

**COMMENTS** 144 BAGS * CONTAINS .30% RYEGRASS  * LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21287 |
| LOT NO | **30297GGR** |
| INSP NO | 69 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   PENNINGTON                CULLMAN AL

Seed were shipped by:   PENNINGTON SEED   GREENFIELD MO

Name  Address on tag:   **PENNINGTON SEED   GREENFIELD MO**

Date Rec'd.   02/04/2004   Date of Report   03/12/2004   Where Grown   **MO**   Net Wt.   **50**   Bags on Hand   168

Variety  Common Name Given on Tag   **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **.90** | **.60** | **2.50** | **85** | **NS** | **11/03** |
| FOUND: | **95.49** | **.46** | **.69** | **3.36** | **89** | **0** | **03/12/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN** |
| Found: | **HAIRY CHESS OR CHEAT=81, DOCK=9** |

**VIOLATION:REASON**

COMMENTS   168 BAGS  * CONTAINS .30% RYEGRASS. * LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21288 |
|---|---|
| LOT NO | 30298GGR |
| INSP NO | 70 N |

### SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | PENNINGTON | CULLMAN AL | |
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO | | |
| Name  Address on tag: | **PENNINGTON SEED   GREENFIELD MO** | | |

| Date Rec'd. | 02/04/2004 | Date of Report | 03/12/2004 | Where Grown | **MO** | Net Wt. | **50** | Bags on Hand | 168 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **96** | **.90** | **.60** | **2.50** | **85** | **NS** | **11/03** |
| **FOUND:** | **95.73** | **.54** | **.51** | **3.22** | **91** | **0** | **03/12/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

| Labeled: | **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN** |
|---|---|
| Found: | **HAIRY CHESS OR CHEAT=27** |

**VIOLATION:REASON**

COMMENTS  168 BAGS  * CONTAINS .30% RYEGRASS. * LAWN GRASS SEED

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21292 |
|---|---|
| LOT NO | **30214GGR** |
| INSP NO | 362-A |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   PENNINGTON          CULLMAN AL

Seed were shipped by:   PENNINGTON SEED   GREENFIELD MO

Name  Address on tag:   **PENNINGTON SEED   GREENFIELD MO**

Date Rec'd.   02/10/2004   Date of Report   03/12/2004   Where Grown   **MO**   Net Wt.   **50**   Bags on Hand   288

Variety  Common Name Given on Tag   **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .90 | .60 | 2.50 | 85 | NS | 10/03 |
| FOUND: | 96.14 | .36 | .17 | 3.33 | 90 | 0 | 03/12/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:   **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found:   **NONE**

**VIOLATION:REASON**

**COMMENTS**   288 BAGS *CONTAINS 30% RYEGRASS *LAWN GRASS SEED *TREATED :( APRON XL LS)

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21294 |
| LOT NO | 30293GGR |
| INSP NO | 364-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  PENNINGTON            CULLMAN AL

Seed were shipped by:  PENNINGTON SEED    GREENFIELD MO

Name  Address on tag:  **PENNINGTON SEED    GREENFIELD MO**

Date Rec'd.  02/10/2004  | Date of Report  03/12/2004  | Where Grown  **MO**  | Net Wt.  **50**  | Bags on Hand  288

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **96** | **.90** | **.60** | **2.50** | **85** | **NS** | **11/03** |
| **FOUND:** | **96.13** | **.49** | **.38** | **3** | **87** | **0** | **03/12/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

Labeled:        **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found:                        **SHEEP SORREL=9**

**VIOLATION:REASON**

**COMMENTS**   288 BAGS *CONTAINS 30% RYEGRASS *LAWN GRASS SEED *TREATED :( APRON XL LS)

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21314 |
| LOT NO | **NS** |
| INSP NO | 384-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:

Seed were shipped by:

Name  Address on tag:  **NO INSPECTOR REPORT**

Date Rec'd.  02/10/2004  Date of Report  03/09/2004  Where Grown     Net Wt.     Bags on Hand

Variety  Common Name Given on Tag  **SOYBEANS**

Found in this Lab  **SAME**

| ANALYSIS LABELED: | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| FOUND: | | | | | **90** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:

Found:

**VIOLATION:REASON**

COMMENTS    FARMER SAMPLE, GERM & VIGOR. *PHONE IN INFO. INSP. REPORT IN MAIL.  RETEST; VIGOR TEST RESULTS 31% + 0% DORMANT SEED; LOW VIGOR.

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21322 |
| LOT NO | **489** |
| INSP NO | 22L |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: CLEMMONS & HAMNER (SEED PROCESSOR)          KILLEN AL

Seed were shipped by: INTEST

Name  Address on tag: **CLEMMONS & HAMNER   KILLEN AL**

Date Rec'd. 02/19/2004 | Date of Report 03/11/2004 | Where Grown **NS** | Net Wt. **50** | Bags on Hand 900

Variety  Common Name Given on Tag **W.G.F. SORGHUM**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| **FOUND:** | | | | | 86 | 0 | 03/11/2004 |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

Labeled:                                                    **NS**

Found:

**VIOLATION:REASON**

**COMMENTS**  900 BAGS *INTEST    *THIS SEED WAS TAKEN AT SEED PROCESSOR- IT MAY BE OFFERED FOR SALE AFTER ANALYSIS IS DONE.

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
## 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21323 |
| **LOT NO** | **490** |
| **INSP NO** | 23L |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  CLEMMONS & HAMNER (SEED PROCESSOR)     KILLEN AL

Seed were shipped by:  INTEST

Name  Address on tag:  **CLEMMONS & HAMNER   KILLEN AL**

Date Rec'd.  02/19/2004   **Date of Report**  03/11/2004   **Where Grown**   **NS**   **Net Wt.**   **50**   **Bags on Hand**   900

Variety  Common Name Given on Tag   **W.G.F. SORGHUM**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| **FOUND:** | | | | | 84 | 0 | 03/11/2004 |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

| Labeled: | **NS** |
|---|---|
| Found: | |

**VIOLATION:REASON**

**COMMENTS**   900 BAGS *INTEST    *THIS SEED WAS TAKEN AT SEED PROCESSOR- IT MAY BE OFFERED FOR SALE AFTER ANALYSIS IS DONE.

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21324 |
| LOT NO | **487** |
| INSP NO | 24L |

## SEED REPORT    STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  CLEMMONS & HAMNER (SEED PROCESSOR)    KILLEN AL

Seed were shipped by:  INTEST

Name Address on tag:  **CLEMMONS & HAMNER   KILLEN AL**

Date Rec'd.  02/19/2004  Date of Report  03/11/2004  Where Grown  **NS**  Net Wt.  **50**  Bags on Hand  1050

Variety  Common Name Given on Tag  **W.G.F. SORGHUM**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | | | | | **86** | **0** | **03/11/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **NS** |
| Found: | |

VIOLATION:REASON

COMMENTS   1050 BAGS  *INTEST   *THIS SEED WAS TAKEN AT SEED PROCESSOR- IT MAY BE OFFERED FOR SALE AFTER ANALYSIS IS DONE.

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21325 |
| **LOT NO** | **320226GGR-00** |
| **INSP NO** | 24-D |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  PENNINGTON SEED          CULLMAN, AL

Seed were shipped by:  PENNINGTON SEED    GREENFIELD, MO

Name  Address on tag:  **PENNINGTON SEED      GREENFIELD, MO**

Date Rec'd.  02/19/2004  Date of Report  03/24/2004  Where Grown  **MO**  Net Wt.  **25**  Bags on Hand  320

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **96** | **1.30** | **.50** | **2.20** | **85** | **NS** | **9/03** |
| **FOUND:** | **96.99** | **.65** | **.12** | **2.24** | **84** | **0** | **03/24/2004** |

Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                    **72 HAIRY CHESS, 45 DOCK, 45 SHEEP SORREL, 18 BUCKHORN PLANTAIN**

Found:                         **18 SHEEP SORREL, 9 DOCK**

**VIOLATION:REASON**

**COMMENTS**  320 BAGS  *LAWN GRASS SEED  (TREATED)

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

| | |
|---|---|
| **Seed Division** | **LAB NO**  21326 |
| Phone: (334) 240-7140 | **LOT NO**  **30229GGR** |
| Fax (334) 240-7193 | **INSP NO**  25-D |

## SEED REPORT  STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  PENNINGTON SEED          CULLMAN, AL

Seed were shipped by:  PENNINGTON SEED     GREENFIELD, MO

Name  Address on tag:  **PENNINGTON SEED     GREENFIELD, MO**

| Date Rec'd. | 2/19/04 | Date of Report | 3/19/04 | Where Grown | **MO** | Net Wt. | **50** | Bags on Hand | 144 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **96** | **.90** | **.60** | **2.50** | **85** | **NS** | **10/03** |
| **FOUND:** | 97.18 | .34 | .08 | 2.40 | 93 | 0 | 3/19/04 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found:                        **HAIRY CHESS/CHEAT=27**

**VIOLATION:REASON**

**COMMENTS**    144 BAGS *LAWN GRASS SEED  (TREATED)

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21327 |
| LOT NO | **30211GGR** |
| INSP NO | 26-D |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:    PENNINGTON SEED            CULLMAN, AL

Seed were shipped by: PENNINGTON SEED    GREENFIELD, MO

Name  Address on tag: **PENNINGTON SEED    GREENFIELD, MO**

Date Rec'd.    2/19/04    Date of Report    3/19/04    Where Grown    **MO**    Net Wt.    **50**    Bags on Hand    72

Variety  Common Name Given on Tag **KENTUCKY 31 TALL FESCUE**

Found in this Lab    **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .90 | .60 | 2.50 | 85 | NS | 10/03 |
| FOUND: | 95.95 | .49 | .15 | 3.41 | 93 | 0 | 3/19/04 |

Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:        **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found:                    **CHEAT/HAIRY CHESS=36**

VIOLATION:REASON

COMMENTS    72 BAGS  *LAWN GRASS SEED  (TREATED)

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | | |
|---|---|---|
| LAB NO | | 21328 |
| LOT NO | | **30208GGR** |
| INSP NO | | 27-D |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   PENNINGTON SEED          CULLMAN, AL

Seed were shipped by:  PENNINGTON SEED    GREENFIELD, MO

Name  Address on tag:  **PENNINGTON SEED     GREENFIELD, MO**

Date Rec'd.   2/19/04    Date of Report    3/19/04   Where Grown    **MO**    Net Wt.    **50**    Bags on Hand    120

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab    **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .90 | .60 | 2.50 | 85 | NS | 10/03 |
| FOUND: | 95.78 | .35 | .28 | 3.59 | 91 | 0 | 3/19/04 |

Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN

Found:                          CHEAT/HAIRY CHESS=18

VIOLATION:REASON

COMMENTS    120 BAGS  *LAWN GRASS SEED   (TREATED)

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21329 |
| LOT NO | **30209GGR** |
| INSP NO | 28-D |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   PENNINGTON SEED          CULLMAN, AL

Seed were shipped by:  PENNINGTON SEED    GREENFIELD, MO

Name  Address on tag:  **PENNINGTON SEED    GREENFIELD, MO**

Date Rec'd.   2/19/04    Date of Report    3/19/04    Where Grown    **MO**    Net Wt.    **50**    Bags on Hand    72

Variety  Common Name Given on Tag   **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .90 | .60 | 2.50 | 85 | NS | 10/03 |
| FOUND: | 95.80 | .25 | .53 | 3.42 | 92 | 0 | 3/19/04 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:              135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN

Found:                      HAIRY CHESS/CHEAT=18

VIOLATION:REASON

COMMENTS   72 BAGS  *LAWN GRASS SEED (TREATED)

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

| | |
|---|---|
| Seed Division | **LAB NO**    21330 |
| Phone: (334) 240-7140 | **LOT NO**    **30249GGR** |
| Fax (334) 240-7193 | **INSP NO**    29-D |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:   PENNINGTON SEED          CULLMAN, AL

Seed were shipped by:  PENNINGTON SEED    GREENFIELD, MO

Name  Address on tag:  **PENNINGTON SEED    GREENFIELD, MO**

Date Rec'd.   2/19/04    Date of Report    3/19/04    Where Grown    **MO**    Net Wt.    **50**    Bags on Hand    96

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab    **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **96** | **.90** | **.60** | **2.50** | **85** | **NS** | **10/03** |
| **FOUND:** | **96.02** | **.54** | **.97** | **2.47** | **97** | **0** | **3/19/04** |

Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:          **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found:                      **HAIRY CHESS/CHEAT=63**

**VIOLATION:REASON**

**COMMENTS**    96 BAGS  *LAWN GRASS SEED  (TREATED)

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama  36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21331 |
| **LOT NO** | **320321GGR** |
| **INSP NO** | 30-D |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

**Seed Sample Collected at:**  PENNINGTON SEED          CULLMAN, AL.

**Seed were shipped by:**  PENNINGTON SEED    GREENFIELD, MO

**Name  Address on tag:  PENNINGTON SEED     GREENFIELD, MO**

**Date Rec'd.**  2/19/04    **Date of Report**  3/19/04    **Where Grown**   MO    **Net Wt.**   25    **Bags on Hand**   560

**Variety  Common Name Given on Tag  KENTUCKY 31 TALL FESCUE**

**Found in this Lab   SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **96** | **.90** | **.60** | **2.50** | **85** | **NS** | **12/03** |
| **FOUND:** | **97.89** | **.51** | **.03** | **1.57** | **96** | **0** | **3/19/04** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

**Labeled:**          **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

**Found:**              **HAIRY CHESS/CHEAT=27**

**VIOLATION:REASON**

**COMMENTS**   560 BAGS  *LAWN GRASS SEED  (TREATED)

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| LAB NO | 21332 |
| LOT NO | **320220GGR-WT** |
| INSP NO | 31-D |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  PENNINGTON SEED          CULLMAN, AL

Seed were shipped by:  PENNINGTON SEED    GREENFIELD, MO

Name  Address on tag:  **PENNINGTON SEED      GREENFIELD, MO**

| Date Rec'd. | 02/19/2004 | Date of Report | 03/24/2004 | Where Grown | **MO** | Net Wt. | **25** | Bags on Hand | 520 |

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab    **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **1.20** | **.40** | **2.40** | **85** | **NS** | **9/03** |
| FOUND: | | | **OK** | | **86** | **0** | **03/24/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                **117 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found:                        **NONE FOUND**

VIOLATION:REASON

COMMENTS    520 BAGS  *LAWN GRASS SEED  (TREATED)

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21334 |
| **LOT NO** | **320266GGR** |
| **INSP NO** | 33-D |

## SEED REPORT  STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | | | | |
|---|---|---|---|---|---|---|
| Seed Sample Collected at: | PENNINGTON SEED | | CULLMAN, AL | | | |
| Seed were shipped by: | PENNINGTON SEED | GREENFIELD, MO | | | | |
| Name  Address on tag: | **PENNINGTON SEED** | **GREENFIELD, MO** | | | | |
| Date Rec'd. | 02/19/2004 | Date of Report | 03/19/2004 | Where Grown | **MO** | Net Wt. | **25** | Bags on Hand | 160 |

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **96** | **.90** | **.60** | **2.50** | **85** | **NS** | **10/03** |
| **FOUND:** | | | **OK** | | **93** | **0** | **03/19/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN** |
| Found: | **HAIRY CHESS/CHEAT=9** |

**VIOLATION:REASON**

**COMMENTS**  160 BAGS *LAWN GRASS SEED (TREATED)

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

LAB NO     21341

LOT NO     **1254EW4XA**

INSP NO    40-D

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: SOUTHERN STATES STORE          CENTRE, AL

Seed were shipped by: MONSANTO CO.     ST. LOUIS, MO

Name  Address on tag:  **MONSANTO CO.      ST. LOUIS, MO**

Date Rec'd.   02/19/2004   Date of Report   03/09/2004   Where Grown   **MO**   Net Wt.   **50**   Bags on Hand   180

Variety  Common Name Given on Tag  **AG4902  SOYBEAN**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98.5** | **1** | **0** | **.5** | **80** | **0** | **11/03** |
| FOUND: | | | **OK** | | **96** | **0** | **03/09/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                              **NONE**

Found:

VIOLATION:REASON

COMMENTS   180 BAGS   ***VIGOR TEST ALSO;  VIGOR RESULTS 21% ÷ 0% DORMANT SEED; LOW VIGOR.

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21375 |
| **LOT NO** | **393-T** |
| **INSP NO** | 386-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  AGRILIANCE AFC          DECATUR, AL

Seed were shipped by:  CLEMMONS & HAMNER SEED KILLEN, AL

Name  Address on tag:  **AL FARMERS COOP     DECATUR, AL**

Date Rec'd.  02/19/2004  | Date of Report  03/11/2004  | Where Grown  **AL**  | Net Wt.  **50**  | Bags on Hand  450

Variety  Common Name Given on Tag  **W G F SORGHUM**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **98.50** | **.80** | **.20** | **.50** | **80** | **0** | **11/03** |
| **FOUND:** | | | | | **86** | **0** | **03/11/2004** |

Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                          **NONE**

Found:

**VIOLATION:REASON**

**COMMENTS**   450 BAGS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama  36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21376 |
| LOT NO | **21102** |
| INSP NO | 387-A |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | AGRILIANCE AFC | DECATUR, AL | |
| Seed were shipped by: | TECOMATE WILDLIFE SYSTEMS   MC ALLEN TX | | |
| Name  Address on tag: | **TECOMATE WILDLIFE SYSTEMS    MC ALLEN TX** | | |

| Date Rec'd. | 02/19/2004 | Date of Report | 03/16/2004 | Where Grown | **AUSTRALIA** | Net Wt. | **20** | Bags on Hand | 1200 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **RONGAI  LAB LAB**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99.05** | **.95** | **0** | **0** | **87** | **1** | **2/04** |
| **FOUND:** | | | **OK** | | **90** | **0** | **03/16/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:  **NONE**

Found:

**VIOLATION:REASON**

**COMMENTS**   1200 BAGS *LOT NUMBER  HAS BEEN CHANGED, ORIGINAL LOT NUMBER: 17761

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21377 |
| LOT NO | **425** |
| INSP NO | 388-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | AGRILIANCE AFC | DECATUR, AL | |
| Seed were shipped by: | CLEMMONS & HAMNER SEED  KILLEN, AL | | |
| Name  Address on tag: | **AGRILIANCE-AFC, LLC   DECATUR, AL** | | |

| Date Rec'd. | 02/19/2004 | Date of Report | 03/09/2004 | Where Grown | **TN** | Net Wt. | **50** | Bags on Hand | 40 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag   **HICKORY KING (WHITE) OPEN POLLINATED CORN**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98** | **1.25** | **.05** | **.70** | **85** | **0** | **11/03** |
| FOUND: | | | | | 87 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **NONE** |
| Found: | |

**VIOLATION:REASON**

**COMMENTS**   40 BAGS

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21378 |
| LOT NO | **407** |
| INSP NO | 389-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: AGRILIANCE AFC          DECATUR, AL

Seed were shipped by: CLEMMONS & HAMNER SEED  KILLEN, AL

Name  Address on tag: **AGRILIANCE-AFC, LLC  DECATUR, AL**

Date Rec'd. 02/19/2004  Date of Report 03/09/2004  Where Grown  **TN**  Net Wt. **50**  Bags on Hand 100

Variety  Common Name Given on Tag  **TRUCKER'S FAVORITE ( YELLOW ) OPEN POLLINATED CORN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **98** | **1.25** | **.05** | **.70** | **85** | **0** | **11/03** |
| **FOUND:** | | | | | **96** | **0** | **03/09/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                             **NONE**

Found:

**VIOLATION:REASON**

**COMMENTS**  100 BAGS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123





*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| LAB NO | 21379 |
| LOT NO | **428** |
| INSP NO | 390-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Seed Sample Collected at: | AGRILIANCE AFC | | DECATUR, AL | | | | |
| Seed were shipped by: | CLEMMONS & HAMNER SEED  KILLEN, AL | | | | | | |
| Name  Address on tag: | **AGRILIANCE-AFC, LLC  DECATUR, AL** | | | | | | |
| Date Rec'd. | 02/19/2004 | Date of Report | 03/09/2004 | Where Grown | **TN** | Net Wt. | **50** | Bags on Hand | 120 |

Variety  Common Name Given on Tag    **TRUCKER'S FAVORITE (WHITE) OPEN POLLINATED CORN**

Found in this Lab    **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98** | **1.25** | **.05** | **.70** | **85** | **0** | **11/03** |
| FOUND: | | | | | **95** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **NONE** |
| Found: | |

**VIOLATION:REASON**

**COMMENTS**    120 BAGS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21380 |
| LOT NO | **E244635** |
| INSP NO | 391-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | AGRILIANCE AFC | DECATUR, AL | |
| Seed were shipped by: | LAND O' LAKES, INC. | FT. DODGE, IA | |
| Name  Address on tag: | **LAND O' LAKES, INC.** | **FT. DODGE, IA** | |

| Date Rec'd. | 02/19/2004 | Date of Report | 03/09/2004 | Where Grown | **IA** | Net Wt. | **59** | Bags on Hand | 250 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag | **872RR2 LR-B1 HYBRID SEED  CORN**

Found in this Lab | **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 99.5 | .5 | 0 | 0 | 95 | **NS** | 1/04 |
| FOUND: | | | | | 98 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **NONE** |
| Found: | |

**VIOLATION:REASON**

**COMMENTS** | 250 BAGS *TREATED: MAXIM, METALAXYL, ACTELLIC-5E

**Director**

**Seed Division**



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21381 |
|---|---|
| LOT NO | **G1125/03A-8539** |
| INSP NO | 392-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  AGRILIANCE AFC          DECATUR, AL

Seed were shipped by:  THE WAX CO. AMORY, MS

Name  Address on tag:  **THE WAX CO.  AMORY, MS**

Date Rec'd.  02/19/2004 | Date of Report  03/09/2004 | Where Grown  **CA** | Net Wt.  **50** | Bags on Hand  280

Variety  Common Name Given on Tag  **CA. CERT. MISSISSIPPI PINKEYE SOUTHERNPEA**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98.50** | **1.45** | **0** | **.05** | **85** | **0** | **12/03** |
| FOUND: | | | **OK** | | **86** | **3** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NONE**

Found:

**VIOLATION:REASON**

**COMMENTS**  280 BAGS * CA. CERT. *VARIETY ON BAG: MISSISSIPPI PINKEYE PURPLEHULL

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21382 |
| **LOT NO** | **G1152/03A-7796** |
| **INSP NO** | 393-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: AGRILIANCE AFC          DECATUR, AL

Seed were shipped by: THE WAX CO. AMORY, MS

Name  Address on tag: **THE WAX CO.  AMORY, MS**

Date Rec'd. 02/19/2004  Date of Report 03/09/2004  Where Grown **CA**  Net Wt. **50**  Bags on Hand 40

Variety  Common Name Given on Tag **MISSISSIPPI SILVER SOUTHERNPEA**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **98.50** | **1.45** | **0** | **.05** | **80** | **0** | **12/03** |
| **FOUND:** | | | **OK** | | **91** | **0** | **03/09/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

Labeled: **NONE**

Found:

**VIOLATION:REASON**

**COMMENTS** 40 BAGS *LOT NUMBER ON BAG: G1152

**Director**

**Seed Division**




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21388 |
| **LOT NO** | **221** |
| **INSP NO** | 399-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   BRAGG FARMS          TONEY, AL

Seed were shipped by:   INTEST

Name Address on tag:   **PROCESSED BY BRAGG FARMS   TONEY, AL**

| Date Rec'd. | 02/19/2004 | Date of Report | 03/09/2004 | Where Grown | **NS** | Net Wt. | **50** | Bags on Hand | 900 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag   **SSCA CERT. HUTCHESON SOYBEAN**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.55** | **.45** | **0** | **0** | **91** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **NS** |
|---|---|
| Found: | **NONE** |

**VIOLATION:REASON**

**COMMENTS**   900 BAGS **INTEST * SSCA CERT.

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama  36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21389 |
| LOT NO | **222** |
| INSP NO | 400-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  BRAGG FARMS          TONEY, AL

Seed were shipped by:  INTEST

Name  Address on tag:  **PROCESSED BY BRAGG FARMS  TONEY, AL**

Date Rec'd.  02/19/2004  Date of Report  03/09/2004  Where Grown  **NS**  Net Wt.  **50**  Bags on Hand  900

Variety  Common Name Given on Tag  **SSCA CERT. HUTCHESON SOYBEAN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| **FOUND:** | **99.58** | **.38** | **0** | **.04** | **92** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                    **NS**

Found:                                    **NONE**

**VIOLATION:REASON**

**COMMENTS**   900 BAGS **INTEST * SSCA CERT.

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21390 |
| LOT NO | **223** |
| INSP NO | 401-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  BRAGG FARMS          TONEY, AL

Seed were shipped by:  INTEST

Name  Address on tag:  **PROCESSED BY BRAGG FARMS  TONEY, AL**

Date Rec'd.  02/19/2004  Date of Report  03/11/2004  Where Grown  **NS**  Net Wt.  **50**  Bags on Hand  800

Variety  Common Name Given on Tag  **SSCA CERT. HUTCHESON SOYBEAN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.43** | **.51** | **0** | **.06** | **89** | **0** | **03/11/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

| Labeled: | **NS** |
|---|---|
| Found: | **NONE** |

VIOLATION:REASON

COMMENTS   800 BAGS **INTEST * SSCA CERT.

