**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **JOHN L. CRAYTON** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:    2:07-cv-626-MEF |
| | ) | |
| **ALABAMA DEPARTMENT OF** | ) | (LEAD CASE) |
| **AGRICULTURE & INDUSTRIES,** | ) | |
| | ) | |
| Defendant. | ) | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | | |
|---|---|---|
| **JOHN L. CRAYTON** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:    2:07-cv-1111-MEF |
| | ) | |
| **ALABAMA DEPARTMENT OF** | ) | (MEMBER CASE) |
| **AGRICULTURE & INDUSTRIES,** | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S EXHIBIT LIST**

**COMES NOW,** the defendant Alabama Department of Agriculture & Industries, and pursuant to the Court's Scheduling Order, provides the list of the following exhibits that may be introduced as evidence at the trial of this cause:

1. Plaintiff's personnel file.

2. October 4, 2004 Reprimand.

3. October 4, 2004 Memorandum to Alabama Seed Dealers.

4. May 11, 2005 Warning.

5. July 28, 2006 letter to Plaintiff regarding reassignment.

6.  August 10, 2006 Memorandum from Plaintiff to Commissioner Sparks

7.  EAP Supervisor's Referral Form

8.  BHS Supervisory Referral Authorization for Release of Information.

9.  BHS Authorization Form dated December 1, 2006.

10. BHS Clinical Assessment Report and Treatment Plan.

11. Department of Agriculture Organizational Chart.

12. Department of Agriculture Employee Handbook

13. Any exhibit listed on plaintiff's Exhibit List to which there is no objection by defendant.

14. Any exhibit produced or revealed through further discovery.

15. Any exhibit needed for rebuttal purposes.

16. Any exhibit needed to refresh witnesses' recollection.

17. Any exhibit needed for impeachment purposes.

18. Defendant reserves the right to amend this Exhibit List.


      /s/    Emily C. Marks
EMILY C. MARKS

      /s/    E. Hamilton Wilson, Jr.
E. HAMILTON WILSON, JR.
Attorneys for the Defendant

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
Phone: (334) 387-7680
Fax:    (334) 387-3222

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 20, 2008, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following:

Juraldine Battle-Hodge
207 Montgomery St., Ste. 215
Montgomery, AL  36104-3528

                                            /s/ Emily C. Marks
                                            OF COUNSEL