**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **JOHN L. CRAYTON** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No.:  2:07-cv-626-MEF |
| | ) | |
| **ALABAMA DEPARTMENT OF** | ) | (LEAD CASE) |
| **AGRICULTURE & INDUSTRIES,** | ) | |
| | ) | |
|     **Defendant.** | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **JOHN L. CRAYTON** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No.:  2:07-cv-1111-MEF |
| | ) | |
| **ALABAMA DEPARTMENT OF** | ) | (MEMBER CASE) |
| **AGRICULTURE & INDUSTRIES,** | ) | |
| | ) | |
|     **Defendant.** | ) | |

**DEFENDANT'S WITNESS LIST**

**COMES NOW,** the defendant Alabama Department of Agriculture & Industries, and pursuant to the Court's Scheduling Order, provides the names of the following individuals who the Defendant expects to call as witnesses at the trial of this cause:

1. Deputy Commissioner Doug Rigney
   Alabama Dept of Agriculture & Industries
   1445 Federal Drive
   Montgomery, Alabama

2. Deputy Commissioner Ronnie Murphy
   Alabama Dept of Agriculture & Industries
   1445 Federal Drive
   Montgomery, Alabama

    3.      Lance Hester
           Alabama Dept of Agriculture & Industries
           1445 Federal Drive
           Montgomery, Alabama

    4.      Teresa Brunson
           Personnel Director
           Alabama Dept of Agriculture & Industries
           1445 Federal Drive
           Montgomery, Alabama

    5.      John Crayton
           c/o Juraldine Battle-Hodge
           207 Montgomery St., Ste. 215
           Montgomery, AL  36104-3528

The following individuals may be called as witnesses at the trial of this cause if the need arises:

    6.      George Parish
           Program Director
           Alabama Dept of Agriculture & Industries
           1445 Federal Drive
           Montgomery, Alabama

    7.      Ray Hilburn
           Deputy Commissioner
           Alabama Dept of Agriculture & Industries
           1445 Federal Drive
           Montgomery, Alabama

    8.      Andrae McMillian
           Seed Program Director
           Alabama Dept of Agriculture & Industries
           1445 Federal Drive
           Montgomery, Alabama

    9.      Donnie Walker
           Alabama Dept of Agriculture & Industries
           1445 Federal Drive
           Montgomery, Alabama

10. Dana Wallace
    Alabama Dept of Agriculture & Industries
    1445 Federal Drive
    Montgomery, Alabama

11. Jimmy Holley
    Alabama Dept of Agriculture & Industries
    1445 Federal Drive
    Montgomery, Alabama

12. Benny Hitch
    Alabama Dept of Agriculture & Industries
    1445 Federal Drive
    Montgomery, Alabama

13. Jerome Gray
    Alabama Dept of Agriculture & Industries
    1445 Federal Drive
    Montgomery, Alabama

14. Commissioner Ron Sparks
    Alabama Dept of Agriculture & Industries
    1445 Federal Drive
    Montgomery, Alabama

15. Deputy Commission Teresa Smiley
    Alabama Dept of Agriculture & Industries
    1445 Federal Drive
    Montgomery, Alabama

16. Dr. John Bloch
    229 Tensaw Road
    Montgomery, Alabama 36117

12. Any witness listed on plaintiff's Witness List, to which the defendant does not have an objection.

13. Any custodian of records needed to authenticate any records.

14. Any witness needed for rebuttal purposes.

15. Any witness whose identify is revealed through further discovery.

16. Any witness needed for impeachment purposes.

3

17. The defendant reserves the right to amend this Witness List should additional names be known to this defendant.

/s/    Emily C. Marks
EMILY C. MARKS

/s/    E. Hamilton Wilson, Jr.
E. HAMILTON WILSON, JR.
Attorneys for the Defendant

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:    (334) 387-3222

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 20, 2008, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following:

Juraldine Battle-Hodge
207 Montgomery St., Ste. 215
Montgomery, AL  36104-3528

                                    /s/ Emily C. Marks
                                    OF COUNSEL