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama  36107-1123





*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21391 |
| LOT NO | **301** |
| INSP NO | 402-A |

### SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:  BRAGG FARMS          TONEY, AL

Seed were shipped by:  INTEST

Name  Address on tag:  **PROCESSED BY BRAGG FARMS  TONEY, AL**

Date Rec'd.  02/19/2004  | Date of Report  03/11/2004  | Where Grown  **NS**  | Net Wt.  **50**  | Bags on Hand  900

Variety  Common Name Given on Tag  **DG 3614 RR SOYBEAN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.36** | **.55** | **0** | **.09** | **88** | **0** | **03/11/2004** |

#### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NS**

Found: **NONE**

**VIOLATION:REASON**

**COMMENTS**  900 BAGS **INTEST

**Director**

**Seed Division**



# STATE OF ALABAMA



## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21392 |
|---|---|
| LOT NO | **302** |
| INSP NO | 403-A |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabeling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  BRAGG FARMS               TONEY, AL

Seed were shipped by:  INTEST

Name  Address on tag:  **PROCESSED BY BRAGG FARMS  TONEY, AL**

Date Rec'd.  02/19/2004  | Date of Report  03/11/2004  | Where Grown  **NS**  | Net Wt.  **50**  | Bags on Hand  900

Variety  Common Name Given on Tag  **DG 3614 RR SOYBEAN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.08** | **.85** | **0** | **.07** | **89** | **0** | **03/11/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                         **NS**

Found:                                          **NONE**

VIOLATION:REASON

COMMENTS    900 BAGS ^*INTEST

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama  36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21393 |
| LOT NO | **303** |
| INSP NO | 404-A |

## SEED REPORT  STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.
This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   BRAGG FARMS          TONEY, AL

Seed were shipped by:  INTEST

Name  Address on tag:  **PROCESSED BY BRAGG FARMS  TONEY, AL**

Date Rec'd.  02/19/2004  **Date of Report**  03/09/2004  **Where Grown**  **NS**  Net Wt.  **50**  Bags on Hand  900

Variety  Common Name Given on Tag  **DG 3614 RR SOYBEAN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.04** | **.75** | **0** | **.21** | **92** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **NS** |
|---|---|
| Found: | **NONE** |

VIOLATION:REASON

COMMENTS    900 BAGS **INTEST

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21394 |
| **LOT NO** | **304** |
| **INSP NO** | 405-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   BRAGG FARMS                    TONEY, AL

Seed were shipped by:  INTEST

Name  Address on tag:  **PROCESSED BY BRAGG FARMS  TONEY, AL**

Date Rec'd.  02/19/2004  | Date of Report  03/11/2004  Where Grown   **NS**   Net Wt.  **50**  Bags on Hand  900

Variety  Common Name Given on Tag  **DG 3614 RR SOYBEAN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| **FOUND:** | **98.90** | **.64** | **0** | **.46** | **93** | **0** | **03/11/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **NS** |
|---|---|
| Found: | **NONE** |

**VIOLATION:REASON**

**COMMENTS**   900 BAGS **INTEST

**Director**

**Seed Division**




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21396 |
| LOT NO | **8951** |
| INSP NO | 342-0 |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | SEED PROCESSORS | WETUMPKA, AL | |
| Seed were shipped by: | CARRY OVER | | |

Name  Address on tag:  **THE WAX CO    AMORY, MS**

| Date Rec'd. | 02/24/2004 | Date of Report | 03/09/2004 | Where Grown | **SD** | Net Wt. | **50** | Bags on Hand | 1 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **BLACK OIL F-2 HYBRID SUNFLOWER**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98** | **1** | **.05** | **.95** | **80** | --- | **4/03** |
| FOUND: | | | | | 26 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **NONE** |
| Found: | |

VIOLATION:REASON

COMMENTS   1 BAG *OLD TEST DATE; This lot of seed was found to germinate below the minimum germination standard of 60%; therefore, this lot of seed cannot be offered for sale in Alabama.

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| LAB NO | 21400 |
|---|---|
| **LOT NO** | **03-8819-5** |
| **INSP NO** | 346-0 |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | |
|---|---|---|
| Seed Sample Collected at: | SEED PROCESSORS | WETUMPKA, AL |
| Seed were shipped by: | PENNINGTON SEED INC.  CULLMAN, AL. | |
| Name  Address on tag: | **C.T. SMITH LTD  PLEASANTON, TX** | |

| Date Rec'd. | 02/24/2004 | Date of Report | 03/23/2004 | Where Grown | **TX** | Net Wt. | **50** | Bags on Hand | 15 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag **PINKEYE PURPLEHULL BVR SOUTHERNPEA**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | 98 | 1 | 0 | 1 | 75 | 0 | 12/03 |
| **FOUND:** | | | OK | | 95 | 0 | 03/23/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **NONE** |
|---|---|
| Found: | |

**VIOLATION:REASON**

| COMMENTS | 15 BAGS * CAPTAN TREATED SEED   UNABLE TO DO A COMPLETE VARIETAL DIFFERTIATION BECAUSE OF TREATMENT. |
|---|---|

**Director**

**Seed Division**




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21401 |
| LOT NO | **4301** |
| INSP NO | 347-0 |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | | | |
|---|---|---|---|---|---|
| Seed Sample Collected at: | SEED PROCESSORS | | WETUMPKA, AL | | |
| Seed were shipped by: | CARRY OVER | | | | |
| Name  Address on tag: | **SEED PROCESSORS** | **WETUMPKA, AL** | | | |
| Date Rec'd. | 02/24/2004 | Date of Report | 03/16/2004 | Where Grown | **TX** | Net Wt. | **50** | Bags on Hand | 28 |

Variety  Common Name Given on Tag **SUMMERGRAZER 111 HYBRID SORGHUM SUDANGRASS**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98.50** | **1** | **.05** | **.45** | **85** | **NS** | **1/03** |
| FOUND: | | | | | 76 | 0 | 03/16/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **NONE** |
| Found: | |

**VIOLATION: REASON**

**COMMENTS**   28 BAGS *OLD TEST DATE **CAPTAN TREATED; This lot of seed was found to germinate lower than the germination stated on the analysis tag.

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21408 |
| **LOT NO** | **B03010** |
| **INSP NO** | 354-0 |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   PIEDMONT FERTILIZER CO.          OPELIKA, AL

Seed were shipped by:   THE WAX CO     AMORY, MS

Name  Address on tag:   **THE WAX CO      AMORY, MS**

| Date Rec'd. | 02/26/2004 | Date of Report | 03/17/2004 | Where Grown | **CA** | Net Wt. | **50** | Bags on Hand | 4 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag   **HULLED BERMUDAGRASS**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **95** | **4** | **.50** | **.50** | **85** | **NS** | **7/03** |
| **FOUND:** | **96.48** | **3.47** | **.05** | **0** | **93** | **0** | **03/17/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                              **NONE**

Found:

VIOLATION:REASON

COMMENTS   4 BAGS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21409 |
| **LOT NO** | **Z3DON11022-00** |
| **INSP NO** | 129-G |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**
**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:   DALE FARM CO/OP          ARITON, AL

Seed were shipped by:   AFC       DECATUR

Name  Address on tag:   **PIONEER**

Date Rec'd.   02/26/2004   **Date of Report**   03/09/2004   **Where Grown**   **NE**   **Net Wt.**   **50**   **Bags on Hand**   81

Variety  Common Name Given on Tag   **32R25 HYBRID FIELD CORN**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99.5** | **.5** | **0** | **0** | **95** | **0** | **12/03** |
| **FOUND:** | | | | | **99** | **0** | **03/09/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                **NONE**

Found:

**VIOLATION:REASON**

**COMMENTS**   81 BAGS *TREATED: FLUDIOXONIL & METALAXYL-M

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21410 |
|---|---|
| LOT NO | **W3STJ11018-F1** |
| INSP NO | 130-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  DALE CO/OP                    ARITON, AL

Seed were shipped by:  AFC        DECATUR

Name Address on tag:  **PIONEER**

Date Rec'd.  02/26/2004  | Date of Report  03/09/2004 | Where Grown     IL | Net Wt.  **50** | Bags on Hand    29

Variety  Common Name Given on Tag  **31G97 HYBRID FIELD CORN**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99.5** | **.5** | **0** | **0** | **95** | **0** | **12/03** |
| FOUND: | | | | | 98 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                   **NONE**

Found:

VIOLATION:REASON

COMMENTS   29 BAGS *TREATED: FLUDIOXONIL & METALAXYL-M

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21411 |
| **LOT NO** | **W3WOR11010-00** |
| **INSP NO** | 131-G |

## SEED REPORT  STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: DALE CO/OP     ARITON, AL

Seed were shipped by: AFC     DECATUR

Name  Address on tag: **PIONEER**

Date Rec'd. 02/26/2004 | Date of Report 03/09/2004 | Where Grown **IL** | Net Wt. **50** | Bags on Hand 100

Variety  Common Name Given on Tag  **31G66 HYBRID FIELD CORN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99.5** | **.5** | **0** | **0** | **95** | **0** | **12/03** |
| **FOUND:** | | | | | 99 | 0 | 03/09/2004 |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

Labeled: **NONE**

Found:

**VIOLATION:REASON**

**COMMENTS**  100 BAGS *TREATED: FLUDIOXONIL & METALAXYL-M

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21412 |
| LOT NO | **Z3G0011003-00** |
| INSP NO | 132-G |

### SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**
**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at: DALE CO/OP          ARITON, AL

Seed were shipped by: AFC      DECATUR

Name  Address on tag: **PIONEER**

Date Rec'd. 02/26/2004 | Date of Report  03/09/2004 | Where Grown  **IL** | Net Wt. **50** | Bags on Hand  60

Variety  Common Name Given on Tag  **31G98 HYBRID FIELD CORN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99.5** | **.5** | **0** | **0** | **95** | **0** | **12/03** |
| **FOUND:** | | | | | 99 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                         **NONE**

Found:

**VIOLATION:REASON**

**COMMENTS**   60 BAGS *TREATED: FLUDIOXONIL & METALAXYL-M

**Director**

**Seed Division**





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21413 |
| **LOT NO** | **W3C0N11038-P5** |
| **INSP NO** | 133-G |

## SEED REPORT  STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  DALE CO/OP                          ARITON, AL

Seed were shipped by:  AFC        DECATUR

Name  Address on tag:  **PIONEER**

Date Rec'd.  02/26/2004  **Date of Report**  03/09/2004  Where Grown  **MI**  Net Wt.  **50**  Bags on Hand  100

Variety  Common Name Given on Tag  **33V15 HYBRID FIELD CORN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99.5** | **.5** | **0** | **0** | **95** | **0** | **12/03** |
| **FOUND:** | | | | | **99** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **NONE** |
|---|---|
| Found: | |

**VIOLATION:REASON**

**COMMENTS**  100 BAGS *TREATED: FLUDIOXONIL & METALAXYL-M

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

| | |
|---|---|
| **Seed Division** | **LAB NO** 21414 |
| Phone: (334) 240-7140 | **LOT NO** **401** |
| Fax (334) 240-7193 | **INSP NO** 134-G |

## SEED REPORT  STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at: SEED SOUTH          DOTHAN AL

Seed were shipped by: KELLOGG SEED CO. CROWS LANDING, CA

Name  Address on tag: **KELLOGG SEED CO.  CROWS LANDING, CA**

Date Rec'd. 02/26/2004  Date of Report 03/09/2004  Where Grown  **CA**  Net Wt.  **50**  Bags on Hand  29

Variety  Common Name Given on Tag  **JACKSON WONDER LIMA BEANS**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **85** | **0** | **10/03** |
| **FOUND:** | | | | | 92 | 0 | 03/09/2004 |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

| Labeled: | 0 |
|---|---|
| Found: | |

VIOLATION:REASON

COMMENTS    29 BAGS

Director

Seed Division





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21415 |
| **LOT NO** | **413** |
| **INSP NO** | 135-G |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:  SEED SOUTH                DOTHAN AL

Seed were shipped by:  KELLOGG SEED CO. CROWS LANDING, CA

Name  Address on tag:  **KELLOGG SEED CO.  CROWS LANDING, CA**

Date Rec'd.  02/26/2004   Date of Report   03/09/2004   Where Grown   **CA**   Net Wt.   **50**   Bags on Hand   28

Variety  Common Name Given on Tag  **NEMAGREEN LIMA BEANS**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **12/03** |
| **FOUND:** | | | | | **85** | **0** | **03/09/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

Labeled:                                          **0**

Found:

**VIOLATION:REASON**

**COMMENTS**    28 BAGS

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| LAB NO | 21417 |
|---|---|
| LOT NO | **94** |
| INSP NO | 137-G |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | | |
|---|---|---|---|---|
| Seed Sample Collected at: | SEED SOUTH | | DOTHAN AL | |
| Seed were shipped by: | PHILIP LV  POULAN, GA | | | |
| Name  Address on tag: | **INTEST** | | | |

| Date Rec'd. | 02/26/2004 | Date of Report | 03/16/2004 | Where Grown | **GA** | Net Wt. | **50** | Bags on Hand | 300 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **W G F SORGHUM**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | | | | | 73 | 0 | 03/16/2004 |

#### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **NS** |
| Found: | |

**VIOLATION:REASON**

**COMMENTS**   300 BAGS ***INTEST

Director

Seed Division





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| LAB NO | 21418 |
|---|---|
| LOT NO | **G1125 / 03A-8539** |
| INSP NO | 138-G |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   SEED SOUTH                        DOTHAN AL

Seed were shipped by:  THE WAX CO  AMORY, MS

Name  Address on tag:  **THE WAX CO  AMORY, MS**

Date Rec'd.  02/26/2004   Date of Report   03/25/2004   Where Grown   **CA**   Net Wt.   **50**   Bags on Hand   80

Variety  Common Name Given on Tag  **MISSISSIPPI PINKEYE SOUTHERN PEA**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98.50** | **1.45** | **0** | **.05** | **85** | **0** | **12/03** |
| FOUND: | | | **OK** | | **95** | **1** | **03/25/2004** |

#### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                          0

Found:

**VIOLATION:REASON**

**COMMENTS**   80 BAGS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21419 |
|---|---|
| LOT NO | **03-8856-5** |
| INSP NO | 139-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   SEED SOUTH                DOTHAN AL

Seed were shipped by:   C. T. SMITH dba TASSO PROD.   PLEASANTON, TX

Name Address on tag:   **C. T. SMITH dba TASSO PROD.   PLEASANTON, TX**

Date Rec'd.   02/26/2004   Date of Report   03/25/2004   Where Grown   **TX**   Net Wt.   **50**   Bags on Hand   50

Variety  Common Name Given on Tag   **ZIPPER CREAM SOUTHERNPEA**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **93.51** | **1.50** | **0** | **4.99** | **75** | **0** | **1/04** |
| FOUND: | | | **OK** | | **85** | **0** | **03/25/2004** |

Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | | | **NONE** | |
|---|---|---|---|---|
| Found: | | | | |

VIOLATION:REASON

COMMENTS   150 BAGS **TREATED: CAPTAN

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21420 |
| **LOT NO** | **03-8904** |
| **INSP NO** | 140-G |

### SEED REPORT  STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: SEED SOUTH          DOTHAN AL

Seed were shipped by: C. T. SMITH dba TASSO PROD.   PLEASANTON, TX

Name  Address on tag: **C. T. SMITH  dba TASSO PROD.   PLEASANTON, TX**

Date Rec'd. 02/26/2004   Date of Report 03/23/2004   Where Grown **TX**   Net Wt. **50**   Bags on Hand 42

Variety  Common Name Given on Tag **CALIFORNIA BLACKEYE #5 SOUTHERNPEA**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **98** | **1** | **0** | **1** | **80** | **0** | **10/03** |
| **FOUND:** | | | **OK** | | **96** | **0** | **03/23/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NONE**

Found:

**VIOLATION:REASON**

**COMMENTS** 42 BAGS

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21421 |
| **LOT NO** | **03-8821** |
| **INSP NO** | 141-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   SEED SOUTH                DOTHAN AL

Seed were shipped by:  C. T. SMITH dba TASSO PROD.   PLEASANTON, TX

Name  Address on tag:  **C. T. SMITH  dba TASSO PROD.   PLEASANTON, TX**

Date Rec'd.   02/26/2004   Date of Report   03/23/2004   Where Grown   **TX**   Net Wt.   **50**   Bags on Hand   48

Variety  Common Name Given on Tag  **MISSISSIPPI PURPLE SOUTHERNPEA**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **93.51** | **1.50** | **0** | **4.99** | **75** | **0** | **11/03** |
| **FOUND:** | | | **OK** | | **93** | **0** | **03/23/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **NONE** |
|---|---|
| **Found:** | |

**VIOLATION:REASON**

**COMMENTS**   48 BAGS

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21422 |
| LOT NO | **5132-19** |
| INSP NO | 142-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  SEED SOUTH          DOTHAN AL

Seed were shipped by:  COFFEY SEED CO    PLAINVILLE, TX

Name Address on tag:  **SEED SOUTH   DOTHAN, AL**

Date Rec'd.  02/26/2004   **Date of Report**  04/07/2004   **Where Grown**   **TX**   Net Wt.   **50**   **Bags on Hand**   600

Variety Common Name Given on Tag   **TIFLEAF 3 HYBRID PEARL MILLET**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **98** | **1.95** | **.01** | **.04** | **80** | **NS** | **1/04** |
| **FOUND:** | | | **OK** | | **88** | **0** | **04/07/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                              **NONE**

Found:

VIOLATION:REASON

COMMENTS   600 BAGS *TREATED: ACTELLIC INSECTICIDE

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21424 |
| **LOT NO** | **8** |
| **INSP NO** | 144-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  SEED SOUTH                    DOTHAN AL

Seed were shipped by:  AGNEW FARMS  LEED, FL

Name  Address on tag:  **INTEST**

Date Rec'd.  02/26/2004   Date of Report  03/25/2004   Where Grown   **FL**   Net Wt.   **50**   Bags on Hand   150

Variety  Common Name Given on Tag   **IRON & CLAY COWPEAS**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| **FOUND:** | **97.57** | **2.43** | **0** | **0** | **73** | **14** | **03/25/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                      **NS**

Found:

**VIOLATION:REASON**

**COMMENTS**  150 BAGS  **INTEST

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21425 |
| **LOT NO** | **15** |
| **INSP NO** | 145-G |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

**Seed Sample Collected at:** SEED SOUTH     DOTHAN AL

**Seed were shipped by:** AGNEW FARMS   LEED, FL

**Name  Address on tag:** **INTEST**

**Date Rec'd.** 02/26/2004  **Date of Report** 03/25/2004  **Where Grown** **FL**  **Net Wt.** **50**  **Bags on Hand** 200

**Variety  Common Name Given on Tag** **IRON & CLAY COWPEAS**

**Found in this Lab** **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| **FOUND:** | **99.16** | **.79** | **.01** | **.04** | **85** | **7** | **03/25/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

**Labeled:** NS

**Found:**

**VIOLATION:REASON**

**COMMENTS** 200 BAGS **INTEST

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| LAB NO | 21426 |
| LOT NO | **10379** |
| INSP NO | 146-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:    SEED SOUTH                    DOTHAN AL

Seed were shipped by: PENNINGTON SEED INC   MADISON GA

Name  Address on tag: **PENNINGTON SEED INC   MADISON GA**

Date Rec'd.   02/26/2004   **Date of Report**   03/19/2004   Where Grown   **AZ**   Net Wt.   **50**   Bags on Hand   30

Variety  Common Name Given on Tag  **LONG POD GREEN OKRA**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **.98** | **.01** | **.01** | **50** | **30** | **12/03** |
| **FOUND:** | | | | | **61** | **29** | **03/19/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                    **NONE**

Found:

**VIOLATION:REASON**

**COMMENTS**   30 BAGS

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21427 |
| **LOT NO** | **1** |
| **INSP NO** | 147-G |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   SEED SOUTH                    DOTHAN  AL

Seed were shipped by:  THOMAS FARMS  JAY, FL

Name  Address on tag:  **SEED SOUTH        DOTHAN, AL**

Date Rec'd.  02/26/2004  **Date of Report**  03/22/2004  **Where Grown**  **FL**  Net Wt.  **50**  **Bags on Hand**  226

Variety  Common Name Given on Tag  **CHUFAS**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **32** | **48** | **11/03** |
| **FOUND:** | | | | | 42 | 45 | 03/22/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NONE**

Found:

**VIOLATION:REASON**

**COMMENTS**  226 BAGS

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama  36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21428 |
| **LOT NO** | **210** |
| **INSP NO** | 148-G |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   AGRILIANCE AFC               DOTHAN, AL

Seed were shipped by:  CARRY OVER

Name  Address on tag:  **ALABAMA FARMERS CO/OP  DECATUR, AL**

Date Rec'd.   02/26/2004   Date of Report   03/16/2004   Where Grown   **AL**   Net Wt.   **50**   Bags on Hand   21

Variety  Common Name Given on Tag   **W G F SORGHUM**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **98** | **1** | **.30** | **.70** | **80** | **0** | **12/02** |
| **FOUND:** | | | | | **72** | **0** | **03/16/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **NONE** |
|---|---|
| Found: | |

**VIOLATION:REASON**

**COMMENTS**   21 BAGS;  This lot of seed was found to germinate lower than the germination stated on the analysis tag.

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21429 |
| LOT NO | **428-S-1610-2** |
| INSP NO | 149-G |

### SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabeling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:  AGRILIANCE AFC          DOTHAN, AL

Seed were shipped by:  D & PL  SCOTT, MS

Name  Address on tag:  **D & PL  SCOTT, MS**

Date Rec'd.  02/26/2004   Date of Report  03/09/2004   Where Grown   **AZ**   Net Wt.  **56.9**   Bags on Hand   800

Variety  Common Name Given on Tag  **SURE-GROW 521R COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **1/04** |
| **FOUND:** | | | **OK** | | **96** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                              **NONE**

Found:                                              **NONE**

**VIOLATION:REASON**

**COMMENTS**   800 BAGS  **TREATMENT CODE 2

**Director**

**Seed Division**




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

**Ron Sparks**
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| LAB NO | 21430 |
| LOT NO | **AM3G1121** |
| INSP NO | 150-G |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   AGRILIANCE AFC                DOTHAN, AL

Seed were shipped by:  AGRILIANCE AFC        DECATUR,AL

Name  Address on tag:  **EMERGENT GENETICS USA, INC   MEMPHIS, TN**

Date Rec'd.  02/26/2004   Date of Report   03/09/2004   Where Grown   **AZ**   Net Wt.   **53.8**   Bags on Hand   200

Variety  Common Name Given on Tag   **ST 4892BR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **.90** | **0** | **.10** | **80** | **NS** | **12/03** |
| **FOUND:** | | | | | **90** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **NONE** |
| Found: | **NONE** |

**VIOLATION:REASON**

**COMMENTS**   160 BAGS **TREATMENT CODE XMNT

Director

Seed Division





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21431 |
| LOT NO | **420-H-0640-2** |
| INSP NO | 151-G |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the **LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at: AGRILIANCE AFC          DOTHAN, AL

Seed were shipped by: D&PL  SCOTT, MS

Name  Address on tag: **D&PL  SCOTT, MS**

Date Rec'd. 02/26/2004    Date of Report 03/09/2004    Where Grown    CA    Net Wt. **54.8**    Bags on Hand    50

Variety  Common Name Given on Tag    **SURE-GROW 501 BR COTTON**

Found in this Lab    **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **1/04** |
| **FOUND:** | | | | | 95 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | NONE |
|---|---|
| Found: | NONE |

**VIOLATION:REASON**

**COMMENTS**    50 BAGS  **TREATMENT CODE 2

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama  36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21432 |
| LOT NO | **782-H-2466-2** |
| INSP NO | 152-G |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  AGRILIANCE AFC           DOTHAN, AL

Seed were shipped by:  D&PL  SCOTT, MS

Name  Address on tag:  **D&PL  SCOTT, MS**

Date Rec'd.  02/26/2004  | Date of Report  03/09/2004  | Where Grown  **AZ**  | Net Wt.  **44**  | Bags on Hand  400

Variety  Common Name Given on Tag  **DP 555 BG/RR COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **12/03** |
| **FOUND:** | | | | | **93** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                           **NONE**

Found:                                             **NONE**

VIOLATION:REASON

COMMENTS    400 BAGS  **TREATMENT CODE 2

Director

Seed Division





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| LAB NO | 21433 |
|---|---|
| LOT NO | **226-E-2665-23E** |
| INSP NO | 153-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: HELENA CHEMICAL CO.          DOTHAN, AL

Seed were shipped by: NS

Name Address on tag: **D&PL  SCOTT, MS**

Date Rec'd. 02/26/2004 | Date of Report 03/03/2004 | Where Grown **AZ** | Net Wt. **49.6** | Bags on Hand 50

Variety Common Name Given on Tag **DP 5690 RR COTTON**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **12/03** |
| **FOUND:** | | | | | 97 | 0 | 03/09/2004 |

Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **NONE** |
|---|---|
| Found: | **NONE** |

VIOLATION:REASON

COMMENTS   50 BAGS  **TREATMENT CODE 2

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21434 |
| LOT NO | **573-H-1704-2** |
| INSP NO | 154-G |

## SEED REPORT  STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  HELENA CHEMICAL CO.          DOTHAN, AL

Seed were shipped by:  NS

Name Address on tag:  **D&PL SCOTT, MS**

Date Rec'd.  02/26/2004  Date of Report  03/09/2004  Where Grown  **TX**  Net Wt.  **48.5**  Bags on Hand  50

Variety Common Name Given on Tag  **DP 655 B/RR COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **1/04** |
| **FOUND:** | | | | | **87** | **0** | **03/09/2004** |

Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **NONE** |
|---|---|
| Found: | **NONE** |

**VIOLATION:REASON**

**COMMENTS**  50 BAGS  **TREATMENT CODE 2

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21435 |
| LOT NO | **2B4-A-3009-21A** |
| INSP NO | 155-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  HELENA CHEMICAL CO.                    DOTHAN, AL

Seed were shipped by:  D&PL  SCOTT, MS

Name  Address on tag:  **D&PL  SCOTT, MS**

Date Rec'd.  02/26/2004  **Date of Report**  03/09/2004  **Where Grown**  **TX**  Net Wt.  **45.1**  **Bags on Hand**  250

Variety  Common Name Given on Tag  **DP 449 BG/RR COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **1/04** |
| **FOUND:** | | | | | **94** | **0** | **03/09/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **NONE** |
| Found: | **NONE** |

**VIOLATION:REASON**

**COMMENTS**  150 BAGS  **TREATMENT CODE 2

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21436 |
| LOT NO | **573-H-1702-2** |
| INSP NO | 156-G |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   HELENA CHEMICAL CO.              DOTHAN ,AL

Seed were shipped by:  D&PL  SCOTT, MS

Name  Address on tag:  **D&PL  SCOTT, MS**

Date Rec'd.   02/26/2004   Date of Report   03/10/2004   Where Grown   **TX**   Net Wt.  **45.5**   Bags on Hand   50

Variety  Common Name Given on Tag   **DP 655 B/RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **1/04** |
| **FOUND:** | | | **OK** | | **90** | **0** | **03/10/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | NONE |
|---|---|
| Found: | NONE |

**VIOLATION:REASON**

**COMMENTS**   50 BAGS  **TREATMENT CODE 2

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21437 |
| LOT NO | **428-H-3296-21H** |
| INSP NO | 157-G |

## SEED REPORT  STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  HELENA CHEMICAL CO.          DOTHAN, AL

Seed were shipped by: D&PL  SCOTT, MS

Name  Address on tag: **D&PL  SCOTT, MS**

Date Rec'd. 02/26/2004 | Date of Report 03/09/2004 | Where Grown  **AL**  Net Wt. **48.1**  Bags on Hand 50

Variety  Common Name Given on Tag  **SURE-GROW 521R COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | 2/04 |
| **FOUND:** | | | **OK** | | **86** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **NONE** |
|---|---|
| Found: | **NONE** |

VIOLATION:REASON

COMMENTS   50 BAGS  **TREATMENT CODE 2

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21438 |
| LOT NO | **587-A-2881-21H** |
| INSP NO | 158-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   HELENA CHEMICAL CO.             DOTHAN, AL

Seed were shipped by:   D&PL  SCOTT, MS

Name  Address on tag:   **D&PL  SCOTT, MS**

Date Rec'd.   02/26/2004   Date of Report   03/09/2004   Where Grown   **TX**   Net Wt.   **50.3**   Bags on Hand   50

Variety  Common Name Given on Tag   **DP 436 RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **12/03** |
| **FOUND:** | | | **OK** | | **93** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                          **NONE**

Found:                                            **NONE**

**VIOLATION:REASON**

**COMMENTS**   50 BAGS  **TREATMENT CODE 2

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21439 |
| LOT NO | **2B4-H-3317-21H** |
| INSP NO | 159-G |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: HELENA CHEMICAL CO.          DOTHAN, AL

Seed were shipped by: D&PL  SCOTT, MS

Name  Address on tag: **D&PL  SCOTT, MS**

Date Rec'd. 02/26/2004 | Date of Report 03/09/2004 | Where Grown **AZ** | Net Wt. **50.3** | Bags on Hand 100

Variety  Common Name Given on Tag **DP 449 BG/RR COTTON**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **1/04** |
| FOUND: | | | OK | | 96 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | NONE |
|---|---|
| Found: | NONE |

VIOLATION:REASON

COMMENTS  100 BAGS  **TREATMENT CODE 2

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21440 |
| LOT NO | **572-S-1494-2** |
| INSP NO | 160-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   HELENA CHEMICAL CO.          DOTHAN, AL

Seed were shipped by:  D&PL  SCOTT, MS

Name  Address on tag:  **D&PL  SCOTT, MS**

Date Rec'd.  02/26/2004   Date of Report  03/09/2004   Where Grown   **TX**   Net Wt.  **43.3**   Bags on Hand   50

Variety  Common Name Given on Tag  **DP 458 B/RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **1/04** |
| FOUND: | | | **OK** | | **90** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NONE**

Found: **NONE**

VIOLATION:REASON

COMMENTS   50 BAGS   **TREATMENT CODE 2

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama  36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| LAB NO | 21441 |
|---|---|
| LOT NO | **782-H-2509-2** |
| INSP NO | 161-G |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at: HELENA CHEMICAL CO.            DOTHAN, AL

Seed were shipped by: D&PL  SCOTT, MS

Name  Address on tag: **D&PL  SCOTT, MS**

Date Rec'd. 02/26/2004  Date of Report 03/09/2004  Where Grown  **CA**  Net Wt. **44.2**  Bags on Hand  200

Variety  Common Name Given on Tag  **DP 555 BG/RR COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **12/03** |
| FOUND: | | | **OK** | | **96** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                    **NONE**

Found:                                                      **NONE**

**VIOLATION:REASON**

**COMMENTS**  200 BAGS  **TREATMENT CODE 2**

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21442 |
| LOT NO | **782-S-2341-2** |
| INSP NO | 162-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  HELENA CHEMICAL CO.        DOTHAN, AL

Seed were shipped by:  D&PL  SCOTT, MS

Name  Address on tag:  **D&PL  SCOTT, MS**

Date Rec'd.  02/26/2004  | Date of Report  03/09/2004 | Where Grown  **AZ**  Net Wt.  **44.9**  Bags on Hand  400

Variety  Common Name Given on Tag  **DP 555 BG/RR COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **2/04** |
| FOUND: | | | **OK** | | 85 | 0 | **03/09/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                      **NONE**

Found:                                        **NONE**

VIOLATION:REASON

COMMENTS    400 BAGS  **TREATMENT CODE 2

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21443 |
| **LOT NO** | **2B8-H-3235-21H** |
| **INSP NO** | 163-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   HELENA CHEMICAL CO.         DOTHAN, AL

Seed were shipped by:  D&PL  SCOTT, MS

Name  Address on tag:  **D&PL  SCOTT, MS**

Date Rec'd.  02/26/2004   Date of Report   03/09/2004   Where Grown   **MS**   Net Wt.   **50.9**   Bags on Hand   50

Variety  Common Name Given on Tag  **DP 444 BG/RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | 2/04 |
| **FOUND:** | | | **OK** | | **90** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                      **NONE**

Found:                                        **NONE**

VIOLATION:REASON

COMMENTS   50 BAGS  **TREATMENT CODE 2

**Director**

**Seed Division**



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES

### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21446 |
| **LOT NO** | **7M-3019** |
| **INSP NO** | 166-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   SEED SOUTH                    DOTHAN, AL

Seed were shipped by:  SYNGENTA SEEDS, INC   MINNEAPOLIS, MN

Name  Address on tag:  **SYNGENTA SEEDS, INC   MINNEAPOLIS, MN**

Date Rec'd.  02/26/2004  | **Date of Report**  03/24/2004 | **Where Grown**  **NC**  Net Wt.  **50**  Bags on Hand  900

Variety  Common Name Given on Tag  **S76-L9 SOYBEAN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98** | **1.5** | **0** | **.5** | **80** | **NS** | 1/04 |
| FOUND: | | | **OK** | | **73** | **0** | **03/24/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                        **NONE**

Found:                                                          **NONE**

VIOLATION: REASON

COMMENTS   900 BAGS

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| LAB NO | 21449 |
|---|---|
| **LOT NO** | **4318020 - J13N241** |
| INSP NO | 169-G |

## SEED REPORT  STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   AGRILIANCE AFC                    DOTHAN, AL

Seed were shipped by:  BAYER CROP SCIENCE    LUBBOCK, TX

Name  Address on tag:  **BAYER CROP SCIENCE      LUBBOCK, TX**

Date Rec'd.  02/26/2004  **Date of Report**  03/09/2004  **Where Grown**  **TX**  Net Wt.  **50**  **Bags on Hand**  150

Variety  Common Name Given on Tag  **FM 960BR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **1/04** |
| **FOUND:** | | | **OK** | | **85** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                          **NONE**

Found:                                            **NONE**

**VIOLATION:REASON**

**COMMENTS**   150 BAGS

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
**Phone: (334) 240-7140**
**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21450 |
| **LOT NO** | **4277464-B330021** |
| **INSP NO** | 170-G |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   AGRILIANCE AFC                DOTHAN, AL

Seed were shipped by:   BAYER CROP SCIENCE    LUBBOCK, TX

Name  Address on tag:   **BAYER CROP SCIENCE      LUBBOCK, TX**

Date Rec'd.   02/26/2004   **Date of Report**   03/09/2004   **Where Grown**   **AUST**   Net Wt.   **50**   **Bags on Hand**   100

Variety  Common Name Given on Tag   **FM-991RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **1** | **12/03** |
| **FOUND:** | | | **OK** | | **82** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **NONE** |
|---|---|
| Found: | **NONE** |

**VIOLATION:REASON**

**COMMENTS**   100 BAGS

**Director**

**Seed Division**





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama  36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| LAB NO | 21451 |
|---|---|
| LOT NO | **4277448-B330222** |
| INSP NO | 171-G |

### SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:  AGRILIANCE AFC          DOTHAN, AL

Seed were shipped by:  BAYER CROP SCIENCE    LUBBOCK, TX

Name  Address on tag:  **BAYER CROP SCIENCE      LUBBOCK, TX**

Date Rec'd.  02/26/2004  Date of Report  03/09/2004  Where Grown  **CA**  Net Wt.  **50**  Bags on Hand  50

Variety  Common Name Given on Tag  **FM-989RR COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **1** | **12/03** |
| **FOUND:** | | | **OK** | | **87** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                        **NONE**

Found:                                         **NONE**

**VIOLATION:REASON**

**COMMENTS**   50 BAGS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| LAB NO | 21452 |
|---|---|
| LOT NO | **2B4-H-3320-21H** |
| INSP NO | 172-G |

### SEED REPORT    STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: AGRILIANCE AFC          DOTHAN, AL

Seed were shipped by: D&PL    SCOTT, MS

Name  Address on tag: **D&PL      SCOTT, MS**

Date Rec'd. 02/26/2004  Date of Report 03/09/2004  Where Grown  **AZ**  Net Wt. **50.3**  Bags on Hand  150

Variety  Common Name Given on Tag  **DP 449 BG/RR COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **1/04** |
| **FOUND:** | | | **OK** | | **92** | **0** | **03/09/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

| Labeled: | **NONE** |
|---|---|
| Found: | **NONE** |

**VIOLATION:REASON**

**COMMENTS**   150 BAGS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama  36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

**Seed Division**

**Phone:** (334) 240-7140

**Fax** (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21453 |
| **LOT NO** | **429-H-3090-21H** |
| **INSP NO** | 173-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  AGRILIANCE AFC            DOTHAN, AL

Seed were shipped by:  D&PL    SCOTT, MS

Name  Address on tag:  **D&PL    SCOTT, MS**

Date Rec'd.  02/26/2004   **Date of Report**  03/09/2004   **Where Grown**   **MS**   Net Wt.  **51.9**   **Bags on Hand**   50

Variety  Common Name Given on Tag  **SG 215 BG/RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **1/04** |
| **FOUND:** | | | **OK** | | **80** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                     **NONE**

Found:                                       **NONE**

**VIOLATION:REASON**

**COMMENTS**    50 BAGS

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama  36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21454 |
| LOT NO | **572-S-1465-2** |
| INSP NO | 174-G |

## SEED REPORT  STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabeling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  AGRILIANCE AFC        DOTHAN, AL

Seed were shipped by:  D&PL    SCOTT, MS

Name  Address on tag:  **D&PL    SCOTT, MS**

Date Rec'd.  02/26/2004  | Date of Report  03/09/2004  | Where Grown  **TX**  Net Wt.  **43.7**  | Bags on Hand  225

Variety  Common Name Given on Tag  **DP 458 B/RR COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **12/03** |
| **FOUND:** | | | **OK** | | **93** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                    **NONE**

Found:                                      **NONE**

VIOLATION:REASON

COMMENTS    225 BAGS

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21455 |
| **LOT NO** | **226-S-2065-2** |
| **INSP NO** | 175-G |

## SEED REPORT  STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:    AGRILIANCE AFC            DOTHAN, AL

Seed were shipped by:   D&PL    SCOTT, MS

Name  Address on tag:   **D&PL    SCOTT, MS**

Date Rec'd.   02/26/2004   **Date of Report**   03/09/2004   **Where Grown   TX**   Net Wt.   **49.7**   **Bags on Hand**   300

Variety  Common Name Given on Tag   **DP 5690 RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | 12/03 |
| **FOUND:** | | | **OK** | | **86** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **NONE** |
|---|---|
| Found: | **NONE** |

**VIOLATION:REASON**

**COMMENTS**   130 BAGS

**Director**

**Seed Division**




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21456 |
| LOT NO | **587-S-2918-2** |
| INSP NO | 176-G |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   AGRILIANCE AFC          DOTHAN, AL

Seed were shipped by:   D&PL    SCOTT, MS

Name  Address on tag:   **D&PL    SCOTT, MS**

Date Rec'd.  02/26/2004  | Date of Report  03/09/2004  | Where Grown  **AZ**  Net Wt.  **59.5**  Bags on Hand  100

Variety  Common Name Given on Tag   **DP 436 RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **12/03** |
| FOUND: | | | **OK** | | **94** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                          **NONE**

Found:                                            **NONE**

**VIOLATION:REASON**

**COMMENTS**    100 BAGS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
**Phone: (334) 240-7140**
**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21458 |
| **LOT NO** | **1181-06** |
| **INSP NO** | 178-G |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**
**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:  OZARK PEANUT & FERTILIZER        OZARK, AL

Seed were shipped by:  CARRY OVER

Name  Address on tag:  **TOWNSEND SEED CO INC     DADE CITY, FL**

Date Rec'd.  02/26/2004   **Date of Report**  03/23/2004   **Where Grown**      **FL**    Net Wt.    **50**    **Bags on Hand**    1

Variety  Common Name Given on Tag   **SSCA CERT. ZIPPERCREAM COWPEA**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **97** | **3** | **0** | **0** | **70** | **0** | **11/02** |
| **FOUND:** | | | **OK** | | **81** | **0** | **03/23/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                          **NONE**

Found:

**VIOLATION:REASON**

**COMMENTS**   1 BAG **SSCA CERT. *TREATED: CAPTAN   UNABLE TO DO A COMPLETE VARIETAL DIFFERENTIATION BECAUSE OF TREATMENT.

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21459 |
| LOT NO | **NC008200LF** |
| INSP NO | 87-B |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.
This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | ROBERTSDALE FEED STORE | ROBERTSDALE, AL | |
| Seed were shipped by: | CARRY OVER | | |
| Name  Address on tag: | **SEGREST   SLOCOMB, AL** | | |

| Date Rec'd. | 02/26/2004 | Date of Report | 03/12/2004 | Where Grown | **ID** | Net Wt. | **50** | Bags on Hand | |

Variety  Common Name Given on Tag  **SILVER KING SWEET HYBRID CORN**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98** | **1.5** | **.1** | **.4** | **85** | **0** | **1/03** |
| FOUND: | | | | | **25** | **0** | **03/12/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | 0 |
| Found: | |

**VIOLATION: REASON**

| COMMENTS | 1 BAG *TREATED: CAPTAN; This lot of seed was found to germinate below the minimum germination standard of 60%; therefore, this lot of seed cannot be offered for sale in Alabama. |
|---|---|

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21460 |
| LOT NO | **2B4-H-3318-21H** |
| INSP NO | 88-B |

### SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at: HELENA CHEMICAL CO.          ATMORE, AL

Seed were shipped by: D&PL          SCOTT, MS

Name  Address on tag: **D&PL          SCOTT, MS**

Date Rec'd. 02/26/2004  Date of Report 03/18/2004  Where Grown  **AZ**  Net Wt. **50.3**  Bags on Hand  350

Variety  Common Name Given on Tag  **DP 449 BG/RR COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **1/04** |
| FOUND: | | | **OK** | | **93** | **0** | **03/18/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

| Labeled: | **NONE** |
|---|---|
| Found: | **NONE** |

**VIOLATION:REASON**

**COMMENTS**    350 BAGS    **VIGOR TEST RESULTS 43% + 0% DORMANT SEED; MEDIUM VIGOR.

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| LAB NO | 21461 |
|--------|-------|
| **LOT NO** | **782-S-3302-21H** |
| **INSP NO** | 89-B |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:   HELENA CHEMICAL CO.            ATMORE, AL

Seed were shipped by:  D&PL          SCOTT, MS

Name  Address on tag:  **D&PL          SCOTT, MS**

Date Rec'd.  02/26/2004  | Date of Report   03/18/2004 | Where Grown   **CA** | Net Wt.  **44.0** | Bags on Hand   300

Variety  Common Name Given on Tag  **DP 555 BG/RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|----------|-----------|---------------|------------|------------|-------|------------|-----------|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **1/04** |
| **FOUND:** | | | **OK** | | **87** | **0** | **03/18/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                          **NONE**

Found:                                            **NONE**

**VIOLATION:REASON**

**COMMENTS**   300 BAGS   **VIGOR TEST RESULTS 45% + 0% DORMANT SEED;  MEDIUM VIGOR.**

**Director**

**Seed Division**





# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21462 |
| **LOT NO** | **573-H-1702-2** |
| **INSP NO** | 90-B |

## SEED REPORT  STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

| | | |
|---|---|---|
| **Seed Sample Collected at:** | HELENA CHEMICAL CO. | ATMORE, AL |
| **Seed were shipped by:** | D&PL  SCOTT, MS | |

**Name  Address on tag:** **D&PL  SCOTT, MS**

**Date Rec'd.** 02/26/2004  **Date of Report** 03/18/2004  **Where Grown** **TX**  Net Wt. **46.9**  **Bags on Hand** 150

**Variety  Common Name Given on Tag** **DP 655 B/RR COTTON**

**Found in this Lab** **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **1/04** |
| **FOUND:** | | | **OK** | | **87** | **0** | **03/18/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | | |
|---|---|---|
| **Labeled:** | | **NONE** |
| **Found:** | | **NONE** |

**VIOLATION:REASON**

**COMMENTS** |150 BAGS  **VIGOR TEST RESULTS 15 % + 0% DORMANT SEED; LOW VIGOR.

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21463 |
| **LOT NO** | **572-S-1465-2** |
| **INSP NO** | 91-B |

### SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   HELENA CHEMICAL CO.          ATMORE, AL

Seed were shipped by:  D&PL       SCOTT, MS

Name  Address on tag:  **D&PL        SCOTT, MS**

Date Rec'd.   02/26/2004   Date of Report   03/18/2004   Where Grown   **TX**   Net Wt.   **43.7**   Bags on Hand   137

Variety  Common Name Given on Tag   **DP 458 B/RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **12/03** |
| **FOUND:** | | | **OK** | | **88** | **0** | **03/18/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

| Labeled: | **NONE** |
|---|---|
| Found: | **NONE** |

**VIOLATION:REASON**

**COMMENTS**   137 BAGS   **VIGOR TEST RESULTS 27% + 0% DORMANT SEED; LOW VIGOR.**

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21464 |
| **LOT NO** | **572-S-1472-2** |
| **INSP NO** | 92-B |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  HELENA CHEMICAL CO.          ATMORE, AL

Seed were shipped by: D&PL     SCOTT, MS

Name  Address on tag: **D&PL       SCOTT, MS**

Date Rec'd.  02/26/2004  | Date of Report  03/18/2004 | Where Grown  **AZ**  Net Wt. **50.9**  Bags on Hand   263

Variety  Common Name Given on Tag  **DP 458 B/RR COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **12/03** |
| **FOUND:** | | | **OK** | | **91** | **0** | **03/18/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **NONE** |
|---|---|
| Found: | **NONE** |

**VIOLATION:REASON**

**COMMENTS**  263 BAGS   **VIGOR TEST RESULTS 38% + 0% DORMANT SEED; MEDIUM VIGOR.

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21465 |
|---|---|
| LOT NO | **226-S-1075-2** |
| INSP NO | 93-B |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: HELENA CHEMICAL CO.          ATMORE, AL

Seed were shipped by: D&PL          SCOTT, MS

Name  Address on tag: **D&PL          SCOTT, MS**

Date Rec'd. 02/26/2004   Date of Report   03/18/2004   Where Grown   **AZ**   Net Wt. **49.0**   Bags on Hand   250

Variety  Common Name Given on Tag   **DP 5690 RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **1/04** |
| FOUND: | | | **OK** | | **92** | **0** | **03/18/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                    **NONE**

Found:                                      **NONE**

VIOLATION:REASON

COMMENTS   250 BAGS   **VIGOR TEST RESULTS 20% + 0% DORMANT SEED; LOW VIGOR.

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21466 |
|---|---|
| LOT NO | **587-S-2921-2** |
| INSP NO | 94-B |

### SEED REPORT  STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  HELENA CHEMICAL CO.          ATMORE, AL

Seed were shipped by:  D&PL        SCOTT, MS

Name  Address on tag:  **D&PL        SCOTT, MS**

Date Rec'd.  02/26/2004   Date of Report   03/18/2004   Where Grown   **AZ**   Net Wt.  **57.7**   Bags on Hand   150

Variety  Common Name Given on Tag  **DP 436 RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **12/03** |
| **FOUND:** | | | **OK** | | **93** | **0** | **03/18/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                           **NONE**

Found:                                             **NONE**

**VIOLATION:REASON**

**COMMENTS**   150 BAGS  **VIGOR TEST RESULTS 67% + 0% DORMANT SEED;  HIGH VIGOR.

**Director**

**Seed Division**




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone:** (334) 240-7140

**Fax** (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21467 |
| **LOT NO** | **216-S-1132-2** |
| **INSP NO** | 95-B |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

**Seed Sample Collected at:** ATMORE TRUCKERS  P O BOX 367      ATMORE

**Seed were shipped by:** D&PL      SCOTT, MS

**Name  Address on tag:** **D&PL      SCOTT, MS**

**Date Rec'd.** 02/26/2004  **Date of Report** 03/09/2004  **Where Grown** **AZ**  **Net Wt.** **46.8**  **Bags on Hand** 100

**Variety  Common Name Given on Tag** **DP 5415 RR COTTON**

**Found in this Lab** **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **2/04** |
| **FOUND:** | | | **OK** | | **86** | **0** | **03/09/2004** |

#### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| **Labeled:** | **NONE** |
|---|---|
| **Found:** | **NONE** |

**VIOLATION:REASON**

**COMMENTS** | 100 BAGS

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama  36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21468 |
|--------|-------|
| **LOT NO** | **782-S-3315-21H** |
| **INSP NO** | 96-B |

## SEED REPORT  STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  ATMORE TRUCKERS  P O BOX 367      ATMORE

Seed were shipped by:  D&PL      SCOTT, MS

Name  Address on tag:  **D&PL      SCOTT, MS**

Date Rec'd.  02/26/2004  | Date of Report  03/09/2004  | Where Grown  **MS**  | Net Wt.  **42.8**  | Bags on Hand  300

Variety  Common Name Given on Tag  **DP 555 BG/ RR COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|----------|-----------|---------------|------------|------------|-------|------------|-----------|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **2/04** |
| **FOUND:** | | | **OK** | | **91** | **0** | **03/09/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **NONE** |
|----------|----------|
| Found: | **NONE** |

**VIOLATION:REASON**

**COMMENTS**  300 BAGS

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21469 |
| LOT NO | **878** |
| INSP NO | 20 C |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   RATCLIFF'S HARDWARE            CAMDEN, AL

Seed were shipped by:  CARRY OVER

Name  Address on tag:  **GRO SOUTH   MONTGMERY, AL**

Date Rec'd.   02/26/2004   Date of Report   03/09/2004   Where Grown   **AL**   Net Wt.   **50**   Bags on Hand   1

Variety  Common Name Given on Tag   **TRUCKERS FAVORITE WHITE CORN**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 98 | .70 | 1.25 | .05 | 85 | 0 | 10/01 |
| FOUND: | | | OK | | 91 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                  **NONE**

Found:

VIOLATION:REASON

COMMENTS    1BAG **OLD TEST DATE

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21470 |
| LOT NO | 168 |
| INSP NO | 21 C |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:    RATCLIFF'S HARDWARE          CAMDEN, AL

Seed were shipped by:    CARRY OVER

Name  Address on tag:    **SEED SOUTH      DOTHAN, AL**

Date Rec'd.    02/26/2004    Date of Report    03/09/2004    Where Grown    **AL**    Net Wt.    **50**    Bags on Hand    I

Variety  Common Name Given on Tag    **TRUCKERS FAVORITE YELLOW O.P. CORN**

Found in this Lab    **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **98** | **1.25** | **.05** | **.70** | **85** | **0** | **11/02** |
| **FOUND:** | | | | | 93 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **NONE** |
|---|---|
| Found: | |

**VIOLATION:REASON**

**COMMENTS**    1BAG **OLD TEST DATE

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21471 |
| **LOT NO** | **346025** |
| **INSP NO** | 22 C |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:    RATCLIFF'S HARDWARE          CAMDEN, AL

Seed were shipped by:    CARRY OVER

Name Address on tag:    **SEMINIS SEED      OXFORD, CA**

Date Rec'd.   02/26/2004   Date of Report   03/12/2004   Where Grown   **CHILE**   Net Wt.   **50**   Bags on Hand   1

Variety  Common Name Given on Tag   **MERIT HYBRID SWEET CORN**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **95** | **0** | **10/02** |
| **FOUND:** | | | | | 76 | 0 | 03/12/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **NONE** |
|---|---|
| Found: | |

**VIOLATION:REASON**

**COMMENTS**    1BAG **OLD TEST DATE **TREATED:THIRAM & CAPTAN;  This lot of seed was found to germinate lower than the germination stated on the analysis tags.

**Director**

**Seed Division**





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21478 |
| LOT NO | **1756LVYNX** |
| INSP NO | 408-A |

### SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  AGRILIANCE AFC          DECATUR, AL

Seed were shipped by:  DEKALB MONSANTO CO.  ST. LOUIS, MO

Name  Address on tag:  **DEKALB MONSANTO CO.   ST. LOUIS, MO**

Date Rec'd.  03/04/2004  Date of Report  03/16/2004  Where Grown  **IL**  Net Wt.  **48**  Bags on Hand  66

Variety  Common Name Given on Tag  **0333107 DEKALB HYBRID CORN SEED**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99.60** | **.40** | **0** | **0** | **95** | **NS** | **11/03** |
| FOUND: | | | | | 99 | 0 | 03/16/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NONE**

Found:

**VIOLATION:REASON**

**COMMENTS**  66 BAGS *DEKALB BRAND DKC67-60 *TREATED:FLUDIOXONIL, MEFENOXAM.

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21479 |
| LOT NO | **1746P71NX** |
| INSP NO | 409-A |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: AGRILIANCE AFC            DECATUR, AL

Seed were shipped by: DEKALB MONSANTO CO.  ST. LOUIS, MO

Name  Address on tag: **DEKALB MONSANTO CO.  ST. LOUIS, MO**

Date Rec'd. 03/04/2004  Date of Report 03/16/2004  Where Grown  **IA**  Net Wt. **52**  Bags on Hand  184

Variety  Common Name Given on Tag  **0357151 DEKALB HYBRID CORN SEED**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99.60** | **.40** | **0** | **0** | **95** | **NS** | **12/03** |
| **FOUND:** | | | | | 97 | 0 | 03/16/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                    **NONE**

Found:

**VIOLATION:REASON**

**COMMENTS**  184 BAGS *DEKALB BRAND DKC69 - 72  *TREATED: FLUDIOXONIL, MEFENOXAM

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21480 |
| LOT NO | **1756LVENX** |
| INSP NO | 410-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: AGRILIANCE AFC    DECATUR, AL

Seed were shipped by: DEKALB MONSANTO CO. ST. LOUIS, MO

Name  Address on tag: **DEKALB MONSANTO CO.  ST. LOUIS, MO**

Date Rec'd. 03/04/2004 | Date of Report 03/16/2004 | Where Grown **IL** | Net Wt. **38** | Bags on Hand 300

Variety  Common Name Given on Tag **0333107DEKALB HYBRID CORN SEED**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99.60** | **40** | **0** | **0** | **95** | **0** | **11/03** |
| FOUND: | | | | | **99** | **0** | **03/16/2004** |

Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NONE**

Found:

VIOLATION:REASON

COMMENTS  300 BAGS *DEKALB BRAND DKC67- 60 *TREATED: FLUDIOZONIL, MEFENOXAM

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21482 |
| LOT NO | **696-S-2227-21H** |
| INSP NO | 412-A |

### SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**
**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at: AGRILIANCE AFC　　　DECATUR, AL

Seed were shipped by: D & PL　　SCOTT, MS

Name  Address on tag: **D & PL　　SCOTT, MS**

Date Rec'd. 03/04/2004 | Date of Report 03/16/2004 | Where Grown **AZ** | Net Wt. **58.8** | Bags on Hand 150

Variety  Common Name Given on Tag **DP451 B/RR COTTON**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **12/03** |
| FOUND: | | | **OK** | | 97 | 0 | 03/16/2004 |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

Labeled: **NONE**

Found: **NONE**

VIOLATION:REASON

COMMENTS 150 BAGS  *TREATMENT CODE 2

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama  36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL. 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21483 |
| LOT NO | **573-H-1702-2** |
| INSP NO | 413-A |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  AGRILIANCE AFC          DECATUR, AL

Seed were shipped by:  D & PL    SCOTT, MS

Name  Address on tag:  **D & PL    SCOTT, MS**

Date Rec'd.  03/04/2004  | Date of Report  03/16/2004  | Where Grown  **TX**  | Net Wt.  **46.9**  | Bags on Hand  250

Variety  Common Name Given on Tag  **DP655 B/RR COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|----------|-----------|---------------|------------|------------|-------|------------|-----------|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **1/04** |
| FOUND: | | | **OK** | | **88** | **0** | 03/16/2004 |

#### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NONE**

Found: **NONE**

VIOLATION:REASON

COMMENTS  250 BAGS  *TREATMENT CODE 2

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21484 |
| LOT NO | **2B8-H-3259-21H** |
| INSP NO | 414-A |

### SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:  AGRILIANCE AFC          DECATUR, AL

Seed were shipped by:  D & PL    SCOTT, MS

Name  Address on tag:  **D & PL    SCOTT, MS**

Date Rec'd.  03/04/2004    Date of Report  03/25/2004    Where Grown  **MS**    Net Wt.  **51.9**    Bags on Hand  400

Variety  Common Name Given on Tag  **DP444 BG/RR COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **2/04** |
| **FOUND:** | | | **OK** | | **86** | **0** | **03/25/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                    **NONE**

Found:                                      **NONE**

**VIOLATION:REASON**

**COMMENTS**   400 BAGS  *TREATMENT CODE 2;  VIGOR TEST

INSPECTOR CALLED AFTER THE FACT FOR VIGOR, TEST RESULTS 73% + 0% DORMANT SEED. HIGH VIGOR

**Director**

**Seed Division**





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21495 |
| **LOT NO** | **305** |
| **INSP NO** | 425-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: BRAGG FARMS          TONEY, AL

Seed were shipped by: BRAGG FARMS          TONEY, AL.

Name  Address on tag: **INTEST**

Date Rec'd. 03/04/2004  **Date of Report** 03/22/2004  **Where Grown** **NS**  Net Wt. **50**  **Bags on Hand** 900

Variety  Common Name Given on Tag  **DG 3614 RR SOYBEAN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| **FOUND:** | **99.46** | **.44** | ---- | **.10** | **91** | **0** | **03/22/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

**Labeled:** **NS**

**Found:** **NONE**

**VIOLATION:REASON**

**COMMENTS** 900 BAGS  *INTEST

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21496 |
| LOT NO | **306** |
| INSP NO | 426-A |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  BRAGG FARMS                TONEY, AL

Seed were shipped by: BRAGG FARMS  TONEY, AL

Name  Address on tag: **INTEST**

Date Rec'd.  03/04/2004  Date of Report  03/22/2004  Where Grown  **NS**  Net Wt.  **50**  Bags on Hand  900

Variety  Common Name Given on Tag  **DG 3614RR SOYBEAN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.54** | **.32** | ---- | **.14** | **93** | **0** | **03/22/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **NS** |
|---|---|
| Found: | **NONE** |

VIOLATION:REASON

COMMENTS  900 BAGS  **INTEST

Director

Seed Division





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21497 |
| LOT NO | **307** |
| INSP NO | 427-A |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabeling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   BRAGG FARMS          TONEY, AL

Seed were shipped by:   BRAGG FARMS   TONEY, AL

Name  Address on tag:   **INTEST**

Date Rec'd.   03/04/2004   Date of Report   03/22/2004   Where Grown   **NS**   Net Wt.   **50**   Bags on Hand   900

Variety  Common Name Given on Tag   **DG 3614RR SOYBEAN**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.57** | **.18** | **----** | **.25** | **91** | **0** | **03/22/2004** |

#### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NS**

Found: **NONE**

**VIOLATION:REASON**

**COMMENTS**   900 BAGS  **INTEST

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21498 |
| **LOT NO** | **308** |
| **INSP NO** | 428-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

**Seed Sample Collected at:** BRAGG FARMS           TONEY, AL

**Seed were shipped by:** BRAGG FARMS  TONEY, AL

**Name  Address on tag:** **INTEST**

**Date Rec'd.** 03/04/2004 | **Date of Report** 03/22/2004 | **Where Grown** **NS** | Net Wt. **50** | Bags on Hand 900

**Variety  Common Name Given on Tag** **DG 3614RR SOYBEAN**

**Found in this Lab** **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| **FOUND:** | **99.32** | **.39** | **----** | **.29** | **95** | **0** | **03/22/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

**Labeled:** **NS**

**Found:** **NONE**

**VIOLATION:REASON**

**COMMENTS** 900 BAGS  **INTEST**

**Director**

**Seed Division**





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21499 |
| **LOT NO** | **309** |
| **INSP NO** | 429-A |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   BRAGG FARMS          TONEY, AL

Seed were shipped by:   BRAGG FARMS   TONEY, AL

Name  Address on tag:   **INTEST**

Date Rec'd.   03/04/2004   Date of Report   03/22/2004   Where Grown   **NS**   Net Wt.   **50**   **Bags on Hand**   900

Variety  Common Name Given on Tag   **DG 3614RR SOYBEAN**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| **FOUND:** | **99.55** | **.28** | ---- | **.17** | **88** | **0** | **03/22/2004** |

#### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                        **NS**

Found:                                        **NONE**

**VIOLATION:REASON**

**COMMENTS**   900 BAGS   **INTEST

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

### 1445 Federal Drive
#### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21743 |
| LOT NO | 2B8-H-3322-U1H |
| INSP NO | 545-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: AGRILIANCE-AFC    DECATUR, AL

Seed were shipped by: D & PL   SCOTT, MS

Name  Address on tag: **D & PL   SCOTT, MS**

Date Rec'd. 03/18/2004   Date of Report 03/29/2004   Where Grown **AR**   Net Wt. **55.8**   Bags on Hand 300

Variety  Common Name Given on Tag **DP 444 BG/RR COTTON**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 99 | 1 | 0 | 0 | 80 | 0 | 2/04 |
| FOUND: | | | OK | | 89 | 0 | 03/29/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | NONE |
|---|---|
| Found: | NONE |

VIOLATION:REASON

COMMENTS   300 BAGS **TREATED SEED

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21743 |
| **LOT NO** | **2B8-H-3322-U1H** |
| **INSP NO** | 545-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: AGRILIANCE-AFC          DECATUR, AL

Seed were shipped by: D & PL    SCOTT, MS

Name Address on tag: **D & PL    SCOTT, MS**

Date Rec'd.  03/18/2004 | Date of Report  03/29/2004 | **Where Grown**  **AR** | Net Wt.  **55.8** | **Bags on Hand**  300

Variety Common Name Given on Tag  **DP 444 BG/RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **2/04** |
| **FOUND:** | | | **OK** | | **89** | **0** | **03/29/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| **Labeled:** | **NONE** |
| **Found:** | **NONE** |

**VIOLATION:REASON**

**COMMENTS**   300 BAGS **TREATED SEED

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

| Seed Division | LAB NO | 23243 |
|---|---|---|
| Phone: (334) 240-7140 | LOT NO | **16162** |
| Fax (334) 240-7193 | INSP NO | 301-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  HENDRICKS FARM CENTER          TROY, AL

Seed were shipped by: CARRY OVER

Name  Address on tag:  **TECOMATE WILDLIFE SYSTEMS  Mc ALLEN, TX 78505**

Date Rec'd.  8/12/04    Date of Report  10/18/2004  Where Grown  **CA,ID,FR,**  Net Wt.  **8**  Bags on Hand  128

Variety  Common Name Given on Tag  **MONSTERMIX TIMBERLAND MIXTURE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | | **17.32** | **.24** | **.08** | | | **2/03** |
| **FOUND:** | | **14.21** | **.04** | **.13** | | | **10/18/04** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                             **NONE**

Found:

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

| | | |
|---|---|---|
| **Seed Division** | LAB NO | 23510 |
| **Phone:** (334) 240-7140 | LOT NO | **602** |
| **Fax** (334) 240-7193 | INSP NO | 1439-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  BRAGG FARMS         TONEY, AL

Seed were shipped by: BRAGG FARMS TONEY, AL

Name .Address on tag: **IN TEST**

Date Rec'd.  09/02/2004   Date of Report   10/01/2004   Where Grown   **NS**   Net Wt.   **50**   Bags on Hand   900

Variety  Common Name Given on Tag  **SSCA CERT. COKER 9184 WHEAT**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.90** | **.10** | **0** | **0** | **91** | **0** | **10/01/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NS**

Found:

Director

Seed Division

*Exhibit 16*



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | | |
|---|---|---|
| **LAB NO** | 23511 | |
| **LOT NO** | **603** | |
| **INSP NO** | 1440-A | |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:   BRAGG FARMS                          TONEY, AL

Seed were shipped by:   BRAGG FARMS  TONEY, AL

Name Address on tag:   **IN TEST**

Date Rec'd.   09/02/2004 | Date of Report | 10/01/2004 | Where Grown | **NS** | Net Wt. | **50** | Bags on Hand | 900

Variety  Common Name Given on Tag   **SSCA CERT. COKER 9184 WHEAT**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.85** | **.15** | **0** | **0** | **89** | **0** | **10/01/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                               **NS**

Found:

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 23512 |
| LOT NO | **604** |
| INSP NO | 1441-A |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  BRAGG FARMS                    TONEY, AL

Seed were shipped by:  BRAGG FARMS  TONEY, AL

Name  Address on tag:  **IN TEST**

Date Rec'd.  09/02/2004 | Date of Report  10/01/2004 | Where Grown  **NS** | Net Wt.  **50** | Bags on Hand  900

Variety  Common Name Given on Tag  **SSCA CERT. COKER 9184 WHEAT**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| **FOUND:** | **99.90** | **.10** | **0** | **0** | **86** | **0** | **10/01/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                           **NS**

Found:

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 23513 |
| LOT NO | 605 |
| INSP NO | 1442-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: **BRAGG FARMS**            TONEY, AL

Seed were shipped by: BRAGG FARMS TONEY, AL

Name  Address on tag:  **IN TEST**

Date Rec'd.  09/02/2004  **Date of Report**  10/01/2004  **Where Grown**  **NS**  **Net Wt.**  **50**  **Bags on Hand**  900

Variety  Common Name Given on Tag  **SSCA CERT. COKER 9184 WHEAT**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.80** | **.20** | **0** | **0** | **89** | **0** | **10/01/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                    **NS**

Found:

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone:** (334) 240-7140

**Fax** (334) 240-7193

| LAB NO | 23514 |
|---|---|
| LOT NO | **606** |
| INSP NO | 1443-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

**Seed Sample Collected at:** BRAGG FARMS                    TONEY, AL

**Seed were shipped by:** BRAGG FARMS TONEY, AL

**Name  Address on tag:** IN TEST

| Date Rec'd. | 09/02/2004 | Date of Report | 10/01/2004 | Where Grown | NS | Net Wt. | 50 | Bags on Hand | 900 |
|---|---|---|---|---|---|---|---|---|---|

**Variety  Common Name Given on Tag** SSCA CERT. COKER 9184 WHEAT

**Found in this Lab** SAME

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | NS | NS | NS | NS | NS | NS | NS |
| FOUND: | 99.90 | .10 | 0 | 0 | 86 | 0 | 10/01/2004 |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

**Labeled:** NS

**Found:**

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 23515 |
| LOT NO | **210** |
| INSP NO | 1444-A |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: BRAGG FARMS                TONEY, AL

Seed were shipped by: CARRY OVER

Name  Address on tag: **BRAGG FARMS    TONEY, AL**

Date Rec'd. 09/02/2004 | Date of Report 10/08/2004 | Where Grown AL | Net Wt. 50 | Bags on Hand 550

Variety  Common Name Given on Tag SSCA CERT. JACKSON WHEAT

Found in this Lab SAME

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 98 | 1.83 | .05 | .12 | 80 | 0 | 9/03 |
| FOUND: | | | OK | | 84 | 0 | 10/08/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                         NONE

Found:

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 23516 |
| **LOT NO** | **209** |
| **INSP NO** | 1445-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: **BRAGG FARMS**                TONEY, AL

Seed were shipped by: **CARRY OVER**

Name Address on tag: **BRAGG FARMS   TONEY, AL**

Date Rec'd.   09/02/2004   Date of Report   10/04/2004   Where Grown   **AL**   Net Wt.   **50**   Bags on Hand   100

Variety ..Common Name Given on Tag   **SSCA CERT, JACKSON WHEAT**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98** | **1.83** | **.05** | **.12** | **80** | **0** | 9/03 |
| FOUND: | | | **OK** | | **82** | **0** | **10/04/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NONE**

Found:

Director

Seed Division



# STATE OF ALABAMA
## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 23517 |
| LOT NO | **208** |
| INSP NO | 1446-A |

## SEED REPORT  STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in **HEAVY TYPE** is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: BRAGG FARMS                    TONEY, AL

Seed were shipped by: CARRY OVER

Name Address on tag: **BRAGG FARMS    TONEY, AL**

Date Rec'd. 09/02/2004 | Date of Report 10/04/2004 | Where Grown **AL** | Net Wt. **50** | Bags on Hand 50

Variety Common Name Given on Tag **SSCA CERT. JACKSON WHEAT**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 98 | 1.83 | .05 | .12 | 85 | 0 | 8/03 |
| FOUND: | | | OK | | 86 | 0 | 10/04/2004 |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                    **NONE**

Found:

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 23559 |
| LOT NO | 607 |
| INSP NO | 1488-A |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   BRAGG FARMS          TONEY, AL

Seed were shipped by:   BRAGG FARMS   TONEY, AL

Name  Address on tag:   IN TEST

Date Rec'd.  09/02/2004  Date of Report  10/01/2004  Where Grown  NS  Net Wt.  50  Bags on Hand  900

Variety .Common Name Given on Tag  SSCA CERT. COKER 9184 WHEAT

Found in this Lab  SAME

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | NS | NS | NS | NS | NS | NS | NS |
| FOUND: | 99.90 | .10 | 0 | 0 | 88 | 0 | 10/01/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                          NS

Found:

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone:** (334) 240-7140

**Fax** (334) 240-7193

| | |
|---|---|
| **LAB NO** | 23560 |
| **LOT NO** | 608 |
| **INSP NO** | 1489-A |

## SEED REPORT  STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

**Seed Sample Collected at:** BRAGG FARMS                    TONEY, AL

**Seed were shipped by:** BRAGG FARMS   TONEY, AL

**Name Address on tag:** IN TEST

**Date Rec'd.** 09/02/2004 | **Date of Report** 10/01/2004 | **Where Grown** NS | **Net Wt.** 2400 | **Bags on Hand** 19

**Variety Common Name Given on Tag** SSCA CERT. COKER 9184 WHEAT

**Found in this Lab** SAME

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | NS | NS | NS | NS | NS | NS | NS |
| **FOUND:** | 99.90 | .10 | 0 | 0 | 93 | 0 | 10/01/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

**Labeled:** NS

**Found:**

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 23561 |
| LOT NO | 609 |
| INSP NO | 1490-A |

## SEED REPORT  STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: **BRAGG FARMS**              TONEY, AL

Seed were shipped by: **BRAGG FARMS   TONEY, AL**

Name .Address on tag: **IN TEST**

Date Rec'd. 09/02/2004  Date of Report 10/01/2004  Where Grown  **NS**  Net Wt. **2400**  Bags on Hand  6

Variety .Common Name Given on Tag  **SSCA CERT. COKER 9184 WHEAT**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | NS | NS | NS | NS | NS | NS | NS |
| FOUND: | 99.90 | .10 | 0 | 0 | 88 | 0 | 10/01/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: | NS

Found: |

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| LAB NO | 23562 |
| LOT NO | 610 |
| INSP NO | 1491-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in **HEAVY TYPE** is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  **BRAGG FARMS**          TONEY, AL

Seed were shipped by:  **BRAGG FARMS    TONEY, AL**

Name  Address on tag:  **IN TEST**

| Date Rec'd. | 09/02/2004 | Date of Report | 10/01/2004 | Where Grown | **NS** | Net Wt. | **50** | Bags on Hand | 900 |

Variety  Common Name Given on Tag  **SSCA CERT. COKER 9184 WHEAT**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.80** | **.20** | **0** | **0** | **88** | **0** | 10/01/2004 |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                    **NS**

Found:

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

| | |
|---|---|
| Seed Division | LAB NO 23563 |
| Phone: (334) 240-7140 | LOT NO 611 |
| Fax (334) 240-7193 | INSP NO 1492-A |

### SEED REPORT  STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: **BRAGG FARMS**          TONEY, AL

Seed were shipped by: **BRAGG FARMS   TONEY, AL**

Name .Address on tag: **IN TEST**

Date Rec'd. **09/02/2004**   Date of Report **10/01/2004**   Where Grown **NS**   Net Wt. **50**   Bags on Hand **900**

Variety .Common Name Given on Tag **SSCA CERT. COKER 9184 WHEAT**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.90** | **.10** | **0** | **0** | **87** | **0** | **10/01/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NS**

Found:

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 23564 |
|--------|-------|
| LOT NO | **612** |
| INSP NO | 1493-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   BRAGG FARMS                    TONEY, AL

Seed were shipped by:   BRAGG FARMS   TONEY, AL

Name Address on tag:   **IN TEST**

| Date Rec'd. | 09/02/2004 | Date of Report | 10/01/2004 | Where Grown | **NS** | Net Wt. | **50** | Bags on Hand | 900 |

Variety Common Name Given on Tag   **SSCA CERT. COKER 9184 WHEAT**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|----------|-----------|---------------|------------|------------|-------|------------|-----------|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.90** | **.10** | **0** | **0** | **93** | **0** | **10/01/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                **NS**

Found:

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 23675 |
| LOT NO | 613 |
| INSP NO | 1536-A |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: BRAGG FARMS          TONEY, AL

Seed were shipped by: BRAGG FARMS  TONEY, AL

Name .Address on tag: IN TEST

Date Rec'd  09/20/2004 | Date of Report | 10/04/2004 | Where Grown | NS | Net Wt. | 50 | Bags on Hand | 900

Variety  Common Name Given on Tag  SSCA CERT. COKER 9184 WHEAT

Found in this Lab  SAME

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | NS | NS | NS | NS | NS | NS | NS |
| FOUND: | 99.90 | .10 | 0 | 0 | 87 | 0 | 10/04/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: NS

Found:

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 23676 |
| LOT NO | 614 |
| INSP NO | 1537-A |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | BRAGG FARMS | TONEY, AL | |
| Seed were shipped by: | BRAGG FARMS TONEY, AL | | |
| Name Address on tag: | IN TEST | | |

| Date Rec'd. | 09/20/2004 | Date of Report | 10/04/2004 | Where Grown | NS | Net Wt. | 50 | Bags on Hand | 900 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  SSCA CERT, COKER 9184 WHEAT

Found in this Lab  SAME

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | NS | NS | NS | NS | NS | NS | NS |
| FOUND: | 99.94 | .06 | 0 | 0 | 90 | 0 | 10/04/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | NS |
| Found: | |

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 23677 |
| **LOT NO** | **615** |
| **INSP NO** | 1538-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in **HEAVY TYPE** is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  BRAGG FARMS                TONEY, AL

Seed were shipped by:  BRAGG FARMS   TONEY, AL

Name Address on tag:  **IN TEST**

| Date Rec'd. | 09/20/2004 | Date of Report | 10/04/2004 | Where Grown | **NS** | Net Wt. | **50** | Bags on Hand | 286 |
|---|---|---|---|---|---|---|---|---|---|

Variety .Common Name Given on Tag  **SSCA CERT. COKER 9184 WHEAT**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| **FOUND:** | **99.80** | **.20** | **0** | **0** | **86** | **0** | **10/04/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NS**

Found:

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

BRAGG FARMS
1180 GRIMWOOD RD
TONEY AL 35773

Dear Bragg Farms,

Due to unforeseen computer problems, we are reporting the results of (13) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23115 | 201 | 99.90 | .10 | 0 | 0 | 95 | 0 | |
| 23180 | 202 | 99.90 | .10 | 0 | 0 | 95 | 0 | |
| 23181 | 203 | 99.97 | .03 | 0 | 0 | 92 | 0 | |
| 23182 | 204 | 99.97 | .03 | 0 | 0 | 94 | 0 | |
| 23183 | 205 | 99.97 | .03 | 0 | 0 | 94 | 0 | |
| 23184 | 206 | 99.97 | .03 | 0 | 0 | 94 | 0 | |
| 23185 | 207 | 99.97 | .03 | 0 | 0 | 98 | 0 | |
| 23186 | 208 | 99.97 | .03 | 0 | 0 | 95 | 0 | |
| 23187 | 209 | 99.80 | .20 | 0 | 0 | 97 | 0 | |
| 23188 | 210 | 99.80 | .20 | 0 | 0 | 94 | 0 | |
| 23189 | 301 | 99.90 | .10 | 0 | 0 | 99 | 0 | |
| 23190 | 302 | 99.97 | .03 | 0 | 0 | 98 | 0 | |
| 23191 | 303 | 99.97 | .03 | 0 | 0 | 97 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 30, 2004**

Bragg Farms
1180 Grimwood Rd.
Toney, AL 35773

Dear Bragg Farms,

Due to unforeseen computer problems, we are reporting the results of (3) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23299 | 407 | | | OK | | 91 | 0 | None |
| 23300 | 410 | | | OK | | 94 | 0 | None |
| 23301 | 322 | | | OK | | 95 | 0 | None |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Bragg Farms
1180 Grim wood Rd.
Toney, AL. 35773

Dear Bragg Farms,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Germ | Hard Seed | Purity | Inert | Weed | Crop |
|---------|---------|------|-----------|--------|-------|------|------|
| 23027   | 104     | 77   | 0         | 99.70  | .30   | 0    | 0    |

**COMMENT: This lot of seed does not meet certification standards as to germination. The minimum standard germination for certified wheat is 85%. This is a PVP title V variety and can only be sold as a certified class of wheat.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab





# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 3, 2004**

Bragg Farms
1180 Grimwood Rd.
Toney, AL 35773

Dear Bragg Farms,

    Due to unforeseen computer problems, we are reporting the results of (21) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23288 | 304 | 99.90 | 0.10 | 0 | 0 | 99 | 0 | |
| 23289 | 305 | 99.90 | 0.10 | 0 | 0 | 99 | 0 | |
| 23290 | 306 | 99.90 | 0.10 | 0 | 0 | 97 | 0 | |
| 23291 | 307 | 99.90 | 0.10 | 0 | 0 | 96 | 0 | |
| 23292 | 308 | 99.80 | 0.20 | 0 | 0 | 97 | 0 | |
| 23293 | 309 | 99.90 | 0.10 | 0 | 0 | 96 | 0 | |
| 23294 | 310 | 99.90 | 0.10 | 0 | 0 | 97 | 0 | |
| 23295 | 311 | 99.80 | 0.20 | 0 | 0 | 98 | 0 | |
| 23296 | 312 | 99.85 | 0.15 | 0 | 0 | 96 | 0 | |
| 23297 | 313 | 99.90 | 0.10 | 0 | 0 | 98 | 0 | |
| 23298 | 314 | 99.80 | 0.20 | 0 | 0 | 98 | 0 | |
| 23330 | 501 | 99.90 | 0.10 | 0 | 0 | 96 | 0 | |
| 23333 | 504 | 99.90 | 0.10 | 0 | 0 | 95 | 0 | |
| 23334 | 505 | 99.80 | 0.20 | 0 | 0 | 93 | 0 | |
| 23335 | 506 | 99.90 | 0.10 | 0 | 0 | 95 | 0 | |
| 23336 | 507 | 99.90 | 0.10 | 0 | 0 | 97 | 0 | |
| 23337 | 508 | 99.80 | 0.20 | 0 | 0 | 98 | 0 | |
| 23338 | 509 | 99.90 | 0.10 | 0 | 0 | 99 | 0 | |
| 23339 | 510 | 99.90 | 0.10 | 0 | 0 | 97 | 0 | |
| 23340 | 511 | 99.90 | 0.10 | 0 | 0 | 97 | 0 | |
| 23341 | 601 | 99.90 | 0.10 | 0 | 0 | 90 | 0 | |

    We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 7, 2004**

Bragg Farms
1180 Grimwood Rd.
Toney, AL 35773

Dear Bragg Farms,

Due to unforeseen computer problems, we are reporting the results of (2) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23331   | 502     | 99.90  | 0.10  |      |      | 88   | 0         |              |
| 23332   | 503     | 99.90  | 0.10  |      |      | 91   | 0         |              |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 9, 2004**

Bragg Farms,
1180 Grimwood Rd.
Toney, AL 35773

Dear Bragg Farms,

Due to unforeseen computer problems, we are reporting the results of (9) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ. | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|-------|-----------|--------------|
| 23107 | 110 | 99.80 | 0.20 | 0 | 0 | 83 | 0 | |
| 23108 | 111 | 99.75 | 0.25 | 0 | 0 | 81 | 0 | |
| 23109 | 112 | 99.85 | 0.15 | 0 | 0 | 74 | 0 | |
| 23110 | 113 | 99.85 | 0.15 | 0 | 0 | 79 | 0 | |
| 23111 | 114 | 99.80 | 0.20 | 0 | 0 | 79 | 0 | |
| 23112 | 115 | 99.85 | 0.15 | 0 | 0 | 73 | 0 | |
| 23113 | 116 | 99.90 | 0.10 | 0 | 0 | 79 | 0 | |
| 23114 | 117 | 99.90 | 0.10 | 0 | 0 | 85 | 0 | |
| 23302 | 613-3501 | 99.90 | 0.10 | 0 | 0 | 82 | 0 | |

**Comment:** The following lots of seeds 110-116 do not meet certification standards as to germination. The minimum standard germination for a class of certified wheat is 85%.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
#### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

# MEMORANDUM

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Date:** 10/15/2004

**To:** LANCE HESTER, Division Director Agriculture and Animal Protection

**Cc:** Commissioner Ron Sparks, Don Rigney, Ronnie Murphy, B. J. Russell and Personnel Board File

**From:** JOHN L. CRAYTON, Program Director Seed Lab

**RE:** Rebuttal to memo of Reprimand

*Rebuttal*

On October 4, 2004 approximately 3:30 p.m. I was su[m]
Commissioner's office, with you (Lance Hester), Co[m]
Murphy, Doug Rigney, Attorney B. J. Russell, and Da
quickly became apparent the purpose of the meetir
make believe or alleged failure of job performanc
performance inadequacy involved a failure to devise
generate form cards essential for tracking seed anal;
documentation of seed performance. An alternative p
due to computer server failure greater than thirty days.

My response to each allegation is as follows:

(1) On Tuesday September 21, 2004, Ronnie Mur[phy]
    was notified by the Commissioner's office abou[t]
    processors or farmers that had samples in the seed laboratory for ___ ___
    period and had not received their analysis report. These samples were "In
    Test" samples indicating the company needed the test results before they were
    to be sold or planted. One seed processor reported to the commissioner's
    office that when he inquired about the tests that John Crayton indicated that
    the delay was due to the computer being down. Since that time, we had four
    additional complaints from industry indicating the negative economic impact
    that this delay has caused.

You have provided me with several copies of supposedly complaints; only one is
dated on or before September 21, 2004. Glen Zorn in a memo dated September
21, 2004 to Doug Rigney indicated the following:

"Mr. Carl Sanders from Coffee County called today and reported that he had
submitted oat and wheat seed to the Department of Agriculture and Industries
Seed Lab and requested for germination test be performed. After several weeks of
not hearing from the Seed Lab, he called in and was informed by Andrae McMillian
that no germination test had been completed since August due to computer
problems. Mr. Sanders was very concerned about our Seed Labs inability to
provide results of germination test in a timely manner".

The seed Laboratory's database indicates the last date of service for Mr. Sander's Farm was November 12, 2002. Mr. Sanders did not have an analysis in progress during the period of computer down time. A copy is enclosed for your review of the last date of service.

Also, your memo mentions four (4) additional complaints from industry were received after the September 21, 2004 memo. Only two additional complaints were received from your office dated after September 21, 2004, not four, I will respond to the two. My response to those is as follows:

1) One complaint dated September 30, 2004 from Jeannie Bragg Harvey to Doug Rigney, Deputy Commissioner of Agriculture

"I am writing to give you a summary of the difficulties I have experienced in dealing with the Alabama State Seed Lab this summer. After hearing in July, the good report on the shortened turn-around time on samples, I was surprised by the prolonged period I have had to wait for analyses during August and September".

Harvey's opening statements are contradictory: For the last four years, the seed Lab has established an average 21 day turn around of samples from the time they are logged in, to the time, the report goes out of the door to the client. Our accuracy rate for tested samples has been impeccable, reproducible and verified by colleagues in other state laboratories. The unit has worked under staffed for five of the six years I have served as Director. Individuals have been assigned to the Seed Lab to fill vacant slots that were not qualified or able to contribute to reducing the workload of the laboratory. As director, I was told these individuals were being employed in the lab, but as soon as their probation period was up, they were placed elsewhere. In spite of the intentional in house sabotage efforts, the unit has maintained our 21-day average turn around period, accuracy, and professionalism.

Jeannine Bragg Harvey had two complaints:

"My 2 chief complaints/concerns are this. It appears the computer has been down for a full two months now. Unacceptable. I add value to my seed, by invoicing my customers with a copy of the state seed lab report. To date I only have 20 of those, less than one-quarter of those submitted, in my hand. Also, of those samples just now in the germinator, some were pulled 6 weeks ago. Far too long. The printing of reports should have no bearing on the samples going in/out of the germinator.

Mr. Rigney, immediate relief is needed in this situation. The computer needs to be fixed or replaced. New management need to be hired".

It is a responsibility of the Commissioner and your office as my direct supervisor for the Seed Lab, to address the repair or replacement of the information technology server. Presently even thought computer failure truly alters my department's ability to generate accurate reports, server replacement or repair is not part of my job description.

The recent computer failure incident affected every regulatory program in the State Department of Agriculture. Daily, we were assured by the Information Technology Center the system would be up and running soon. If I had been informed of the true expected down time, an alternative procedure would have been established sooner for sample movement through the system.

(2) The final complaint dated October 4, 2004 from Amanda Mock or some third party (copy enclosed). The memo indicates a decline in service provided by the Seed Lab over the last 4-5 years. None of the names appearing on the memo is part of the seed Lab's database.

The Laboratory's database adequately refutes the notion of reduced service. It verifies the 21-day average turn around performance sustained by the laboratory over the last five years. Prior to my tenure as Seed Laboratory Director, I served for twenty-two years in the seed lab under two directors; neither was able to accompolish the current level of performance. When I became director, the lab had a backlog of four months or greater.

The computer failure situation would not have occurred if the agency had in place either a back up system or a contingency plan for server replacement. Once again, let me state for the record: (a) system replacement or repair is not under my control; (b) the lab supervisor, Andrae' McMillian and I met with you and Mr. Murphy on three (3) separate occasions during the time period to discuss activities involving the lab. During these meeting, there was no hint or suggestion of a need to establish an alternative method of generating our reports due to the computer system failure.

Your memo also indicates: "The critical choices faced were as follows: (1) Changes could be made in the processing of samples to accommodate industry, farmer and Department needs; or (2) serves could be discontinued which would adversely affect the marketing abilities of the seed industries. The answer should have been obvious.    We should have made changes in processing to accommodate the industry and farmer needs. However, the decision that was made disrupted commerce of seed and caused an embarrassment to the Department, the Commissioner and the employees. At no time did you choose to discuss this situation with your Division Director or the Deputy Commissioner".

One reading your memo might interpret it to mean quality reduction and agency accuracy has a second place status to the needs of the customer. Also one might assume the possibility of incurring additional liability due to inaccuracy has moved to the bottom of the agency's concern list.

According to you, the purpose of your memo was to facilitate correction. Providing adequate staffing for the laboratory with qualified applicants will provide an excellent step in improving the already exceptional performance of laboratory personnel.

During the last five years, the improved turn around performance of an averaged 21-day turn around has not prompted you to meet with me on a weekly basis to discuss processing samples through the seed laboratory. At this time, your suggestion to institute a weekly review of seed sample processing will consume more of my time rather than enhancing job performance. It appears to me the instruction for a weekly conference is motivated from an agenda that has nothing to do with job performance. If my performance during the period of computer failure merits possible suspension or dismissal discussion, hopefully the same has been communicated to all other program directors as we shared a common situation. I would hate to think I am an isolated case, considering all other departments were equally effected by the situation. I respectfully request the reprimand be rescinded and removed from my personnel file.

cc:     John Knight, Chairman Ways & Means

Thomas E. Jackson, Chairman Agriculture Committee
Thad Clammy, Representative, District 76
Alabama State Employee Association

STATE OF ALABAMA      )
                            )
COUNTY OF MONTGOMERY  )

**RE:**   *JOHN CRAYTON V. ALABAMA DEPARTMENT OF AGRICULTURE & INDUSTRIES*
         *CASE NO.: 2:07- CV-626-MEF*

## AFFIDAVIT OF SHANNON BURTON

Before me, the undersigned authority in and for said county and state personally appeared Shannon Burton who is known to me and being first duly sworn, deposes and says under oath as follows:

1. My name is Shannon Burton. I am over the age of nineteen and I have personal knowledge of the matter set forth herein.

2. I am currently an Administrative Support Assistant III with Alabama Department of Agriculture and Industries.

3. I have been employed with the Department since September 2001.

4. Currently, I work in the Food Safety Division and Mark Scott is my immediate supervisor.

5. The Department of Agriculture and Industries experienced a network problem that affected the entire Department in 2004. No section was able to print certificates and permits. The Food Safety Section was unable to print permits for 6 weeks because the Department's server was down for six weeks.

Dated this the 23rd day of June 2008

Shannon Burton
Shannon Burton

Exhibit 17

**STATE OF ALABAMA**
**COUNTY OF MONTGOMERY**

On this the _____ day of June 2008, before me, the undersigned Notary Public, in and for said State and County, personally appeared, Wilma Fitzpatrick who is known to me, and states that the foregoing information is true and correct to the best of her information, belief and knowledge, and that she executed same voluntarily on the day the same bears date.

NOTARY PUBLIC

3/25/2012

My Commission Expires

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

MEMO

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Date:        September 21, 2004

To:          Doug Rigney

From:        Glen Zorn

Subject:     Seed Lab

Mr. Carl Sanders from Coffee County called today and reported that he had submitted oat and wheat seed to the Department of Agriculture and Industries Seed Lab and requested for germination test to be performed. After several weeks of not hearing from the Seed Lab he called in and was informed by Andrae McMillian that no germination test had been completed since August due to computer problems. Mr. Sanders was very concerned about our Seed Labs inability to provide results of germination test in a timely manner.

Exhibit 18



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

# MEMORANDUM

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Date:**  10/15/2004

**To:**  LANCE HESTER, Division Director Agriculture and Animal Protection

**Cc:**  Commissioner Ron Sparks, Don Rigney, Ronnie Murphy, B. J. Russell and Personnel Board File

**From:**  JOHN L. CRAYTON, Program Director Seed Lab

**RE:**  Rebuttal to memo of Reprimand

---

On October 4, 2004 approximately 3:30 p.m. I was summoned to a meeting in the Commissioner's office, with you (Lance Hester), Commissioner Sparks, Ronnie Murphy, Doug Rigney, Attorney B. J. Russell, and Dana Wallace. Upon arrival, it quickly became apparent the purpose of the meeting was to document; some make believe or alleged failure of job performance on my part.  The sited performance inadequacy involved a failure to devise an alternative procedure to generate form cards essential for tracking seed analysis required for appropriate documentation of seed performance. An alternative procedure became necessary due to computer server failure greater than thirty days.

My response to each allegation is as follows:

(1) On Tuesday September 21, 2004, Ronnie Murphy (Deputy Commissioner) was notified by the Commissioner's office about two complaints from seed processors or farmers that had samples in the seed laboratory for an extended period and had not received their analysis report.  These samples were "In Test" samples indicating the company needed the test results before they were to be sold or planted.  One seed processor reported to the commissioner's office that when he inquired about the tests that John Crayton indicated that the delay was due to the computer being down. Since that time, we had four additional complaints from industry indicating the negative economic impact that this delay has caused.

You have provided me with several copies of supposedly complaints; only one is dated on or before September 21, 2004. Glen Zorn in a memo dated September 21, 2004 to Doug Rigney indicated the following:

"Mr. Carl Sanders from Coffee County called today and reported that he had submitted oat and wheat seed to the Department of Agriculture and Industries Seed Lab and requested for germination test be performed.  After several weeks of not hearing from the Seed Lab, he called in and was informed by Andrae McMillian that no germination test had been completed since August due to computer problems.  Mr. Sanders was very concerned about our Seed Labs inability to provide results of germination test in a timely manner".

Exhibit 1a

The seed Laboratory's database indicates the last date of service for Mr. Sander's Farm was November 12, 2002. Mr. Sanders did not have an analysis in progress during the period of computer down time. A copy is enclosed for your review of the last date of service.

Also, your memo mentions four (4) additional complaints from industry were received after the September 21, 2004 memo. Only two additional complaints were received from your office dated after September 21, 2004, not four, I will respond to the two. My response to those is as follows:

1) One complaint dated September 30, 2004 from Jeannie Bragg Harvey to Doug Rigney, Deputy Commissioner of Agriculture

"I am writing to give you a summary of the difficulties I have experienced in dealing with the Alabama State Seed Lab this summer. After hearing in July, the good report on the shortened turn-around time on samples, I was surprised by the prolonged period I have had to wait for analyses during August and September".

Harvey's opening statements are contradictory: For the last four years, the seed Lab has established an average 21 day turn around of samples from the time they are logged in, to the time, the report goes out of the door to the client. Our accuracy rate for tested samples has been impeccable, reproducible and verified by colleagues in other state laboratories. The unit has worked under staffed for five of the six years I have served as Director. Individuals have been assigned to the Seed Lab to fill vacant slots that were not qualified or able to contribute to reducing the workload of the laboratory. As director, I was told these individuals were being employed in the lab, but as soon as their probation period was up, they were placed elsewhere. In spite of the intentional in house sabotage efforts, the unit has maintained our 21-day average turn around period, accuracy, and professionalism.

Jeannine Bragg Harvey had two complaints:

"My 2 chief complaints/concerns are this. It appears the computer has been down for a full two months now. Unacceptable. I add value to my seed, by invoicing my customers with a copy of the state seed lab report. To date I only have 20 of those, less than one-quarter of those submitted, in my hand. Also, of those samples just now in the germinator, some were pulled 6 weeks ago. Far too long. The printing of reports should have no bearing on the samples going in/out of the germinator.

Mr. Rigney, immediate relief is needed in this situation. The computer needs to be fixed or replaced. New management need to be hired".

It is a responsibility of the Commissioner and your office as my direct supervisor for the Seed Lab, to address the repair or replacement of the information technology server. Presently even thought computer failure truly alters my department's ability to generate accurate reports, server replacement or repair is not part of my job description.

The recent computer failure incident affected every regulatory program in the State Department of Agriculture. Daily, we were assured by the Information Technology Center the system would be up and running soon. If I had been informed of the true expected down time, an alternative procedure would have been established sooner for sample movement through the system.

(2) The final complaint dated October 4, 2004 from Amanda Mock or some third party (copy enclosed). The memo indicates a decline in service provided by the Seed Lab over the last 4-5 years. None of the names appearing on the memo is part of the seed Lab's database.

The Laboratory's database adequately refutes the notion of reduced service. It verifies the 21-day average turn around performance sustained by the laboratory over the last five years. Prior to my tenure as Seed Laboratory Director, I served for twenty-two years in the seed lab under two directors; neither was able to accomplish the current level of performance. When I became director, the lab had a backlog of four months or greater.

The computer failure situation would not have occurred if the agency had in place either a back up system or a contingency plan for server replacement. Once again, let me state for the record: (a) system replacement or repair is not under my control; (b) the lab supervisor, Andrae' McMillian and I met with you and Mr. Murphy on three (3) separate occasions during the time period to discuss activities involving the lab. During these meeting, there was no hint or suggestion of a need to establish an alternative method of generating our reports due to the computer system failure.

Your memo also indicates: "The critical choices faced were as follows: (1) Changes could be made in the processing of samples to accommodate industry, farmer and Department needs; or (2) serves could be discontinued which would adversely affect the marketing abilities of the seed industries. The answer should have been obvious. We should have made changes in processing to accommodate the industry and farmer needs. However, the decision that was made disrupted commerce of seed and caused an embarrassment to the Department, the Commissioner and the employees. At no time did you choose to discuss this situation with your Division Director or the Deputy Commissioner".

One reading your memo might interpret it to mean quality reduction and agency accuracy has a second place status to the needs of the customer. Also one might assume the possibility of incurring additional liability due to inaccuracy has moved to the bottom of the agency's concern list.

According to you, the purpose of your memo was to facilitate correction. Providing adequate staffing for the laboratory with qualified applicants will provide an excellent step in improving the already exceptional performance of laboratory personnel.

During the last five years, the improved turn around performance of an averaged 21-day turn around has not prompted you to meet with me on a weekly basis to discuss processing samples through the seed laboratory. At this time, your suggestion to institute a weekly review of seed sample processing will consume more of my time rather than enhancing job performance. It appears to me the instruction for a weekly conference is motivated from an agenda that has nothing to do with job performance. If my performance during the period of computer failure merits possible suspension or dismissal discussion, hopefully the same has been communicated to all other program directors as we shared a common situation. I would hate to think I am an isolated case, considering all other departments were equally effected by the situation. I respectfully request the reprimand be rescinded and removed from my personnel file.

cc:    John Knight, Chairman Ways & Means

Thomas E. Jackson, Chairman Agriculture Committee
Thad Clammy, Representative, District 76
Alabama State Employee Association

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **JOHN L. CRAYTON** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.:   2:07-cv-626-MEF** |
| | ) | |
| **ALABAMA DEPARTMENT OF** | ) | **(LEAD CASE)** |
| **AGRICULTURE & INDUSTRIES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | | |
|---|---|---|
| **JOHN L. CRAYTON** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.:   2:07-cv-1111-MEF** |
| | ) | |
| **ALABAMA DEPARTMENT OF** | ) | **(MEMBER CASE)** |
| **AGRICULTURE & INDUSTRIES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

**COMES NOW,** the defendant Alabama Department of Agriculture & Industries, and submits this Brief in Support of the Motion for Summary Judgment contemporaneously filed herein, and states as follows:

### I. Introduction

This is an action for relief under 42 U.S.C. §2000e, et seq., (Title VII). The plaintiff is employed by the Defendant, Alabama Department of Agriculture as Program Director of the Genetically Modified Plant Program. He alleges that the defendant discriminated against him on the basis of his race, and retaliated against him.



Exhibit 20

The plaintiff makes numerous, disjointed allegations of discrimination, the earliest of which allegedly occurred in 2002. Notably, the plaintiff only raised the majority of his factual allegations for the first time in his judicial complaints. Of great significance is the absence of any evidence that the alleged conduct complained of by the defendant was based on his race or resulted in tangible employment action. The plaintiff's claims arise out of his seeming unwillingness to get along with most of his supervisors and co-workers and his dislike of supervisory oversight of his work.

## II. **Statement of Undisputed Facts**

The plaintiff, John Crayton, was hired with the Alabama Department of Agriculture in May 1976 as a seed analyst. (Crayton depo. p. 13, l. 2-5). Plaintiff stayed in the position of seed analyst for twenty-five years, at which time he was promoted to Program Director of the Seed Program. (Crayton depo. p. 13, l. 12-17). Plaintiff is still a Program Director. (Crayton depo. p. 13, l. 20-21). As Program Director of the Seed Lab, the plaintiff's duties included enforcement of the Truth in Labeling Law as it relates to the seed industry. (Crayton depo. p. 24, l. 18-22). Before seeds are sold in interstate or intrastate commerce, they must be tested by a lab and labeled. (Crayton depo. p. 26, l. 4-11; p. 27, l. 2-7). It is important that seed samples be tested promptly and results be timely given to seed suppliers or farmers. (Crayton depo. p. 27, l. 8-12). Seed sold in Alabama must carry a claim as to its purity and quality. (Crayton depo. p. 31, l. 13-21).

The plaintiff complains that in 2002, his work was scrutinized by his superiors and claims the inquiries into his job performance constituted race discrimination. (Doc. 13; Crayton depo. p. 23, l. 18 to p. 24, l. 17). It is undisputed that this scrutiny did not result in any tangible employment action or affected his ability to perform his job functions.

2

The plaintiff claims that in April 2003, he applied for a position as Division Director with the Department of Agriculture. (Crayton depo. p. 34, l. 8-14). The job opening was announced by the Alabama State Personnel Department, which established a register for the position[1]. (Crayton depo. p. 34, l. 14-19). The plaintiff ranked 4 out of 8 applicants on the register for the position of Division Director by the State Personnel Department. (Crayton depo. p. 34, l. 22 to p. 35, l. 1). The position was awarded to Lance Hester, a white male, who was ranked higher on the register than the plaintiff. (Crayton depo. p. 35, l. 2-18). The plaintiff claims that his ranking on the register by the State Personnel Department was "racially controlled" and influenced by the Commissioner of the Department of Agriculture. (Crayton depo. p. 35, l. 22 to p. 36, l. 9). However, the plaintiff has no knowledge of or evidence that the Commissioner had any influence at all about the plaintiff's ranking on the register for the position of Division Director. (Crayton depo. p. 36, l. 20 to p. 37, l. 1). When the plaintiff learned that the position of Division Director was filled by Lance Hester, he did not make any complaints about it to anyone at the Department of Agriculture. (Crayton depo. p. 38, l. 2-6).

On October 4, 2004, the plaintiff was summoned to the Commissioner's office for a meeting with several people wherein he was informed that he was receiving a written reprimand for failing to properly perform his job responsibilities. (Crayton depo. p. 38, l. 7-16; Written reprimand dated October 4, 2004). The reprimand resulted after a series of complaints were received by the Department of Agriculture about the poor work performed in the Seed Lab while the plaintiff was the Program Director. (Crayton depo. p. 38, l. 21 to p. 39, l. 20; Affidavit of Lance Hester; Complaints dated September 21, 2004, September 30, 2004 and October 4, 2004).

---

[1] In order to be considered for some positions with the State of Alabama, an individual must be on the employment register with the Personnel Department. An applicant must meet the basic job requirements for a position to be placed on the register. Applicants are then ranked by the Personnel Department for a particular position, and the rankings are sent to the state agency with the job opening for the ultimate hiring decision.

The clients of the Seed Lab complained that they were having problems receiving their test results back from the lab in a timely manner. (Crayton depo. p. 39, l. 6-20). It is necessary that the Seed Lab get test results back to clients as quickly as possible. (Crayton depo. p. 39, l. 21 to p. 40, l. 2). These complaints were cause for great concern because farmers and agricultural businesses were adversely affected. (Affidavit of Lance Hester). Further, the Department of Agriculture is a state agency and values its reputation in the agriculture community both in and out of the State of Alabama. (Affidavit of Lance Hester). It is therefore, imperative that the Seed Lab perform its duties in professional and timely manner so as to retain its position as a leader in the agriculture industry. (Affidavit of Lance Hester).

Although the plaintiff claims that the reprimand was a form of harassment, the purpose of the reprimand was to facilitate a correction and address the problems that had been reported. (Crayton depo. p. 46, l. 3-18; p. 48, l. 21 to 49, l. 1; Affidavit of Lance Hester; Reprimand dated October 4, 2004). This is the only reprimand the plaintiff has received. (Crayton depo. p. 121, l. 9-15). The plaintiff's pay was not reduced nor did he lose any benefits as a result of the reprimand. (Affidavit of Lance Hester).

On or about October 4, 2004, after having received numerous complaints about the Seed Lab, the Commissioner sent out a memorandum to the Alabama Seed Industry informing them that he was providing oversight over the Seed Lab and communication should be directed to him, Deputy Commissioner Doug Rigney or Division Director Lance Hester. (Crayton depo. p. 50, l. 10-19; Memorandum dated October 4, 2004). The plaintiff claims that this was done in an effort to usurp his responsibilities and authority. (Crayton depo. p. 50, l. 19-22).

When plaintiff was first promoted to Program Director, his supervisor was Wilma Fitzpatrick, a black female. (Crayton depo. p. 14, l. 17-23; p. 15, l. 10-11). In approximately

4

2005, plaintiff's supervisors became Division Director Lance Hester and Deputy Commissioner Doug Rigney. (Crayton depo. p. 15, l. 12 to p. 16, l. 3). His supervisor is currently Deputy Commissioner Ronnie Murphy. (Crayton depo. p. 98, l. 16-19). Plaintiff was asked to become a certified seed specialist after he became Program Director of the Seed Lab, but he refused because he did not see the point. (Crayton depo. p. 30, l. 23 to p. 31, l. 2).

Plaintiff was assigned a state vehicle in approximately 2004. (Crayton depo. p. 16, l. 4-20). However, he rarely traveled and primarily used the car to go and come home from work. (Crayton depo. p. 17, l. 7-17). Although his job responsibilities called for him to travel across the state to visit with inspectors, he never did it. (Crayton depo. p. 21, l. 13-17). The Governor of Alabama thereafter issued a mandate restricting the issuance of state vehicles to state employees because of a budget crunch. (Crayton depo. p. 17, l. 18 to p. 18, l. 8). The plaintiff and other employees at the Department of Agriculture, both black and white, lost their state vehicles because of the Governor's mandate. (Crayton depo. p. 19, l. 2-7). The plaintiff never requested that he be allowed to keep his state vehicle. (Crayton depo. p. 18, l. 21 to p. 19, l. 1). If plaintiff ever needed the use of a state vehicle to travel for work, he could have used a vehicle from the state motor pool. (Crayton depo. p. 21, l. 18-22).

On May 11, 2005, Lance Hester issued a written warning to the plaintiff for failing to follow rules and directives regarding leave time requests, delivery of seed samples in the lab, and proper purchasing procedures. (Crayton depo. p. 118, l. 10-14; p. 119, l. 1-4; Written Warning dated May 11, 2005). The plaintiff perceives that the incidents delineated in the Written Warning constitute race discrimination. (Crayton depo. p. 119, l. 5-9).

In June 2006, the plaintiff and a few other black Department of Agriculture employees went to the Alabama State Employees Association (ASEA) to complain about what they viewed

5

as racial conditions in the Department of Agriculture. (Crayton depo. p. 19, l. 15-17). They complained that state vehicles were reissued in 2005 to white employees but not to them. (Crayton depo. p. 19, l. 18 to p. 20, l. 1). Although the plaintiff claims he noticed white employees were reissued state vehicles, he cannot identify any. (Crayton depo. p. 22, l. 8-12). The only black employees he thought should be reissued state cars were Wilma Fitzpatrick and him. (Crayton depo. p. 22, l. 13-16).

The plaintiff complains that in the seed lab, his database was queried and his decisions in the seed lab were scrutinized. (Crayton depo. p. 24, l. 2-8). Although he claims this was a form of harassment or discrimination, the plaintiff acknowledges that this oversight did not affect his ability to do his job. (Crayton depo. p. 27, l. 16-23).

In late June, 2006, the plaintiff had an encounter with the Commissioner in the parking lot at the Department of Agriculture. (Crayton depo. p. 66, l. 4 to p. 71, l. 10). The plaintiff claims that he saw the Commissioner and another Department of Agriculture employee, Jimmy Holley, in the parking lot as he was returning to work from lunch. (Crayton depo. p. 66, l. 14 to p. 67, l. 8). The plaintiff claims that as he passed the Commissioner, he spoke a greeting and kept walking. (Crayton depo. p. 67, l. 22 to p. 68, l. 8). The Commissioner spoke to the plaintiff and asked how he was doing; the plaintiff ignored him. (Crayton depo. p. 68, l. 17-22). The Commissioner spoke again and the plaintiff replied that they had both spoken, to just let it be at that. (Crayton depo. p. 69, l. 21-23). According to the plaintiff, the Commissioner made a sarcastic remark and the plaintiff turned around and looked him in the face. (Crayton depo. p. 70, l. 2-5). The Commissioner was offended by the plaintiff's behavior. (Crayton depo. p. 70, l. 5-7). The Commissioner called the plaintiff to his office, along with Department of Agriculture attorney Jeff Webb to discuss the situation. (Crayton depo. p. 77, l. 7-23). The plaintiff did not

6

say anything during the meeting. (Crayton depo. p. 78, l. 1-7). Jimmy Holley witnessed the interaction between the plaintiff and Commissioner and verified the Commissioner's version of events regarding the plaintiff's inappropriate behavior. (Crayton depo. p. 77, l. 13-19). After he left the Commissioner's office, the plaintiff contacted the ASEA about the matter. (Crayton depo. p. 86, l. 20 to p. 87, l. 7). The plaintiff received no reprimand, reduction in pay or reduction in benefits as a result of his behavior toward the Commissioner. (Crayton depo. p. 87, l. 16 to p. 88, l. 2).

The Department of Agriculture, aware of the emerging and growing field of genetically modified plants, starting looking into the development of a Genetically Modified Plant Program in 2005. (Affidavit of Lance Hester). This program actually got underway in 2006. (Affidavit of Lance Hester). In July 2006, the plaintiff was assigned to a new position as Program Director of the Genetically Modified Plant Program. (Crayton depo. p. 20, l. 12-16; Affidavit of Lance Hester; Letter to Crayton dated July 28, 2006). The plaintiff's educational background and experience in the Seed Lab made him suitable for this position. (Affidavit of Lance Hester).

The plaintiff's duties and responsibilities changed with this new position, and he was assigned a state vehicle. (Crayton depo. p. 20, l. 12-20; p. 102, l. 17-21). Although the plaintiff is satisfied to have a state vehicle, he would have been just as satisfied without one. (Crayton depo. p. 102, l. 22 to p. 103, l. 8). He has only traveled three times in two years, and only just to Auburn. (Crayton depo. p. 104, l. 22 to p. 105, l. 10). He also received a 5% across the board raise in September, 2006, after his reassignment. (Crayton depo. p. 103, l. 9-12).

Plaintiff claims Commissioner Ron Sparks, Deputy Commissioner Ronnie Murphy, Division Director Doug Rigney, and Division Director Lance Hester wanted him out of the position of Program Director of the Seed Lab because of his race. (Crayton depo. p. 33, l. 15 to

p. 34, l. 6; p. 106, l. 13-17). He bases this assumption on "the historical aspect of racism and how blacks have been discriminated against over the years." (Crayton depo. p. 106, l. 13-22). However, no one has asked him to retire. (Crayton depo. p. 109, l. 10 to p. 110, l. 14). He further claims that he was penalized in his transfer because he was not offered any monetary enticements to take the job. (Crayton depo. p. 108, l. 12-19).

The plaintiff further claims that he was subjected to harassment because when he was transferred, he was assigned to an office without a chair. (Crayton depo. p. 110, l. 15 to p. 111, l. 4). However, the plaintiff acknowledges that he brought his old office furniture with him to his new office, including a desk and a chair. (Crayton depo. p. 111, l. 5-13).

The plaintiff's reassignment to the position of Program Director of the Genetically Modified Plant Program was a lateral transfer. (Crayton depo. p. 100, l. 14-16). There was no reduction in his pay with the transfer. (Crayton depo. p. 100, l. 10-13; p.107, l. 23 to p. 108, l. 2). Genetic engineering is a new and emerging discipline. (Crayton depo. p. 95, l. 8-13). Although the plaintiff claims his abilities and expertise limit him in the ability to establish the Genetically Modified Plant Program, he has been asked to attend seminars and educational programs to increase his expertise in that area. (Crayton depo. p. 97, l. 18 to p. 98, l. 5). Since he became the program director, he has only made one travel request for further education. (Crayton depo. p. 98, l. 1-11). His supervisor, Ronnie Murphy, told him to go ahead and make travel arrangements pursuant to his request. (Crayton depo. p. 98, l. 22 to p. 99, l. 9).

The plaintiff alleges that he did not want to accept the position as Program Director of the Genetically Modified Plant Program because he had reservations regarding his qualifications and abilities. (Crayton depo. p. 95, l. 4-11; p. 112, l. 7-24). Commissioner Sparks told the plaintiff the only reason he would not succeed in the position is that he would fail to ask for the things he

8

needed. (Crayton depo. p. 113, l. 1-5). The next week, the plaintiff submitted a list of things he needed to do his job, including the following: to be returned to his previous position, office supplies, computers, an assistant and a secretary. (Crayton depo. p. 113, l. 6 to p. 114, l. 7). He received the computer, office supplies, equipment and furniture he needs. (Crayton depo. p. 114, l. 1-16). The plaintiff only sent that one request for things he needs to do his job. (Crayton depo. p. 115, l. 12-14).

The position held by the plaintiff can be useful to the Department of Agriculture and the State of Alabama. (Crayton depo. p. 122, l. 12-20). The plaintiff is one of the most qualified people in the Department of Agriculture to run the Genetically Modified Plant Program. (Crayton depo. p. 123, l. 5-12). With this transfer, the plaintiff received a state vehicle, all his merit raises, was given the opportunity to travel and meet the industry, attend workshops, conventions and meetings. (Crayton depo. p. 123, l. 13-22). The Genetically Modified Plant Program is becoming more critical and is where the industry is headed. (Crayton depo. p. 124, l. 21 to p. 125, l. 2). The plant industry is constantly trying to improve the quality of seed, the type of seed, and thus, the crops for disease resistance. (Crayton depo. p. 125, l. 3-10). This work will benefit farmers in the State of Alabama. (Crayton depo. p. 125, l. 15-19). The plaintiff has spent the last year and half to two years reading and doing research on his own during the course of his job. (Crayton depo. p. 126, l. 15 to p. 127, l. 1). The plaintiff acknowledges that when he was named Program Director for the Genetically Modified Plant Program, he may have been told it was a good opportunity for him and to develop this program for the State of Alabama. (Crayton depo. p. 169, l. 21 to p. 170, l. 3).

9

Upon Mr. Crayton's reassignment to the position of Program Director of the Genetically Modified Plant Program, his previous duties as Program Director of the Seed Lab were assigned to Andrae McMillan, a black male, who is a certified seed analyst. (Affidavit of Lance Hester).

The plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission (EEOC) on September 27, 2006 making claims of race discrimination and retaliation in violation of Title VII. (Crayton depo. p. 119, l. 19-22; EEOC Charge of Discrimination dated September 27, 2006). The text of the plaintiff's EEOC Charge of Discrimination is as follows:

> I began my employment with the employer named above as a seed analyst on May 19, 1976. Upon Mr. Lance Hester becoming my supervisor, I began to be subjected to adverse terms and conditions of employment in my position of seed program director. Mr. Hester constantly challenged decisions that I made regarding a particular product although he had no expertise in the area to which I was assigned. The position of seed director was considered to be very influential and one would come in contact with people who had power. During June of 2006, I complained to the Alabama State Employees Association that I, as well as other Blacks were being subjected to unlawful employment discrimination because of our race. On July 28, 1006 (sic), I was reassigned from my position of seed program director to a recently created position of genetically modified plant and plants products director. I was the first Black to hold the position of seed program director and the position was awarded to a lesser qualified White following my reassignment. I believe that I was discriminated against in violation of Title VII of the 1964 Civil Rights Act, as amended because of my race, Black and in retaliation to my complaint of unlawful employment discrimination.

(EEOC Charge of Discrimination dated September 27, 2006). The plaintiff subsequently filed the present lawsuit against the defendant alleging race discrimination and retaliation. (Doc. 1).

On or about November 14, 2006, Ronnie Murphy met with the plaintiff and mandated that the plaintiff contact the Employee's Assistance Program (EAP). (Crayton depo. p. 133, l. 1-8; p. 174, l. 9-14; Referral to EAP dated November 14, 2006). This mandate arose out of an

incident the plaintiff had with another Department of Agriculture employee, Reba Stabler. (Crayton depo. p. 133, l. 9 to p. 134, l. 3). The plaintiff was walking into the office building one morning, and his hands were full. (Crayton depo. p. 134, l. 15-18). The plaintiff had his key out to unlock the door and claims the door flew back in his face. (Crayton depo. p. 134, l. 17-23). Ms. Stabler said she pushed the door back to help him. (Crayton depo. p. 135, l. 1-4). The plaintiff was annoyed that Ms. Stabler pushed the door open for him, even though she said she was trying to help him. (Crayton depo. p. 136, l. 1-6). The plaintiff told Ms. Stabler to go ahead, he would let himself in and claims she "insisted on having this dialogue with" him. (Crayton depo. p. 136, l. 9-12). The plaintiff responded that he did not appreciate her pushing the door out in his face. (Crayton depo. p. 136, l. 13-15). Ms. Stabler complained to her supervisor about the plaintiff's inappropriate behavior. (Crayton depo. p. 133, l. 10-18). The plaintiff has generally removed himself from social situations at work; he mainly keeps to himself and does not associate with many people at work. (Crayton depo. p. 137, l. 3-12). The plaintiff further made a comment to his supervisor, Ronnie Murphy, that he and the Commissioner were klansmen without hoods, which along with his inappropriate behavior toward Ms. Stabler, contributed to his referral to the EAP. (Crayton depo. p. 167, l. 18-23; p. 173, l. 1-18; 174, l. 5-11).

The plaintiff saw a psychiatrist, Clinton Smith, on December 5, 2006 after referral by the EAP. (Crayton depo. p. 145, l. 2-8; p. 175, l. 4-7). The plaintiff was referred to a Behavioral Health System psychiatrist by the EAP, not Ronnie Murphy or the Department of Agriculture. (Crayton depo. p. 175, l. 4-10; p. 176, l. 1-23). The EAP is a part of the plaintiff's state benefits. (Crayton depo. p. 175, l. 11-14). Based on what the plaintiff told Dr. Smith, the doctor concluded that there appeared to be a personal vendetta between the plaintiff, Ronnie Murphy and Commissioner Sparks. (Crayton depo. p. 148, l. 3-8). Dr. Smith did not speak with anyone

.

11

else at the Department of Agriculture. (Crayton depo. p. 148, l. 9-16). The plaintiff did not

receive a demotion or reduction in benefits as a result of the referral to the Behavioral Health

System. (Crayton depo. p. 148, l. 17 to p. 149, l. 2). Dr. Smith's report specified that he found

"an interpersonal problem with Mr. Crayton and his supervisor, Ronnie Murphy, and

Commissioner Sparks." (Crayton depo. p. 151, l. 11-14; Dr. Smith Report dated December 5,

2006). Dr. Smith further noted that "Mr. Crayton refused to sign the supervisory referral

authorization form," and the plaintiff never signed it. (Crayton depo. p. 151, l. 16-22; Dr. Smith

Report dated December 5, 2006).

After the plaintiff saw Dr. Smith, he filed a second EEOC Charge of Discrimination.

(Crayton depo. p. 152, l. 12-15; EEOC Charge of Discrimination dated May 3, 2007). The

plaintiff filed a second Charge of Discrimination with the EEOC on May 3, 2007. (Crayton

depo. p. 127, l. 11-14). The text of the plaintiff's second EEOC Charge of Discrimination is as

follows:

> I am Black and I was hired by the above named employer on May
> 19, 1976, as a seed analysis (sic) and I was eventually promoted to
> seed program director. On July 28, 2006, I was demoted to the
> position of genetically modified plant and plants product director,
> which I protested. On September 27, 2006, I filed charge 420-
> 2006005216 because of my demotion and reassignment to another
> job. On November 30, 2006, my supervisor had me to enroll in an
> employee assistance program, which I protested. I had a schedule
> (sic) job performance review that should have been completed no
> later than April 30, 2007. Any pay raise that I would have
> received is based on my job performance review being completed
> in a timely manner, which has not occurred. On May 2, 2007, I
> learned from personnel that my supervisor should have completed
> and submitted my annual job performance review as required by
> April 30, 2007, so that I would be eligible for a merit pay raise. I
> believe I am being discriminated against because of my race, Black
> and in retaliation for having filed a previous charge in violation of
> Title VII of the Civil Rights Act of 1964, as amended.

(EEOC Charge of Discrimination dated May 3, 2007). The EEOC investigated the claim and informed the plaintiff that it did not find any violation of the law, the same finding as to his first EEOC Charge of Discrimination. (Crayton depo. p. 153, l. 12-16).

The plaintiff filed a second lawsuit against the defendant alleging retaliation; this second lawsuit was consolidated with the present case. (Doc. 15). The basis of the second EEOC Charge of Discrimination and lawsuit was the referral to Behavioral Health Services by the EAP and a delay in the completion of his annual review. (Crayton depo. p. 155, l. 3-17; p. 171, l. 11-18). The plaintiff claims that his annual review should have been completed by April 30, 2007, but it was not completed until May, 2007. (Crayton depo. p. 155, l. 19 to p. 156, l. 10). This delay did not result in a reduction in pay, demotion, or loss of a raise. (Crayton depo. p. 156, l. 11-23). The plaintiff simply complains that the delay in completion of his annual evaluation created a chance he would not receive a raise. (Crayton depo. p. 156, l. 22 to p. 157, l. 2). It is undisputed, however, that the plaintiff in fact received his raise so there was no retaliation. (Crayton depo. p. 157, l. 3-16).

The Department of Agriculture categorically denies it discriminated or retaliated against Mr. Crayton.

### III. **Summary Judgment Standard**

Rule 56(c), <u>Federal Rules of Civil Procedure</u>, provides that summary judgment is due to be entered in favor of the moving party if "there is no genuine issue as to any material fact." The moving party must first come forward with proof of the absence of genuine issues of material fact. <u>Celotex Corp. v. Catrett</u>, 477 U.S. 317, 321 (1986). The moving party may meet this burden by identifying portions of the pleadings, depositions, and answers to interrogatories, admissions or affidavits that demonstrate the absence of an issue of material fact. <u>Id.</u> at 323.

13

The burden then shifts to the non-moving party to present affirmative evidence that there is a genuine issue of material fact. Fed.R.Civ.P. 56(e); Matsushita Electrical Industrial Co., Ltd. v. Zenith Radio Corp., 475 U.S. 574, 587 (1986). Any inferences to be drawn from the underlying facts should be viewed in a light most favorable to the non-moving party. Matsushita, 475 U.S. at 587. If the record as a whole "could not lead a rational trier of fact to find for the non-moving party there is no 'genuine issue for trial'." Id.

## IV.  Argument

Plaintiff asserts Title VII claims for race discrimination and retaliation. All of plaintiff's claims are barred for his failure to timely satisfy the administrative prerequisites to suit except for the following: 1) claims of discrimination and retaliation arising out of plaintiff's lateral transfer, and 2) claim of retaliation arising out of his EAP referral to the Behavioral Health System.

### A.    Title VII Claims Untimely and Not Properly Raised in EEOC Complaint

Title VII makes it unlawful for an employer to discriminate against an individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race. 42 U.S.C. § 2000e-2(a)(1). In evaluating a Title VII claim, a Court must first examine the EEOC administrative charge and investigation to determine the scope of the judicial complaint. Robinson v. Regions Financial Corp., 242 F.Supp.2d 1070, 1079 (M.D. Ala. 2003), citing Griffin v. Carlin, 755 F.2d 1516, 1522 (11th Cir. 1985). A plaintiff's judicial complaint under Title VII is limited to acts of discrimination contained in his EEOC charge. Coon v. Georgia Pacific Corp., 829 F.2d 1563, 1569 (11th Cir. 1987); Robinson, 242 F.Supp.2d at 1079 (citing Alexander v. Fulton County, 207 F.3d 1303, 1332 (11th Cir. 2000)). A judicial complaint

14

may also include matters "which can reasonably be expected to grow out of the charge of discrimination." Mulhall v. Advance Sec., Inc., 19 F.3d 586, 589 n. 8 (11th Cir. 1994).

           i.     Claims Not Mentioned in EEOC Complaints

Mr. Crayton makes two distinct claims of race discrimination and retaliation in his first EEOC complaint: 1) his supervisor, Lance Hester, challenged his work decisions, and 2) he was reassigned from Program Director of the Seed Lab to Program Director of the Genetically Modified Plant Program. Mr. Crayton makes three distinct claims of race discrimination and retaliation in his second EEOC complaint: 1) he was demoted to Program Director of the Seed Lab to Program Director of the Genetically Modified Plant Program (also raised in his first EEOC complaint), 2) he was referred to the Employee Assistance Program in retaliation for filing his first EEOC complaint, and 3) his annual performance review was not completed in a timely manner.

The plaintiff makes no mention in either of his EEOC complaints of the following claims made in his judicial complaints: 1) scrutiny of his work by supervisor Ronnie Murphy in 2002, 2) denial of promotion to division director in April 2003, 3) reprimand of October 4, 2004, 4) October 4, 2004 memorandum from the Commissioner to members of the Seed Industry allegedly usurping his duties[2], 5) failure to receive a state vehicle in 2005, 6) alleged retaliation and harassment by the Commissioner arising out of the June 2006 encounter in the parking lot, and 7) alleged harassment when he was reassigned to an office without a chair in August 2006.

Even though not specifically mentioned in plaintiff's EEOC charge, these claims are not reasonably related to charges mentioned in the file or ones which reasonably grew out of the existing charges. In Swanson v. Civil Air Patrol, 37 F.Supp.2d 1312 (M.D. Ala. 1998) the Court

---

[2] The plaintiff refers to this October 4, 2004 memorandum as a "letter" dated October 7, 2004 in his Complaints and deposition.

found plaintiff's claim of unequal pay was barred because it was not mentioned in her EEOC charges. Plaintiff's first EEOC charge made a claim for hostile environment, sexual harassment and retaliation. Her second EEOC charge specifically stated a claim for retaliation. This Court held that because neither of the plaintiff's charges mentioned disparate treatment on the basis of gender because of unequal pay, this Court could not find the claims to be like or related to claims of hostile environment sexual harassment or retaliation. Summary judgment was granted for the defendant on plaintiff's unequal pay claim.

In Robinson v. Regions Financial Corp., supra, the Court similarly examined whether plaintiff's Title VII claims which were not included in her EEOC charge could be included in plaintiff's judicial complaint. Plaintiff's EEOC charge alleged the denial of one promotion. Plaintiff's judicial complaint alleged, inter alia, four individual instances in which she was allegedly denied a promotion. These four instances were referred to by this Court as Claim A, Claim B, Claim C and Claim D. Three of those claims survived a Statute of Limitations defense, but only Claim B was included in the plaintiff's EEOC charge. The Court noted that while Claims C and D were the same as Claim B, in that they all involved the denial of a promotion, this Court held that Claims C and D were entirely new acts of discrimination never investigated by the EEOC. These claims arose after plaintiff filed her EEOC charge and were distinct from the claim that was the subject of the EEOC charge. As a result, the two later promotions could not reasonably have been expected to grow out of the plaintiff's original charge of discrimination. To the extent they were asserted under Title VII, the claims were barred.

Courts have found numerous other claims not specifically enumerated in an EEOC charge to be barred. Blalock v. Dale County Board of Ed., 84 F.Supp.2d 1291, 1301-1302 (M.D. Ala. 1991) (where plaintiff's EEOC charge only raised claims for gender-based disparate pay

and disparate treatment, claim for hostile work environment was separate and distinct and not reasonably related to other claims); Sweeney v. State of Alabama Alcoholic Beverage Control Bd., 94 F.Supp.2d 1241, 1267 (M.D. Ala. 2000), *vacated in non-relevant part and superseded in non-relevant part by* 117 F.Supp.2d 1266 (M.D. Ala. 2000) (where plaintiff's EEOC charge alleged defendant failed to reasonably accommodate plaintiff's alleged disability but did not contain an allegation regarding a hostile work environment based on race, sex or alleged disability, the claim was unrelated and, therefore, barred).

Tthe only claims that are common to both the EEOC complaints and the judicial complaints are 1) the plaintiff's reassignment from Program Director of the Seed Lab to Program Director of the Genetically Modified Plant Program in July 2006, and 2) referral to the EAP. Although Mr. Crayton made an allegation of retaliation for failure to timely complete his annual evaluation in his second EEOC complaint and his second judicial complaint, he has abandoned that claim. (Crayton depo. p. 155, l. 19 to p. 157, l.16).

To the extent that reference to the plaintiff's claims in his first judicial complaint of 1) scrutiny of his work by supervisor Ronnie Murphy in 2002, 2) denial of promotion to division director in April 2003, 3) reprimand of October 4, 2004, 4) October 4, 2004 Memorandum from the Commissioner to members of the Seed Industry allegedly usurping his duties, 5) failure to receive a state vehicle in 2005, 6) alleged retaliation and harassment by the Commissioner arising out of the June 2006 encounter in the parking lot, and 7) alleged harassment when he was reassigned to an office without a chair in August 2006 are not mentioned in his first EEOC charge, they are barred for failure of the plaintiff to file his charge within 180 days of the discriminatory act.   The only claims of race discrimination or retaliation common to Mr. Crayton's two EEOC Charges of Discrimination and two judicial complaints are related to his

reassignment to Program Director of the Genetically Modified Seed Program, and his referral to
the Behavioral Health System by the EAP.

ii.    Claims Are Time Barred

To the extent that Mr. Crayton makes claims in his first judicial complaint for race
discrimination or retaliation for events prior to March 31, 2006, they are barred for failure of the
plaintiff to file his charge within 180 days of the alleged discriminatory act. Mr. Crayton filed
his first EEOC Charge of Discrimination on September 27, 2006. This Court may only consider
discrete acts that occurred between March 31, 2006 and September 27, 2006 (180 days before
September 27, 2006). 42 USC § 2000 e – (5)(e)(1) (charge shall be filed within 180 days after
the alleged unlawful employment practice occurred.) Accordingly, any alleged discriminatory
conduct that occurred prior to March 31, 2006 is time-barred. Accordingly, to the extent that any
of the following claims could be construed to have been included in his first EEOC complaint,
plaintiff's allegations of 1) scrutiny of his work by supervisor Ronnie Murphy in 2002, 2) denial
of promotion to division director in April 2003, 3) reprimand of October 4, 2004, 4) October 4,
2004 Memorandum from the Commissioner to members of the Seed Industry allegedly usurping
his duties, 5) failure to receive a state vehicle in 2005, are time-barred.

Further, although plaintiff claims, in his first judicial complaint, that the alleged
retaliation and discrimination were ongoing, in his first EEOC charge, in the box noted as "Dates
Discrimination Took Place," the plaintiff only mentioned the time period of July 28, 2006 to
September 26, 2006 and did not indicate that the discrimination or retaliation was ongoing.
Accordingly, any alleged discrete acts of discrimination or retaliation mentioned in his first
judicial complaint after September 27, 2006 are barred by his failure to fulfill the administrative
prerequisites to filing suit under Title VII.

18

Based upon the above, the only claims in Mr. Crayton's judicial complaints that were timely raised in his EEOC charges relate to: 1) his reassignment to the position of Program Director for the Genetically Modified Plant Program, and 2) his referral to the Behavioral Health System by the EAP.

### B.    Title VII Claims

Even if Plaintiff's claims were timely raised in his EEOC charge, plaintiff cannot establish a viable cause of action for discrimination or retaliation under Title VII.

#### i.    Race Discrimination

The plaintiff claims that he was discriminated against on the basis of her race but offers no direct evidence of race discrimination.    With respect to circumstantial claims of race discrimination under Title VII, the Eleventh Circuit held that:

> Title VII makes it unlawful for an employer to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin. Where direct evidence of discrimination is unavailable, a Title VII plaintiff may nonetheless present circumstantial evidence of discrimination sufficient to create a jury question. In reviewing Title VII claims that are supported by circumstantial evidence, we use the familiar McDonnell    Douglas/Burdine    three-step    burden-shifting framework. Under this framework, the plaintiff shoulders the initial burden ... of establishing a *prima facie* case of racial discrimination.    Where direct evidence of discrimination is unavailable, a Title VII plaintiff may nonetheless present circumstantial evidence of discrimination sufficient to create a jury question. In reviewing Title VII claims that are supported by circumstantial evidence, we use the familiar McDonnell Douglas/Burdine three-step burden-shifting framework. Under this framework, the plaintiff shoulders the initial burden ... of establishing a *prima facie* case of racial discrimination. If a *prima facie* case has been shown, then the defendant must articulate some legitimate, nondiscriminatory reason for the [adverse employment action]. If this is accomplished, the plaintiff may then attempt to demonstrate that the proffered reason was in fact merely a pretext for the defendant's actions. The ultimate burden of persuading the

> trier of fact that the defendant intentionally discriminated against
> the plaintiff remains at all times with the plaintiff. In deciding a
> motion by the defendant for judgment as a matter of law in a
> discrimination case where the defendant has offered
> nondiscriminatory reasons for its conduct, a court conducts a
> focused inquiry. The court must, considering all the evidence,
> ascertain whether the plaintiff has cast doubt on the defendant's
> proffered nondiscriminatory reasons sufficient to allow a
> reasonable factfinder to determine that the defendant's proffered
> legitimate reasons were not what actually motivated its conduct.
> The district court must evaluate whether the plaintiff has
> demonstrated such weaknesses, implausibilities, inconsistencies,
> incoherencies, or contradictions in the employer's proffered
> legitimate reasons for its action that a reasonable factfinder could
> find them unworthy of credence.

Silvera v. Orange County School Board, 244 F.3d 1253, 1258 (11th Cir. 2001)(internal citations

and quotations omitted, ellipses in original).

The plaintiff seems to bring eight claims for discrimination in his two judicial

complaints: 1) reassignment from his position as Program Director of the Seed Lab to Program

Director of the Genetically Modified Plant Program, 2) scrutiny of his work by supervisor

Ronnie Murphy in 2002, 3) denial of promotion to division director in April 2003, 4) reprimand

of October 4, 2004, 5) October 4, 2004 Memorandum from the Commissioner to members of the

Seed Industry allegedly usurping his duties, 6) failure to receive a state vehicle in 2005, 7)

alleged harassment by the Commissioner arising out of the June 2006 encounter in the parking

lot, and 8) alleged harassment when he was reassigned to an office without a chair in August

2006.

Importantly, the plaintiff's claims regarding alleged scrutiny of his work by supervisor

Ronnie Murphy in 2002, denial of a promotion to division director in April 2003, reprimand of

October 4, 2004, October 4, 2004 Memorandum from the Commissioner to members of the Seed

Industry allegedly usurping his duties, failure to receive a state vehicle in 2005, alleged

harassment by the Commissioner arising out of the June 2006 encounter in the parking lot, and alleged harassment when he was reassigned to an office without a chair in August 2006 were not mentioned at all in his EEOC charges. Further, his claims of scrutiny of his work by supervisor Ronnie Murphy in 2002, denial of a promotion to division director in April 2003, reprimand of October 4, 2004, October 4, 2004 Memorandum from the Commissioner to members of the Seed Industry allegedly usurping his duties, and failure to receive a state vehicle in 2005 were not timely raised in plaintiff's EEOC complaint because they did not occur between March 31, 2006 and September 27, 2006.

a.    Hostile Work Environment

Even if these claims were timely raised, plaintiff cannot establish that the alleged conduct was discriminatory. The plaintiff apparently claims that he was harassed on the basis of his race when his work was scrutinized in 2002, when he received a reprimand in 2004 for poor work in the seed lab, when the Commissioner wrote a memorandum to the seed industry after plaintiff's reprimand assuring oversight over the seed lab, during his encounter with the Commissioner in the parking lot in June 2006, when he was reassigned to the position of Program Director of the Genetically Modified Plant Program, and when he allegedly was assigned to an office with no chair. (Doc. 13). The defendant construes these claims to be allegations of a hostile work environment.

The Eleventh Circuit held that "[a] hostile work environment claim under Title VII is established upon proof that the workplace is permeated with discriminatory intimidation, ridicule, and insult that is sufficiently severe or pervasive to alter the conditions of the victim's employment and create an abusive working environment." Miller v. Kenworth of Dothan, 277 F.3d 1269, 1275 (11th Cir. 2002)(internal quotations omitted). The court further held that:

> a plaintiff wishing to establish a hostile work environment claim
> [must] show: (1) that he belongs to a protected group; (2) that he
> has been subject to unwelcome harassment; (3) that the harassment
> must have been based on a protected characteristic of the
> employee, such as [race]; (4) that the harassment was sufficiently
> severe or pervasive to alter the terms and conditions of
> employment and create a discriminatorily abusive working
> environment; and (5) that the employer is responsible for such
> environment under either a theory of vicarious or of direct liability.

Id. The defendant acknowledges that the plaintiff is a member of a protected group. However,

the plaintiff cannot show that he was subjected to unwelcome harassment based on his race or

that any alleged conduct altered the terms and conditions of his job and created a discriminatorily

abusive working environment.

Under the law of this circuit, the following factors are considered in "evaluating the

objective severity of the harassment": "(1) the frequency of the conduct; (2) the severity of the

conduct; (3) whether the conduct is physically threatening or humiliating, or a mere offensive

utterance; and (4) whether the conduct unreasonably interferes with the employee's job

performance." Id.

In Miller v. Kenworth of Dothan, supra., a Mexican-American plaintiff filed suit against

his former employer under § 1981 and Title VII claiming alleging he was subjected to a hostile

work environment because of his race. Shortly after the plaintiff became employed by the

defendant as a parts salesman, his co-employees nicknamed him "Julio," "Chico", and "Taco."

The plaintiff did not complain about the use of these nicknames. The shop foreman started

calling the plaintiff "Wetback," "Spic," and "Mexican Mother F-----." The plaintiff told the

foreman's supervisor to tell him to watch what he says. The foreman's supervisor was aware of

the name-calling but took no action. When another manager overheard an employee refer to the

plaintiff as "Julio" or "Taco", she reported it. The owner told the Director of Operations to

review the company's anti-discrimination policy with employees, including the foreman, at their safety meeting. After the meeting, all the co-workers stopped using nicknames except for the foreman who continued to refer to the plaintiff as "Wetback," "Spic," or "Mexican Mother F----" until the plaintiff was terminated a month later.

After his termination, the plaintiff filed suit against his former employer claiming he was subjected to a hostile work environment and his termination was retaliation for complaining about it. The defendant conceded that the plaintiff was in a protected group, the offensive comments were based on his protected status and were unwelcome. The defendant disputed that the harassment was severe or pervasive or that the employer was responsible therefor. In affirming the lower court's denial of the employer's Motion for Judgment as a Matter of Law, the Eleventh Circuit found that the foreman's name-calling was pervasive, three to four times daily, and that a reasonable jury could find the conduct severe because it was intimidating, taunting and degrading.

Conversely, in the case at bar, the conduct complained of by the plaintiff is not related in any way to his race. The plaintiff points to five discrete instances of allegedly harassing conduct spanning a period of four years: 1) his work was scrutinized in 2002, when he received a reprimand in 2004 for poor work in the seed lab, 2) the Commissioner's memorandum to the seed industry after plaintiff's reprimand assuring oversight over the seed lab, 3) his encounter with the Commissioner in the parking lot in June 2006, 4) his reassigned to the position of Program Director of the Genetically Modified Plant Program, and 5) his alleged assignment to an office with no chair in 2006. None of these alleged acts of harassment are based on race. In contrast to the daily degrading racial epithets in <u>Miller v. Kenworth of Dothan</u>, <u>supra.</u>, the

23

conduct here is neither severe nor pervasive. Further, the alleged conduct did not unreasonably interfere with plaintiff's job performance.

      b.    <u>Disparate Treatment</u>

Plaintiff claims that although his reassignment to Program Director of the Genetically Modified Plant Program was a lateral transfer, he perceived it to be a demotion because he was not offered a monetary incentive to accept the position. He also claims that, although he currently has use of a state vehicle, back in 2005, he did not receive a state vehicle because of his race. The plaintiff complains that defendant usurped his authority by assuring the seed industry of oversight in the seed lab.

In order to "establish a *prima facie* case of disparate treatment, a plaintiff must show that (1) [he] is a member of a group protected by Title VII, (2) [he] was qualified for the position or benefit sought, (3) [he] suffered an adverse effect on [his] employment, and (4) [he] suffered from a differential application of work or disciplinary rules." <u>Enwonwu v. Fulton-DeKalb Hospital Authority</u>, 2008 WL 2009517 (11th Cir. May 12, 2008). The Eleventh Circuit held that "[a]n adverse employment action must effect a serious and material change in the terms, conditions, or privileges of employment." <u>Id.</u> (internal quotations omitted). Although the plaintiff may subjectively view an employment action as adverse, "the employment action must be materially adverse as viewed by a reasonable person in the circumstances." <u>Id.</u> Significantly, "a transfer can constitute an adverse employment action for Title VII purposes, but only if it involves a reduction in pay, prestige or responsibility." <u>Id.</u>

Although the plaintiff complains that he was not issued a state vehicle, he cannot establish that he was qualified for such a benefit. The plaintiff rarely traveled for any reason related to his job. In the event that he did travel, he had access to state vehicles from the state

motor pool.  Finally, he cannot establish that any adverse effect on his employment or differential treatment because of his race.

Finally, the plaintiff alleges discrimination because the Commissioner wrote a memorandum to the seed industry assuring clients that he was providing oversight over the Seed Lab after the Department of Agriculture received numerous complaints about work performance in the lab. Although the plaintiff claims this usurped his authority, he cannot establish that this action was taken for any discriminatory reason or was the result of a differential application of work rules.

c.    Disparate Discipline

The plaintiff complains that his reprimanded in October 2004 for poor work performance after the Department of Agriculture received complaints about the seed lab, and the written warning in May 2005 were unfair.  In order to establish a *prima facie* case of disparate treatment in the enforcement of work rules[3], plaintiff must show that (1) he is a member of a protected class; (2) he has engaged in or been accused of engaging in misconduct similar to persons outside of his protected status (3); and that similarly situated white employees received more favorable treatment. Early v. Morris Newspaper Corp., 54 F.Supp.2d 1261, 1271 (M.D. Ala. 1999) (citing Jones v. Bessemer Caraway Medical Ctr., 137 F.3d 1306, 1311 n.6 (11th Cir. 1998), *modified in non-relevant part on denial of reh'g,* 151 F.3d 1321 (11th Cir. 1998) (modifying Jones v. Gerwens, 874 F.2d 1534, 1540 (11th Cir. 1989).

In evaluating whether the misconduct committed by plaintiff is similar to persons not in his protected class, courts have evaluated the differing status of employees. See Fikes v.

---

[3] The Eleventh Circuit has held that "[t]o establish discrimination in discipline, Plaintiff must show these things: 1) that he belongs to a protected class under Title VII; 2) that he was qualified for the job; and 3) that a similarly situated employee engaged in the same or similar misconduct but did not receive similar discipline." Nicholas v. Board of Trustees of the University of Alabama, 251 Fed.Appx. 637, 642 (11th Cir. 2007).  The defendant acknowledges that the plaintiff held the position of Program Director and met the basic job qualifications.

Alabama Dept. of Youth Services, 2007 WL 1673940 (M.D. Ala. 2007)(holding that where employee failed to show she was disciplined by the same supervisor as her comparator and offered no evidence of the circumstances of the purported comparator's actions, plaintiff failed to establish that she and the comparator were similarly situated and received different treatment); Jones v. Gerwens, 874 F.2d 1534, 1541 (11th Cir. 1989) (noting that "disciplinary measures undertaken by different supervisors may not be comparable for purposes of Title VII analysis"). See also, Nix v. W.L.C.Y. Radio/Rahall Communications, 738 F.2d 1181, 1186 (11th Cir.1984) (where employer applies a rule differently to people it believes are differently situated, no discriminatory intent has been shown). An employee's supervisory status may serve as a basis for distinguishing conduct given to employees not in an employee's protected class. United States v. Crosby, 59 F.3d 1133, 1136 (11th Cir. 1995) (plaintiff's misconduct was distinguishable from comparator because, in part, her supervisory status resulted in heightened discipline); Suber v. Seminole County, Fla., 78 F.Supp.2d 1298, 1306 (M.D. Fla. 1999) (male employee who was disciplined less harshly due in part to plaintiff's status as supervisor); Curtis v. Teletech Customer Care Mgmt., 208 F.Supp.2d 1231, 1247 (N.D. Ala.) (record shows that compared to plaintiff, employee held a different position with different job responsibilities than plaintiff did, which was factored and considered in determining insufficient evidence of similarity).

Based on the law in this Circuit, in order to present evidence of differential treatment of a similarly situated employee regarding the October 2004 reprimand, the plaintiff must point to an employee outside his protected class who was not reprimanded after the employer received numerous complaints of poor work performance. In regard to the May 2005 warning, the plaintiff must also point to a comparator who failed to follow rules and directives regarding leave

time requests, delivery of seed samples in the lab, and proper purchasing procedures but did not receive a written warning. The plaintiff cannot make such a showing.

The Plaintiff must not only identify similarly situated employees, he has the burden of proving "that the quantity and quality of the comparator's misconduct...be nearly identical to prevent courts from second-guessing employers' reasonable decisions and confusing apples with oranges." McCann v. Tillman, ___ F.3d ___, 2008 WL 1991172 (11th Cir. May 9, 2008)(finding improper comparators where plaintiff's conduct was "qualitatively different" from her comparators' conduct). See also, Fikes v. Alabama Dept. of Youth Services, 2007 WL 1673940 (M.D. Ala. 2007)(citing Maniccia v. Brown, 171 F.3d 1364, 1368 (11th Cir. 1999). The plaintiff cannot make such a showing and thus, fails to establish a *prima facie* case.

        d.    Failure to Promote

The plaintiff finally claims that he was subjected to race discrimination when he did not receive a promotion in 2003. In order to establish a *prima facie* case of discrimination for failure to promote, the plaintiff must show that: "(1) [he] is a member of a protected class; (2) [he] was qualified and applied for the promotion; (3) [he] was rejected despite [his] qualifications; and (4) other equally or less qualified employees who were not members of the protected class were promoted." Wilson v. B/E Aerospace, Inc. 376 F.3d 1079, 1089 (11th Cir. 2004). The plaintiff cannot establish that the promotion to Division Director he applied for in 2003 went to a lesser qualified employee. It is undisputed that the employee who received the promotion in question, Lance Hester, a white male, was ranked higher than the plaintiff on the register of applicants by the Alabama State Personnel Department. Thus, Mr. Hester was more qualified for the position and the plaintiff fails to establish a *prima facie* case.

Plaintiff cannot establish a *prima facie* case of race discrimination. Even if plaintiff could establish a *prima facie* case of discrimination, he cannot show that the reasons for the actions complained of are pretext for discriminatory conduct. Accordingly, summary judgment is due to be granted.

ii.    Retaliation

The plaintiff seems to bring four claims for retaliation in his two judicial complaints: 1) reassignment from his position as Program Director of the Seed Lab to Program Director of the Genetically Modified Plant Program, 2) alleged retaliation by the Commissioner arising out of the June 2006 encounter in the parking lot, 3) his alleged reassigned to an office without a chair in August 2006 and 4) referral to the Behavioral Health System by the EAP.

The plaintiff's claims regarding alleged retaliation arising out of the June 2006 encounter with the Commissioner in the office parking lot, and alleged retaliation when he was reassigned to an office without a chair in August 2006, were not mentioned at all in his EEOC charges.

Even if these claims were timely raised, plaintiff cannot establish that the alleged conduct was retaliatory. Title VII's anti-retaliation provision, 42 U.S.C. § 2000e-3, "forbids employer actions that discriminate against an employee ... because [s]he has opposed a practice that Title VII forbids or has made a charge ... in a Title VII investigation, proceeding, or hearing." Cyrus v. Hyundai Motor Mfg. Alabama, LLC, 2008 WL 1848796 (April 24, 2008)(quoting Burlington Northern & Santa Fe Ry. V. White, 548 U.S. 53 (2006)).    In order to establish a *prima facie* case of retaliation using the McDonnell Douglas framework, plaintiff must show the following elements:    (1) he engaged in statutorily protected conduct; (2) he suffered an adverse employment action; and (3) there is a causal connection between the protected conduct and the adverse employment action.    McCann v. Tillman, ___ F.3d ___, 2008 WL 1991172 (11th Cir.

28

May 9, 2008); Hendrix v. Snow, 2006 WL 288099 (11th Cir. 2006); Brungart v. Bell South
Communications, Inc., 231 F.3d 791, 798 (11th Cir. 2000); Ashe v. Aronov Homes, Inc. , 354
F.Supp.2d 1251, 1264 (M.D. Ala. 2004). The Eleventh Circuit held that as with a discrimination
claim, if the defendant "articulate[s] legitimate reasons for [its] actions, [plaintiff] must then
show that the employer's proffered reasons for taking the adverse action were actually pretext for
prohibited retaliatory conduct." McCann v. Tillman, ___ F.3d ___, 2008 WL 1991172 (11th Cir.
May 9, 2008)(internal quotations omitted). In order to make such a showing, the plaintiff "must
demonstrate such weaknesses, implausibilities, inconsistences, incoherencies, or contradictions
in the employer's proffered legitimate reasons for its action that a reasonable factfinder could
find them unworthy of credence." McCann v. Tillman, ___ F.3d ___, 2008 WL 1991172 (11th
Cir. May 9, 2008)(internal quotations omitted).

    In this case, the Defendant admits that Mr. Crayton engaged in statutorily protected
conduct when he complained of alleged discrimination to the ASEA in June 2006 and when he
filed a Charge of Discrimination with the EEOC.

    As concerns the second element of the *prima facie* case, Mr. Crayton fails to establish
that he suffered an adverse employment action. A tangible employment action is "a significant
hiring, firing, failing to promote, reassignment with significantly different responsibilities, or a
decision causing a significant change in benefits." Hulsey v. Pride Restaurants, LLC, 367 F.3d
1238, 1245 (11th Cir. 2004))(citing Burlington Indus., Inc. v. Ellerth, 524 U.S. 742, 761 (1998)).
The plaintiff's reassignment from his position as Program Director of the Seed Lab to Program
Director of the Genetically Modified Plant Program, encounter with the Commissioner in the
parking lot in June 2006, alleged reassigned to an office without a chair in August 2006 and
referral to the EAP do not constitute adverse employment actions. It is undisputed that plaintiff

did not suffer a reduction in pay, benefits, or seniority as a result of any of the alleged conduct of which he complains. When an employment action does not result in a change in pay, benefits, or seniority, it is insufficient to sustain a retaliation claim.    Horn v. University of Minnesota, 362 F.3d 1042, 1046 (8th Cir. 2004) (quoting Buettner v. Arch Coal Sales Co., 216 F.3d 707, 715 (8th Cir. 2000), cert. denied 531 U.S. 1077, 121 S.Ct. 773, 148 L.Ed 2d 672 (2001).

Finally, there is no causal connection between any protected conduct and any alleged adverse employment action taken against Mr. Crayton. In order to establish a causal connection, a plaintiff must prove that the protected activity and the adverse action are "not completely unrelated."  Higdon v. Jackson, 393 F.3d 1211, 1220 (11th Cir. 2004). The burden of causation may be met "by showing that the employer gained knowledge of the employee's protected conduct at a point temporally proximate to the adverse action."  Ashe, 354 F.Supp.2d at 1264. Temporal proximity alone, however, is insufficient to create a genuine issue where there is unrebutted evidence that the decision maker did not have knowledge that the employee engaged in protected conduct.  Brungart, 231 F.3d at 799.

There is no relationship between the plaintiff's statutorily protected activity and his reassignment from his position as Program Director of the Seed Lab to Program Director of the Genetically Modified Plant Program, encounter with the Commissioner in the parking lot June 2006, alleged reassigned to an office without a chair in August 2006, or referral to the EAP. The plaintiff was reassigned to Program Director of the Genetically Modified Plant Program to satisfy an emerging need in the Department of Agriculture. Undisputedly, the plaintiff at all times had a chair for his office, and the brief encounter with the Commissioner resulted in no tangible employment action. The referral to the EAP occurred after the plaintiff exhibited inappropriate behavior at work; specifically after an employee complained about the plaintiff's

angry behavior when she simply attempted to hold a door open for him, and after he accused his supervisor of being a klansman without a hood.

Even if plaintiff could establish a prima facie case of retaliation, he cannot show that the reasons for the actions complained of are pretext for retaliatory conduct. Accordingly, summary judgment is due to be granted.

### V.  Conclusion

For all the reasons stated herein, Defendant submits that Summary Judgment is due to be entered in its favor and against the Plaintiff on all claims asserted herein.


              /s/      Emily C. Marks
              EMILY C. MARKS

              /s/      E. Hamilton Wilson, Jr.
              E. HAMILTON WILSON, JR.
              Attorneys for the Defendant

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
Phone: (334) 387-7680
Fax:    (334) 387-3222

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2008, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following:

Juraldine Battle-Hodge
207 Montgomery St., Ste. 215
Montgomery, AL 36104-3528

/s/ Emily C. Marks
OF COUNSEL




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

**1445 Federal Drive**
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

November 22, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-03⁣

TO:        Arnold Leak, Manager
           Data Processing

FROM:      Annie Patterson, Manager
           Audits & Reports and Stockyards & Brands Unit

RE:        Computer Problems

My unit has been having computer problems for approximately **fourteen weeks (3 1/2 months). The unit is unable to function. In order for the unit to function, the following problems need to be addressed:**

1. The following COBOL programs are not working: feed, catfish feed, cotton, wheat, soybean and fertilizer. These programs are used to process monies received for inspection fees.
   The possibility exists that the fertilizer database has crash and data can not be retrieved. If this is the case, I need a database developed in access as soon as possible.
2. Labels need to be printed for weigher certificates received during the week of November 8, 2004.
3. Certificates and labels for dealers need printing.
4. Certificates and labels for feed need printing.
5. Ag-Com needs installing on my computer and the vacant desk computer. Ag-Com disappeared from the vacant desk computer and was never reinstalled on my computer after my hard drive crashed.
6. The feed gencert needs installing on the vacant computer.
7. The pecan database needs installing on the vacant computer.
8. The fertilizer gencert database needs to be copied to my computer and a blank database copied for the 2004-2005 registration year.
9. The fee amounts in the livestock brands database needs updating. The new fees became effective October 1st.
10. I receive messages that my computer "found new hardware Lexmark International E321" and "you must be a member of the Administrators group on this computer to install this hardware". I started receiving these messages after my hard drive crashed and my printer had to be reinstalled.
11. I can not print from the bottom tray using my Lexmark E321. Before my hard drive crash, I could select to print from tray 1 or 2 (bottom tray).
12. Order a dot matrix printer for printing certificates in office.

Thanks in advance for your prompt attention to these problems.

Cc: Wilma Fitzpatrick
    Lance Hester

*Exhibit 21*

11/29/2004 4:02 PM                    Help Request Status Report                    WE 11/12/2004

IT SECTION

| Priority | Section/Employee | Received | Problem | Assigned To | Category |
|----------|------------------|----------|---------|-------------|----------|
| 1 | Ag Compliance-Benny Hitch | 24-Jun | Modify seed database (Add column and generate report) | Karen | Programming |
| 1 | IT | 1-Nov | Quotes for web server & acquire Web Gui | Arnold | Quotes |
| 1 | Pat Morgan - Pesticides | 28-Sep | Obtain a new applicator list.  Use the same format as last years. | Mark | Programming |
| 4 | Marilyn Mitchell 7130 - Petroleum Lab | 24-Sep | Needs to print labels from her Scale Inspection table (located on her hard drive). Also needs modifications made so she can enter scale inspection data. | Mark | New Program |
| 1 | Ag Compliance-Benny Hitch | 4-Oct | Quotes (new computers)quote specs sent | Josh | Quotes |
| 1 | Animal Industry, Dr. Frazier | 16-Aug | Quote - Computer to replace on  attached to Test Machine quote specs sent | Josh | Quotes |
| 4 | Shelia Durant - Pesticides | 4-Oct | Access database problems - "commercial applicator database". Need more info. | Mark | Programming |
| done | Reba Stabler 7153, General Services | 7-Oct | SNAP needs to be added to her PC. | Mark & Karen | Network |
| 2 | IT | | Setup line printer to print certificates for department. Ordered special parallel boards for server. | Mark | Network |
| 4 | Hellestine Beamon-Food and Drug lab | 6-Oct | Upgrade memory and replace the monitor. Computer Acquired - being  tested. | Arnold | Hardware |
| 1 | Randy Fulmer - Heavy Weights and Measures | 5-Oct | Requesting 2 DOT MATRIX printers (quote), due to the increase in registrations. | Josh | Quotes |
| 3 | Aaron Moore | 18-Oct | Cannot get into outlook program. Network line is OK. Checking computer board. | Josh | Hardware |
| 2 | Donna Kirk, Vita Jackson-7142 | 20-Oct | Not able to print "Mixture Report"  (official / famers datbases) | Josh | Printing |
| 2 | Judy Melton, General Services | 20-Oct |  having problems with email | Karen | Email |
| 2 | Judy Melton, General Services | 20-Oct | needs Vehicle Report program put on her computer also still having problems with email | Mark | Setup |
| 4 | John Key | 22-Oct | can not print adobe files to his printer | Karen | Debugging |
| 4 | Sharon Fulmer | 1-Nov | can not save calendar changes...receiving error message says file path not valid..checking on error message | Karen | Debugging |
| done | Christy Rhodes | 29-Oct | quote for new laptop and port replicator quotes sent, waiting on vendors | | Quotes |
| 3 | Mary Catrett | 3-Nov | Requesting a quote for a new printer.  (Color is not needed) | Josh | Quotes |
| done | Kathy Smith | 5-Oct | The password of retrieving messages on my phone needs to be reset.  I am unable to retrieve any messages at this time. | Josh / Mark | Phones |
| 2 | Sandra Burk, Rm 212 Pesticides | 3-Nov | Print mailing labels for Custom Applicator license renewal notices from her access database on or before Nov 9 | Mark | Printing |

11/29/2004 4:02 PM

Help Request Status Report

WE 11/12/2004

IT SECTION

| Priority | Section/Employee | Received | Problem | Assigned To | Category |
|---|---|---|---|---|---|
| 2 | Sandra Burk, Rm 212 | 3-Nov | Print mailing labels for Restricted Use Dealer license renewal notices from her access database on or before Dec 1. | Mark | Printing |
| 2 | Mrs Waites, Rm 204 | 25-Oct | Add capability to print termite companies that are late for monthly reports. In process program changes need debugging and fixing. | Mark | Programming |
| done | Lisa Kervin Petroleum Lab | 8-Nov | Needing to "run" labels for next year's file drawers. Please let me know how or what to do to get these labels. | Mark | Printing |
| 1 | Tomm Johnson, Plant Industries | 4-Nov | Files that are sent to me as attachments (particularly pictures and newspaper articles)  will not download onto my computer.  Any advice? | Karen | Debugging |
| 2 | Jeanette Smith, Petroleum | 9-Nov | Cannot print to network printer.  "User intervention required" | Josh | Printing |
| 3 | David Morse | 3-Nov | Need program for writing CD's installed to his computer. | Josh | Setup |
| 4 | Nick Zorn, Farmer's Market | 16-Nov | can not open scale tickets lotus file.....says directory not found | Karen | Network |
| 2 | Dona Ledbetter, Livestock Market | 10-Nov | not able to connect to email system | Karen | Email |
| 1 | Christy Rhodes | 16-Nov | need another phone line and phone as well as a network line in her office for Anita Tatum | Josh | Phones |
| done | Michelle Tab, Petroleum | 16-Nov | printer will not print | Karen | Printing |
| 2 | Annie Patterson, Petroleum | 16-Nov | need database for processing fertilizer monthly reports...........getting an error message says are not authorized to install hardware and she is not trying to | Mark | Programming |
| 2 | Annie Patterson, Petroleum | 16-Nov | Cobol databases for feed, soybean, wheat and cotton are not working | Mark | Network |
| 2 | Annie Patterson, Petroleum | 16-Nov | Access databases for feed, wheat, and soybean need to be reinstalled on the vacant computer | Mark | Network |
| 2 | Annie Patterson, Petroleum | 16-Nov | AGCOM Cobol database and fertilizer Access database needs to be copied to her computer | Mark | Network |
| done | Wilma Fitzpatrick | 16-Nov | can not access files | Karen | Network |
| done | Rong Wu, Food & Drug | 17-Nov | needs to be able to print....also add adobe and a program for her samples | Karen | Setup |
| 1 | Nina Sigler, General Services | 17-Nov | can not print from snap | Mark | Network |
| 3 | Venus Peterson, Investigations | 19-Nov | need omniform on 2 back computers/print to her printer. Check licenses. Install. | Karen | Setup |
| 3 | Joe Debrow | 22-Nov | Install Pesticide label printing program. | Mark | Setup |
| 2 | Pat McCain - Plant Industries | 22-Nov | Give access permissions to work on the section's databases | Mark | Setup |
| 4 | John Key | 19-Nov | request to install computer hardware (CD writer) | Josh | Hardware |

Arnold

Arnold Leak
AGI IT Manager
=================

-----Original Message-----
**From:** Johnson, Tomm
**Sent:** Friday, September 24, 2004 8:26 AM
**To:** Leak, Arnold; 'Rigney, Doug'; 'Absher, Scott'; 'Cofer, Tony'; 'Debrow, Joe'; 'Fitzpatrick, Wilma';
'Frazier, Tony'; 'Fulmer, Sharon'; 'Gamble, John'; 'Johnson, Tomm'; 'Leak, Arnold'
**Cc:** Price, Josh; Sumrall, Karen; Powell, Mark
**Subject:** RE: Status on Database Recovery Efforts

Arnold:

We haven't printed a certificate since August 11th. Also, we are unable to print labels. Can you offer
some type explanation that I can share with businesses that are reliant on these services?

Tomm

Dr. Tomm Johnson
Alabama Dept of Agriculture

**From:** Leak, Arnold
**Sent:** Wednesday, September 22, 2004 3:48 PM
**To:** Rigney, Doug; Absher, Scott; Cofer, Tony; Debrow, Joe; Fitzpatrick, Wilma; Frazier, Tony; Fulmer,
Sharon; Gamble, John; Johnson, Tomm; Leak, Arnold
**Cc:** Price, Josh; Sumrall, Karen; Powell, Mark
**Subject:** Status on Database Recovery Efforts

We are aware that some sections have been without access to your databases for almost a month now.
The server is up and running. We have to redirect the access databases to the new server and to new
folders that are being created to hold your databases. As fate would have it, the hurricane set us back
some and then Mark had to go to three days of previously scheduled training.

Normally, someone going to training would have little impact on an organization, but because of the way
we (IT) had worked over the years, Mark was the only person that knew how to set these databases up.
Without Mark, the rest of us had to work on other things until he returned from training. I made the
decision to keep on Mark of his training schedule, because it is vitally important to AGI's future IT
successes that IT become trained in state-of-the-art skills. The timing wasn't the best for you or for us,
but it was necessary in my judgment.

Part of IT's problem has been that much of what Mark has done over the years remains in his mind and
is not known to the rest of the IT Section staff. We have identified the need for cross-training and are
creating plans to resolve that problem. It will take time to fix. Mark will be back tomorrow (Thursday) and
we have placed your Access Databases on top priority. Our goal is to have all of you up and running by
Friday, Sept 24.

You have been very patient. We share your anxiety and the pressures that time frames and
circumstances have placed upon you. Hold on just a little longer and we'll have you going.

Thanks for working with us!

## Fitzpatrick, Wilma

| | |
|---|---|
| **From:** | Leak, Arnold                                                                                  **Sent:** Fri 9/24/2004 12:15 PM |
| **To:** | Johnson, Tomm; Spear, Reida; Absher, Scott; Cofer, Tony; Debrow, Joe; Fitzpatrick, Wilma; Frazier, Tony; Fulmer, Sharon; Gamble, John; Johnson, Tomm; Leak, Arnold |
| **Cc:** | Price, Josh; Sumrall, Karen; Powell, Mark |
| **Subject:** | RE: Status on Database Recovery Efforts |
| **Attachments:** | |

Hey, Tomm, Yes, I can explain. The line printer is broken. Several sections use this printer through the network. All of them have been unable to print certificates and other special forms. I just sat down with the IT Staff to talk about everything on our To-Do list and to reset our priorities. It was obvious from that meeting, that the printer is crucial to several AGI sections when it comes to printing certificates. I could go into details about alternatives, but I will simply say that the best thing for us (AGI) to do is to either fix the printer or to buy a new one. Fixing it sounds like the obvious choice, but we have not been able to find a repair shop that will work on it. Buying a new one will cost a minimum of $15,000 and up to $25-30,000. My preference is to fix the one we have. I have personally taken this task upon myself - assigned it to me - because the IT Staff is strung out on many other tasks, all of which are pressing to be done.

Now, as for how long it will take, I don't know. My approach is to first call Dataproducts' by phone. That probably won't work, since it was bought out by another manufacturer. I will then do a Google search to see who bought them. Once I have a phone number, I'll call them to see who works on this model printer. Then, I'll call the repair shop to see how quickly we can get them here. We'll go from there. Trying to substitute a smaller, existing printer would work on labels, but not well at all on the certificates for a number of reasons. The efforts we'd use to make the smaller printers work would take time and cause more troubles than we (AGI) now have now with IT issues. From my observations with frustration at both the user level and among IT Staff, we don't need more problems. My opinion is that we should stick with fixing the printer. If I can't get someone here by mid-week next week, I will ask the Commissioner to buy a new printer.

This is a good time to bring up another matter - how we need to work through AGI's IT problems. Tomm, I'm not directing this to you but to all of those on this email's copy-to list.

Before the server went down, IT maintained a priority list of Help Requests. A procedure had been established to send an email or a memo requesting help. Requests were reviewed and priorities set based upon what was most important to AGI. Priority conflicts were resolved by a section manager/supervisors and me. If that didn't work, then Mr. Rigney or the Commissioner could help set or change the priorities. We must get back to that for one very important reason - we're getting out of control on how we address IT problems and we have too few IT employees to do everything quickly.

What happened to AGI's server was no one's fault. The Commissioner has taken bold steps to begin rebuilding IT, but it takes time. In the middle of taking steps to get under control, our server fails and two hurricanes hit. You could call all of those events "Acts of God". Since then, AGI employees have been under great pressures. Add to those pressures the FISCAL year's end, and we start freaking out. The only way to survive such problems is to list and analyze the problems individually, assess what's most important, and to fix each one in priority order. I'm doing that with the IT problems. Our IT employees are working as hard as they can. They are being asked constantly about the progress of the many tasks on their lists, and they are trying to get to all of them. I have asked them to refer such questions and complaints to me. I ask all of you to do the same. We have more things to do than we have staff - some of the things we have to learn about before we can fix them, adding to our stress. Bottom line is that AGI succeeds or fails as a team. So, please help me deal with all of these frustrations by working through the problems with me. Direct your questions and complaints to me, not to the IT Staff. Also understand that they are addressing the to-do list at my direction, so if they aren't working on your project, it's not their fault but mine.

I hope this helps all of you understand that IT is not out of control - we just have a terribly long (and sometimes complex) list of things to do. We understand, too, that all of you are up against dates and times. We're all in it together and we have to work out of it together.

If you have any questions, please come see me, give me a call, or send me an email.

Thanks,

*Power Off*

| Lab # | Lot # | Crop | Source | Date Received | 1st. Test Date |
|-------|-------|------|--------|---------------|----------------|
| 23147 | LA13-0FF1A | Tall Fescue | Blount Co. Co-op | 8/6/04 | 9/22/04 |
| 23150 | LA13-0-FF1A | Tall Fescue | Dekalb Farmers Co-op | 8/6/04 | 9/22/04 |
| 23154 | 3-526 | Tall Fescue | Pennington Seed Cullman | 8/6/04 | 8/27/04 |
| 23159 | 3-713 | Tall Fescue | Pennington Seed Cullman | 8/6/04 | 8/27/04 |
| 23212 | P43-2-52 | Tall Fescue | Lauderdale Co. Co-op | 8/6/04 | 8/27/04 |
| 23306 | 3-621 | Tall Fescue | AGRI-AFC  Decatur | 8/19/04 | 9/3/04 |
| 23316 | S4355 | Tall Fescue | Southern States  Cullman | 8/19/04 | 9/3/04 |
| 23319 | 30677GR-D | Tall Fescue | Pennington Seed  Cullman | 8/19/04 | 9/3/04 |
| 23349 | 2160B | Tall Fescue | AGRI-AFC | 8/19/04 | 9/3/04 |
| 23284 | 4013 | TallFescue/Orchardgrass | Pennington Seed  Cullman | 8/19/04 | 9/1/04 |
| 23303 | 417 | Millet | Faithway Feed Guntersville | 8/19/04 | 9/13/04 |
| 23363 | P72-3-OG-1 | Orchardgrass | AGRI-AFC   Decatur | 8/19/04 | 9/2/04 |
| 23360 | L73-3-34OG | Orchardgrass | AGRI-AFC   Decatur | 8/19/04 | 9/2/04 |
| 23345 | L55-1-DG1 | Orchardgrass | Petit Supply  Blountsville | 8/19/049 | 9/1/04 |
| 23342 | DL3-03 | Wildlife Mix | Hendricks Farm Center Troy | 8/12/04 | 9/1/04 |
| 23244 | 18896 | Chicory Mix | Hendricks Farm Center Troy | 8/12/04 | 9/8/04 |
| 23377 | WL 340 | Green Field Mix | Seed Processors Wetumpka | 8/20/04 | 9/8/04 |
| 23378 | WL 337 | Green Field Mix | Seed Processors Wetumpka | 8/20/04 | |
| 22922 | 3366.148 | Bluegrass | M.B. Bell Grain   Sylvania | 7/26/04 | 8/9/04 |
| 23161 | K93-98-5-1 | Bluegrass | Pennington Seed  Cullman | 8/6/04 | 8/30/04 |
| 23234 | 04027-C | Bahiagrass | Clayton Seed Cleaners | 8/12/04 | 8/27/04 |
| 23235 | 04028-C | Bahiagrass | Clayton Seed Cleaners | 8/12/04 | 8/27/04 |
| 23239 | 04 051-C | Bahiagrass | Clayton Seed Cleaners | 8/12/04 | 8/27/04 |
| 23240 | 04050-C | Bahiagrass | Clayton Seed Cleaners | 8/12/04 | 8/27/04 |
| 23241 | 04052 | Bahiagrass | Clayton Seed Cleaners | 8/12/04 | 8/27/04 |
| 23070 | T-9 | Bahiagrass | Lamar Ivey  Webb, AL | 7/30/04 | 8/16/04 |
| 23326 | 12101 | Fescue/OrchardgrassMix | Universal Seed  B-HAM | 8/19/04 | 9/1/04 |
| 23160 | 30707GGR-LR | KY 31 Tall fescue | Pennington Seed Cullman | 8/6/04 retest | 11/8/04 |

8-25-04 ⚹ Seemed as if someone went through the
reports in John's office
computer's down again, don't know when maybe
Wednesday will be back up
Had meeting with Murphy, Hester, Hooks about
Daily

⚹ Sept. 3, 2004    had meeting upstairs w/
Lance

Samples recieved, Purity worked (Noxious & Purity)
Samples Germination - samples out on /
samples counted out

8-25-04

☐ Provides test direction and training

~~[scribbled out]~~

for
Advanced
Seed ◁ Person would be capable of reviewing (maybe)

close of business (get reports out)

education plan

**TITLE:    SENIOR SEED ANALYST**

**DEFINITION**  *Advanced A(AOSA Certification)*

This is technical work in performing agricultural seed analysis.

Employees in the class make germination and purity tests and are responsible for the final analysis of the large variety of seed samples received at the laboratory. Work may include training and supervising analysts of lower class. Employees generally plan their work, supplemented by special instructions from the supervisor, in accordance with recognized seed testing procedures. Work is reviewed by periodic checks by a supervisor.

**EXAMPLES OF WORK PERFORMED**    (Any one position may not include all of the duties listed, nor do the examples cover all of the duties which may be performed.)

*New)*

Supervises, directs, and trains analysts of lower rank in basic techniques and the analysis of genetically modified organisms. *Seed*

Monitors quality assurance/quality control procedures for the seed lab
Provides training and educational assistance to industry officials on genetically modified activities and regulatory requirements.
Assists in the evaluation of alternative methods approved by AOSA to determine the necessary resources for various seed analyses to include new types of analyses.

Performs purity tests on seed samples; separates samples into pure seed, weed seed, other crop seed, and inert matter; computes percentages of each.

Performs germination tests on seed samples using germinating ovens; makes microscopic examination of sprouts for disease, strength, and injuries.

Tests seed with a moisture testing machine to determine the percent of moisture present; operates seed counter, scales, microscope, and seed germination apparatus.

Maintains records of tests performed and prepares reports.

Performs related work as assigned.

**COMPENSABLE FACTORS**

Graduation from a standard high school or GED and considerable experience as a seed analyst in an AOSA member seed lab.

**SPECIAL REQUIREMENT**

Certification as a Certified Seed Analyst in both Germination and Purity by the Association of Official Seed Analysts (AOSA)

**TITLE:    SENIOR SEED ANALYST**

**DEFINITION**

This is technical work in performing agricultural seed analysis.

Employees in the class make germination and purity tests and are responsible for the final analysis of the large variety of seed samples received at the laboratory. Work may include training and supervising analysts of lower class. Employees generally plan their work, supplemented by special instructions from the supervisor, in accordance with recognized seed testing procedures. Work is reviewed by periodic checks by a supervisor.

**EXAMPLES OF WORK PERFORMED**    (Any one position may not include all of the duties listed, nor do the examples cover all of the duties which may be performed.)

Supervises, directs, and trains analysts of ~~lower rank~~ other seed analysts in basic techniques and the analysis of genetically modified organisms.

Monitors quality assurance/quality control procedures for the seed lab

Provides training and educational assistance to industry officials on genetically modified activities and regulatory requirements.

Assists in the evaluation of alternative methods approved by AOSA to determine the necessary resources for various seed analyses to include new types of analyses.

Performs purity tests on seed samples; separates samples into pure seed, weed seed, other crop seed, and inert matter; computes percentages of each.

Performs germination tests on seed samples using germinating ovens; makes microscopic examination of sprouts for disease, strength, and injuries.

Tests seed with a moisture testing machine to determine the percent of moisture present; operates seed counter, scales, microscope, and seed germination apparatus.

Maintains records of tests performed and prepares reports.

Performs related work as assigned.

**COMPENSABLE FACTORS**

BS in Biological, Agriculture

Graduation from a standard high school or GED and considerable experience as a seed analyst in an AOSA member seed lab.

**SPECIAL REQUIREMENT**

Provide technical direction And training . . . . .

Certification as a Certified Seed Analyst in both Germination and Puri Association of Official Seed Analysts (AOSA) or

10 years experience as a seed analyst AOSA member seed lab.

- September 15, 2004 - treatment would be unable to give us germinators to save samples

- September 16, 2004 - Hurricane Ivan so no working through September 20, 2004

- September 20, 2004 - threw trays of samples away because of power - outage; [Marcel 20-35] was down, had to get a new motor

- September 21, 2004 - Database still down; received orders to start doing cards by hand in order to do int test seeds; asked Arnold Leek about database after receiving several calls from Carl Sanders, & Calvin at Geo Hartt. Said that he was going to be in Auburn but would call Josh about it

- Sept. 22, 2004 - Database still down; Called Josh about 1:30 and asked about database and said that he would add us to 3 he was already working on; Mistakes began to happen by doing hand-written cards

- Sept 23, 2004 - was informed by Lance that Jimmy Hagood, Benny Hitch, & others had access to the database if we needed to use theirs; Our system was still down but Mark & Josh came later on that day to get it going.

- June 2, '04 — mentioned how good of a job we were doing [ Ronnie Murphy, Lanie Kesler, Benny Hitch, Jamie George ]
- Beginning of Problems
- July 12, 2004 — Lost cotton samples for vigor because power went out over the weekend; had to retest
- July 28, 2004 — computers went down about 1:00 on Wed and stayed down the rest of the day
- July 29, 2004 — computers shut down again about 4:00 and stayed down most of the day on July 30, 2004
- August 9, 2004 — computers went out again about 3:10 pm
- August 25, 2004 — computers down again, told that maybe Wednesday they will be back up
- September 1, 2004 — computers are still down told that may be back up Friday
- ✻ Sept. 3, 2004
- September 2, 2004 — computers still down



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

# MEMORANDUM

TO:       John Crayton, Program Director
          Seed Laboratory

FROM:     Lance Hester, Division Director
          Agricultural Animal Protection

DATE:     September 9, 2004

SUBJECT:  Report of Manipulated File Cabinet Contents

As you may recall we met on Tuesday, August 31, 2004 to discuss a request for
Advanced Seed Analyst. Attendance at the meeting included Lance Hester, John
Crayton, Ronnie Murphy, Andrae McMillian and David Hooks.

During the meeting you expressed concerns that recently some files in your office had
been apparently "gone through and jumbled up" in one of the file cabinets. I also
understood you to say that similar instances had happened in the past.

I need your assistance and direction in how we can best address this type concern. From
a practical perspective, I do not know of anything in your files that would be beneficial to
anyone. However, from a security aspect I am very concerned if we have unauthorized
personnel entering a locked office during none business hours.

Please provide me with any additional information on how you feel this could have
occurred and what measures we need to take to assure unauthorized personnel are denied
entry.

Thank you for your help and cooperation in this matter.

Cc:    Ronnie Murphy

**Kirk, Donna**

| | |
|---|---|
| **From:** | Fulmer, Sharon |
| **Sent:** | Wednesday, September 15, 2004 2:15 PM |
| **To:** | Absher, Scott; Allen, Crystal; Basile, Joseph; Baxley, Jamie; Beamon, Hellestine; Belcher, Amy; Bennett, Elijah; Boggan, Mindy; Broderick, Davida; Brown, Fred; Burgess, Pat; Burk, Sandra; Burton, Shannon; Buxton, Darrell; Canidate, Charlenthia; Catrett, Mary; Chappell, Lakesha; Chinakwe, Martha; Cofer, Tony; Collier, Crystal; Cowart, Joe; Crayton, John; Day, Dave; Debrow, Joe; Duke, Barbara; Durant, Sheila; Emerson, James; Fitzpatrick, Wilma; Frazier, Tony; Fulmer, Randy; Fulmer, Sharon; Gamble, John; Gilchrist, Cynthia; Henry, Anne; Hester, Lance; Hitch, Benny; Holley, Jimmy; Hollis, Steadman; Hurst, Angela; Jackson, Peggy; Johnson, Cathy; Johnson, Tomm; Kelly, Barbara; Kennedy, Dyan; Kervin, Lisa; Key, John; Kirk, Donna; Leak, Arnold; Loveday, April; Loveless, Barbara; Mann, Ava; Mason, Patricia; McCain, Pat; McElroy, Roger; McLemore, Harold; Melton, Judy; Miller, James; Mitchell, Marilyn; Mooney, Dynetta; Moore, Aaron; Moore, Gail; Moore, Susan; Morgan, Pat; Morse, David; Mulero, Kelly; Murphy, Ronnie; Paris, George; Patterson, Annie; Peterson, Venus; Powell, Mark; Price, Josh; Rhodes, Christy; Rigney, Doug; Robinson, Daniel; Russell, Robert; Ryals, Gloria; Scott, Venetta; Sigler, Nina; Singleton, Lakesha; Slaten, Terry; Smith, Beverly; Smith, Jeanette; Sparks, Ron; Spear, Marie; Spear, Reida; Stabler, Reba; Summerlin, Shyla; Sumrall, Karen; Surles, Marlena; Tabb, Michelle; Taylor, Travis; Waites, Yvonne; Walker, Donnie; Walker, Joan; Wallace, Dana; Wethington, Pete; Williams, Anne; Williams, Marilyn; Williamson, Joy; Wise, Gail; Wright, Kathy; Zeanah, Joanne; Zorn, Glen; (winchester1962@yahoo.com); Ben Meriwether; Bill Harrison; Bruce McMurtrey; Cathy Finch; Chris Bishop ; David Hutto; Dennis Barclift; Dr. Hoerr; Eric Wilson; Ernest Cox; Francene VanSambeek; Frank Waits; Jack Ingram; Jack Reynolds; Joe Dickerson; John Mynard; Labs and Federal Employees; Mastin Watson; Paula Westbrook; Pesticide Lab; Randy Alford; Randy Hamann; Richard Wingard; Russell Thorne; Tami Kelly; Tim Johnson; Vernon Wiggins; Willey Doughty; Ag Statistics; Arnold Leak; Auburh Feed/Fert Lab; Auburn Feed/Fertilizer Lab; David Gonsoulin; Joel Cline; Tammy Watson |

**Subject:** Office Closed Tomorrow

**Per Commissioner Sparks, the office                                    due to the impact of Hurricane Ivan. This will be administrative leave. The safety of our employees is of overriding concern.**

**Right now, employees are expected to return to work on Friday unless otherwise notified. Until we know the impact of the hurricane, it is hard to make a decision about Friday. If you are unable to report for work on Friday, notify your supervisor or someone at the office-- if possible. Many may be without power or phone service so it's really a wait and see situation.  Keep in mind that no employee is entitled to emergency leave merely because another co-worker, with different circumstances, is granted leave.**

**Should Commissioner Sparks decide that the office will be closed on Friday, these are the ways you will be notified:**

**Local TV Stations - WSFA Channel 12 News - Channel 8 - Channel 32
Local Radio Stations - WLWI - 104.3 - 103.3**

**                                    , I will leave a message on the phones which can be checked from your home in the following manner:**

**Call 240-7300 which will put you into the Meridian Mail service.  Simply put in your mailbox number and follow the instructions for retrieving a message as you would if you were at your desk.**

 You replied on 10/7/2004 3:20 PM.

| | |
|---|---|
| **From:** | Leak, Arnold **Sent:** Mon 9/20/2004 12:43 PM |
| **To:** | Rigney, Doug; Absher, Scott; Cofer, Tony; Debrow, Joe; Fitzpatrick, Wilma; Frazier, Tony; Fulmer, Sharon; Gamble, John; Johnson, Tomm; Leak, Arnold |
| **Cc:** | Price, Josh; Powell, Mark; Sumrall, Karen; Belcher, Amy; Wallace, Dana; Rhodes, Christy; Hester, Lance; Hagood, John; Russell, Robert; Holley, Jimmy; Murphy, Ronnie |
| **Subject:** | Current Status of Computer Systems at AGI Beard Building |
| **Attachments:** | |

We are trying to catch up to where we were before the hurricane. All but six computers can use email. Most Access databases are operational, and the COBOL programs should be running no later than Wednesday.

Mark came in on Sunday to work on the databases and on the COBOL programs. He was able to recompile the COBOL programs, but he's still having trouble with being able to access the programs from some user locations. We are working on that problem now. Petroleum's COBOL programs are top priority in this area of IT's efforts. Mark and I will try a few ideas on the Petroleum COBOL programs this afternoon. Mark is in training at the Tech Center, here in Montgomery, until Wednesday afternoon. He will stop by this afternoon to compare notes on the things I will try with the Petroleum programs (provided of course, they are still broken). Other than that, Mark will be in training until Wednesday.

Microsoft Access databases are well on the way to being recovered. Those currently working are: Food Safety; Weights & Measures (Heavy); Plant Industries; and Pesticides. There may be one or two others working by time you get this. We are aware that Weights & Measures (Light) is still having problems. There are others as well. Feel free to call to check on any Access databases that have not been specifically mentioned in this email.

All email systems are up and running except for those computers in which we have not been able to schedule a time to work with the users and for two computers in which the Outlook program isn't working properly. Those people with whom we need to schedule a time are Jimmy Holley, Mindy Boggan, Roger McLemore, and Dave Day. The two computer users with "broken" Outlook programs are Angela Hurst and Diane Kennedy. We may have to reinstall the two Outlook programs. If there are any other computers not able to send/receive emails, please let me or Karen Summrall know. Karen is assigned web site and email support duties for AGI.

For your general information, I am scheduled to be in the Montgomery IT office on Mondays, Wednesdays and Fridays. I am usually in the Auburn office on Tuesday and Thursday.

Thanks!

*Arnold Leak*
**Arnold Leak**
IT Manager
Alabama Department of Agriculture & Industries

334-240-7146 Office - Montgomery
334-844-4987 Office - Auburn
706-518-5225 Cell

Alternate E-Mails: adleak@charter.net  leakarn@vetmed.auburn.edu

**MEMORANDUM**

TO:        Alabama Seed Dealers

FROM:      Commissioner Ron Sparks

RE:        Day to Day Operations of the Seed Lab

DATE:      October 4, 2004

Recent circumstances, events, and occurrences in the Department of Agriculture and Industries Seed Laboratory have caused great concern to this administration. I want to personally assure you that the uninterrupted stream of commerce within Alabama's seed industry is my paramount concern, and my executive staff and I have taken significant steps to attain this goal.

Assistant Commissioner Doug Rigney, Division Director Lance Hester and I are currently exercising and will continue to exercise more immediate supervision over the operation of the seed laboratory. We will monitor daily and weekly operation of the seed laboratory and move immediately to correct any shortcomings or failures recognized. To this end, any communication with the seed laboratory from this date forward should be directed explicitly to me, Doug Rigney, or Lance Hester so that the appropriate action may be taken.

Again, the goal of this department and more specifically this administration is to serve the most efficient and productive seed industry in this nation. We appreciate your time and cooperation in this matter.

Exhibit 22



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

April 2, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

MEMORANDUM

TO    :    All Program Directors and Unit Managers

FROM  :    Terry Guy

SUBJECT:   **Employee Get Together Wednesdays**

At the request of Commissioner Sparks, the Department will hold an employee get together on the 2nd Wednesday from April thru August in the courtyard of the Beard Building. All divisions are encouraged to participate and make this an annual event for the Department of Agriculture. The following is a list of the guidelines and suggestions for use in planning the event:

1. The event must be held during the employees regular lunch hour or at afternoon break 2 – 2:30 (everyone that wants to participate can take their 15 minute break in the courtyard).
2. Assignment for the 2004 "Employee Get Togethers"
   a. April 14th– Executive Division
   b. May12th – Plant and Pesticide Sections/Ag Promotions
   c. June 9th– Ag Compliance/Seed Lab/Audits & Reports
   d. July 14th– Food Safety Division/Light weights and Measures
   e. August 11th– Animal Industry/Heavy Weights and Measures/Meat Inspection
3. Supervisors in charge of designated sections must assign the employees to plan the function, cook/prepare the menu, serve and cleanup.
4. This is not a money making function, you can only charge a fee to cover the costs. We cannot ask for any donations of food or money from businesses or anyone else outside the Department. Any money left after all expenses are paid must be turned in to use in future events.
5. Supervisors must give me a list of the employees chosen to participate one month ahead of their scheduled month.
6. **These are suggestions only.** Please use your imagination in planning the event. Any tie in with agriculture products that are in season would be great.
   a. Bacon, lettuce & tomato sandwiches
   b. Hotdogs
   c. Homemade Ice cream
   d. Fresh Fruits (watermelon cutting, strawberries, peaches)
   e. Hamburgers
   f. Hand Dipped Ice Cream Sundaes
   g. Cold Salads/sandwiches

Exhibit 23



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

# MEMORANDUM

TO:      John Crayton, Program Director
         Seed Laboratory

FROM:    Lance Hester, Division Director
         Agricultural Animal Protection

DATE:    September 9, 2004

SUBJECT: Report of Manipulated File Cabinet Contents

As you may recall we met on Tuesday, August 31, 2004 to discuss a request for Advanced Seed Analyst. Attendance at the meeting included Lance Hester, John Crayton, Ronnie Murphy, Andrae McMillian and David Hooks.

During the meeting you expressed concerns that recently some files in your office had been apparently "gone through and jumbled up" in one of the file cabinets. I also understood you to say that similar instances had happened in the past.

I need your assistance and direction in how we can best address this type concern. From a practical perspective, I do not know of anything in your files that would be beneficial to anyone. However, from a security aspect I am very concerned if we have unauthorized personnel entering a locked office during none business hours.

Please provide me with any additional information on how you feel this could have occurred and what measures we need to take to assure unauthorized personnel are denied entry.

Thank you for your help and cooperation in this matter.

Cc:   Ronnie Murphy

Exhibit 24

# EXHIBIT 25
# CD OF A.S.E.A. METTING MAINTAINED IN BINDER IN THE CLERK'S OFFICE.

# EXHIBITS 26-30 WERE NOT FILED WITH THE CLERK'S OFFICE.