## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

RECEIVED

2008 AUG 20  P 4: 23

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| JOHN L. CRAYTON, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 2:07-CV-626 (LEAD CASE) |
| STATE OF ALABAMA DEPARTMENT OF AGRICULTURE & INDUSTRIES, | ) ) | |
| Defendant. | ) | |

### PLAINTIFF'S EXHIBIT LIST

**COMES NOW** the Plaintiff as per this Court's Scheduling Order and files the following exhibit list.

1. Amended Complaint – 2:07-cv-626

2. Second Complaint – 2:07-cv-1111

3. Plaintiff's Amended Affidavit

4. 2003-2004 Queries

5. Letter of Reprimand

6. Substitute Test Results

7. Computer Generated Forms

8. Shannon Burrton's Affidavit

9. Zorn's Complaint

10. Rebuttal of Reprimand

11. Memoranda and emails on Server Problems

13. April 2, 2004 – Employer Get Together Memo

14. CD of A.S.E.A. Meeting (Copy filed with Court with Plaintiff's Response to Summary Judgment and served on Defendant in response to Defendant's Request for Documents)

15. Sparks' November 16, 2004 Letter

16. Alabama Department of Agriculture and Industries Website Information

17. Transfer of Plaintiff

18. April 1, 2004 Evaluation

19. BHS Assessment

20. Any exhibit previously submitted by Plaintiff or Defendant

30. Any exhibit listed on the Defendant's Exhibit List

31. Any exhibit revealed through further discovery

32. Any exhibit necessary to rebut testimony by any witness whose identity is not known to the Plaintiff, but can be ascertained based upon the testimony or exhibits proffered

33. Any exhibit necessary to rebut any document or exhibit proffered at trial

Respectfully submitted,

_____
Juraldine Battle-Hodge (3072-G-61J)
Attorney for Plaintiff

OF COUNSEL:
**LAW OFFICE OF JURALDINE BATTLE-HODGE, P.C.**
318 N. Decatur Street
Montgomery, AL 36104
Telephone:   (334) 262-1177
Facsimile:   (334) 263-5569

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of August 2008, the foregoing document was served upon the following counsels of record by hand delivery, addressed as follows:

Hon. Emily C. Marks
Hon. E. Hamilton Wilson, Jr.
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, AL 36102-2148

_____
Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

JOHN L. CRAYTON,

2007 DEC 21  A 10: 40

    Plaintiff,

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.                                                      Case No. 2:07cv626 MEF

ALABAMA DEPARTMENT OF          )
AGRICULTURE & INDUSTRIES,      )
                               )
    Defendant.                 )

## AMENDED COMPLAINT

    **COMES NOW** John L. Crayton (Plaintiff), and amends his complaint against Alabama Department of Agriculture & Industries and its agents and representatives (Defendant) hereby complains as set forth herein below.

### JURISDICTION

1. This Court has jurisdiction over the litigation herein pursuant to 28 U.S.C. Sections 1331 and 1343, 42 U.S.C., Section 2000e and Retaliation.

2. Plaintiff has fulfilled all conditions precedent to the institution of this action.

### VENUE

3. Defendant is located and/or doing business within this judicial district (Middle District and the Northern Division of Alabama). This action is brought within the judicial district wherein the unlawful employment practices were committed, making venue proper under

1



Exhibit 1

42 U.S.C. Section 2000(e)-5(f) (3), 28 U.S.C. Section 1391(b) and Retaliation.

## PARTIES

4.  Plaintiff John L. Crayton, hereinafter referred to as "Plaintiff," is an African-American male resident of the United States, residing in Montgomery County, Alabama. Plaintiff is a resident of this judicial district, and has been employed by Defendant at all times material hereto. Plaintiff is a member of the protected class for race within the meaning of Title VII. Plaintiff is also an employee of Defendant within the meaning of Title VII.

5.  Defendant, Alabama Department of Agriculture & Industries, hereinafter referred to as "Department" is a state agency and is authorized to do business in the State of Alabama, and employs at least fifteen (15) persons and otherwise meets the jurisdictional prerequisites of Title VII.

## NATURE OF THE CASE

6.  This is a lawsuit brought by Plaintiff seeking permanent relief from unlawful discriminating practices by Defendant. Plaintiff has been adversely affected by discrimination involving promotion, compensation, assignments, retaliation and other terms and conditions of employment as a result of Defendant failing to remedy systemic employment discrimination on the basis of race. The

2

practices committed and continuing to be committed by Defendant violate Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e, et seq. ("Title VII").

## FACTUAL BACKGROUND

7.   Plaintiff first began working for Defendant on or about May 19, 1976.

8.   From January 2002 to July 2006, Plaintiff was constantly harassed and discriminated in every aspect of his duties as Seed Program Director by Ronnie Murphy, Lance Hester, Doug Rigney and Ron Sparks.

9.   As the State Seed Program Director Plaintiff's job was to enforce the Truth in Labeling Law as it relates to the seed industry.

10.  Plaintiff's regulatory and administrative duties were gradually being taken away and given to Agriculture Compliance in violation of State codes.

11.  On or about April 2002, Ronnie Murphy met briefly with Plaintiff and the laboratory staff to inquire about the backlog of samples and why it was taking so long getting the test results to the clients.  Mr. Murphy was informed that these problems were occurring, because of severe staff shortage due to attrition, and every request to hire needed staff being denied.

12.  On or about May 2002, the three Seed Analyst and Plaintiff volunteered to work two to three hours after regular work hours to

catch up the backlog of samples, which took five months to accomplish. Plaintiff was not recognized for the tremendous and unselfish sacrifice.

13.   On or about September 2002, Ronnie Murphy asked Donny Walker to query the Seed Program data base to further scrutinize Plaintiff's work, looking for faults and criticisms.  Not only did the staff and Plaintiff keep up with the workload, the query revealed that they had established a record turn around time on the test results.

14.   On or about April 30, 2003, Plaintiff applied for the position of Division Director, and was ranked number 4 out of 8. The two individuals ranked 2 and 3 did not have a master's degree, which Plaintiff did, or the years of experience that Plaintiff had.   The position was awarded to Lester Hester.   Mr. Hester was less qualified than Plaintiff.  Plaintiff was discriminated against when he was denied this promotion based on his race.

15.   On or about October 4, 2004, Plaintiff was summoned to the commissioner's office at about 3:45 p.m. Upon arrival, the secretary requested that Plaintiff have a seat because, Mr. Sparks wasn't ready to see him. After a fifteen to twenty minute wait, Plaintiff was finally ushered into the commissioner's office. Unaware of the purpose or reason for being summoned, Plaintiff was a bit startled as he entered the office and saw several people sitting around a conference table. In attendance were Ron Sparks, Doug Rigney,

4

Ronnie Murphy, Lance Hester, David Hooks, B.J. Russell and Dana Wallace. Mr. Sparks asked Plaintiff to take a seat and the commissioner informed Plaintiff that he was summoned to his office for the purpose of issuing him a letter of reprimand for failing to perform his job properly.

16.  Plaintiff was asked if he had anything to say in his defense. As one can imagine, after having been blind sided in such an underhanded way, Plaintiff was at a lost for words. Plaintiff informed him that the work was being done in as orderly and timely manner as possible under the circumstances.  Plaintiff was being harassed by Mr. Sparks.

17.  On or about October 7, 2004, Mr. Sparks sent a letter to Alabama Seed Industry and to Plaintiff's counterparts, both state and federal, informing them that he was taking over the day to day operations of Alabama's program and that any communication with the seed laboratory was to be directed explicitly to him, Doug Rigney, or Lance Hester.   This was another step in usurping Plaintiff's responsibilities and authority.

18.  In or around April 2005, the Governor sent out a mandate that all unnecessary vehicles were to be taken from employees.   The Defendant removed vehicles from its program directors and other management employees.    The vehicles were eventually redistributed.   However, Plaintiff and no other blacks were given

5

their cars back.    However, after persistent requests, George
Parrish, black employee, was eventually given his vehicle back.
Some of the similarly situated whites were Benny Hitch and Lance
Hester.  Plaintiff was discriminated against based on his race.

19.    During June of 2006, Plaintiff complained to the Alabama State
Employees Association (A.S.E.A.) that he, as well as other Blacks
was being subjected to unlawful employment discrimination
because of their race due to disparate treatment with cars,
promotions and other matters.

20.    Immediately after the Plaintiff complained to the A.S.E.A., the
Defendant began retaliating against Plaintiff.

21.    On or about June 29, 2006, Plaintiff returned from lunch and parked
on the north side of the building next to the coliseum parking lot. As
Plaintiff walked across the parking lot toward the covered walkway,
Plaintiff noticed Jimmy Holley getting out of the passenger side of
the Commissioner's vehicle. As Plaintiff approached the vehicle,
Plaintiff noticed Mr. Sparks getting out of the driver's side. (This
parking space is next to and to the right of the entrance to the
covered walkway.) As Plaintiff walked pass the two gentlemen
(within two feet) Plaintiff spoke, "How are you all doing? " They did
not respond. Plaintiff proceeded toward the building. Approximately
four to five paces beyond them, Plaintiff heard Mr. Sparks yell, but
the voice tone and quality was not that of a salutation. As Plaintiff

6

continued up the walkway, Mr. Sparks said, "John, I said hi."
Plaintiff stopped, turned around to face them as they were walking
toward him. Plaintiff replied, "I spoke to you all, did you not hear me
speak to you?" By that time Mr. Holley and Mr. Sparks had caught
up to Plaintiff on the walkway. Mr. Sparks in a loud voice yelled, "I
was just trying to be nice to you, I don't understand why you are so
rude and hateful toward me." Plaintiff's reply to him was,
"commissioner, I spoke to you and you spoke to me, so let's just let
it be at that."

22.     At that point, Plaintiff was still a step or two ahead of the two of
        them, and near the door to the lobby of the auditorium. As Plaintiff
        opened the door and stepped inside, Mr. Sparks made a remark
        that Plaintiff viewed as sarcastic, derogatory and harassing, "You
        people or you all," Plaintiff turned to look Mr. Sparks in the face; to
        indicate that he was aware of the derogatory nature of his remark
        and that it was not appreciated. Mr. Sparks and Plaintiff were face
        to face at this point. As Mr. Sparks stepped in side the door he
        made the statement "John are you threatening me? I'll have your
        ass arrested." Plaintiff's reply was, "Commissioner, do what you
        have to do." Plaintiff then turned around and proceeded up a set of
        steps to a card activated security door to avoid any further
        confrontation with the two of them.

23.    As Plaintiff gained access to the secured area, Mr. Sparks yelled, "John, I want to see you in my office in 10 minutes!" Mr. Sparks immediately changed that from 10 minutes to "right now!" Plaintiff's reply was that he needed to go to his office to contact his A.S.E.A. representative. Mr. Sparks repeated his last statement and Plaintiff complied with his demand.

24.    Plaintiff followed Mr. Sparks and Mr. Holley into Mr. Sparks' office and sat in a chair in front of Mr. Sparks' desk. Plaintiff summoned Jeff Webb, an attorney for the department, to his office. Mr. Webb came in and took a seat next to Plaintiff. Mr. Sparks proceeded to tell Mr. Webb his version of the incident that had just taken place between he and Plaintiff. Without hearing Plaintiff's view, Mr. Webb's comment was "we can't have that in the workplace." Plaintiff was dismissed and Plaintiff went to his office and called the A.S.E.A. office and gave his version of the incident to Mr. Norbert Williams, attorney for A.S.E.A. Plaintiff was constantly being harassed by Mr. Sparks.

25.    On or about July 2006, Plaintiff was reassigned from his position of seed director to a recently created position of Genetically Modified Plant and Products Director.

26.    On or about July 31, 2006, at around 9:45 a.m., Ray Hilburn (Plaintiff's supervisor) came to Plaintiff's office and informed Plaintiff that he, Ronnie Murphy and Doug Rigney wanted to meet

8

with him in the upstairs board room at 10:30 a.m. Plaintiff arrived for the meeting at 10:25. No one was in the room. Around 10:40, Mr. Murphy came in for a few minutes and left. Around 10:50, Mr. Murphy returned to the room followed by Mr. Hilburn five minutes later. Mr. Murphy informed the group that Mr. Rigney would not be attending the meeting.

27.    Mr. Murphy informed Plaintiff as to why he was summoned to this meeting. Mr. Hilburn gave Plaintiff a letter. The letter stated that Plaintiff's duties and immediate supervisor were being changed. It should be noted that this letter was not signed. Plaintiff was also given a Form 40 to sign. Plaintiff felt that he was being targeted for disparate treatment and continued discrimination and harassment because of his participation in statutorily protected activity.

28.    Plaintiff expressed his lack of interest in this newly created position. Plaintiff had grave reservations and misgivings regarding this position. Defendant claimed that the state so badly needed this position, yet didn't see the need to publicly announce the job so as to have a larger selection of applicants to choose from. Additionally, there were other concerns.  Plaintiff was especially concerned with the continual attempts by this administration to harass him, force him in a position to fail, leave or to retire.  Plaintiff felt threatened that if he did not take this position he would be fired.

9

29.  After voicing his position and concerns, Mr. Murphy attempted to convince Plaintiff of the importance of this program. Mr. Murphy further stated that Plaintiff was the only person in the Department qualified to handle these duties. Mr. Murphy further stated that the change in duties would be a lateral transfer without an increase in salary. Plaintiff's response to this was that if this program is so important, why wasn't announced so that other qualified applicants could apply. Normally statewide jobs are competitive. The transfer was actually a constructive demotion in retaliation for Plaintiff participating in statutorily protected activity.

30.  At approximately 4:25 p.m., on this same day, Mr. Murphy came to Plaintiff's office. Plaintiff was on the phone, Mr. Murphy left and returned about fifteen minutes later. Plaintiff was still busy with phone calls. At 4:55 Plaintiff was finally finished with his phone calls when Mr. Murphy came back to Plaintiff's office to tell him that the Commissioner wanted to see Mr. Murphy and Plaintiff in his office. Plaintiff informed Mr. Murphy that he had a 5:15 appointment.

31.  Plaintiff left and returned with Mr. Sparks about five minutes later. Mr. Sparks informed Plaintiff that he wanted to talk with him about this very important program that was so badly needed in Alabama. He stated that Monsanto and Syngena thinks that there is a great need for such a program. Plaintiff repeated his concerns, reservations and lack of interest in the new position.

10

32.   Plaintiff further stated that his counterparts (State Seed Control Officials) in other states have "Genetic Engineering" as it relates to the seed industry as part of their regular duties.   Plaintiff stated that he would gladly accept the added responsibilities as they relate to seed only, but he wanted to keep his position as State Seed Program Director.  Mr. Sparks denied Plaintiff's request.

33.   Mr. Sparks said among other things that he desired that Plaintiff take the job, if not "We will have to part company." Once again, Plaintiff was being harassed, threatened and retaliated against.

34.   On or about August 1, 2006, at about 11:45, Mr. Murphy came to Plaintiff's office and informed him that Plaintiff was to cease and desist all of his activities and duties as the State Seed Program Director immediately and vacate the office by 5:00 p.m. Friday, August 4, 2006.

35.   Plaintiff was reassigned to an office with no chair.   This was another attempt by Defendant to embarrass, harass, intimidate and retaliate against Plaintiff.

36.   Plaintiff was the first black to hold the position of Seed Program Director.  Plaintiff's position was awarded to a less qualified white following  Plaintiff's  reassignment.      Plaintiff's  position  was reorganized and placed under Benny Hitch, program director for Agriculture Compliance.   Plaintiff was discriminated against based on his race.

11

37.    On or about September 27, 2006, Plaintiff filed a racial discrimination and retaliation charge against Mr. Ron Sparks and Alabama Department of Agriculture and Industries with the Equal Employment Opportunity Commission (EEOC).

38.    The Plaintiff is of the belief and provides evidence that he has been discriminated against in violation of Title VII of the 1964 Civil Rights Act, as amended based on race and in retaliation to his complaint of the discriminatory treatment of blacks in the workplace and with A.S.E.A..

## COUNT ONE

### RACE DISCRIMINATION – TITLE VII

39.    Plaintiff adopts, realleges and incorporates by reference paragraphs one through forty-one above, the same as if more fully set herein, and further alleges anew.

40.    In taking the above described actions, Defendant intentionally discriminated against Plaintiff on April 30, 2003, April 2005 and July 2006, on the basis of his race.

41.    As a proximate consequence of the violations of Title VII based on race by Defendant, Plaintiff has suffered and will continue to suffer damage to his professional life and current and future career opportunities.    Further, Plaintiff has suffered future pecuniary losses, emotional pain, inconvenience, mental anguish, loss of enjoyment of life and non-pecuniary damages.

12

## COUNT TWO

## RETALIATION

42. Plaintiff adopts, realleges and incorporates by reference paragraphs one through forty-four above, the same as if more fully set herein, and further alleges anew.

43. In taking the above described actions, Defendant retaliated against Plaintiff, when he filed a complaint with the State Employee Association in June 2006, against Defendant.

44. As a direct result of the ongoing retaliation against Plaintiff, Plaintiff's constitutional rights have been abridged.

45. As a proximate cause of the Defendant's actions, Plaintiff has been injured and damaged, as set forth in paragraphs above.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this Honorable Court grant the following:

a.    Assume jurisdiction over this action;

b.    A judgment declaring that Defendant violated 28 U.S.C. Sec. 1331, 42 U.S.C. Sec. 2000(e), et seq. and Retaliation;

c.    All back-pay and fringe benefits as a result of the discrimination and retaliation, with interest;

d.    Attorney's fees;

13

e.    Costs;

f.    Prejudgment interest;

g.    An award of such compensatory damages for any loss of wages, and loss of benefits, including, but not limited to, retirement pension benefits, mental anguish, emotional distress, and embarrassment, both past, present and future to which Plaintiff may be entitled; and such further, other and different legal or equitable relief as the Court may deem appropriate or which she may be entitled, and

h.    Punitive damages.

Respectfully submitted,

_____
Juraldine Battle-Hodge (BAT033)
Attorney for the Plaintiff
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104

14

## CERTIFICATE OF SERVICE

We, hereby certify that, on the 21st day of December 2007, the foregoing document was served upon the following counsel of record by placing a copy of the same in the U.S. Mail, First Class postage prepaid, addressed as follows:

**Hon. E. Ham Wilson, Jr.**
**Hon. Emily C. Marks**
**Ball, Ball, Mathews & Novak, P.A.**
**P.O. Box 2148**
**Montgomery, Alabama 36102-2148**

OF COUNSEL:

15

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHN L. CRAYTON,                    )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )        Case No. _____
                                    )
ALABAMA DEPARTMENT OF               )        JURY DEMAND
AGRICULTURE & INDUSTRIES,           )
                                    )
        Defendant.                  )

## COMPLAINT

**COMES NOW** John L. Crayton (Plaintiff), and for his complaint against Alabama Department of Agriculture & Industries and its agents and representatives (Defendant) hereby complains as set forth herein below.

### JURISDICTION/VENUE

1.    This Court has jurisdiction over the litigation based pursuant to Title VII of the Civil Rights Act of 1964, as amended based on retaliation.

2.    Plaintiff has fulfilled all conditions precedent to the institution of this action.

3.    Defendant is located and/or doing business within this judicial district (Middle District and the Northern Division of Alabama).  This action is brought within the judicial district wherein the unlawful employment practices were committed, making venue proper under 42 U.S.C. Section 2000(e)-5(f) (3), 28 U.S.C. Section 1391(b) and Retaliation.



1

## PARTIES

4.    Plaintiff John L. Crayton, hereinafter referred to as "Plaintiff," is an African-American male resident of the United States, residing in Montgomery County, Alabama. Plaintiff is a resident of this judicial district, and has been employed by Defendant at all times material hereto. Plaintiff is a member of the protected class for race within the meaning of Title VII. Plaintiff is also an employee of Defendant within the meaning of Title VII.

5.    Defendant, Alabama Department of Agriculture & Industries, hereinafter referred to as "Department" is a state agency and is authorized to do business in the State of Alabama, and employs at least fifteen (15) persons and otherwise meets the jurisdictional prerequisites of Title VII.

## NATURE OF THE CASE

6.    This is a lawsuit brought by Plaintiff seeking relief from unlawful retaliatory practices by Defendant. Plaintiff has been adversely affected by retaliation involving promotion, compensation, assignments, and other terms and conditions of employment as a result of Defendant failing to remedy violations of retaliation. The practices committed and continuing to be committed by Defendant violate Title VII of the Civil Rights Act of 1964, as amended ("Title VII").

2

**FACTUAL BACKGROUND**

7.    On May 3, 2007, Plaintiff filed a complaint with the Equal
Employment Opportunity Commission (EEOC) – <u>See</u> Exhibit 1 -
Charge No. 420 2007 02801. The Plaintiff received his Notice of
Suit Rights on October 9, 2007 - <u>See</u> Exhibit 1. As a result, the
Plaintiff timely files the underlying complaint.

8.    This complaint was as a result of retaliation that Plaintiff was
subjected based on his initial complaint to the EEOC on September
27, 2006.

9.    Because of Plaintiff's involvement in statutorily protected activities,
Plaintiff was retaliated against.    In particular, as a form of
punishment, on or about November 14, 2006, Plaintiff was ordered
to meet with Ronnie Murphy.    Ronnie Murphy was Plaintiff's
supervivisor.  In this meeting, Mr. Murphy mandated that Plaintiff
contact the Behavior Health System Coordinator to see a
psychiatrist.    Under duress Plaintiff saw the psychiatrist.    This
action was merely a way to smear Plaintiff's reputation and to
retaliate against him.  At that time Plaintiff had been employed by
the Defendant for almost thirty (30) years and had never had any
psychological problems.  This punitive treatment only came abbot
due to Plaintiff's participation in statutorily protected activity.

10.    The Defendant continued to harass the Plaintiff after he filed his
initial EEOC Complaint.  The Defendant also refused to administer

Plaintiff's annual evaluation.  Plaintiff was due his evaluation by April 30, 2007.  The Defendant's refusal to administer Plaintiff's evaluation affected his eligibility for an increase in salary.  The refusal to evaluate Plaintiff was clearly retaliation for Plaintiff participating in statutorily protected activity.

<u>**COUNT ONE**</u>

<u>**RETALIATION**</u>

11.    Plaintiff adopts, realleges and incorporates by reference paragraphs one through ten above, the same as if more fully set herein, and further alleges anew.

12.    In taking the above described actions, Defendant retaliated against Plaintiff, when he filed his EEOC complaint on September 27, 2006.

13.    As a direct result of the ongoing retaliation against Plaintiff, Plaintiff's constitutional rights have been abridged.

14.    As a proximate cause of the Defendant's actions, Plaintiff has been injured and damaged, as set forth in paragraphs above.

<u>**PRAYER FOR RELIEF**</u>

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays that this Honorable Court grant the following:

a.    Assume jurisdiction over this action;

b.    A judgment declaring that Defendant violated Title VII of the Civil Rights Act, as amended based on retaliation

4

    c.      All back-pay and fringe benefits as a result of the retaliation, with interest;

    d.    Attorney's fees;

    e.    Costs;

    f.    Prejudgment interest;

    g.    An award of such compensatory damages for any loss of wages, and loss of benefits, including, but not limited to, retirement pension benefits, mental anguish, emotional distress, and embarrassment, both past, present and future to which Plaintiff may be entitled; and such further, other and different legal or equitable relief as the Court may deem appropriate or which she may be entitled, and

    h.    Punitive damages.

### **Jury Demand**

Plaintiff demands trial by jury on each and every cause of action.

                           Respectfully submitted,

                          _____
                          Juraldine Battle-Hodge (BAT033)

**PLAINTIFF DEMANDS TRIAL BY STRUCK JURY ON ALL CLAIMS SO TRIABLE.**

                          _____
                          OF COUNSEL

**PLEASE SERVE DEFENDANT BY CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

STATE OF ALABAMA       )
                              )

COUNTY OF MONTGOMERY   )

RE:    *JOHN CRAYTON V. ALABAMA DEPARTMENT OF AGRICULTURE & INDUSTRIES*
        *CASE NO.: 2:07- CV-626-MEF*

## <u>AFFIDAVIT OF JOHN CRAYTON</u>

Before me, the undersigned authority in and for said county and state personally appeared John Crayton who is known to me and being first duly sworn, deposes and says under oath as follows:

1.    My name is John Crayton. I am over the age of nineteen and I have personal knowledge of the matter set forth herein.

2.    When I became Program Director of the Seed Program (Seed Division), there was a four month back log of samples, shortage of personnel, and equipment that was is disrepair. In spite of this and an administration that did not see the need to allow me to hire adequate personnel and purchase needed equipment. The three analysts and I worked two to three hours beyond our regular work hours for four months to eliminate the back log. As a result of eliminating the back log of samples, we established and maintained a record average turn around time of twenty one days on all test reports while I was Director of the Seed Program.

3.    I applied for Division Director. Lance Hester applied for this position at the time. I have worked for the administration more years than Lance Hester. I have over 30 years of experience with the administration. I have a bachelor's degree, and a master's degree. Whereas, Lance Hester does not have these degrees. Notwithstanding my credentials and work experience, Mr. Hester out ranked me. Mr. Cofer was promoted to Division Director from the same register, yet he was ranked below George Parish and me.

4.    I was summoned to Ron Sparks' office between 2003 and 2004. The meeting involved, Wilma Fitzpatrick, Annie Patterson, and I not participating in a voluntary fellowship together. This was a monthly gathering. I informed Mr. Sparks that the hearsay he was confronting me about was true as I chose not to participate. I informed Mr. Sparks that I chose not to participate due to the racial atmosphere that he and the administration had created. I further informed Mr. Sparks that I chose not to use my break time or lunch hour and my own money for this fellowship. Since this meeting I have personally been subjected to confrontations by Mr. Sparks.

*Exhibit 3*

5.    The reprimand of October 4, 2004 came without prior conferencing or warning. I received this reprimand even though a query of my database along with 760 plus substitute tests reports for the month of August 2004 had a better than average turn around time of twenty days as opposed to the regular twenty-one days.

6.    I received a letter of complaint from Bragg Farms. Through a query of my database I personally showed the administration that all of the test results for Bragg Farms for the month of August 2004 had a better than average turn around time of twenty days as opposed to the regular twenty-one days. Based on this report, I informed the administration that "these letters appeared to be solicited by the administration".

7.    During the month of August 2004, and September 2004, the department computer server was out of service. This affected everyone using the server including Mr. Hester's program, Food and Safety, but yet he had the audacity to accuse me of not properly doing my job.

8.    Two memos, one from Mr. Johnson and one from Mrs. Patterson to Arnold Leak, the department's information technology specialist, complaining about not having access to their data base will show that this affected the whole department.

9.    The reprimand affected my annual evaluation by reducing my overall score by seven (7) points this limiting me to a one (1) step raise as I would have received a two (2) step raise.

10.    This October 7, 2004 memorandum of Mr. Sparks was not only sent to Alabama Seed Industry, but also to other states' Seed Control Officials. The memorandum stripped me of my authority. I was embarrassed and felt harassed because of Mr. Sparks personally circulating this memorandum to outsiders.

11.    I did not travel out of town on a regular basis due to a shortage of trained experienced Seed Analyst to keep up with the work load maintain the newly established twenty-one day turn around time on all test results. I had to personally carry out this requirement. During this time I encountered several efforts to sabotage my work. My computer files were deleted, manipulated and tampered with. I am personally aware that Tomm Johnson, Tony Cofer and Joe Debro, whites, used their cars predominately to travel from home to work.

12.    Getting the seed samples from the loading dock or the parking lot had been the sole responsibility of the inspector for twenty eight years. Mr. Murphy gave me permission to order parts and supplies, especially those for the germinators and file the necessary forms after the fact. The reasoning for this was to prevent tests in progress from being ruined if a motor, a pump, or some other vital parts went out.

13.    In June 2006, seven black employees of the Department of agriculture and Industries went to the Alabama State Employees Association (ASEA) to apprise the Association

of the racist charged atmosphere perpetuated by Mr. Sparks and his Administration.

14.     I, along with other blacks, complained about the reissuing of cars and promotions. I also complained about Mr. Sparks pretending not to hear or see blacks when they would speak in passing on the hallways. I have personally experienced Mr. Sparks being rude and abrasive to me.

15.     I was present and am personally aware that a meeting concerning the June 2006 encounter with Mr. McArthur and Mr. Williams was recorded. I am personally aware that Mr. Sparks was very emotional, abrasive in this meeting.

16.     I am personally aware that the position of Genetically Modified Plants and Plants Products Program Director was created at the time Ron Sparks removed me from my position as Program Director of the Seed Program. I am personally aware that Mr. Sparks transferred the duties of the Seed Program to Agriculture Compliance. I am personally aware that once Mr. Sparks placed these duties under Agriculture Compliance he promoted Benny Hitch to Program Director. I am also personally aware that the Seed Program was lowered to a unit manger's level. This position was stripped of all its regulatory, administrative and enforcement duties.

Dated this the _____ day of June 2008

_____
John Crayton

**STATE OF ALABAMA**
**COUNTY OF MONTGOMERY**

On this the _____ day of June 2008, before me, the undersigned Notary Public, in and for said State and County, personally appeared, John Crayton who is known to me, and states that the foregoing information is true and correct to the best of his information, belief and knowledge, and that he executed same voluntarily on the day the same bears date.

_____
NOTARY PUBLIC

_____
My Commission Expires

**SAMPLES TAKEN -- October 2003 through February 2004**

*(sorted by number of days taken)*

| NAME GIVEN | SOURCE | DATE REC | REP DATE | # days | LAB # | LOT # |
|---|---|---|---|---|---|---|
| HULLED BERMUDAGRASS | GRO SOUTH MONTGOMERY AL | 11/17/2003 | 2/5/2004 | 80 | 20392 | 1229 |
| DIXIE (RESEEDING) CRIMSON CLOVER | PENNINGTON SEED CO  CULLMAN AL | 9/3/2003 | 11/12/2003 | 70 | 20252 | L111-3-CRIM |
| FLORIDA BROADLEAF MUSTARD | ELMORE CO EXCHANGE  WETUMPKA AL | 12/12/2003 | 2/18/2004 | 68 | 20610 | L111-8-LGM |
| PARTRIDGE PEAS | THE FEED LOT  PIKE RD  AL | 12/2/2003 | 2/5/2004 | 65 | 20530 | 0224 |
| PENSACOLA BAHIAGRASS | SEED PROCESSORS  WETUMPKA AL 36093 | 12/3/2003 | 2/5/2004 | 64 | 20532 | 538 |
| SSCA CERT. GEORGIA GREEN PEANUTS | GRO SOUTH  MONTGOMERY AL | 11/14/2003 | 1/16/2004 | 63 | 20357 | SHP-2012-CGG |
| PENSACOLA BAHIAGRASS | AGRILIANCE - AFC  DECATUR  AL | 11/25/2003 | 1/26/2004 | 61 | 20475 | 415 |
| KY 31 TALL FESCUE & POTOMAC ORCHARDGRASS MIX | CLEMMONS & HAMMER KILLEN, AL | 10/16/2003 | 12/15/2003 | 60 | 20136 | F8-03 |
| KY 31/ ORCHARDGRASS MIXTURE | CLEMMONS & HAMMER KILLEN, AL | 10/16/2003 | 12/15/2003 | 60 | 20138 | T-21306 |
| ARGENTINE BAHIAGRASS | AGRILIANCE - AFC  DECATUR  AL | 11/25/2003 | 1/23/2004 | 59 | 20478 | 415 |
| ARGENTINE BAHIAGRASS | AGRILIANCE - AFC  DECATUR  AL | 11/25/2003 | 1/23/2004 | 59 | 20478 | 407 |
| BERMUDAGRASS (HULLED) | MONTGOMERY SEED & SUPPLY CO  MONTG, AL. | 12/8/2003 | 2/5/2004 | 59 | 20547 | 1229 |
| BERMUDAGRASS MIXTURE | MONTGOMERY SEED & SUPPLY CO  MONTG, AL. | 12/8/2003 | 2/5/2004 | 59 | 20549 | SG-10 |
| BROWN TOP MILLET | CHILTON COUNTY FEED & SEED  CLANTON AL | 11/25/2003 | 1/21/2004 | 57 | 20489 | 1523 |
| CONTRACTORS MIXTURE | FLOYD'S FEED & SEED DADEVILLE, AL | 12/23/2003 | 2/18/2004 | 57 | 20765 | L144-1-FCMS16G |
| BERMUDAGRASS ( COATED SEED) | ELMORE CO EXCHANGE  WETUMPKA AL | 12/11/2003 | 2/5/2004 | 56 | 20594 | 140211 |
| REID'S YELLOW DENT CORN | ELMORE CO EXCHANGE  WETUMPKA AL | 12/12/2003 | 2/6/2004 | 56 | 20598 | 886 |
| WILDLIFE PLANTING MIX W/ CLOVER | CD'S FEED & SEED               ABBEVILLE, AL. | 10/6/2003 | 12/1/2003 | 56 | 20055 | SSF 821-03 |
| BOB OATS | SEED SOUTH  DOTHAN  AL | 10/22/2003 | 12/16/2003 | 55 | 20205 | 151-17 |
| BOB OATS | SEED SOUTH  DOTHAN  AL | 10/22/2003 | 12/16/2003 | 55 | 20206 | 151-2 |
| ELBON RYE | DALE COOP  ARITON  AL | 10/22/2003 | 12/16/2003 | 55 | 20202 | 03164 |
| ELBON RYE | EUFAULA FARM SUPPLY  EUFAULA  AL | 10/22/2003 | 12/16/2003 | 55 | 20208 | B-5157 |
| WREN'S ABRUZZI RYE | DALE COOP  ARITON  AL | 10/22/2003 | 12/16/2003 | 55 | 20201 | 03147 |
| WREN'S ABRUZZI RYE | RED FOX  DOTHAN  AL | 10/22/2003 | 12/16/2003 | 55 | 20213 | 03230 |
| BERMUDAGRASS (HULLED) | SEED SOUTH  DOTHAN  AL | 10/22/2003 | 12/15/2003 | 54 | 20221 | 2198 |
| HOLLOW GROWTH PARSNIP | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 2/10/2004 | 54 | 20698 | 869047 |
| POTOMAC ORCHARDGRASS | PENNINGTON SEED CULLMAN AL | 10/30/2003 | 12/22/2003 | 53 | 20268 | L55-1-OG1 |
| BERMUDAGRASS (COATED) | MID-STATE FARMERS CO-OP CLANTON AL | 12/15/2003 | 2/5/2004 | 52 | 20620 | 1092132 |
| BERMUDAGRASS (UNHULLED) | GRO SOUTH MONTGOMERY AL | 12/8/2003 | 1/28/2004 | 51 | 20548 | 2249 |
| PIONEER 30F33 HYBRID CORN | PETES FEED & SEED SYLACAUGA AL | 12/17/2003 | 2/6/2004 | 51 | 20621 | 202152 |
| DETROIT DARK RED BEET | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 2/6/2004 | 50 | 20684 | J181001 |
| DIXIELAND FALL WILDLIFE MIX | HENDRICKS FARM SUPPLY               TROY, AL. | 10/6/2003 | 11/25/2003 | 50 | 20055 | DL3-03 |
| HYBRID SPINACH SAVANNAH MUSTARD | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 2/6/2004 | 50 | 20674 | E727101 |
| SWISS CHARD RUBARB | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 2/6/2004 | 50 | 20677 | E072001 |
| APACHE ARROWLEAF CLOVER | AGRILIANCE - AFC  DECATUR AL | 12/23/2003 | 2/10/2004 | 49 | 20783 | END-2002-25 |
| BERMUDAGRASS | SEED PROCESSORS  WETUMPKA AL 36093 | 12/3/2003 | 1/21/2004 | 49 | 20534 | AMF0011 |
| CERT. TIFTON 9 BAHIAGRASS | FARMER'S FEED SERVICE  WETUMPKA AL | 11/24/2003 | 1/12/2004 | 49 | 20445 | UP-200 |
| DETROIT DARK RED BEET | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 2/5/2004 | 49 | 20682 | A451001 |
| JOHNSONGRASS | TRIPLE "T"  FEED & SEED ALEXANDER CITY AL | 12/23/2003 | 2/10/2004 | 49 | 20759 | 2 |
| UNHULLED BERMUDAGRASS | SEED PROCESSORS  WETUMPKA AL 36093 | 12/3/2003 | 1/21/2004 | 49 | 20535 | 14226 |
| OR. CERT. FORAGER TALL FESQUE | BLOUNT CO. FARMERS CO-OP ONEONTA, AL | 1/8/2004 | 2/25/2004 | 48 | 20903 | LA13-0-FF1A |
| SSCA CERT. TIFTON 9 BAHIAGRASS | SEGREST SEED CO. SLOCOMB AL | 11/19/2003 | 1/6/2004 | 48 | 20415 | WP-9 |
| PENSACOLA BAHIAGRASS | AGRILIANCE - AFC DECATUR AL | 10/30/2003 | 12/16/2003 | 47 | 20299 | 0813,B |
| HUNGARIAN WAX HOT PEPPER | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 2/2/2004 | 46 | 20729 | C742W |
| PENSACOLA BAHIAGRASS | AGRILIANCE - AFC DECATUR AL | 10/30/2003 | 12/15/2003 | 46 | 20295 | 0773,B |
| PENSACOLA BAHIAGRASS | AGRILIANCE - AFC DECATUR AL | 10/30/2003 | 12/15/2003 | 46 | 20296 | 0763,B |
| PENSACOLA BAHIAGRASS | AGRILIANCE - AFC DECATUR AL | 10/30/2003 | 12/15/2003 | 46 | 20297 | 0803,B |
| PENSACOLA BAHIAGRASS | AGRILIANCE - AFC DECATUR AL | 10/30/2003 | 12/15/2003 | 46 | 20298 | 0723A,B |
| WHITE VIENNA KOHL RABI | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 2/2/2004 | 46 | 20701 | C6586 |
| AUSTRIAN WINTER FIELD PEA | UAP MADISON               MADISON, AL. | 10/3/2003 | 11/17/2003 | 45 | 20033 | 33144-AWP |
| CERT. TIFTON 9 BAHIAGRASS | GARRISON FARM & HOME  THORSBY AL | 12/22/2003 | 2/5/2004 | 45 | 20752 | SF0117 |
| FLORIDA BROADLEAF MUSTARD | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 2/6/2004 | 45 | 20809 | BIN |
| FLORIDA BROADLEAF MUSTARD | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 2/6/2004 | 45 | 20811 | Y6250 |
| KENBLUE KENTUCKY BLUEGRASS | PENNINGTON SEED INC CULLMAN AL | 10/17/2003 | 12/1/2003 | 45 | 20163 | K93-93-2 |
| PENSACOLA BAHIAGRASS | GARRISON FARM & HOME  THORSBY AL | 12/22/2003 | 2/5/2004 | 45 | 20748 | 1133 |
| BERMUDAGRASS (HULLED) | MONTGOMERY SEED & SUPPLY CO  MONTG. AL. | 12/8/2003 | 1/21/2004 | 44 | 20545 | BO2034 |
| BERMUDAGRASS (HULLED) | MONTGOMERY SEED & SUPPLY CO  MONTG. AL. | 12/8/2003 | 1/21/2004 | 44 | 20546 | 132107 |
| FLORIDA BROADLEAF MUSTARD | MONTGOMERY SEED & SUPPLY CO  MONTG. AL. | 12/8/2003 | 1/21/2004 | 44 | 20541 | Y68FM01 |
| PENSACOLA BAHIAGRASS | DAN'S HARDWARE & SUPPLY PHENIX CITY, AL | 1/12/2004 | 2/25/2004 | 44 | 20927 | MS-13 |
| AUSTRIAN WINTER FIELD PEA | SEED SOUTH               DOTHAN, AL. | 10/6/2003 | 11/17/2003 | 42 | 20054 | C1 |
| CERTIFIED PENSACOLA TIFTON 9 BAHIAGRASS | JONES FEED & SEED CLANTON AL | 12/15/2003 | 1/26/2004 | 42 | 20615 | 12NS |
| PENSACOLA BAHIAGRASS | AGRILIANCE - AFC  DECATUR  AL | 11/25/2003 | 1/6/2004 | 42 | 20473 | 370 |
| PENSACOLA BAHIAGRASS | AGRILIANCE - AFC  DECATUR  AL | 11/25/2003 | 1/6/2004 | 42 | 20474 | 399 |
| PENSACOLA BAHIAGRASS | AGRILIANCE - AFC  DECATUR  AL | 11/25/2003 | 1/6/2004 | 42 | 20476 | 441 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | CHANDLER'S GENERAL STORE HEFLIN, AL | 10/9/2003 | 11/20/2003 | 42 | 20096 | 370 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/18/2004 | 42 | 20888 | WP-100 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/18/2004 | 42 | 20889 | MP 109 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/18/2004 | 42 | 20891 | MP 212 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/18/2004 | 42 | 20893 | WP-200 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/18/2004 | 42 | 20894 | MP 108 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/18/2004 | 42 | 20895 | MP 107 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/18/2004 | 42 | 20896 | WP-8-10 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/18/2004 | 42 | 20897 | WP-200 |
| AFC HI-GRAZER HYBRID SORGHUM SUDANGRASS | AGRILIANCE - AFC  DECATUR AL | 12/23/2003 | 2/2/2004 | 41 | 20781 | 10210 |
| CERT. TIFTON 9 BAHIAGRASS | FARMERS EXCHANGE       BREWTON AL | 1/15/2004 | 2/25/2004 | 41 | 20953 | JB0004 |
| CERT. TIFTON 9 BAHIAGRASS | GROWERS SUPPLY       FRISCO CITY, AL | 1/15/2004 | 2/25/2004 | 41 | 20999 | WP-200 |
| CERT. TIFTON BAHIAGRASS | TALEECON FARMERS COOP NOTASULGA, AL | 1/8/2004 | 2/18/2004 | 41 | 20912 | BF2011 |
| CERT. TIFTON 9 BAHIAGRASS | BAILEY FEED & HARDWARE ALEXANDER CITY, AL | 1/8/2004 | 2/18/2004 | 41 | 20827 | SF0117 |

03/05/2004                                        1

Exhibit 4

**SAMPLES TAKEN – October 2003 through February 2004**

*(sorted by number of days taken)*

| NAME GIVEN | SOURCE | DATE REC | REP DATE | # days | LAB # | LOT # |
|---|---|---|---|---|---|---|
| PENSACOLA BAHIAGRASS | TALEECON FARMERS COOP NOTASULGA, AL | 1/8/2004 | 2/18/2004 | 41 | 20908 | L002-044 |
| PENSACOLA BAHIAGRASS | TALEECON FARMERS COOP NOTASULGA, AL | 1/8/2004 | 2/18/2004 | 41 | 20909 | 175 |
| SS550 WHEAT | SOUTHERN STATES  ATHENS, AL | 1/8/2004 | 2/18/2004 | 41 | 20904 | 6513-103FF |
| W.G.F. SORGHUM | FLOYD'S FEED & SEED DADEVILLE AL | 12/23/2003 | 2/2/2004 | 41 | 20762 | 10113 |
| AFC HI-GRAZER  HYBRID SORGHUM SUDANGRASS | GREEN CO. CO-OP        EUTAW, AL | 1/16/2004 | 2/25/2004 | 40 | 21026 | 10210 |
| BERMUDAGRASS (UNHULLED) | SEED SOUTH  DOTHAN  AL | 10/22/2003 | 12/1/2003 | 40 | 20223 | B02016 |
| CERT. TIFTON 9 BAHIAGRASS | GENEVA SEED CLEANERS        HARTFORD, AL | 1/16/2004 | 2/25/2004 | 40 | 21016 | V.H.63 |
| CERT. TIFTON 9 BAHIAGRASS | GENEVA SEED CLEANERS        HARTFORD, AL | 1/16/2004 | 2/25/2004 | 40 | 21017 | V.H.60 |
| CERT. TIFTON 9 BAHIAGRASS | GENEVA SEED CLEANERS        HARTFORD, AL | 1/16/2004 | 2/25/2004 | 40 | 21018 | V.H.81 |
| EARLY STRAIGHT NECK SQUASH | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/27/2004 | 40 | 20655 | 16112 |
| HICKORY KING (YELLOW) CORN | ELMORE CO EXCHANGE  WETUMPKA AL | 12/12/2003 | 1/21/2004 | 40 | 20597 | 174 |
| PENSACOLA BAHIAGRASS | LUVERNE CO-OP        LUVERNE, AL | 1/16/2004 | 2/25/2004 | 40 | 21019 | 03-041 |
| PENSACOLA BAHIAGRASS | LUVERNE CO-OP        LUVERNE, AL | 1/16/2004 | 2/25/2004 | 40 | 21020 | 03-028 |
| PENSACOLA BAHIAGRASS | SEGREST SEED CO  SLOCOMB AL | 11/19/2003 | 12/29/2003 | 40 | 20420 | 135-03 |
| PENSACOLA BAHIAGRASS | SEGREST SEED CO  SLOCOMB AL | 11/19/2003 | 12/29/2003 | 40 | 20421 | 156-03 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | BOSTICK FARMS  HEADLAND  AL | 10/22/2003 | 12/1/2003 | 40 | 20211 | BF1 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | BOSTICK FARMS  HEADLAND  AL | 10/22/2003 | 12/1/2003 | 40 | 20212 | BF3 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | SEGREST SEED CO  SLOCOMB AL | 11/19/2003 | 12/29/2003 | 40 | 20416 | WP-200 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | SEGREST SEED CO  SLOCOMB AL | 11/19/2003 | 12/29/2003 | 40 | 20417 | 023 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | SEGREST SEED CO  SLOCOMB AL | 11/19/2003 | 12/29/2003 | 40 | 20418 | 024 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | SEGREST SEED CO  SLOCOMB AL | 11/19/2003 | 12/29/2003 | 40 | 20419 | 025 |
| TRUCKERS' FAVORITE (WHITE) CORN | ELMORE CO EXCHANGE  WETUMPKA AL | 12/12/2003 | 1/21/2004 | 40 | 20595 | 162 |
| TRUCKERS' FAVORITE (YELLOW) CORN | ELMORE CO EXCHANGE  WETUMPKA AL | 12/12/2003 | 1/21/2004 | 40 | 20596 | 167 |
| ARGENTINE BAHIAGRASS | TUCKER FARM CENTER PO 237 FRISCO CITY AL  36445 | 11/6/2003 | 12/15/2003 | 39 | 20309 | AO-1 |
| CERT. TIFTON 9 BAHIAGRASS | DILLARDS FEED MILL TALLASSEE AL | 11/20/2003 | 12/29/2003 | 39 | 20423 | WP-7 |
| CERT. TIFTON 9 BAHIAGRASS | GENEVA SEED CLEANERS SAMSON AL | 12/18/2003 | 1/26/2004 | 39 | 20702 | WDP-1 |
| CERT. TIFTON 9 BAHIAGRASS | GENEVA SEED CLEANERS SAMSON AL | 12/18/2003 | 1/26/2004 | 39 | 20703 | WDP-6 |
| CERT. TIFTON 9 BAHIAGRASS | GENEVA SEED CLEANERS SAMSON AL | 12/18/2003 | 1/26/2004 | 39 | 20704 | WDP-8 |
| CERT. TIFTON 9 BAHIAGRASS | GENEVA SEED CLEANERS SAMSON AL | 12/18/2003 | 1/26/2004 | 39 | 20705 | WDP-7 |
| CERT. TIFTON 9 BAHIAGRASS | GENEVA SEED CLEANERS SAMSON AL | 12/18/2003 | 1/26/2004 | 39 | 20706 | WDP-3 |
| HARRISON OATS | AGRILIANCE - AFC  DECATUR AL | 10/16/2003 | 11/24/2003 | 39 | 20150 | 32086 |
| ITALIAN GIANT PARSLEY | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/26/2004 | 39 | 20700 | Y6277 |
| PENNINGTON DOVE MIXTURE | FLOYD'S FEED & SEED DADEVILLE, AL | 1/2/2004 | 2/10/2004 | 39 | 20821 | 20SP1-DV05 |
| PENSACOLA BAHIAGRASS | SIKES FEED & SEED OPELIKA AL | 11/20/2003 | 12/29/2003 | 39 | 20433 | MS-13 |
| LITTLE MARVEL GARDEN PEA | GRO SOUTH  MONTGOMERY AL | 11/14/2003 | 12/22/2003 | 38 | 20370 | 181873 |
| BERMUDAGRASS (UNHULLED) | PHILLIPS FEED & SEED UNION SPRINGS AL | 12/15/2003 | 1/21/2004 | 37 | 20614 | AC587 |
| BROWNTOP MILLET | JONES FEED & SEED CLANTON AL | 12/15/2003 | 1/21/2004 | 37 | 20618 | 721 |
| MERIT HYBRID SWEET CORN | JONES FEED & SEED CLANTON AL | 12/15/2003 | 1/21/2004 | 37 | 20616 | 382739 |
| SUPREME BRAND HYBRID SORGHUM SUDANGRASS | JONES FEED & SEED CLANTON AL | 12/15/2003 | 1/21/2004 | 37 | 20617 | 2125-1 |
| ZIPPER CREAM COWPEAS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 2/13/2004 | 37 | 20884 | 2181-04 |
| (HULLED) BERMUDAGRASS | TRIPLE "T"  FEED & SEED  ALEXANDER CITY AL | 12/23/2003 | 1/28/2004 | 36 | 20760 | 132119 |
| CHUFA | JEMISON FARM CENTER JEMISON AL | 12/23/2003 | 1/28/2004 | 36 | 20754 | 3-A |
| KENTUCKY BLUEGRASS | ELMORE CO EXCHANGE  WETUMPKA AL | 12/11/2003 | 1/16/2004 | 36 | 20593 | 2203KBE |
| KY 31 TALL FESCUE | CLARKS FEED & FARM SUPPLY ARDMORE AL | 10/28/2003 | 12/3/2003 | 36 | 20250 | K-7854 |
| LONG BRIGHT SCARLET RADISH | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/23/2004 | 36 | 20681 | K3230 |
| PASTO RICO BERMUDAGRASS , PASTURE MIX | SEED SOUTH  DOTHAN AL | 1/7/2004 | 2/12/2004 | 36 | 20855 | PR-30 |
| PENSACOLA BAHIAGRASS | DEEP SOUTH SUPPLY PO BOX 321 HURTSBORO, AL | 1/13/2004 | 2/18/2004 | 36 | 20941 | P-206 |
| BERMUDAGRASS (HULLED) | PETES FEED & SEED SYLACAUGA AL | 12/17/2003 | 1/21/2004 | 35 | 20623 | 11646 |
| BROWNTOP MILLET | WILLIAMS & SON FEED,SEED GOODWATER AL | 12/17/2003 | 1/21/2004 | 35 | 20626 | 1956 |
| CERT. TIFTON 9 BAHIAGRASS | M.L. AWBREY INC.        ROANOKE, AL | 1/21/2004 | 2/25/2004 | 35 | 21038 | A102 |
| CERT. TIFTON 9 BAHIAGRASS | SEED PROCESSORS  WETUMPKA AL  36093 | 12/3/2003 | 1/7/2004 | 35 | 20533 | WP-7 |
| FLORIDA BROADLEAF MUSTARD | MONTGOMERY SEED & SUPPLY CO    MONTG. AL. | 12/8/2003 | 1/12/2004 | 35 | 20537 | 8704000 |
| LITTLE MARVEL GARDEN PEAS | GRO SOUTH MONTGOMERY AL | 11/17/2003 | 12/22/2003 | 35 | 20383 | 774400-909506 |
| MAMMOUTH MELTING SUGAR GARDEN PEA | GRO SOUTH MONTGOMERY AL | 11/17/2003 | 12/22/2003 | 35 | 20382 | 182754 |
| PENSACOLA BAHIAGRASS | SEED SOUTH        DOTHAN, AL | 12/8/2003 | 1/12/2004 | 35 | 20551 | SF-2 |
| PENSACOLA BAHIAGRASS | SEED SOUTH        DOTHAN, AL | 12/8/2003 | 1/12/2004 | 35 | 20552 | SF-1 |
| SERECIA (UNHULLED) LESPEDEZA | TALEECON FARMERS COOP NOTASULGA, AL | 1/8/2004 | 2/12/2004 | 35 | 20907 | A30 |
| SOUTHERN GIANT CURLED MUSTARD | MONTGOMERY SEED & SUPPLY CO    MONTG. AL. | 12/8/2003 | 1/12/2004 | 35 | 20539 | PO141 |
| WANDO GARDEN PEA | GRO SOUTH MONTGOMERY AL | 11/17/2003 | 12/22/2003 | 35 | 20373 | 181758 |
| WANDO GARDEN PEA | GRO SOUTH MONTGOMERY AL | 11/17/2003 | 12/22/2003 | 35 | 20374 | 181031 |
| (UNHULLED) BERMUDAGRASS | AGRILIANCE AFC        DOTHAN, AL | 1/22/2004 | 2/25/2004 | 34 | 21064 | 1303120H |
| (UNHULLED) BERMUDAGRASS | B W CAPPS & SON  OPELIKA , AL | 1/9/2004 | 2/12/2004 | 34 | 20918 | AC645 |
| (UNHULLED) BERMUDAGRASS | FLOYD'S FEED & SEED DADEVILLE, AL | 1/2/2004 | 2/5/2004 | 34 | 20825 | 2249 |
| 31R88  CORN | UNIVERSAL SEED & SUPPLY B-HAM AL | 1/22/2004 | 2/25/2004 | 34 | 21111 | A3WOR11013-00 |
| ATKINSON TOMATO | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/21/2004 | 34 | 20661 | H5168 |
| CHARLESTON WAKEFIELD CABBAGE | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/21/2004 | 34 | 20686 | 5127000 |
| CHUFAS | AGRILIANCE - AFC  DECATUR AL | 1/22/2004 | 2/25/2004 | 34 | 21077 | 2 |
| CHUFAS | AGRILIANCE - AFC  DECATUR AL | 1/22/2004 | 2/25/2004 | 34 | 21078 | 3 |
| CLEMSON 80 OKRA | GRO SOUTH  MONTGOMERY AL | 11/18/2003 | 12/22/2003 | 34 | 20395 | 2010 |
| COMMON HAIRY VETCH | LAWRENCE CO. EXCHANGE        MOULTON, AL | 11/18/2003 | 12/22/2003 | 34 | 21067 | 140211 |
| DALLIS GRS- DALLIS GRASS | VALLEY FEED  DECATUR AL | 10/28/2003 | 12/1/2003 | 34 | 20236 | JDL-2-99 |
| EDISTO 47 CANTALOUPE | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/21/2004 | 34 | 20692 | Y6227 |
| FLORIDA BROADLEAF MUSTARD | TUCKER FARM CENTER        FRISCO CITY AL | 1/15/2004 | 2/18/2004 | 34 | 20963 | L111-0-FBG1 |
| HULLED BERMUDAGRASS | AGRILIANCE - AFC  DECATUR AL | 1/22/2004 | 2/25/2004 | 34 | 21075 | B03050 |
| KENTUCKY 31 TALL FESCUE/POTOMAC ORCHARDGRASS MIX | UNIVERSAL SEED & SUPPLY B-HAM AL | 1/22/2004 | 2/25/2004 | 34 | 21112 | SSHO2-224-6 |
| KY 31 TALL FESCUE | FAITHWAY FEED  GUNTERSVILLE AL | 10/2/2003 | 11/5/2003 | 34 | 20010 | 50 |
| LAXTON'S PROGESS  ENGLISH PEA | ELMORE CO EXCHANGE  WETUMPKA AL | 12/12/2003 | 1/15/2004 | 34 | 20603 | 55-280-691 |
| LAXTON'S PROGRESS #9 ENGLISH PEA | ELMORE CO EXCHANGE  WETUMPKA AL | 12/12/2003 | 1/15/2004 | 34 | 20604 | 191104 |

03/05/2004

**SAMPLES TAKEN -- October 2003 through February 2004**

*(sorted by number of days taken)*

| NAME GIVEN | SOURCE | DATE REC | REP DATE | # days | LAB # | LOT # |
|---|---|---|---|---|---|---|
| LAXTON'S PROGESS #9 ENGLISH PEA | ELMORE CO EXCHANGE  WETUMPKA AL | 12/12/2003 | 1/15/2004 | 34 | 20602 | 6094-04330 |
| POTOMAC ORCHARDGRASS | SHADDIX COUNTRY MALL          CULLMAN, AL | 1/22/2004 | 2/25/2004 | 34 | 21096 | L118-0-PO-23 |
| REGAL LADINO CLOVER | SEED SOUTH  DOTHAN AL | 1/7/2004 | 2/10/2004 | 34 | 20853 | 00P-2149-1 |
| ROCKY FORD GREEN FLESH CANTALOUPE | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/21/2004 | 34 | 20695 | 16075 |
| SUGAR SNAP ENGLISH PEA | ELMORE CO EXCHANGE  WETUMPKA AL | 12/12/2003 | 1/15/2004 | 34 | 20601 | OA0356 |
| THOMAS LAXTON GARDEN PEAS | ELMORE CO EXCHANGE  WETUMPKA AL | 12/12/2003 | 1/15/2004 | 34 | 20599 | 54-280-693 |
| AFC 1001 HYBRID PEARL MILLET | TALEECON FARMERS COOP NOTASULGA, AL | 1/8/2004 | 2/10/2004 | 33 | 20910 | 10237 |
| ALFAGRAZE ALFALFA | TALEECON FARMERS COOP NOTASULGA, AL | 1/8/2004 | 2/10/2004 | 33 | 20913 | AZN-793-4 |
| BERMUDAGRASS (HULLED) | SEED SOUTH  DOTHAN AL | 10/22/2003 | 11/24/2003 | 33 | 20220 | 3013 |
| BERMUDAGRASS (UNHULLED) | SEED SOUTH  DOTHAN AL | 10/22/2003 | 11/24/2003 | 33 | 20222 | 14382 |
| BROWNTOP MILLET | BAILEY FEED & HARDWARE ALEXANDER CITY, AL | 1/8/2004 | 2/10/2004 | 33 | 20832 | MSF-RO260 |
| BROWNTOP MILLET | BAILEY FEED & HARDWARE ALEXANDER CITY, AL | 1/8/2004 | 2/10/2004 | 33 | 20833 | 721 |
| EARLY ALASKA GARDEN PEA | GRO SOUTH MONTGOMERY AL | 11/13/2003 | 12/16/2003 | 33 | 20321 | 109010 |
| EARLY ALASKA GARDEN PEA | GRO SOUTH MONTGOMERY AL | 11/13/2003 | 12/16/2003 | 33 | 20322 | 209B11 |
| GREEN ARROW GARDEN PEA | GRO SOUTH MONTGOMERY AL | 11/13/2003 | 12/16/2003 | 33 | 20314 | 3280371 |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED INC CULLMAN AL | 12/11/2003 | 1/13/2004 | 33 | 20586 | L183-2-82 |
| KENTUCKY 31 TALL FESCUE | C. T. GARVIN SEED & FEED      HUNTSVILLE, AL | 10/15/2003 | 11/17/2003 | 33 | 20112 | 2-560 |
| KENTUCKY 31 TALL FESCUE | GREENSBORO CO-OP          GREENSBORO. AL | 1/16/2004 | 2/18/2004 | 33 | 21022 | 2-376 |
| LAB LAB WILDLIFE BEANS | ELMORE CO EXCHANGE  WETUMPKA AL | 12/12/2003 | 1/14/2004 | 33 | 20612 | 16078 |
| LAB LAB WILDLIFE BEANS | ELMORE CO EXCHANGE  WETUMPKA AL | 12/12/2003 | 1/14/2004 | 33 | 20613 | 6983 |
| PENSACOLA BAHIAGRASS | FARMERS FEED & SUPPLY  MONTGOMERY AL | 12/10/2003 | 1/12/2004 | 33 | 20570 | 01-032 |
| PENSACOLA BAHIAGRASS | FARMERS FEED & SUPPLY  MONTGOMERY AL | 12/10/2003 | 1/12/2004 | 33 | 20571 | T-19421 |
| PENSACOLA BAHIAGRASS | FARMERS FEED & SUPPLY  MONTGOMERY AL | 12/10/2003 | 1/12/2004 | 33 | 20572 | T-19418 |
| SERALA SERICEA HULLED  LESPEDEZA | RANDOLPH FARMERS COOP      WEDOWEE, AL | 1/16/2004 | 2/18/2004 | 33 | 21027 | MSF-MH-0144 |
| SOUTH AMERICAN POPCORN CORN | GRO SOUTH  MONTGOMERY AL | 11/13/2003 | 12/16/2003 | 33 | 20315 | 875 |
| SUGAR SNAP GARDEN PEA | GRO SOUTH MONTGOMERY AL | 11/13/2003 | 12/16/2003 | 33 | 20311 | 35803759 |
| SUGAR SNAP GARDEN PEA | GRO SOUTH MONTGOMERY AL | 11/13/2003 | 12/16/2003 | 33 | 20312 | 111121 |
| THOMAS LAXTON GARDEN PEA | GRO SOUTH MONTGOMERY AL | 11/13/2003 | 12/16/2003 | 33 | 20310 | 102701 |
| THOMAS LAXTON GARDEN PEA | GRO SOUTH MONTGOMERY AL | 11/13/2003 | 12/16/2003 | 33 | 20325 | 191111 |
| TIFLEAF 3 HYBRID PEARL MILLET | KELLY SEED CO INC.          HARTFORD, AL | 1/16/2004 | 2/18/2004 | 33 | 21002 | 5132-15 |
| WANDO GARDEN PEA | GRO SOUTH MONTGOMERY AL | 11/13/2003 | 12/16/2003 | 33 | 20313 | 0030-570 |
| WILLET WONDER GARDEN PEA | GRO SOUTH MONTGOMERY AL | 11/13/2003 | 12/16/2003 | 33 | 20317 | 181772 |
| (UNHULLED) BERMUDAGRASS | PIEDMONT FERTILIZER CO  OPELIKA AL | 11/20/2003 | 12/22/2003 | 32 | 20428 | AC529 |
| 30F33 HYBRID FIELD CORN | FEED & FARM SUPPLY GEORGIANNA AL | 12/22/2003 | 1/23/2004 | 32 | 20737 | A1SCZ11003-00 |
| ANNUAL RYEGRASS | AGRILIANCE -AFC  DECATUR AL | 10/2/2003 | 11/3/2003 | 32 | 20019 | L96-3-A14 |
| BLUE LAKE FM-1 POLE GARDEN BEAN | ELMORE CO EXCHANGE  WETUMPKA AL | 10/2/2003 | 11/3/2003 | 32 | 20019 | L96-3-A14 |
| CALYPSO II PERENNIAL RYEGRASS | AGRILIANCE - AFC  DECATUR  AL | 10/30/2003 | 12/1/2003 | 32 | 20606 | KSI-515246 |
| COLOSSUS SOUTHERN PEA | GRO SOUTH  MONTGOMERY AL | 11/13/2003 | 12/15/2003 | 32 | 20293 | L3-2-P15 |
| GREEN ARROW BUSH GARDEN PEAS | GRO SOUTH  MONTGOMERY AL | 11/13/2003 | 12/15/2003 | 32 | 20323 | 8559 |
| GREEN ARROW GARDEN PEAS | GRO SOUTH  MONTGOMERY AL | 11/14/2003 | 12/16/2003 | 32 | 20355 | 181873 |
| GULF ANNUAL RYEGRASS | GRO SOUTH  MONTGOMERY AL | 11/14/2003 | 12/16/2003 | 32 | 20356 | 191101 |
| GULF ANNUAL RYEGRASS | AGRILIANCE - AFC  DECATUR AL | 10/2/2003 | 11/3/2003 | 32 | 20022 | L5-3-GR3OE |
| IRON & CLAY MIXED COWPEAS | PENNINGTON SEED CULLMAN AL | 10/30/2003 | 12/1/2003 | 32 | 20275 | P3-3-17 |
| JUMBO TETRAPLOID ANNUAL RYEGRASS | PIEDMONT FERTILIZER CO  OPELIKA AL | 11/20/2003 | 12/22/2003 | 32 | 20430 | 1 |
| KANDY KORN HYBRID SWEET CORN | AGRILIANCE - AFC  DECATUR AL | 10/2/2003 | 11/3/2003 | 32 | 20023 | L101-3-26J |
| MISSIISSIPPE PURPLE SOUTHERN PEA | GRO SOUTH MONTGOMERY AL | 11/13/2003 | 12/15/2003 | 32 | 20316 | 240802 |
| MIXED IRON & CLAY COWPEAS | GRO SOUTH MONTGOMERY AL | 11/13/2003 | 12/15/2003 | 32 | 20324 | 8576 |
| O.P. HICKORY KING YELLOW CORN | SIKES FEED & SEED OPELIKA AL | 11/20/2003 | 12/22/2003 | 32 | 20434 | 4 |
| PROSSO MILLET | GRO SOUTH  MONTGOMERY AL | 11/14/2003 | 12/16/2003 | 32 | 20362 | 174 |
| RATTLESNAKE POLE GARDEN BEAN | B W CAPPS & SON  OPELIKA , AL | 11/20/2003 | 2/10/2004 | 32 | 20922 | DP01 |
| SIEVA LIMA BEAN | ELMORE CO EXCHANGE  WETUMPKA AL | 12/12/2003 | 1/13/2004 | 32 | 20605 | 56-557-026 |
| SILVER QUEEN HYBRID SWEET CORN | ELMORE CO EXCHANGE  WETUMPKA AL | 12/12/2003 | 1/13/2004 | 32 | 20608 | 366 |
| SUGAR SNAP GARDEN PEA | GRO SOUTH MONTGOMERY AL | 11/13/2003 | 12/15/2003 | 32 | 20319 | NC1179MRF1 |
| SUGARY YELLOW MERIT HYBRID SWEET CORN | FEED & FARM SUPPLY GEORGIANNA AL | 11/14/2003 | 12/16/2003 | 32 | 20354 | 111121 |
| TENNESE GREEN POD GARDEN BEAN | ELMORE CO EXCHANGE  WETUMPKA AL | 12/22/2003 | 1/23/2004 | 32 | 20736 | 346025 |
| THOMAS LAXTON GARDEN PEAS | GRO SOUTH  MONTGOMERY AL | 11/14/2003 | 12/16/2003 | 32 | 20353 | 102701 |
| TRUCKERS FAVORITE YELLOW O.P. CORN | GRO SOUTH MONTGOMERY AL | 11/13/2003 | 12/15/2003 | 32 | 20320 | 168 |
| BLACK CROWDER SOUTHERN PEA | GRO SOUTH  MONTGOMERY AL | 11/14/2003 | 12/15/2003 | 31 | 20365 | 8591-5 |
| BLACK CROWDER SOUTHERN PEA | GRO SOUTH  MONTGOMERY AL | 11/14/2003 | 12/15/2003 | 31 | 20366 | E2157 |
| CERTIFIED ZIPPERCREAM COWPEA | GRO SOUTH  MONTGOMERY AL | 11/14/2003 | 12/15/2003 | 31 | 20372 | 2181-04 |
| CONTENDER GARDEN BEAN | ELMORE CO EXCHANGE  WETUMPKA AL | 12/12/2003 | 1/12/2004 | 31 | 20611 | 11502169 |
| CT PINKEYE PURPLEHULL SOUTHERNPEA | GRO SOUTH  MONTGOMERY AL | 11/14/2003 | 12/15/2003 | 31 | 20369 | 8653-7-5 |
| DIXIELEE SOUTHERN PEA | GRO SOUTH  MONTGOMERY AL | 11/14/2003 | 12/15/2003 | 31 | 20363 | 8562 |
| DIXIELEE SOUTHERN PEA | GRO SOUTH  MONTGOMERY AL | 11/14/2003 | 12/15/2003 | 31 | 20364 | DL1073 |
| DWARF GREEN LONG POD OKRA | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/23/2004 | 31 | 20816 | 91665 |
| GULF ANNUAL RYEGRASS | TRACTOR SUPPLY          ATHENS, AL | 10/3/2003 | 11/3/2003 | 31 | 20029 | L114-3-612 |
| KENTUCKY 31 TALL FESCUE | MORGAN CO-OP          HARTSELLE, AL | 10/3/2003 | 11/3/2003 | 31 | 20034 | 2-560 |
| KNUCKLE PURPLEHULL SOUTHERN PEA | GRO SOUTH  MONTGOMERY AL | 11/14/2003 | 12/15/2003 | 31 | 20367 | B2309 |
| LONG POD GREEN OKRA | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/23/2004 | 31 | 20813 | 4177 |
| MERIT HYBRID SWEET YELLOW CORN | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/23/2004 | 31 | 20813 | 4177 |
| MISSISSIPPI SILVER SOUTHERN PEA | ELMORE CO EXCHANGE  WETUMPKA AL | 12/12/2003 | 1/12/2004 | 31 | 20371 | 207066 |
| MOSEBY'S WHITE PROLIFIC  O.P. CORN | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/23/2004 | 31 | 20600 | 8656-5 |
| O.P. INDIAN ORNAMENTAL CORN | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/23/2004 | 31 | 20807 | 883 |
| O.P. MOSEBY'S WHITE PROLIFIC CORN | GRO SOUTH  MONTGOMERY AL | 11/14/2003 | 12/15/2003 | 31 | 20358 | 179 |
| O.P. PENCIL COB CORN | GRO SOUTH  MONTGOMERY AL | 11/14/2003 | 12/15/2003 | 31 | 20359 | 161 |
| PENCIL COB OPEN POLLINATED CORN | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/23/2004 | 31 | 20804 | 232 |
| PERKINS LONG POD OKRA | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/23/2004 | 31 | 20814 | 9671 |
| PINKEYE PURPLEHULL BVR SOUTHERNPEA | GRO SOUTH  MONTGOMERY AL | 11/14/2003 | 12/15/2003 | 31 | 20368 | 8685 |
| ROMA II GARDEN BEAN | GRO SOUTH MONTGOMERY AL | 11/21/2003 | 12/22/2003 | 31 | 20436 | 1580251 |

03/05/2004

3

**SAMPLES TAKEN -- October 2003 through February 2004**

*(sorted by number of days taken)*

| NAME GIVEN | SOURCE | DATE REC | REP DATE | # days | LAB # | LOT # |
|---|---|---|---|---|---|---|
| SIBERIAN IMPROVED KALE | UNIVERSAL SEED SUPPLY B-HAM AL | 12/23/2003 | 1/23/2004 | 31 | 20808 | 10140 |
| SIEVA LIMA BEAN | ELMORE CO EXCHANGE WETUMPKA AL | 12/12/2003 | 1/12/2004 | 31 | 20807 | 264 |
| TRUCKERS FAVORITE WHITE O.P. CORN | JEMISON FARM CENTER JEMISON AL | 12/23/2003 | 1/23/2004 | 31 | 20753 | 163 |
| TRUCKERS FAVORITE (YELLOW) OPEN POLLI. CORN | UNIVERSAL SEED SUPPLY B-HAM AL | 12/23/2003 | 1/23/2004 | 31 | 20806 | 167 |
| TRUCKER'S FAVORITE WHITE CORN | GRO SOUTH MONTGOMERY AL | 11/14/2003 | 12/15/2003 | 31 | 20361 | 162 |
| TRUCKER'S WHITE O.POLLI. CORN | UNIVERSAL SEED SUPPLY B-HAM AL | 12/23/2003 | 1/23/2004 | 31 | 20805 | 878 |
| WHITE VELVET OKRA | UNIVERSAL SEED SUPPLY B-HAM AL | 12/23/2003 | 1/23/2004 | 31 | 20815 | 524 |
| (HULLED) BERMUDAGRASS | GARRISON FARM & HOME THORSBY AL | 12/22/2003 | 1/21/2004 | 30 | 20749 | 132119 |
| (HULLED) BERMUDAGRASS | GARRISON FARM & HOME THORSBY AL | 12/22/2003 | 1/21/2004 | 30 | 20747 | 132112 |
| (HULLED) BERMUDAGRASS | GARRISON FARM & HOME THORSBY AL | 12/22/2003 | 1/21/2004 | 30 | 20751 | 132121 |
| BLACK CROWDER SOUTHERNPEA | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/6/2004 | 30 | 20874 | 8591-5 |
| CERT. JUBILEE WATERMELON | JONES FEED & SEED CLANTON AL | 12/15/2003 | 1/14/2004 | 30 | 20619 | 1098 |
| CERTIFIED TIFTON 9 BAHIAGRASS | MONTGOMERY SEED & SUPPLY CO MONTG. AL. | 12/8/2003 | 1/7/2004 | 30 | 20544 | MP1 |
| DADE (POLE) GARDEN BEANS | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/6/2004 | 30 | 20887 | 834 |
| FORDOOK 242 LIMA BEANS | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/6/2004 | 30 | 20839 | 336 |
| LARGE SPECKLED BUTTER BEANS | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/6/2004 | 30 | 20837 | 217 |
| MISSISSIPPI PURPLE SOUTHERNPEA | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/6/2004 | 30 | 20872 | 8576 |
| OK. CERT. DWARF GREEN LONG POD OKRA | FEED & FARM SUPPLY GEORGIANNA AL | 12/22/2003 | 1/21/2004 | 30 | 20744 | 4204 |
| SILVER QUEEN F1 HYBRID SWEET CORN | FEED & FARM SUPPLY GEORGIANNA AL | 12/22/2003 | 1/21/2004 | 30 | 20738 | NC0512ELF |
| SSCA CERT. GEORGIA GREEN PEANUTS | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/6/2004 | 30 | 20854 | SHP-2012-CGG |
| SUMMERGRAZER HYBRID SORGHUM SUDANGRASS | BLUE BARN FEED & SEED OAKGROVE AL | 12/17/2003 | 1/16/2004 | 30 | 20624 | 352-B |
| SUMMERGRAZER III HYB. SORGHUM SUDANGRASS | WILLIAMS & SON FEED,SEED GOODWATER AL | 12/17/2003 | 1/16/2004 | 30 | 20627 | 4304 |
| UNHULLED BERMUDAGRASS | GARRISON FARM & HOME THORSBY AL | 12/22/2003 | 1/21/2004 | 30 | 20750 | AC666 |
| 31G98 HYBRID FIELD CORN | AGRILIANCE - AFC DECATUR AL | 12/23/2003 | 1/21/2004 | 29 | 20775 | Z3MTP11004-00 |
| 31G98 HYBRID FIELD CORN | AGRILIANCE - AFC DECATUR AL | 12/23/2003 | 1/21/2004 | 29 | 20776 | Z3RUS11004-00 |
| 31G98 HYBRID FIELD CORN | AGRILIANCE - AFC DECATUR AL | 12/23/2003 | 1/21/2004 | 29 | 20779 | Z3G0011003-00 |
| 31R88 HYBRID FIELD CORN | AGRILIANCE - AFC DECATUR AL | 12/23/2003 | 1/21/2004 | 29 | 20777 | Z3WOR11008-00 |
| 31R88 HYBRID FIELD CORN | AGRILIANCE - AFC DECATUR AL | 12/23/2003 | 1/21/2004 | 29 | 20778 | Z3DUR11003-00 |
| 31R88 HYBRID FIELD CORN | AGRILIANCE - AFC DECATUR AL | 12/23/2003 | 1/21/2004 | 29 | 20780 | Z3W0R11008-00 |
| 33V15 HYBRID FIELD CORN | AGRILIANCE - AFC DECATUR AL | 12/23/2003 | 1/21/2004 | 29 | 20773 | W3CON11038-P8 |
| 33V15 HYBRID FIELD CORN | AGRILIANCE - AFC DECATUR AL | 12/23/2003 | 1/21/2004 | 29 | 20774 | W3CON11038-P8 |
| AURORA CANTALOUPE | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/16/2004 | 29 | 20693 | 14184 |
| BANANA CANTALOUPE | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/16/2004 | 29 | 20694 | 16356 |
| CALIFORNIA BLACKEYE #5 COWPEA | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/5/2004 | 29 | 20871 | 8626 |
| CORONET (A Pinkeye PH type) SOUTHERNPEA | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/5/2004 | 29 | 20873 | 8682 |
| DIXIE HYBRID SQUASH | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/16/2004 | 29 | 20671 | 15800 |
| DOVE PROSO MILLET | BAILEY FEED & HARDWARE ALEXANDER CITY, AL | 1/8/2004 | 2/6/2004 | 29 | 20707 | 166000 |
| EARLY CROOKNECK SQUASH | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/16/2004 | 29 | 20828 | DP-04 |
| EARLY CROOKNECK SQUASH | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/16/2004 | 29 | 20654 | 16473 |
| EARLY STRAIGHT NECK SQUASH | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/16/2004 | 29 | 20651 | C6784 |
| FLORIDA BROADLEAF MUSTARD | WHITLEY FEED & FARM SUPPLY ALTOONA, AL | 1/12/2004 | 2/10/2004 | 29 | 20652 | Y6134 |
| GENTRY HYBRID SQUASH | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/16/2004 | 29 | 20930 | 10069 |
| HALES BEST JUMBO CANTALOUPE | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/16/2004 | 29 | 20710 | HSH01152B |
| HORN OF PLENTY HYBRID SQUASH | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/16/2004 | 29 | 20691 | 16349 |
| LAXTON PROGRESS #9 GARDEN PEA | GRO SOUTH MONTGOMERY AL | 11/17/2003 | 12/16/2003 | 29 | 20653 | 16537 |
| MARY WASHINGTON ASPARAGUS | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/5/2004 | 29 | 20384 | 191106 |
| PARTRIDGE PEAS | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/5/2004 | 29 | 20641 | Y6041 |
| PINKEYE PURPLEHULL BVR SOUTHERNPEA | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/5/2004 | 29 | 20852 | 0204 |
| PLANTERS JUMBO CANTALOUPE | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/16/2004 | 29 | 20883 | 8685 |
| POTOMAC ORCHARDGRASS | JEMISON FARM CENTER JEMISON AL | 12/23/2003 | 1/21/2004 | 29 | 20690 | 16055 |
| SPECKLED DIXIE LIMA BUTTERPEA | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/5/2004 | 29 | 20755 | Y9-2-0G14 |
| ST4892BR COTTON | UAP MADISON, AL | 1/8/2004 | 2/6/2004 | 29 | 20841 | 260 |
| ST4892BR COTTON | UAP MADISON, AL | 1/8/2004 | 2/6/2004 | 29 | 20905 | AM3G2089 |
| TAM DEW CANTALOUPE | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/16/2004 | 29 | 20906 | AM3G2078 |
| UNHULLED SERICEA LESPEDEZA | CLAY COUNTY EXCHANGE INC. LINEVILLE, AL | 1/14/2004 | 2/12/2004 | 29 | 20689 | 15757 |
| VATES COLLARDS | AGRILIANCE AFC DOTHAN, AL | 1/22/2004 | 2/20/2004 | 29 | 20946 | A30 |
| VEGETABLE SPAGHETTI SQUASH | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/16/2004 | 29 | 21052 | L111-0-VC |
| WALTHAM BUTTERNUT SQUASH | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/16/2004 | 29 | 20722 | K3203 |
| WEEPING LOVEGRASS | SEED SOUTH DOTHAN AL | 1/7/2004 | 2/5/2004 | 29 | 20721 | C6639 |
| WGF SORGHUM | AGRILIANCE - AFC DECATUR AL | 12/23/2003 | 1/21/2004 | 29 | 20885 | EM-1185 |
| WHITE BUSH SCALLOP SQUASH | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/16/2004 | 29 | 20772 | 397-T |
| ZUCCHINI GREY SQUASH | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/16/2004 | 29 | 20720 | Y6200 |
| (UNHULLED) BERMUDAGRASS | BAILEY FEED & HARDWARE ALEXANDER CITY, AL | 1/8/2004 | 2/5/2004 | 28 | 20723 | 15796 |
| (UNHULLED) BERMUDAGRASS | BAILEY FEED & HARDWARE ALEXANDER CITY, AL | 1/8/2004 | 2/5/2004 | 28 | 20830 | 3511130H |
| ASHLEY CUCUMBER | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/15/2004 | 28 | 20831 | B02009 |
| BENCHMARK ORCHARDGSRASS | BLOUNT CO. FARMERS CO-OP ONEONTA, AL | 1/8/2004 | 2/5/2004 | 28 | 20663 | 11077 |
| BLACK OIL (PEREDOVIK TYPE) SUNFLOWERS | GRO SOUTH MONTGOMERY AL | 11/17/2003 | 12/15/2003 | 28 | 20902 | L29-2-011 |
| BLUE LAKE POLE GARDEN BEAN | FARMER'S FEED SERVICE WETUMPKA AL | 11/24/2003 | 12/22/2003 | 28 | 20385 | T3-113 |
| BROWNTOP MILLET | DEEP SOUTH SUPPLY PO BOX 321 HURTSBORO, AL | 1/13/2004 | 2/10/2004 | 28 | 20448 | 327 |
| CERT. EMERALD GREEN OKRA | FARMER'S FEED SERVICE WETUMPKA AL | 1/13/2004 | 2/10/2004 | 28 | 20944 | 865 |
| CERT. ZIPPER CREAM COWPEA | B W CAPPS & SON OPELIKA , AL | 11/24/2003 | 12/22/2003 | 28 | 20460 | 4175 |
| CERT. ZIPPERCREAM COWPEA | GRO SOUTH MONTGOMERY AL | 1/9/2004 | 2/6/2004 | 28 | 20923 | 2181-04 |
| CHATENAY RED CORE CARROT | SEGREST SEED CO. SLOCOMB AL | 11/17/2003 | 12/15/2003 | 28 | 20378 | 2181-04 |
| CHINESE BOK CHOY CABBAGE | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/15/2004 | 28 | 20697 | A155001 |
| CHUFA | AGSOUTH, INC 13995 HWY 10 FITZPATRICK, AL | 12/18/2003 | 1/15/2004 | 28 | 20688 | Y6273 |
| CHUFA | M.L. AWBREY INC. ROANOKE, AL | 1/13/2004 | 2/10/2004 | 28 | 20936 | A021091 |
| EARLY JERSEY WAKEFIELD CABBAGE | SEGREST SEED CO. SLOCOMB AL | 1/21/2004 | 2/18/2004 | 28 | 21033 | TW101150301 |
| EASTER EGG BLEND HYBRID RADISH | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/15/2004 | 28 | 20685 | 5123000 |
| FLORIDA BROADLEAF MUSTARD | GRO SOUTH MONTGOMERY AL | 11/17/2003 | 12/15/2003 | 28 | 20724 | 6957000 |
| | | | | 28 | 20389 | L111-1-JMF1 |

03/05/2004                                                           4

**SAMPLES TAKEN -- October 2003 through February 2004**

*(sorted by number of days taken)*

| NAME GIVEN | SOURCE | | DATE REC | REP DATE | # days | LAB # | LOT # |
|---|---|---|---|---|---|---|---|
| FORDHOOK 242 LIMA BEAN | GREENSBORO CO-OP | GREENSBORO, AL | 1/16/2004 | 2/13/2004 | 28 | 21023 | 175 |
| GOLDEN QUEEN HYBRID F1 SWEET CORN | GRO SOUTH MONTGOMERY AL | | 11/17/2003 | 12/15/2003 | 28 | 20375 | NC0026LF |
| GULF ANNUAL RYEGRASS | C. T. GARVIN SEED & FEED | HUNTSVILLE, AL | 10/15/2003 | 11/12/2003 | 28 | 20115 | L51-2-GL2 |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED INC CULLMAN AL | | 12/16/2003 | 1/13/2004 | 28 | 20587 | L183-1-58 |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED INC. CULLMAN AL | | 12/16/2003 | 1/13/2004 | 28 | 20582 | L1-2-32G |
| GULF ANNUAL RYEGRASS | RED FOX | DOTHAN, AL. | 10/6/2003 | 11/3/2003 | 28 | 20043 | L5-3-GR84B |
| GULF ANNUAL RYEGRASS | RED FOX | DOTHAN, AL. | 10/6/2003 | 11/3/2003 | 28 | 20044 | L5-1-GR19B |
| HAIRY VETCH | MIDSTATE COOP | VERBENA AL | 10/20/2003 | 11/17/2003 | 28 | 20176 | 2001HV |
| HICKORY KING WHITE CORN | B W CAPPS & SON OPELIKA , AL | | 1/9/2004 | 2/6/2004 | 28 | 20917 | 158 |
| HYBRID JORDAN F1 CUCUMBER | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/15/2004 | 28 | 20667 | 16433 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED CULLMAN AL | | 10/10/2003 | 11/7/2003 | 28 | 20096 | 2241 |
| KENTUCKY WONDER GARDEN BEAN | FARMER'S FEED SERVICE  WETUMPKA  AL | | 11/24/2003 | 12/22/2003 | 28 | 20459 | 261 |
| MAKETMORE 76 CUCUMBER | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/15/2004 | 28 | 20665 | 16514 |
| MARKETEER CUCUMBER | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/15/2004 | 28 | 20664 | C6797 |
| MARSHALL ANNUAL RYEGRASS | PIKE FARM CO-OP | TROY, AL. | 10/6/2003 | 11/3/2003 | 28 | 20058 | L185-3-4PM |
| MARSHALL ANNUAL RYEGRASS | PIKE FARM CO-OP | TROY, AL. | 10/6/2003 | 11/3/2003 | 28 | 20059 | L185-3-3PM |
| MICHILI CHINESE CABBAGE | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/15/2004 | 28 | 20687 | T6817 |
| MUNCHER CUCUMBER | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/15/2004 | 28 | 20711 | 16620 |
| NATIONAL PICKLING CUCUMBER | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/15/2004 | 28 | 20714 | 12511 |
| POINSETT 76 CUCUMBER | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/15/2004 | 28 | 20712 | 16079 |
| PURPLE TOP TURNIP | GRO SOUTH MONTGOMERY AL | | 11/17/2003 | 12/15/2003 | 28 | 20360 | L111-2-OPT1 |
| RATTLESNAKE POLE GARDEN BEAN | FARMER'S FEED SERVICE  WETUMPKA AL | | 11/24/2003 | 12/22/2003 | 28 | 20453 | 56-557-026 |
| RATTLESNAKE POLE GARDEN BEAN | FARMER'S FEED SERVICE  WETUMPKA AL | | 11/24/2003 | 12/22/2003 | 28 | 20454 | 57-557-029 |
| SEVEN TOP TURNIP | GRO SOUTH  MONTGOMERY AL | | 11/17/2003 | 12/15/2003 | 28 | 20386 | L111-1-7TT |
| SEVEN TOP TURNIP | GRO SOUTH MONTGOMERY AL | | 11/17/2003 | 12/15/2003 | 28 | 20387 | 9659000 |
| SMALL RED PINTO BEAN | FARMER'S FEED SERVICE  WETUMPKA AL | | 11/24/2003 | 12/22/2003 | 28 | 20447 | 1 |
| SPACEMASTER CUCUMBER | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/15/2004 | 28 | 20713 | 16067 |
| SPECKLED PURPLEHULL SOUTHERN PEA | GRO SOUTH MONTGOMERY AL | | 11/17/2003 | 12/15/2003 | 28 | 20377 | F2182 |
| SWEET DELIGHT BURPLESS HYBRID CUCUMBER | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/15/2004 | 28 | 20731 | 23260/00273 |
| TENNESSEE WHITE CROWDER SOUTHERN PEA | GRO SOUTH MONTGOMERY AL | | 11/17/2003 | 12/15/2003 | 28 | 20376 | F2186 |
| TEXAS CREAM 12 COWPEA | GRO SOUTH MONTGOMERY AL | | 11/17/2003 | 12/15/2003 | 28 | 20381 | 7617 |
| WHIPPOORWILL SOUTHERN PEA | GRO SOUTH MONTGOMERY AL | | 11/17/2003 | 12/15/2003 | 28 | 20379 | 1279 |
| WHIPPOORWILL SOUTHERN PEA | GRO SOUTH MONTGOMERY AL | | 11/17/2003 | 12/15/2003 | 28 | 20380 | WP530 |
| ARGENTINE BAHIAGRASS | AGRILIANCE - AFC  DECATUR  AL | | 11/25/2003 | 12/22/2003 | 27 | 20477 | 417 |
| BIRDHOUSE BOTTLE GOURD | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/14/2004 | 27 | 20699 | 16018 |
| BLOOMSDALE LONG STANDING SPINACH | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/14/2004 | 27 | 20725 | E191001 |
| BLOOMSDALE SPINICH | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/14/2004 | 27 | 20727 | 91342 |
| BLUE LAKE 274 BUSH BEAN | CHILTON COUNTY FEED & SEED | CLANTON AL | 11/25/2003 | 12/22/2003 | 27 | 20488 | 045-01-205 |
| BLUE LAKE 274 BUSH GARDEN BEAN | GRO SOUTH  MONTGOMERY AL | | 11/18/2003 | 12/15/2003 | 27 | 20398 | 1040201 |
| BLUE LAKE WHITE SEEDED GARDEN BEANS | GRO SOUTH  MONTGOMERY AL | | 11/18/2003 | 12/15/2003 | 27 | 20404 | 327 |
| BROWN TOP MILLET | CHILTON CO FEED & SEED | CLANTON AL | 11/25/2003 | 12/22/2003 | 27 | 20500 | 0941.M |
| BROWNTOP MILLET | ATMORE TRUCKERS | ATMORE, AL | 1/29/2004 | 2/25/2004 | 27 | 21126 | PF702 |
| BROWNTOP MILLET | MURPHREE SEED FARM | COLLINSVILLE, AL | 1/22/2004 | 2/18/2004 | 27 | 21065 | MSF-0351 |
| BROWNTOP MILLET | WAVERLY FEED | WAVERLY, AL | 1/22/2004 | 2/18/2004 | 27 | 21041 | LM123102 |
| CHERRY BELLE RADISH | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/14/2004 | 27 | 20680 | Y3445 |
| CHUFA | B W CAPPS & SON  OPELIKA , AL | | 1/9/2004 | 2/5/2004 | 27 | 20914 | BWC-1 |
| CONTENDER BUSH BEAN | CHILTON COUNTY FEED & SEED | CLANTON AL | 11/25/2003 | 12/22/2003 | 27 | 20498 | 0065-75319 |
| DANVERS 126 CARROT | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/14/2004 | 27 | 20696 | E249001 |
| EARLY ALASKA ENGLISH PEA | CHILTON CO FEED & SEED | CLANTON AL | 11/25/2003 | 12/22/2003 | 27 | 20497 | C-00402 |
| EGYPTIAN WHEAT | MURPHREE SEED FARM | COLLINSVILLE, AL | 1/22/2004 | 2/18/2004 | 27 | 21066 | MSF-R0312 |
| EMERALD GREEN #2 (AFC) FESCUE | DALE FARM CO OP | OZARK, AL | 10/9/2003 | 11/5/2003 | 27 | 20082 | B26-1-54 |
| FLORADADE TOMATO | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/14/2004 | 27 | 20660 | H5203 |
| FLORIDA BROADLEAF MUSTARD | THE FEED LOT  PIKE RD  AL | | 12/2/2003 | 12/29/2003 | 27 | 20523 | 10029 |
| FLORIDA BUTTER LIMA BEANS | GRO SOUTH  MONTGOMERY AL | | 11/18/2003 | 12/15/2003 | 27 | 20403 | 265 |
| FORDHOOK 242 LIMA BEANS | GRO SOUTH  MONTGOMERY AL | | 11/18/2003 | 12/15/2003 | 27 | 20399 | 336 |
| GENUINE CORNFIELD GARDEN BEAN | GRO SOUTH  MONTGOMERY AL | | 11/18/2003 | 12/15/2003 | 27 | 20396 | 031-05-101 |
| GULF ANNUAL RYEGRASS | AGRILIANCE–AFC  DECATUR AL | | 11/25/2003 | 12/22/2003 | 27 | 20483 | L53-3-G18 |
| HAIRY VETCH | AGRILIANCE AFC | DOTHAN, AL. | 1/22/2004 | 2/18/2004 | 27 | 21060 | Y6-0-HV-40 |
| HULLED SERICEA LESPEDEZA | SEGREST SEED CO. SLOCOMB AL | | 11/19/2003 | 12/16/2003 | 27 | 20422 | SEP-01-H |
| JADE GARDEN BEAN | CHILTON CO FEED & SEED | CLANTON AL | 11/25/2003 | 12/22/2003 | 27 | 20503 | 0613-J6 |
| KENTUCKY 31 TALL FESCUE | AGRILIANCE - AFC  DECATUR  AL | | 11/25/2003 | 12/22/2003 | 27 | 20463 | 4A3-568 |
| KOBE STRIATE LESPEDEZA | RANDOLPH FARMERS COOP | WEDOWEE, AL | 1/16/2004 | 2/12/2004 | 27 | 21031 | MS388 |
| LARGE SPECKLED LIMA BEANS | GRO SOUTH MONTGOMERY AL | | 11/18/2003 | 12/15/2003 | 27 | 20407 | 341 |
| LONG STANDING BLOOMSDALE SPINACH | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/14/2004 | 27 | 20726 | Y6117 |
| LOUISIANA POLE BEANS | GRO SOUTH  MONTGOMERY AL | | 11/18/2003 | 12/15/2003 | 27 | 20401 | 819549 |
| LOUISIANA PURPLE POD POLE BEAN | GRO SOUTH  MONTGOMERY AL | | 11/18/2003 | 12/15/2003 | 27 | 20400 | 22.2800-91522 |
| LOUISIANA PURPLE POD POLE BEAN | GRO SOUTH  MONTGOMERY AL | | 11/18/2003 | 12/15/2003 | 27 | 20402 | 919622 |
| MAGNUM PERENNIAL RYEGRASS MIXTURE | DALE FARMERS COOP | OZARK AL | 10/9/2003 | 11/5/2003 | 27 | 20080 | B28-0-2006 |
| NEMAGREEN LIMA BEAN | GRO SOUTH MONTGOMERY AL | | 11/18/2003 | 12/15/2003 | 27 | 20393 | 374 |
| NEMAGREEN LIMA BEANS | GRO SOUTH MONTGOMERY AL | | 11/18/2003 | 12/15/2003 | 27 | 20394 | 207 |
| OK. CERT. CLEMSON SPINELESS OKRA | CHILTON COUNTY FEED & SEED | CLANTON AL | 11/25/2003 | 12/22/2003 | 27 | 20487 | 4153 |
| PERENNIAL RYEGRASS MIXTURE | THE FEED LOT  PIKE RD  AL | | 12/2/2003 | 12/29/2003 | 27 | 20515 | L144M-2-05P023G |
| PINTO FIELD BEAN | GRO SOUTH MONTGOMERY AL | | 11/18/2003 | 12/15/2003 | 27 | 20397 | 004902 |
| RATTLESNAKE POLE BEAN | CHILTON CO FEED & SEED | CLANTON AL | 11/25/2003 | 12/22/2003 | 27 | 20502 | 57-557-029 |
| RATTLESNAKE POLE GARDEN BEAN | GRO SOUTH  MONTGOMERY AL | | 11/18/2003 | 12/15/2003 | 27 | 20406 | 301185 |
| SERECIA LESPEDEZA (UNHULLED) | ELMORE CO EXCHANGE  WETUMPKA AL | | 12/11/2003 | 1/7/2004 | 27 | 20553 | A30 |
| SIEVA POLE LIMA BEANS | GRO SOUTH MONTGOMERY AL | | 11/18/2003 | 12/15/2003 | 27 | 20410 | 366 |
| SOUTHERN GIANT CURLED MUSTARD | AGRILIANCE AFC | DOTHAN, AL | 1/22/2004 | 2/18/2004 | 27 | 21057 | L111-1-VSGC1 |
| SPARKLER WHITE TIP RADISH | SEGREST SEED CO. SLOCOMB AL | | 12/18/2003 | 1/14/2004 | 27 | 20679 | J6310 |

**SAMPLES TAKEN -- October 2003 through February 2004**

*(sorted by number of days taken)*

| NAME GIVEN | SOURCE | DATE REC | REP DATE | # days | LAB # | LOT # |
|---|---|---|---|---|---|---|
| SPECKLED DIXIE BUTTERPEA LIMA BEANS | GRO SOUTH   MONTGOMERY AL | 11/18/2003 | 12/15/2003 | 27 | 20408 | 362 |
| SS550 WHEAT | SOUTHERN STATES   ATHENS AL | 11/25/2003 | 12/22/2003 | 27 | 20461 | 6513-103FF |
| STRIKE GARDEN BEANS | GRO SOUTH   MONTGOMERY AL | 11/18/2003 | 12/15/2003 | 27 | 20409 | 184727 |
| SUGAR GRAZE II HYBRID SORGHUM SUDANGRASS | ATMORE TRUCKERS          ATMORE, AL | 1/29/2004 | 2/25/2004 | 27 | 21121 | 742 A |
| THOMAS LAXTON GARDEN PEA | CHILTON COUNTY FEED & SEED     CLANTON AL | 11/25/2003 | 12/22/2003 | 27 | 20496 | 57-280-582 |
| WEEPING LOVE GRASS | THE FEED LOT  PIKE RD  AL | 12/2/2003 | 12/29/2003 | 27 | 20514 | T15459 |
| WHITE DIXIE BUTTERPEA LIMA BEAN | GRO SOUTH   MONTGOMERY AL | 11/18/2003 | 12/15/2003 | 27 | 20411 | 274 |
| WHITE DIXIE BUTTERPEA LIMA BEAN | GRO SOUTH   MONTGOMERY AL | 11/18/2003 | 12/15/2003 | 27 | 20412 | 372 |
| WHITE ICICLE SHORT TOP RADISH | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/14/2004 | 27 | 20678 | A496001 |
| WILLOW LEAF LIMA BEAN | GRO SOUTH   MONTGOMERY AL | 11/18/2003 | 12/15/2003 | 27 | 20405 | 204 |
| YUCHI ARROWLEAF CLOVER | AGRILIANCE AFC          DOTHAN, AL | 1/22/2004 | 2/18/2004 | 27 | 21054 | Y6-1-AC-10 |
| YUCHI ARROWLEAF CLOVER | AGRILIANCE AFC          DOTHAN, AL | 1/22/2004 | 2/18/2004 | 27 | 21062 | W6-2-AL-1 |
| YUCHI ARROWLEAF CLOVER | AGRILIANCE - AFC  DECATUR AL | 10/16/2003 | 11/12/2003 | 27 | 20154 | W6-1-AL-1003 |
| YUCHI ARROWLEAF CLOVER | AGRILIANCE - AFC  DECATUR AL | 10/16/2003 | 11/12/2003 | 27 | 20155 | Y6-1-AC-10 |
| YUCHI ARROWLEAF CLOVER | AGRILIANCE - AFC  DECATUR AL | 10/16/2003 | 11/12/2003 | 27 | 20156 | W6-2-AL-1 |
| ALL TOP HYBRID TURNIP | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20708 | 9185100 |
| ALL TOP HYBRID TURNIP | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20715 | A460101 |
| ALLSWEET WATERMELON | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20648 | 00142 |
| ANAHEIM TMR 23 PEPPER | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20630 | E6745 |
| AUSTRIAN WINTER FIELD PEAS | RED FOX  DOTHAN  AL | 10/22/2003 | 11/17/2003 | 26 | 20214 | 33147-AWP |
| BIG MAX PUMPKIN | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20718 | 16340 |
| BLACK BEAUTY EGGPLANT | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20732 | Y6067 |
| BUSH JUBILEE WATERMELON | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20648 | WWAMO1103 |
| CA. WONDER 300 TMR PEPPER | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20659 | C6773 |
| CAYENE LONG RED PEPPER | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20728 | E6708 |
| CAYENNE LONG RED THIN PEPPER | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20628 | E6749 |
| CERT. POTOMAC ORCHARDGRASS | PETES FEED & SEED SYLACAUGA  AL | 12/17/2003 | 1/12/2004 | 26 | 20622 | B22-2-0619 |
| CONNECTICUT FIELD PUMPKIN | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20719 | 16128 |
| DESERT KING WATERMELON | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20649 | 2401 |
| FLORIDA MARKET EGGPLANT | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20733 | PO132 |
| HOMESTEAD TOMATO | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20668 | P0121 |
| JUST RIGHT HYBRID TURNIP | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20676 | 6011KA01U9 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED CULLMAN AL | 10/10/2003 | 11/5/2003 | 26 | 20091 | 320174GGR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC CULLMAN AL | 10/17/2003 | 11/12/2003 | 26 | 20166 | 221048GR-GS |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC CULLMAN AL | 10/17/2003 | 11/12/2003 | 26 | 20167 | 221043GR-MD |
| KY 31 TALL FESCUE | FAITHWAY FEED  GUNTERSVILLE AL | 10/17/2003 | 11/12/2003 | 26 | 20175 | 84 |
| KY 31 TALL FESCUE | FAITHWAY FEED  GUNTERSVILLE AL | 12/11/2003 | 1/6/2004 | 26 | 20581 | 132 |
| LEAFY 60 HYBRID PEARL MILLET(75-95% HYBRID) | RACINES FEED & GARDEN SUPPLY      ROBERTSDALE | 11/19/2003 | 12/15/2003 | 26 | 20414 | L114-2-301 |
| LEGACY PVP WATERMELON | SEGREST SEED CO. SLOCOMB AL | 1/15/2004 | 2/10/2004 | 26 | 20972 | 3452 B-2 |
| MARSHALL ANNUAL RYEGRASS | PETTIT FARM SUPPLY, BLOUNTSVILLE AL | 10/22/2003 | 11/17/2003 | 26 | 20647 | 24389 |
| O.P. HICKORY KING (WHITE) CORN | DILLARDS FEED MILL TALLASSEE AL | 11/20/2003 | 12/16/2003 | 26 | 20427 | 880 |
| PENNLEAF HYBRID PEARL MILLET | WILLIAMS & SON FEED,SEED GOODWATER AL | 12/17/2003 | 1/12/2004 | 26 | 20625 | 3552  1 |
| PINKEYE PURPLEHULL BVD SOUTHERNPEA | SIKES FEED & SEED OPELIKA AL | 11/20/2003 | 12/16/2003 | 26 | 20432 | 8690-5 |
| RED  CHILI ANAHEIM PEPPER | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20658 | 86991 |
| RED CHERRY SMALL TOMATO | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20662 | H5203 |
| ROYAL CREST HYBRID TURNIP | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20717 | E677101 |
| SNOWBALL IMPROVED CAULIFLOWER | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20656 | Y6085 |
| TOKYO HYBRID CROSS TURNIP | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20675 | 4011KA11U9 |
| TOP BUNCH HYBRID COLLARD | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20716 | E735101 |
| TOPPER HYBRID TURNIP | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20709 | A071101 |
| TRUCKER'S FAVORITE (WHITE) CORN | DILLARDS FEED MILL TALLASSEE AL | 11/20/2003 | 12/16/2003 | 26 | 20425 | 154 |
| TRUCKER'S FAVORITE (YELLOW) CORN | DILLARDS FEED MILL TALLASSEE AL | 11/20/2003 | 12/16/2003 | 26 | 20426 | 157 |
| VATES COLLARDS | SEGREST SEED CO. SLOCOMB AL | 11/19/2003 | 12/15/2003 | 26 | 20413 | 9155000 |
| WATERS TOMATO | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20689 | K3134 |
| YOLO WONDER PEPPER | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/13/2004 | 26 | 20730 | K3099 |
| A U JUBILANT WATERMELON | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20645 | 24430 |
| A U PRODUCER PVP WATERMELON | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20636 | 16381 |
| ANNUAL RYEGRASS | AGRILIANCE - AFC  DECATUR AL | 10/2/2003 | 10/27/2003 | 25 | 20018 | L96-3-A14A |
| ANNUAL RYEGRASS | AGRILIANCE - AFC  DECATUR AL | 10/2/2003 | 10/27/2003 | 25 | 20020 | L96-3-A13A |
| BLACK DIAMOND WATERMELON | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20634 | Y6236 |
| CHARLESTON GREY WATERMELON | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20635 | 16117 |
| COMMODORE IMPROVED GARDEN BEAN | GRO SOUTH MONTGOMERY AL | 11/21/2003 | 12/16/2003 | 25 | 20435 | 515033 |
| CONGO WATERMELON | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20632 | C8527 |
| CRIMSON SWEET WATERMELON | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20642 | 15926 |
| CUSHAW GREEN  STRIPED PUMPKIN | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20673 | 15877 |
| GREEN SPROUTING CALABRESE BROCCOLI | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20683 | Y6136 |
| GULF ANNUAL RYEGRASS | AGRILIANCE - AFC  DECATUR AL | 10/2/2003 | 10/27/2003 | 25 | 20017 | L5-3-GR30D |
| GULF ANNUAL RYEGRASS | AGRILIANCE - AFC  DECATUR AL | 10/2/2003 | 10/27/2003 | 25 | 20021 | L10-2-88G |
| GULF ANNUAL RYEGRASS | AGRILIANCE - AFC  DECATUR AL | 10/2/2003 | 10/27/2003 | 25 | 20025 | L2-3-3A |
| GULF ANNUAL RYEGRASS | AGRILIANCE - AFC  DECATUR AL | 10/2/2003 | 10/27/2003 | 25 | 20026 | L73-3-21GA |
| HOWDEN PUMPKIN | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20671 | 16544 |
| HOWDEN PUMPKIN | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20674 | 16211 |
| JALAPENO M PEPPER | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20734 | Y6255 |
| JUBILEE 11 WATERMELON | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20643 | 12647 |
| JUBILEE WATERMELON | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20650 | T3163 |
| KOBE STRIATE LESPEDEZA | PIEDMONT FERTILIZER CO  OPELIKA AL | 11/20/2003 | 12/15/2003 | 25 | 20429 | MS-506 |
| LUMINA PVP PUMPKIN | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20639 | 16406 |
| MAGNUM PERENNIAL RYEGRASS BLEND | DALE FARM CO OP          OZARK, AL. | 10/9/2003 | 11/3/2003 | 25 | 20081 | B28-9-MAG106 |

03/05/2004

**SAMPLES TAKEN -- October 2003 through February 2004**

*(sorted by number of days taken)*

| NAME GIVEN | SOURCE | DATE REC | REP DATE | # days | LAB # | LOT # |
|---|---|---|---|---|---|---|
| MAMMOTH GOLD PUMPKIN | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20672 | C6774 |
| NEW ENGLAND SMALL SUGAR PUMPKIN | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20670 | 16413 |
| OSCEOLA LADINO CLOVER | DALE FARM CO OP          OZARK, AL. | 10/9/2003 | 11/3/2003 | 25 | 20083 | 00P-8126-1 |
| PEREDOVIK TYPE SUNFLOWER | TALEECON FARMERS COOP NOTASULGA, AL | 1/8/2004 | 2/2/2004 | 25 | 20911 | 8951 |
| SUGAR BABY WATERMELON | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20633 | 16146 |
| SUGAR BABY WATERMELON | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20638 | 10366 |
| SWEET BANANA PEPPER | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20640 | 31162 |
| TENDERSWEET ORANGE WATERMELON | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/12/2004 | 25 | 20637 | Y6239 |
| W.G.F. SORGHUM | BAILEY FEED & HARDWARE ALEXANDER CITY, AL | 1/8/2004 | 2/2/2004 | 25 | 20834 | 10113 |
| WGF SORGHUM | CLEMMONS & HAMMER KILLEN, AL | 1/8/2004 | 2/2/2004 | 25 | 20898 | 393T |
| WGF SORGHUM | CLEMMONS & HAMMER KILLEN, AL | 1/8/2004 | 2/2/2004 | 25 | 20899 | 394T |
| WGF SORGHUM | CLEMMONS & HAMMER KILLEN, AL | 1/8/2004 | 2/2/2004 | 25 | 20900 | 399T |
| WGF SORGHUM | CLEMMONS & HAMMER KILLEN, AL | 1/8/2004 | 2/2/2004 | 25 | 20901 | 396T |
| (HULLED) BERMUDAGRASS | DAN'S HARDWARE & SUPPLY PHENIX CITY, AL | 1/12/2004 | 2/5/2004 | 24 | 20926 | 672111 |
| CANGREEN LIMA BEANS | GRO SOUTH MONTGOMERY AL | 11/21/2003 | 12/15/2003 | 24 | 20439 | 376 |
| GEORGIA SOUTHERN COLLARDS | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/16/2004 | 24 | 20810 | L111-1-CC |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED CULLMAN AL | 10/10/2003 | 11/3/2003 | 24 | 20087 | B5-3-HG8 |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED CULLMAN AL | 10/10/2003 | 11/3/2003 | 24 | 20088 | B5--3-HG1 |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED CULLMAN AL | 10/10/2003 | 11/3/2003 | 24 | 20089 | B-5-3-DG1 |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED CULLMAN AL | 10/10/2003 | 11/3/2003 | 24 | 20090 | B5-3-HG-5 |
| JACKSON WONDER LIMA BEANS | GRO SOUTH MONTGOMERY AL | 11/21/2003 | 12/15/2003 | 24 | 20440 | 322 |
| KENTUCKY 31 TALL FESCUE | HARVEST FEED MILL  HARVEST AL | 12/23/2003 | 1/16/2004 | 24 | 20784 | 109023-P |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED CULLMAN AL | 10/10/2003 | 11/3/2003 | 24 | 20092 | 320176GGR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED CULLMAN AL | 10/10/2003 | 11/3/2003 | 24 | 20094 | 320136GGR |
| RANCHERO FRIO BLEND BERMUDAGRASS | WHITLEY FEED & FARM SUPPLY  ALTOONA, AL | 1/12/2004 | 2/5/2004 | 24 | 20935 | 11715 |
| SUGAR GRAZE II HYBRID SORGHUM SUDANGRASS | AGRILIANCE - AFC  DECATUR AL | 12/23/2003 | 1/16/2004 | 24 | 20782 | 742A |
| THOROGREEN LIMA BEAN | GRO SOUTH MONTGOMERY AL | 11/21/2003 | 12/15/2003 | 24 | 20437 | 375 |
| THOROGREEN LIMA BEAN | GRO SOUTH MONTGOMERY AL | 11/21/2003 | 12/15/2003 | 24 | 20438 | 446000-989410 |
| WHITE PROSSO MILLET | DEEP SOUTH SUPPLY PO BOX 321 HURTSBORO, AL | 1/13/2004 | 2/6/2004 | 24 | 20942 | 0103 |
| AOSCA CERT. AGS 2000 WHEAT | HELENA CHEMICAL CO. SUMMERDALE AL | 12/22/2003 | 1/14/2004 | 23 | 20735 | 341 |
| HULLED BERMUDAGRASS | DEEP SOUTH SUPPLY PO BOX 321 HURTSBORO, AL | 1/13/2004 | 2/5/2004 | 23 | 20943 | 9183 |
| KENTUCKY 31 TALL FESCUE | AGRILIANCE - AFC  DECATUR AL | 10/15/2003 | 11/7/2003 | 23 | 20121 | MS03-010 |
| KOBE STRIATE LESPEDEZA | AGRILIANCE-AFC  DECATUR AL | 10/28/2003 | 11/20/2003 | 23 | 20229 | T-20434 |
| ALASKA GARDEN PEA | FARMER'S FEED SERVICE  WETUMPKA AL | 11/24/2003 | 12/16/2003 | 22 | 20450 | 57-205-393 |
| AR CERT. COKER 9803 WHEAT | AGRILIANCE - AFC  DECATUR AL | 10/28/2003 | 11/19/2003 | 22 | 20241 | 357 |
| BLUELAKE 274 GARDEN BEANS | RACINE'S FEED & GARDEN SUPPLY      ROBERTSDALE | 1/15/2004 | 2/6/2004 | 22 | 20971 | 301105 |
| CERT. MISSISSIPPE PINKEYE SOUTHERNPEA | ELBERTA FARMERS CO-OP      ELBERTA  AL | 1/15/2004 | 2/6/2004 | 22 | 20968 | F1190B/02A-8539 |
| CERT. MISSISSIPPI PINKEYE SOUTHERNPEA | RACINE'S FEED & GARDEN SUPPLY      ROBERTSDALE | 1/15/2004 | 2/6/2004 | 22 | 20969 | F1140A/02A-8539 |
| CLEMSON SPINELESS OKRA | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/14/2004 | 22 | 20812 | 9102 |
| DK54 HYBRID GRAIN SORGHUM | ATMORE TRUCKERS      ATMORE, AL | 1/29/2004 | 2/20/2004 | 22 | 21122 | 1752ETPAY |
| FLORIDA BROADLEAF MUSTARD | M&L FEED & SEED  PHENIX CITY, AL | 1/15/2004 | 2/6/2004 | 22 | 20947 | 065-1127-0F |
| FORDHOOK 242 LIMA BEANS | TUCKER FARM CENTER      FRISCO CITY AL | 1/15/2004 | 2/6/2004 | 22 | 20965 | 336 |
| GIANT SOUTHERN CURLED MUSTARD | M&L FEED & SEED  PHENIX CITY, AL | 1/15/2004 | 2/6/2004 | 22 | 20948 | 10480 |
| GOLDEN CROSS BANTAM SWEET HYBRID CORN | SEGREST SEED CO          SLOCOMB AL | 1/29/2004 | 2/20/2004 | 22 | 21150 | 118-20-511-21 |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED CULLMAN AL | 10/30/2003 | 11/21/2003 | 22 | 20276 | P3-3-34 |
| JACKSON WONDER LIMA BEANS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/29/2004 | 22 | 20846 | 322 |
| KENTUCKY 31 TALL FESCUE | AGRILIANCE - AFC  DECATUR AL | 1/22/2004 | 2/13/2004 | 22 | 21076 | 3-143 |
| KENTUCKY 31 TALL FESCUE | AGRILIANCE - AFC  DECATUR AL | 10/16/2003 | 11/7/2003 | 22 | 20147 | 2107B |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC CULLMAN AL | 1/22/2004 | 2/13/2004 | 22 | 21097 | 30243GGR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC CULLMAN AL | 1/22/2004 | 2/13/2004 | 22 | 21098 | 30304GGR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC CULLMAN AL | 1/22/2004 | 2/13/2004 | 22 | 21099 | 30305GGR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC CULLMAN AL | 1/22/2004 | 2/13/2004 | 22 | 21100 | 30244GGR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC CULLMAN AL | 1/22/2004 | 2/13/2004 | 22 | 21101 | 30294GGR |
| OR CERT. POTOMAC ORCHARDGRASS | FAITHWAY FEED  GUNTERSVILLE AL | 10/28/2003 | 11/19/2003 | 22 | 20225 | L10-3-69 |
| PINTO SEED | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/29/2004 | 22 | 20886 | 52-368-035 |
| RATTLESNAKE POLE GARDEN BEANS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/29/2004 | 22 | 20850 | 301185 |
| RED PINTO BEANS | GARRISON FARM & HOME  THORSBY AL | 12/22/2003 | 1/13/2004 | 22 | 20746 | 0013 |
| SADANDY COWPEAS | FEED & FARM SUPPLY Y GEORGIANNA AL | 12/22/2003 | 1/13/2004 | 22 | 20743 | 8075 |
| SOUTHERN GIANT CURLED MUSTARD | FARMER'S FEED SERVICE  WETUMPKA  AL | 11/24/2003 | 12/16/2003 | 22 | 20457 | C3557 |
| TRUCKERS FAVORITE WHITE CORN | KELLY SEED CO INC.      HARTFORD, AL | 1/29/2004 | 2/20/2004 | 22 | 21160 | 543 |
| TRUCKERS FAVORITE YELLOW CORN | KELLY SEED CO INC.      HARTFORD, AL | 1/29/2004 | 2/20/2004 | 22 | 21161 | 545 |
| W G F SORGHUM | AGRILIANCE  AFC      DOTHAN AL | 1/29/2004 | 2/20/2004 | 22 | 21170 | 397-T |
| WREN'S ABRUZZI RYE | AGRILIANCE - AFC  DECATUR AL | 10/28/2003 | 11/19/2003 | 22 | 20246 | MSF-0311 |
| 47324 SOYBEAN | MADISON COUNTY COOP  HAZELGREEN  AL | 2/4/2004 | 2/25/2004 | 21 | 21184 | IL 50 |
| 48164 SOYBEAN | MADISON COUNTY COOP  HAZELGREEN  AL | 2/4/2004 | 2/25/2004 | 21 | 21185 | IK 37 |
| 944WW889 SOYBEAN | MADISON COUNTY COOP  HAZELGREEN  AL | 2/4/2004 | 2/25/2004 | 21 | 21186 | PA 27 |
| 94B74 SOYBEAN | SOUTHERN STATES          ARAB, AL | 2/4/2004 | 2/25/2004 | 21 | 21213 | W3MCL11012-00-0208 |
| 94M40 SOYBEANS | SOUTHERN STATES          CULLMAN, AL | 2/4/2004 | 2/25/2004 | 21 | 21191 | W3QUE11011-00-0052 |
| BLACK OIL F-2 HYBRID SUNFLOWER | TRIPLE "T"  FEED & SEED  ALEXANDER CITY AL | 12/23/2003 | 1/13/2004 | 21 | 20758 | 8944 |
| BLACK OIL SUNFLOWER | FLOYD'S FEED & SEED DADEVILLE AL | 12/23/2003 | 1/13/2004 | 21 | 20761 | TI-318 |
| BLUE LAKE POLE GARDEN BEANS | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/13/2004 | 21 | 20802 | 301171 |
| BUSH BLUE LAKE 274 GARDEN BEAN | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/28/2004 | 21 | 20844 | 56-118-574 |
| CANGREEN LIMA BEANS | FEED & FARM SUPPLY GEORGIANNA AL | 12/22/2003 | 1/12/2004 | 21 | 20741 | 334-2 |
| CANGREEN LIMA BEANS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/28/2004 | 21 | 20848 | 376 |
| CERT. MISSISSIPPI SILVER SOUTHERNPEA | ATMORE TRUCKERS      ATMORE, AL | 1/15/2004 | 2/6/2004 | 21 | 20985 | F1161/02A-7796 |
| CLEMSON SPINELESS 80 OKRA | WHITLEY FEED & FARM SUPPLY  ALTOONA, AL | 1/12/2004 | 2/2/2004 | 21 | 20933 | 10367 |
| COKER 227 OATS | EUFAULA FARM SUPPLY  EUFAULA AL | 10/22/2003 | 11/12/2003 | 21 | 20210 | 1763 |
| COMMODORE IMP. BUSH BEANS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/28/2004 | 21 | 20842 | 54-120-392 |
| CONTENDER GARDEN BEAN | FLOYD'S FEED & SEED DADEVILLE AL | 12/23/2003 | 1/13/2004 | 21 | 20764 | 75349 |

**SAMPLES TAKEN  –  October 2003 through February 2004**

*(sorted by number of days taken)*

| NAME GIVEN | SOURCE | DATE REC | REP DATE | # days | LAB # | LOT # |
|---|---|---|---|---|---|---|
| DIXIELEE SOUTHERNPEA | ATMORE TRUCKERS        ATMORE, AL | 1/15/2004 | 2/5/2004 | 21 | 20986 | 8123 |
| DP 4690 RR SOYBEAN | AGRILIANCE - AFC DECATUR AL | 2/4/2004 | 2/25/2004 | 21 | 21177 | 4690R-P282 |
| DP 4690RR SOYBEAN | AGRILIANCE - AFC DECATUR AL | 2/4/2004 | 2/25/2004 | 21 | 21178 | 4690R-P281 |
| DP 5414RR SOYBEAN | AGRILIANCE - AFC DECATUR AL | 2/4/2004 | 2/25/2004 | 21 | 21180 | 5414R-S204 |
| DP 5915 RR SOYBEAN | AGRILIANCE - AFC DECATUR AL | 2/4/2004 | 2/25/2004 | 21 | 21179 | 5915R-S134 |
| DP 5989 SOYBEAN | AGRILIANCE - AFC DECATUR AL | 2/4/2004 | 2/25/2004 | 21 | 21181 | 5989-S050 |
| DWARF ESSEX RAPE | FARMER'S FEED SERVICE  WETUMPKA AL | 11/24/2003 | 12/15/2003 | 21 | 20446 | 32099-R |
| FESCUE/ ORCHARDGRASS MIXTURE | UNIVERSAL SEED & SUPPLY B-HAM AL | 11/25/2003 | 12/16/2003 | 21 | 20481 | MS02-043 |
| FESCUE/ ORCHARDGRASS MIXTURE | UNIVERSAL SEED & SUPPLY B-HAM AL | 11/25/2003 | 12/16/2003 | 21 | 20482 | MS02-042 |
| FLORIDA BROADLEAF INDIA MUSTARD | SEGREST SEED CO. SLOCOMB AL | 10/14/2003 | 11/4/2003 | 21 | 20105 | A449002 |
| FLORIDA BUTTER LIMA BEANS | FEED & FARM SUPPLY GEORGIANNA AL | 12/22/2003 | 1/12/2004 | 21 | 20742 | 265 |
| FLORIDA BUTTER LIMA BEANS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/28/2004 | 21 | 20847 | 265 |
| FLORIDA SPECKLED LIMA BEAN | FARMER'S FEED SERVICE  WETUMPKA AL | 11/24/2003 | 12/15/2003 | 21 | 20443 | 00490 |
| FORDHOOK 242 LIMA BEAN | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/13/2004 | 21 | 20791 | 036 |
| FORDHOOK BUSH LIMA BEAN | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/13/2004 | 21 | 20792 | 288 |
| GEORGIA COLLARDS | TRIPLE "T"  FEED & SEED  ALEXANDER CITY AL | 12/23/2003 | 1/13/2004 | 21 | 20757 | J069000 |
| GEORGIA SOUTHERN COLLARDS | FARMERS EXCHANGE       BREWTON AL | 1/15/2004 | 2/5/2004 | 21 | 20951 | 89904 |
| GREEN ARROW GREEN PEA | ATMORE TRUCKERS        ATMORE, AL | 1/15/2004 | 2/5/2004 | 21 | 20987 | 3280202 |
| GULF ANNUAL RYEGRASS | EUFAULA FARM SUPPLY  EUFAULA, AL | 10/22/2003 | 11/12/2003 | 21 | 20209 | L5-1-GR19A |
| GULF ANNUAL RYEGRASS | RACINE'S FEED & GARDEN SUPPLY        ROBERTSDALE | 10/22/2003 | 11/12/2003 | 21 | 20195 | B14-3-G11 |
| GULF ANNUAL RYEGRASS | RACINE'S FEED & GARDEN SUPPLY        ROBERTSDALE | 10/22/2003 | 11/12/2003 | 21 | 20196 | B14-3-G20 |
| HALF RUNNER WHITE GARDEN BEANS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/28/2004 | 21 | 20838 | 56-170-446 |
| HENDERSON BUSH LIMA BEANS | FEED & FARM SUPPLY GEORGIANNA AL | 12/22/2003 | 1/12/2004 | 21 | 20745 | 370 |
| HENDERSON LIMA BEAN | FARMER'S FEED SERVICE  WETUMPKA AL | 11/24/2003 | 12/15/2003 | 21 | 20449 | E2160 |
| HENDERSON LIMA BEAN | FARMER'S FEED SERVICE  WETUMPKA AL | 11/24/2003 | 12/15/2003 | 21 | 20442 | F2104 |
| HULLED  COMMON BERMUDA GRASS | AGRILIANCE AFC        DOTHAN, AL | 1/22/2004 | 2/12/2004 | 21 | 21063 | AC583H |
| HULLED BERMUDAGRASS | DOWN TO EARTH      BREWTON AL | 1/15/2004 | 2/5/2004 | 21 | 20956 | B02034 |
| HYBRID KANDY KORN EHFI SWEET CORN | CHILTON COUNTY FEED & SEED      CLANTON AL | 11/25/2003 | 12/16/2003 | 21 | 20495 | 64445 |
| HYBRID SILVER KING SWEET CORN | CHILTON COUNTY FEED & SEED      CLANTON AL | 11/25/2003 | 12/16/2003 | 21 | 20494 | NC0084MR |
| HYBRID SILVER QUEEN F1 SWEET CORN | CHILTON COUNTY FEED & SEED      CLANTON AL | 11/25/2003 | 12/16/2003 | 21 | 20492 | NC1174-LF |
| HYBRID SILVER QUEEN G90 F1 SWEET CORN | CHILTON COUNTY FEED & SEED      CLANTON AL | 11/25/2003 | 12/16/2003 | 21 | 20493 | NC1185LR |
| JACKSON WONDER LIMA BEAN | FARMER'S FEED SERVICE  WETUMPKA AL | 11/24/2003 | 12/15/2003 | 21 | 20452 | 0409-872 |
| JACKSON WONDER LIMA BEAN | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/13/2004 | 21 | 20788 | 515333 |
| JACKSON WONDER LIMA BEAN | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/13/2004 | 21 | 20789 | 325 |
| JACKSON WONDER LIMA BEANS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/28/2004 | 21 | 20845 | 325 |
| KENTUCKY 125 BUSH GARDEN BEANS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/28/2004 | 21 | 20836 | TG-1200 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED           CULLMAN AL | 2/4/2004 | 2/25/2004 | 21 | 21271 | 30170GR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED CULLMAN AL | 10/30/2003 | 11/20/2003 | 21 | 20266 | 2-497 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED CULLMAN AL | 10/30/2003 | 11/20/2003 | 21 | 20270 | 2-533 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED CULLMAN AL | 10/30/2003 | 11/20/2003 | 21 | 20272 | 2-585 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED CULLMAN AL | 10/30/2003 | 11/20/2003 | 21 | 20273 | 2-528 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC CULLMAN AL | 10/17/2003 | 11/7/2003 | 21 | 20161 | 30AV23 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC CULLMAN AL | 10/17/2003 | 11/7/2003 | 21 | 20162 | 30AV22 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC CULLMAN AL | 10/17/2003 | 11/7/2003 | 21 | 20164 | 320206GGR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC CULLMAN AL | 10/17/2003 | 11/7/2003 | 21 | 20165 | 320259GGR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC CULLMAN AL | 10/17/2003 | 11/7/2003 | 21 | 20168 | 221042GR-MD |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC CULLMAN AL | 10/17/2003 | 11/7/2003 | 21 | 20169 | 30176GGR |
| KENTUCKY 31 TALL FESCUE | SEED SOUTH        DOTHAN, AL | 12/8/2003 | 12/29/2003 | 21 | 20550 | GCB3-023 |
| KENTUCKY 31 TALL FESCUE (plain) | PENNINGTON SEED INC   CULLMAN AL | 10/22/2003 | 11/12/2003 | 21 | 20181 | 30AV21 |
| KENTUCKY 31 TALL FESCUE (plain) | PENNINGTON SEED INC   CULLMAN AL | 10/22/2003 | 11/12/2003 | 21 | 20182 | 30AV20 |
| KENTUCKY WONDER GARDEN BEAN | UNIVERSAL SEED SUPPLY B-HAM AL | 12/23/2003 | 1/13/2004 | 21 | 20800 | 1070-95589 |
| LADY  COWPEA | FEED & FARM SUPPLY GEORGIANNA AL | 12/22/2003 | 1/12/2004 | 21 | 20740 | 8134-8 |
| LADY SOUTHERNPEA | CHILTON COUNTY FEED & SEED      CLANTON AL | 11/25/2003 | 12/16/2003 | 21 | 20490 | 1288-7-7-8 |
| LADY SOUTHERNPEA | GROWERS SUPPLY        FRISCO CITY, AL | 1/15/2004 | 2/5/2004 | 21 | 20995 | 1288-7 |
| MARSHALL ANNUAL RYEGRASS | AGRILIANCE - AFC DECATUR AL | 11/25/2003 | 12/16/2003 | 21 | 20472 | L16-3-A25M |
| MIXED IRON & CLAY COWPEAS | GROWERS SUPPLY        FRISCO CITY, AL | 1/15/2004 | 2/5/2004 | 21 | 21000 | 17 |
| NEMAGREEN LIMA BEANS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/28/2004 | 21 | 20849 | 374 |
| PEREDOVIK TYPE SUNFLOWER | AGRILIANCE - AFC DECATUR AL | 12/23/2003 | 1/13/2004 | 21 | 20771 | 8973 |
| PIONEER 30F34 CORN | FARMER'S FEED SERVICE  WETUMPKA AL | 11/24/2003 | 12/15/2003 | 21 | 20458 | W1ST011077-00 |
| PURPLE TOP WHITE GLOBE TURNIP | FARMER'S FEED SERVICE  WETUMPKA AL | 11/24/2003 | 12/15/2003 | 21 | 20441 | 10728 |
| RATTLESNAKE (POLE) GARDEN BEAN | RANDOLPH FARMERS COOP      WEDOWEE, AL | 1/16/2004 | 2/6/2004 | 21 | 21028 | 301185 |
| RATTLESNAKE (POLE) GARDEN BEAN | UNIVERSAL SEED SUPPLY B-HAM AL | 12/23/2003 | 1/13/2004 | 21 | 20801 | 301185 |
| ROMA II GARDEN BEAN | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/28/2004 | 21 | 20869 | 1580251 |
| SIEVA POLE LIMA BEANS | FARMER'S FEED SERVICE  WETUMPKA AL | 11/24/2003 | 12/15/2003 | 21 | 20456 | 323 |
| SIEVA POLE LIMA BEAN | GREENSBORO CO-OP        GREENSBORO, AL | 1/16/2004 | 2/6/2004 | 21 | 21024 | 157 |
| SSCA CERT. HUTCHESON SOYBEANS | BRAGG FARMS        TONEY AL | 2/4/2004 | 2/25/2004 | 21 | 21206 | 101 |
| SSCA CERT. HUTCHESON SOYBEANS | BRAGG FARMS        TONEY AL | 2/4/2004 | 2/25/2004 | 21 | 21207 | 102 |
| SSCA CERT. HUTCHESON SOYBEANS | BRAGG FARMS        TONEY AL | 2/4/2004 | 2/25/2004 | 21 | 21208 | 103 |
| SSCA CERT. HUTCHESON SOYBEANS | BRAGG FARMS        TONEY AL | 2/4/2004 | 2/25/2004 | 21 | 21209 | 104 |
| ST4892BR COTTON | UAP  MADISON AL. | 12/23/2003 | 1/13/2004 | 21 | 20768 | AM3G2073 |
| ST4892BR COTTON | UAP  MADISON AL. | 12/23/2003 | 1/13/2004 | 21 | 20769 | AM3G 1122 |
| ST4892BR COTTON | UAP  MADISON AL. | 12/23/2003 | 1/13/2004 | 21 | 20770 | AM3G1123 |
| STONEVILLE ST4892BR COTTON | UAP  MADISON AL. | 12/23/2003 | 1/13/2004 | 21 | 20766 | AM3G2072 |
| STONEVILLE ST4892BR COTTON | UAP  MADISON AL. | 12/23/2003 | 1/13/2004 | 21 | 20767 | AM3G2074 |
| STRIKE GARDEN BEANS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/28/2004 | 21 | 20840 | 1840127 |
| STRIPED HALF RUNNER BUSH GARDEN BEAN | UNIVERSAL SEED SUPPLY B-HAM AL | 12/23/2003 | 1/13/2004 | 21 | 20799 | 06403401 |
| TEXAS CREAM 40 COWPEAS | MURPHY'S OUTDOOR & HARDWARE        URIAH, AL | 1/15/2004 | 2/5/2004 | 21 | 20989 | 8244 |
| THOMAS LAXTON GARDEN PEA | ATMORE TRUCKERS        ATMORE, AL | 1/15/2004 | 2/5/2004 | 21 | 20988 | 102701 |
| THOROGREEN BUSH LIMA BEAN | UNIVERSAL SEED SUPPLY B-HAM AL | 12/23/2003 | 1/13/2004 | 21 | 20793 | 446000989410 |

03/05/2004                                    8

**SAMPLES TAKEN -- October 2003 through February 2004**

(sorted by number of days taken)

| NAME GIVEN | SOURCE | DATE REC | REP DATE | # days | LAB # | LOT # |
|---|---|---|---|---|---|---|
| THOROGREEN LIMA BEAN | FARMER'S FEED SERVICE   WETUMPKA  AL | 11/24/2003 | 12/15/2003 | 21 | 20444 | 750-R/S |
| THOROGREEN LIMA BEAN | FARMER'S FEED SERVICE   WETUMPKA  AL | 11/24/2003 | 12/15/2003 | 21 | 20455 | 335 |
| W. G. F. SORGHUM | CLEMMONS & HAMNER (SEED PROCESSOR)   KILLEN | 2/4/2004 | 2/25/2004 | 21 | 21239 | 483 |
| W. G. F. SORGHUM | CLEMMONS & HAMNER (SEED PROCESSOR)   KILLEN | 2/4/2004 | 2/25/2004 | 21 | 21241 | 484 |
| W. G. F. SORGHUM | CLEMMONS & HAMNER (SEED PROCESSOR)   KILLEN | 2/4/2004 | 2/25/2004 | 21 | 21247 | 485 |
| W. G. F. SORGHUM | CLEMMONS & HAMNER (SEED PROCESSOR)   KILLEN | 2/4/2004 | 2/25/2004 | 21 | 21238 | 482 |
| WGF SORGHUM | FARMERS CO-OP   LEROY, AL | 1/16/2004 | 2/6/2004 | 21 | 21021 | 397-T |
| WHITE ACRE SOUTHERNPEA | AGRILIANCE - AFC  DECATUR AL | 2/4/2004 | 2/25/2004 | 21 | 21216 | 03-8946 |
| WHITE DIXIE BUTTERPEA LIMA BEAN | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/28/2004 | 21 | 20851 | 274 |
| WHITE DIXIE LIMA BEAN | FARMER'S FEED SERVICE   WETUMPKA  AL | 11/24/2003 | 12/15/2003 | 21 | 20451 | F2221 |
| WILLOW LEAF LIMA BEAN | GREENSBORO CO-OP      GREENSBORO, AL | 1/16/2004 | 2/6/2004 | 21 | 21025 | 204 |
| YUCHI ARROWLEAF CLOVER | PENNINGTON SEED INC   CULLMAN AL | 10/22/2003 | 11/12/2003 | 21 | 20177 | W6-2-AL-1 |
| ZIPPER CREAM COWPEA | FEED & FARM SUPPLY GEORGIANNA AL | 12/22/2003 | 1/12/2004 | 21 | 20739 | 8114-5 |
| 26R24 WHEAT | AGRILIANCE - AFC  DECATUR  AL | 11/25/2003 | 12/15/2003 | 20 | 20466 | 26R24 |
| 26R38 WHEAT | AGRILIANCE - AFC  DECATUR  AL | 11/25/2003 | 12/15/2003 | 20 | 20469 | UG147 |
| 26R38 WHEAT | AGRILIANCE - AFC  DECATUR  AL | 11/25/2003 | 12/15/2003 | 20 | 20470 | U98YC015 |
| 83G66 GRAIN SORGHUM SEED | CHARLES W. COOPER; PO BOX 487; LOXLEY AL | 1/29/2004 | 2/18/2004 | 20 | 21118 | 289320 |
| AGS 2000 WHEAT | AGRILIANCE - AFC  DECATUR  AL | 11/25/2003 | 12/15/2003 | 20 | 20485 | 341 |
| ALDERMAN GARDEN PEA | SEGREST SEED CO.        SLOCOMB, AL | 1/16/2004 | 2/5/2004 | 20 | 21015 | 6002-80319 |
| AOCA CERT. TIFLEAF 3 HYBRID PEARL MILLET | ATMORE TRUCKERS        ATMORE, AL | 1/29/2004 | 2/18/2004 | 20 | 21130 | 5132K |
| AOCA CERT. TIFLEAF-3 HYBRID PEARL MILLET | ATMORE TRUCKERS        ATMORE, AL | 1/29/2004 | 2/18/2004 | 20 | 21119 | 782-1 |
| AOSCA CERT. 26R61 WHEAT | ELBERTA FARMERS CO-OP  PO 700  ELBERTA AL | 12/2/2003 | 12/22/2003 | 20 | 20509 | U98YC009 |
| AR.CERT. COKER 9663 WHEAT | AGRILIANCE - AFC  DECATUR  AL | 11/25/2003 | 12/15/2003 | 20 | 20484 | 2-83-1537 |
| AUSTRIAN WINTER FIELD PEA | FAITHWAY FEED  GUNTERSVILLE AL | 10/28/2003 | 11/17/2003 | 20 | 20228 | T-20930 |
| AUSTRIAN WINTER FIELD PEAS | PENNINGTON SEED CO  CULLMAN AL | 10/28/2003 | 11/17/2003 | 20 | 20251 | 33148-AWP |
| BLACK OIL (Peredovik Type) SUNFLOWERS | AGSOUTH, INC 13995 HWY 10 FITZPATRICK, AL | 1/13/2004 | 2/2/2004 | 20 | 20939 | T3-113 |
| BROWNTOP MILLET | ATMORE TRUCKERS        ATMORE, AL | 1/29/2004 | 2/18/2004 | 20 | 21125 | BF-9 |
| CANGREEN LIMA BEAN | THE FEED LOT  PIKE RD AL | 12/2/2003 | 12/22/2003 | 20 | 20519 | 446000-989410 |
| CCIA  CERT. MISSISSIPPI  PINKEYE COWPEA | THE FEED LOT  PIKE RD AL | 12/2/2003 | 12/22/2003 | 20 | 20511 | F1140B/02A8539 |
| CERT. ZIPPERCREAM COWPEA | THE FEED LOT  PIKE RD AL | 12/2/2003 | 12/22/2003 | 20 | 20526 | 2181-04 |
| CLEMSON 80 OKRA | THE FEED LOT  PIKE RD AL | 12/2/2003 | 12/22/2003 | 20 | 20521 | 2010 |
| CONTENDER BUSH BEAN | FLOYD'S FEED & SEED DADEVILLE AL | 12/23/2003 | 1/12/2004 | 20 | 20763 | 0065-75319 |
| CONTENDER GARDEN BEAN | B W CAPPS & SON  OPELIKA , AL | 1/9/2004 | 1/29/2004 | 20 | 20924 | 75349 |
| CONTENDER GARDEN BEAN | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/12/2004 | 20 | 20798 | 11502169 |
| DOVE PROSO MILLET | SEGREST SEED CO. SLOCOMB AL | 10/14/2003 | 11/3/2003 | 20 | 20107 | 4 |
| DWARF TAYLOR HORTICULTURE GARDEN BEAN | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/12/2004 | 20 | 20797 | 30147 |
| EARLY ALASKA GARDEN PEA | SEGREST SEED CO.        SLOCOMB, AL | 1/16/2004 | 2/5/2004 | 20 | 21006 | 1209087 |
| ELBON RYE | HARVEST FEED MILL HARVEST AL | 11/25/2003 | 12/15/2003 | 20 | 20480 | 2796 |
| FFR321 DR HYBRID GRAIN SORGHUM | RANDOLPH FARMERS COOP     WEDOWEE, AL | 1/16/2004 | 2/5/2004 | 20 | 21032 | 10144 |
| FLORIDA SPECKLED LIMA BEAN | CHILTON CO FEED & SEED     CLANTON AL | 11/25/2003 | 12/15/2003 | 20 | 20499 | 00490 |
| FLORIDA SPECKLED LIMA GARDEN BEAN | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/12/2004 | 20 | 20785 | BIN |
| GREEN ARROW GARDEN PEA | SEGREST SEED CO.        SLOCOMB, AL | 1/16/2004 | 2/5/2004 | 20 | 21007 | 3280371 |
| GREEN ARROW GARDEN PEA | SEGREST SEED CO.        SLOCOMB, AL | 1/16/2004 | 2/5/2004 | 20 | 21008 | 3280202 |
| GREEN ARROW GARDEN PEA | SEGREST SEED CO.        SLOCOMB, AL | 1/16/2004 | 2/5/2004 | 20 | 21009 | 3280371 |
| GULF ANNUAL RYEGRASS | AGRILIANCE - AFC  DECATUR AL | 11/25/2003 | 12/15/2003 | 20 | 20464 | B41-03W-252G |
| GULF ANNUAL RYEGRASS | AGRILIANCE - AFC  DECATUR AL | 11/25/2003 | 12/15/2003 | 20 | 20465 | L141-3-G30 |
| GULF ANNUAL RYEGRASS | AGRILIANCE--AFC  DECATUR AL | 11/25/2003 | 12/15/2003 | 20 | 20486 | L4-3-67G |
| HENDERSON  LIMA BEANS | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/12/2004 | 20 | 20787 | 301191 |
| HENDERSON BUSH LIMA BEANS | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/12/2004 | 20 | 20786 | 310 |
| HENDERSON LIMA BEAN | CHILTON COUNTY FEED & SEED     CLANTON AL | 11/25/2003 | 12/15/2003 | 20 | 20505 | F2104 |
| JACKSON WONDER LIMA BEAN | CHILTON COUNTY FEED & SEED     CLANTON AL | 11/25/2003 | 12/15/2003 | 20 | 20506 | F2155 |
| JACKSON WONDER LIMA BEAN | CHILTON COUNTY FEED & SEED     CLANTON AL | 11/25/2003 | 12/15/2003 | 20 | 20507 | E2152 |
| KENTUCKY 31 TALL FESCUE | VALLEY FEED  DECATUR AL | 10/28/2003 | 11/17/2003 | 20 | 20238 | 107203-P |
| KY-31 TALL FESCUE | FAITHWAY FEED  GUNTERSVILLE AL | 10/28/2003 | 11/17/2003 | 20 | 20226 | 46 |
| LITTLE MARVEL GARDEN PEA | SEGREST SEED CO.        SLOCOMB, AL | 1/16/2004 | 2/5/2004 | 20 | 21005 | 3370374 |
| MARSHALL ANNUAL RYEGRASS | AGRILIANCE - AFC  DECATUR  AL | 11/25/2003 | 12/15/2003 | 20 | 20471 | L75-3-23 |
| MISSISSIPPI PINKEYE SOUTHERNPEA | THE FEED LOT  PIKE RD AL | 12/2/2003 | 12/22/2003 | 20 | 20512 | F1190C/02A-8539 |
| MISSISSIPPI SILVER COWPEA | TRIPLE "T"  FEED & SEED  ALEXANDER CITY AL | 12/23/2003 | 1/12/2004 | 20 | 20756 | D2116 |
| MS. CERT. COKER 9663 WHEAT | AGRILIANCE - AFC  DECATUR  AL | 11/25/2003 | 12/15/2003 | 20 | 20467 | CCK96633020 |
| MS. CERT. COKER 9663 WHEAT | AGRILIANCE - AFC  DECATUR  AL | 11/25/2003 | 12/15/2003 | 20 | 20468 | CCK96633021 |
| OREGON SUGAR POD 11 GARDEN PEA | SEGREST SEED CO.        SLOCOMB, AL | 1/16/2004 | 2/5/2004 | 20 | 21014 | 3727 |
| PENNGRAZER TALL FESCUE | THE FEED LOT  PIKE RD AL | 12/2/2003 | 12/22/2003 | 20 | 20513 | L141-1-F19 |
| SESAME | THE FEED LOT  PIKE RD AL | 12/2/2003 | 12/22/2003 | 20 | 20516 | SPI-660 |
| SESAME | THE FEED LOT  PIKE RD AL | 12/2/2003 | 12/22/2003 | 20 | 20517 | FL-1 |
| SIEVA POLE LIMA BEAN | CHILTON COUNTY FEED & SEED     CLANTON AL | 11/25/2003 | 12/15/2003 | 20 | 20504 | 366 |
| SORGHUM ALMUM | KIRK & SON        ORRVILLE AL | 1/29/2004 | 2/18/2004 | 20 | 21165 | CH02 |
| SPECKLED DIXIE BP LIMA BEAN | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/12/2004 | 20 | 20796 | 260 |
| SS535 WHEAT | SOUTHERN STATES CO-OP  ATHENS AL | 11/25/2003 | 12/15/2003 | 20 | 20462 | 6512-100FF |
| SUGAR ANN GARDEN PEA | SEGREST SEED CO.        SLOCOMB, AL | 1/16/2004 | 2/5/2004 | 20 | 21013 | 3582246 |
| SUGAR GRAZE II HYBRID SORGHUM SUDANGRASS | ELBERTA FARMERS CO-OP        ELBERTA AL | 1/29/2004 | 2/18/2004 | 20 | 21128 | 742 A |
| SUGAR GRAZE ULTRA SORGO HYBRID SUNDANGRASS | KELLY SEED CO INC.        HARTFORD, AL | 1/16/2004 | 2/5/2004 | 20 | 21003 | 4402 K |
| SUGAR SNAP GARDEN PEA | SEGREST SEED CO.        SLOCOMB, AL | 1/16/2004 | 2/5/2004 | 20 | 21011 | 111118 |
| THOMAS LAXTON GARDEN PEA | SEGREST SEED CO.        SLOCOMB, AL | 1/16/2004 | 2/5/2004 | 20 | 21012 | 102701 |
| THOROGREEN GARDEN BEAN | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/12/2004 | 20 | 20794 | 515312 |
| THOROGREEN LIMA BEAN | CHILTON COUNTY FEED & SEED     CLANTON AL | 11/25/2003 | 12/15/2003 | 20 | 20491 | 375 |
| TN CERT. JACKSON WHEAT | AGRILIANCE - AFC  DECATUR  AL | 10/2/2003 | 10/22/2003 | 20 | 20027 | 12336 |
| TOP CROP BUSH GARDEN BEAN | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/12/2004 | 20 | 20803 | 301154 |
| USA CERT. SOUTHERN STATES 76-30 OATS | AGRILIANCE - AFC  DECATUR AL | 10/2/2003 | 10/22/2003 | 20 | 20016 | 6430-4NE |
| VATES COLLARDS | CHILTON COUNTY FEED & SEED     CLANTON AL | 11/25/2003 | 12/15/2003 | 20 | 20501 | 7072-10130 |

03/05/2004

**SAMPLES TAKEN -- October 2003 through February 2004**

(sorted by number of days taken)

| NAME GIVEN | SOURCE | DATE REC | REP DATE | # days | LAB # | LOT # |
|---|---|---|---|---|---|---|
| W.G.F. SORGHUM | M.L. AWBREY INC.          ROANOKE, AL | 1/21/2004 | 2/10/2004 | 20 | 21036 | 10113 |
| WGF SORGHUM | KELLY SEED CO INC.          HARTFORD, AL | 1/16/2004 | 2/5/2004 | 20 | 21004 | 8002 K |
| WHITE DIXIE BUTTERPEA LIMA BEAN | UNIVERSAL SEED SUPPLY B-HAM AL | 12/23/2003 | 1/12/2004 | 20 | 20795 | 515266 |
| WILLET WONDER GARDEN PEAS | SEGREST SEED CO.          SLOCOMB, AL | 1/16/2004 | 2/5/2004 | 20 | 21010 | 111105 |
| WILLOW LEAF LIMA BEAN | UNIVERSAL SEED SUPPLY  B-HAM AL | 12/23/2003 | 1/12/2004 | 20 | 20790 | 204 |
| (UNHULLED) BERMUDAGRASS | B W CAPPS & SON OPELIKA , AL | 1/9/2004 | 1/28/2004 | 19 | 20919 | 2221110H |
| AUSTRIAN WINTER FIELD PEA | AGRILIANCE - AFC DECATUR AL | 10/15/2003 | 11/3/2003 | 19 | 20130 | 33161-AWP |
| BIBB LETTUCE | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/6/2004 | 19 | 20857 | T3146 |
| BLUE LAKE 274 BUSH GARDEN BEAN | B W CAPPS & SON OPELIKA , AL | 1/9/2004 | 1/28/2004 | 19 | 20925 | 1040201 |
| BROWNTOP MILLET | FARMERS FEED & SUPPLY  MONTGOMERY AL | 12/10/2003 | 12/29/2003 | 19 | 20573 | 1955 |
| BROWNTOP MILLET | FARMERS FEED & SUPPLY  MONTGOMERY AL | 12/10/2003 | 12/29/2003 | 19 | 20574 | 1956 |
| CITATION OATS | FAITHWAY FEED  GUNTERSVILLE AL | 10/2/2003 | 10/21/2003 | 19 | 20012 | T-21207 |
| COKER 227 OATS | AGRILIANCE - AFC  DECATUR AL | 10/2/2003 | 10/21/2003 | 19 | 20015 | 17803 |
| COKER 227 OATS | SOUTHERN STATES          ARAB, AL | 10/2/2003 | 10/21/2003 | 19 | 20009 | 8505 |
| CONTENDER GARDEN BEAN | B W CAPPS & SON OPELIKA , AL | 1/9/2004 | 1/28/2004 | 19 | 20915 | 1073351 |
| DIXIE RESEEDING CRIMSON CLOVER | AGRILIANCE AFC          DOTHAN, AL | 1/22/2004 | 2/10/2004 | 19 | 21051 | W6-1-CC-9 |
| DIXIE RESEEDING CRIMSON CLOVER | PENNINGTON SEED INC CULLMAN AL | 10/17/2003 | 11/5/2003 | 19 | 20170 | W8-3-CC-352 |
| DWARF ESSEX RAPESEED | AGRILIANCE AFC          DOTHAN, AL | 1/22/2004 | 2/10/2004 | 19 | 21050 | 33149-RAP |
| EK 102 WHEAT | AGRILIANCE - AFC DECATUR AL | 1/22/2004 | 2/10/2004 | 19 | 20014 | 03-M003 |
| ELBON RYE | AGRILIANCE - AFC DECATUR AL | 10/2/2003 | 10/21/2003 | 19 | 20024 | 2796 |
| ELBON RYE | FAITHWAY FEED  GUNTERSVILLE AL | 10/2/2003 | 10/21/2003 | 19 | 20011 | 7187 |
| GULF ANNUAL RYEGRASS | AGRILIANCE - AFC DECATUR AL | 10/15/2003 | 11/3/2003 | 19 | 20129 | L89-03-13 |
| GULF ANNUAL RYEGRASS | C. T. GARVIN SEED & FEED          HUNTSVILLE, AL | 10/15/2003 | 11/3/2003 | 19 | 20113 | L51-2-GL1 |
| GULF ANNUAL RYEGRASS | C. T. GARVIN SEED & FEED          HUNTSVILLE, AL | 10/15/2003 | 11/3/2003 | 19 | 20114 | L172-3-G15 |
| HUIA WHITE CLOVER | AGRILIANCE AFC          DOTHAN, AL | 1/22/2004 | 2/10/2004 | 19 | 21059 | L73-2-WC13 |
| HUNGARIAN HOT WAX PEPPER | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/6/2004 | 19 | 20631 | E6770 |
| KENTUCKY 31 TALL FESCUE | C. T. GARVIN SEED & FEED          HUNTSVILLE, AL | 10/15/2003 | 11/3/2003 | 19 | 20111 | 2-563 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED          CULLMAN, AL. | 10/15/2003 | 11/3/2003 | 19 | 20132 | 30202GGR |
| LA604 OATS | AGRILIANCE - AFC DECATUR AL | 10/2/2003 | 10/21/2003 | 19 | 20028 | GFS03-03 |
| NEXUS PERNNIAL RYEGRASS | UNIVERSAL SEED SUPPLY B-HAM AL | 10/15/2003 | 11/3/2003 | 19 | 20131 | L12-2-89B |
| PENNGRAIN DR HYBRID GRAIN SORGHUM | B W CAPPS & SON OPELIKA , AL | 1/9/2004 | 1/28/2004 | 19 | 20921 | 10148 |
| PURPLE TOP WHITE GLOBE TURNIP | WHITLEY FEED & FARM SUPPLY  ALTOONA, AL | 1/4/2004 | 1/23/2004 | 19 | 20931 | 10635 |
| SSCA CERT. COKER 9025 WHEAT | BRAGG FARMS          TONEY AL | 10/2/2003 | 10/21/2003 | 19 | 20006 | 402 |
| SSCA CERT. COKER 9025 WHEAT | BRAGG FARMS          TONEY AL | 10/2/2003 | 10/21/2003 | 19 | 20007 | 403 |
| SSCA CERT. COKER 9025 WHEAT | BRAGG FARMS          TONEY AL | 10/2/2003 | 10/21/2003 | 19 | 20008 | 401 |
| SSCA CERT. SALUDA WHEAT | CLEMMONS & HAMMER KILLEN, AL. | 10/3/2003 | 10/22/2003 | 19 | 20038 | 359 |
| SUGAR GRAZE II HYBRID SORGHUM SUDANGRASS | LAWRENCE CO. EXCHANGE          MOULTON, AL | 1/22/2004 | 2/10/2004 | 19 | 21071 | 742 |
| SUMMERGRAZER III HYBRID SORGHUM SUDANGRASS | WAVERLY FEED          WAVERLY, AL. | 1/22/2004 | 2/10/2004 | 19 | 21040 | 351 C |
| SWEET BANANA PEPPER | SEGREST SEED CO. SLOCOMB AL | 12/18/2003 | 1/6/2004 | 19 | 20629 | E6747 |
| T.C.I. A. - SALUDA WHEAT | CLEMMONS & HAMNER (SEED PROCESSOR)  KILLEN | 10/3/2003 | 10/22/2003 | 19 | 20041 | 376 |
| T.C.I. A. - SALUDA WHEAT | CLEMMONS & HAMNER (SEED PROCESSOR)  KILLEN | 10/3/2003 | 10/22/2003 | 19 | 20040 | 375 |
| T.C.I.A  CHARTER  WHEAT | CLEMMONS & HAMNER (SEED PROCESSOR)  KILLEN | 10/3/2003 | 10/22/2003 | 19 | 20037 | 354 |
| T.C.I.A SAVAGE WHEAT | CLEMMONS & HAMNER (SEED PROCESSOR)  KILLEN | 10/3/2003 | 10/22/2003 | 19 | 20035 | 352 |
| T.C.I.A SAVAGE WHEAT | CLEMMONS & HAMNER (SEED PROCESSOR)  KILLEN | 10/3/2003 | 10/22/2003 | 19 | 20036 | 353L |
| TN CERT. JACKSON WHEAT | FAITHWAY FEED  GUNTERSVILLE AL | 10/2/2003 | 10/21/2003 | 19 | 20013 | 12326 |
| AGS 2000 WHEAT | UAP MADISON          MADISON, AL. | 10/3/2003 | 10/21/2003 | 18 | 20032 | 339 |
| CERT. DWARF GREEN LONG POD OKRA | TUCKER FARM CENTER          FRISCO CITY AL | 1/15/2004 | 2/2/2004 | 18 | 20961 | 4204 |
| DIXIE RESEEDING CRIMSON CLOVER | DAN'S HARDWARE & SUPPLY PHENIX CITY, AL | 10/9/2003 | 10/27/2003 | 18 | 20069 | W8-2-CC215 |
| ELBON RYE | AGRILIANCE - AFC DECATUR AL | 10/16/2003 | 11/3/2003 | 18 | 20148 | LSC-4603 |
| GA. MITCHELL OATS | RED FOX          DOTHAN, AL. | 10/6/2003 | 10/24/2003 | 18 | 20049 | 310 |
| GEORGIA MITCHELL OATS | CD'S FEED & SEED          ABBEVILLE, AL | 10/6/2003 | 10/24/2003 | 18 | 20064 | K.L.86 |
| GULF ANNUAL RYEGRASS | ELBERTA FARMERS CO-OP          ELBERTA  AL | 10/9/2003 | 10/27/2003 | 18 | 20074 | L104-2-36G |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED CULLMAN AL | 10/30/2003 | 11/17/2003 | 18 | 20274 | P71-3-GF-5 |
| GULF ANNUAL RYEGRASS | ST. ELMO FEED          ST. ELMO, AL. | 10/9/2003 | 10/27/2003 | 18 | 20073 | B29-2-22LG |
| JACKSON ANNUAL RYEGRASS | AGRILIANCE - AFC DECATUR AL | 10/16/2003 | 11/3/2003 | 18 | 20160 | L2-3-5N |
| KENTUCKY 31 TALL FESCUE | AGRILIANCE - AFC  DECATUR AL | 10/30/2003 | 11/17/2003 | 18 | 20283 | 4A3-561 |
| KENTUCKY 31 TALL FESCUE | FAITHWAY FEED  GUNTERSVILLE AL | 12/11/2003 | 12/29/2003 | 18 | 20576 | T-21475 |
| KY-31 TALL FESCUE | SOUTHERN STATES STORES          ONEONTA, AL | 10/30/2003 | 11/17/2003 | 18 | 20256 | S3805 |
| PIONEER 26R24 WHEAT | UAP MADISON          MADISON, AL. | 10/3/2003 | 10/21/2003 | 18 | 20031 | U98YC019 |
| SHOGOIN TURNIP | TUCKER FARM CENTER          FRISCO CITY AL | 1/15/2004 | 2/2/2004 | 18 | 20962 | A472000 |
| SOUTHERN GIANT CURL MUSTARD | AGRILIANCE - AFC DECATUR AL | 10/16/2003 | 11/3/2003 | 18 | 20153 | L111-3-KSG1 |
| SS 501 HYBRID PEARL MILLET | SOUTHERN STATES          DANVILLE AL | 2/8/2004 | 2/26/2004 | 18 | 21250 | 7422 C |
| TEXAS CERT. TAMO 397 OATS | AGRILIANCE - AFC DECATUR AL | 10/16/2003 | 11/3/2003 | 18 | 20152 | 32094 |
| WHITE EGG TURNIP | FARMERS EXCHANGE          BREWTON AL | 1/15/2004 | 2/2/2004 | 18 | 20952 | 91335 |
| WHITE EGG TURNIP | M&L FEED & SEED PHENIX CITY, AL | 1/15/2004 | 2/2/2004 | 18 | 20949 | 8426000 |
| WHITE EGG TURNIP | TUCKER FARM CENTER          FRISCO CITY AL | 1/15/2004 | 2/2/2004 | 18 | 20964 | 8426000 |
| WRENS ABRUZZI RYE | UAP MADISON          MADISON, AL. | 10/3/2003 | 10/21/2003 | 18 | 20030 | BSRW-3-2 |
| CLEMSON SPINELESS OKRA | RANDOLPH FARMERS COOP          WEDOWEE, AL | 1/16/2004 | 2/2/2004 | 17 | 21029 | 10397 |
| GULF ANNUAL RYEGRASS | FAITHWAY FEED  GUNTERSVILLE AL | 11/14/2003 | 12/1/2003 | 17 | 20332 | L124-3-6G |
| GULF ANNUAL RYEGRASS | FAITHWAY FEED  GUNTERSVILLE AL | 10/17/2003 | 11/3/2003 | 17 | 20172 | L106-3-3GA |
| GULF ANNUAL RYEGRASS | FAITHWAY FEED  GUNTERSVILLE AL | 10/17/2003 | 11/3/2003 | 17 | 20173 | L108-3-3GB |
| GULF ANNUAL RYEGRASS | FAITHWAY FEED  GUNTERSVILLE AL | 10/17/2003 | 11/3/2003 | 17 | 20174 | L108-3-3GC |
| GULF ANNUAL RYEGRASS | SOUTHERN STATES          CULLMAN, AL. | 11/14/2003 | 11/3/2003 | 17 | 20171 | L35-3-6201 |
| JACKSON ANNUAL RYEGRASS | AGRILIANCE - AFC DECATUR AL | 11/14/2003 | 12/1/2003 | 17 | 20326 | LA17-3-3R |
| JACKSON ANNUAL RYEGRASS | AGRILIANCE - AFC DECATUR AL | 11/14/2003 | 12/1/2003 | 17 | 20327 | LA17-3-3 |
| JUMBO TETRAPLOID ANNUAL RYEGRASS | AGRILIANCE - AFC DECATUR AL | 11/14/2003 | 12/1/2003 | 17 | 20338 | L45-3-11-J |
| JUMBO TETRAPLOID ANNUAL RYEGRASS | AGRILIANCE - AFC DECATUR AL | 11/14/2003 | 12/1/2003 | 17 | 20339 | L10-3-22A |
| JUMBO TETRAPLOID ANNUAL RYEGRASS | AGRILIANCE - AFC DECATUR AL | 11/14/2003 | 12/1/2003 | 17 | 20340 | L43-3-12J |

03/05/2004

**SAMPLES TAKEN -- October 2003 through February 2004**

*(sorted by number of days taken)*

| NAME GIVEN | SOURCE | DATE REC | REP DATE | # days | LAB # | LOT # |
|---|---|---|---|---|---|---|
| JUMBO TETRAPLOID ANNUAL RYEGRASS | AGRILIANCE - AFC  DECATUR AL | 11/14/2003 | 12/1/2003 | 17 | 20341 | L101-3-25J |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED CULLMAN AL | 11/14/2003 | 12/1/2003 | 17 | 20346 | 30AV10 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED CULLMAN AL | 11/14/2003 | 12/1/2003 | 17 | 20347 | 30AV34 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED CULLMAN AL | 11/14/2003 | 12/1/2003 | 17 | 20348 | 320153GGR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED CULLMAN AL | 11/14/2003 | 12/1/2003 | 17 | 20349 | 320202GGR |
| MIXED IRON & CLAY COWPEAS | SOUTHERN STATES          DANVILLE AL | 2/8/2004 | 2/25/2004 | 17 | 21252 | 9 |
| N.C. REG. COKER 9835 WHEAT | BRAGG FARMS          TONEY AL | 11/14/2003 | 12/1/2003 | 17 | 20329 | 6I3-3501 |
| PIONEER 3154 HYBRID CORN | RANDOLPH FARMERS COOP      WEDOWEE, AL | 1/16/2004 | 2/2/2004 | 17 | 21030 | 3154-N005 |
| SS 800 HYBRID GRAIN SUDAN SORGHUM | SOUTHERN STATES          DANVILLE AL | 2/8/2004 | 2/25/2004 | 17 | 21249 | SS26124 |
| SSCA FOUNDATION JACKSON WHEAT | BRAGG FARMS          TONEY AL | 11/14/2003 | 12/1/2003 | 17 | 20330 | 302 |
| WEEPING LOVEGRASS | B W CAPPS & SON  OPELIKA , AL | 1/9/2004 | 1/26/2004 | 17 | 20920 | SPI-932 |
| 3055 HYBRID FIELD CORN | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/23/2004 | 16 | 20870 | P17F4G |
| BLUE LAKE 274  BUSH BEAN | WHITLEY FEED & FARM SUPPLY  ALTOONA, AL | 1/12/2004 | 1/28/2004 | 16 | 20934 | 56-118-153 |
| BOB OATS | PIKE FARM CO-OP          BRUNDIDGE, AL. | 10/6/2003 | 10/22/2003 | 16 | 20062 | T-13 |
| BOB OATS | PIKE FARM CO-OP          TROY, AL. | 10/6/2003 | 10/22/2003 | 16 | 20057 | T-14 |
| DWARF ESSEX RAPE | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/23/2004 | 16 | 20835 | T-21117 |
| IRON & CLAY COWPEAS | PENNINGTON SEED INC. CULLMAN AL | 2/4/2004 | 2/20/2004 | 16 | 21210 | 111 |
| IRON CLAY MIXED SOUTHERN PEAS | M.L. AWBREY INC.          ROANOKE, AL | 1/21/2004 | 2/6/2004 | 16 | 21034 | A.H.1 |
| KENTUCKY 31 TALL FESCUE | C. T. GARVIN SEED & FEED      HUNTSVILLE, AL | 2/4/2004 | 2/20/2004 | 16 | 21190 | SS-39-03 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED INC. CULLMAN AL | 2/4/2004 | 2/20/2004 | 16 | 21227 | 30357GR |
| MANCAN BUCKWHEAT | PENNINGTON SEED INC. CULLMAN AL | 2/4/2004 | 2/20/2004 | 16 | 21212 | 9140 |
| SUGAR SNAP GARDEN PEA | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/23/2004 | 16 | 20863 | 35803759 |
| THOMAS LAXTON PEAS | SOUTHERN STATES          CULLMAN, AL | 2/4/2004 | 2/20/2004 | 16 | 21200 | 245-03-101 |
| TOP PICK PINKEYE SOUTHERNPEA | AGRILIANCE - AFC  DECATUR AL | 2/4/2004 | 2/20/2004 | 16 | 21225 | G1108 |
| (HULLED) BERMUDAGRASS | M.L. AWBREY INC.          ROANOKE, AL | 1/21/2004 | 2/5/2004 | 15 | 21037 | 132113 |
| AFC 20-20 RYE | PIKE FARM CO-OP          BRUNDIDGE, AL. | 10/6/2003 | 10/21/2003 | 15 | 20063 | AFC-03-2003 |
| ALUM SORGHUM | DEEP SOUTH SUPPLY PO BOX 321 HURTSBORO, AL | 1/13/2004 | 1/28/2004 | 15 | 20940 | CH02 |
| AOSCA CERT. 2684 WHEAT | AGRILIANCE - AFC  DECATUR AL | 10/28/2003 | 11/12/2003 | 15 | 20243 | U98YC012 |
| AOSCA CERT. 26R38 WHEAT | UAP SOUTHEAST; 6830 WEST HWY 134; HEADLAND | 10/6/2003 | 10/21/2003 | 15 | 20042 | UE151 |
| AR. CERT. AGS2485 WHEAT | AGRILIANCE - AFC  DECATUR AL | 10/28/2003 | 11/12/2003 | 15 | 20244 | 349 |
| BLACK CROWDER SOUTHERNPEA | UNIVERSAL SEED & SUPPLY B-HAM AL | 1/22/2004 | 2/6/2004 | 15 | 21104 | 8591-5 |
| BLUE LAKE 274 BUSH GARDEN BEAN | SEGREST SEED CO          SLOCOMB AL | 1/29/2004 | 2/13/2004 | 15 | 21136 | 1040203 |
| BOB OATS | DAN'S HARDWARE & SUPPLY PHENIX CITY, AL | 10/9/2003 | 10/24/2003 | 15 | 20068 | G50-1092A |
| BRIDGETON LIMA BEANS | KELLY SEED CO INC.      HARTFORD, AL | 1/29/2004 | 2/13/2004 | 15 | 21157 | 377 |
| CANGREEN GARDEN LIMA BEAN | SEGREST SEED CO          SLOCOMB AL | 1/29/2004 | 2/13/2004 | 15 | 21134 | 515311 |
| CANGREEN LIMA BEANS | H. A. VAUGHN  SEED STORE      TUSKEGEE, AL | 1/22/2004 | 2/6/2004 | 15 | 21047 | 376 |
| CANGREEN LIMA BEANS | H. A. VAUGHN  SEED STORE      TUSKEGEE, AL | 1/22/2004 | 2/6/2004 | 15 | 21048 | 222 |
| CANGREEN LIMA BEANS | KELLY SEED CO INC.      HARTFORD, AL | 1/29/2004 | 2/13/2004 | 15 | 21156 | 376 |
| COKER 277 OATS | RED FOX          DOTHAN, AL. | 10/6/2003 | 10/21/2003 | 15 | 20050 | OP43 |
| COLLOSSUS COWPEA | UNIVERSAL SEED & SUPPLY B-HAM AL | 1/22/2004 | 2/6/2004 | 15 | 21107 | COLOS-01-001 |
| DIXIE CRIMSON CLOVER | AGRILIANCE AFC          DOTHAN, AL | 1/22/2004 | 2/6/2004 | 15 | 21049 | Y3-3-504 |
| DIXIE CRIMSON CLOVER | AGRILIANCE AFC          DOTHAN, AL | 1/22/2004 | 2/6/2004 | 15 | 21061 | Y3-3-505 |
| DIXIE RESEEDING CLOVER | FARMERS COOP          ASHFORD AL | 1/22/2004 | 2/13/2004 | 15 | 21171 | T-21515 |
| ELBON RYE | AGRILIANCE - AFC DECATUR AL | 10/28/2003 | 11/12/2003 | 15 | 20242 | 2799 |
| ELBON RYE | AGRILIANCE-AFC, LLC DECATUR AL | 10/28/2003 | 11/12/2003 | 15 | 20233 | BSRE-3-5 |
| ELBON RYE | SEED SOUTH  DOTHAN, AL. | 10/6/2003 | 10/21/2003 | 15 | 20053 | LSC-6203 |
| ELBON RYE | UAP SOUTHEAST          KINSTON, AL | 10/9/2003 | 10/24/2003 | 15 | 20078 | BSRE-3-9 |
| ELBON RYE | VALLEY FEED  DECATUR AL | 10/28/2003 | 11/12/2003 | 15 | 20239 | 2779 |
| FLORIDA BROADLEAF MUSTARD | AGRILIANCE AFC          DOTHAN, AL | 1/22/2004 | 2/6/2004 | 15 | 21055 | 91812 |
| FLORIDA BROADLEAF MUSTARD | AGRILIANCE - AFC DECATUR AL | 1/22/2004 | 2/6/2004 | 15 | 21095 | W8049 |
| GA. MITCHELL OATS | RED FOX          DOTHAN, AL. | 10/6/2003 | 10/21/2003 | 15 | 20047 | 309 |
| GA. MITCHELL OATS | RED FOX          DOTHAN, AL. | 10/6/2003 | 10/21/2003 | 15 | 20048 | 311 |
| GULF ANNUAL RYEGRASS | AGRILIANCE - AFC DECATUR AL | 10/28/2003 | 11/12/2003 | 15 | 20247 | L92-3-5G |
| GULF ANNUAL RYEGRASS | FAITHWAY FEED  GUNTERSVILLE AL | 10/28/2003 | 11/12/2003 | 15 | 20224 | L2-3-8L |
| HARRISON OATS | AGRILIANCE - AFC DECATUR AL | 10/28/2003 | 11/12/2003 | 15 | 20245 | T0311 |
| HENDERSON BUSH LIMA BEANS | H. A. VAUGHN  SEED STORE      TUSKEGEE, AL | 1/29/2004 | 2/6/2004 | 15 | 21046 | 370 |
| HULLED BERMUDA | GRO SOUTH MONTGOMERY AL | 11/17/2003 | 12/2/2003 | 15 | 20391 | B02034 |
| IRON & CLAY COWPEAS | AGRILIANCE AFC          DOTHAN AL | 1/29/2004 | 2/13/2004 | 15 | 21168 | 6 |
| IRON & CLAY COWPEAS | AGRILIANCE AFC          DOTHAN AL | 1/29/2004 | 2/13/2004 | 15 | 21169 | 11 |
| IRON & CLAY COWPEAS | SEGREST SEED CO.          SLOCOMB AL | 1/29/2004 | 2/13/2004 | 15 | 21163 | 20 |
| IRON & CLAY COWPEAS | SEGREST SEED CO.          SLOCOMB AL | 1/29/2004 | 2/13/2004 | 15 | 21164 | 2 |
| IRON CLAY MIXED COWPEAS | M.L. AWBREY INC.          ROANOKE, AL | 1/21/2004 | 2/5/2004 | 15 | 21035 | 159 |
| KENTUCKY WONDER BROWN GARDEN BEANS | SEED SOUTH  DOTHAN AL | 1/22/2004 | 2/6/2004 | 15 | 20843 | 213 |
| MARSHALL ANNUAL RYEGRASS | AGRILIANCE - AFC DECATUR AL | 10/28/2003 | 11/12/2003 | 15 | 20248 | L16-3-48PM |
| MARSHALL ANNUAL RYEGRASS | AGRILIANCE - AFC DECATUR AL | 10/28/2003 | 11/12/2003 | 15 | 20249 | L16-3-A23M |
| MARSHALL ANNUAL RYEGRASS | VALLEY FEED  DECATUR AL | 10/28/2003 | 11/12/2003 | 15 | 20237 | L57-3-17M |
| MIXED  IRON & CLAY COWPEAS | AGRILIANCE - AFC DECATUR AL | 1/22/2004 | 2/6/2004 | 15 | 21073 | 16 |
| MIXED  IRON & CLAY COWPEAS | AGRILIANCE - AFC DECATUR AL | 1/22/2004 | 2/6/2004 | 15 | 21074 | 14 |
| MIXED IRON & CLAY COWPEAS | AGRILIANCE - AFC DECATUR AL | 1/22/2004 | 2/6/2004 | 15 | 21072 | 18 |
| NEMAGREEN LIMA BEAN | SEGREST SEED CO          SLOCOMB AL | 1/29/2004 | 2/13/2004 | 15 | 21147 | 330 |
| PENNLEAF HYBRID PEARL MILLET | LAWRENCE CO. EXCHANGE      MOULTON, AL | 1/22/2004 | 2/6/2004 | 15 | 21070 | 3552.I |
| RATTLESNAKE (POLE) ROUND GARDEN BEANS | SEGREST SEED CO          SLOCOMB AL | 1/29/2004 | 2/13/2004 | 15 | 21138 | 301185 |
| RED RIPPER COWPEAS | UNIVERSAL SEED & SUPPLY B-HAM AL | 1/22/2004 | 2/6/2004 | 15 | 21102 | 207 |
| SSCA CERT. SALUDA WHEAT | RED FOX          DOTHAN, AL. | 10/6/2003 | 10/21/2003 | 15 | 20046 | 332 |
| SSCA REG. HUTCHESON SOYBEAN | BRAGG FARMS          TONEY AL | 2/10/2004 | 2/25/2004 | 15 | 21298 | 106 |
| SSCA REG. HUTCHESON SOYBEAN | BRAGG FARMS          TONEY AL | 2/10/2004 | 2/25/2004 | 15 | 21299 | 107 |
| SSCA REG. HUTCHESON SOYBEAN | BRAGG FARMS          TONEY AL | 2/10/2004 | 2/25/2004 | 15 | 21300 | 108 |
| SSCA REG. HUTCHESON SOYBEAN | BRAGG FARMS          TONEY AL | 2/10/2004 | 2/25/2004 | 15 | 21301 | 109 |
| SSCA REG. HUTCHESON SOYBEAN | BRAGG FARMS          TONEY AL | 2/10/2004 | 2/25/2004 | 15 | 21302 | 110 |

**SAMPLES TAKEN – October 2003 through February 2004**

(sorted by number of days taken)

| NAME GIVEN | SOURCE | | DATE REC | REP DATE | # days | LAB # | LOT # |
|---|---|---|---|---|---|---|---|
| SSCA REG. HUTCHESON SOYBEAN | BRAGG FARMS | TONEY AL | 2/10/2004 | 2/25/2004 | 15 | 21304 | 111 |
| SSCA REG. HUTCHESON SOYBEAN | BRAGG FARMS | TONEY AL | 2/10/2004 | 2/25/2004 | 15 | 21304 | 112 |
| SSCA REG. HUTCHESON SOYBEAN | BRAGG FARMS | TONEY AL | 2/10/2004 | 2/25/2004 | 15 | 21305 | 113 |
| SSCA REG. HUTCHESON SOYBEAN | BRAGG FARMS | TONEY AL | 2/10/2004 | 2/25/2004 | 15 | 21306 | 114 |
| SSCA REG. HUTCHESON SOYBEAN | BRAGG FARMS | TONEY AL | 2/10/2004 | 2/25/2004 | 15 | 21307 | 105 |
| SSCA REG. HUTCHESON SOYBEAN | BRAGG FARMS | TONEY AL | 2/10/2004 | 2/25/2004 | 15 | 21308 | 115 |
| SSCA REG. HUTCHESON SOYBEAN | BRAGG FARMS | TONEY AL | 2/10/2004 | 2/25/2004 | 15 | 21309 | 216 |
| SSCA REG. HUTCHESON SOYBEAN | BRAGG FARMS | TONEY AL | 2/10/2004 | 2/25/2004 | 15 | 21310 | 217 |
| SSCA REG. HUTCHESON SOYBEAN | BRAGG FARMS | TONEY AL | 2/10/2004 | 2/25/2004 | 15 | 21311 | 218 |
| SSCA REG. HUTCHESON SOYBEAN | BRAGG FARMS | TONEY AL | 2/10/2004 | 2/25/2004 | 15 | 21312 | 219 |
| SSCA REG. HUTCHESON SOYBEAN | BRAGG FARMS | TONEY AL | 2/10/2004 | 2/25/2004 | 15 | 21313 | 220 |
| ST 4892 BR  COTTON | AGRILIANCE - AFC  DECATUR AL | | 1/22/2004 | 2/6/2004 | 15 | 21080 | AM 3G1121 |
| ST 4892 BR  COTTON | AGRILIANCE - AFC  DECATUR AL | | 1/22/2004 | 2/6/2004 | 15 | 21079 | AM 3G1120 |
| SUMMERGRAZER III SORGHUM HYBRID SUDANGRASS | M.L. AWBREY INC. | ROANOKE, AL | 1/21/2004 | 2/5/2004 | 15 | 21039 | 352 A |
| TENDERGREEN IMPROVED GARDEN BEAN | UNIVERSAL SEED & SUPPLY B-HAM AL | | 1/22/2004 | 2/6/2004 | 15 | 21109 | 17402659 |
| TENDERGREEN MUSTARD | AGRILIANCE AFC | DOTHAN, AL | 1/22/2004 | 2/6/2004 | 15 | 21053 | L111-0-DTM |
| WHITE DIXIE BUTTERPEA LIMA BEANS | SEGREST SEED CO | SLOCOMB AL | 1/29/2004 | 2/13/2004 | 15 | 21144 | 372 |
| WILLOW LEAF LIMA BEANS | SEGREST SEED CO | SLOCOMB AL | 1/29/2004 | 2/13/2004 | 15 | 21142 | 204 |
| WRENS ABRUZZI RYE | HENDRICKS FARM SUPPLY | TROY, AL. | 10/6/2003 | 10/21/2003 | 15 | 20056 | 03126 |
| WRENS ABRUZZI RYE | PIKE FARM CO-OP | BRUNDIDGE, AL. | 10/6/2003 | 10/21/2003 | 15 | 20060 | F-20 |
| WRENS ABRUZZI RYE | PIKE FARM CO-OP | BRUNDIDGE, AL. | 10/6/2003 | 10/21/2003 | 15 | 20061 | M-6 |
| WRENS ABRUZZI RYE | SEED SOUTH | DOTHAN, AL. | 10/6/2003 | 10/21/2003 | 15 | 20051 | LSC-5403 |
| WRENS ABRUZZI RYE | SEED SOUTH | DOTHAN, AL. | 10/6/2003 | 10/21/2003 | 15 | 20052 | LSC-3303 |
| 3167 HYBRID FIELD CORN | AGRILIANCE - AFC DECATUR AL | | 1/22/2004 | 2/5/2004 | 14 | 21093 | B3STJ11000-88 |
| 31G66 HYBRID FIELD CORN | AGRILIANCE - AFC DECATUR AL | | 1/22/2004 | 2/5/2004 | 14 | 21092 | W3WOR11010-00 |
| 31G98 HYBRID FIELD CORN | AGRILIANCE - AFC DECATUR AL | | 1/22/2004 | 2/5/2004 | 14 | 21091 | W3WOR11005-99 |
| 8119RR HYBRID FIELD CORN | AGRILIANCE - AFC DECATUR AL | | 1/22/2004 | 2/5/2004 | 14 | 21089 | JJ26 |
| 8230IT HYBRID FIELD CORN | AGRILIANCE - AFC DECATUR AL | | 1/22/2004 | 2/5/2004 | 14 | 21087 | OP05 |
| 8285RR HYBRID FIELD CORN | AGRILIANCE - AFC DECATUR AL | | 1/22/2004 | 2/5/2004 | 14 | 21090 | 916H |
| 83G66 GRAIN SORGHUM | CLAY COUNTY EXCHANGE INC. LINEVILLE, AL | | 1/14/2004 | 1/28/2004 | 14 | 20945 | 21829 |
| 8467RR  HYBRID FIELD CORN | AGRILIANCE - AFC DECATUR AL | | 1/22/2004 | 2/5/2004 | 14 | 21086 | 5R0T |
| 8467YG1RR HYBRID FIELD CORN | AGRILIANCE - AFC DECATUR AL | | 1/22/2004 | 2/5/2004 | 14 | 21088 | BW36 |
| ALDERMAN GARDEN PEA | SEED SOUTH  DOTHAN AL | | 1/7/2004 | 1/21/2004 | 14 | 20867 | 6002-300319 |
| AMERICAN PURPLE TOP RUTABAGA | MONTGOMERY SEED & SUPPLY CO   MONTG, AL | | 12/8/2003 | 12/22/2003 | 14 | 20542 | K307-2 |
| AMERICAN PURPLETOP RUTABAGA | GRO SOUTH MONTGOMERY AL | | 11/17/2003 | 12/1/2003 | 14 | 20388 | A229000 |
| BIG BOY SOUTHERN PEAS COWPEAS | UNIVERSAL SEED & SUPPLY B-HAM AL | | 1/22/2004 | 2/5/2004 | 14 | 21108 | 1282 |
| BLOOMSDALE SAVOY SPINACH | UNIVERSAL SEED & SUPPLY B-HAM AL | | 1/22/2004 | 2/5/2004 | 14 | 21110 | 91342 |
| BLUE LAKE 274 BUSH GARDEN BEAN | H. A. VAUGHN SEED STORE | TUSKEGEE, AL | 1/22/2004 | 2/5/2004 | 14 | 21044 | 1040201 |
| BLUELAKES FM-I POLE BEAN | SOUTHERN STATES | CULLMAN, AL | 2/4/2004 | 2/18/2004 | 14 | 21197 | 515246 |
| BLUELAKES FM-I POLE BEAN | SOUTHERN STATES | CULLMAN, AL | 2/4/2004 | 2/18/2004 | 14 | 21198 | 1 |
| BLUELAKES FM-I POLE BEAN | SOUTHERN STATES | CULLMAN, AL | 2/4/2004 | 2/18/2004 | 14 | 21199 | 010-03-201 |
| BRIDGETON LIMA BEANS | SEGREST SEED CO | SLOCOMB AL | 1/29/2004 | 2/12/2004 | 14 | 21140 | 377 |
| BUSH KENTUCKY 125 GARDEN BEANS | FRANKLIN FARM SUPPLY | BAY MINETTE, AL | 1/15/2004 | 1/29/2004 | 14 | 20980 | 659970 |
| C T PINKEYE PURPLEHULL SOUTHERNPEA | AGRILIANCE - AFC  DECATUR AL | | 2/4/2004 | 2/18/2004 | 14 | 21223 | 03-8947 |
| CALIFORNIA BLACKEYE #5 SOUTHERNPEA | AGRILIANCE - AFC  DECATUR AL | | 2/4/2004 | 2/18/2004 | 14 | 21221 | 03-8896-8 |
| CANGREEN BUSH LIMA BEAN | THE FEED LOT  PIKE RD  AL | | 12/2/2003 | 12/16/2003 | 14 | 20525 | 289 |
| CHAMPION SOUTHERNPEA | AGRILIANCE - AFC DECATUR AL | | 12/8/2003 | 12/22/2003 | 14 | 21222 | 03-8872-7-8 |
| CLEMSON 80 OKRA | MONTGOMERY SEED & SUPPLY CO   MONTG, AL. | | 12/8/2003 | 12/22/2003 | 14 | 20536 | 2010 |
| CLEMSON 80 OKRA | SEED SOUTH  DOTHAN AL | | 1/7/2004 | 1/21/2004 | 14 | 20858 | 2010 |
| CT PINKEYE PURPLEHULL SOUTHERNPEA | LAWRENCE CO. EXCHANGE | MOULTON, AL | 1/22/2004 | 2/5/2004 | 14 | 21068 | 8213 |
| CURLED LEAF MUSTARD | THE FEED LOT  PIKE RD  AL | | 12/2/2003 | 12/16/2003 | 14 | 20522 | L111-1-DSGC |
| DP451BRR COTTON | AGRILIANCE | MADISON AL | 2/4/2004 | 2/18/2004 | 14 | 21284 | 696-1-2696-21H |
| EARLY ALASKA GARDEN PEA | SEED SOUTH  DOTHAN AL | | 1/7/2004 | 1/21/2004 | 14 | 20864 | 209811 |
| EARLY ALASKA GARDEN PEAS | SEED SOUTH  DOTHAN AL | | 1/7/2004 | 1/21/2004 | 14 | 20865 | 109010 |
| ELBON RYE | MADISON COUNTY COOP  HAZELGREEN AL | | 10/22/2003 | 11/5/2003 | 14 | 20183 | LSC-2103 |
| ELBON RYE | SEED SOUTH  DOTHAN AL | | 10/22/2003 | 11/5/2003 | 14 | 20207 | 03192 |
| EMERALD GREEN VELVERT OKRA | SEED SOUTH  DOTHAN AL | | 1/7/2004 | 1/21/2004 | 14 | 20856 | 4160 |
| FLORIDA BUTTER LIMA BEANS | SEGREST SEED CO | SLOCOMB AL | 1/29/2004 | 2/12/2004 | 14 | 21143 | 265 |
| GA. GORE WHEAT | RED FOX  DOTHAN AL | | 10/22/2003 | 11/5/2003 | 14 | 20218 | KD-1 |
| GEORGIA COLLARDS | MONTGOMERY SEED & SUPPLY CO   MONTG, AL. | | 12/8/2003 | 12/22/2003 | 14 | 20540 | JO69000 |
| GEORGIA SOUTHERN COLLARDS | AGRILIANCE AFC | DOTHAN, AL | 1/22/2004 | 2/5/2004 | 14 | 21058 | L111-1-CC |
| GOLDEN QUEEN F1 HYBRID SWEET CORN | SEED SOUTH  DOTHAN AL | | 1/7/2004 | 1/21/2004 | 14 | 20880 | NC0026LF |
| GOLDEN QUEEN HYBRID SWEET CORN | AGRILIANCE - AFC DECATUR AL | | 1/22/2004 | 2/5/2004 | 14 | 21082 | NC 1154 LF |
| GOLDEN QUEEN HYBRID SWEET CORN | SEED PROCESSORS INC  WETUMPKA AL 36093 | | 12/8/2003 | 12/22/2003 | 14 | 20564 | NC9073LF |
| GREEN ARROW GARDEN PEA | SEED SOUTH  DOTHAN AL | | 1/7/2004 | 1/21/2004 | 14 | 20860 | 3280371 |
| GREEN ARROW GARDEN PEA | SEED SOUTH  DOTHAN AL | | 1/7/2004 | 1/21/2004 | 14 | 20861 | 191101 |
| GULF ANNUAL RYEGRASS | SEED SOUTH | DOTHAN, AL | 12/8/2003 | 12/22/2003 | 14 | 20553 | L106-3-21G |
| GULF ANNUAL RYEGRASS | SEED SOUTH | DOTHAN, AL | 12/8/2003 | 12/22/2003 | 14 | 20554 | L29-3-632 |
| GULF ANNUAL RYEGRASS | SEED SOUTH | DOTHAN, AL | 12/8/2003 | 12/22/2003 | 14 | 20555 | L29-3-633 |
| HENDERSON BUSH LIMA BEAN | THE FEED LOT  PIKE RD  AL | | 12/2/2003 | 12/16/2003 | 14 | 20527 | 283 |
| HENDERSON BUSH LIMA BEANS | THE FEED LOT  PIKE RD  AL | | 12/2/2003 | 12/16/2003 | 14 | 20520 | 370 |
| HICKORY KING WHITE O.P. CORN | SEED SOUTH  DOTHAN AL | | 1/7/2004 | 1/21/2004 | 14 | 20878 | 881 |
| JACKSON WONDER BUSH LIMA BEAN | SEED PROCESSORS INC  WETUMPKA AL 36093 | | 12/8/2003 | 12/22/2003 | 14 | 20566 | 301192 |
| JACKSON WONDER LIMA BEANS | SEGREST SEED CO | SLOCOMB AL | 1/29/2004 | 2/12/2004 | 14 | 21135 | 322 |
| JARVIS YELLOW OP CORN | SEED PROCESSORS INC  WETUMPKA AL 36093 | | 12/8/2003 | 12/22/2003 | 14 | 20559 | 172 |
| KANDY KORN EHFI HYB. SWEET CORN | SEED SOUTH  DOTHAN AL | | 1/7/2004 | 1/21/2004 | 14 | 20882 | NC1166DLF |
| KENTUCKY 125 BUSH GARDEN BEAN | GROWERS SUPPLY | FRISCO CITY, AL | 1/15/2004 | 1/29/2004 | 14 | 20994 | 505049 |
| KENTUCKY WONDER POLE GARDEN BEAN | SEED PROCESSORS INC  WETUMPKA AL 36093 | | 12/8/2003 | 12/22/2003 | 14 | 20568 | 301180 |
| LITTLE MARVEL GARDEN PEA | SEED SOUTH  DOTHAN AL | | 1/7/2004 | 1/21/2004 | 14 | 20859 | 181873 |

**SAMPLES TAKEN  --  October 2003 through February 2004**

*(sorted by number of days taken)*

| NAME GIVEN | SOURCE | DATE REC | REP DATE | # days | LAB # | LOT # |
|---|---|---|---|---|---|---|
| MERIT HYB. SWEET CORN | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/21/2004 | 14 | 20879 | 346025 |
| MEXICAN JUNE O.P. CORN | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/21/2004 | 14 | 20877 | 188 |
| MISSISSIPPI PURPLE SOUTHERNPEA | UNIVERSAL SEED & SUPPLY B-HAM AL | 1/22/2004 | 2/5/2004 | 14 | 21106 | 7935 |
| MORRIS HEADING COLLARDS | MONTGOMERY SEED & SUPPLY CO   MONTG, AL. | 12/8/2003 | 12/22/2003 | 14 | 20538 | 91145 |
| NC REG. COKER 9663 WHEAT | BRAGG FARMS   TONEY AL | 10/22/2003 | 11/5/2003 | 14 | 20186 | 6F3-3008B |
| NEMAGREEN LIMA BEAN | SEGREST SEED CO   SLOCOMB AL | 1/29/2004 | 2/12/2004 | 14 | 21148 | 374 |
| PEACHES & CREAM HYB. SWEET CORN | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/21/2004 | 14 | 20881 | NC1203LF |
| PINKEYE PURPLEHULL BVR SOUTHERNPEA | THE FEED LOT  PIKE RD  AL | 12/2/2003 | 12/16/2003 | 14 | 20510 | 8690-5 |
| PURPLE TOP TURNIPS | MONTGOMERY SEED & SUPPLY CO   MONTG, AL. | 12/8/2003 | 12/22/2003 | 14 | 20543 | L111-2-OPT1 |
| QUICKPICK PINKEYE SOUTHERNPEA | AGRILIANCE - AFC  DECATUR AL | 2/4/2004 | 2/18/2004 | 14 | 21214 | 03-9022-5 |
| RATTLESNAKE POLE BEAN | SOUTHERN STATES   CULLMAN, AL | 2/4/2004 | 2/18/2004 | 14 | 21205 | 1115-4-1349 |
| ROMA II BUSH BEANS | OLD TYME FEED   FAIRHOPE, AL | 1/15/2004 | 1/29/2004 | 14 | 20977 | 072-03-902 |
| ROMA II GARDEN BEAN | KELLY SEED CO INC.   HARTFORD, AL | 1/29/2004 | 2/12/2004 | 14 | 21158 | 1580243 |
| ROMA II TOMATO | SOUTHERN STATES   CULLMAN, AL | 2/4/2004 | 2/18/2004 | 14 | 21192 | 825-R1 |
| SADANDY SOUTHERNPEA | AGRILIANCE - AFC  DECATUR AL | 2/4/2004 | 2/18/2004 | 14 | 21217 | 03-8986 |
| SIEVA LIMA BEANS | SEGREST SEED CO   SLOCOMB AL | 1/29/2004 | 2/12/2004 | 14 | 21141 | 366 |
| SIEVA POLE LIMA BEAN | SOUTHERN STATES   CULLMAN, AL | 2/4/2004 | 2/18/2004 | 14 | 21201 | 40-01 |
| SILVER KING F1 HYBRID SWEET CORN | SEGREST SEED CO   SLOCOMB AL | 1/29/2004 | 2/12/2004 | 14 | 21151 | NC71332MR |
| SILVER KING HYBRID SWEET CORN | AGRILIANCE - AFC  DECATUR AL | 1/22/2004 | 2/5/2004 | 14 | 21085 | NC 2200 MF |
| SILVER KING HYBRID SWEET CORN | SEED PROCESSORS INC  WETUMPKA AL 36093 | 12/8/2003 | 12/22/2003 | 14 | 20569 | 650623 |
| SILVER QUEEN F1 HYBRID SWEET CORN | LAWRENCE CO. EXCHANGE   MOULTON, AL | 1/22/2004 | 2/5/2004 | 14 | 21069 | 870422 |
| SILVER QUEEN F1 HYBRID SWEET CORN | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/21/2004 | 14 | 20875 | NC1179MR |
| SILVER QUEEN HYBRID SWEET CORN | AGRILIANCE - AFC  DECATUR AL | 1/22/2004 | 2/5/2004 | 14 | 21081 | NC 3286 LF |
| ST4793 R COTTON | AGRILIANCE   MADISON AL | 2/4/2004 | 2/18/2004 | 14 | 21280 | A02G2134 |
| ST4793R COTTON | AGRILIANCE   MADISON AL | 2/4/2004 | 2/18/2004 | 14 | 21283 | A02G2141 |
| ST4793R COTTON | AGRILIANCE   MADISON AL | 2/4/2004 | 2/18/2004 | 14 | 21286 | A02U1211 |
| ST4892BR COTTON | HELENA CHEMICAL   TANNER AL | 2/4/2004 | 2/18/2004 | 14 | 21253 | AM 3 G 2104 |
| ST4892R COTTON | AGRILIANCE   MADISON AL | 2/4/2004 | 2/18/2004 | 14 | 21285 | AM2G1155 |
| ST5303 R COTTON | AGRILIANCE   MADISON AL | 2/4/2004 | 2/18/2004 | 14 | 21281 | AC2G1200 |
| ST5599BR COTTON | HELENA CHEMICAL   TANNER AL | 2/4/2004 | 2/18/2004 | 14 | 21254 | AJ 3 G 1089 |
| SUGAR SNAP GARDEN PEA | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/21/2004 | 14 | 20862 | 111121 |
| SUMMERGRAZER III HYBRID SORGHUM SUDANGRASS | FLOYD'S FEED & SEED DADEVILLE, AL | 1/2/2004 | 1/16/2004 | 14 | 20824 | 352-E |
| SUREGROW 521 R COTTON | AGRILIANCE   MADISON AL | 2/4/2004 | 2/18/2004 | 14 | 21282 | 428E-1213-2 |
| SWEET G 90 HYBRID SWEET CORN | AGRILIANCE - AFC  DECATUR AL | 1/22/2004 | 2/5/2004 | 14 | 21084 | NC 3296 LR |
| SWEET G 90 HYBRID SWEET CORN | AGRILIANCE - AFC  DECATUR AL | 1/22/2004 | 2/5/2004 | 14 | 21083 | NC 3294 LF |
| TENDERGREEN IMPROVED GARDEN BEAN | SEGREST SEED CO   SLOCOMB AL | 1/29/2004 | 2/12/2004 | 14 | 21139 | 17402659 |
| TENDERGREEN IMPROVED GARDEN BEANS | KELLY SEED CO INC.   HARTFORD, AL | 1/29/2004 | 2/12/2004 | 14 | 21159 | 301144 |
| TENNESSEE WHITE CROWDER COWPEA | UNIVERSAL SEED & SUPPLY B-HAM AL | 1/22/2004 | 2/5/2004 | 14 | 21105 | F2186 |
| TEXAS CREAM 12 SOUTHERNPEA | AGRILIANCE - AFC  DECATUR AL | 2/4/2004 | 2/18/2004 | 14 | 21215 | 03-8647 |
| TEXAS CREAM 40 SOUTHERNPEA | AGRILIANCE - AFC  DECATUR AL | 2/4/2004 | 2/18/2004 | 14 | 21218 | 03-8901 |
| TEXAS CREAM 8 SOUTHERNPEA | AGRILIANCE - AFC  DECATUR AL | 2/4/2004 | 2/18/2004 | 14 | 21219 | 03-8924 |
| THOMAS LAXTON GARDEN PEAS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/21/2004 | 14 | 20868 | 102701 |
| THOROGREEN LIMA BEANS | GRAND BAY FEED   GRAND BAY AL | 1/15/2004 | 1/29/2004 | 14 | 20976 | 294116 |
| TRUCKER'S FAVORITE (WHITE) O.P. CORN | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/21/2004 | 14 | 20876 | 162 |
| TRUCKERS FAVORITE (YELLOW) OP CORN | SEED PROCESSORS INC  WETUMPKA AL 36093 | 12/8/2003 | 12/22/2003 | 14 | 20557 | 168 |
| TRUCKER'S FAVORITE O.P. WHITE CORN | THE FEED LOT  PIKE RD  AL | 12/2/2003 | 12/16/2003 | 14 | 20528 | 162 |
| TRUCKERS FAVORITE WHITE OP  CORN | SEED PROCESSORS INC  WETUMPKA AL 36093 | 12/8/2003 | 12/22/2003 | 14 | 20558 | 163 |
| WANDO GARDEN PEA | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/21/2004 | 14 | 20866 | 0030-570 |
| WHITE DIXIE BUTTERPEA LIMA BEAN | SEED PROCESSORS INC  WETUMPKA AL 36093 | 12/8/2003 | 12/22/2003 | 14 | 20560 | F2221 |
| WHITE DIXIE BUTTERPEA LIMA BEANS | SEGREST SEED CO   SLOCOMB AL | 1/29/2004 | 2/12/2004 | 14 | 21145 | 515266 |
| WINTERGRAZER 70 RYE | PENNINGTON SEED INC   CULLMAN AL | 10/22/2003 | 11/5/2003 | 14 | 20179 | WG70-06-03 |
| WINTERGRAZER 70 RYE | PENNINGTON SEED INC   CULLMAN AL | 10/22/2003 | 11/5/2003 | 14 | 20180 | WG70-05-03 |
| ZIPPER CREAM SOUTHERN PEA | UNIVERSAL SEED & SUPPLY B-HAM AL | 1/22/2004 | 2/5/2004 | 14 | 21103 | 8115-5 |
| ZIPPER CREAM SOUTHERNPEA | AGRILIANCE - AFC  DECATUR AL | 2/4/2004 | 2/18/2004 | 14 | 21220 | 03-8855-5 |
| (HULLED) BERMUDAGRASS | SIKES FEED & SEED OPELIKA AL | 11/20/2003 | 12/3/2003 | 13 | 20431 | 10991 |
| 49403  WHEAT | AGRILIANCE - AFC  DECATUR AL | 10/30/2003 | 11/12/2003 | 13 | 20281 | 1DKG4807 |
| 49403 WHEAT | AGRILIANCE - AFC  DECATUR AL | 10/30/2003 | 11/12/2003 | 13 | 20282 | 1DKG4806 |
| AGS 2000 WHEAT | HELENA CHEM   TANNER, AL | 10/30/2003 | 11/12/2003 | 13 | 20260 | 340 |
| AOSCA  AGS 2000 WHEAT | AGRILIANCE - AFC  DECATUR AL | 10/30/2003 | 11/12/2003 | 13 | 20279 | 340 |
| AOSCA CERT. 2684  WHEAT | AGRILIANCE - AFC  DECATUR AL | 10/30/2003 | 11/12/2003 | 13 | 20290 | 05W3CG1193 |
| AOSCA CERT. 2684 WHEAT | AGRILIANCE - AFC  DECATUR AL | 10/30/2003 | 11/12/2003 | 13 | 20287 | UG072 |
| AOSCA CERT. 2684 WHEAT | ELBERTA FARMERS CO-OP  PO 700  ELBERTA AL | 12/2/2003 | 12/15/2003 | 13 | 20508 | U98YC012 |
| AOSCA CERT. 26R24 WHEAT | AGRILIANCE - AFC  DECATUR AL | 10/30/2003 | 11/12/2003 | 13 | 20289 | UG037 |
| AOSCA CERT. AGS 2000 WHEAT | AGRILIANCE - AFC  DECATUR AL | 10/30/2003 | 11/12/2003 | 13 | 20284 | 340 |
| AOSCA CERT. AGS2000 WHEAT | AGRILIANCE - AFC  DECATUR AL | 10/30/2003 | 11/12/2003 | 13 | 20280 | 340 |
| BIG DADDY TETRAPLOID ANNUAL RYEGRASS | SOUTHERN STATES INC   ONEONTA, AL | 10/30/2003 | 11/12/2003 | 13 | 20258 | L175-3-37BD |
| BLUE LAKE 274 BUSH GARDEN BEAN | MURPHY'S OUTDOOR & HARDWARE   URIAH, AL | 1/15/2004 | 1/28/2004 | 13 | 20990 | 1040203 |
| BOB OATS | AGRILIANCE - AFC  DECATUR AL | 10/30/2003 | 11/12/2003 | 13 | 20291 | T-12 |
| CANGREEN LIMA BEANS | GROWERS SUPPLY   FRISCO CITY, AL | 1/15/2004 | 1/28/2004 | 13 | 20992 | 44.6000-989410 |
| COKER 227 OATS | SEED SOUTH   DOTHAN, AL. | 10/9/2003 | 10/22/2003 | 13 | 20085 | A-2 |
| COKER 9543 WHEAT | HELENA CHEM   TANNER, AL | 10/30/2003 | 11/12/2003 | 13 | 20262 | 1CC9543802 |
| CONTENDER BUSH GARDEN BEAN | ST. ELMO FEED & SEED   ST, ELMO, AL | 1/15/2004 | 1/28/2004 | 13 | 20973 | 5319-2-OC-2 |
| DIXIE DX 900 WHEAT | HELENA CHEM   TANNER, AL | 10/30/2003 | 11/12/2003 | 13 | 20261 | 311100 |
| DIXIE RESEEDING CRIMSON CLOVER | PIEDMONT FERTILIZER CO. OPELIKA  AL | 10/30/2003 | 11/12/2003 | 13 | 20253 | MP-2-DC-2 |
| DIXIE RESEEDING CRIMSON CLOVER | PIEDMONT FERTILIZER CO. OPELIKA  AL | 10/30/2003 | 11/12/2003 | 13 | 20254 | W8-2-CC-215 |
| DIXIE RESEEDING CRIMSON CLOVER | SEGREST SEED CO. SLOCOMB AL | 10/14/2003 | 10/27/2003 | 13 | 20106 | W8-3-CC-327 |
| EK102  WHEAT | AGRILIANCE - AFC  DECATUR AL | 10/30/2003 | 11/12/2003 | 13 | 20286 | 03-W061 |
| ELBON RYE | CLEMMONS & HAMMER KILLEN, AL | 10/3/2003 | 10/16/2003 | 13 | 20039 | LSC-1803 |
| GA MITCHELL OATS | AGRILIANCE - AFC  DECATUR AL | 10/30/2003 | 11/12/2003 | 13 | 20301 | 301 |

**SAMPLES TAKEN  --  October 2003 through February 2004**

*(sorted by number of days taken)*

| NAME GIVEN | SOURCE | DATE REC | REP DATE | # days | LAB # | LOT # |
|---|---|---|---|---|---|---|
| GA MITCHELL OATS | AGRILIANCE - AFC  DECATUR  AL | 10/30/2003 | 11/12/2003 | 13 | 20302 | 313 |
| GA MITCHELL OATS | AGRILIANCE - AFC  DECATUR  AL | 10/30/2003 | 11/12/2003 | 13 | 20303 | 302 |
| GA MITCHELL OATS | AGRILIANCE - AFC  DECATUR  AL | 10/30/2003 | 11/12/2003 | 13 | 20304 | 304 |
| GA MITCHELL OATS | AGRILIANCE - AFC  DECATUR  AL | 10/30/2003 | 11/12/2003 | 13 | 20305 | 305 |
| GA. CERT. 26R12 WHEAT | HELENA CHEM          TANNER, AL | 10/30/2003 | 11/12/2003 | 13 | 20263 | BB009 |
| GA. CERT. 26R12 WHEAT | HELENA CHEM          TANNER, AL | 10/30/2003 | 11/12/2003 | 13 | 20264 | BB010 |
| GA. CERT. 26R12 WHEAT | HELENA CHEM          TANNER, AL | 10/30/2003 | 11/12/2003 | 13 | 20265 | BB008 |
| GA. MITCHELL OATS | AGRILIANCE - AFC  DECATUR  AL | 10/30/2003 | 11/12/2003 | 13 | 20292 | 312 |
| GEORGIA COLLARDS | THE FEED LOT  PIKE RD  AL | 12/2/2003 | 12/15/2003 | 13 | 20529 | EO-14040 |
| GREEN CROP GARDEN BEANS | RACINE'S FEED & GARDEN SUPPLY      ROBERTSDALE | 1/15/2004 | 1/28/2004 | 13 | 20970 | 301124 |
| GULF ANNUAL RYEGRASS | SOUTHERN STATES STORES      ONEONTA, AL | 10/30/2003 | 11/12/2003 | 13 | 20255 | L99-2-89 |
| HASTINGS PROLIFIC WHITE CORN | BAILEY FEED & HARDWARE ALEXANDER CITY, AL | 1/8/2004 | 1/21/2004 | 13 | 20829 | HUMAN-1 |
| HENDERSON BUSH LIMA BEANS | FRANKLIN FARM SUPPLY      BAY MINETTE, AL | 1/15/2004 | 1/28/2004 | 13 | 20984 | 283 |
| HENDERSON BUSH LIMA BEANS | JEFF'S FEED & FARM SUPPLY      FLOMATION AL | 1/15/2004 | 1/28/2004 | 13 | 20958 | 370 |
| HENDERSON BUSH LIMA BEANS | OLD TYME FEED          FAIRHOPE, AL | 1/15/2004 | 1/28/2004 | 13 | 20979 | 370 |
| HENDERSON LIMA BEANS | DOWN TO EARTH      BREWTON AL | 1/15/2004 | 1/28/2004 | 13 | 20955 | 294142 |
| ICEBERG LETTUCE | KELLY SEED CO INC          HARTFORD AL | 2/12/2004 | 2/25/2004 | 13 | 21315 | K3221 |
| JACKSON WONDER  LIMA BEANS | FRANKLIN FARM SUPPLY      BAY MINETTE, AL | 1/15/2004 | 1/28/2004 | 13 | 20983 | 322 |
| JACKSON WONDER LIMA BEANS | DOWN TO EARTH      BREWTON AL | 1/15/2004 | 1/28/2004 | 13 | 20954 | 325 |
| JACKSON WONDER LIMA BEANS | JEFF'S FEED & FARM SUPPLY      FLOMATION AL | 1/15/2004 | 1/28/2004 | 13 | 20957 | 322 |
| JACKSON WONDER LIMA BEANS | TUCKER FARM CENTER      FRISCO CITY AL | 1/15/2004 | 1/28/2004 | 13 | 20966 | 325 |
| KENLAND RED CLOVER | THE FEED LOT  PIKE RD  AL | 12/2/2003 | 12/15/2003 | 13 | 20531 | Y3-9-524 |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED CULLMAN AL | 10/10/2003 | 10/23/2003 | 13 | 20093 | 320166GGR |
| KENTUCKY 31 TALL FESCUE | PENNINGTON SEED CULLMAN AL | 10/10/2003 | 10/23/2003 | 13 | 20095 | 32100GGR |
| MERIT HYBRID SWEET CORN | FARMERS EXCHANGE      BREWTON, AL | 1/15/2004 | 1/28/2004 | 13 | 20950 | 207066 |
| MERIT HYBRID SWEET CORN | FRANKLIN FARM SUPPLY      BAY MINETTE, AL | 1/15/2004 | 1/28/2004 | 13 | 20982 | 207066 |
| MERIT HYBRID SWEET CORN | JEFF'S FEED & FARM SUPPLY      FLOMATION AL | 1/15/2004 | 1/28/2004 | 13 | 20959 | 207066 |
| MISSISSIPPE SILVER SOUTHERNPEA | CENTRAL FARM SUPPLY      MONROEVILLE AL | 2/12/2004 | 2/25/2004 | 13 | 21319 | 8654-5 |
| MOMMOTH GOLD PUMPKIN | KELLY SEED CO INC          HARTFORD AL | 2/12/2004 | 2/25/2004 | 13 | 21316 | F2343 |
| NEMAGREEN LIMA BEANS | GROWERS SUPPLY      FRISCO CITY, AL | 1/15/2004 | 1/28/2004 | 13 | 20993 | 330 |
| PASSEREL PLUS ANNUAL RYEGRASS | PENNINGTON SEED CULLMAN AL | 10/30/2003 | 11/12/2003 | 13 | 20269 | L175-3-58PP |
| PASSEREL PLUS ANNUAL RYEGRASS | PENNINGTON SEED CULLMAN AL | 10/30/2003 | 11/12/2003 | 13 | 20271 | L77-3-A5 |
| PASSEREL PLUS ANNUAL RYEGRASS | PENNINGTON SEED CULLMAN AL | 10/30/2003 | 11/12/2003 | 13 | 20277 | B5-3-BP3 |
| PASSEREL PLUS ANNUAL RYEGRASS | PENNINGTON SEED CULLMAN AL | 10/30/2003 | 11/12/2003 | 13 | 20278 | L175-3-57PP |
| SHOGOIN TURNIP | THE FEED LOT  PIKE RD  AL | 12/2/2003 | 12/15/2003 | 13 | 20524 | A472000 |
| SILVER KING SWEET F1 HYBRID CORN | GRAND BAY FEED          GRAND BAY AL | 1/15/2004 | 1/28/2004 | 13 | 20974 | NC0084LF |
| SILVER QUEEN F1 HYBRID SWEET CORN | FRANKLIN FARM SUPPLY      BAY MINETTE, AL | 1/15/2004 | 1/28/2004 | 13 | 20981 | NC1205 MR |
| SILVER QUEEN HYBRID SWEET CORN | TUCKER FARM CENTER      FRISCO CITY AL | 1/15/2004 | 1/28/2004 | 13 | 20967 | NC0512ELF |
| SR30127J WHEAT | AGRILIANCE - AFC  DECATUR  AL | 10/30/2003 | 11/12/2003 | 13 | 20288 | 03-W31 |
| SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS          TONEY AL | 10/2/2003 | 10/15/2003 | 13 | 20000 | 613 |
| SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS          TONEY AL | 10/2/2003 | 10/15/2003 | 13 | 20001 | 614 |
| SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS          TONEY AL | 10/2/2003 | 10/15/2003 | 13 | 20002 | 615 |
| SSCA CERT. COKER 9543 WHEAT | BRAGG FARMS          TONEY AL | 10/2/2003 | 10/15/2003 | 13 | 20004 | 512 |
| SSCA CERT. COKER 9543 WHEAT | BRAGG FARMS          TONEY AL | 10/2/2003 | 10/15/2003 | 13 | 20005 | 503 |
| SSCA CERT. COKER 9663 WHEAT | BRAGG FARMS          TONEY AL | 10/2/2003 | 10/15/2003 | 13 | 20003 | 202 |
| SUGAR GRAZE II HYBRID SORGHUM SUDANGRASS | CENTRAL FARM SULPPLY      ATMORE AL | 2/12/2004 | 2/25/2004 | 13 | 21321 | 222 A |
| SWEET G-90 HYBRID SWEET CORN | UAP SOUTHEAST      ATMORE AL | 2/12/2004 | 2/25/2004 | 13 | 21320 | NC1186LR |
| THOROGREEN LIMA BEANS | JEFF'S FEED & FARM SUPPLY      FLOMATION AL | 1/15/2004 | 1/28/2004 | 13 | 20960 | 294116 |
| TN CERT. JACKSON WHEAT | SOUTHERN STATES STORES      ONEONTA, AL | 10/30/2003 | 11/12/2003 | 13 | 20257 | 12334 |
| WHITE EGG TURNIP | THE FEED LOT  PIKE RD  AL | 12/2/2003 | 12/15/2003 | 13 | 20518 | 8426000 |
| WRENS ABRUZZI RYE | AGRILIANCE - AFC  DECATUR  AL | 10/30/2003 | 11/12/2003 | 13 | 20294 | MSF-0311 |
| 101 BLEND WHEAT | ATMORE TRUCKERS          ATMORE, AL | 10/22/2003 | 11/3/2003 | 12 | 20194 | RB0274 |
| 49403 WHEAT | GREENSBORO COOP  GREENSBORO  AL | 10/22/2003 | 11/3/2003 | 12 | 20190 | 1DKG813 |
| AFC 1001 HYBRID PEARL MILLET | ELBERTA FARMERS CO-OP          ELBERTA  AL | 1/29/2004 | 2/10/2004 | 12 | 21127 | 9640 |
| AFC20-20 RYE | DALE COOP  ARITON AL | 10/22/2003 | 11/3/2003 | 12 | 20203 | AFC--02-2003 |
| AOSCA CERT. 26R38 WHEAT | FARMERS COOP MKT. BOX 187  FRISCO CITY  AL | 10/22/2003 | 11/3/2003 | 12 | 20197 | U98YC015 |
| ARK. CERT. COKER 9152 WHEAT | ESCAMBIA FARM & SEED          ATMORE, AL | 10/9/2003 | 10/21/2003 | 12 | 20072 | DM-3004 |
| ARK. CERT. COKER 9663 WHEAT | ESCAMBIA FARM & SEED          ATMORE, AL | 10/9/2003 | 10/21/2003 | 12 | 20070 | 03-W72 |
| ARK. CERT. COKER 9663 WHEAT | ESCAMBIA FARM & SEED          ATMORE, AL | 10/9/2003 | 10/21/2003 | 12 | 20071 | MF-3521 |
| BOB OATS | PETTIT FARM SUPPLY, BLOUNTSVILLE AL | 10/22/2003 | 11/3/2003 | 12 | 20143 | T-12 |
| DWARF O.P. CORN | SEGREST SEED CO          SLOCOMB AL | 1/29/2004 | 2/10/2004 | 12 | 21153 | 182 |
| EK102 WHEAT | DALE COOP  ARITON  AL | 10/22/2003 | 11/3/2003 | 12 | 20204 | 03-W027 |
| EK-102 WHEAT | PENNINGTON SEED INC  CULLMAN AL | 10/22/2003 | 11/3/2003 | 12 | 20178 | 03-W058 |
| ELBON RYE | DALE COOP  ARITON AL | 10/22/2003 | 11/3/2003 | 12 | 20200 | LSC-2503 |
| ELBON RYE | GOSHEN CO OP          GOSHEN, AL. | 10/9/2003 | 10/21/2003 | 12 | 20084 | 205-5 |
| ELBON RYE | HELENA CHEMICAL CO. SUMMERDALE AL | 10/22/2003 | 11/3/2003 | 12 | 20193 | 2798 |
| ELBON RYE | KELLY SEED CO INC.          HARTFORD. AL | 10/9/2003 | 10/21/2003 | 12 | 20079 | 3CC-79 |
| ELBON RYE | RED FOX DOTHAN AL | 10/22/2003 | 11/3/2003 | 12 | 20219 | B-5155 |
| ELBON RYE | UAP SOUTHEAST          KINSTON, AL | 10/9/2003 | 10/21/2003 | 12 | 20077 | BSRE-3-10 |
| ELBON WHEAT | UAP SOUTHEAST BOX 638  ATMORE AL  36504 | 10/22/2003 | 11/3/2003 | 12 | 20198 | LSC-5703 |
| GA. GORE WHEAT | RED FOX DOTHAN AL | 10/22/2003 | 11/3/2003 | 12 | 20217 | JSG-6 |
| HULLED SERALA SERICEA LESPEDEZA | DILLARDS FEED MILL TALLASSEE AL | 11/20/2003 | 12/2/2003 | 12 | 20424 | MSF-MH-0144 |
| INDIAN ORNAMENTAL O.P. CORN | SEGREST SEED CO          SLOCOMB AL | 1/29/2004 | 2/10/2004 | 12 | 21152 | 179 |
| MATON RYE | DALE COOP  ARITON AL | 10/22/2003 | 11/3/2003 | 12 | 20199 | LSC-2603 |
| MEXICAN JUME OPEN POLLINATED CORN | SEGREST SEED CO          SLOCOMB AL | 1/29/2004 | 2/10/2004 | 12 | 21149 | 188 |
| MF-B17 HYBRID CORN | AGRILIANCE  AFC          DOTHAN AL | 1/29/2004 | 2/10/2004 | 12 | 21167 | L343006 |
| MIXED IRON & CLAY COWPEAS | BARTL FARMS; 14821 CO RD 91; ELBERTA  AL | 1/29/2004 | 2/10/2004 | 12 | 21129 | NA |
| NC REG. COKER 9663  WHEAT | BRAGG FARMS          TONEY AL | 10/22/2003 | 11/3/2003 | 12 | 20185 | 613-3301B |
| NC REG. COKER 9184  WHEAT | BRAGG FARMS          TONEY AL | 10/22/2003 | 11/3/2003 | 12 | 20189 | 613-3108B |

03/05/2004

**SAMPLES TAKEN — October 2003 through February 2004**

*(sorted by number of days taken)*

| NAME GIVEN | SOURCE | DATE REC | REP DATE | # days | LAB # | LOT # |
|---|---|---|---|---|---|---|
| NC REG. COKER 9663 WHEAT | BRAGG FARMS        TONEY AL | 10/22/2003 | 11/3/2003 | 12 | 20187 | 6F3-3007B |
| NC REG. COKER 9803 WHEAT | BRAGG FARMS        TONEY AL | 10/22/2003 | 11/3/2003 | 12 | 20184 | 613-34043 |
| NC REG. COKER 9835 WHEAT | BRAGG FARMS        TONEY AL | 10/22/2003 | 11/3/2003 | 12 | 20188 | 613-3501 |
| PENCIL COB O.P. CORN | SEGREST SEED CO        SLOCOMB AL | 1/29/2004 | 2/10/2004 | 12 | 21155 | 165 |
| PENNGRAIN DR HYBRID GRAIN SORGHUM | FLOYD'S FEED & SEED DADEVILLE, AL | 1/2/2004 | 1/14/2004 | 12 | 20822 | 10148 |
| PEREDOVIK TYPE SUNFLOWER | AGRALIANCE- AFC LLC        DOTHAN AL | 1/29/2004 | 2/10/2004 | 12 | 21166 | 8973 |
| SC CERT. COKER 820 OAT | RED FOX  DOTHAN  AL | 10/22/2003 | 11/3/2003 | 12 | 20216 | BRM25 |
| SC CERT. COKER 820 OATS | RED FOX  DOTHAN  AL | 10/22/2003 | 11/3/2003 | 12 | 20215 | BRM24 |
| SHOGOIN TURNIP | SEGREST SEED CO  SLOCOMB AL | 10/22/2003 | 11/3/2003 | 12 | 20192 | 3121 |
| SOUTH AMERICAN POPCORN O.P. CORN | SEGREST SEED CO        SLOCOMB AL | 1/29/2004 | 2/10/2004 | 12 | 21154 | 183 |
| STRIKE BUSH BEAN | SEGREST SEED CO        SLOCOMB AL | 1/29/2004 | 2/10/2004 | 12 | 21137 | 071-03-201 |
| TN CERT. JACKSON WHEAT | FARMERS CO OP MKT.        FRISCO CITY, AL. | 10/9/2003 | 10/21/2003 | 12 | 20076 | 12336 |
| TRUCKER'S FAVORITE WHITE CORN | B W CAPPS & SON  OPELIKA , AL | 1/9/2004 | 1/21/2004 | 12 | 20916 | 162 |
| WRENS ABRUZZI RYE | UAP SOUTHEAST        ATMORE, AL. | 10/9/2003 | 10/21/2003 | 12 | 20075 | BSRW-3-1 |
| ALL GREEN LIMA BEAN | ELMORE CO EXCHANGE  WETUMPKA AL | 12/11/2003 | 12/22/2003 | 11 | 20588 | 301234 |
| ARKANSAS CERT. COKER 9663 WHEAT | ESCAMBIA FARM & SEED  ATMORE AL 36502 | 12/11/2003 | 12/22/2003 | 11 | 20575 | 03-W71 |
| DOVE PROSO MILLET | FLOYD'S FEED & SEED DADEVILLE. AL | 1/2/2004 | 1/13/2004 | 11 | 20820 | 809A |
| DWARF ESSEX RAPESEED | DAN'S HARDWARE & SUPPLY PHENIX CITY, AL | 1/12/2004 | 1/23/2004 | 11 | 20928 | RP01 |
| ELBON RYE | AGRILIANCE - AFC  DECATUR AL | 10/16/2003 | 10/27/2003 | 11 | 20146 | LSC-5503 |
| ELBON RYE | KELLY SEED CO INC PO 370 HARTFORD AL 36344 | 11/6/2003 | 11/17/2003 | 11 | 20307 | 3CC-83 |
| GA MITCHELL OATS | AGRILIANCE - AFC  DECATUR AL | 11/14/2003 | 11/25/2003 | 11 | 20343 | 314 |
| GA MITCHELL OATS | AGRILIANCE - AFC  DECATUR AL | 11/14/2003 | 11/25/2003 | 11 | 20344 | 356 |
| GEORGIA COLLARDS | H. A. VAUGHN  SEED STORE        TUSKEGEE, AL | 1/22/2004 | 2/2/2004 | 11 | 21043 | E0 14000 |
| GOLDEN QUEEN F1 HYBRID SWEET CORN | GROWERS SUPPLY        FRISCO CITY, AL | 1/15/2004 | 1/26/2004 | 11 | 20996 | NC9075ZMR |
| GOLDEN QUEEN F1 SWEET HYBRID CORN | OLD TYME FEED        FAIRHOPE, AL | 1/15/2004 | 1/26/2004 | 11 | 20978 | NC0026LF |
| GULF ANNUAL RYEGRASS | AGRILIANCE - AFC  DECATUR AL | 12/11/2003 | 12/22/2003 | 11 | 20578 | L4-3-10G |
| GULF ANNUAL RYEGRASS | AGRILIANCE - AFC  DECATUR AL | 12/11/2003 | 12/22/2003 | 11 | 20579 | L4-2-109G |
| GULF ANNUAL RYEGRASS | FAITHWAY FEED  GUNTERSVILLE AL | 12/11/2003 | 12/22/2003 | 11 | 20577 | L178-3-6G |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED INC CULLMAN AL | 12/11/2003 | 12/22/2003 | 11 | 20583 | L183-1-34 |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED INC CULLMAN AL | 12/11/2003 | 12/22/2003 | 11 | 20584 | L183-3-210 |
| GULF ANNUAL RYEGRASS | PENNINGTON SEED INC CULLMAN AL | 12/11/2003 | 12/22/2003 | 11 | 20585 | L183-2-80 |
| HENDERSON BUSH LIMA BEANS | ELMORE CO EXCHANGE  WETUMPKA AL | 12/11/2003 | 12/22/2003 | 11 | 20589 | 370 |
| HENDERSON LIMA BEANS | FLOYD'S FEED & SEED DADEVILLE, AL | 1/2/2004 | 1/13/2004 | 11 | 20819 | F2104 |
| JACKSON WONDER LIMA BEAN | ELMORE CO EXCHANGE  WETUMPKA AL | 12/11/2003 | 12/22/2003 | 11 | 20591 | 515333 |
| MANOR COMMON BUCKWHEAT | GRO SOUTH MONTGOMERY AL | 11/13/2003 | 11/24/2003 | 11 | 20318 | 9129 |
| MERIT HYBRID SWEET CORN | GROWERS SUPPLY        FRISCO CITY, AL | 1/15/2004 | 1/26/2004 | 11 | 20998 | 346026 |
| PURPLE TOP TURNIP | AGRILIANCE AFC        DOTHAN, AL | 1/22/2004 | 2/2/2004 | 11 | 21056 | L111-2-OPT1 |
| PURPLE TOP WHITE GLOBE TURNIP | AGRILIANCE - AFC  DECATUR AL | 1/22/2004 | 2/2/2004 | 11 | 21094 | W8014 |
| PURPLE TOP WHITE GLOBE TURNIP | DAN'S HARDWARE & SUPPLY PHENIX CITY, AL | 1/12/2004 | 1/23/2004 | 11 | 20929 | 10629 |
| PURPLE TOP WHITE GLOBE TURNIP | H. A. VAUGHN  SEED STORE        TUSKEGEE, AL | 1/22/2004 | 2/2/2004 | 11 | 21042 | 10635 |
| SILVER QUEEN F1 HYBRID SWEET CORN | GROWERS SUPPLY        FRISCO CITY, AL | 1/15/2004 | 1/26/2004 | 11 | 20997 | NC1174LF |
| SILVER QUEEN F1 SWEET HYBRID CORN | GRAND BAY FEED        GRAND BAY AL | 1/15/2004 | 1/26/2004 | 11 | 20975 | NC0512ELF |
| SSCA CERT. COKER 9025 WHEAT | BRAGG FARMS        TONEY AL | 10/10/2003 | 10/21/2003 | 11 | 20098 | 412 |
| SSCA CERT. COKER 9025 WHEAT | BRAGG FARMS        TONEY AL | 10/10/2003 | 10/21/2003 | 11 | 20099 | 411 |
| SSCA CERT. COKER 9025 WHEAT | BRAGG FARMS        TONEY AL | 10/10/2003 | 10/21/2003 | 11 | 20100 | 404 |
| SSCA CERT. COKER 9543 WHEAT | BRAGG FARMS        TONEY AL | 10/10/2003 | 10/21/2003 | 11 | 20101 | 505 |
| SSCA CERT. COKER 9663 WHEAT | BRAGG FARMS        TONEY AL | 10/10/2003 | 10/21/2003 | 11 | 20102 | 201 |
| SSCA CERT. COKER 9663 WHEAT | BRAGG FARMS        TONEY AL | 10/10/2003 | 10/21/2003 | 11 | 20103 | 209 |
| SSCA CERT. COKER 9663 WHEAT | BRAGG FARMS        TONEY AL | 10/10/2003 | 10/21/2003 | 11 | 20104 | 208 |
| SSCA CERT. COKER 9803 WHEAT | BRAGG FARMS        TONEY AL | 10/10/2003 | 10/21/2003 | 11 | 20097 | 309 |
| THOROGREEN GARDEN BEAN | ELMORE CO EXCHANGE  WETUMPKA AL | 12/11/2003 | 12/22/2003 | 11 | 20590 | 515312 |
| W.G.F. SORGHUM | CLEMMONS & HAMMER KILLEN, AL | 11/14/2003 | 11/25/2003 | 11 | 20350 | 397-T |
| W.G.F. SORGHUM | CLEMMONS & HAMMER  KILLEN, AL | 11/14/2003 | 11/25/2003 | 11 | 20351 | 395-T |
| W.G.F. SORGHUM | CLEMMONS & HAMMER KILLEN, AL | 11/14/2003 | 11/25/2003 | 11 | 20352 | 398 T |
| WHITE EGG TURNIP | H. A. VAUGHN  SEED STORE        TUSKEGEE, AL | 1/22/2004 | 2/2/2004 | 11 | 21045 | 8426000 |
| WRENS ABRUZZI RYE | AGRILIANCE - AFC  DECATUR AL | 10/16/2003 | 10/27/2003 | 11 | 20149 | 03208 |
| WRENS ABRUZZI RYE | AGRILIANCE - AFC  DECATUR AL | 12/11/2003 | 12/22/2003 | 11 | 20580 | T-21490 |
| WREN'S ABRUZZI RYE | KELLY SEED CO INC PO 370 HARTFORD AL 36344 | 11/6/2003 | 11/17/2003 | 11 | 20308 | 03235 |
| CERT. 26R38 WHEAT | AGRILIANCE - AFC  DECATUR AL | 11/14/2003 | 11/24/2003 | 10 | 20333 | UG148 |
| CERT. 26R38 WHEAT | AGRILIANCE - AFC  DECATUR AL | 11/14/2003 | 11/24/2003 | 10 | 20334 | UG146 |
| DP451 BGRR COTTON | SOUTHERN STATES        DANVILLE AL | 2/8/2004 | 2/18/2004 | 10 | 21248 | 696S 2181 U |
| EK 102 WHEAT | AGRILIANCE - AFC  DECATUR AL | 11/14/2003 | 11/24/2003 | 10 | 20335 | 03-W062 |
| EK 102 WHEAT | PENNINGTON SEED CULLMAN AL | 11/14/2003 | 11/24/2003 | 10 | 20346 | 03- |
| HARRISON OATS | RED FOX        DOTHAN, AL. | 10/6/2003 | 10/16/2003 | 10 | 20045 | 32086 |
| HENDERSON BUSH LIMA BEANS | FLOYD'S FEED & SEED DADEVILLE, AL | 1/2/2004 | 1/12/2004 | 10 | 20817 | 370 |
| HYBRID 30F33 FIELD CORN | AGSOUTH, INC 13995 HWY 10 FITZPATRICK, AL | 1/13/2004 | 1/23/2004 | 10 | 20937 | A1SCZ11003-00 |
| JACKSON WONDER LIMA BEANS | FLOYD'S FEED & SEED DADEVILLE, AL | 1/2/2004 | 1/12/2004 | 10 | 20818 | 322 |
| MS CERT. COKER 9663 WHEAT | AGRILIANCE - AFC  DECATUR AL | 11/14/2003 | 11/24/2003 | 10 | 20336 | CCK96633011 |
| MS CERT. COKER 9663 WHEAT | AGRILIANCE - AFC  DECATUR AL | 11/14/2003 | 11/24/2003 | 10 | 20342 | CCK96633013 |
| N.C. REG. COKER 9184 WHEAT | BRAGG FARMS        TONEY AL | 11/14/2003 | 11/24/2003 | 10 | 20328 | 6I3-3108B |
| PENNLEAF HYBRID PEARL MILLET | FLOYD'S FEED & SEED DADEVILLE, AL | 1/2/2004 | 1/12/2004 | 10 | 20823 | 3552F |
| SSCA  FOUNDATION JACKSON WHEAT | BRAGG FARMS        TONEY AL | 11/14/2003 | 11/24/2003 | 10 | 20331 | 301 |
| TN CERT. SALUDA WHEAT | AGRILIANCE - AFC  DECATUR AL | 11/14/2003 | 11/24/2003 | 10 | 20337 | 379 |
| 32R25 HYBRID CORN | AGRILIANCE - AFC  DECATUR AL | 2/4/2004 | 2/13/2004 | 9 | 21172 | Z3WOR11014-00 |
| 36803 WHEAT | AGRILIANCE - AFC  DECATUR AL | 10/15/2003 | 10/24/2003 | 9 | 20117 | NE21179 |
| 38158 WHEAT | AGRILIANCE - AFC  DECATUR AL | 10/15/2003 | 10/24/2003 | 9 | 20118 | NE21160 |
| 691BT/LL LF-87 HYBRID CORN | AGRILIANCE - AFC  DECATUR AL | 2/4/2004 | 2/13/2004 | 9 | 21175 | E343031 |
| 818RR/BT LR-B2 HYBRID CORN | AGRILIANCE - AFC  DECATUR AL | 2/4/2004 | 2/13/2004 | 9 | 21176 | E244554 |
| 8288 HYBRID FIELD CORN | MADISON COUNTY COOP  HAZELGREEN  AL | 2/4/2004 | 2/13/2004 | 9 | 21187 | 3H4F |

**SAMPLES TAKEN -- October 2003 through February 2004**

(sorted by number of days taken)

| NAME GIVEN | SOURCE | DATE REC | REP DATE | # days | LAB # | LOT # |
|---|---|---|---|---|---|---|
| 8348 HYBRID FIELD CORN | MADISON COUNTY COOP  HAZELGREEN AL | 2/4/2004 | 2/13/2004 | 9 | 21188 | TU20 |
| 8366BH HYBRID FIELD CORN | MADISON COUNTY COOP  HAZELGREEN AL | 2/4/2004 | 2/13/2004 | 9 | 21189 | PW44 |
| CERT. AGS 2000 WHEAT | AGRILIANCE - AFC DECATUR AL | 10/15/2003 | 10/24/2003 | 9 | 20122 | 339 |
| CERT. AGS 2000 WHEAT | AGRILIANCE - AFC DECATUR AL | 10/15/2003 | 10/24/2003 | 9 | 20123 | 339 |
| CERT. AGS 2000 WHEAT | AGRILIANCE - AFC DECATUR AL | 10/15/2003 | 10/24/2003 | 9 | 20116 | 858 |
| CERT. C 9663 WHEAT | AGRILIANCE - AFC DECATUR AL | 10/15/2003 | 10/24/2003 | 9 | 20124 | 17984 |
| CLEMSON SPINELESS 80 OKRA | AGRILIANCE - AFC  DECATUR AL | 2/4/2004 | 2/13/2004 | 9 | 21224 | 524 |
| DIXIE BUTTERPEA WHITE LIMA BEAN | SOUTHERN STATES  CULLMAN, AL | 2/4/2004 | 2/13/2004 | 9 | 21202 | KEL 372 |
| DS822RR MF-B9 HYBRID CORN | AGRILIANCE - AFC  DECATUR AL | 2/4/2004 | 2/13/2004 | 9 | 21173 | E245992 |
| DS822RR MR-B3 HYBRID CORN | AGRILIANCE - AFC  DECATUR AL | 2/4/2004 | 2/13/2004 | 9 | 21174 | E246992 |
| DWARF HORT. TAYLOR BUSH BEAN | SOUTHERN STATES  CULLMAN, AL | 2/4/2004 | 2/13/2004 | 9 | 21204 | 3-R1 (026-01-105) |
| DWARF HORTICULTURE (BUSH) GARDEN BEAN | SOUTHERN STATES  CULLMAN, AL | 2/4/2004 | 2/13/2004 | 9 | 21203 | 3-R2 (026-01-105) |
| EDISTO 47 CANTALOUPE | SOUTHERN STATES  CULLMAN, AL | 2/4/2004 | 2/13/2004 | 9 | 21193 | 30K72 |
| HARRISON OATS | AGRILIANCE - AFC DECATUR AL | 10/15/2003 | 10/24/2003 | 9 | 20126 | B103-34 |
| MERRIT HYBRID SWEET CORN | WHITLEY FEED & FARM SUPPLY  ALTOONA, AL | 1/12/2004 | 1/21/2004 | 9 | 20932 | 93302 |
| NC REG. COKER 9663 WHEAT | BRAGG FARMS  TONEY AL | 10/15/2003 | 10/24/2003 | 9 | 20110 | 6F3-30068 |
| ORNAMENTAL POPCORN INDIAN CORN | SOUTHERN STATES  CULLMAN, AL | 2/4/2004 | 2/13/2004 | 9 | 21195 | 106-S2 |
| 101 BLEND WHEAT | AGRILIANCE - AFC DECATUR AL | 10/16/2003 | 10/24/2003 | 8 | 20157 | RBO274 |
| BLACK OIL (Peredovik Type) SUNFLOWERS | PENNINGTON SEED INC. CULLMAN AL | 2/4/2004 | 2/12/2004 | 8 | 21211 | 4122 |
| BLUE LAKE 274 BUSH GARDEN  BEAN | CHANDLER'S FEED & SEED  BAY MINETTE, AL | 1/29/2004 | 2/6/2004 | 8 | 21117 | 1040203 |
| CALIFORNIA BLACKEYE COWPEAS | SEED PROCESSORS INC  WETUMPKA AL 36093 | 12/8/2003 | 12/16/2003 | 8 | 20567 | 2002MG |
| CANGREEN GARDEN LIMA BEAN | CHANDLER'S FEED & SEED  BAY MINETTE, AL | 1/29/2004 | 2/6/2004 | 8 | 21116 | 515311 |
| CANGREEN LIMA BEANS | ROBERTSDALE FEED STORE  ROBERTSDALE | 1/29/2004 | 2/6/2004 | 8 | 21114 | 334 |
| COKER 9663 WHEAT | LIMESTONE COOP  ATHENS, AL. | 10/16/2003 | 10/24/2003 | 8 | 20141 | 17984 |
| CORONET PURPLEHULL COWPEAS | SEED PROCESSORS INC  WETUMPKA AL 36093 | 12/8/2003 | 12/16/2003 | 8 | 20563 | 0S-1 |
| HENDERSON BUSH LIMA BEAN | SEED PROCESSORS INC  WETUMPKA AL 36093 | 12/8/2003 | 12/16/2003 | 8 | 20561 | 283 |
| MERIT (ASGROW) HYBRID SWEET CORN | CHANDLER'S FEED & SEED  BAY MINETTE, AL | 1/29/2004 | 2/6/2004 | 8 | 21115 | 197806 LF |
| MERIT HYBRID SWEET CORN | ROBERTSDALE FEED STORE  ROBERTSDALE | 1/29/2004 | 2/6/2004 | 8 | 21113 | 94851 LF |
| MERIT HYBRID SWEET CORN | SEED PROCESSORS INC  WETUMPKA AL 36093 | 12/8/2003 | 12/16/2003 | 8 | 20585 | 93302 |
| NATIONAL PICKLING CUCUMBER | SOUTHERN STATES  CULLMAN, AL | 2/4/2004 | 2/12/2004 | 8 | 21194 | 128-S1 |
| RATTLESNAKE POLE GARDEN BEAN | SEED PROCESSORS INC  WETUMPKA AL 36093 | 12/8/2003 | 12/16/2003 | 8 | 20562 | 57-557*029 |
| REID'S YELLOW DENT OP CORN | SEED PROCESSORS INC  WETUMPKA AL 36093 | 12/8/2003 | 12/16/2003 | 8 | 20556 | 170 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/15/2004 | 8 | 20890 | MP 110 |
| SSCA CERT. TIFTON 9 BAHIAGRASS | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/15/2004 | 8 | 20892 | 01-106-C-303 |
| T.C.I.A - SALUDA WHEAT | CLEMMONS & HAMMER KILLEN, AL | 10/16/2003 | 10/24/2003 | 8 | 20135 | 374 |
| WRENS ABRUZZI RYE | CLEMMONS & HAMMER KILLEN, AL | 10/16/2003 | 10/24/2003 | 8 | 20139 | LSC-5403 |
| WRENS ABRUZZI RYE | CLEMMONS & HAMMER KILLEN, AL | 10/16/2003 | 10/24/2003 | 8 | 20138 | LSC-5303 |
| 38206 WHEAT | AGRILIANCE- AFC, LLC  DECATUR AL | 10/28/2003 | 11/4/2003 | 7 | 20232 | NE21 172 |
| AOSCA CERT. 26R38  WHEAT | AGRILIANCE- AFC, LLC  DECATUR AL | 10/28/2003 | 11/4/2003 | 7 | 20231 | U98YC015 |
| BOB OATS | AGRILIANCE - AFC  DECATUR AL | 10/15/2003 | 10/22/2003 | 7 | 20125 | T-13 |
| COKER 227 OATS | ELMORE CO EXCHANGE  WETUMPKA AL | 10/15/2003 | 10/22/2003 | 7 | 20133 | PF819 |
| COKER 227 OATS | ELMORE CO EXCHANGE  WETUMPKA AL | 10/15/2003 | 10/22/2003 | 7 | 20134 | PF819 |
| DWARF ESSEX RAPE | DAN'S HARDWARE & SUPPLY PHENIX CITY, AL | 10/9/2003 | 10/16/2003 | 7 | 20066 | 32099-R |
| DWARF GREEN LONG POD OKRA | SEED SOUTH  DOTHAN AL | 1/7/2004 | 1/14/2004 | 7 | 20857 | 4204 |
| ELBON RYE | AGRILIANCE- AFC, LLC  DECATUR AL | 10/16/2003 | 10/23/2003 | 7 | 20145 | LSC-4503 |
| ELBON RYE | AGRILIANCE- AFC, LLC  DECATUR AL | 10/28/2003 | 11/4/2003 | 7 | 20230 | LSC-6103 |
| ELBON RYEGRASS | UAP  MADISON  MADISON AL | 10/28/2003 | 11/4/2003 | 7 | 20240 | LSC-5903 |
| HARRISON OATS | AGRILIANCE - AFC  DECATUR AL | 10/15/2003 | 10/22/2003 | 7 | 20127 | B103-33 |
| LA 604 OATS | AGRILIANCE - AFC  DECATUR AL | 10/15/2003 | 10/22/2003 | 7 | 20128 | GFS03-3 |
| MAGNUM OATS | PENNINGTON SEED CULLMAN AL | 10/30/2003 | 11/6/2003 | 7 | 20267 | L165-3-CMO3 |
| PURPLE TOP TURNIP | AGRILIANCE - AFC  DECATUR AL | 10/16/2003 | 10/23/2003 | 7 | 20159 | L18-3-202 |
| SIBERIAN DWARF KALE | AGRILIANCE - AFC  DECATUR AL | 10/16/2003 | 10/23/2003 | 7 | 20158 | L111-3-VK |
| SR30-127J WHEAT | AGRILIANCE- AFC, LLC  DECATUR AL | 10/28/2003 | 11/4/2003 | 7 | 20234 | 03-W31 |
| TN CERT. JACKSON WHEAT | FAITHWAY FEED  GUNTERSVILLE AL | 10/28/2003 | 11/4/2003 | 7 | 20227 | 12333 |
| DWARF ESSEX RAPE | DAN'S HARDWARE & SUPPLY PHENIX CITY, AL | 10/9/2003 | 10/15/2003 | 6 | 20067 | RP01 |
| PENNGRAIN DR HYBRID GRAIN SORGHUM | BAILEY FEED & HARDWARE ALEXANDER CITY, AL | 1/8/2004 | 1/14/2004 | 6 | 20828 | 10148 |
| SILVER KING HYBRID SWEET CORN | ELBERTA FARMERS CO-OP  ELBERTA  AL | 2/12/2004 | 2/18/2004 | 6 | 21317 | NC0084LF |
| SSCA CERT. COKER 9543 WHEAT | BRAGG FARMS  TONEY AL | 10/15/2003 | 10/21/2003 | 6 | 20108 | 513 |
| SSCA CERT. COKER 9543 WHEAT | BRAGG FARMS  TONEY AL | 10/15/2003 | 10/21/2003 | 6 | 20109 | 504 |
| WRENS ABRUZZI RYE | AGRILIANCE - AFC  DECATUR AL | 10/15/2003 | 10/21/2003 | 6 | 20119 | 03180 |
| WREN'S ABRUZZI RYE | AGRILIANCE- AFC, LLC  DECATUR AL | 10/28/2003 | 11/3/2003 | 6 | 20235 | TPC-67 |
| WREN'S ABRUZZI RYE | KELLY SEED CO INC PO 370 HARTFORD AL 36344 | 11/6/2003 | 11/12/2003 | 6 | 20306 | 3CC71 |
| GA. COLLARDS | SEGREST SEED CO  SLOCOMB AL | 10/22/2003 | 10/27/2003 | 5 | 20191 | J069000 |
| GRAZE KING RYE | CLEMMONS & HAMMER KILLEN, AL | 10/16/2003 | 10/21/2003 | 5 | 20137 | T-20903 |
| WRENS ABRUZZI RYE | AGRILIANCE - AFC  DECATUR AL | 10/15/2003 | 10/20/2003 | 5 | 20120 | 03179 |
| WRENS ABRUZZI RYE | MURPHREE SEED FARM  COLLINSVILLE, AL | 10/30/2003 | 11/4/2003 | 5 | 20259 | MSF-0312 |
| PATRIOT 912 WHEAT | PETTIT FARM SUPPLY, BLOUNTSVILLE AL | 10/22/2003 | 10/24/2003 | 2 | 20142 | 10 |

**1251 SAMPLES TAKEN**          **22.5  AVG. # DAYS**

03/05/2004                      16

| LAB NO | # LOT NO | NAME GIVEN | SOURCE | | RECD | REPORT | DAYS |
|---|---|---|---|---|---|---|---|
| 23729 | L159M-2-878 | CHAMPION GQ PERENNIAL RYEGRASS | AGRI-AFC | MONTGOMERY, AL | 9/22/2004 | 11/3/2004 | 31 |
| 23730 | 3000 | CERT.PRIMO BRAND BLEND BERMUDA | AGRI-AFC | MONTGOMERY, AL | 9/22/2004 | 12/20/2004 | 64 |
| 23731 | L159M-3-R302 | MAXIMUM POA TRIVIALIS MIXTURE | AGRI-AFC | MONTGOMERY, AL | 9/22/2004 | 11/5/2004 | 33 |
| 23732 | B28-3-1036 | CHAMPION TURFGRASS MIXTURE | AGRI-AFC | MONTGOMERY, AL | 9/22/2004 | 11/8/2004 | 34 |
| 23733 | L159M-2-970 | CHAMPION GQ MIXTURE | AGRI-AFC | MONTGOMERY, AL | 9/22/2004 | 11/8/2004 | 34 |
| 23415 | L2-4-1 | GULF ANNUAL RYEGRASS | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/18/2004 | 38 |
| 23416 | L2-4-1A | GULF ANNUAL RYEGRASS | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/18/2004 | 38 |
| 23417 | L2-4-2 | GULF ANNUAL RYEGRASS | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/18/2004 | 38 |
| 23418 | L111-1-CC | GEORGIA SOUTHERN COLLARDS | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/12/2004 | 34 |
| 23419 | W6-2-AL-1 | YUCHI ARROWLEAF CLOVER | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/29/2004 | 47 |
| 23420 | AZN-1980-4 | ALFAGRAZE ALFALFA | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/22/2004 | 42 |
| 23421 | W6-1-CC-14 | DIXIE RESEEDING CRIMSON CLOVER | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/21/2004 | 41 |
| 23422 | WG1-1-CC9 | CRIMSON CLOVER | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/21/2004 | 41 |
| 23423 | Y6-1-AC-10 | YUCHI ARROWLEAF CLOVER | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/29/2004 | 47 |
| 23424 | Y3-3-504 | DIXIE CRIMSON CLOVER | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/19/2004 | 39 |
| 23425 | 101 | EGYPTIAN WHEAT | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/25/2004 | 43 |
| 23426 | L111-2-OPT1 | PURPLE TOP TURNIP | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/4/2004 | 28 |
| 23427 | 91812 | FLORIDA BROADLEAF MUSTARD | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/8/2004 | 32 |
| 23428 | L111-0-DTM | TENDERGREEN MUSTARD | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/4/2004 | 28 |
| 23456 | 4158 | WREN'S ABRUZZI RYE | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/8/2004 | 32 |
| 23457 | 179-4 | BOB OATS | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/12/2004 | 34 |
| 23458 | T 04 7 | LA604 OATS | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/13/2004 | 35 |
| 23459 | 2857 | ELBON RYE | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/8/2004 | 32 |
| 23460 | 04-W012 | EK 102 WHEAT | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/8/2004 | 32 |
| 23461 | 04-W014 | EK 102 WHEAT | AGRILIANCE AFC | DOTHAN AL | 8/26/2004 | 10/8/2004 | 32 |
| 23627 | WL 368 | AFC BIG BUCK SPECIAL WILDGAME | AGRILIANCE AFC | DOTHAN AL | 9/9/2004 | 12/6/2004 | 63 |
| 23622 | T04 1 | HARRISON OAT | AGRILIANCE-AFC | DOTHAN, AL | 9/9/2004 | 10/13/2004 | 25 |
| 23623 | 04-M005 | EK102 WHEAT | AGRILIANCE-AFC | DOTHAN, AL | 9/9/2004 | 10/12/2004 | 24 |
| 23624 | 04-M004 | EK 102 WHEAT | AGRILIANCE-AFC | DOTHAN, AL | 9/9/2004 | 10/12/2004 | 24 |
| 23625 | WL 359 | AFC BIG BUCK WILD GAME FOOD PLOT | AGRILIANCE-AFC | DOTHAN, AL | 9/9/2004 | 12/13/2004 | 68 |
| 23626 | WL 361 | AFC BIG BUCK SPECIAL WILD GAME | AGRILIANCE-AFC | DOTHAN, AL | 9/9/2004 | 12/6/2004 | 63 |
| 23519 | B1-3-54-END | APACHE ARROWLEAF CLOVER | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 10/29/2004 | 42 |
| 23520 | T-21186 | AOSCA USA CERT. CIMARRON SR | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 10/22/2004 | 37 |
| 23521 | Y38-4-CC-06 | DIXIE CRIMSON CLOVER | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 10/19/2004 | 34 |
| 23522 | 2155B | KENTUCKY 31 TALL FESCUE | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 11/8/2004 | 48 |
| 23523 | BIN4 | GORE WHEAT | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 10/12/2004 | 29 |
| 23567 | 34102-AWP | AUSTRIAN WINTER FIELD PEA | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 10/6/2004 | 25 |
| 23568 | 34102-AWP | AUSTRIAN WINTER FIELD PEA | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 10/6/2004 | 25 |
| 23569 | 2163 | KENTUCKY 31 TALL FESCUE | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 11/1/2004 | 43 |
| 23570 | M20-3-DF280 | CREEPING RED FESCUE | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 11/1/2004 | 43 |
| 23571 | L172-3-G98 | GULF ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 10/22/2004 | 37 |
| 23572 | T-21537 | ADVANTAGE LADINO CLOVER | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 10/22/2004 | 37 |
| 23573 | LSC-2504 | WREN'S ABRUZZI RYE | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 10/12/2004 | 29 |
| 23574 | B04003 | UNHULLED BERMUDA GRASS | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 11/1/2004 | 43 |
| 23575 | L137-4-169M | MARSHALL ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 10/22/2004 | 37 |
| 23628 | WL 367 | AFC BIG BUCK  WILD GAME FOOD PLOT | AGRILIANCE-AFC | DECATUR, AL | 9/9/2004 | 12/13/2004 | 68 |
| 23678 | B7-4-1A3 | GULF ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/25/2004 | 26 |

| LAB NO | # LOT NO | NAME GIVEN | SOURCE | | REC'D | REPORT | DAYS |
|--------|----------|------------|--------|---|-------|--------|------|
| 23679 | B7-4-1A1 | GULF ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/25/2004 | 26 |
| 23680 | B7-4-1A4 | GULF ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/25/2004 | 26 |
| 23681 | 4-32 | KENTUCKY 31 TALL FESCUE | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 11/8/2004 | 36 |
| 23682 | L172-4-2M | MARSHALL ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/25/2004 | 26 |
| 23683 | L172-4-3M | MARSHALL ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/29/2004 | 30 |
| 23684 | RP38 | DWARF ESSEX RAPE | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/8/2004 | 15 |
| 23685 | LM12 | GORE WHEAT | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/15/2004 | 20 |
| 23686 | 9500 | PIKA TRITICALE | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/20/2004 | 23 |
| 23687 | 04-W015 | EK-102 WHEAT | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/15/2004 | 20 |
| 23688 | SH0401 | LA 604 OATS | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/18/2004 | 21 |
| 23689 | ARO404 | LA 604 OATS | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/18/2004 | 21 |
| 23690 | W8-4-CC-437 | DIXIE RESEEDING CRIMSON CLOVER | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/19/2004 | 22 |
| 23691 | 9005 | CA. CERT. CHEROKEE RED CLOVER | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/25/2004 | 26 |
| 23692 | L76-4-40M | MARSHALL ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/25/2004 | 26 |
| 23709 | L16-4-A22M | MARSHALL ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/25/2004 | 26 |
| 23710 | 12368 | TN. CERT JACKSON WHEAT | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/15/2004 | 20 |
| 23711 | L16-4-A26M | MARSHALL ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/25/2004 | 26 |
| 23712 | L185-4-26M | MARSHALL ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/29/2004 | 30 |
| 23713 | 04-W-18 | EK- 102 WHEAT | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/15/2004 | 20 |
| 23714 | 04-W019 | EK- 102 WHEAT | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/15/2004 | 20 |
| 23715 | 2172B | KENTUCKY 31 TALL FESCUE | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 11/12/2004 | 40 |
| 23716 | T-20849 | KOBE STRIATE LESPEDEZA | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 11/1/2004 | 31 |
| 23717 | L172-4-4M | MARSHALL ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/20/2004 | 10/29/2004 | 30 |
| 23783 | L40-4-G54 | GULF ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 11/3/2004 | 25 |
| 23784 | L101-4-13J | JUMBO TETRAPLOID RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 11/3/2004 | 25 |
| 23785 | L40-4-G55 | GULF ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 11/3/2004 | 25 |
| 23786 | L40-4-G53 | GULF ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/29/2004 | 22 |
| 23787 | 107294A | KENTUCKY 31 TALL FESCUE | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 11/3/2004 | 25 |
| 23788 | L108-4-22 | DUTCH WHITE CLOVER | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/28/2004 | 21 |
| 23789 | L108-4-23 | DUTCH WHITE CLOVER | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/28/2004 | 21 |
| 23790 | W8-4-CC-461 | DIXIE RESEEDING CRIMSON CLOVER | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/25/2004 | 18 |
| 23791 | W8-4-CC-435 | DIXIE RESEEDING CRIMSON CLOVER | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/25/2004 | 18 |
| 23792 | W8-4-CC-456 | DIXIE RESEEDING CRIMSON CLOVER | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/25/2004 | 18 |
| 23793 | 6430-3NF | USA CERT. SOUTHERN STATES 76-30 | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/27/2004 | 20 |
| 23794 | 179-13 | BOB OATS | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/18/2004 | 13 |
| 23795 | 04-M017 | EK 102 WHEAT | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/15/2004 | 12 |
| 23796 | 4-19-WC | ADVANTAGE LADINO CLOVER | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/28/2004 | 21 |
| 23797 | R-45077-B | HAIFA WHITE CLOVER | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/28/2004 | 21 |
| 23828 | COL-4-230 | RYEGRASS BLEND | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 11/12/2004 | 32 |
| 23829 | L159M-4-894 | OR. CERT. CHAMPION CQ TURFGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 11/12/2004 | 32 |
| 23830 | L101-4-25J | JUMBO TETRAPLOID ANNUAL | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 11/3/2004 | 25 |
| 23831 | B7-4-1A20 | GULF ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 11/3/2004 | 25 |
| 23832 | B7-4-1A27 | GULF ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 11/3/2004 | 25 |
| 23833 | B7-4-1A28 | GULF ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 11/3/2004 | 25 |
| 23834 | LSC-4104 | ELBON RYE | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/29/2004 | 22 |
| 23835 | 04-W023 | EK 102 WHEAT | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/26/2004 | 19 |
| 23836 | C6455 | SSCA CERT. COKER 9663 WHEAT | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/26/2004 | 19 |

| LAB NO | # LOT NO | NAME GIVEN | SOURCE | | REC'D | REPORT | DAYS |
|---|---|---|---|---|---|---|---|
| 23837 | C-6453 | SSCA CERT. COKER 9663 WHEAT | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/26/2004 | 19 |
| 23838 | C6456 | SSCA CERT. COKER 9663 WHEAT | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/26/2004 | 19 |
| 23839 | LSC-9904 | ELBON RYE | AGRILIANCE-AFC | DECATUR, AL | 9/30/2004 | 10/29/2004 | 22 |
| 23524 | T041 | HARRISON OATS | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 10/12/2004 | 29 |
| 23525 | HB-3 | ELBON RYE | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 10/8/2004 | 27 |
| 23526 | L185-4-3M | MARSHALL ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 10/22/2004 | 37 |
| 23527 | L11-4-M8 | MARSHALL ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 10/22/2004 | 37 |
| 23528 | L185-4-2M | MARSHALL ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 10/22/2004 | 37 |
| 23529 | L40-4-M28 | MARSHALL ANNUAL RYEGRASS | AGRILIANCE-AFC | DECATUR, AL | 9/2/2004 | 10/22/2004 | 37 |
| # of Samples | 103 | | | | | Average Days | 31 |
| | | | | | | | |
| 23756 | NS | OATS | ATMORE TRUCKERS | ATMORE, AL | 9/22/2004 | 10/18/2004 | 19 |
| # of Samples | 1 | | | | | Average Days | 19 |
| | | | | | | | |
| 23484 | 411 | CERT. TIFTON 9 BAHIAGRASS | BOSTICK FARMS | HEADLAND, AL | 9/2/2004 | 9/24/2004 | 17 |
| 23485 | 413 | CERT. TIFTON 9 BAHIAGRASS | BOSTICK FARMS | HEADLAND, AL | 9/2/2004 | 10/25/2004 | 38 |
| 23486 | 415 | CERT. TIFTON 9 BAHIAGRASS | BOSTICK FARMS | HEADLAND, AL | 9/2/2004 | 9/24/2004 | 17 |
| 23487 | 412 | CERT. TIFTON 9 BAHIAGRASS | BOSTICK FARMS | HEADLAND, AL | 9/2/2004 | 10/25/2004 | 38 |
| 23488 | 414 | CERT. TIFTON 9 BAHIAGRASS | BOSTICK FARMS | HEADLAND, AL | 9/2/2004 | 10/25/2004 | 38 |
| 23489 | 416 | CERT. TIFTON 9 BAHIAGRASS | BOSTICK FARMS | HEADLAND, AL | 9/2/2004 | 9/24/2004 | 17 |
| 23490 | 418 | CERT. TIFTON 9 BAHIAGRASS | BOSTICK FARMS | HEADLAND, AL | 9/2/2004 | 10/25/2004 | 38 |
| 23491 | 417 | CERT. TIFTON 9 BAHIAGRASS | BOSTICK FARMS | HEADLAND, AL | 9/2/2004 | 10/25/2004 | 38 |
| 23492 | 419 | CERT. TIFTON 9 BAHIAGRASS | BOSTICK FARMS | HEADLAND, AL | 9/2/2004 | 9/24/2004 | 17 |
| # of Samples | 9 | | | | | Average Days | 29 |
| | | | | | | | |
| 23510 | 602 | SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS | TONEY, AL | 9/2/2004 | 10/1/2004 | 22 |
| 23511 | 603 | SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS | TONEY, AL | 9/2/2004 | 10/1/2004 | 22 |
| 23512 | 604 | SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS | TONEY, AL | 9/2/2004 | 10/1/2004 | 22 |
| 23513 | 605 | SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS | TONEY, AL | 9/2/2004 | 10/1/2004 | 22 |
| 23514 | 606 | SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS | TONEY, AL | 9/2/2004 | 10/1/2004 | 22 |
| 23515 | 210 | SSCA CERT. JACKSON WHEAT | BRAGG FARMS | TONEY, AL | 9/2/2004 | 10/8/2004 | 27 |
| 23516 | 209 | SSCA CERT. JACKSON WHEAT | BRAGG FARMS | TONEY, AL | 9/2/2004 | 10/4/2004 | 23 |
| 23517 | 208 | SSCA CERT. JACKSON WHEAT | BRAGG FARMS | TONEY, AL | 9/2/2004 | 10/4/2004 | 23 |
| 23559 | 607 | SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS | TONEY, AL | 9/2/2004 | 10/1/2004 | 22 |
| 23560 | 608 | SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS | TONEY, AL | 9/2/2004 | 10/1/2004 | 22 |
| 23561 | 609 | SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS | TONEY, AL | 9/2/2004 | 10/1/2004 | 22 |
| 23562 | 610 | SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS | TONEY, AL | 9/2/2004 | 10/1/2004 | 22 |
| 23563 | 611 | SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS | TONEY, AL | 9/2/2004 | 10/1/2004 | 22 |
| 23564 | 612 | SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS | TONEY, AL | 9/2/2004 | 10/1/2004 | 22 |
| 23675 | 613 | SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS | TONEY, AL | 9/20/2004 | 10/4/2004 | 11 |
| 23676 | 614 | SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS | TONEY, AL | 9/20/2004 | 10/4/2004 | 11 |
| 23677 | 615 | SSCA CERT. COKER 9184 WHEAT | BRAGG FARMS | TONEY, AL | 9/20/2004 | 10/4/2004 | 11 |
| # of Samples | 17 | | | | | Average Days | 20 |
| | | | | | | | |
| 23402 | 04W006 | EK 102 WHEAT | BUILDING SUPPLY | LIVINGSTON, AL | 8/26/2004 | 10/8/2004 | 32 |
| # of Samples | 1 | | | | | Average Days | 32 |

| LAB NO | LOT NO | NAME GIVEN | SOURCE | | REC'D | REPORT | DAYS |
|--------|--------|------------|--------|---|-------|--------|------|
| 23613 | 04-W015 | EK-102 WHEAT | CENTRAL COOP | E2DEMOPOLIS, AL | 9/9/2004 | 10/8/2004 | 22 |
| # of Samples | 1 | | | | | Average Days | 22 |
| | | | | | | | |
| 23464 | 06823 | CREEPING RED FESCUE | CHILDERSBURG F&S CHILDERSBURG, AL | | 8/30/2004 | 11/3/2004 | 48 |
| # of Samples | 1 | | | | | Average Days | 48 |
| | | | | | | | |
| 23619 | LSC-1604 | WRENS ABRUZZI RYE | CHOCTAW COOP | BUTLER, AL | 9/9/2004 | 10/15/2004 | 27 |
| 23620 | L141-4-11 | GULF ANNUAL RYEGRASS | CHOCTAW COOP | BUTLER, AL | 9/9/2004 | 10/25/2004 | 33 |
| 23621 | LA22-4-22 | GULF ANNUAL RYEGRASS | CHOCTAW COOP | BUTLER, AL | 9/9/2004 | 10/25/2004 | 33 |
| 23638 | 179-5 | BOB OATS | CHOCTAW COOP | BUTLER, AL | 9/9/2004 | 10/13/2004 | 25 |
| # of Samples | 4 | | | | | Average Days | 30 |
| | | | | | | | |
| 23387 | M9-0-DC-84C | DIXIE RESEEDING CRIMSON CLOVER | CLAY COUNTY EXCHANGE LINEVILLE,AL | | 8/25/2004 | 10/21/2004 | 42 |
| 23388 | L76-2-87-0 | POTOMAC ORCHARDGRASS | CLAY COUNTY EXCHANGE LINEVILLE,AL | | 8/25/2004 | 10/29/2004 | 48 |
| 23389 | 8636 | OSCEOLA LADINO CLOVER COATED | CLAY COUNTY EXCHANGE LINEVILLE,AL | | 8/25/2004 | 10/22/2004 | 43 |
| 23386 | RP34 | DWARF ESSEX RAPESEED | CLAY COUNTY EXCHANGE LINEVILLE,AL | | 8/25/2004 | 10/8/2004 | 33 |
| # of Samples | 4 | | | | | Average Days | 42 |
| | | | | | | | |
| 23584 | 14 | VIGORO GRAZER WHEAT | CLEMMOMS & HAMNER | KILLEN, AL | 9/7/2004 | 10/12/2004 | 26 |
| 23585 | 04-W015 | EK-102 WHEAT | CLEMMOMS & HAMNER | KILLEN, AL | 9/7/2004 | 10/12/2004 | 26 |
| 23586 | 3093 | COKER 820 OAT | CLEMMOMS & HAMNER | KILLEN, AL | 9/7/2004 | 10/13/2004 | 27 |
| 23587 | 3094 | COKER 820 OAT | CLEMMOMS & HAMNER | KILLEN, AL | 9/7/2004 | 10/13/2004 | 27 |
| 23588 | T-21380 | CITATION OATS | CLEMMOMS & HAMNER | KILLEN, AL | 9/7/2004 | 10/13/2004 | 27 |
| 23589 | T-23275 | DWARF ESSEX RAPE | CLEMMOMS & HAMNER | KILLEN, AL | 9/7/2004 | 10/4/2004 | 20 |
| 23590 | T-21117 | DWARF ESSEX RAPE | CLEMMOMS & HAMNER | KILLEN, AL | 9/7/2004 | 10/4/2004 | 20 |
| 23591 | 3100 | COKER 820 OAT | CLEMMOMS & HAMNER | KILLEN, AL | 9/7/2004 | 10/13/2004 | 27 |
| 23592 | 3096 | COKER 820 OAT | CLEMMOMS & HAMNER | KILLEN, AL | 9/7/2004 | 10/13/2004 | 27 |
| 23593 | 3095 | COKER 820 OAT | CLEMMOMS & HAMNER | KILLEN, AL | 9/7/2004 | 10/15/2004 | 29 |
| 23719 | 9209-2 | OG408 WHEAT | CLEMMOMS & HAMNER | KILLEN, AL | 9/20/2004 | 10/18/2004 | 21 |
| 23720 | 108264P | KENTUCKY-31 TALL FESCUE | CLEMMOMS & HAMNER | KILLEN, AL | 9/20/2004 | 11/3/2004 | 33 |
| 23721 | 3103 | GEORGIA MITCHELL OATS/COKER 820 | CLEMMOMS & HAMNER | KILLEN, AL | 9/20/2004 | 11/1/2004 | 31 |
| 23722 | 3104 | GEORGIA MITCHELL OATS/COKER 820 | CLEMMOMS & HAMNER | KILLEN, AL | 9/20/2004 | 11/1/2004 | 31 |
| 23723 | T-21379 | CITATION OATS | CLEMMOMS & HAMNER | KILLEN, AL | 9/20/2004 | 10/5/2004 | 12 |
| 23724 | K-8983 | CITATION WINTER OATS | CLEMMOMS & HAMNER | KILLEN, AL | 9/20/2004 | 10/5/2004 | 12 |
| 23725 | T-21380 | CITATION OATS | CLEMMOMS & HAMNER | KILLEN, AL | 9/20/2004 | 10/18/2004 | 21 |
| 23726 | 034 | TN. CERT. COKER 9663 WHEAT | CLEMMOMS & HAMNER | KILLEN, AL | 9/20/2004 | 10/15/2004 | 20 |
| 23727 | 179-13 | BOB OATS | CLEMMOMS & HAMNER | KILLEN, AL | 9/20/2004 | 10/18/2004 | 21 |
| 23728 | 179-12 | BOB OATS | CLEMMOMS & HAMNER | KILLEN, AL | 9/20/2004 | 10/18/2004 | 21 |
| 23853 | 34102-AWP | AUSTRIAN WINTER FIELD PEAS | CLEMMOMS & HAMNER | KILLEN, AL | 9/30/2004 | 10/26/2004 | 19 |
| 23854 | CC100-7 | USA CERT. NOMINI BARLEY | CLEMMOMS & HAMNER | KILLEN, AL | 9/30/2004 | 10/26/2004 | 19 |
| # of Samples | 22 | | | | | Average Days | 24 |
| | | | | | | | |
| 23595 | L2-4-57 | LONESTAR ANNUAL RYEGRASS | COLBERT FARMERS COOP LEIGHTON,AL | | 9/7/2004 | 10/22/2004 | 34 |
| 23718 | EHR2 | BALBOA RYE | COLBERT FARMERS COOP LEIGHTON,AL | | 9/20/2004 | 10/15/2004 | 20 |
| 23594 | EH R1 | BALBOA RYE | COLBERT FARMERS COOP LEIGHTON,AL | | 9/7/2004 | 10/1/2004 | 19 |
| # of Samples | 3 | | | | | Average Days | 24 |

Columbus 365 6-JEF-WC    Document 365-6    Filed 08/21/2008    Page 21 of ...

| LAB NO | # LOT NO | NAME GIVEN | SOURCE | | REC'D | REPORT | DAYS |
|---|---|---|---|---|---|---|---|
| 23504 | B12-2-10 | POTOMAC ORCHARDGRASS | CULLMAN FARMERS CO-OP | CULLMAN, AL | 9/2/2004 | 11/1/2004 | 43 |
| 23505 | L76-2-87-0 | POTOMAC ORCHARDGRASS | CULLMAN FARMERS CO-OP | CULLMAN, AL | 9/2/2004 | 10/29/2004 | 42 |
| 23503 | P72-1-0G-1A | CAMBRIA ORCHARDGRASS | CULLMAN FARMERS CO-OP | CULLMAN, AL | 9/2/2004 | 11/1/2004 | 43 |
| # of Samples | 3 | | | | | Average Days | 43 |
| | | | | | | | |
| 23536 | 3-654 | KENTUCKY 31 TALL FESCUE | DEKALB FARMERS CO-OP | RAINSVILLE, A | 9/2/2004 | 11/8/2004 | 48 |
| # of Samples | 1 | | | | | Average Days | 48 |
| | | | | | | | |
| 23652 | RDFDM-17-08 | RM DELUXE FALL DEER MIX | DILLARD FEED MILL | TALLASSEE, AL | 9/10/2004 | 12/6/2004 | 62 |
| 23653 | RSFDM-17-08 | RACKMASTER SURP FALL DEER MIX | DILLARD FEED MILL | TALLASSEE, AL | 9/10/2004 | 12/6/2004 | 62 |
| 23654 | RMC-19-0804 | RMC FOOD PLOT MIX | DILLARD FEED MILL | TALLASSEE, AL | 9/10/2004 | 12/13/2004 | 67 |
| 23655 | RSFDM-31-08 | RACKMASTER SURP FALL DEER MIX | DILLARD FEED MILL | TALLASSEE, AL | 9/10/2004 | 12/6/2004 | 62 |
| 23656 | RDFDM-25-08 | RM DELUXE FALL DEER MIX | DILLARD FEED MILL | TALLASSEE, AL | 9/10/2004 | 12/6/2004 | 62 |
| 23651 | 179-10 | BOB OATS | DILLARD FEED MILL | TALLASSEE, AL | 9/10/2004 | 10/13/2004 | 24 |
| 23649 | 2862 | ELBON RYE | DILLARD FEED MILL | TALLASSEE, AL | 9/10/2004 | 10/13/2004 | 24 |
| 23650 | C.A.-154 | COKER 227 OATS | DILLARD FEED MILL | TALLASSEE, AL | 9/10/2004 | 10/18/2004 | 27 |
| # of Samples | 8 | | | | | Average Days | 49 |
| | | | | | | | |
| 23803 | W6-4-CC-21 | DIXIE CRIMSON CLOVER | DONALDSON FEED & GRAIN | BESSEMER, A | 9/30/2004 | 10/25/2004 | 18 |
| # of Samples | 1 | | | | | Average Days | 18 |
| | | | | | | | |
| 23754 | GW003 | GEORGIA GORE WHEAT | ESCAMBIA FARM & SEED | ATMORE, AL | 9/22/2004 | 10/15/2004 | 18 |
| 23755 | C 6473 | WHEAT | ESCAMBIA FARM & SEED | ATMORE, AL | 9/22/2004 | 10/20/2004 | 21 |
| # of Samples | 2 | | | | | Average Days | 20 |
| | | | | | | | |
| 23735 | LSC-9804 | ELBON RYE | EUFAULA FARM SUPPLY | EUFAULA, AL | 9/22/2004 | 10/15/2004 | 18 |
| 23736 | L5-1-GR19A | GULF ANNUAL RYEGRASS | EUFAULA FARM SUPPLY | EUFAULA, AL | 9/22/2004 | 10/29/2004 | 28 |
| 23737 | L185-3-22PM | MARSHALL ANNUAL RYEGRASS | EUFAULA FARM SUPPLY | EUFAULA, AL | 9/22/2004 | 10/25/2004 | 24 |
| # of Samples | 3 | | | | | Average Days | 23 |
| | | | | | | | |
| 23506 | 4.3333.N | WHITE GLOBE PURPLE TOP TURNIP | FAITHWAY FEED | GUNTERSVILLE, AL | 9/2/2004 | 10/4/2004 | 23 |
| 23507 | 4.3327.N | SEVEN TOP TURNIP | FAITHWAY FEED | GUNTERSVILLE, AL | 9/2/2004 | 10/8/2004 | 27 |
| 23508 | 4.3374.N | DWARF ESSEX RAPESEED | FAITHWAY FEED | GUNTERSVILLE, AL | 9/2/2004 | 10/8/2004 | 27 |
| 23509 | AP-14-3 | PLOT SPIKE FORAGE OATS | FAITHWAY FEED | GUNTERSVILLE, AL | 9/2/2004 | 10/12/2004 | 29 |
| 23552 | 108094P | KENTUCKY 31 TALL FESCUE | FAITHWAY FEED | GUNTERSVILLE, AL | 9/2/2004 | 10/27/2004 | 40 |
| 23553 | 1GR50 74 | DK GR50 WHEAT | FAITHWAY FEED | GUNTERSVILLE, AL | 9/2/2004 | 10/8/2004 | 27 |
| 23554 | T-21322 | AU ROBIN CRIMSON CLOVER | FAITHWAY FEED | GUNTERSVILLE, AL | 9/2/2004 | 10/19/2004 | 34 |
| 23555 | L172-3-G91 | GULF ANNUAL RYEGRASS | FAITHWAY FEED | GUNTERSVILLE, AL | 9/2/2004 | 10/22/2004 | 37 |
| 23556 | L172-3-G105 | GULF ANNUAL RYEGRASS | FAITHWAY FEED | GUNTERSVILLE, AL | 9/2/2004 | 10/22/2004 | 37 |
| 23557 | ASD-0423 | BOB OATS | FAITHWAY FEED | GUNTERSVILLE, AL | 9/2/2004 | 10/13/2004 | 30 |
| 23558 | ASD-0422 | BOB OATS | FAITHWAY FEED | GUNTERSVILLE, AL | 9/2/2004 | 10/12/2004 | 29 |
| 23667 | 108214P | KENTUCKY-31 TALL FESCUE | FAITHWAY FEED | GUNTERSVILLE, AL | 9/20/2004 | 10/25/2004 | 26 |
| 23668 | TPC W04-33 | WRENS ABRUZZI RYE | FAITHWAY FEED | GUNTERSVILLE, AL | 9/20/2004 | 10/4/2004 | 11 |
| 23669 | TPC W04-32 | WRENS ABRUZZI RYE | FAITHWAY FEED | GUNTERSVILLE, AL | 9/20/2004 | 10/5/2004 | 12 |
| 23670 | TPC W04-35 | WRENS ABRUZZI RYE | FAITHWAY FEED | GUNTERSVILLE, AL | 9/20/2004 | 10/4/2004 | 11 |
| 23671 | L12-3-119A | GULF ANNUAL RYEGRASS | FAITHWAY FEED | GUNTERSVILLE, AL | 9/20/2004 | 10/29/2004 | 30 |
| 23672 | B13-3-G6 | GULF ANNUAL RYEGRASS | FAITHWAY FEED | GUNTERSVILLE, AL | 9/20/2004 | 10/25/2004 | 26 |

| LAB NO | # | LOT NO | NAME GIVEN | SOURCE | | REC'D | REPORT | DAYS |
|---|---|---|---|---|---|---|---|---|
| 23673 | | L10-3-78G | GULF ANNUAL RYEGRASS | FAITHWAY FEED | GUNTERSVILLE, AL | 9/20/2004 | 10/25/2004 | 26 |
| 23674 | | L111-4-LFB | FLORIDA BROADLEAF MUSTARD | FAITHWAY FEED | GUNTERSVILLE, AL | 9/20/2004 | 10/12/2004 | 17 |
| 23774 | | 3 R.B. | COKER 227 OATS | FAITHWAY FEED | GUNTERSVILLE, AL | 9/30/2004 | 10/20/2004 | 15 |
| 23775 | | 1GR50TT1 | DK GR50 WHEAT | FAITHWAY FEED | GUNTERSVILLE, AL | 9/30/2004 | 10/15/2004 | 12 |
| 23776 | | Y38-4-CC-03 | DIXIE CRIMSON CLOVER | FAITHWAY FEED | GUNTERSVILLE, AL | 9/30/2004 | 10/25/2004 | 18 |
| 23777 | | L178-4-15K | KING ANNUAL RYEGRASS | FAITHWAY FEED | GUNTERSVILLE, AL | 9/30/2004 | 10/29/2004 | 22 |
| 23778 | | L179-4-VSPR | VALLEY SELECT PERENNIAL RYEGRASS | FAITHWAY FEED | GUNTERSVILLE, AL | 9/30/2004 | 11/3/2004 | 25 |
| 23779 | | L179-4-VSTF1 | VALLEY SELECT TALL FESCUE BLEND | FAITHWAY FEED | GUNTERSVILLE, AL | 9/30/2004 | 11/3/2004 | 25 |
| 23780 | | L19-4-7G | GULF ANNUAL RYEGRASS | FAITHWAY FEED | GUNTERSVILLE, AL | 9/30/2004 | 10/29/2004 | 22 |
| 23781 | | L19-4-1G | GULF ANNUAL RYEGRASS | FAITHWAY FEED | GUNTERSVILLE, AL | 9/30/2004 | 11/3/2004 | 25 |
| 23782 | | L19-4-4G | GULF ANNUAL RYEGRASS | FAITHWAY FEED | GUNTERSVILLE, AL | 9/30/2004 | 10/29/2004 | 22 |
| 23823 | | T-23100 | CREEPING TYPE RED FESCUE | FAITHWAY FEED | GUNTERSVILLE, AL | 9/30/2004 | 11/8/2004 | 28 |
| 23824 | | ASD-0453 | BOB OATS | FAITHWAY FEED | GUNTERSVILLE, AL | 9/30/2004 | 10/27/2004 | 20 |
| 23849 | | 4230 | ELBON RYE | FAITHWAY FEED | GUNTERSVILLE, AL | 9/30/2004 | 10/26/2004 | 19 |
| 23850 | | L41-4-G101 | GULF ANNUAL RYEGRASS | FAITHWAY FEED | GUNTERSVILLE, AL | 9/30/2004 | 11/3/2004 | 25 |
| # of Samples | 33 | | | | | | Average Days | 24 |
| | | | | | | | | |
| 23400 | | 8636 | OSCEOLA LADINO CLOVER COATED | FARMERS COOP | LEROY, AL | 8/26/2004 | 10/22/2004 | 42 |
| # of Samples | 1 | | | | | | Average Days | 42 |
| | | | | | | | | |
| 23599 | | ASD-0430 | BOB OATS | FARMERS COOP MKT | FRISCO CITY, AL | 9/9/2004 | 10/13/2004 | 25 |
| 23608 | | L91-1-56 | GULF ANNUAL RYEGRASS | FARMERS COOP MKT | FRISCO CITY, AL | 9/9/2004 | 10/22/2004 | 32 |
| 23609 | | L91-1-60 | GULF ANNUAL RYEGRASS | FARMERS COOP MKT | FRISCO CITY, AL | 9/9/2004 | 10/22/2004 | 32 |
| 23610 | | L91-1-62 | GULF ANNUAL RYEGRASS | FARMERS COOP MKT | FRISCO CITY, AL | 9/9/2004 | 10/22/2004 | 32 |
| 23611 | | HB-7 | ELBON RYE | FARMERS COOP MKT | FRISCO CITY, AL | 9/9/2004 | 10/12/2004 | 24 |
| 23399 | | 03-W065 | EK-102 WHEAT | FARMERS COOP MKT | FRISCO CITY, AL | 8/26/2004 | 10/8/2004 | 32 |
| # of Samples | 6 | | | | | | Average Days | 30 |
| | | | | | | | | |
| 23745 | | 8426000 | WHITE EGG TURNIPS | FARMERS EXCHANGE | BREWTON, AL | 9/22/2004 | 10/8/2004 | 13 |
| 23746 | | 3314NRAP | DWARF ESSEX RAPE | FARMERS EXCHANGE | BREWTON, AL | 9/22/2004 | 10/8/2004 | 13 |
| 23747 | | P0141 | SOUTHERN GIANT CURLED MUSTARD | FARMERS EXCHANGE | BREWTON, AL | 9/22/2004 | 10/8/2004 | 13 |
| 23748 | | A229000 | AMERICAN PURPLE TOP RUTAGAGA | FARMERS EXCHANGE | BREWTON, AL | 9/22/2004 | 10/8/2004 | 13 |
| 23749 | | A0537 | FLORIDA BROADLEAF MUSTARD | FARMERS EXCHANGE | BREWTON, AL | 9/22/2004 | 10/8/2004 | 13 |
| 23750 | | E014000 | GEORGIA COLLARDS | FARMERS EXCHANGE | BREWTON, AL | 9/22/2004 | 10/12/2004 | 15 |
| 23751 | | A0541 | PURPLE TOP WHITE GLOBE TURNIP | FARMERS EXCHANGE | BREWTON, AL | 9/22/2004 | 10/4/2004 | 9 |
| 23752 | | W6-9-AL-907 | YUCHI ARROWLEAF CLOVER | FARMERS EXCHANGE | BREWTON, AL | 9/22/2004 | 11/1/2004 | 29 |
| # of Samples | 8 | | | | | | Average Days | 15 |
| | | | | | | | | |
| 23579 | | K93-93-2 | KENBLUE KENTUCKY BLUEGRASS | FARMERS FEED&SUP | MONTGOMERY, AL | 9/7/2004 | 11/16/2004 | 51 |
| # of Samples | 1 | | | | | | Average Days | 51 |
| | | | | | | | | |
| 23804 | | LA18-4-30 | MARSHALL ANNUAL RYEGRASS | FAYETTE AG. SERVICES | FAYETTE, AL | 9/30/2004 | 10/29/2004 | 22 |
| 23805 | | L43-4-23AM | MARSHALL ANNUAL RYEGRASS | FAYETTE AG. SERVICES | FAYETTE, AL | 9/30/2004 | 10/29/2004 | 22 |
| 23806 | | 107294P | KENTUCKY 31 TALL FESCUE | FAYETTE AG. SERVICES | FAYETTE, AL | 9/30/2004 | 11/8/2004 | 28 |
| 23807 | | LSC-0504 | ELBON RYE | FAYETTE AG. SERVICES | FAYETTE, AL | 9/30/2004 | 10/26/2004 | 19 |
| # of Samples | 4 | | | | | | Average Days | 23 |

| LAB NO | # LOT NO | NAME GIVEN | SOURCE | | REC'D | REPORT | DAYS |
|---|---|---|---|---|---|---|---|
| 23501 | L172-3-G102 | GULF ANNUAL RYEGRASS | FEDERER FERTILIZER | CULLMAN, AL | 9/2/2004 | 10/18/2004 | 33 |
| 23502 | L172-3-G100 | GULF ANNUAL RYEGRASS | FEDERER FERTILIZER | CULLMAN, AL | 9/2/2004 | 10/18/2004 | 33 |
| # of Samples | 2 | | | | | Average Days | 33 |
| | | | | | | | |
| 23597 | 4-10-CC | DIXIE CRIMSON CLOVER | FLOYD'S FEED & SEED | DADEVILLE, AL | 9/9/2004 | 10/19/2004 | 29 |
| 23598 | L-9010A | REGAL LADINO CLOVER | FLOYD'S FEED & SEED | DADEVILLE, AL | 9/9/2004 | 10/22/2004 | 32 |
| 23596 | W8-4-CC-451 | DIXIE RESEEDING CRIMSON CLOVER | FLOYD'S FEED & SEED | DADEVILLE, AL | 9/9/2004 | 10/19/2004 | 29 |
| # of Samples | 3 | | | | | Average Days | 30 |
| | | | | | | | |
| 23438 | 17803 | COKER 227 OATS | GOSHEN CO-OP | GOSHEN, AL | 8/26/2004 | 10/5/2004 | 29 |
| 23439 | 341 | ASCA CERT.  AGS 2000 WHEAT | GOSHEN CO-OP | GOSHEN, AL | 8/26/2004 | 10/4/2004 | 28 |
| 23440 | T-13 | BOB OATS | GOSHEN CO-OP | GOSHEN, AL | 8/26/2004 | 10/5/2004 | 29 |
| 23441 | 33147-AWP | AUSTRIAN WINTER FIELD PEA | GOSHEN CO-OP | GOSHEN, AL | 8/26/2004 | 10/26/2004 | 44 |
| 23442 | W8012 | AMERICAN PURPLE TOP RUTABAGA | GOSHEN CO-OP | GOSHEN, AL | 8/26/2004 | 10/4/2004 | 28 |
| 23443 | 91819 | WHITE EGG TURNIP | GOSHEN CO-OP | GOSHEN, AL | 8/26/2004 | 10/4/2004 | 28 |
| 23444 | 10459 | SHOGOIN TURNIP | GOSHEN CO-OP | GOSHEN, AL | 8/26/2004 | 10/4/2004 | 28 |
| 23445 | L111-1-VSGC | SOUTHERN GIANT CURLED MUSTARD | GOSHEN CO-OP | GOSHEN, AL | 8/26/2004 | 10/4/2004 | 28 |
| # of Samples | 8 | | | | | Average Days | 30 |
| | | | | | | | |
| 23401 | L101-3-42G | GULF ANNUAL RYEGRASS | GREEN CO. COOP | EUTAW, AL | 8/26/2004 | 10/18/2004 | 38 |
| # of Samples | 1 | | | | | Average Days | 38 |
| | | | | | | | |
| 23429 | 103 | COKER 227 OATS | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 10/20/2004 | 40 |
| 23430 | 102 | COKER 227 OATS | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 10/20/2004 | 40 |
| 23431 | L104-3-28G | GULF ANNUAL RYEGRASS | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 10/18/2004 | 38 |
| 23432 | L104-3-29G | GULF ANNUAL RYEGRASS | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 10/18/2004 | 38 |
| 23433 | 04-022 | COKER 227 OATS | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 10/1/2004 | 27 |
| 23434 | 04-021 | COKER 227 OATS | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 10/1/2004 | 27 |
| 23435 | 4179 | WREN'S ABRUZZI RYE | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 9/30/2004 | 26 |
| 23436 | C1 | AUSTRIAN WINTER FIELD PEAS | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 10/26/2004 | 44 |
| 23437 | L104-3-27G | GULF ANNUAL RYEGRASS | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 10/18/2004 | 38 |
| 23446 | B03156 | COMMON UNHULLED BERMUDA GRASS | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 11/1/2004 | 48 |
| 23447 | 179-7 | BOB OATS | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 10/12/2004 | 34 |
| 23448 | L76-4-86G | GULF ANNUAL RYEGRASS | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 10/18/2004 | 38 |
| 23449 | L172-3-G104 | GULF ANNUAL RYEGRASS | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 10/18/2004 | 38 |
| 23450 | 604A-04 | ELBON RYE | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 10/8/2004 | 32 |
| 23452 | T04 7 | LA 604 OATS | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 10/12/2004 | 34 |
| 23453 | LSC-0804 | WREN'S ABRUZZI RYE | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 10/8/2004 | 32 |
| 23454 | AA 515 | AA SPORTSMAN SPECIAL PLOT MIX | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 11/15/2004 | 58 |
| 23455 | AA 535 | AA SPORTSMAN SPECIAL PLOT MIX | GRO SOUTH | DOTHAN, AL | 8/26/2004 | 11/15/2004 | 58 |
| 23483 | 107184P2 | KENTUCKY 31 TALL FESCUE | GRO SOUTH | DOTHAN, AL | 9/2/2004 | 10/27/2004 | 40 |
| 23629 | 1 | SSCA REG. WRENS ABRUZZI RYE | GRO SOUTH | DOTHAN, AL | 9/9/2004 | 10/12/2004 | 24 |
| 23630 | L104-4-8G | GULF ANNUAL RYEGRASS | GRO SOUTH | DOTHAN, AL | 9/9/2004 | 10/25/2004 | 33 |
| 23631 | L104-4-7G | GULF ANNUAL RYEGRASS | GRO SOUTH | DOTHAN, AL | 9/9/2004 | 10/25/2004 | 33 |
| 23632 | L104-4-9G | GULF ANNUAL RYEGRASS | GRO SOUTH | DOTHAN, AL | 9/9/2004 | 10/25/2004 | 33 |
| 23633 | P-04-10 | PENSACOLA BAHIAGRASS | GRO SOUTH | DOTHAN, AL | 9/9/2004 | 11/12/2004 | 47 |
| 23634 | P-04-8 | PENSACOLA BAHIAGRASS | GRO SOUTH | DOTHAN, AL | 9/9/2004 | 11/12/2004 | 47 |

| LAB NO | # LOT NO | NAME GIVEN | SOURCE | | REC'D | REPORT | DAYS |
|--------|----------|-----------|--------|---|-------|--------|------|
| 23635 | P-04-11 | PENSACOLA BAHIAGRASS | GRO SOUTH | DOTHAN, AL | 9/3/2004 | 10/12/2004 | 47 |
| 23738 | RP-39 | DWARP ESSEX RAPE | GRO SOUTH | DOTHAN, AL | 9/22/2004 | 10/8/2004 | 13 |
| 23739 | W8-4-CC-445 | DIXIE RESEEDING CRIMSON CLOVER | GRO SOUTH | DOTHAN, AL | 9/22/2004 | 10/22/2004 | 23 |
| 23740 | LM-12 | GA. GORE WHEAT | GRO SOUTH | DOTHAN, AL | 9/22/2004 | 10/15/2004 | 18 |
| 23741 | 179-9 | BOB OATS | GRO SOUTH | DOTHAN, AL | 9/22/2004 | 10/18/2004 | 19 |
| 23742 | AP04 | AUSTRIAN WINTER PEAS | GRO SOUTH | DOTHAN, AL | 9/22/2004 | 10/26/2004 | 25 |
| 23743 | L53-4-M11 | MARSHALL ANNUAL RYEGRASS | GRO SOUTH | DOTHAN, AL | 9/22/2004 | 10/29/2004 | 28 |
| 23744 | L53-4-M10 | MARSHALL ANNUAL RYEGRASS | GRO SOUTH | DOTHAN, AL | 9/22/2004 | 11/3/2004 | 31 |
| 23465 | HB-4 | ELBON RYE | GRO SOUTH | MONTGOMERY, AL | 9/2/2004 | 10/8/2004 | 27 |
| 23466 | 179-8 | BOB OATS | GRO SOUTH | MONTGOMERY, AL | 9/2/2004 | 10/12/2004 | 29 |
| 23467 | 329 | WRENS ABRUZZI RYE | GRO SOUTH | MONTGOMERY, AL | 9/2/2004 | 10/12/2004 | 29 |
| 23468 | LM-40 | GORE WHEAT | GRO SOUTH | MONTGOMERY, AL | 9/2/2004 | 10/12/2004 | 29 |
| 23855 | 930 | LADINO REGAL CLOVER | GRO SOUTH | MONTGOMERY, AL | 9/30/2004 | 11/5/2004 | 27 |
| # of Samples | 38 | | | | | Average Days | 34 |
| | | | | | | | |
| 23394 | 3-14 | CERT. GORE WHEAT | GROWERS SUPPLY | FRISCO CITY, AL | 8/26/2004 | 10/1/2004 | 27 |
| 23395 | 4-14 | CERT. GORE WHEAT | GROWERS SUPPLY | FRISCO CITY, AL | 8/26/2004 | 10/1/2004 | 27 |
| 23396 | BULK | RYE | GROWERS SUPPLY | FRISCO CITY, AL | 8/26/2004 | 10/20/2004 | 40 |
| 23469 | 5-14 | CERT. GORE WHEAT | GROWERS SUPPLY | FRISCO CITY, AL | 9/2/2004 | 10/20/2004 | 35 |
| 23470 | 6-14 | CERT. GORE WHEAT | GROWERS SUPPLY | FRISCO CITY, AL | 9/2/2004 | 10/20/2004 | 35 |
| 23471 | 7-14 | CERT. GORE WHEAT | GROWERS SUPPLY | FRISCO CITY, AL | 9/2/2004 | 10/1/2004 | 22 |
| 23472 | 8-14 | CERT. GORE WHEAT | GROWERS SUPPLY | FRISCO CITY, AL | 9/2/2004 | 10/20/2004 | 35 |
| 23473 | 1-12 | CERT. GORE WHEAT | GROWERS SUPPLY | FRISCO CITY, AL | 9/2/2004 | 10/20/2004 | 35 |
| 23576 | 3-12 | CERT. GORE WHEAT | GROWERS SUPPLY | FRISCO CITY, AL | 9/3/2004 | 10/1/2004 | 21 |
| 23577 | BULK-1 | WHEAT | GROWERS SUPPLY | FRISCO CITY, AL | 9/3/2004 | 10/1/2004 | 21 |
| 23578 | 2-12 | CERT. GORE WHEAT | GROWERS SUPPLY | FRISCO CITY, AL | 9/3/2004 | 10/1/2004 | 21 |
| 23602 | 5-12 | CERT. GORE WHEAT | GROWERS SUPPLY | FRISCO CITY, AL | 9/9/2004 | 10/1/2004 | 17 |
| 23603 | 6-12 | CERT. GORE WHEAT | GROWERS SUPPLY | FRISCO CITY, AL | 9/9/2004 | 10/1/2004 | 17 |
| 23604 | 4-12 | CERT. GORE WHEAT | GROWERS SUPPLY | FRISCO CITY, AL | 9/9/2004 | 10/1/2004 | 17 |
| 23605 | 7-12 | CERT. GORE WHEAT | GROWERS SUPPLY | FRISCO CITY, AL | 9/9/2004 | 10/1/2004 | 17 |
| 23606 | BULK #2 | WHEAT | GROWERS SUPPLY | FRISCO CITY, AL | 9/9/2004 | 10/1/2004 | 17 |
| 23607 | 1-10 | CERT. GORE WHEAT | GROWERS SUPPLY | FRISCO CITY, AL | 9/9/2004 | 10/1/2004 | 17 |
| 23658 | 1-13 | CERT. CHAPMAN OATS | GROWERS SUPPLY | FRISCO CITY, AL | 9/20/2004 | 10/1/2004 | 10 |
| 23659 | 2-13 | CERT. CHAPMAN OATS | GROWERS SUPPLY | FRISCO CITY, AL | 9/20/2004 | 10/1/2004 | 10 |
| # of Samples | 19 | | | | | Average Days | 23 |
| | | | | | | | |
| 23580 | 115 | AGS 2000 WHEAT | HELENA CHEMICAL CO | TANNER, AL | 9/7/2004 | 10/8/2004 | 24 |
| 23581 | 115 | AGS 2000 WHEAT | HELENA CHEMICAL CO | TANNER, AL | 9/7/2004 | 10/8/2004 | 24 |
| 23841 | 115 | CERT. AGS 2000 WHEAT | HELENA CHEMICAL CO | TANNER, AL | 9/30/2004 | 10/26/2004 | 19 |
| 23840 | 115 | CERT. AGS 2000 WHEAT | HELENA CHEMICAL CO | TANNER, AL | 9/30/2004 | 10/26/2004 | 19 |
| # of Samples | 4 | | | | | Average Days | 22 |
| | | | | | | | |
| 23601 | L42-3-3G | GULF ANNUAL RYEGRASS | K&L FEED | ELBERTA, AL | 9/9/2004 | 10/22/2004 | 32 |
| 23405 | T-21197 | YUCHI ARROWLEAF CLOVER | KELLY SEED CO. INC | HARTFORD, AL | 8/26/2004 | 10/29/2004 | 47 |
| 23404 | T-21902 | DIXIE RESEEDING CRIMSON CLOVER | KELLY SEED CO. INC | HARTFORD, AL | 8/26/2004 | 10/19/2004 | 39 |
| # of Samples | 3 | | | | | Average Days | 39 |

Case 2:06-cv-00626-MEF-WC Document 36-5 Filed 08/21/2008 Page 25 of

| LAB NO | # LOT NO | NAME GIVEN | SOURCE | REC'D | REPORT | DAYS |
|---|---|---|---|---|---|---|
| 23657 | E232000 | WHITE GLOBE PURPLE TOP TURNIP | LASSITER HDW&SUP HOPE HULL, AL | 9/13/2004 | 10/4/2004 | 16 |
| # of Samples | 1 | | | | Average Days | 16 |
| | | | | | | |
| 23826 | LSC-4504 | ELBON RYE | LIMESTONE FARMERS CO- ATHENS, AL | 9/30/2004 | 10/29/2004 | 22 |
| 23518 | LSC-9704 | ELBON RYE | LIMESTONE FARMERS CO- ATHENS, AL | 9/2/2004 | 10/8/2004 | 27 |
| # of Samples | 2 | | | | Average Days | 25 |
| | | | | | | |
| 23734 | 329 | WRENS ABRUZZI RYE | LUVERNE CO-OP LUVERNE, AL | 9/22/2004 | 10/15/2004 | 18 |
| # of Samples | 1 | | | | Average Days | 18 |
| | | | | | | |
| 23825 | LSC-4104 | ELBON RYE | MADISON CTY CO-OP HAZEL GREEN, AL | 9/30/2004 | 10/29/2004 | 22 |
| 23702 | LSC-0504 | ELBON RYE | MADISON CTY CO-OP HAZEL GREEN, AL | 9/20/2004 | 10/20/2004 | 23 |
| 23703 | 4-35 | KENTUCKY 31 TALL FESCUE | MADISON CTY CO-OP HAZEL GREEN, AL | 9/20/2004 | 11/3/2004 | 33 |
| # of Samples | 3 | | | | Average Days | 20 |
| | | | | | | |
| 23701 | 04-W016 | EK-102 WHEAT | MARSHALL FARMERS COOP ARAB, AL | 9/20/2004 | 10/15/2004 | 20 |
| # of Samples | 1 | | | | Average Days | 20 |
| | | | | | | |
| 23409 | E481001 | EK-102 WHEAT | MILLER TRADING CO EVERGREEN, AL | 8/26/2004 | 10/4/2004 | 28 |
| 23410 | 9613000 | EK-102 WHEAT | MILLER TRADING CO EVERGREEN, AL | 8/26/2004 | 10/12/2004 | 34 |
| 23411 | 8464 | EK-102 WHEAT | MILLER TRADING CO EVERGREEN, AL | 8/26/2004 | 10/12/2004 | 34 |
| 23412 | Y68FM01 | EK-102 WHEAT | MILLER TRADING CO EVERGREEN, AL | 8/26/2004 | 10/8/2004 | 32 |
| 23413 | 8426000 | EK-102 WHEAT | MILLER TRADING CO EVERGREEN, AL | 8/26/2004 | 10/4/2004 | 28 |
| 23414 | A0541 | EK-102 WHEAT | MILLER TRADING CO EVERGREEN, AL | 8/26/2004 | 10/4/2004 | 28 |
| # of Samples | 6 | | | | Average Days | 31 |
| | | | | | | |
| 23647 | L18-3-202 | PURPLE TOP WHITE GLOBE TURNIP | MONTGOMERY FARMERS COOP MONTGO | 9/10/2004 | 10/4/2004 | 17 |
| 23648 | 91811 | TENDERGREEN IMPROVED MUSTARD | MONTGOMERY FARMERS COOP MONTGO | 9/10/2004 | 10/4/2004 | 17 |
| 23645 | A478005 | SOUTHERN GIANT CURLED MUSTARD | MONTGOMERY FARMERS COOP MONTGO | 9/10/2004 | 10/8/2004 | 21 |
| 23646 | RP34 | DWARF ESSEX RAPE | MONTGOMERY FARMERS COOP MONTGO | 9/10/2004 | 10/8/2004 | 21 |
| # of Samples | 4 | | | | Average Days | 19 |
| | | | | | | |
| 23474 | R3-4 | RYE | MURPHREE SEED FARM COLLINSVILLE, A | 9/2/2004 | 10/4/2004 | 23 |
| 23475 | MSF 390 | SERICEA LESPEDEZA | MURPHREE SEED FARM COLLINSVILLE, A | 9/2/2004 | 10/13/2004 | 33 |
| # of Samples | 2 | | | | Average Days | 28 |
| | | | | | | |
| 23493 | 976 | WINTERGRAZER 70 RYE | PENNINGTON SEED CULLMAN, AL | 9/2/2004 | 10/12/2004 | 29 |
| 23494 | 989 | WINTERGRAZER 70 RYE | PENNINGTON SEED CULLMAN, AL | 9/2/2004 | 10/4/2004 | 23 |
| 23495 | L144-4-2FC04 | FAIRWAY CLASSIC BLEND | PENNINGTON SEED CULLMAN, AL | 9/2/2004 | 10/27/2004 | 40 |
| 23496 | P43-3-51 | PASSEREL PLUS ANNUAL RYEGRASS | PENNINGTON SEED CULLMAN, AL | 9/2/2004 | 10/18/2004 | 33 |
| 23497 | P43-3-52 | PASSEREL PLUS ANNUAL RYEGRASS | PENNINGTON SEED CULLMAN, AL | 9/2/2004 | 10/18/2004 | 33 |
| 23498 | L5-4-GR9H | GULF ANNUAL RYEGRASS | PENNINGTON SEED CULLMAN, AL | 9/2/2004 | 10/18/2004 | 33 |
| 23499 | L5-4-GR9F | GULF ANNUAL RYEGRASS | PENNINGTON SEED CULLMAN, AL | 9/2/2004 | 10/18/2004 | 33 |
| 23500 | L5-4-GR9J | GULF ANNUAL RYEGRASS | PENNINGTON SEED CULLMAN, AL | 9/2/2004 | 10/22/2004 | 37 |
| 23537 | 990 | WINTERGRAZER 70 RYE | PENNINGTON SEED CULLMAN, AL | 9/2/2004 | 10/12/2004 | 29 |
| 23538 | L57-2-12-OG | OR. CERT. POTOMAC ORCHARDGRASS | PENNINGTON SEED CULLMAN, AL | 9/2/2004 | 10/27/2004 | 40 |
| 23539 | 30686GGR-R | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED CULLMAN, AL | 9/2/2004 | 11/8/2004 | 48 |

Case ... 00326-MEF-WC ... Filed 08/21/2008 Page 26 of ...

| LAB NO | # LOT NO | NAME GIVEN | SOURCE | | REC'D | REPORT | DAYS |
|---|---|---|---|---|---|---|---|
| 23540 | 30685GGR-R | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 11/15/2004 | 53 |
| 23541 | 30692GGR-M | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 11/8/2004 | 48 |
| 23542 | 420066GGR | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 10/27/2004 | 40 |
| 23543 | 420067GGR | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 10/27/2004 | 40 |
| 23544 | 320856GGR-S | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 12/10/2004 | 72 |
| 23545 | 320854GGR-A | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 12/10/2004 | 72 |
| 23546 | DKG8062 | GRAZER WHEAT | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 10/8/2004 | 27 |
| 23547 | DKG808 | GRAZER WHEAT | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 10/8/2004 | 27 |
| 23548 | 320879GGR-K | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 12/10/2004 | 72 |
| 23549 | 320880GGR-H | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 11/8/2004 | 48 |
| 23550 | 320881GGR-H | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 11/8/2004 | 48 |
| 23551 | 320890GGR-A | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 11/8/2004 | 48 |
| 23565 | 991 | WINTERGRAZER 70 RYE | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 10/12/2004 | 29 |
| 23566 | 179-9 | BOB OATS | PENNINGTON SEED | CULLMAN, AL | 9/2/2004 | 10/13/2004 | 30 |
| 23660 | 990 | WINTERGRAZER 70 RYE | PENNINGTON SEED | CULLMAN, AL | 9/20/2004 | 10/15/2004 | 20 |
| 23661 | 102-B4 | COKER 227 OATS | PENNINGTON SEED | CULLMAN, AL | 9/20/2004 | 10/13/2004 | 18 |
| 23662 | 40AV12 | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/20/2004 | 10/25/2004 | 26 |
| 23663 | 40AV08 | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/20/2004 | 10/27/2004 | 28 |
| 23664 | L5-4-GR9G | GULF ANNUAL RYEGRASS | PENNINGTON SEED | CULLMAN, AL | 9/20/2004 | 10/25/2004 | 26 |
| 23665 | L5-4-AR25A | GULF ANNUAL RYEGRASS | PENNINGTON SEED | CULLMAN, AL | 9/20/2004 | 10/22/2004 | 25 |
| 23666 | P43-3-84 | PASSEREL PLUS ANNUAL RYEGRASS | PENNINGTON SEED | CULLMAN, AL | 9/20/2004 | 10/25/2004 | 26 |
| 23704 | B4-G23-65 | 57733 WHEAT | PENNINGTON SEED | CULLMAN, AL | 9/20/2004 | 10/15/2004 | 20 |
| 23705 | B4-G23-67 | 57733 WHEAT | PENNINGTON SEED | CULLMAN, AL | 9/20/2004 | 10/15/2004 | 20 |
| 23706 | 105-18 | COKER 227 OATS | PENNINGTON SEED | CULLMAN, AL | 9/20/2004 | 10/18/2004 | 21 |
| 23707 | 4208 | WINTERGRAZER 70 RYE | PENNINGTON SEED | CULLMAN, AL | 9/20/2004 | 10/15/2004 | 20 |
| 23708 | B4-G23-66 | 57733 WHEAT | PENNINGTON SEED | CULLMAN, AL | 9/20/2004 | 10/15/2004 | 20 |
| 23758 | W8-4-CC-464 | DIXIE RESEEDING CRIMSON CLOVER | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/22/2004 | 17 |
| 23759 | W8-4-CC-452 | DIXIE RESEEDING CRIMSON CLOVER | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/22/2004 | 17 |
| 23760 | W8-4-CC-401 | DIXIE RESEEDING CRIMSON CLOVER | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/15/2004 | 12 |
| 23761 | W8-4-CC-460 | DIXIE RESEEDING CRIMSON CLOVER | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/22/2004 | 17 |
| 23762 | 04-017 | COKER 227 OATS | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/18/2004 | 13 |
| 23763 | 04-024 | COKER 227 OATS | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/18/2004 | 13 |
| 23764 | 4137 | WRENS ABBRUZZI RYE | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/15/2004 | 12 |
| 23765 | P43-3-80 | PASSEREL PLUS ANNUAL RYEGRASS | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/29/2004 | 22 |
| 23766 | B4-G23-64 | 57733 WHEAT | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/15/2004 | 12 |
| 23767 | B4-G23-68 | 57733 WHEAT | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/15/2004 | 12 |
| 23768 | B4-G23-69 | 57733 WHEAT | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/15/2004 | 12 |
| 23769 | WG-01 | WINTERGRAZER 70 RYE | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 11/1/2004 | 23 |
| 23770 | WG-05 | WINTERGRAZER 70 RYE | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/28/2004 | 21 |
| 23771 | WG-02 | WINTERGRAZER 70 RYE | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/20/2004 | 15 |
| 23808 | WG-03 | WINTERGRAZER 70 RYE | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/20/2004 | 15 |
| 23809 | B4-G23-72 | 57733 WHEAT | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/26/2004 | 19 |
| 23810 | 04-016 | COKER 227 OATS | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/18/2004 | 13 |
| 23811 | 04-018 | COKER 227 OATS | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/18/2004 | 13 |
| 23812 | 04-031 | COKER 227 OATS | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/18/2004 | 13 |
| 23813 | 04-032 | COKER 227 OATS | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 10/18/2004 | 13 |
| 23814 | 420105GGR | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 11/1/2004 | 23 |

| LAB NO | # | LOT NO | NAME GIVEN | SOURCE | | REC'D | REPORT | DAYS | |
|---|---|---|---|---|---|---|---|---|---|
| 23815 | | 420104GGR-[ | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 11/15/2004 | 33 | |
| 23816 | | 400083GGR | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 11/16/2004 | 34 | |
| 23817 | | 400084GGR | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 11/18/2004 | 36 | |
| 23818 | | 400077GGR | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 11/1/2004 | 23 | |
| 23819 | | 400078GGR | KENTUCKY 31 TALL FESCUE | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 11/1/2004 | 23 | |
| 23820 | | P4-03 | PENSACOLA BAHIAGRASS | PENNINGTON SEED | CULLMAN, AL | 9/30/2004 | 11/16/2004 | 34 | |
| # of Samples | 64 | | | | | | Average Days | | 28 |
| | | | | | | | | | |
| 23462 | | GFS03-3 | LA 604 OATS | PIKE CO-OP | TROY, AL | 8/26/2004 | 10/12/2004 | 34 | |
| 23463 | | T03 9 | LA 604 OATS | PIKE CO-OP | TROY, AL | 8/26/2004 | 10/5/2004 | 29 | |
| 23451 | | ASD-0409 | BOB OATS | PIKE CO-OP | BRUNDIDGE, AL | 8/26/2004 | 10/12/2004 | 34 | |
| # of Samples | 3 | | | | | | Average Days | | 32 |
| | | | | | | | | | |
| 23481 | | A SD-0408 | BOB OATS | PIKE FARMERS CO-OP | TROY, AL | 9/2/2004 | 10/12/2004 | 29 | |
| 23482 | | A SD-0409 | BOB OATS | PIKE FARMERS CO-OP | TROY, AL | 9/2/2004 | 10/12/2004 | 29 | |
| # of Samples | 2 | | | | | | Average Days | | 29 |
| | | | | | | | | | |
| 23382 | | 686 | PENSACOLA BAHIAGRASS | R. W. KIRK & SON | ORRVILLE, AL | 8/23/2004 | 11/12/2004 | 60 | |
| 23383 | | 687 | PENSACOLA BAHIAGRASS | R. W. KIRK & SON | ORRVILLE, AL | 8/23/2004 | 11/5/2004 | 55 | |
| 23384 | | 692 | PENSACOLA BAHIAGRASS | R. W. KIRK & SON | ORRVILLE, AL | 8/23/2004 | 11/5/2004 | 55 | |
| 23385 | | 694 | PENSACOLA BAHIAGRASS | R. W. KIRK & SON | ORRVILLE, AL | 8/23/2004 | 11/5/2004 | 55 | |
| 23476 | | 695 | PENSACOLA BAHIAGRASS | R. W. KIRK & SON | ORRVILLE, AL | 9/2/2004 | 10/25/2004 | 38 | |
| 23478 | | 689 | PENSACOLA BAHIAGRASS | R. W. KIRK & SON | ORRVILLE, AL | 9/2/2004 | 10/25/2004 | 38 | |
| 23477 | | 691 | PENSACOLA BAHIAGRASS | R. W. KIRK & SON | ORRVILLE, AL | 9/2/2004 | 10/25/2004 | 38 | |
| 23479 | | 690 | ARGENTINE BAHIAGRASS | R. W. KIRK & SON | ORRVILLE, AL | 9/2/2004 | 10/15/2004 | 32 | |
| 23480 | | 696 | PENSACOLA BAHIAGRASS | R. W. KIRK & SON | ORRVILLE, AL | 9/2/2004 | 10/25/2004 | 38 | |
| # of Samples | 9 | | | | | | Average Days | | 45 |
| | | | | | | | | | |
| 23534 | | CS-4515 | ARMOR PROGRAZE WHEAT | RED BARN FARM CENTER | GADSDEN, AL | 9/2/2004 | 10/8/2004 | 27 | |
| 23533 | | 179-1 | BOB OATS | RED BARN FARM CENTER | GADSDEN, AL | 9/2/2004 | 10/12/2004 | 29 | |
| 23532 | | 13294F | KENTUCKY 31 TALL FESCUE | RED BARN FARM CENTER | GADSDEN, AL | 9/2/2004 | 11/1/2004 | 43 | |
| # of Samples | 3 | | | | | | Average Days | | 33 |
| | | | | | | | | | |
| 23390 | | N046002 | CHAMPION COLLARDS | ROBERTSDALE FEED STORE | ROBERTSDA | 8/26/2004 | 10/12/2004 | 34 | |
| # of Samples | 1 | | | | | | Average Days | | 34 |
| | | | | | | | | | |
| 23757 | | HB-5 | ELBON RYE | SEED PROCESSORS | WETUMPKA, AL | 9/30/2004 | 10/15/2004 | 12 | |
| # of Samples | 1 | | | | | | Average Days | | 12 |
| | | | | | | | | | |
| 23406 | | UF051704 | BROWN TOP MILLET | SEGREST FEED & SEED | SLOCOMB, AL | 8/26/2004 | 10/12/2004 | 34 | |
| 23407 | | UF012010 | BROWN TOP MILLET | SEGREST FEED & SEED | SLOCOMB, AL | 8/26/2004 | 10/12/2004 | 34 | |
| 23408 | | 10555 | SORGHUM WILD GAME FOOD | SEGREST FEED & SEED | SLOCOMB, AL | 8/26/2004 | 10/7/2004 | 31 | |
| 23636 | | E232000 | PURPLE TOP WHITE GLOBE TURNIP | SEGREST FEED & SEED | SLOCOMB, AL | 9/9/2004 | 10/4/2004 | 18 | |
| 23637 | | W8012 | AMERICAN PURPLE TOP RUTABAGA | SEGREST FEED & SEED | SLOCOMB, AL | 9/9/2004 | 10/4/2004 | 18 | |
| # of Samples | 5 | | | | | | Average Days | | 27 |
| | | | | | | | | | |
| 23644 | | LM-40 | GORE WHEAT | SHIELDS FEED | COFFEEVILLE, AL | 9/9/2004 | 10/12/2004 | 24 | |

| LAB NO | # LOT NO | NAME GIVEN | SOURCE | | REC'D | REPORT | DAYS |
|--------|----------|------------|--------|--|-------|--------|------|
| 23643 | 179-10 | BOB OATS | SHIELDS FEED | COFFEEVILLE, AL | 9/9/2004 | 10/18/2004 | 28 |
| # of Samples | 2 | | | | | Average Days | 26 |
| | | | | | | | |
| 23700 | L43-3-33G | GULF ANNUAL RYEGRASS | SOUTHERN STATES | ARAB, AL | 9/20/2004 | 10/29/2004 | 30 |
| 23842 | 6513-100FG | 38247 WG WHEAT | SOUTHERN STATES | ATHENS, AL | 9/30/2004 | 10/26/2004 | 19 |
| 23843 | 6512-1SF | FFR-535W WHEAT | SOUTHERN STATES | ATHENS, AL | 9/30/2004 | 10/26/2004 | 19 |
| 23844 | S4197 | KY-31 TALL FESCUE | SOUTHERN STATES | CENTRE, AL | 9/30/2004 | 11/5/2004 | 27 |
| 23845 | S4360 | KY-31 TALL FESCUE | SOUTHERN STATES | CENTRE, AL | 9/30/2004 | 11/18/2004 | 36 |
| 23846 | 3.B331ST.T | STATESMAN TALL FESCUE BLEND | SOUTHERN STATES | CENTRE, AL | 9/30/2004 | 11/5/2004 | 27 |
| 23847 | 12363 | TN. CERT. JACKSON WHEAT | SOUTHERN STATES | CENTRE, AL | 9/30/2004 | 10/29/2004 | 22 |
| 23848 | 326 | ELBON RYE | SOUTHERN STATES | CENTRE, AL | 9/30/2004 | 10/18/2004 | 13 |
| 23821 | L175-4-37BD | BIG DADDY TETRAPLOID ANNUAL | SOUTHERN STATES | CULLMAN, AL | 9/30/2004 | 11/3/2004 | 25 |
| 23822 | 492 | COKER 227 OATS | SOUTHERN STATES | CULLMAN, AL | 9/30/2004 | 11/1/2004 | 23 |
| 23583 | L175-4-39BD | BIG DADDY TETRAPLOID ANNUAL | SOUTHERN STATES | DANVILLE, AL | 9/7/2004 | 10/22/2004 | 34 |
| 23773 | 12363 | TN. CERT. JACKSON WHEAT | SOUTHERN STATES | ONEONTA, AL | 9/30/2004 | 10/15/2004 | 12 |
| 23582 | S4360 | KY-31 TALL FESCUE | SOUTHERN STATES | DANVILLE, AL | 9/7/2004 | 11/8/2004 | 45 |
| 23535 | B22-4-OG17 | POTOMAC ORCHARDGRASS | SOUTHERN STATES | HENEGAR, AL | 9/2/2004 | 10/27/2004 | 40 |
| 23696 | S4307 | KY-31 TALL FESCUE | SOUTHERN STATES | HENEGAR, AL | 9/20/2004 | 11/8/2004 | 35 |
| 23772 | L10-3-85G | GULF ANNUAL RYEGRASS | SOUTHERN STATES | ONEONTA, AL | 9/30/2004 | 10/29/2004 | 22 |
| # of Samples | 16 | | | | | Average Days | 27 |
| | | | | | | | |
| 23392 | L111-3-FBJ | FLORIDA BROADLEAF MUSTARD | ST. ELMO FEED & SEED | ST. ELMO, AL | 8/26/2004 | 10/4/2004 | 28 |
| 23393 | 3CC-71 | WRENS ABRUZZI RYE | ST. ELMO FEED & SEED | ST. ELMO, AL | 8/26/2004 | 10/4/2004 | 28 |
| 23391 | L111-3-GC | GEORGIA SOUTHERN COLLARDS | ST. ELMO FEED & SEED | ST. ELMO, AL | 8/26/2004 | 10/8/2004 | 32 |
| # of Samples | 3 | | | | | Average Days | 29 |
| | | | | | | | |
| 23403 | LSC-5203 | WRENS ABRUZZI RYE | STEWART BROS FARM SUPPLY, INC. | A | 8/26/2004 | 10/12/2004 | 34 |
| # of Samples | 1 | | | | | Average Days | 34 |
| | | | | | | | |
| 23614 | L73-4-23MA | MARSHALL ANNUAL RYEGRASS | SWEET WATER GIN | SWEET WATER, AL | 9/9/2004 | 10/22/2004 | 32 |
| 23615 | L73-4-51MA | MARSHALL ANNUAL RYEGRASS | SWEET WATER GIN | SWEET WATER, AL | 9/9/2004 | 10/25/2004 | 33 |
| 23616 | L19-3-61G | GULF ANNUAL RYEGRASS | SWEET WATER GIN | SWEET WATER, AL | 9/9/2004 | 10/25/2004 | 33 |
| 23617 | L73-3-13GU | GULF ANNUAL RYEGRASS | SWEET WATER GIN | SWEET WATER, AL | 9/9/2004 | 10/25/2004 | 33 |
| 23618 | W8-4-CC-439 | DIXIE RESEEDING CRIMSON CLOVER | SWEET WATER GIN | SWEET WATER, AL | 9/9/2004 | 10/19/2004 | 29 |
| # of Samples | 5 | | | | | Average Days | 32 |
| | | | | | | | |
| 23640 | 34099-AWP | AUSTRIAN WINTER PEAS | THOMASVILLE FEED | THOMASVILLE, AL | 9/9/2004 | 10/26/2004 | 34 |
| 23641 | Y38-4-CC-02 | DIXIE CRIMSON CLOVER | THOMASVILLE FEED | THOMASVILLE, AL | 9/9/2004 | 10/19/2004 | 29 |
| 23642 | 4CC-80 | ELBON RYE | THOMASVILLE FEED | THOMASVILLE, AL | 9/9/2004 | 10/12/2004 | 24 |
| 23639 | T04 12 | LA 604 OATS | THOMASVILLE FEED | THOMASVILLE, AL | 9/9/2004 | 10/18/2004 | 28 |
| # of Samples | 4 | | | | | Average Days | 29 |
| | | | | | | | |
| 23852 | F3-04 | FESCUE-ORCHARDGRASS MIXTURE | TOMPKINS FARMER WAREHOUSE | | 9/30/2004 | 11/18/2004 | 36 |
| 23851 | L4-4-3GP | GULF ANNUAL RYEGRASS | TOMPKINS FARMER WAREHOUSE | | 9/30/2004 | 11/3/2004 | 25 |
| # of Samples | 2 | | | | | Average Days | 31 |
| | | | | | | | |
| 23398 | A229000 | AMERICAN PURPLE TOP RUTABAGA | TUCKER FARM CENTER | FRISCO CITY, AL | 8/26/2004 | 10/8/2004 | 32 |

| LAB NO | # LOT NO | NAME GIVEN | SOURCE | | REC'D | REPORT | DAYS |
|---|---|---|---|---|---|---|---|
| 23397 | RP35 | DWARF ESSEX RAPE | TUCKER FARM CENTER FRISCO CITY, AL | | 8/26/2004 | 10/8/2004 | 32 |
| 23600 | LR-1 | JAPANESE MILLET | TUCKER FARM CENTER FRISCO CITY, AL | | 9/9/2004 | 10/28/2004 | 36 |
| # of Samples | 3 | | | | | Average Days | 33 |
| | | | | | | | |
| 23693 | BSRW-4-3 | WRENS ABRUZZI RYE | UAP | MADISON, AL | 9/20/2004 | 10/15/2004 | 20 |
| 23694 | BSRW-4-3 | WRENS ABRUZZI RYE | UAP | MADISON, AL | 9/20/2004 | 10/15/2004 | 20 |
| 23695 | LSC-9504 | WRENS ABRUZZI RYE | UAP | MADISON, AL | 9/20/2004 | 10/15/2004 | 20 |
| 23827 | BSRW-4-10 | WRENS ABRUZZI RYE | UAP | MADISON, AL | 9/30/2004 | 10/29/2004 | 22 |
| 23530 | 03W-212 | TAM 90 ANNUAL RYEGRASS | UAP | MADISON, AL | 9/2/2004 | 10/22/2004 | 37 |
| 23531 | L132-3-TP147 | TETRAPLOID ANNUAL- PRIME | UAP | MADISON, AL | 9/2/2004 | 10/22/2004 | 37 |
| 23753 | BSRW-4-3 | WRENS ABRUZZI RYE | UAP SOUTHEAST | ATMORE, AL | 9/22/2004 | 10/15/2004 | 18 |
| # of Samples | 7 | | | | | Average Days | 25 |
| | | | | | | | |
| 23799 | 24317 | TURF STAR PERENNIAL RYEGRASS | UNIVERSAL SEED & SUPPLY | BHAM, AL | 9/30/2004 | 11/8/2004 | 28 |
| 23800 | 24616 | TURF STAR PERENNIAL RYEGRASS | UNIVERSAL SEED & SUPPLY | BHAM, AL | 9/30/2004 | 11/3/2004 | 25 |
| 23798 | L55-4-G5 | GULF ANNUAL RYEGRASS | UNIVERSAL SEED & SUPPLY | BHAM, AL | 9/30/2004 | 10/29/2004 | 22 |
| 23801 | 896 | UNHULLED SERICEA LESPEDEZA | UNIVERSAL SEED & SUPPLY | BHAM, AL | 9/30/2004 | 11/8/2004 | 28 |
| 23802 | 783 | SERICEA LESPEDEZA | UNIVERSAL SEED & SUPPLY | BHAM, AL | 9/30/2004 | 11/15/2004 | 33 |
| # of Samples | 5 | | | | | Average Days | 27 |
| | | | | | | | |
| 23697 | S3907 | KY 31 FESCUE/ORCHARDGRASS | WHITLEY FARM SUPPLY | ALTOONA, AL | 9/20/2004 | 11/15/2004 | 41 |
| 23698 | B29-4-22LG | GULF ANNUAL RYEGRASS | WHITLEY FARM SUPPLY | ALTOONA, AL | 9/20/2004 | 10/25/2004 | 26 |
| 23699 | B22-4-OG17 | POTOMAC ORCHARDGRASS | WHITLEY FARM SUPPLY | ALTOONA, AL | 9/20/2004 | 10/29/2004 | 30 |
| # of Samples | 3 | | | | | Average Days | 32 |
| | | | | | | | |
| 23612 | W8-4-CC-451 | DIXIE RESEEDING CRIMSON CLOVER | WILCOX FARM CENTER | CAMDEN, AL | 9/9/2004 | 10/19/2004 | 29 |
| # of Samples | 1 | | | | | Average Days | 29 |
| | | | | | | | |
| Total Samples | 475 | | | | | Total Average Days 29 | |

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

October 4, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

### MEMORANDUM

**TO:**        **JOHN CRAYTON, PROGRAM DIRECTOR
SEED LABORATORY**

**FROM:**     **LANCE HESTER, DIVISION DIRECTOR
AGRICULTURE AND ANIMAL PROTECTION**

**SUBJECT:**    **REPRIMAND FOR FAILURE TO PERFORM JOB PROPERLY**

In accordance with rules of the State Personnel Board, the purpose of this memorandum is to provide you with a written reprimand for failure to perform your responsibilities properly. Included in this memorandum are references and a history of the recent events that have made this reprimand necessary. This reprimand will be included and attached to your six months review as well as your annual appraisal.

On Tuesday September 21, 2004 Ronnie Murphy (Deputy Commissioner) was notified by the Commissioner's office about two complaints from seed processors or farmers that had samples in the seed laboratory for an extended period of time and had not received their analysis report. These samples were 'In Test' samples indicating the company needed the test results before they were to be sold or planted. One seed processor reported to the Commissioner's office that when he inquired about the tests that John Crayton indicated that the delay was due to the computer being down. Since that time we have had four additional complaints from industry indicating the negative economic impact that this delay has caused.

Ronnie Murphy contacted John Crayton after becoming aware of the first two complaints. Mr. Murphy informed me on Tuesday September 21, 2004 that John Crayton's explanation was that blank laboratory cards were on the server and could not be printed. Mr. Crayton indicated that they could not process samples because they had not been able to generate the cards from the computer since August 23, 2004. It should be noted that the computer server was down from August 23, 2004 until the week of September 20, 2004.

Through Mr. Murphy's communications with Mr. Crayton on September 21, 2004 it was determined that approximately fifty five (55) 'In Test' samples were in the laboratory

Exhibit 5

waiting processing and analysis. '*In* Test' samples are those sent in by industry or farmers to determine results required prior to sale or needed to make farm management decisions regarding what seed to plant. On the afternoon of Tuesday September 21, 2004 I visited with Mr. Crayton to emphasize again the need to get these processed as soon as possible. I also stated to Mr. Crayton that he was authorized to utilize compensatory time for overtime if this could speed up the process.

The events described in this memorandum should not have occurred. The unavailability of the data base from the server has caused inconveniencies. The critical choices you were faced with were as follows: (1) Changes could be made in the processing of samples to accommodate industry, farmer and Department needs; or (2) Services could be discontinued which would adversely affect the marketing abilities of the seed industries. The answer should have been obvious. We should have made changes in processing to accommodate the industry and farmer needs. However, the decision that was made disrupted commerce of seed and caused an embarrassment to the Department, the Commissioner and the employees. At no time did you choose to discuss this situation with your Division Director or the Deputy Commissioner. Simply generating the computer cards manually or through other available computer programs (such as Microsoft word) could have averted the whole situation.

The purpose of this reprimand is to facilitate correction. It is intended that this reprimand provide emphasis to the need to carefully consider the decisions that have a direct affect on those that we regulate and serve. I sincerely hope that we do not have to address similar situations in the future. However, any similar occurrences in the future will be addressed through the proper actions as set forth by the State Personnel Department. Additional violations of work rules could result in suspension or dismissal.

Certain steps need to be taken to assure that similar problems do not recur. Weekly meetings will be set to discuss with you the processing of samples through the seed laboratory. It will be necessary for you to provide a written weekly summary of the samples on hand in the laboratory. Any problems, priorities, goals or other relative topics should also be discussed at these meetings. These weekly sessions will be attended by Commissioner Ron Sparks and /or Deputy Commissioner Doug Rigney and/or Division Director Lance Hester.

As Program Director of the Seed Laboratory you have great responsibilities. It is my hope that you are very successful in achieving the desired results in the administration of you duties. If there is anything I can do to provide guidance or assistance please let me know.

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0

**August 27, 2004**

**CHEROKEE FARMERS CO-OP**
**1020 WEST MAIM ST.**
**CENTRE, AL 35960**

Dear Cherokee Farmers Co-op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 22998   | L76-2-87-0 | 96.12 | 3.67 | .03 | .18 | 91 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

*Exhibit 6*

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 27**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

**SOUTHERN STATES**
**1399 CHESTNUT BYPASS**
**CENTRE, AL 35967**

Dear Southern States,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 22999 | P703EP3 | 90.62 | 6.87 | 0 | 2.51 | 86 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 27, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

**SOUTHERN STATES CO-OP**
**P O BOX 98**
**ONEONTA, AL 35121**

Dear Southern States Coop,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23139 | W6-3-CC4 | | | OK | | 94 | 1 | NONE |

    We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

August 27, 2004

**ESCAMBIA FARM & SEED**
**5060 JACK SPRINGS RD**
**ATMORE, AL 36502**

Dear Escambia Farms,

    Due to unforeseen computer problems, we are reporting the results of (8) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01622 | 6481 | 99.75 | .20 | 0 | .05 | 95 | 0 | |
| 01623 | C 6482 | 99.80 | .20 | 0 | 0 | 90 | 0 | |
| 01624 | C 6483 | 99.80 | .20 | 0 | 0 | 95 | 0 | |
| 01625 | C 6471 | 99.80 | .20 | 0 | 0 | 99 | 0 | |
| 01626 | C 6472 | 99.80 | .20 | 0 | 0 | 95 | 0 | |
| 01628 | C 6451 | 99.80 | .20 | 0 | 0 | 94 | 0 | |
| 01629 | 6452 | 99.80 | .20 | 0 | 0 | 97 | 0 | |
| 01630 | 6453 | 99.94 | .06 | 0 | 0 | 97 | 0 | |

    We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

**August 27, 2004**

ACIA
P O BOX 2619
AUBURN, AL 36831-2619

Dear ACIA,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01617 | 406 | 99.80 | .20 | 0 | 0 | 95 | 0 | |
| 01620 | 409 | 99.86 | .14 | 0 | 0 | 93 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

**August 27, 2004**

**VANN FAIN**
**3567 GOOSE HOLLOW RD.**
**GENEVA, AL 36477**

Dear Mr. Fain,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01603 | VF 141 | 99.53 | .10 | .32 | .05 | 84 | 0 | Wild Radish-131 |

**COMMENT:** This lot of seed was found to contain excessive noxious weed seeds. (Wild Radish)

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**August 30, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

JIM CANNON
4349 ALAFLO RD
SAMSON AL 36477

Dear Mr. Cannon,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

# MIXTURE

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---|---|---|---|---|---|---|---|---|
| 01646 | J.L. 151 Citation Oats | 87.83 | .25 | .11 | .22 | 86 | 0 | |
| | | Other Oats 11.59 | | | | | | |

**COMMENT:** This lot of seed was found to be mixed. Mixed oats cannot be offered for sale in Alabama.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

**August 30, 2004**

Bragg Farms
1180 Grimwood Rd.
Toney, AL 35773

Dear Bragg Farms,

Due to unforeseen computer problems, we are reporting the results of (3) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23299   | 407     |        | OK    |      |      | 91   | 0         | None         |
| 23300   | 410     |        | OK    |      |      | 94   | 0         | None         |
| 23301   | 322     |        | OK    |      |      | 95   | 0         | None         |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

**August 30, 2004**

James Wilkerson
Rt. 1 Box 346
Skipperville, AL 36374

Dear Mr. Wilkerson,

Due to unforeseen computer problems, we are reporting the results of (2) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01644 | 44 | 99.33 | 0.55 | 0.04 | 0.08 | 93 | 0 | wild radish - 10 |
| 01645 | 51 | 97.82 | 1.98 | 0.17 | 0.03 | 81 | 0 | wild radish - 6 |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

**August 30, 2004**

Johnny Register
561 Commerce St.
Slocomb, AL 36375

Dear Mr. Register,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01648 | J.R. 152 | 97.28 | 0.17 | 0.04 | 2.51 | 94 | 0 | dock - 6 |

**Comment:** This lot of seed is a PVP Title V variety of oats and can only be sold as a certified class of oats when the variety name is stated on the tag.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-03

**August 30, 2004**

Pleas Parker
9071 E. State Hwy.52
Hartford, AL 36344

Dear Mr. Parker,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01606   | P.P. 149 | 99.23 | 0.77 | 0 | 0 | 88 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama  36107-1123



*Ron Sparks*
Commissioner

**August 30, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

AGRILIANCE-AFC
P O BOX 2227
DECATUR AL  35609

Dear Agriliance-AFC,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23129 | L91-1-66 | 99.54 | .46 | 0 | 0 | 96 | 0 | NONE |

**VIOLATION:** THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY.

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the purity percentage found by our test and a copy of the corrected analysis tag has been sent to this office.

    We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

        Sincerely,

        John L. Crayton, Director
        Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 30, 2004**

Agrilliance-AFC
P.O. Box 2227
Decatur, AL 35609

Dear Agrilliance-AFC,

Due to unforeseen computer problems, we are reporting the results of (5) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23132 | L101-3-42G | | OK | | | 97 | 0 | None |
| 23192 | ASD-0405 | | OK | | | 96 | 0 | None |
| 23193 | ASD-0406 | | OK | | | 98 | 0 | None |
| 23194 | B104-4 | 99.84 | 0.05 | 0 | 0.11 | 99 | 0 | None |
| 23195 | B104-3 | 99.58 | 0.32 | 0.03 | 0.07 | 99 | 0 | None |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 30, 2004**

Central Farm Supply.
P.O. Box 1213
Atmore, AL 36502

Dear Central Farm Supply,

   Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23078 | L42-3-9G | 99.82 | 0.17 | 0.01 | 0 | 98 | 0 | None |

   We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

                              Sincerely,

                              John L. Crayton, Director
                              Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

**August 30, 2004**

Escambia Farm & Seed
5060 Jack Springs Rd.
Atmore, AL 36502

Dear Escambia Farm & Seed,

Due to unforeseen computer problems, we are reporting the results of (2) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23272   | HB-1    | 97.93  | 2.07  | 0    | 0    | 94   | 0         | None         |
| 23273   | 179-3   |        |       | OK   |      | 96   | 0         | None         |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

**August 30, 2004**

Growers Supply
5239 Bowden St.
Frisco City, AL 36445

Dear Growers Supply,

Due to unforeseen computer problems, we are reporting the results of (2) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23375 | 81804 | 99.77 | 0.23 | 0 | 0 | 90 | 0 | None |
| 23376 | 81904 | 99.68 | 0.32 | 0 | 0 | 96 | 0 | None |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

**August 30, 2004**

Pennington Seed Inc.
2210 Industrial Drive
Cullman, AL 35055

Dear Pennington Seed Inc.,

Due to unforeseen computer problems, we are reporting the results of (3) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23062 | L144-4-2AR01 | 98.61 | 0.59 | 0.38 | 0.42 | 95 | 0 | hairy chess-18 |
| 23157 | 179-4 | | OK | | | 99 | 0 | none |
| 23158 | 179-5 | | OK | | | 98 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 30, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

PIEDMONT FERTILIZER CO.
P O BOX 71
OPELIKA AL 36803-0071

Dear Piedmont Fert. Co.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23225   | 33149-RAP |      |       |      |      | 68   | 0         |              |

**COMMENT:** This lot of seed was found to germinate lower than the germination stated on the analysis tag. This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the germination percentage found by our test and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ken Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-03⋅

**August 30, 2004**

Segrest Feed & Seed Co.
P.O. Box 339
Slocomb, AL 36375

Dear Segrest Feed & Seed Co.,

Due to unforeseen computer problems, we are reporting the results of (3) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23079 | KF-101-3 | 99.51 | 0.40 | 0.05 | 0.04 | 68 | 4 | None |
| 23080 | KF-102-03 | 99.58 | 0.40 | 0.02 | 0 | 66 | 3 | None |
| 23081 | KF-205-03 | 99.67 | 0.24 | 0.09 | 0 | 66 | 3 | None |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 30, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

UNIVERSAL SEED & SUPPLY
P O BOX 100637
BIRMINGHAM AL 35210

Dear Universal Seed & Supply,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23009   | T18094  | 66.39  | 33.61 | 0    | 0    | 70   | 1         | NONE         |

**COMMENT:** This lot of seed was found to germinate lower than the germination stated on the analysis tag. This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the germination percentage found by our test and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-03

**August 31, 2004**

Pennington Seed Inc.
2210 Industrial Dr. SW
Cullman, AL 35055

Dear Pennington Seed,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23165 | Y13-3-CC-1 | 99.33 | 0.23 | 0.44 | 0 | 94 | 1 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-03

**August 31, 2004**

Scotts Feed & Seed
146 Co. Rd. 42 East
Abbeville, AL 36310

Dear Scotts Feed & Seed,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23248 | T-21323 | 99.65 | 0.16 | 0.19 | 0 | 92 | 0 | wild radish - 5 |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-03

**August 31, 2004**

Southern States
P.O. Box 545
Arab, AL 35016

Dear Southern States,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23117 | B24-3-12 | 93.35 | 5.34 | 0.03 | 1.28 | 90 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033(

KRIS BALKCOM
P O BOX 217
HEADLAND AL  36345

Dear Mr. Balkcom,

     Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

## MIXTURE

| Lab No. | Lot No. | | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01578 | 1 | Oats | 40.52 | 1.62 | .43 | .05 | 98 | 0 | |
| | | Rye | 41.80 | | | | 92 | 0 | |
| | | Ryegrass | 15.58 | | | | 97 | 0 | |

     We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

          Sincerely,

          John L. Crayton, Director
          Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Colbert Farmers Coop
P O Box 474
Leighton, Al 35646

Dear Colbert Farmers Coop,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Germ | Hard Seed | Purity | Inert | Weed | Crop |
|---------|---------|------|-----------|--------|-------|------|------|
| 22973 | R3N-1937-2 | 55 | 0 | 67.05 | 32.95 | 0 | 0 |

**COMMENT: This lot of seed was found to germinate below the minimum standard germination of 60%; therefore, this lot of seed cannot be offered for sale in Alabama.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

GroSouth Inc.
P O Box 349
Montgomery, Al. 36101

Dear GroSouth Inc.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Germ | Hard Seed | Purity Inert | Weed | Crop |
|---------|---------|------|-----------|--------------|------|------|
| 23256 | 9517000 | 8 | 0 | | | |

**COMMENT: This lot of seed was found to germinate below the minimum standard germination of 60%; therefore, this lot of seed cannot be offered for sale in Alabama.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

GroSouth Inc.
P O Box 349
Montgomery, Al. 36101

Dear GroSouth Inc.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Germ | Hard Seed | Purity Inert | Weed | Crop |
|---------|---------|------|-----------|--------------|------|------|
| 23256   | 9517000 | 8    | 0         |              |      |      |

**COMMENT: This lot of seed was found to germinate below the minimum standard germination of 60%; therefore, this lot of seed cannot be offered for sale in Alabama.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 1, 2004**

Harvest Feed Mill
P.O. Box 117
Harvest, AL 35749

Dear Harvest Feed Mill,

Due to unforeseen computer problems, we are reporting the results of (2) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23197 | L185-3-51PM | 99.17 | 0.77 | 0.06 | 0 | 95 | 0 | none |
| 23198 | L183-2-80 | 99.82 | 0.16 | 0.02 | 0 | 96 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

Ron Sparks
Commissioner

September 1, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Mack Peel
31 Eufaula St.
Louisville, Al. 36048

Dear Mr. Peel

Due to unforeseen computer problems, we are reporting the results of (2) lots for Clayton Seed Cleaners in this form.

| Lab No. | Lot No. | Germ | Purity | Inert | Weed | Crop |
|---------|---------|------|--------|-------|------|------|
| 23232 | 04025-C | | 94.39 | 5.61 | 0 | 0 |
| 23233 | 04026-C | | 94.01 | 5.99 | 0 | 0 |

**COMMENT:** **This lot of seed does not meet certification standards as to inert content, maximum allowed is 5%; This lot of seed cannot be offered for sale in Alabama in its present condition; however: It can be re-cleaned under the supervision of an inspector and another sample drawn and submitted to this laboratory.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

Cc: Clayton Seed Cleaners





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Mack Peel
31 Eufaula St.
Louisville, AL. 36048

Dear Mr. Mack Peel,

Due to unforeseen computer problems, we are reporting the results of (3) lot for Clayton Seed Cleaners in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Noxious Weeds |
|---------|---------|--------|-------|------|------|---------------|
| 23236 | 04030-C | 93.38 | 6.51 | .08 | .03 | dock=108 |
| 23237 | 04-048-C | 98.85 | 1.14 | .01 | 0 | dock=36 |
| 23238 | 04. 049-C | 96.57 | 3.29 | .14 | 0 | dock=9 |

**COMMENT: This lot of seed does not meet certification standards as to noxious weed seed content (none are allowed); This lot of seed cannot be offered for sale in Alabama in its present condition; however: It can be re-cleaned under the supervision of an inspector and another sample drawn and submitted to this laboratory.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

Cc: Clayton Seed Cleaners

**STATE OF ALABAMA**

**DEPARTMENT OF AGRICULTURE AND INDUSTRIES**
1445 Federal Drive
Montgomery, Alabama 36107-1123




Ron Sparks
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

September 1, 2004

Mack Peel
31 Eufaula St.
Louisville, AL. 36048

Dear Mr. Mack Peel,

Due to unforeseen computer problems, we are reporting the results of (3) lot for Clayton Seed Cleaners in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Noxious Weeds |
|---|---|---|---|---|---|---|
| 23236 | 04030-C | 93.38 | 6.51 | .08 | .03 | dock=108 |
| 23237 | 04-048-C | 98.85 | 1.14 | .01 | 0 | dock=36 |
| 23238 | 04. 049-C | 96.57 | 3.29 | .14 | 0 | dock=9 |

**COMMENT: This lot of seed does not meet certification standards as to noxious weed seed content (none are allowed); This lot of seed cannot be offered for sale in Alabama in its present condition; however: It can be re-cleaned under the supervision of an inspector and another sample drawn and submitted to this laboratory.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton

John L. Crayton, Director
Seed Lab

Cc: Clayton Seed Cleaners




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 1, 2004**

Mack Peel
31 Eufaula St.
Louisville, Al. 36048

Dear Mr. Peel

    Due to unforeseen computer problems, we are reporting the results of (2) lots for Clayton Seed Cleaners in this form.

| Lab No. | Lot No. | Germ | Purity | Inert | Weed | Crop |
|---------|---------|------|--------|-------|------|------|
| 23232 | 04025-C | | 94.39 | 5.61 | 0 | 0 |
| 23233 | 04026-C | | 94.01 | 5.99 | 0 | 0 |

**COMMENT: This lot of seed does not meet certification standards as to inert content, maximum allowed is 5%; This lot of seed cannot be offered for sale in Alabama in its present condition; however: It can be re-cleaned under the supervision of an inspector and another sample drawn and submitted to this laboratory.**

    We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

               Sincerely,

               John L. Crayton, Director
               Seed Lab

Cc: Clayton Seed Cleaners



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

September 1, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Pennington Seeds Inc.
2210 Industrial Dr SW
Cullman, AL. 35055

Dear Pennington Seeds Inc.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Noxious Weeds |
|---------|---------|--------|-------|------|------|----------------|
| 23322 | 8-11 | 94.01 | .60 | .59 | 4.80 | dock=9, sheep sorrel=63, cheat or hairy chess=36, bermudagrass=630, buckhorn plantain=1 |

**VIOLATION:  THIS LOT OF SEED WAS FOUND TO CONTAIN EXCESSIVE NOXIOUS WEED SEEDS: THEREFORE, THESE SEED CANNOT BE SOLD IN ALABAMA IN ITS PRESENT CONDITION; HOWEVER, IT CAN BE RE-CLEANED UNDER THE SUPERVISION OF AND INSPECTOR AND ANOTHER SAMPLE DRAWN AND SUBMITTED TO THIS LABORATORY.**

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 1, 2004**

Pennington Seed Inc.
2210 Industrial Dr. SW
Cullman, AL 35055

Dear Pennington Seed Inc.,

Due to unforeseen computer problems, we are reporting the results of (5) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23058 | R3-3011-25 | | OK | | | 92 | 0 | none |
| 23059 | EB-2467-25 | 99.05 | 0.95 | 0 | 0 | 97 | 0 | none |
| 23060 | EB-2467-25 | 99.29 | 0.71 | 0 | 0 | 91 | 0 | none |
| 23061 | R3-2467-25 | | OK | | | 96 | 0 | none |
| 23063 | 2069B | 95.79 | 0.67 | 0.46 | 3.08 | 96 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Bragg Farms
1180 Grim wood Rd.
Toney, AL. 35773

Dear Bragg Farms,

Due to unforeseen computer problems, we are reporting the results of ({) lot in this form.

| Lab No. | Lot No. | Germ | Hard Seed | Purity | Inert | Weed | Crop |
|---------|---------|------|-----------|--------|-------|------|------|
| 23027 | 104 | 77 | 0 | 99.70 | .30 | 0 | 0 |

**COMMENT: This lot of seed does not meet certification standards as to germination. The minimum standard germination for certified wheat is 85%. This is a PVP title V variety and can only be sold as a certified class of wheat.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 30, 2004**

Growers Supply
5239 Bowden St.
Frisco City, AL 36445

Dear Growers Supply,

    Due to unforeseen computer problems, we are reporting the results of (2) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23375 | 81804 | 99.77 | 0.23 | 0 | 0 | 90 | 0 | None |
| 23376 | 81904 | 99.68 | 0.32 | 0 | 0 | 96 | 0 | None |

    We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 30, 2004**

Pennington Seed Inc.
2210 Industrial Drive
Cullman, AL 35055

Dear Pennington Seed Inc.,

Due to unforeseen computer problems, we are reporting the results of (3) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23062 | L144-4-2AR01 | 98.61 | 0.59 | 0.38 | 0.42 | 95 | 0 | hairy chess-18 |
| 23157 | 179-4 | | OK | | | 99 | 0 | none |
| 23158 | 179-5 | | OK | | | 98 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**August 30, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

PIEDMONT FERTILIZER CO.
P O BOX 71
OPELIKA AL 36803-0071

Dear Piedmont Fert. Co.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23225 | 33149-RAP | | | | | 68 | 0 | |

**COMMENT:** This lot of seed was found to germinate lower than the germination stated on the analysis tag. This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the germination percentage found by our test and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



## STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

**August 30, 2004**

Segrest Feed & Seed Co.
P.O. Box 339
Slocomb, AL 36375

Dear Segrest Feed & Seed Co.,

Due to unforeseen computer problems, we are reporting the results of (3) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23079 | KF-101-3 | 99.51 | 0.40 | 0.05 | 0.04 | 68 | 4 | None |
| 23080 | KF-102-03 | 99.58 | 0.40 | 0.02 | 0 | 66 | 3 | None |
| 23081 | KF-205-03 | 99.67 | 0.24 | 0.09 | 0 | 66 | 3 | None |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama  36107-1123



*Ron Sparks*
Commissioner

**August 30, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

UNIVERSAL SEED & SUPPLY
P O  BOX  100637
BIRMINGHAM  AL   35210

Dear Universal Seed & Supply,

     Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23009   | T18094  | 66.39  | 33.61 | 0    | 0    | 70   | 1         | NONE         |

**COMMENT:**  This lot of seed was found to germinate lower than the germination stated on the analysis tag.  This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the germination percentage found by our test and a copy of the corrected analysis tag has been sent to this office.

     We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
#### 1445 Federal Drive
#### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 31, 2004**

Pennington Seed Inc.
2210 Industrial Dr. SW
Cullman, AL 35055

Dear Pennington Seed,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23165 | Y13-3-CC-1 | 99.33 | 0.23 | 0.44 | 0 | 94 | 1 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

**August 31, 2004**

Scotts Feed & Seed
146 Co. Rd. 42 East
Abbeville, AL 36310

Dear Scotts Feed & Seed,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23248 | T-21323 | 99.65 | 0.16 | 0.19 | 0 | 92 | 0 | wild radish - 5 |

    We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

**August 31, 2004**

Southern States
P.O. Box 545
Arab, AL 35016

Dear Southern States,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23117 | B24-3-12 | 93.35 | 5.34 | 0.03 | 1.28 | 90 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

KRIS BALKCOM
P O BOX 217
HEADLAND AL 36345

Dear Mr. Balkcom,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

# MIXTURE

| Lab No. | Lot No. | | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|------|--------|-------|------|------|------|-----------|--------------|
| 01578 | 1 | Oats | 40.52 | 1.62 | .43 | .05 | 98 | 0 | |
| | | Rye | 41.80 | | | | 92 | 0 | |
| | | Ryegrass | 15.58 | | | | 97 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

September 1, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Colbert Farmers Coop
P O Box 474
Leighton, Al 35646

Dear Colbert Farmers Coop,

     Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Germ | Hard Seed | Purity | Inert | Weed | Crop |
|---------|---------|------|-----------|--------|-------|------|------|
| 22973 | R3N-1937-2 | 55 | 0 | 67.05 | 32.95 | 0 | 0 |

**COMMENT: This lot of seed was found to germinate below the minimum standard germination of 60%; therefore, this lot of seed cannot be offered for sale in Alabama.**

     We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

GroSouth Inc.
P O Box 349
Montgomery, Al. 36101

Dear GroSouth Inc.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Germ | Hard Seed | Purity Inert | Weed | Crop |
|---------|---------|------|-----------|--------------|------|------|
| 23256 | 9517000 | 8 | 0 | | | |

**COMMENT:** This lot of seed was found to germinate below the minimum standard germination of 60%; therefore, this lot of seed cannot be offered for sale in Alabama.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

GroSouth Inc.
P O Box 349
Montgomery, Al. 36101

Dear GroSouth Inc.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Germ | Hard Seed | Purity Inert | Weed | Crop |
|---------|---------|------|-----------|--------------|------|------|
| 23256 | 9517000 | 8 | 0 | | | |

**COMMENT:** **This lot of seed was found to germinate below the minimum standard germination of 60%; therefore, this lot of seed cannot be offered for sale in Alabama.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 1, 2004**

Harvest Feed Mill
P.O. Box 117
Harvest, AL 35749

Dear Harvest Feed Mill,

Due to unforeseen computer problems, we are reporting the results of (2) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23197 | L185-3-51PM | 99.17 | 0.77 | 0.06 | 0 | 95 | 0 | none |
| 23198 | L183-2-80 | 99.82 | 0.16 | 0.02 | 0 | 96 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab




## STATE OF ALABAMA

### DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Mack Peel
31 Eufaula St.
Louisville, Al. 36048

Dear Mr. Peel

Due to unforeseen computer problems, we are reporting the results of (2) lots for Clayton Seed Cleaners in this form.

| Lab No. | Lot No. | Germ | Purity | Inert | Weed | Crop |
|---------|---------|------|--------|-------|------|------|
| 23232 | 04025-C | | 94.39 | 5.61 | 0 | 0 |
| 23233 | 04026-C | | 94.01 | 5.99 | 0 | 0 |

**COMMENT:** **This lot of seed does not meet certification standards as to inert content, maximum allowed is 5%; This lot of seed cannot be offered for sale in Alabama in its present condition; however: It can be re-cleaned under the supervision of an inspector and another sample drawn and submitted to this laboratory.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

Cc: Clayton Seed Cleaners

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

September 1, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Mack Peel
31 Eufaula St.
Louisville, AL. 36048

Dear Mr. Mack Peel,

    Due to unforeseen computer problems, we are reporting the results of (3) lot for Clayton Seed Cleaners in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Noxious Weeds |
|---------|---------|--------|-------|------|------|---------------|
| 23236 | 04030-C | 93.38 | 6.51 | .08 | .03 | dock=108 |
| 23237 | 04-048-C | 98.85 | 1.14 | .01 | 0 | dock=36 |
| 23238 | 04. 049-C | 96.57 | 3.29 | .14 | 0 | dock=9 |

**COMMENT: This lot of seed does not meet certification standards as to noxious weed seed content (none are allowed); This lot of seed cannot be offered for sale in Alabama in its present condition; however: It can be re-cleaned under the supervision of an inspector and another sample drawn and submitted to this laboratory.**

    We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

Cc: Clayton Seed Cleaners





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama  36107-1123

*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

Mack Peel
31 Eufaula St.
Louisville, AL.  36048

Dear Mr. Mack Peel,

Due to unforeseen computer problems, we are reporting the results of (3) lot for Clayton Seed Cleaners in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Noxious Weeds |
|---------|---------|--------|-------|------|------|---------------|
| 23236 | 04030-C | 93.38 | 6.51 | .08 | .03 | dock=108 |
| 23237 | 04-048-C | 98.85 | 1.14 | .01 | 0 | dock=36 |
| 23238 | 04. 049-C | 96.57 | 3.29 | .14 | 0 | dock=9 |

**COMMENT:  This lot of seed does not meet certification standards as to noxious weed seed content (none are allowed); This lot of seed cannot be offered for sale in Alabama in its present condition;  however: It can be re-cleaned under the supervision of an inspector and another sample drawn and submitted to this laboratory.**

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

*John L. Crayton*

John L. Crayton, Director
Seed Lab

Cc:  Clayton Seed Cleaners





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Mack Peel
31 Eufaula St.
Louisville, Al. 36048

Dear Mr. Peel

    Due to unforeseen computer problems, we are reporting the results of (2) lots for
Clayton Seed Cleaners in this form.

| Lab No. | Lot No. | Germ | Purity | Inert | Weed | Crop |
|---------|---------|------|--------|-------|------|------|
| 23232   | 04025-C |      | 94.39  | 5.61  | 0    | 0    |
| 23233   | 04026-C |      | 94.01  | 5.99  | 0    | 0    |

**COMMENT: This lot of seed does not meet certification standards as to inert
content, maximum allowed is 5%; This lot of seed cannot be offered for sale in
Alabama in its present condition; however: It can be re-cleaned under the
supervision of an inspector and another sample drawn and submitted to this
laboratory.**

    We will send the regular report when the computer problem is resolved. Please
feel free to call if I can be of further assistance.

                    Sincerely,

                    John L. Crayton, Director
                    Seed Lab

Cc: Clayton Seed Cleaners




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

September 1, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

Pennington Seeds Inc.
2210 Industrial Dr SW
Cullman, AL. 35055

Dear Pennington Seeds Inc.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Noxious Weeds |
|---------|---------|--------|-------|------|------|---------------|
| 23322 | 8-11 | 94.01 | .60 | .59 | 4.80 | dock=9, sheep sorrel=63, cheat or hairy chess=36, bermudagrass=630, buckhorn plantain=1 |

**VIOLATION: THIS LOT OF SEED WAS FOUND TO CONTAIN EXCESSIVE NOXIOUS WEED SEEDS: THEREFORE, THESE SEED CANNOT BE SOLD IN ALABAMA IN ITS PRESENT CONDITION; HOWEVER, IT CAN BE RE-CLEANED UNDER THE SUPERVISION OF AND INSPECTOR AND ANOTHER SAMPLE DRAWN AND SUBMITTED TO THIS LABORATORY.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

*John L Crayton*

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 1, 2004**

Pennington Seed Inc.
2210 Industrial Dr. SW
Cullman, AL 35055

Dear Pennington Seed Inc.,

Due to unforeseen computer problems, we are reporting the results of (5) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23058 | R3-3011-25 | OK | | | | 92 | 0 | none |
| 23059 | EB-2467-25 | 99.05 | 0.95 | 0 | 0 | 97 | 0 | none |
| 23060 | EB-2467-25 | 99.29 | 0.71 | 0 | 0 | 91 | 0 | none |
| 23061 | R3-2467-25 | OK | | | | 96 | 0 | none |
| 23063 | 2069B | 95.79 | 0.67 | 0.46 | 3.08 | 96 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Bragg Farms
1180 Grim wood Rd.
Toney, AL. 35773

Dear Bragg Farms,

Due to unforeseen computer problems, we are reporting the results of ( ) lot in this form.

| Lab No. | Lot No. | Germ | Hard Seed | Purity | Inert | Weed | Crop |
|---------|---------|------|-----------|--------|-------|------|------|
| 23027 | 104 | 77 | 0 | 99.70 | .30 | 0 | 0 |

**COMMENT: This lot of seed does not meet certification standards as to germination. The minimum standard germination for certified wheat is 85%. This is a PVP title V variety and can only be sold as a certified class of wheat.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 16, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

ATMORE TRUCKERS ASSN
P O BOX 367
ATMORE, AL 36502

Dear Atmore Truckers Assn,

   Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23073   | T-21323 |        | OK    |      |      | 94   | 1         | NONE         |

**VIOLATION:** THE VARIETY NAM IS INCORRECTLY STATED ON THE ANALYSIS TAG. (DIXIE RESEEDING CRIMSON CLOVER).

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the correct variety name (Dixie Reseeding Crimson Clover) and a copy of the corrected analysis tag has been sent to this office.

   We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

                              Sincerely,

                              *John L Crayton*
                              John L. Crayton, Director
                              Seed Lab

Exhibit 14



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
#### 1445 Federal Drive
#### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 16, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

TIM SCOTT
5306 HWY 187
HODGES AL  35571

Dear Mr. Scott,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

## MIXTURE

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01452 | 3  Fescue | 75.04 | 3.03 | 1.54 | 1.78 | 83 | 0 | wild onion or |
|  | Orchardgrass 18.16 | | | | | 44 | 0 | garlic=234 |
|  | | | | | | | | Sheep sorrel= |
|  | | | | | | | | 1,719, dock=207 |

**COMMENT:** The orchardgrass component of this mixture was found to germinate below the minimum standard germination of 60%.  This lot of seed was also found to contain excessive noxious weed seeds

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 16, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

TIM SCOTT
5306 HWY 187
HODGES AL 35571

Dear Mr. Scott,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

## MIXTURE

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01452 | 3 Fescue | 75.04 | 3.03 | 1.54 | 1.78 | 83 | 0 | wild onion or |
|  | Orchardgrass | 18.16 |  |  |  | 44 | 0 | garlic=234 |
|  |  |  |  |  |  |  |  | Sheep sorrel= |
|  |  |  |  |  |  |  |  | 1,719, dock=207 |

**COMMENT:** The orchardgrass component of this mixture was found to germinate below the minimum standard germination of 60%. This lot of seed was also found to contain excessive noxious weed seeds

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

August 17, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

CALHOUN FARMERS CO OP
900 HWY 278
PIEDMONT AL 36272

Dear Calhoun Farmers Co op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 22906   | 01-01C  | 96.85  | 2.91  | .23  | .01  | 53   | 22        | NONE         |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 19, 2004**

GENEVA SEED CLEANERS
1581 STEPHENS FERRY RD
SAMSON AL  36477

Dear Geneva Seed Cleaners,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23099 | DM-4 | 99.84 | .08 | .08 | 0 | 86 | 0 | wild radish=11 |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 20, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

C T GARVIN FEED & SEED
2215 HOLMES AVE W
HUNTSVILLE AL 35816

Dear C T Garvin Feed & Seed,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 22994 | FS2053 | 62.20 | 37.80 | 0 | 0 | 92 | 2 | |

**VIOLATION:** THE COATING MATERIAL WAS NOT INCLUDED WITH THE INERT MATTER. THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY. THE VARIETY NAME OF THIS LOT OF SEED WASNOT STATED ON THE ANALYSIS TAG.

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the coating material being included with the inert matter as well as being stated separately. purity percentage found by our test, the variety name and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**AUGUST 20, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-03

**GRO SOUTH**
**1827 COLUMBIA HWY**
**DOTHAN, AL 36302**

Dear Gro South,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23253   | W8049   |        |       |      |      | 97   | 0         |              |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**AUGUST 20, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

**SOUTHERN STATES**
**106 13TH ST SW**
**CULLMAN, AL 35055**

Dear Southern States,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23018 | 2.B661.N | 91.43 | 8.55 | .02 | 0 | 84 | 5 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-03

UNIVERSAL SEED & SUPPLY
P O BOX 100637
BIRMINGHAM AL 35210

Dear Universal Seed & Supply,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23012 | LL2-2-89B | 98.76 | 1.11 | .13 | 0 | 91 | 0 | NONE |
| 23013 | LA17-3-3 | 98.96 | .40 | .64 | 0 | 96 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123





*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

TUCKER FARM CENTER
P O BOX 237
FRISCO CITY AL 36445

Dear Tucker Farm Center,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23076 | T-21515 | | | OK | | 94 | 4 | NONE |

**VIOLATION:** THE COMPLETE KIND NAME (CRIMSON CLOVER) WAS NOT STATED ON THE ANALYSIS TAG.

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the complete kind name and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-03

**August 23, 2004**

STOCKDALE FARMS
4472 STOCKDALE RD
MUNFORD AL 36268

Dear Stockdale farms,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23104 | NC 3295 LR | | | | | 95 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA



# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
## 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

SOUTHERN STATES CO OP
P O BOX 517
GERALDINE  AL  35976

Dear Southern States Co op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23003 | B24-3-12 | 94.58 | 4.04 | .22 | 1.16 | 94 | 0 | NONE |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

SOUTHERN STATES CO OP
P O BOX 399
HENAGER AL 35978

Dear Southern States Co op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 22979   | 018014  | 91.37  | 8.60  | .03  | 0    | 91   | 1         | NONE         |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

SOUTHERN STATES CO OP
P O BOX 198
ONEONTA AL 35121

Dear Southern States Co op,

    Due to unforeseen computer problems. we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23142 | 313 | 99.85 | .14 | 0 | .01 | 98 | 0 | |

    We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

                                Sincerely,

                                John L. Crayton, Director
                                Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-03

SOUTHERN STATES CO OP
P O BOX 545
ARAB AL 35016-0545

Dear Southern States Co op,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23116 | W6-3-CC4 | | | OK | | 97 | 0 | wild radish=5 |
| 23119 | 8505 | | | OK | | 97 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

SOUTHERN STATES CO OP
106 13th STREET SW
CULLMAN AL 35055

Dear Southern States Co op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23019 | B24-3-12 | 93.75 | 4.77 | .37 | 1.11 | 90 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

PIEDMONT FERT CO
P O BOX 71
OPELIKA AL 36803-0071

Dear Piedmont Fert. Co.,

    Due to unforeseen computer problems, we are reporting the results of (4) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23221 | 33148-AWP | | | OK | | 98 | 0 | |
| 23222 | AP02 | | | OK | | 94 | 0 | |
| 23228 | 151-17 | 99.94 | .05 | 0 | .01 | 93 | 0 | |
| 23229 | ASD-0314 | | | OK | | 97 | 0 | NONE |

    We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

            Sincerely,

            John L. Crayton, Director
            Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 23, 2004**

MADISON COUNTY CO OP
P O BOX 68
HAZEL GREEN AL 35750-0068

Dear Madison County Co op,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23034 | W6-STF-59 | 99.13 | .86 | 0 | .01 | 93 | 0 | NONE |
| 23038 | T-17284 | 63.78 | 36.22 | 0 | 0 | 82 | 1 | NONE |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033℮

PENNINGTON SEED INC
2210 INDUSTRIAL DR SW
CULLMAN AL 35055

Dear Pennington Seed Inc,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23151 | DKG8061 | | | OK | | 98 | 0 | wild onion/ or wild garlic=1 |
| 23152 | DKG8061 | | | OK | | 94 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

HELENA CHEMICAL CO
P O BOX 994
ATMORE AL 36502

Dear Helena Chemical Co,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23274 | LSC-3703 | 98.95 | .94 | .07 | .04 | 96 | 0 | HAIRY CHESS OR CHEAT=20 |
| 23275 | 03154 | | | OK | | 84 | 0 | HAIRY CHESS OR CHEAT=31 |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123





*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

JACKSON FARMERS CO OP
P O BOX 402
STEVENSON AL

Dear Jackson Farmers Co op.,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 22977 | L76-2-87-0 | 94.37 | 4.80 | .18 | .65 | 91 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 38109-03:

JACKSON FARMERS CO OP
26755 JOHN T REID PKWY
SCOTTSBORO AL 35768

Dear Jackson farmers Co op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 22975 | L55-2-OG1 | 91.35 | 8.02 | .58 | .05 | 83 | 0 | NONE |

**VIOLATION:** THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY.

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the purity and germination percentages found by our test and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

LAWRENCE CO EXCH
P O BOX 487
MOULTON AL 35650

Dear Lawrence Co Exch.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 22970 | 1.29-2-011 | 89.13 | 10.77 | 0 | .10 | 83 | 0 | NONE |

**VIOLATION**: THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY.

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the purity percentage found by our test and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

LIMESTONE FARMERS CO OP
PO BOX 429
ATHENS AL 35612

Dear Limestone Farmers Co op.,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23137 | T03 7 | 99.10 | .37 | .01 | .52 | 97 | 0 | CHEAT & CHESS=1 |
| 23138 | 33148-AWP | | | OK | | 98 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

M B BELL GRAIN
P O BOX 99
SYLVANIA AL 35988

Dear M B Bell Grain.,

Due to unforeseen computer problems, we are reporting the results of ( *i* ) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 22985 | B5-3-P3 | | | OK | | 96 | 0 | NONE |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123





*Ron Sparks*
Commissioner

September 1, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Mack Peel
31 Eufaula St.
Louisville, Al. 36048

Dear Mr. Peel

Due to unforeseen computer problems, we are reporting the results of (2) lots for Clayton Seed Cleaners in this form.

| Lab No. | Lot No. | Germ | Purity | Inert | Weed | Crop |
|---------|---------|------|--------|-------|------|------|
| 23232 | 04025-C | | 94.39 | 5.61 | 0 | 0 |
| 23233 | 04026-C | | 94.01 | 5.99 | 0 | 0 |

**COMMENT: This lot of seed does not meet certification standards as to inert content, maximum allowed is 5%; This lot of seed cannot be offered for sale in Alabama in its present condition; however: It can be re-cleaned under the supervision of an inspector and another sample drawn and submitted to this laboratory.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

Cc: Clayton Seed Cleaners



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Pennington Seeds Inc.
2210 Industrial Dr SW
Cullman, AL. 35055

Dear Pennington Seeds Inc.,

  Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Noxious Weeds |
|---------|---------|--------|-------|------|------|---------------|
| 23322 | 8-11 | 94.01 | .60 | .59 | 4.80 | dock=9, sheep sorrel=63, cheat or hairy chess=36, bermudagrass=630, buckhorn plantain=1 |

**VIOLATION: THIS LOT OF SEED WAS FOUND TO CONTAIN EXCESSIVE NOXIOUS WEED SEEDS: THEREFORE, THESE SEED CANNOT BE SOLD IN ALABAMA IN ITS PRESENT CONDITION; HOWEVER, IT CAN BE RE-CLEANED UNDER THE SUPERVISION OF AND INSPECTOR AND ANOTHER SAMPLE DRAWN AND SUBMITTED TO THIS LABORATORY.**

  We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

    Sincerely,

    John L. Crayton, Director
    Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 1, 2004**

Pennington Seed Inc.
2210 Industrial Dr. SW
Cullman, AL 35055

Dear Pennington Seed Inc.,

Due to unforeseen computer problems, we are reporting the results of (5) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23058 | R3-3011-25 | | OK | | | 92 | 0 | none |
| 23059 | EB-2467-25 | 99.05 | 0.95 | 0 | 0 | 97 | 0 | none |
| 23060 | EB-2467-25 | 99.29 | 0.71 | 0 | 0 | 91 | 0 | none |
| 23061 | R3-2467-25 | | OK | | | 96 | 0 | none |
| 23063 | 2069B | 95.79 | 0.67 | 0.46 | 3.08 | 96 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

September 1, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Bragg Farms
1180 Grim wood Rd.
Toney, AL. 35773

Dear Bragg Farms,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Germ | Hard Seed | Purity | Inert | Weed | Crop |
|---------|---------|------|-----------|--------|-------|------|------|
| 23027 | 104 | 77 | 0 | 99.70 | .30 | 0 | 0 |

**COMMENT: This lot of seed does not meet certification standards as to germination. The minimum standard germination for certified wheat is 85%. This is a PVP title V variety and can only be sold as a certified class of wheat.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 16, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

ATMORE TRUCKERS ASSN
P O BOX 367
ATMORE, AL 36502

Dear Atmore Truckers Assn,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23073 | T-21323 | | OK | | | 94 | 1 | NONE |

**VIOLATION:** THE VARIETY NAM IS INCORRECTLY STATED ON THE ANALYSIS TAG. (DIXIE RESEEDING CRIMSON CLOVER).

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the correct variety name (Dixie Reseeding Crimson Clover) and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

*John L Crayton*

John L. Crayton, Director
Seed Lab

Exhibit 14



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 16, 2004**

TIM SCOTT
5306 HWY 187
HODGES AL 35571

Dear Mr. Scott,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

# MIXTURE

| Lab No. | Lot No. | | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|--------|-------|------|------|------|-----------|--------------|
| 01452 | 3 | Fescue | 75.04 | 3.03 | 1.54 | 1.78 | 83 | 0 | wild onion or |
| | | Orchardgrass | 18.16 | | | | 44 | 0 | garlic=234 |
| | | | | | | | | | Sheep sorrel= |
| | | | | | | | | | 1,719, dock=207 |

**COMMENT:** The orchardgrass component of this mixture was found to germinate below the minimum standard germination of 60%. This lot of seed was also found to contain excessive noxious weed seeds

    We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 16, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

TIM SCOTT
5306 HWY 187
HODGES AL 35571

Dear Mr. Scott,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

## MIXTURE

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01452 | 3  Fescue | 75.04 | 3.03 | 1.54 | 1.78 | 83 | 0 | wild onion or |
|  | Orchardgrass | 18.16 |  |  |  | 44 | 0 | garlic=234 |
|  |  |  |  |  |  |  |  | Sheep sorrel= |
|  |  |  |  |  |  |  |  | 1,719, dock=207 |

**COMMENT:** The orchardgrass component of this mixture was found to germinate below the minimum standard germination of 60%. This lot of seed was also found to contain excessive noxious weed seeds

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 17, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

CALHOUN FARMERS CO OP
900 HWY 278
PIEDMONT AL 36272

Dear Calhoun Farmers Co op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 22906 | 01-01C | 96.85 | 2.91 | .23 | .01 | 53 | 22 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**August 19, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

GENEVA SEED CLEANERS
1581 STEPHENS FERRY RD
SAMSON AL  36477

Dear Geneva Seed Cleaners,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23099   | DM-4    | 99.84  | .08   | .08  | 0    | 86   | 0         | wild radish=11 |

    We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

August 20, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

C T GARVIN FEED & SEED
2215 HOLMES AVE W
HUNTSVILLE AL 35816

Dear C T Garvin Feed & Seed,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 22994 | FS2053 | 62.20 | 37.80 | 0 | 0 | 92 | 2 | |

**VIOLATION:** THE COATING MATERIAL WAS NOT INCLUDED WITH THE INERT MATTER. THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY. THE VARIETY NAME OF THIS LOT OF SEED WASNOT STATED ON THE ANALYSIS TAG.

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the coating material being included with the inert matter as well as being stated separately, purity percentage found by our test, the variety name and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**AUGUST 20, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-033(

**GRO SOUTH**
**1827 COLUMBIA HWY**
**DOTHAN, AL  36302**

Dear Gro South,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23253   | W8049   |        |       |      |      | 97   | 0         |              |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**AUGUST 20, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033(

**SOUTHERN STATES**
**106 13ᵀᴴ ST SW**
**CULLMAN, AL 35055**

Dear Southern States,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23018 | 2.B661.N | 91.43 | 8.55 | .02 | 0 | 84 | 5 | NONE |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

UNIVERSAL SEED & SUPPLY
P O BOX 100637
BIRMINGHAM AL 35210

Dear Universal Seed & Supply,

     Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23012 | LJ2-2-89B | 98.76 | 1.11 | .13 | 0 | 91 | 0 | NONE |
| 23013 | LA17-3-3 | 98.96 | .40 | .64 | 0 | 96 | 0 | NONE |

     We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

                        Sincerely,

                        John L. Crayton, Director
                        Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

TUCKER FARM CENTER
P O BOX 237
FRISCO CITY AL 36445

Dear Tucker Farm Center,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23076   | T-21515 |        |       | OK   |      | 94   | 4         | NONE         |

**VIOLATION:** THE COMPLETE KIND NAME (CRIMSON CLOVER) WAS NOT STATED ON THE ANALYSIS TAG.

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the complete kind name and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

*John L. Crayton*

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

STOCKDALE FARMS
4472 STOCKDALE RD
MUNFORD AL 36268

Dear Stockdale farms,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23104 | NC 3295 LR | | | | | 95 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

SOUTHERN STATES CO OP
P O BOX 517
GERALDINE AL 35976

Dear Southern States Co op,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23003   | B24-3-12 | 94.58 | 4.04 | .22 | 1.16 | 94 | 0 | NONE |

    We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

                Sincerely,

                John L. Crayton, Director
                Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

SOUTHERN STATES CO OP
P O BOX 399
HENAGER AL 35978

Dear Southern States Co op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 22979   | 018014  | 91.37  | 8.60  | .03  | 0    | 91   | 1         | NONE         |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

SOUTHERN STATES CO OP
P O BOX 198
ONEONTA AL 35121

Dear Southern States Co op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23142   | 313     | 99.85  | .14   | 0    | .01  | 98   | 0         |              |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

SOUTHERN STATES CO OP
P O BOX 545
ARAB AL 35016-0545

Dear Southern States Co op,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23116 | W6-3-CC4 | | | OK | | 97 | 0 | wild radish=5 |
| 23119 | 8505 | | | OK | | 97 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**



Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

SOUTHERN STATES CO OP
106 13th STREET SW
CULLMAN AL 35055

Dear Southern States Co op,

     Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23019 | B24-3-12 | 93.75 | 4.77 | .37 | 1.11 | 90 | 0 | NONE |

     We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

                    Sincerely,

                    John L. Crayton, Director
                    Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

PIEDMONT FERT CO
P O BOX 71
OPELIKA AL 36803-0071

Dear Piedmont Fert. Co.,

Due to unforeseen computer problems, we are reporting the results of (4) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23221 | 33148-AWP | | | OK | | 98 | 0 | |
| 23222 | AP02 | | | OK | | 94 | 0 | |
| 23228 | 151-17 | 99.94 | .05 | 0 | .01 | 93 | 0 | |
| 23229 | ASD-0314 | | | OK | | 97 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 23, 2004**

MADISON COUNTY CO OP
P O BOX 68
HAZEL GREEN AL 35750-0068

Dear Madison County Co op,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23034 | W6-STF-59 | 99.13 | .86 | 0 | .01 | 93 | 0 | NONE |
| 23038 | T-17284 | 63.78 | 36.22 | 0 | 0 | 82 | 1 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

**1445 Federal Drive**
**Montgomery, Alabama 36107-1123**



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

PENNINGTON SEED INC
2210 INDUSTRIAL DR SW
CULLMAN AL 35055

Dear Pennington Seed Inc,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23151 | DKG8061 | | | OK | | 98 | 0 | wild onion/ or wild garlic=1 |
| 23152 | DKG8061 | | | OK | | 94 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

HELENA CHEMICAL CO
P O BOX 994
ATMORE AL 36502

Dear Helena Chemical Co,

   Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23274 | LSC-3703 | 98.95 | .94 | .07 | .04 | 96 | 0 | HAIRY CHESS OR CHEAT=20 |
| 23275 | 03154 | | | OK | | 84 | 0 | HAIRY CHESS OR CHEAT=31 |

   We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

                    Sincerely,

                    John L. Crayton, Director
                    Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

JACKSON FARMERS CO OP
P O BOX 402
STEVENSON AL

Dear Jackson Farmers Co op.,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 22977 | L76-2-87-0 | 94.37 | 4.80 | .18 | .65 | 91 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033(

**August 23, 2004**

JACKSON FARMERS CO OP
26755 JOHN T REID PKWY
SCOTTSBORO AL 35768

Dear Jackson farmers Co op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 22975 | L55-2-OG1 | 91.35 | 8.02 | .58 | .05 | 83 | 0 | NONE |

**VIOLATION**: THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY.

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the purity and germination percentages found by our test and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

LAWRENCE CO EXCH
P O BOX 487
MOULTON AL 35650

Dear Lawrence Co Exch.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 22970 | L29-2-011 | 89.13 | 10.77 | 0 | .10 | 83 | 0 | NONE |

**VIOLATION**: THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY.

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the purity percentage found by our test and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

LIMESTONE FARMERS CO OP
PO BOX 429
ATHENS AL 35612

Dear Limestone Farmers Co op.,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23137 | T03 7 | 99.10 | .37 | .01 | .52 | 97 | 0 | CHEAT & CHESS=1 |
| 23138 | 33148-AWP | | | OK | | 98 | 0 | |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

M B BELL GRAIN
P O BOX 99
SYLVANIA AL 35988

Dear M B Bell Grain.,

Due to unforeseen computer problems, we are reporting the results of ($i$) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 22985 | B5-3-P3 | | | OK | | 96 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

COLDWATER SEED & SUPPLY CO INC
108 6TH STREET
TUSCUMBIA AL 35674

Dear Coldwater Seed & Supply Co Inc,

    Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23052 | B5-3-DG1 | 98.99 | .72 | 0 | .29 | 92 | 0 | NONE |
| 23053 | L44-2-7PM | | | OK | | 94 | 0 | NONE |

    We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

                        Sincerely,

                        John L. Crayton, Director
                        Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

DEKALB FARMERS CO OP
P O BOX 939
RAINSVILLE AL 35986

Dear Dekalb Farmers Co op,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23148   | T03 9   |        |       | OK   |      | 97   | 0         | NONE          |

    We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

DONALDSON FEED & GRAIN
1125 4^TH^ AVE N
BESSEMER AL 35020

Dear Donaldson Feed & Grain,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23005 | L76-3-46M | 99.05 | .78 | .17 | 0 | 94 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

FAITHWAY FEED
P O BOX 995
GUNTERSVILLE AL 35976

Dear Faithway Feed,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23106   | T-21902 | 98.62  | .04   | .88  | .46  | 97   | 1         | NONE          |

**VIOLATION:** THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY, AND THE COMPLETE KIND NAME (CRIMSON CLOVER) WAS NOT STATED ON THE ANALYSIS TAG.

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the purity percentage found by our test, complete kind name and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

CT GARVIN FEED & SEED
2215 HOLMES AVE W
HUNTSVILLE AL 35816

Dear C T Garvin Feed & Seed,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 22990 | T-21453 | 98.84 | .94 | .18 | .04 | 89 | 0 | HAIRY CHESS OR CHEAT=117 |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



**STATE OF ALABAMA**

**DEPARTMENT OF AGRICULTURE AND INDUSTRIES**
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

GROSOUTH INC
P O BOX 349
DOTHAN, AL. 36302

Dear GroSouth Inc,

Due to unforeseen computer problems, we are reporting the results of (5) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23257 | A478004 | | | | | 84 | 0 | |
| 23258 | N046002 | | | | | 97 | 0 | |
| 23259 | J067000 | | | | | 92 | 0 | |
| 23260 | 9154000 | | | | | 88 | 0 | |
| 23261 | 33149-RAP | | | | | 85 | 0 | |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

AGRILIANCE-AFC
P O BOX 2227
DECATUR AL 35609

Dear AFC.,

Due to unforeseen computer problems, we are reporting the results of (5) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23122 | W8-4-CC-402 | | | OK | | 91 | 4 | NONE |
| 23124 | W6-4-CC-13 | 99.96 | .04 | 0 | 0 | 96 | 2 | NONE |
| 23125 | W6-3-CC-30 | 99.96 | .04 | 0 | 0 | 97 | 0 | NONE |
| 23126 | W6-3-CC-26 | 99.72 | .02 | .02 | .24 | 97 | 1 | NONE |
| 23196 | LSC-0804 | | | OK | | 95 | 0 | HAIRY CHESS OR CHEAT= 5 |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

ATMORE TRUCKERS ASSN
P O BOX 367
ATMORE AL 36502

Dear Atmore Truckers Assn,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---|---|---|---|---|---|---|---|---|
| 23074 | L45-3-11-J | | | OK | | 96 | 0 | NONE |
| 23075 | L10-3-72-G | 99.60 | .36 | .04 | 0 | 97 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

BLOUNT CO FARMERS
810 2ND AVE
ONEONTA AL 35121

Dear Blount Co Farmers.,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23144   | T-13    |        |       | OK   |      | 98   | 0         | dock=1        |

    We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

          Sincerely,

          John L. Crayton, Director
          Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

CHARLES W. COOPER
P O BOX 487
LOXLEY AL 36551

Dear Charles W. Cooper,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23071   | L38-3-5G | 98.70 | .29 | .62 | .39 | 94 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

August 23, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

CLEMMONS & HAMNER SEED INC
5578 CO RD 34
KILLEN AL  35645

Dear Clemmons & Hamner Seed Inc,

Due to unforeseen computer problems, we are reporting the results of (6) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23204 | LSC-2304 | 99.62 | .19 | .19 | 0 | 97 | 0 | HAIRY CHESS OR CHEAT=20 |
| 23205 | 04W004 | | | OK | | 98 | 0 | |
| 23206 | 04W004 | | | OK | | 95 | 0 | |
| 23207 | 04W003 | | | OK | | 94 | 0 | |
| 23208 | LSC-1904 | | | OK | | 98 | 0 | HAIRY CHESS OR CHEAT=4 |
| 23209 | LSC-1804W | 99.78 | .18 | .04 | 0 | 97 | 0 | HAIRY CHESS OR CHEAT=18 |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

August 23, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

COLBERT FARMERS COOP
P O BOX 474
LEIGHTON AL 35646

Dear Colbert Farmers Coop,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 22974 | P3-3-1 | 95.74 | 3.89 | .34 | .03 | 87 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

RHOADES BROTHERS FARM
4485 HWY 189
KINSTON  AL  36453-4556

Dear Rhoades Brothers Farm,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01587   | 49-04-01 | 96.99 | 3.00 | .01 | 0 | 65 | 0 | |

COMMENT: This lot of seed does not meet the certification standards as to germination and inert material. The minimum standard germination for registered rye is 75% the maximum amount of inert material is 2%.

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

BRAGG FARMS
1180 GRIMWOOD RD
TONEY AL 35773

Dear Bragg Farms,

Due to unforeseen computer problems, we are reporting the results of (13) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23115 | 201 | 99.90 | .10 | 0 | 0 | 95 | 0 | |
| 23180 | 202 | 99.90 | .10 | 0 | 0 | 95 | 0 | |
| 23181 | 203 | 99.97 | .03 | 0 | 0 | 92 | 0 | |
| 23182 | 204 | 99.97 | .03 | 0 | 0 | 94 | 0 | |
| 23183 | 205 | 99.97 | .03 | 0 | 0 | 94 | 0 | |
| 23184 | 206 | 99.97 | .03 | 0 | 0 | 94 | 0 | |
| 23185 | 207 | 99.97 | .03 | 0 | 0 | 98 | 0 | |
| 23186 | 208 | 99.97 | .03 | 0 | 0 | 95 | 0 | |
| 23187 | 209 | 99.80 | .20 | 0 | 0 | 97 | 0 | |
| 23188 | 210 | 99.80 | .20 | 0 | 0 | 94 | 0 | |
| 23189 | 301 | 99.90 | .10 | 0 | 0 | 99 | 0 | |
| 23190 | 302 | 99.97 | .03 | 0 | 0 | 98 | 0 | |
| 23191 | 303 | 99.97 | .03 | 0 | 0 | 97 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

TERRY MEADOWS
2924 HWY 2
BONIFAY FL 32425

Dear Mr. Meadows,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01393   | 150     | 98.06  | 1.89  | 0    | .05  | 90   | 0         |              |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 24, 2004**

LARRY PARKER
CO. RD. 452
KINSTON, AL 36453

Dear Mr. Parker,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01598 | LP 136 | 99.57 | .12 | 0 | .31 | 92 | | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 24, 2004**

THOMAS BOYD
659 EMORY BOYD CIRCLE
CLAYTON, AL 36016

Dear Mr. Boyd,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01554   | #567    |        |       |      |      | 78   | 7         |              |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 24, 2004**

DANNY MATHIS
322 HOSEA MATHIS RD.
NEWTON, AL. 36352

Dear Mr. Mathis,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01597   | P.M. 142 | 99.55 | .31   | .03  | .11  | 90   | 0         |              |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 24, 2004**

**WALT WALDEN**
**9036 HWY 85**
**DALEVILLE, AL 36322**

Dear Mr. Walden,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01601 | WW137 | 99.44 | .18 | 0 | .38 | 87 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

August 24, 2004

AGRILIANCE-AFC
PO BOX 2227
DECATUR, AL  35609

Dear Agriliance-AFC,

   Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23123   | LV-A2   | 99.58  | .24   | .18  | 0    | 90   | 0         | NONE         |

   We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

**August 24, 2004**

**KENNETH RIDENHOUR**
**4209 CO RD 28**
**SLOCOMB, AL 36375**

Dear Mr. Ridenhour,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01600 | KR 139 | 99.63 | .26 | .01 | .10 | 84 | 0 | Wild Radish 6 |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 24, 2004**

**KENNETH RIDENHOUR**
**4209 CO RD 28**
**SLOCOMB, AL  36375**

Dear Mr. Ridenhour,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01599 | KR 139 | 99.43 | .12 | .22 | .23 | 86 | 0 | Wild Radish  84 |

**COMMENT**: This lot of seed was found to contain excessive noxious weed seeds. (Wild Radish).

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 24, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**ACIA
P O BOX 2619
AUBURN, AL 36831-2619**

Dear ACIA,

Due to unforeseen computer problems, we are reporting the results of (12) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01608 | L-1 | (Rye) | | | | 96 | 0 | |
| 01609 | L-2 | " | | | | 93 | 0 | |
| 01610 | L-1 | (Jackson Wheat) | | | | 85 | 0 | |
| 01611 | L-1 | (Gore Wheat) | | | | 97 | 0 | |
| 01612 | 401 | 99.85 | .15 | 0 | 0 | 87 | 0 | |
| 01613 | 402 | 99.85 | .15 | 0 | 0 | 88 | 0 | |
| 01614 | 403 | 99.80 | .20 | 0 | 0 | 85 | 0 | |
| 01615 | 404 | 99.80 | .20 | 0 | 0 | 97 | 0 | |
| 01616 | 405 | 99.80 | .20 | 0 | 0 | 99 | 0 | |
| 01618 | 407 | 99.80 | .20 | 0 | 0 | 97 | 0 | |
| 01619 | 408 | 99.90 | .10 | 0 | 0 | 93 | 0 | |
| 01621 | 410 | 99.90 | .10 | 0 | 0 | 95 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

**August 25, 2004**

**C.T. GARVIN FEED & SEED
2215 HOLMES AVE W
HUNTSVILLE, AL  35816**

Dear Mr. Garvin,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 22993   | T-22284 | 91.43  | 8.48  | 0    | .09  | 90   | 0         | NONE         |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

August 25, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033(

M B BELL JR GRAIN & FERT.
P O BOX 99
SYLVANIA, AL  35988

Dear Mr. Bell,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 22981 | L73-2-46-0G | 92.86 | 4.92 | 0 | 2.22 | 91 | 0 | NONE |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 26, 2004**

**MADISON COUNTY CO-OP,**
**P O BOX 68**
**HAZEL GREEN, AL 35210**

Dear Madison County Coop,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23037 | R3P-1499-2 | 63.51 | 36.48 | .01 | 0 | 86 | 2 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 26, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**UNIVERSAL SEED & SUPPLY**
**P O BOX 100637**
**BIRMINGHAM, AL 35210**

Dear Universal Seed & Supply,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23014 | L33-1-35P | 99.14 | .86 | 0 | 0 | 88 | 0 | NONE |
| 23015 | 2.B110.TA | 99.52 | .45 | .03 | 0 | 84 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 16, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

TIM SCOTT
5306 HWY 187
HODGES AL 35571

Dear Mr. Scott,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

# MIXTURE

| Lab No. | Lot No. | | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|--------|-------|------|------|------|-----------|--------------|
| 01452 | 3 | Fescue | 75.04 | 3.03 | 1.54 | 1.78 | 83 | 0 | wild onion or garlic=234 |
| | | Orchardgrass | 18.16 | | | | 44 | 0 | Sheep sorrel= 1,719, dock=207 |

**COMMENT:** The orchardgrass component of this mixture was found to germinate below the minimum standard germination of 60%. This lot of seed was also found to contain excessive noxious weed seeds

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 17, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

CALHOUN FARMERS CO OP
900 HWY 278
PIEDMONT AL 36272

Dear Calhoun Farmers Co op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 22906 | 01-01C | 96.85 | 2.91 | .23 | .01 | 53 | 22 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 19, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

GENEVA SEED CLEANERS
1581 STEPHENS FERRY RD
SAMSON AL 36477

Dear Geneva Seed Cleaners,

     Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23099 | DM-4 | 99.84 | .08 | .08 | 0 | 86 | 0 | wild radish=11 |

     We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

                    Sincerely,

                    John L. Crayton, Director
                    Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 20, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

C T GARVIN FEED & SEED
2215 HOLMES AVE W
HUNTSVILLE AL  35816

Dear C T Garvin Feed & Seed,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 22994 | FS2053 | 62.20 | 37.80 | 0 | 0 | 92 | 2 | |

**VIOLATION:** THE COATING MATERIAL WAS NOT INCLUDED WITH THE INERT MATTER, THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY, THE VARIETY NAME OF THIS LOT OF SEED WASNOT STATED ON THE ANALYSIS TAG.

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the coating material being included with the inert matter as well as being stated separately, purity percentage found by our test, the variety name and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**AUGUST 20, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**GRO SOUTH
1827 COLUMBIA HWY
DOTHAN, AL 36302**

Dear Gro South,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23253 | W8049 | | | | | 97 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**AUGUST 20, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**SOUTHERN STATES**
**106 13TH ST SW**
**CULLMAN, AL 35055**

Dear Southern States,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23018 | 2.B661.N | 91.43 | 8.55 | .02 | 0 | 84 | 5 | NONE |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

UNIVERSAL SEED & SUPPLY
P O BOX 100637
BIRMINGHAM AL  35210

Dear Universal Seed & Supply,

　　　Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23012 | L12-2-89B | 98.76 | 1.11 | .13 | 0 | 91 | 0 | NONE |
| 23013 | LA17-3-3 | 98.96 | .40 | .64 | 0 | 96 | 0 | NONE |

　　　We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　John L. Crayton, Director
　　　　　　　　　　　　Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

TUCKER FARM CENTER
P O BOX 237
FRISCO CITY AL 36445

Dear Tucker Farm Center,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23076 | T-21515 | | | OK | | 94 | 4 | NONE |

**VIOLATION:** THE COMPLETE KIND NAME (CRIMSON CLOVER) WAS NOT STATED ON THE ANALYSIS TAG.

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the complete kind name and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama  36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

STOCKDALE FARMS
4472 STOCKDALE RD
MUNFORD  AL  36268

Dear Stockdale farms,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23104 | NC 3295 LR | | | | | 95 | 0 | |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

SOUTHERN STATES CO OP
P O BOX 517
GERALDINE AL 35976

Dear Southern States Co op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23003 | B24-3-12 | 94.58 | 4.04 | .22 | 1.16 | 94 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 23, 2004**

SOUTHERN STATES CO OP
P O BOX 399
HENAGER AL 35978

Dear Southern States Co op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 22979 | 018014 | 91.37 | 8.60 | .03 | 0 | 91 | 1 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



**STATE OF ALABAMA**

**DEPARTMENT OF AGRICULTURE AND INDUSTRIES**
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

SOUTHERN STATES CO OP
P O BOX 198
ONEONTA AL 35121

Dear Southern States Co op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23142 | 313 | 99.85 | .14 | 0 | .01 | 98 | 0 | |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

August 23, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

SOUTHERN STATES CO OP
P O BOX 545
ARAB AL  35016-0545

Dear Southern States Co op,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23116 | W6-3-CC4 | | | OK | | 97 | 0 | wild radish=5 |
| 23119 | 8505 | | | OK | | 97 | 0 | |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

SOUTHERN STATES CO OP
106 13th STREET SW
CULLMAN  AL  35055

Dear Southern States Co op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23019 | B24-3-12 | 93.75 | 4.77 | .37 | 1.11 | 90 | 0 | NONE |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

PIEDMONT FERT CO
P O BOX 71
OPELIKA  AL  36803-0071

Dear Piedmont Fert. Co.,

     Due to unforeseen computer problems, we are reporting the results of (4) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23221 | 33148-AWP |  |  | OK |  | 98 | 0 |  |
| 23222 | AP02 |  |  | OK |  | 94 | 0 |  |
| 23228 | 151-17 | 99.94 | .05 | 0 | .01 | 93 | 0 |  |
| 23229 | ASD-0314 |  |  | OK |  | 97 | 0 | NONE |

     We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

              Sincerely,

              John L. Crayton, Director
              Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

MADISON COUNTY CO OP
P O BOX 68
HAZEL GREEN AL 35750-0068

Dear Madison County Co op,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23034 | W6-STF-59 | 99.13 | .86 | 0 | .01 | 93 | 0 | NONE |
| 23038 | T-17284 | 63.78 | 36.22 | 0 | 0 | 82 | 1 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

PENNINGTON SEED INC
2210 INDUSTRIAL DR SW
CULLMAN AL 35055

Dear Pennington Seed Inc,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23151 | DKG8061 | | | OK | | 98 | 0 | wild onion/ or wild garlic=1 |
| 23152 | DKG8061 | | | OK | | 94 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

**August 23, 2004**

HELENA CHEMICAL CO
P O BOX 994
ATMORE  AL  36502

Dear Helena Chemical Co,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23274 | LSC-3703 | 98.95 | .94 | .07 | .04 | 96 | 0 | HAIRY CHESS OR CHEAT=20 |
| 23275 | 03154 | | | OK | | 84 | 0 | HAIRY CHESS OR CHEAT=31 |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 23, 2004**

JACKSON FARMERS CO OP
P O BOX 402
STEVENSON AL

Dear Jackson Farmers Co op.,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 22977 | L76-2-87-0 | 94.37 | 4.80 | .18 | .65 | 91 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

JACKSON FARMERS CO OP
26755 JOHN T REID PKWY
SCOTTSBORO AL 35768

Dear Jackson farmers Co op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 22975 | L55-2-OG1 | 91.35 | 8.02 | .58 | .05 | 83 | 0 | NONE |

**VIOLATION**: THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY.

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the purity and germination percentages found by our test and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

LAWRENCE CO EXCH
P O BOX 487
MOULTON AL 35650

Dear Lawrence Co Exch.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 22970 | L29-2-011 | 89.13 | 10.77 | 0 | .10 | 83 | 0 | NONE |

**VIOLATION**: THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY.

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the purity percentage found by our test and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

LIMESTONE FARMERS CO OP
PO BOX 429
ATHENS AL 35612

Dear Limestone Farmers Co op.,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23137 | T03 7 | 99.10 | .37 | .01 | .52 | 97 | 0 | CHEAT & CHESS=1 |
| 23138 | 33148-AWP | | | | OK | 98 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



**STATE OF ALABAMA**

**DEPARTMENT OF AGRICULTURE AND INDUSTRIES**
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 23, 2004**

M B BELL GRAIN
P O BOX 99
SYLVANIA AL 35988

Dear M B Bell Grain.,

Due to unforeseen computer problems, we are reporting the results of (¹) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 22985 | B5-3-P3 | | | OK | | 96 | 0 | NONE |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 23, 2004**

COLDWATER SEED & SUPPLY CO INC
108 6TH STREET
TUSCUMBIA AL 35674

Dear Coldwater Seed & Supply Co Inc,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23052 | B5-3-DG1 | 98.99 | .72 | 0 | .29 | 92 | 0 | NONE |
| 23053 | L44-2-7PM | | | OK | | 94 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

DEKALB FARMERS CO OP
P O BOX 939
RAINSVILLE AL 35986

Dear Dekalb Farmers Co op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23148 | T03 9 | | | OK | | 97 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

DONALDSON FEED & GRAIN
1125 4TH AVE N
BESSEMER AL 35020

Dear Donaldson Feed & Grain,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23005 | L76-3-46M | 99.05 | .78 | .17 | 0 | 94 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

FAITHWAY FEED
P O BOX 995
GUNTERSVILLE AL 35976

Dear Faithway Feed,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23106 | T-21902 | 98.62 | .04 | .88 | .46 | 97 | 1 | NONE |

**VIOLATION:** THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY, AND THE COMPLETE KIND NAME (CRIMSON CLOVER) WAS NOT STATED ON THE ANALYSIS TAG.

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the purity percentage found by our test, complete kind name and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

CT GARVIN FEED & SEED
2215 HOLMES AVE W
HUNTSVILLE AL 35816

Dear C T Garvin Feed & Seed,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 22990 | T-21453 | 98.84 | .94 | .18 | .04 | 89 | 0 | HAIRY CHESS OR CHEAT=117 |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



**STATE OF ALABAMA**

**DEPARTMENT OF AGRICULTURE AND INDUSTRIES**
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL. 36109-0336

GROSOUTH INC
P O BOX 349
DOTHAN, AL. 36302

Dear GroSouth Inc,

Due to unforeseen computer problems, we are reporting the results of (5) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23257 | A478004 | | | | | 84 | 0 | |
| 23258 | N046002 | | | | | 97 | 0 | |
| 23259 | J067000 | | | | | 92 | 0 | |
| 23260 | 9154000 | | | | | 88 | 0 | |
| 23261 | 33149-RAP | | | | | 85 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

AGRILIANCE-AFC
P O BOX 2227
DECATUR AL 35609

Dear AFC.,

Due to unforeseen computer problems, we are reporting the results of (5) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23122 | W8-4-CC-402 | | | OK | | 91 | 4 | NONE |
| 23124 | W6-4-CC-13 | 99.96 | .04 | 0 | 0 | 96 | 2 | NONE |
| 23125 | W6-3-CC-30 | 99.96 | .04 | 0 | 0 | 97 | 0 | NONE |
| 23126 | W6-3-CC-26 | 99.72 | .02 | .02 | .24 | 97 | 1 | NONE |
| 23196 | LSC-0804 | | | OK | | 95 | 0 | HAIRY CHESS OR CHEAT= 5 |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 23, 2004**

ATMORE TRUCKERS ASSN
P O BOX 367
ATMORE AL 36502

Dear Atmore Truckers Assn,

    Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23074 | L45-3-11-J | | | OK | | 96 | 0 | NONE |
| 23075 | L10-3-72-G | 99.60 | .36 | .04 | 0 | 97 | 0 | NONE |

    We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

            Sincerely,

            John L. Crayton, Director
            Seed Lab





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

BLOUNT CO FARMERS
810 2ND AVE
ONEONTA  AL  35121

Dear Blount Co Farmers.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23144 | T-13 | | | OK | | 98 | 0 | dock=1 |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

CHARLES W. COOPER
P O BOX 487
LOXLEY  AL 36551

Dear Charles W. Cooper,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23071 | L38-3-5G | 98.70 | .29 | .62 | .39 | 94 | 0 | NONE |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL. 36109-0336

CLEMMONS & HAMNER SEED INC
5578 CO RD 34
KILLEN AL 35645

Dear Clemmons & Hamner Seed Inc,

Due to unforeseen computer problems, we are reporting the results of (6) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23204 | LSC-2304 | 99.62 | .19 | .19 | 0 | 97 | 0 | HAIRY CHESS OR CHEAT=20 |
| 23205 | 04W004 | | | OK | | 98 | 0 | |
| 23206 | 04W004 | | | OK | | 95 | 0 | |
| 23207 | 04W003 | | | OK | | 94 | 0 | |
| 23208 | LSC-1904 | | | OK | | 98 | 0 | HAIRY CHESS OR CHEAT=4 |
| 23209 | LSC-1804W | 99.78 | .18 | .04 | 0 | 97 | 0 | HAIRY CHESS OR CHEAT=18 |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 23, 2004**

COLBERT FARMERS COOP
P O BOX 474
LEIGHTON AL 35646

Dear Colbert Farmers Coop,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 22974 | P3-3-1 | 95.74 | 3.89 | .34 | .03 | 87 | 0 | NONE |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ken Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

RHOADES BROTHERS FARM
4485 HWY 189
KINSTON AL 36453-4556

Dear Rhoades Brothers Farm,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01587 | 49-04-01 | 96.99 | 3.00 | .01 | 0 | 65 | 0 | |

COMMENT: This lot of seed does not meet the certification standards as to germination and inert material. The minimum standard germination for registered rye is 75% the maximum amount of inert material is 2%.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

BRAGG FARMS
1180 GRIMWOOD RD
TONEY AL 35773

Dear Bragg Farms,

Due to unforeseen computer problems, we are reporting the results of (13) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23115 | 201 | 99.90 | .10 | 0 | 0 | 95 | 0 | |
| 23180 | 202 | 99.90 | .10 | 0 | 0 | 95 | 0 | |
| 23181 | 203 | 99.97 | .03 | 0 | 0 | 92 | 0 | |
| 23182 | 204 | 99.97 | .03 | 0 | 0 | 94 | 0 | |
| 23183 | 205 | 99.97 | .03 | 0 | 0 | 94 | 0 | |
| 23184 | 206 | 99.97 | .03 | 0 | 0 | 94 | 0 | |
| 23185 | 207 | 99.97 | .03 | 0 | 0 | 98 | 0 | |
| 23186 | 208 | 99.97 | .03 | 0 | 0 | 95 | 0 | |
| 23187 | 209 | 99.80 | .20 | 0 | 0 | 97 | 0 | |
| 23188 | 210 | 99.80 | .20 | 0 | 0 | 94 | 0 | |
| 23189 | 301 | 99.90 | .10 | 0 | 0 | 99 | 0 | |
| 23190 | 302 | 99.97 | .03 | 0 | 0 | 98 | 0 | |
| 23191 | 303 | 99.97 | .03 | 0 | 0 | 97 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

TERRY MEADOWS
2924 HWY 2
BONIFAY FL 32425

Dear Mr. Meadows,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01593   | 150     | 98.06  | 1.89  | 0    | .05  | 90   | 0         |              |

    We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

                Sincerely,

                John L. Crayton, Director
                Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 24, 2004**

LARRY PARKER
CO. RD. 452
KINSTON, AL 36453

Dear Mr. Parker,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01598 | LP 136 | 99.57 | .12 | 0 | .31 | 92 | | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 24, 2004**

THOMAS BOYD
659 EMORY BOYD CIRCLE
CLAYTON, AL 36016

Dear Mr. Boyd,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01554   | #567    |        |       |      |      | 78   | 7         |              |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 24, 2004**

DANNY MATHIS
322 HOSEA MATHIS RD.
NEWTON, AL 36352

Dear Mr. Mathis,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01597 | P.M. 142 | 99.55 | .31 | .03 | .11 | 90 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 24, 2004**

**WALT WALDEN**
**9036 HWY 85**
**DALEVILLE, AL  36322**

Dear Mr. Walden,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01601 | WW137 | 99.44 | .18 | 0 | .38 | 87 | 0 | |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

August 24, 2004

AGRILIANCE-AFC
PO BOX 2227
DECATUR, AL 35609

Dear Agriliance-AFC,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23123   | LV-A2   | 99.58  | .24   | .18  | 0    | 90   | 0         | NONE         |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 24, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**KENNETH RIDENHOUR**
**4209 CO RD 28**
**SLOCOMB, AL 36375**

Dear Mr. Ridenhour,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01600 | KR 139 | 99.63 | .26 | .01 | .10 | 84 | 0 | Wild Radish=6 |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 24, 2004**

**KENNETH RIDENHOUR**
**4209 CO RD 28**
**SLOCOMB, AL  36375**

Dear Mr. Ridenhour,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01599 | KR 139 | 99.43 | .12 | .22 | .23 | 86 | 0 | Wild Radish -84 |

**COMMENT**: This lot of seed was found to contain excessive noxious weed seeds. (Wild Radish).

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 24, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**ACIA**
**P O BOX 2619**
**AUBURN, AL 36831-2619**

Dear ACIA,

Due to unforeseen computer problems, we are reporting the results of (12) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01608 | L-1 | (Rye) | | | | 96 | 0 | |
| 01609 | L-2 | " | | | | 93 | 0 | |
| 01610 | L-1 | (Jackson Wheat) | | | | 85 | 0 | |
| 01611 | L-1 | (Gore Wheat) | | | | 97 | 0 | |
| 01612 | 401 | 99.85 | .15 | 0 | 0 | 87 | 0 | |
| 01613 | 402 | 99.85 | .15 | 0 | 0 | 88 | 0 | |
| 01614 | 403 | 99.80 | .20 | 0 | 0 | 85 | 0 | |
| 01615 | 404 | 99.80 | .20 | 0 | 0 | 97 | 0 | |
| 01616 | 405 | 99.80 | .20 | 0 | 0 | 99 | 0 | |
| 01618 | 407 | 99.80 | .20 | 0 | 0 | 97 | 0 | |
| 01619 | 408 | 99.90 | .10 | 0 | 0 | 93 | 0 | |
| 01621 | 410 | 99.90 | .10 | 0 | 0 | 95 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ken Sparks*
Commissioner

**August 25, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**C.T. GARVIN FEED & SEED
2215 HOLMES AVE W
HUNTSVILLE, AL  35816**

Dear Mr. Garvin,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 22993   | T-22284 | 91.43  | 8.48  | 0    | .09  | 90   | 0         | NONE         |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery. Alabama 36107-1123

*Ron Sparks*
Commissioner

**August 25, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**M B BELL JR GRAIN & FERT.**
**P O BOX 99**
**SYLVANIA, AL  35988**

Dear Mr. Bell,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 22981 | L73-2-46-0G | 92.86 | 4.92 | 0 | 2.22 | 91 | 0 | NONE |

    We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 26, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

MADISON COUNTY CO-OP,
P O BOX 68
HAZEL GREEN, AL  35210

Dear Madison County Coop,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23037 | R3P-1499-2 | 63.51 | 36.48 | .01 | 0 | 86 | 2 | NONE |

    We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL. 36109-0336

August 26, 2004

UNIVERSAL SEED & SUPPLY
P O BOX 100637
BIRMINGHAM, AL  35210

Dear Universal Seed & Supply,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23014 | L33-1-35P | 99.14 | .86 | 0 | 0 | 88 | 0 | NONE |
| 23015 | 2.B110.TA | 99.52 | .45 | .03 | 0 | 84 | 0 | NONE |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

September 1, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Mack Peel
31 Eufaula St.
Louisville, AL. 36048

Dear Mr. Mack Peel,

Due to unforeseen computer problems, we are reporting the results of (3) lot for Clayton Seed Cleaners in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Noxious Weeds |
|---------|---------|--------|-------|------|------|---------------|
| 23236 | 04030-C | 93.38 | 6.51 | .08 | .03 | dock=108 |
| 23237 | 04-048-C | 98.85 | 1.14 | .01 | 0 | dock=36 |
| 23238 | 04. 049-C | 96.57 | 3.29 | .14 | 0 | dock=9 |

**COMMENT: This lot of seed does not meet certification standards as to noxious weed seed content (none are allowed); This lot of seed cannot be offered for sale in Alabama in its present condition; however: It can be re-cleaned under the supervision of an inspector and another sample drawn and submitted to this laboratory.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

Cc: Clayton Seed Cleaners

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Mack Peel
31 Eufaula St.
Louisville, AL. 36048

Dear Mr. Mack Peel,

Due to unforeseen computer problems, we are reporting the results of (3) lot for Clayton Seed Cleaners in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Noxious Weeds |
|---------|---------|--------|-------|------|------|---------------|
| 23236 | 04030-C | 93.38 | 6.51 | .08 | .03 | dock=108 |
| 23237 | 04-048-C | 98.85 | 1.14 | .01 | 0 | dock=36 |
| 23238 | 04. 049-C | 96.57 | 3.29 | .14 | 0 | dock=9 |

**COMMENT: This lot of seed does not meet certification standards as to noxious weed seed content (none are allowed); This lot of seed cannot be offered for sale in Alabama in its present condition; however: It can be re-cleaned under the supervision of an inspector and another sample drawn and submitted to this laboratory.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

*John L. Crayton*

John L. Crayton, Director
Seed Lab

Cc: Clayton Seed Cleaners

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033⊡

**August 30, 2004**

Growers Supply
5239 Bowden St.
Frisco City. AL 36445

Dear Growers Supply.

Due to unforeseen computer problems, we are reporting the results of (2) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23375 | 81804 | 99.77 | 0.23 | 0 | 0 | 90 | 0 | None |
| 23376 | 81904 | 99.68 | 0.32 | 0 | 0 | 96 | 0 | None |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely.

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 30, 2004**

Pennington Seed Inc.
2210 Industrial Drive
Cullman, AL 35055

Dear Pennington Seed Inc.,

Due to unforeseen computer problems, we are reporting the results of (3) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23062 | L144-4-2AR01 | 98.61 | 0.59 | 0.38 | 0.42 | 95 | 0 | hairy chess-18 |
| 23157 | 179-4 | | OK | | | 99 | 0 | none |
| 23158 | 179-5 | | OK | | | 98 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 30, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

PIEDMONT FERTILIZER CO.
P O BOX 71
OPELIKA AL 36803-0071

Dear Piedmont Fert. Co.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23225   | 33149-RAP |      |       |      |      | 68   | 0         |              |

**COMMENT:** This lot of seed was found to germinate lower than the germination stated on the analysis tag. This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the germination percentage found by our test and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 30, 2004**

Segrest Feed & Seed Co.
P.O. Box 339
Slocomb, AL 36375

Dear Segrest Feed & Seed Co.,

Due to unforeseen computer problems, we are reporting the results of (3) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23079 | KF-101-3 | 99.51 | 0.40 | 0.05 | 0.04 | 68 | 4 | None |
| 23080 | KF-102-03 | 99.58 | 0.40 | 0.02 | 0 | 66 | 3 | None |
| 23081 | KF-205-03 | 99.67 | 0.24 | 0.09 | 0 | 66 | 3 | None |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama  36107-1123

*Ron Sparks*
Commissioner

**August 30, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

UNIVERSAL SEED & SUPPLY
P O  BOX 100637
BIRMINGHAM AL  35210

Dear Universal Seed & Supply,

     Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23009   | T18094  | 66.39  | 33.61 | 0    | 0    | 70   | 1         | NONE         |

**COMMENT:** This lot of seed was found to germinate lower than the germination stated on the analysis tag.  This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the germination percentage found by our test and a copy of the corrected analysis tag has been sent to this office.

     We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

                     Sincerely,

                     John L. Crayton, Director
                     Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 31, 2004**

Pennington Seed Inc.
2210 Industrial Dr. SW
Cullman, AL 35055

Dear Pennington Seed,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23165 | Y13-3-CC-1 | 99.33 | 0.23 | 0.44 | 0 | 94 | 1 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



### STATE OF ALABAMA

### DEPARTMENT OF AGRICULTURE AND INDUSTRIES
#### 1445 Federal Drive
#### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033(

**August 31, 2004**

Scotts Feed & Seed
146 Co. Rd. 42 East
Abbeville, AL 36310

Dear Scotts Feed & Seed,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23248 | T-21323 | 99.65 | 0.16 | 0.19 | 0 | 92 | 0 | wild radish - 5 |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
**1445 Federal Drive**
**Montgomery, Alabama 36107-1123**



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033(

**August 31, 2004**

Southern States
P.O. Box 545
Arab, AL 35016

Dear Southern States,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23117 | B24-3-12 | 93.35 | 5.34 | 0.03 | 1.28 | 90 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 1, 2004**

KRIS BALKCOM
P O BOX 217
HEADLAND AL 36345

Dear Mr. Balkcom,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

## MIXTURE

| Lab No. | Lot No. | | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|----------|--------|-------|------|------|------|-----------|--------------|
| 01578 | 1 | Oats | 40.52 | 1.62 | .43 | .05 | 98 | 0 | |
| | | Rye | 41.80 | | | | 92 | 0 | |
| | | Ryegrass | 15.58 | | | | 97 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Colbert Farmers Coop
P O Box 474
Leighton, AL 35646

Dear Colbert Farmers Coop,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Germ | Hard Seed | Purity | Inert | Weed | Crop |
|---------|-----------|------|-----------|--------|-------|------|------|
| 22973 | R3N-1937-2 | 55 | 0 | 67.05 | 32.95 | 0 | 0 |

**COMMENT: This lot of seed was found to germinate below the minimum standard germination of 60%; therefore, this lot of seed cannot be offered for sale in Alabama.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 1, 2004**

GroSouth Inc.
P O Box 349
Montgomery, Al. 36101

Dear GroSouth Inc.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Germ | Hard Seed | Purity Inert | Weed | Crop |
|---------|---------|------|-----------|--------------|------|------|
| 23256 | 9517000 | 8 | 0 | | | |

**COMMENT:** **This lot of seed was found to germinate below the minimum standard germination of 60%; therefore, this lot of seed cannot be offered for sale in Alabama.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

GroSouth Inc.
P O Box 349
Montgomery, Al. 36101

Dear GroSouth Inc.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Germ | Hard Seed | Purity | Inert | Weed | Crop |
|---------|---------|------|-----------|--------|-------|------|------|
| 23256 | 9517000 | 8 | 0 | | | | |

**COMMENT: This lot of seed was found to germinate below the minimum standard germination of 60%; therefore, this lot of seed cannot be offered for sale in Alabama.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
**1445 Federal Drive**
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 1, 2004**

Harvest Feed Mill
P.O. Box 117
Harvest, AL 35749

Dear Harvest Feed Mill,

Due to unforeseen computer problems, we are reporting the results of (2) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23197 | L185-3-51PM | 99.17 | 0.77 | 0.06 | 0 | 95 | 0 | none |
| 23198 | L183-2-80 | 99.82 | 0.16 | 0.02 | 0 | 96 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Mack Peel
31 Eufaula St.
Louisville, Al. 36048

Dear Mr. Peel

Due to unforeseen computer problems, we are reporting the results of (2) lots for Clayton Seed Cleaners in this form.

| Lab No. | Lot No. | Germ | Purity | Inert | Weed | Crop |
|---------|---------|------|--------|-------|------|------|
| 23232   | 04025-C |      | 94.39  | 5.61  | 0    | 0    |
| 23233   | 04026-C |      | 94.01  | 5.99  | 0    | 0    |

**COMMENT: This lot of seed does not meet certification standards as to inert content, maximum allowed is 5%; This lot of seed cannot be offered for sale in Alabama in its present condition; however: It can be re-cleaned under the supervision of an inspector and another sample drawn and submitted to this laboratory.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

*John L. Crayton*

John L. Crayton, Director
Seed Lab

Cc: Clayton Seed Cleaners

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Mack Peel
31 Eufaula St.
Louisville, AL. 36048

Dear Mr. Mack Peel,

Due to unforeseen computer problems, we are reporting the results of (3) lot for Clayton Seed Cleaners in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Noxious Weeds |
|---------|---------|--------|-------|------|------|---------------|
| 23236 | 04030-C | 93.38 | 6.51 | .08 | .03 | dock=108 |
| 23237 | 04-048-C | 98.85 | 1.14 | .01 | 0 | dock=36 |
| 23238 | 04. 049-C | 96.57 | 3.29 | .14 | 0 | dock=9 |

**COMMENT:  This lot of seed does not meet certification standards as to noxious weed seed content (none are allowed); This lot of seed cannot be offered for sale in Alabama in its present condition;  however: It can be re-cleaned under the supervision of an inspector and another sample drawn and submitted to this laboratory.**

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

*John L Crayton*

John L. Crayton, Director
Seed Lab

Cc:  Clayton Seed Cleaners



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

September 1, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Mack Peel
31 Eufaula St.
Louisville, AL. 36048

Dear Mr. Mack Peel,

Due to unforeseen computer problems, we are reporting the results of (3) lot for Clayton Seed Cleaners in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Noxious Weeds |
|---------|---------|--------|-------|------|------|---------------|
| 23236 | 04030-C | 93.38 | 6.51 | .08 | .03 | dock=108 |
| 23237 | 04-048-C | 98.85 | 1.14 | .01 | 0 | dock=36 |
| 23238 | 04. 049-C | 96.57 | 3.29 | .14 | 0 | dock=9 |

**COMMENT: This lot of seed does not meet certification standards as to noxious weed seed content (none are allowed); This lot of seed cannot be offered for sale in Alabama in its present condition; however: It can be re-cleaned under the supervision of an inspector and another sample drawn and submitted to this laboratory.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

*John L. Crayton*

John L. Crayton, Director
Seed Lab

Cc: Clayton Seed Cleaners




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 1, 2004**

Mack Peel
31 Eufaula St.
Louisville, Al. 36048

Dear Mr. Peel

Due to unforeseen computer problems, we are reporting the results of (2) lots for Clayton Seed Cleaners in this form.

| Lab No. | Lot No. | Germ | Purity | Inert | Weed | Crop |
|---------|---------|------|--------|-------|------|------|
| 23232   | 04025-C |      | 94.39  | 5.61  | 0    | 0    |
| 23233   | 04026-C |      | 94.01  | 5.99  | 0    | 0    |

**COMMENT:  This lot of seed does not meet certification standards as to inert content, maximum allowed is 5%;  This lot of seed cannot be offered for sale in Alabama in its present condition;  however:  It can be re-cleaned under the supervision of an inspector and another sample drawn and submitted to this laboratory.**

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

*John L. Crayton*

John L. Crayton, Director
Seed Lab

Cc:  Clayton Seed Cleaners




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Pennington Seeds Inc.
2210 Industrial Dr SW
Cullman, AL. 35055

Dear Pennington Seeds Inc.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Noxious Weeds |
|---------|---------|--------|-------|------|------|---------------|
| 23322 | 8-11 | 94.01 | .60 | .59 | 4.80 | dock=9, sheep sorrel=63, cheat or hairy chess=36, bermudagrass=630, buckhorn plantain=1 |

**VIOLATION: THIS LOT OF SEED WAS FOUND TO CONTAIN EXCESSIVE NOXIOUS WEED SEEDS: THEREFORE, THESE SEED CANNOT BE SOLD IN ALABAMA IN ITS PRESENT CONDITION; HOWEVER, IT CAN BE RE-CLEANED UNDER THE SUPERVISION OF AND INSPECTOR AND ANOTHER SAMPLE DRAWN AND SUBMITTED TO THIS LABORATORY.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

### September 1, 2004

Pennington Seed Inc.
2210 Industrial Dr. SW
Cullman, AL 35055

Dear Pennington Seed Inc.,

Due to unforeseen computer problems, we are reporting the results of (5) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23058 | R3-3011-25 | | OK | | | 92 | 0 | none |
| 23059 | EB-2467-25 | 99.05 | 0.95 | 0 | 0 | 97 | 0 | none |
| 23060 | EB-2467-25 | 99.29 | 0.71 | 0 | 0 | 91 | 0 | none |
| 23061 | R3-2467-25 | | OK | | | 96 | 0 | none |
| 23063 | 2069B | 95.79 | 0.67 | 0.46 | 3.08 | 96 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

September 1, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Bragg Farms
1180 Grim wood Rd.
Toney, AL. 35773

Dear Bragg Farms,

Due to unforeseen computer problems, we are reporting the results of ( ) lot in this form.

| Lab No. | Lot No. | Germ | Hard Seed | Purity | Inert | Weed | Crop |
|---------|---------|------|-----------|--------|-------|------|------|
| 23027   | 104     | 77   | 0         | 99.70  | .30   | 0    | 0    |

**COMMENT: This lot of seed does not meet certification standards as to germination. The minimum standard germination for certified wheat is 85%. This is a PVP title V variety and can only be sold as a certified class of wheat.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 16, 2004**

ATMORE TRUCKERS ASSN
P O BOX 367
ATMORE, AL 36502

Dear Atmore Truckers Assn,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23073 | T-21323 | | OK | | | 94 | 1 | NONE |

**VIOLATION:** THE VARIETY NAM IS INCORRECTLY STATED ON THE ANALYSIS TAG. (DIXIE RESEEDING CRIMSON CLOVER).

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the correct variety name (Dixie Reseeding Crimson Clover) and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

*John L Crayton*

John L. Crayton, Director
Seed Lab

Exhibit 14



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 16, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

TIM SCOTT
5306 HWY 187
HODGES AL 35571

Dear Mr. Scott,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

## MIXTURE

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01452 | 3  Fescue | 75.04 | 3.03 | 1.54 | 1.78 | 83 | 0 | wild onion or |
| | Orchardgrass | 18.16 | | | | 44 | 0 | garlic=234 |
| | | | | | | | | Sheep sorrel= |
| | | | | | | | | 1,719, dock=207 |

**COMMENT:** The orchardgrass component of this mixture was found to germinate below the minimum standard germination of 60%. This lot of seed was also found to contain excessive noxious weed seeds

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 16, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

TIM SCOTT
5306 HWY 187
HODGES AL 35571

Dear Mr. Scott,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

# MIXTURE

| Lab No. | Lot No. | | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--|--------|-------|------|------|------|-----------|--------------|
| 01452 | 3 | Fescue | 75.04 | 3.03 | 1.54 | 1.78 | 83 | 0 | wild onion or |
| | | Orchardgrass | 18.16 | | | | 44 | 0 | garlic=234 |
| | | | | | | | | | Sheep sorrel= |
| | | | | | | | | | 1,719, dock=207 |

**COMMENT:** The orchardgrass component of this mixture was found to germinate below the minimum standard germination of 60%. This lot of seed was also found to contain excessive noxious weed seeds

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 17, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

CALHOUN FARMERS CO OP
900 HWY 278
PIEDMONT AL 36272

Dear Calhoun Farmers Co op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 22906 | 01-01C | 96.85 | 2.91 | .23 | .01 | 53 | 22 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 19, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

GENEVA SEED CLEANERS
1581 STEPHENS FERRY RD
SAMSON AL 36477

Dear Geneva Seed Cleaners,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23099 | DM-4 | 99.84 | .08 | .08 | 0 | 86 | 0 | wild radish=11 |

    We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

August 20, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033(

C T GARVIN FEED & SEED
2215 HOLMES AVE W
HUNTSVILLE AL 35816

Dear C T Garvin Feed & Seed,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 22994 | FS2053 | 62.20 | 37.80 | 0 | 0 | 92 | 2 | |

**VIOLATION:** THE COATING MATERIAL WAS NOT INCLUDED WITH THE INERT MATTER. THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY. THE VARIETY NAME OF THIS LOT OF SEED WASNOT STATED ON THE ANALYSIS TAG.

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the coating material being included with the inert matter as well as being stated separately. purity percentage found by our test, the variety name and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**AUGUST 20, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-03

**GRO SOUTH**
**1827 COLUMBIA HWY**
**DOTHAN, AL 36302**

Dear Gro South,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23253   | W8049   |        |       |      |      | 97   | 0         |              |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**AUGUST 20, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-03

**SOUTHERN STATES**
**106 13TH ST SW**
**CULLMAN, AL 35055**

Dear Southern States,

 Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23018 | 2.B661.N | 91.43 | 8.55 | .02 | 0 | 84 | 5 | NONE |

 We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

 Sincerely,

 John L. Crayton, Director
 Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-03

UNIVERSAL SEED & SUPPLY
P O BOX 100637
BIRMINGHAM AL 35210

Dear Universal Seed & Supply,

    Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23012 | L12-2-89B | 98.76 | 1.11 | .13 | 0 | 91 | 0 | NONE |
| 23013 | LA17-3-3 | 98.96 | .40 | .64 | 0 | 96 | 0 | NONE |

    We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

            Sincerely,

            John L. Crayton, Director
            Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

TUCKER FARM CENTER
P O BOX 237
FRISCO CITY AL  36445

Dear Tucker Farm Center,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23076 | T-21515 | | | OK | | 94 | 4 | NONE |

**VIOLATION:** THE COMPLETE KIND NAME (CRIMSON CLOVER) WAS NOT STATED ON THE ANALYSIS TAG.

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the complete kind name and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

*John L. Crayton*

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0

STOCKDALE FARMS
4472 STOCKDALE RD
MUNFORD AL 36268

Dear Stockdale farms,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23104 | NC 3295 LR | | | | | 95 | 0 | |

    We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

                Sincerely,

                John L. Crayton, Director
                Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

**August 23, 2004**

SOUTHERN STATES CO OP
P O BOX 517
GERALDINE AL 35976

Dear Southern States Co op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23003 | B24-3-12 | 94.58 | 4.04 | .22 | 1.16 | 94 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

SOUTHERN STATES CO OP
P O BOX 399
HENAGER AL 35978

Dear Southern States Co op,

     Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 22979 | 018014 | 91.37 | 8.60 | .03 | 0 | 91 | 1 | NONE |

     We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

                  Sincerely,

                  John L. Crayton, Director
                  Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

SOUTHERN STATES CO OP
P O BOX 198
ONEONTA AL 35121

Dear Southern States Co op,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23142 | 313 | 99.85 | .14 | 0 | .01 | 98 | 0 | |

    We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

                Sincerely,

                John L. Crayton, Director
                Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-03

SOUTHERN STATES CO OP
P O BOX 545
ARAB AL 35016-0545

Dear Southern States Co op,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23116 | W6-3-CC4 | | | OK | | 97 | 0 | wild radish=5 |
| 23119 | 8505 | | | OK | | 97 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

SOUTHERN STATES CO OP
106 13th STREET SW
CULLMAN AL 35055

Dear Southern States Co op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23019 | B24-3-12 | 93.75 | 4.77 | .37 | 1.11 | 90 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

PIEDMONT FERT CO
P O BOX 71
OPELIKA  AL  36803-0071

Dear Piedmont Fert. Co.,

Due to unforeseen computer problems, we are reporting the results of (4) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23221 | 33148-AWP | | | OK | | 98 | 0 | |
| 23222 | AP02 | | | OK | | 94 | 0 | |
| 23228 | 151-17 | 99.94 | .05 | 0 | .01 | 93 | 0 | |
| 23229 | ASD-0314 | | | OK | | 97 | 0 | NONE |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

**August 23, 2004**

MADISON COUNTY CO OP
P O BOX 68
HAZEL GREEN  AL  35750-0068

Dear Madison County Co op,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23034 | W6-STF-59 | 99.13 | .86 | 0 | .01 | 93 | 0 | NONE |
| 23038 | T-17284 | 63.78 | 36.22 | 0 | 0 | 82 | 1 | NONE |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

PENNINGTON SEED INC
2210 INDUSTRIAL DR SW
CULLMAN AL 35055

Dear Pennington Seed Inc,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23151 | DKG8061 | | | OK | | 98 | 0 | wild onion/ or wild garlic=1 |
| 23152 | DKG8061 | | | OK | | 94 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123





*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

HELENA CHEMICAL CO
P O BOX 994
ATMORE AL 36502

Dear Helena Chemical Co,

      Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23274 | LSC-3703 | 98.95 | .94 | .07 | .04 | 96 | 0 | HAIRY CHESS OR CHEAT=20 |
| 23275 | 03154 | | | OK | | 84 | 0 | HAIRY CHESS OR CHEAT=31 |

      We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

                Sincerely,

                John L. Crayton, Director
                Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

August 23, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

JACKSON FARMERS CO OP
P O BOX 402
STEVENSON AL

Dear Jackson Farmers Co op.,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 22977 | L76-2-87-0 | 94.37 | 4.80 | .18 | .65 | 91 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-03

JACKSON FARMERS CO OP
26755 JOHN T REID PKWY
SCOTTSBORO AL 35768

Dear Jackson farmers Co op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 22975 | L55-2-OG1 | 91.35 | 8.02 | .58 | .05 | 83 | 0 | NONE |

**VIOLATION:** THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY.

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the purity and germination percentages found by our test and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

LAWRENCE CO EXCH
P O BOX 487
MOULTON AL 35650

Dear Lawrence Co Exch.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 22970 | L29-2-011 | 89.13 | 10.77 | 0 | .10 | 83 | 0 | NONE |

**VIOLATION**: THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY.

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the purity percentage found by our test and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

*John L. Crayton*

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

LIMESTONE FARMERS CO OP
PO BOX 429
ATHENS AL 35612

Dear Limestone Farmers Co op.,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23137 | T03 7 | 99.10 | .37 | .01 | .52 | 97 | 0 | CHEAT & CHESS=1 |
| 23138 | 33148-AWP | | | OK | | 98 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA



# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-03:

M B BELL GRAIN
P O BOX 99
SYLVANIA AL 35988

Dear M B Bell Grain.,

Due to unforeseen computer problems, we are reporting the results of ($ $) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 22985 | B5-3-P3 | | | OK | | 96 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Mack Peel
31 Eufaula St.
Louisville, Al. 36048

Dear Mr. Peel

Due to unforeseen computer problems, we are reporting the results of (2) lots for Clayton Seed Cleaners in this form.

| Lab No. | Lot No. | Germ | Purity | Inert | Weed | Crop |
|---------|---------|------|--------|-------|------|------|
| 23232 | 04025-C | | 94.39 | 5.61 | 0 | 0 |
| 23233 | 04026-C | | 94.01 | 5.99 | 0 | 0 |

**COMMENT: This lot of seed does not meet certification standards as to inert content, maximum allowed is 5%; This lot of seed cannot be offered for sale in Alabama in its present condition; however: It can be re-cleaned under the supervision of an inspector and another sample drawn and submitted to this laboratory.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

*John L. Crayton*

John L. Crayton, Director
Seed Lab

Cc: Clayton Seed Cleaners





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

September 1, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Pennington Seeds Inc.
2210 Industrial Dr SW
Cullman, AL. 35055

Dear Pennington Seeds Inc.,

   Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Noxious Weeds |
|---------|---------|--------|-------|------|------|---------------|
| 23322 | 8-11 | 94.01 | .60 | .59 | 4.80 | dock=9, sheep sorrel=63, cheat or hairy chess=36, bermudagrass=630, buckhorn plantain=1 |

**VIOLATION: THIS LOT OF SEED WAS FOUND TO CONTAIN EXCESSIVE NOXIOUS WEED SEEDS; THEREFORE, THESE SEED CANNOT BE SOLD IN ALABAMA IN ITS PRESENT CONDITION; HOWEVER, IT CAN BE RE-CLEANED UNDER THE SUPERVISION OF AND INSPECTOR AND ANOTHER SAMPLE DRAWN AND SUBMITTED TO THIS LABORATORY.**

   We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

**September 1, 2004**

Pennington Seed Inc.
2210 Industrial Dr. SW
Cullman, AL 35055

Dear Pennington Seed Inc.,

Due to unforeseen computer problems, we are reporting the results of (5) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23058 | R3-3011-25 | OK | | | | 92 | 0 | none |
| 23059 | EB-2467-25 | 99.05 | 0.95 | 0 | 0 | 97 | 0 | none |
| 23060 | EB-2467-25 | 99.29 | 0.71 | 0 | 0 | 91 | 0 | none |
| 23061 | R3-2467-25 | OK | | | | 96 | 0 | none |
| 23063 | 2069B | 95.79 | 0.67 | 0.46 | 3.08 | 96 | 0 | none |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

September 1, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Bragg Farms
1180 Grim wood Rd.
Toney, AL. 35773

Dear Bragg Farms,

    Due to unforeseen computer problems, we are reporting the results of ( ) lot in this form.

| Lab No. | Lot No. | Germ | Hard Seed | Purity | Inert | Weed | Crop |
|---------|---------|------|-----------|--------|-------|------|------|
| 23027   | 104     | 77   | 0         | 99.70  | .30   | 0    | 0    |

**COMMENT:  This lot of seed does not meet certification standards as to germination.  The minimum standard germination for certified wheat is 85%.  This is a PVP title V variety and can only be sold as a certified class of wheat.**

    We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 16, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

ATMORE TRUCKERS ASSN
P O BOX 367
ATMORE, AL  36502

Dear Atmore Truckers Assn,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23073   | T-21323 |        | OK    |      |      | 94   | 1         | NONE         |

**VIOLATION:** THE VARIETY NAM IS INCORRECTLY STATED ON THE ANALYSIS TAG. (DIXIE RESEEDING CRIMSON CLOVER).

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the correct variety name (Dixie Reseeding Crimson Clover) and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

*John L Crayton*

John L. Crayton, Director
Seed Lab

Exhibit 14



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 16, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

TIM SCOTT
5306 HWY 187
HODGES AL 35571

Dear Mr. Scott,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

## MIXTURE

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01452 | 3  Fescue | 75.04 | 3.03 | 1.54 | 1.78 | 83 | 0 | wild onion or |
|  | Orchardgrass | 18.16 |  |  |  | 44 | 0 | garlic=234 |
|  |  |  |  |  |  |  |  | Sheep sorrel= |
|  |  |  |  |  |  |  |  | 1,719, dock=207 |

**COMMENT:** The orchardgrass component of this mixture was found to germinate below the minimum standard germination of 60%. This lot of seed was also found to contain excessive noxious weed seeds

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

COLDWATER SEED & SUPPLY CO INC
108 6TH STREET
TUSCUMBIA AL  35674

Dear Coldwater Seed & Supply Co Inc,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23052 | B5-3-DG1 | 98.99 | .72 | 0 | .29 | 92 | 0 | NONE |
| 23053 | L44-2-7PM | | | OK | | 94 | 0 | NONE |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

August 23, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

DEKALB FARMERS CO OP
P O BOX 939
RAINSVILLE AL 35986

Dear Dekalb Farmers Co op,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23148 | T03 9 | | | OK | | 97 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

**August 23, 2004**

DONALDSON FEED & GRAIN
1125 4TH AVE N
BESSEMER AL  35020

Dear Donaldson Feed & Grain,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23005 | L76-3-46M | 99.05 | .78 | .17 | 0 | 94 | 0 | NONE |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

FAITHWAY FEED
P O BOX 995
GUNTERSVILLE AL 35976

Dear Faithway Feed,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23106 | T-21902 | 98.62 | .04 | .88 | .46 | 97 | 1 | NONE |

**VIOLATION:** THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY, AND THE COMPLETE KIND NAME (CRIMSON CLOVER) WAS NOT STATED ON THE ANALYSIS TAG.

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the purity percentage found by our test, complete kind name and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

*John L. Crayton*

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA



## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

CT GARVIN FEED & SEED
2215 HOLMES AVE W
HUNTSVILLE AL 35816

Dear C T Garvin Feed & Seed,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 22990 | T-21453 | 98.84 | .94 | .18 | .04 | 89 | 0 | HAIRY CHESS OR CHEAT=117 |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

GROSOUTH INC
P O BOX 349
DOTHAN, AL. 36302

Dear GroSouth Inc,

Due to unforeseen computer problems, we are reporting the results of (5) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23257 | A478004 | | | | | 84 | 0 | |
| 23258 | N046002 | | | | | 97 | 0 | |
| 23259 | J067000 | | | | | 92 | 0 | |
| 23260 | 9154000 | | | | | 88 | 0 | |
| 23261 | 33149-RAP | | | | | 85 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
**1445 Federal Drive**
**Montgomery, Alabama 36107-1123**



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

**August 23, 2004**

AGRILIANCE-AFC
P O BOX 2227
DECATUR AL 35609

Dear AFC.,

Due to unforeseen computer problems, we are reporting the results of (5) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23122 | W8-4-CC-402 | | | OK | | 91 | 4 | NONE |
| 23124 | W6-4-CC-13 | 99.96 | .04 | 0 | 0 | 96 | 2 | NONE |
| 23125 | W6-3-CC-30 | 99.96 | .04 | 0 | 0 | 97 | 0 | NONE |
| 23126 | W6-3-CC-26 | 99.72 | .02 | .02 | .24 | 97 | 1 | NONE |
| 23196 | LSC-0804 | | | OK | | 95 | 0 | HAIRY CHESS OR CHEAT= 5 |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

ATMORE TRUCKERS ASSN
P O BOX 367
ATMORE AL 36502

Dear Atmore Truckers Assn,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23074 | L45-3-11-J | | | OK | | 96 | 0 | NONE |
| 23075 | L10-3-72-G | 99.60 | .36 | .04 | 0 | 97 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 23, 2004**

BLOUNT CO FARMERS
810 2ND AVE
ONEONTA AL 35121

Dear Blount Co Farmers.,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23144   | T-13    |        |       | OK   |      | 98   | 0         | dock=1        |

    We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

                Sincerely,

                John L. Crayton, Director
                Seed Lab





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 23, 2004**

CHARLES W. COOPER
P O BOX 487
LOXLEY AL 36551

Dear Charles W. Cooper,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 23071 | L38-3-5G | 98.70 | .29 | .62 | .39 | 94 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123





*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

CLEMMONS & HAMNER SEED INC
5578 CO RD 34
KILLEN AL 35645

Dear Clemmons & Hamner Seed Inc,

Due to unforeseen computer problems, we are reporting the results of (6) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23204 | LSC-2304 | 99.62 | .19 | .19 | 0 | 97 | 0 | HAIRY CHESS OR CHEAT=20 |
| 23205 | 04W004 | | | OK | | 98 | 0 | |
| 23206 | 04W004 | | | OK | | 95 | 0 | |
| 23207 | 04W003 | | | OK | | 94 | 0 | |
| 23208 | LSC-1904 | | | OK | | 98 | 0 | HAIRY CHESS OR CHEAT=4 |
| 23209 | LSC-1804W | 99.78 | .18 | .04 | 0 | 97 | 0 | HAIRY CHESS OR CHEAT=18 |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

COLBERT FARMERS COOP
P O BOX 474
LEIGHTON AL 35646

Dear Colbert Farmers Coop,

      Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weeds |
|---------|---------|--------|-------|------|------|------|-----------|---------------|
| 22974 | P3-3-1 | 95.74 | 3.89 | .34 | .03 | 87 | 0 | NONE |

      We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

                Sincerely,

                John L. Crayton, Director
                Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

RHOADES BROTHERS FARM
4485 HWY 189
KINSTON  AL  36453-4556

Dear Rhoades Brothers Farm,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01587 | 49-04-01 | 96.99 | 3.00 | .01 | 0 | 65 | 0 | |

COMMENT:  This lot of seed does not meet the certification standards as to germination and inert material.  The minimum standard germination for registered rye is 75% the maximum amount of inert material is 2%.

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

BRAGG FARMS
1180 GRIMWOOD RD
TONEY AL 35773

Dear Bragg Farms,

Due to unforeseen computer problems, we are reporting the results of (13) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23115 | 201 | 99.90 | .10 | 0 | 0 | 95 | 0 | |
| 23180 | 202 | 99.90 | .10 | 0 | 0 | 95 | 0 | |
| 23181 | 203 | 99.97 | .03 | 0 | 0 | 92 | 0 | |
| 23182 | 204 | 99.97 | .03 | 0 | 0 | 94 | 0 | |
| 23183 | 205 | 99.97 | .03 | 0 | 0 | 94 | 0 | |
| 23184 | 206 | 99.97 | .03 | 0 | 0 | 94 | 0 | |
| 23185 | 207 | 99.97 | .03 | 0 | 0 | 98 | 0 | |
| 23186 | 208 | 99.97 | .03 | 0 | 0 | 95 | 0 | |
| 23187 | 209 | 99.80 | .20 | 0 | 0 | 97 | 0 | |
| 23188 | 210 | 99.80 | .20 | 0 | 0 | 94 | 0 | |
| 23189 | 301 | 99.90 | .10 | 0 | 0 | 99 | 0 | |
| 23190 | 302 | 99.97 | .03 | 0 | 0 | 98 | 0 | |
| 23191 | 303 | 99.97 | .03 | 0 | 0 | 97 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123





*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

TERRY MEADOWS
2924 HWY 2
BONIFAY FL 32425

Dear Mr. Meadows,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01593 | 150 | 98.06 | 1.89 | 0 | .05 | 90 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 24, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

LARRY PARKER
CO. RD. 452
KINSTON, AL 36453

Dear Mr. Parker,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01598   | LP 136  | 99.57  | .12   | 0    | .31  | 92   |           |              |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 24, 2004**

THOMAS BOYD
659 EMORY BOYD CIRCLE
CLAYTON, AL  36016

Dear Mr. Boyd,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01554   | #567    |        |       |      |      | 78   | 7         |              |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 24, 2004**

DANNY MATHIS
322 HOSEA MATHIS RD.
NEWTON, AL. 36352

Dear Mr. Mathis.

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01597 | P.M. 142 | 99.55 | .31 | .03 | .11 | 90 | 0 | |

    We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

        Sincerely.

        John L. Crayton, Director
        Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 24, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**WALT WALDEN**
**9036 HWY 85**
**DALEVILLE, AL 36322**

Dear Mr. Walden,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01601 | WW137 | 99.44 | .18 | 0 | .38 | 87 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

August 24, 2004

AGRILIANCE-AFC
PO BOX 2227
DECATUR, AL 35609

Dear Agriliance-AFC,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23123 | LV-A2 | 99.58 | .24 | .18 | 0 | 90 | 0 | NONE |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ken Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 24, 2004**

**KENNETH RIDENHOUR**
**4209 CO RD 28**
**SLOCOMB, AL 36375**

Dear Mr. Ridenhour,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01600 | KR 139 | 99.63 | .26 | .01 | .10 | 84 | 0 | Wild Radish-6 |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 24, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**KENNETH RIDENHOUR**
**4209 CO RD 28**
**SLOCOMB, AL 36375**

Dear Mr. Ridenhour,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01599 | KR 139 | 99.43 | .12 | .22 | .23 | 86 | 0 | Wild Radish 84 |

**COMMENT**: This lot of seed was found to contain excessive noxious weed seeds. (Wild Radish).

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 24, 2004**

**ACIA**
**P O BOX 2619**
**AUBURN, AL 36831-2619**

Dear ACIA,

    Due to unforeseen computer problems, we are reporting the results of (12) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01608 | L-1 | (Rye) | | | | 96 | 0 | |
| 01609 | L-2 | " | | | | 93 | 0 | |
| 01610 | L-1 | (Jackson Wheat) | | | | 85 | 0 | |
| 01611 | L-1 | (Gore Wheat) | | | | 97 | 0 | |
| 01612 | 401 | 99.85 | .15 | 0 | 0 | 87 | 0 | |
| 01613 | 402 | 99.85 | .15 | 0 | 0 | 88 | 0 | |
| 01614 | 403 | 99.80 | .20 | 0 | 0 | 85 | 0 | |
| 01615 | 404 | 99.80 | .20 | 0 | 0 | 97 | 0 | |
| 01616 | 405 | 99.80 | .20 | 0 | 0 | 99 | 0 | |
| 01618 | 407 | 99.80 | .20 | 0 | 0 | 97 | 0 | |
| 01619 | 408 | 99.90 | .10 | 0 | 0 | 93 | 0 | |
| 01621 | 410 | 99.90 | .10 | 0 | 0 | 95 | 0 | |

    We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ken Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 25, 2004**

**C.T. GARVIN FEED & SEED**
**2215 HOLMES AVE W**
**HUNTSVILLE, AL  35816**

Dear Mr. Garvin,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 22993 | T-22284 | 91.43 | 8.48 | 0 | .09 | 90 | 0 | NONE |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

August 25, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

M B BELL JR GRAIN & FERT.
P O BOX 99
SYLVANIA, AL  35988

Dear Mr. Bell,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 22981 | L73-2-46-0G | 92.86 | 4.92 | 0 | 2.22 | 91 | 0 | NONE |

    We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 26, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**MADISON COUNTY CO-OP,**
**P O BOX 68**
**HAZEL GREEN, AL 35210**

Dear Madison County Coop,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23037 | R3P-1499-2 | 63.51 | 36.48 | .01 | 0 | 86 | 2 | NONE |

    We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 26, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

**UNIVERSAL SEED & SUPPLY**
**P O BOX 100637**
**BIRMINGHAM, AL  35210**

Dear Universal Seed & Supply,

　　Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23014   | L33-1-35P | 99.14 | .86 | 0 | 0 | 88 | 0 | NONE |
| 23015   | 2.B110.TA | 99.52 | .45 | .03 | 0 | 84 | 0 | NONE |

　　We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 27, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**CHEROKEE FARMERS CO-OP**
**1020 WEST MAIM ST.**
**CENTRE, AL  35960**

Dear Cherokee Farmers Co-op,

      Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 22998 | L76-2-87-0 | 96.12 | 3.67 | .03 | .18 | 91 | 0 | NONE |

      We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 27**

**SOUTHERN STATES**
**1399 CHESTNUT BYPASS**
**CENTRE, AL 35967**

Dear Southern States,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 22999 | P703EP3 | 90.62 | 6.87 | 0 | 2.51 | 86 | 0 | NONE |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 27, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**SOUTHERN STATES CO-OP**
**P O BOX 98**
**ONEONTA, AL 35121**

Dear Southern States Coop,

　　Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23139 | W6-3-CC4 | | | OK | | 94 | 1 | NONE |

　　We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　John L. Crayton, Director
　　　　　　　　　　　　　　　Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 27, 2004**

**ESCAMBIA FARM & SEED**
**5060 JACK SPRINGS RD**
**ATMORE, AL  36502**

Dear Escambia Farms,

Due to unforeseen computer problems, we are reporting the results of (8) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01622 | 6481 | 99.75 | .20 | 0 | .05 | 95 | 0 | |
| 01623 | C 6482 | 99.80 | .20 | 0 | 0 | 90 | 0 | |
| 01624 | C 6483 | 99.80 | .20 | 0 | 0 | 95 | 0 | |
| 01625 | C 6471 | 99.80 | .20 | 0 | 0 | 99 | 0 | |
| 01626 | C 6472 | 99.80 | .20 | 0 | 0 | 95 | 0 | |
| 01628 | C 6451 | 99.80 | .20 | 0 | 0 | 94 | 0 | |
| 01629 | 6452 | 99.80 | .20 | 0 | 0 | 97 | 0 | |
| 01630 | 6453 | 99.94 | .06 | 0 | 0 | 97 | 0 | |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 27, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**ACIA**
**P O BOX 2619**
**AUBURN, AL 36831-2619**

Dear ACIA,

Due to unforeseen computer problems, we are reporting the results of (2) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01617 | 406 | 99.80 | .20 | 0 | 0 | 95 | 0 | |
| 01620 | 409 | 99.86 | .14 | 0 | 0 | 93 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

August 27, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

VANN FAIN
3567 GOOSE HOLLOW RD.
GENEVA, AL 36477

Dear Mr. Fain,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01603 | VF 141 | 99.53 | .10 | .32 | .05 | 84 | 0 | Wild Radish-131 |

**COMMENT:** This lot of seed was found to contain excessive noxious weed seeds. (Wild Radish)

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

 

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**August 30, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

JIM CANNON
4349 ALAFLO RD
SAMSON AL 36477

Dear Mr. Cannon,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

## MIXTURE

| Lab No. | Lot No. | | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---|---|---|---|---|---|---|---|---|---|
| 01646 | J.L. 151 | Citation Oats | 87.83 | .25 | .11 | .22 | 86 | 0 | |
| | | Other Oats | 11.59 | | | | | | |

**COMMENT:** This lot of seed was found to be mixed.  Mixed oats cannot be offered for sale in Alabama.

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123





*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 30, 2004**

Bragg Farms
1180 Grimwood Rd.
Toney, AL 35773

Dear Bragg Farms,

Due to unforeseen computer problems, we are reporting the results of (3) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23299 | 407 | | OK | | | 91 | 0 | None |
| 23300 | 410 | | OK | | | 94 | 0 | None |
| 23301 | 322 | | OK | | | 95 | 0 | None |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 30, 2004**

James Wilkerson
Rt. 1 Box 346
Skipperville, AL 36374

Dear Mr. Wilkerson,

Due to unforeseen computer problems, we are reporting the results of (2) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01644 | 44 | 99.33 | 0.55 | 0.04 | 0.08 | 93 | 0 | wild radish - 10 |
| 01645 | 51 | 97.82 | 1.98 | 0.17 | 0.03 | 81 | 0 | wild radish - 6 |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 30, 2004**

Johnny Register
561 Commerce St.
Slocomb, AL 36375

Dear Mr. Register,

      Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01648 | J.R. 152 | 97.28 | 0.17 | 0.04 | 2.51 | 94 | 0 | dock - 6 |

**Comment:** This lot of seed is a PVP Title V variety of oats and can only be sold as a certified class of oats when the variety name is stated on the tag.

      We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

**August 30, 2004**

Pleas Parker
9071 E. State Hwy.52
Hartford, AL 36344

Dear Mr. Parker,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 01606 | P.P. 149 | 99.23 | 0.77 | 0 | 0 | 88 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab




## STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**August 30, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

AGRILIANCE-AFC
P O BOX 2227
DECATUR AL 35609

Dear Agriliance-AFC,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23129 | L91-1-66 | 99.54 | .46 | 0 | 0 | 96 | 0 | NONE |

**VIOLATION:** THIS LOT OF SEED WAS FOUND TO BE MISBRANDED AS TO PURITY.

**COMMENT:** This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the purity percentage found by our test and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 30, 2004**

Agrilliance-AFC
P.O. Box 2227
Decatur, AL 35609

Dear Agrilliance-AFC,

Due to unforeseen computer problems, we are reporting the results of (5) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23132 | L101-3-42G | | | OK | | 97 | 0 | None |
| 23192 | ASD-0405 | | | OK | | 96 | 0 | None |
| 23193 | ASD-0406 | | | OK | | 98 | 0 | None |
| 23194 | B104-4 | 99.84 | 0.05 | 0 | 0.11 | 99 | 0 | None |
| 23195 | B104-3 | 99.58 | 0.32 | 0.03 | 0.07 | 99 | 0 | None |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 30, 2004**

Central Farm Supply.
P.O. Box 1213
Atmore, AL 36502

Dear Central Farm Supply,

    Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23078 | L42-3-9G | 99.82 | 0.17 | 0.01 | 0 | 98 | 0 | None |

    We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

               Sincerely,

               John L. Crayton, Director
               Seed Lab

# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 30, 2004**

Escambia Farm & Seed
5060 Jack Springs Rd.
Atmore, AL 36502

Dear Escambia Farm & Seed,

Due to unforeseen computer problems, we are reporting the results of (2) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23272 | HB-1 | 97.93 | 2.07 | 0 | 0 | 94 | 0 | None |
| 23273 | 179-3 | | OK | | | 96 | 0 | None |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 30, 2004**

Growers Supply
5239 Bowden St.
Frisco City, AL 36445

Dear Growers Supply,

Due to unforeseen computer problems, we are reporting the results of (2) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23375 | 81804 | 99.77 | 0.23 | 0 | 0 | 90 | 0 | None |
| 23376 | 81904 | 99.68 | 0.32 | 0 | 0 | 96 | 0 | None |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

**August 30, 2004**

Pennington Seed Inc.
2210 Industrial Drive
Cullman, AL 35055

Dear Pennington Seed Inc.,

Due to unforeseen computer problems, we are reporting the results of (3) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23062 | 1.144-4-2AR01 | 98.61 | 0.59 | 0.38 | 0.42 | 95 | 0 | hairy chess-18 |
| 23157 | 179-4 | | OK | | | 99 | 0 | none |
| 23158 | 179-5 | | OK | | | 98 | 0 | none |

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**August 30, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

PIEDMONT FERTILIZER CO.
P O BOX 71
OPELIKA AL 36803-0071

Dear Piedmont Fert. Co.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23225   | 33149-RAP |       |       |      |      | 68   | 0         |              |

**COMMENT:** This lot of seed was found to germinate lower than the germination stated on the analysis tag. This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the germination percentage found by our test and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



## STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 30, 2004**

Segrest Feed & Seed Co.
P.O. Box 339
Slocomb, AL 36375

Dear Segrest Feed & Seed Co.,

Due to unforeseen computer problems, we are reporting the results of (3) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23079 | KF-101-3 | 99.51 | 0.40 | 0.05 | 0.04 | 68 | 4 | None |
| 23080 | KF-102-03 | 99.58 | 0.40 | 0.02 | 0 | 66 | 3 | None |
| 23081 | KF-205-03 | 99.67 | 0.24 | 0.09 | 0 | 66 | 3 | None |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

**August 30, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

UNIVERSAL SEED & SUPPLY
P O BOX 100637
BIRMINGHAM AL 35210

Dear Universal Seed & Supply,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23009   | T18094  | 66.39  | 33.61 | 0    | 0    | 70   | 1         | NONE         |

**COMMENT:** This lot of seed was found to germinate lower than the germination stated on the analysis tag. This lot of seed may still be offered for sale after correcting each analysis tag or relabeling each bag of seeds in regard to the germination percentage found by our test and a copy of the corrected analysis tag has been sent to this office.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**August 31, 2004**

Pennington Seed Inc.
2210 Industrial Dr. SW
Cullman, AL 35055

Dear Pennington Seed,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23165 | Y13-3-CC-1 | 99.33 | 0.23 | 0.44 | 0 | 94 | 1 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-033

**August 31, 2004**

Scotts Feed & Seed
146 Co. Rd. 42 East
Abbeville, AL 36310

Dear Scotts Feed & Seed,

   Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23248 | T-21323 | 99.65 | 0.16 | 0.19 | 0 | 92 | 0 | wild radish - 5 |

   We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

**August 31, 2004**

Southern States
P.O. Box 545
Arab, AL 35016

Dear Southern States,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23117 | B24-3-12 | 93.35 | 5.34 | 0.03 | 1.28 | 90 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

September 1, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

KRIS BALKCOM
P O BOX 217
HEADLAND AL 36345

Dear Mr. Balkcom,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

## MIXTURE

| Lab No. | Lot No. | | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|----------|--------|-------|------|------|------|-----------|--------------|
| 01578 | 1 | Oats | 40.52 | 1.62 | .43 | .05 | 98 | 0 | |
| | | Rye | 41.80 | | | | 92 | 0 | |
| | | Ryegrass | 15.58 | | | | 97 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Colbert Farmers Coop
P O Box 474
Leighton, AL 35646

Dear Colbert Farmers Coop,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Germ | Hard Seed | Purity | Inert | Weed | Crop |
|---------|---------|------|-----------|--------|-------|------|------|
| 22973 | R3N-1937-2 | 55 | 0 | 67.05 | 32.95 | 0 | 0 |

**COMMENT: This lot of seed was found to germinate below the minimum standard germination of 60%; therefore, this lot of seed cannot be offered for sale in Alabama.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 1, 2004**

GroSouth Inc.
P O Box 349
Montgomery, Al. 36101

Dear GroSouth Inc.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Germ | Hard Seed | Purity Inert | Weed | Crop |
|---------|---------|------|-----------|--------------|------|------|
| 23256 | 9517000 | 8 | 0 | | | |

**COMMENT:** **This lot of seed was found to germinate below the minimum standard germination of 60%; therefore, this lot of seed cannot be offered for sale in Alabama.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

September 1, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

GroSouth Inc.
P O Box 349
Montgomery, Al. 36101

Dear GroSouth Inc.,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Germ | Hard Seed | Purity Inert | Weed | Crop |
|---------|---------|------|-----------|--------------|------|------|
| 23256   | 9517000 | 8    | 0         |              |      |      |

**COMMENT:  This lot of seed was found to germinate below the minimum standard germination of 60%; therefore, this lot of seed cannot be offered for sale in Alabama.**

We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 1, 2004**

Harvest Feed Mill
P.O. Box 117
Harvest, AL 35749

Dear Harvest Feed Mill,

Due to unforeseen computer problems, we are reporting the results of (2) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|----------|--------|-------|------|------|------|-----------|--------------|
| 23197 | L185-3-51PM | 99.17 | 0.77 | 0.06 | 0 | 95 | 0 | none |
| 23198 | L183-2-80 | 99.82 | 0.16 | 0.02 | 0 | 96 | 0 | none |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

September 1, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Mack Peel
31 Eufaula St.
Louisville, Al. 36048

Dear Mr. Peel

    Due to unforeseen computer problems, we are reporting the results of (2) lots for Clayton Seed Cleaners in this form.

| Lab No. | Lot No. | Germ | Purity | Inert | Weed | Crop |
|---------|---------|------|--------|-------|------|------|
| 23232 | 04025-C | | 94.39 | 5.61 | 0 | 0 |
| 23233 | 04026-C | | 94.01 | 5.99 | 0 | 0 |

**COMMENT:  This lot of seed does not meet certification standards as to inert content, maximum allowed is 5%;  This lot of seed cannot be offered for sale in Alabama in its present condition;  however:  It can be re-cleaned under the supervision of an inspector and another sample drawn and submitted to this laboratory.**

    We will send the regular report when the computer problem is resolved.  Please feel free to call if I can be of further assistance.

Sincerely,

*John L. Crayton*

John L. Crayton, Director
Seed Lab

Cc:  Clayton Seed Cleaners





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**September 1, 2004**

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Mack Peel
31 Eufaula St.
Louisville, AL. 36048

Dear Mr. Mack Peel,

Due to unforeseen computer problems, we are reporting the results of (3) lot for Clayton Seed Cleaners in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Noxious Weeds |
|---------|---------|--------|-------|------|------|---------------|
| 23236 | 04030-C | 93.38 | 6.51 | .08 | .03 | dock=108 |
| 23237 | 04-048-C | 98.85 | 1.14 | .01 | 0 | dock=36 |
| 23238 | 04. 049-C | 96.57 | 3.29 | .14 | 0 | dock=9 |

**COMMENT: This lot of seed does not meet certification standards as to noxious weed seed content (none are allowed); This lot of seed cannot be offered for sale in Alabama in its present condition; however: It can be re-cleaned under the supervision of an inspector and another sample drawn and submitted to this laboratory.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

Cc: Clayton Seed Cleaners



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

September 1, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Mack Peel
31 Eufaula St.
Louisville, AL. 36048

Dear Mr. Mack Peel,

Due to unforeseen computer problems, we are reporting the results of (3) lot for Clayton Seed Cleaners in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Noxious Weeds |
|---------|---------|--------|-------|------|------|---------------|
| 23236 | 04030-C | 93.38 | 6.51 | .08 | .03 | dock=108 |
| 23237 | 04-048-C | 98.85 | 1.14 | .01 | 0 | dock=36 |
| 23238 | 04. 049-C | 96.57 | 3.29 | .14 | 0 | dock=9 |

**COMMENT: This lot of seed does not meet certification standards as to noxious weed seed content (none are allowed); This lot of seed cannot be offered for sale in Alabama in its present condition; however: It can be re-cleaned under the supervision of an inspector and another sample drawn and submitted to this laboratory.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

Cc: Clayton Seed Cleaners



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21132 |
| LOT NO | **JC115** |
| INSP NO | 146-M |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   SEGREST SEED CO        SLOCOMB AL

Seed were shipped by:  INTEST

Name  Address on tag:  **INTEST**

Date Rec'd.   01/29/2004   Date of Report   03/09/2004   Where Grown   **NS**   Net Wt.   **50**   Bags on Hand   141

Variety  Common Name Given on Tag   **BROWNTOP MILLET**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.78** | **.21** | **.01** | **0** | **62** | **1** | **03/09/2004** |

Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                              **NS**

Found:                                                **NONE**

VIOLATION:REASON

COMMENTS    141 BAGS *INTEST; RETEST 2.23.04.

*Exhibit 7*

Director

Seed Division

# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21133 |
| LOT NO | **JC116** |
| INSP NO | 147-M |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   SEGREST SEED CO          SLOCOMB AL

Seed were shipped by:  INTEST

Name  Address on tag:  **INTEST**

| Date Rec'd. | 01/29/2004 | Date of Report | 03/09/2004 | Where Grown | **NS** | Net Wt. | **50** | Bags on Hand | 200 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **BROWNTOP MILLET**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.47** | **.51** | **.01** | **.01** | **58** | **7** | **03/09/2004** |

Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                    **NS**

Found:                                                       **NONE**

VIOLATION:REASON

COMMENTS     200 BAGS  *INTEST: RETEST 2/23/04.

Director

Seed Division

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123





*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21183 |
| **LOT NO** | **MSF-0351** |
| **INSP NO** | 313-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: AGRILIANCE- AFC          DECATUR AL

Seed were shipped by: MURPHREE SEED FARM    COLLINSVILLE, AL

Name  Address on tag: **NOT TAGGED**

Date Rec'd.  02/04/2004  Date of Report  03/09/2004  Where Grown  **NS**  Net Wt.  **50**  Bags on Hand  640

Variety  Common Name Given on Tag  **BROWNTOP MILLET**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.62** | **.12** | **.26** | **0** | **91** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                              **NS**

Found:                                                **NONE**

VIOLATION:REASON

COMMENTS    640 BAGS  *NOT TAGGED

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

**1445 Federal Drive**
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21439 |
| LOT NO | 2B4-H-3317-21H |
| INSP NO | 159-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | HELENA CHEMICAL CO. | DOTHAN, AL | |
| Seed were shipped by: | D&PL  SCOTT, MS | | |
| Name  Address on tag: | **D&PL  SCOTT, MS** | | |

| Date Rec'd. | 02/26/2004 | Date of Report | 03/09/2004 | Where Grown | **AZ** | Net Wt. | **50.3** | Bags on Hand | 100 |
|---|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Variety  Common Name Given on Tag | **DP 449 BG/RR COTTON** |
| Found in this Lab | **SAME** |

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **1/04** |
| FOUND: | | **OK** | | | **96** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **NONE** |
| Found: | **NONE** |

**VIOLATION:REASON**

**COMMENTS**   100 BAGS  **TREATMENT CODE 2

**Director**

**Seed Division**




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21440 |
| LOT NO | **572-S-1494-2** |
| INSP NO | 160-G |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:   HELENA CHEMICAL CO.                    DOTHAN, AL

Seed were shipped by: D&PL  SCOTT, MS

Name  Address on tag:   **D&PL  SCOTT, MS**

| Date Rec'd. | 02/26/2004 | Date of Report | 03/09/2004 | Where Grown | **TX** | Net. Wt. | **43.3** | Bags on Hand | 50 |

Variety  Common Name Given on Tag   **DP 458 B/RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **1/04** |
| **FOUND:** | | | **OK** | | **90** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                   **NONE**

Found:                                                     **NONE**

VIOLATION:REASON

COMMENTS   50 BAGS   **TREATMENT CODE 2

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone:** (334) 240-7140

**Fax** (334) 240-7193

| LAB NO | 21441 |
|---|---|
| LOT NO | **782-H-2509-2** |
| INSP NO | 161-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | HELENA CHEMICAL CO. | DOTHAN, AL | |
| Seed were shipped by: | D&PL  SCOTT, MS | | |
| Name  Address on tag: | **D&PL  SCOTT, MS** | | |

| Date Rec'd. | 02/26/2004 | Date of Report | 03/09/2004 | Where Grown | **CA** | Net Wt. | **44.2** | Bags on Hand | 200 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **DP 555 BG/RR COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **12/03** |
| FOUND: | | | **OK** | | **96** | **0** | **03/09/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | | |
|---|---|---|
| **Labeled:** | | **NONE** |
| **Found:** | | **NONE** |

**VIOLATION:REASON**

**COMMENTS**   200 BAGS  **TREATMENT CODE 2

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21442 |
| LOT NO | **782-S-2341-2** |
| INSP NO | 162-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  HELENA CHEMICAL CO.                DOTHAN, AL

Seed were shipped by:  D&PL  SCOTT, MS

Name  Address on tag:  **D&PL  SCOTT, MS**

Date Rec'd.  02/26/2004   Date of Report   03/09/2004   Where Grown   **AZ**   Net Wt.   **44.9**   Bags on Hand   400

Variety  Common Name Given on Tag   **DP 555 BG/RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **2/04** |
| FOUND: | | | **OK** | | 85 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: | **NONE**

Found: | **NONE**

**VIOLATION:REASON**

**COMMENTS**   150 BAGS  **TREATMENT CODE 2

Director

Seed Division





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21443 |
| **LOT NO** | **2B8-H-3235-21H** |
| **INSP NO** | 163-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   HELENA CHEMICAL CO.          DOTHAN, AL

Seed were shipped by:   D&PL  SCOTT, MS

Name  Address on tag:   **D&PL  SCOTT, MS**

Date Rec'd.   02/26/2004   Date of Report   03/09/2004   Where Grown   **MS**   Net Wt.   **50.9**   Bags on Hand   50

Variety  Common Name Given on Tag   **DP 444 BG/RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **2/04** |
| **FOUND:** | | | **OK** | | **90** | **0** | **03/09/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                   **NONE**

Found:                                     **NONE**

VIOLATION:REASON

COMMENTS   50 BAGS  **TREATMENT CODE 2

Director

Seed Division





# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21446 |
| LOT NO | **7M-3019** |
| INSP NO | 166-G |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**
This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   SEED SOUTH          DOTHAN, AL

Seed were shipped by: SYNGENTA SEEDS, INC   MINNEAPOLIS, MN

Name  Address on tag: **SYNGENTA SEEDS, INC   MINNEAPOLIS, MN**

Date Rec'd.  02/26/2004 | Date of Report  03/24/2004 | Where Grown  **NC** | Net Wt.  **50** | Bags on Hand  900

Variety  Common Name Given on Tag **S76-L9 SOYBEAN**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 98 | 1.5 | 0 | .5 | 80 | NS | 1/04 |
| FOUND: | | | OK | | 73 | 0 | 03/24/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                      **NONE**

Found:                                        **NONE**

**VIOLATION:REASON**

**COMMENTS**    900 BAGS

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21449 |
| **LOT NO** | **4318020 - J13N241** |
| **INSP NO** | 169-G |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.
This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: AGRILIANCE AFC                DOTHAN, AL

Seed were shipped by: BAYER CROP SCIENCE     LUBBOCK, TX

Name  Address on tag: **BAYER CROP SCIENCE     LUBBOCK, TX**

Date Rec'd. 02/26/2004 | Date of Report 03/09/2004 | Where Grown **TX** | Net Wt. **50** | Bags on Hand 150

Variety  Common Name Given on Tag **FM 960BR COTTON**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **1/04** |
| FOUND: | | | **OK** | | **85** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NONE**

Found: **NONE**

**VIOLATION:REASON**

**COMMENTS** 150 BAGS

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

**Ron Sparks**
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax: (334) 240-7193

LAB NO        21450
LOT NO    **4277464-B330021**
INSP NO    170-G

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**
**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabeling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:   AGRILIANCE AFC              DOTHAN, AL

Seed were shipped by: BAYER CROP SCIENCE    LUBBOCK, TX

Name  Address on tag: **BAYER CROP SCIENCE    LUBBOCK, TX**

Date Rec'd.   02/26/2004   Date of Report   03/09/2004   Where Grown   **AUST**   Net Wt.   **50**   Bags on Hand   100

Variety  Common Name Given on Tag   **FM-991RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **1** | **12/03** |
| FOUND: | | | **OK** | | **82** | **0** | **03/09/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

| Labeled: | **NONE** |
|---|---|
| Found: | **NONE** |

VIOLATION:REASON

COMMENTS   100 BAGS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21451 |
| LOT NO | **4277448-B330222** |
| INSP NO | 171-G |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   AGRILIANCE AFC          DOTHAN, AL

Seed were shipped by:   BAYER CROP SCIENCE     LUBBOCK, TX

Name  Address on tag:   **BAYER CROP SCIENCE     LUBBOCK, TX**

Date Rec'd.  02/26/2004   Date of Report  03/09/2004   Where Grown   **CA**   Net Wt.   **50**   Bags on Hand   50

Variety  Common Name Given on Tag   **FM-989RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 99 | 1 | 0 | 0 | 80 | 1 | 12/03 |
| FOUND: | | | OK | | 87 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                        **NONE**

Found:                                          **NONE**

VIOLATION:REASON

COMMENTS   50 BAGS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21452 |
| LOT NO | **2B4-H-3320-21H** |
| INSP NO | 172-G |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | AGRILIANCE AFC | DOTHAN, AL | |
| Seed were shipped by: | D&P | SCOTT, MS | |
| Name  Address on tag: | **D&PL    SCOTT, MS** | | |

| Date Rec'd. | 02/26/2004 | Date of Report | 03/09/2004 | Where Grown | AZ | Net Wt. | 50.3 | Bags on Hand | 150 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag **DP 449 BG/RR COTTON**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 99 | 1 | 0 | 0 | 80 | 0 | 1/04 |
| FOUND: | | | OK | | 92 | 0 | 03/09/2004 |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

| | |
|---|---|
| Labeled: | **NONE** |
| Found: | **NONE** |

VIOLATION:REASON

COMMENTS   150 BAGS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21453 |
| LOT NO | **429-H-3090-21H** |
| INSP NO | 173-G |

## SEED REPORT  STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: AGRILIANCE AFC          DOTHAN, AL

Seed were shipped by: D&PL    SCOTT, MS

Name  Address on tag: **D&PL    SCOTT, MS**

Date Rec'd. 02/26/2004  Date of Report 03/09/2004  Where Grown **MS**  Net Wt. **51.9**  Bags on Hand  50

Variety  Common Name Given on Tag **SG 215 BG/RR COTTON**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | 1/04 |
| FOUND: | | | **OK** | | **80** | **0** | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                          **NONE**

Found:                            **NONE**

VIOLATION:REASON

COMMENTS    50 BAGS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21454 |
| LOT NO | **572-S-1465-2** |
| INSP NO | 174-G |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabeling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at: AGRILIANCE AFC          DOTHAN, AL

Seed were shipped by: D&PL   SCOTT, MS

Name  Address on tag: **D&PL    SCOTT, MS**

Date Rec'd. 02/26/2004 | Date of Report 03/09/2004 | Where Grown **TX** | Net Wt. **43.7** | Bags on Hand  225

Variety  Common Name Given on Tag **DP 458 B/RR COTTON**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **12/03** |
| **FOUND:** | | | **OK** | | **93** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **NONE** |
|---|---|
| Found: | **NONE** |

**VIOLATION:REASON**

**COMMENTS**   225 BAGS

**Director**

**Seed Division**





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21455 |
| LOT NO | **226-S-2065-2** |
| INSP NO | 175-G |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**
This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   AGRILIANCE AFC                    DOTHAN, AL

Seed were shipped by:   D&PL    SCOTT, MS

Name  Address on tag:   **D&PL    SCOTT, MS**

Date Rec'd.   02/26/2004   Date of Report   03/09/2004   Where Grown   **TX**   Net Wt.   **49.7**   Bags on Hand   300

Variety  Common Name Given on Tag   **DP 5690 RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **12/03** |
| FOUND: | | | OK | | 86 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                              **NONE**

Found:                                               **NONE**

VIOLATION:REASON

COMMENTS    300 BAGS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone:** (334) 240-7140

**Fax** (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21456 |
| **LOT NO** | 587-S-2918-2 |
| **INSP NO** | 176-G |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

**Seed Sample Collected at:** AGRILIANCE AFC          DOTHAN, AL

**Seed were shipped by:** D&PL   SCOTT, MS

**Name  Address on tag:** **D&PL    SCOTT, MS**

**Date Rec'd.** 02/26/2004 | **Date of Report** 03/09/2004 | **Where Grown** **AZ** | **Net Wt.** **59.5** | **Bags on Hand** 100

**Variety  Common Name Given on Tag** **DP 436 RR COTTON**

**Found in this Lab** **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **12/03** |
| **FOUND:** | | | **OK** | | **94** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

**Labeled:** **NONE**

**Found:** **NONE**

**VIOLATION:REASON**

**COMMENTS** 100 BAGS

**Director**

**Seed Division**




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

### 1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone:** (334) 240-7140

**Fax** (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21458 |
| **LOT NO** | **1181-06** |
| **INSP NO** | 178-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

**Seed Sample Collected at:** OZARK PEANUT & FERTILIZER        OZARK, AL

**Seed were shipped by:** CARRY OVER

**Name  Address on tag:** **TOWNSEND SEED CO INC      DADE CITY, FL**

**Date Rec'd.** 02/26/2004 **Date of Report** 03/23/2004 **Where Grown** **FL** **Net Wt.** **50** **Bags on Hand** 1

**Variety  Common Name Given on Tag** **SSCA CERT. ZIPPERCREAM COWPEA**

**Found in this Lab** **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | 97 | 3 | 0 | 0 | 70 | 0 | 11/02 |
| **FOUND:** | | | OK | | 81 | 0 | 03/23/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

**Labeled:**                          **NONE**

**Found:**

**VIOLATION:REASON**

**COMMENTS** 1 BAG **SSCA CERT. *TREATED: CAPTAN    UNABLE TO DO A COMPLETE VARIETAL DIFFERENTIATION BECAUSE OF TREATMENT.

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21459 |
| LOT NO | **NC008200LF** |
| INSP NO | 87-B |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  ROBERTSDALE FEED STORE        ROBERTSDALE, AL

Seed were shipped by:  CARRY OVER

Name  Address on tag:  **SEGREST   SLOCOMB, AL**

Date Rec'd.  02/26/2004  Date of Report  03/12/2004  Where Grown  **ID**  Net Wt.  **50**  Bags on Hand

Variety  Common Name Given on Tag  **SILVER KING SWEET HYBRID CORN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 98 | 1.5 | .1 | .4 | 85 | 0 | 1/03 |
| FOUND: | | | | | 25 | 0 | 03/12/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                        0

Found:

VIOLATION:REASON

COMMENTS    1 BAG *TREATED: CAPTAN;  This lot of seed was found to germinate below the minimum germination standard of 60%; therefore, this lot of seed cannot be offered for sale in Alabama.

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21460 |
| LOT NO | **2B4-H-3318-21H** |
| INSP NO | 88-B |

## SEED REPORT  STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  HELENA CHEMICAL CO.              ATMORE, AL

Seed were shipped by:  D&PL        SCOTT, MS

Name  Address on tag:  **D&PL        SCOTT, MS**

Date Rec'd.  02/26/2004  Date of Report  03/18/2004  Where Grown  **AZ**  Net Wt.  **50.3**  Bags on Hand    350

Variety  Common Name Given on Tag  **DP 449 BG/RR COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 99 | 1 | 0 | 0 | 80 | 0 | 1/04 |
| FOUND: | | | OK | | 93 | 0 | 03/18/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                              **NONE**

Found:                                **NONE**

**VIOLATION:REASON**

COMMENTS    350 BAGS    **VIGOR TEST RESULTS 43% + 0% DORMANT SEED; MEDIUM VIGOR.

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21461 |
| **LOT NO** | **782-S-3302-21H** |
| **INSP NO** | 89-B |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:    HELENA CHEMICAL CO.    ATMORE, AL

Seed were shipped by: D&PL    SCOTT, MS

Name  Address on tag:  **D&PL    SCOTT, MS**

Date Rec'd.  02/26/2004  | Date of Report  03/18/2004 | Where Grown    **CA** | Net Wt.  **44.0** | Bags on Hand    300

Variety  Common Name Given on Tag  **DP 555 BG/RR COTTON**

Found in this Lab    **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | 1/04 |
| **FOUND:** | | | **OK** | | **87** | **0** | **03/18/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:    **NONE**

Found:    **NONE**

**VIOLATION:REASON**

**COMMENTS**    300 BAGS   **VIGOR TEST RESULTS 45% + 0% DORMANT SEED;  MEDIUM VIGOR.

**Director**

**Seed Division**




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone:** (334) 240-7140

**Fax** (334) 240-7193

| | |
|---|---|
| LAB NO | 21462 |
| LOT NO | **573-H-1702-2** |
| INSP NO | 90-B |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  HELENA CHEMICAL CO.                    ATMORE, AL

Seed were shipped by:  D&PL        SCOTT, MS

Name  Address on tag:  **D&PL        SCOTT, MS**

Date Rec'd.  02/26/2004  Date of Report  03/18/2004  Where Grown  **TX**  Net Wt.  **46.9**  Bags on Hand  150

Variety  Common Name Given on Tag  **DP 655 B/RR COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **1/04** |
| FOUND: | | | **OK** | | **87** | **0** | 03/18/2004 |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                   **NONE**

Found:                                     **NONE**

VIOLATION:REASON

COMMENTS    150 BAGS   **VIGOR TEST RESULTS 15 % - 0% DORMANT SEED; LOW VIGOR.

**Director**

**Seed Division**



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

| | |
|---|---|
| **Seed Division** | |
| Phone: (334) 240-7140 | |
| Fax (334) 240-7193 | |

| | |
|---|---|
| LAB NO | 21463 |
| LOT NO | **572-S-1465-2** |
| INSP NO | 91-B |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   HELENA CHEMICAL CO.            ATMORE, AL

Seed were shipped by:   D&PL      SCOTT, MS

Name  Address on tag:   **D&PL        SCOTT, MS**

Date Rec'd.   02/26/2004   Date of Report   03/18/2004   Where Grown   **TX**   Net Wt.   **43.7**   Bags on Hand   137

Variety  Common Name Given on Tag   **DP 458 B/RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | 12/03 |
| FOUND: | | | **OK** | | **88** | **0** | 03/18/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **NONE** |
| Found: | **NONE** |

VIOLATION: REASON

COMMENTS    137 BAGS    **VIGOR TEST RESULTS 27% + 0% DORMANT SEED; LOW VIGOR.

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21464 |
| **LOT NO** | **572-S-1472-2** |
| **INSP NO** | 92-B |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

**Seed Sample Collected at:** HELENA CHEMICAL CO.                    ATMORE, AL

**Seed were shipped by:** D&PL     SCOTT, MS

**Name  Address on tag:** **D&PL     SCOTT, MS**

**Date Rec'd.** 02/26/2004 **Date of Report** 03/18/2004 **Where Grown** **AZ** **Net Wt.** **50.9** **Bags on Hand** 263

**Variety  Common Name Given on Tag** **DP 458 B/RR COTTON**

**Found in this Lab** **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 99 | 1 | 0 | 0 | 80 | 0 | 12/03 |
| FOUND: | | | OK | | 91 | 0 | 03/18/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | NONE |
|---|---|
| Found: | NONE |

**VIOLATION:REASON**

**COMMENTS** 263 BAGS  **VIGOR TEST RESULTS 38% + 0% DORMANT SEED; MEDIUM VIGOR.

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21465 |
| LOT NO | **226-S-1075-2** |
| INSP NO | 93-B |

### SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:   HELENA CHEMICAL CO.                     ATMORE, AL

Seed were shipped by:   D&PL      SCOTT, MS

Name  Address on tag:   **D&PL      SCOTT, MS**

Date Rec'd.   02/26/2004   Date of Report   03/18/2004   Where Grown   **AZ**   Net Wt.   **49.0**   Bags on Hand   250

Variety  Common Name Given on Tag   **DP 5690 RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | 1/04 |
| FOUND: | | | **OK** | | **92** | **0** | 03/18/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                             **NONE**

Found:                                               **NONE**

VIOLATION:REASON

COMMENTS    250 BAGS   **VIGOR TEST RESULTS 20% + 0% DORMANT SEED; LOW VIGOR.

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

LAB NO    21466

LOT NO    **587-S-2921-2**

INSP NO    94-B

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   HELENA CHEMICAL CO.              ATMORE, AL

Seed were shipped by: D&PL      SCOTT, MS

Name  Address on tag: **D&PL      SCOTT, MS**

Date Rec'd.   02/26/2004  Date of Report   03/18/2004  Where Grown    **AZ**   Net Wt.   **57.7**  Bags on Hand   150

Variety  Common Name Given on Tag  **DP 436 RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **12/03** |
| FOUND: | | | **OK** | | 93 | 0 | 03/18/2004 |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                **NONE**

Found:                                  **NONE**

VIOLATION:REASON

COMMENTS    150 BAGS  **VIGOR TEST RESULTS 67% – 0% DORMANT SEED;  HIGH VIGOR.

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21467 |
| LOT NO | **216-S-1132-2** |
| INSP NO | 95-B |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

**Seed Sample Collected at:**   ATMORE TRUCKERS  P O BOX 367          ATMORE

**Seed were shipped by:**  D&PL    SCOTT, MS

**Name  Address on tag:**  **D&PL        SCOTT, MS**

**Date Rec'd.**  02/26/2004  | **Date of Report**  03/09/2004  | **Where Grown**  **AZ**  | Net Wt.  **46.8**  | **Bags on Hand**  100

**Variety  Common Name Given on Tag**  **DP 5415 RR COTTON**

**Found in this Lab**  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 99 | 1 | 0 | 0 | 80 | 0 | 2/04 |
| FOUND: | | | OK | | 86 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **NONE** |
| Found: | **NONE** |

**VIOLATION:REASON**

**COMMENTS**   100 BAGS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21468 |
|---|---|
| LOT NO | **782-S-3315-21H** |
| INSP NO | 96-B |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   ATMORE TRUCKERS   P O BOX 367           ATMORE

Seed were shipped by: D&PL       SCOTT, MS

Name  Address on tag: **D&PL       SCOTT, MS**

Date Rec'd.   02/26/2004   Date of Report   03/09/2004   Where Grown   **MS**   Net Wt.   **42.8**   Bags on Hand   300

Variety  Common Name Given on Tag   **DP 555 BG/ RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **2/04** |
| FOUND: | | | **OK** | | **91** | **0** | **03/09/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                          **NONE**

Found:                                            **NONE**

VIOLATION:REASON

COMMENTS   300 BAGS

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| LAB NO | 21469 |
| LOT NO | **878** |
| INSP NO | 20 C |

## SEED REPORT    STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in **HEAVY TYPE** is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the **LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

**Seed Sample Collected at:** RATCLIFF'S HARDWARE        CAMDEN, AL

**Seed were shipped by:** CARRY OVER

**Name  Address on tag:** **GRO SOUTH    MONTGMERY, AL**

**Date Rec'd.** 02/26/2004  **Date of Report** 03/09/2004  **Where Grown**  **AL**  **Net Wt.**  **50**  **Bags on Hand**  1

**Variety  Common Name Given on Tag** **TRUCKERS FAVORITE WHITE CORN**

**Found in this Lab** **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 98 | .70 | 1.25 | .05 | 85 | 0 | 10/01 |
| FOUND: | | | OK | | 91 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

**Labeled:**                                **NONE**

**Found:**

**VIOLATION:REASON**

**COMMENTS**  1BAG **OLD TEST DATE

**Director**

**Seed Division**




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21470 |
| **LOT NO** | **168** |
| **INSP NO** | 21 C |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

**Seed Sample Collected at:** RATCLIFF'S HARDWARE          CAMDEN, AL

**Seed were shipped by:** CARRY OVER

**Name  Address on tag:** **SEED SOUTH     DOTHAN, AL**

**Date Rec'd.** 02/26/2004  **Date of Report** 03/09/2004  **Where Grown** **AL**  **Net Wt.** **50**  **Bags on Hand** 1

**Variety  Common Name Given on Tag** **TRUCKERS FAVORITE YELLOW O.P. CORN**

**Found in this Lab** **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | 98 | 1.25 | .05 | .70 | 85 | 0 | 11/02 |
| **FOUND:** | | | | | 93 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

**Labeled:**                              **NONE**

**Found:**

**VIOLATION:REASON**

**COMMENTS**  1BAG **OLD TEST DATE

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21471 |
| LOT NO | **346025** |
| INSP NO | 22 C |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  RATCLIFF'S HARDWARE        CAMDEN, AL

Seed were shipped by:  CARRY OVER

Name  Address on tag: **SEMINIS SEED        OXFORD, CA**

Date Rec'd.  02/26/2004  Date of Report  03/12/2004  Where Grown  **CHILE**  Net Wt.  **50**  Bags on Hand  1

Variety  Common Name Given on Tag  **MERIT HYBRID SWEET CORN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **95** | **0** | **10/02** |
| FOUND: | | | | | 76 | 0 | 03/12/2004 |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: | | | **NONE**

Found:

VIOLATION:REASON

COMMENTS | 1BAG **OLD TEST DATE **TREATED:THIRAM & CAPTAN;  This lot of seed was found to germinate lower than the germination stated on the analysis tags.

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

| Seed Division | | LAB NO | 21478 |
| Phone: (334) 240-7140 | | LOT NO | **1756LVYNX** |
| Fax (334) 240-7193 | | INSP NO | 408-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: AGRILIANCE AFC                DECATUR, AL

Seed were shipped by: DEKALB MONSANTO CO.  ST. LOUIS, MO

Name  Address on tag: **DEKALB MONSANTO CO.   ST. LOUIS, MO**

Date Rec'd.  03/04/2004  | Date of Report  03/16/2004 | Where Grown  **IL** | Net Wt. **48** | Bags on Hand  66

Variety  Common Name Given on Tag  **0333107 DEKALB HYBRID CORN SEED**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|----------|-----------|---------------|------------|------------|-------|------------|-----------|
| LABELED: | **99.60** | **.40** | **0** | **0** | **95** | **NS** | **11/03** |
| FOUND: | | | | | **99** | **0** | 03/16/2004 |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                    **NONE**

Found:

VIOLATION:REASON

COMMENTS   66 BAGS *DEKALB BRAND DKC67-60  *TREATED:FLUDIOXONIL, MEFENOXAM.

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21479 |
| LOT NO | **1746P71NX** |
| INSP NO | 409-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   AGRILIANCE AFC              DECATUR, AL

Seed were shipped by: DEKALB MONSANTO CO.  ST. LOUIS, MO

Name  Address on tag: **DEKALB MONSANTO CO.  ST. LOUIS, MO**

Date Rec'd.  03/04/2004  Date of Report  03/16/2004  Where Grown   **IA**    Net Wt.   **52**   Bags on Hand   184

Variety  Common Name Given on Tag  **0357151 DEKALB HYBRID CORN SEED**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99.60** | **.40** | **0** | **0** | **95** | **NS** | **12/03** |
| FOUND: | | | | | **97** | **0** | **03/16/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                    **NONE**

Found:

VIOLATION:REASON

COMMENTS   184 BAGS *DEKALB BRAND DKC69 - 72  *TREATED: FLUDIOXONIL, MEFENOXAM

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21480 |
| LOT NO | **1756LVENX** |
| INSP NO | 410-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   AGRILIANCE AFC                    DECATUR, AL

Seed were shipped by: DEKALB MONSANTO CO.  ST. LOUIS, MO

Name  Address on tag: **DEKALB MONSANTO CO.  ST. LOUIS, MO**

Date Rec'd.   03/04/2004   Date of Report   03/16/2004   Where Grown   **IL**   Net Wt.   **38**   Bags on Hand   300

Variety  Common Name Given on Tag **0333107DEKALB HYBRID CORN SEED**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99.60** | **40** | **0** | **0** | **95** | **0** | **11/03** |
| FOUND: | | | | | **99** | **0** | **03/16/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                    **NONE**

Found:

VIOLATION:REASON

COMMENTS   300 BAGS *DEKALB BRAND DKC67- 60  *TREATED: FLUDIOZONIL, MEFENOXAM

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21482 |
| LOT NO | **696-S-2227-21H** |
| INSP NO | 412-A |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at: AGRILIANCE AFC            DECATUR, AL

Seed were shipped by: D & PL   SCOTT, MS

Name  Address on tag: **D & PL     SCOTT, MS**

Date Rec'd.  03/04/2004  Date of Report  03/16/2004  | Where Grown  **AZ**  | Net Wt.  **58.8**  | Bags on Hand  150

Variety  Common Name Given on Tag  **DP451 B/RR COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **12/03** |
| FOUND: | | | **OK** | | **97** | **0** | **03/16/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                      **NONE**

Found:                                                        **NONE**

VIOLATION:REASON

COMMENTS   150 BAGS  *TREATMENT CODE 2

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21483 |
| LOT NO | **573-H-1702-2** |
| INSP NO | 413-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

**Seed Sample Collected at:** AGRILIANCE AFC          DECATUR, AL

**Seed were shipped by:** D & PL    SCOTT, MS

**Name Address on tag:** D & PL    SCOTT, MS

**Date Rec'd.** 03/04/2004 | **Date of Report** 03/16/2004 | **Where Grown** **TX** | **Net Wt.** **46.9** | **Bags on Hand** 250

**Variety Common Name Given on Tag** **DP655 B/RR COTTON**

**Found in this Lab** **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **1/04** |
| **FOUND:** | | | **OK** | | **88** | **0** | **03/16/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

Labeled: **NONE**

Found: **NONE**

**VIOLATION:REASON**

**COMMENTS** 250 BAGS *TREATMENT CODE 2

**Director**

**Seed Division**




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21484 |
| LOT NO | **2B8-H-3259-21H** |
| INSP NO | 414-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   AGRILIANCE AFC                    DECATUR, AL

Seed were shipped by:   D & PL   SCOTT, MS

Name  Address on tag:   **D & PL      SCOTT, MS**

| Date Rec'd. | 03/04/2004 | Date of Report | 03/25/2004 | Where Grown | **MS** | Net Wt. | **51.9** | Bags on Hand | 400 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **DP444 BG/RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 99 | 1 | 0 | 0 | 80 | 0 | 2/04 |
| FOUND: | | | OK | | 86 | 0 | 03/25/2004 |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | NONE |
|---|---|
| Found: | NONE |

VIOLATION:REASON

COMMENTS   400 BAGS  *TREATMENT CODE 2;  VIGOR TEST

INSPECTOR CALLED AFTER THE FACT FOR VIGOR, TEST RESULTS 73% + 0% DORMANT SEED. HIGH VIGOR

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21495 |
| LOT NO | **305** |
| INSP NO | 425-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  BRAGG FARMS                    TONEY, AL

Seed were shipped by: BRAGG FARMS          TONEY, AL.

Name  Address on tag:  **INTEST**

Date Rec'd.  03/04/2004  Date of Report  03/22/2004  Where Grown  **NS**  Net Wt.  **50**  Bags on Hand  900

Variety  Common Name Given on Tag  **DG 3614 RR SOYBEAN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.46** | **.44** | **----** | **.10** | **91** | **0** | **03/22/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NS**

Found: **NONE**

VIOLATION:REASON

COMMENTS  900 BAGS  *INTEST

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



**Ron Sparks**
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21496 |
| LOT NO | **306** |
| INSP NO | 426-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  BRAGG FARMS                    TONEY, AL

Seed were shipped by:  BRAGG FARMS  TONEY, AL

Name  Address on tag:  **INTEST**

| Date Rec'd. | 03/04/2004 | Date of Report | 03/22/2004 | Where Grown | **NS** | Net Wt. | **50** | Bags on Hand | 900 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **DG 3614RR SOYBEAN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.54** | **.32** | **----** | **.14** | **93** | **0** | **03/22/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                          **NS**

Found:                                          **NONE**

VIOLATION:REASON

COMMENTS    900 BAGS  **INTEST

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone:** (334) 240-7140

**Fax** (334) 240-7193

| | |
|---|---|
| LAB NO | 21497 |
| LOT NO | **307** |
| INSP NO | 427-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

**Seed Sample Collected at:** BRAGG FARMS                         TONEY, AL

**Seed were shipped by:** BRAGG FARMS   TONEY, AL

**Name  Address on tag:** **INTEST**

**Date Rec'd.** 03/04/2004 **Date of Report** 03/22/2004 **Where Grown** **NS** **Net Wt.** **50** **Bags on Hand** 900

**Variety  Common Name Given on Tag** **DG 3614RR SOYBEAN**

**Found in this Lab** **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| **FOUND:** | **99.57** | **.18** | **---** | **.25** | **91** | **0** | **03/22/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

**Labeled:**                                                   **NS**

**Found:**                                                    **NONE**

**VIOLATION:REASON**

**COMMENTS**  900 BAGS  **INTEST

**Director**

**Seed Division**




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21498 |
| LOT NO | **308** |
| INSP NO | 428-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

**Seed Sample Collected at:** BRAGG FARMS                TONEY, AL

**Seed were shipped by:** BRAGG FARMS  TONEY, AL

**Name  Address on tag:** **INTEST**

**Date Rec'd.** 03/04/2004  **Date of Report** 03/22/2004  **Where Grown** **NS**  **Net Wt.** **50**  **Bags on Hand** 900

**Variety  Common Name Given on Tag** **DG 3614RR SOYBEAN**

**Found in this Lab** **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.32** | **.39** | ---- | **.29** | **95** | **0** | **03/22/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                              **NS**

Found:                                              **NONE**

**VIOLATION:REASON**

**COMMENTS**  900 BAGS  **INTEST**

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21499 |
| LOT NO | **309** |
| INSP NO | 429-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: BRAGG FARMS                    TONEY, AL

Seed were shipped by:  BRAGG FARMS  TONEY, AL

Name  Address on tag:  **INTEST**

Date Rec'd.  03/04/2004 | Date of Report  03/22/2004 | Where Grown  NS | Net Wt.  50 | Bags on Hand  900

Variety  Common Name Given on Tag  **DG 3614RR SOYBEAN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.55** | **.28** | **----** | **.17** | **88** | **0** | **03/22/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NS**

Found: **NONE**

VIOLATION:REASON

COMMENTS  900 BAGS  **INTEST

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21743 |
| LOT NO | **2B8-H-3322-U1H** |
| INSP NO | 545-A |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: AGRILIANCE-AFC                DECATUR, AL

Seed were shipped by: D & PL   SCOTT, MS

Name  Address on tag: **D & PL   SCOTT, MS**

Date Rec'd. 03/18/2004  Date of Report 03/29/2004  Where Grown  AR  Net Wt.  55.8  Bags on Hand  300

Variety  Common Name Given on Tag  **DP 444 BG/RR COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **2/04** |
| FOUND: | | | **OK** | | **89** | **0** | **03/29/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **NONE** |
| Found: | **NONE** |

VIOLATION:REASON

COMMENTS  300 BAGS **TREATED SEED

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21743 |
| LOT NO | **2B8-H-3322-U1H** |
| INSP NO | 545-A |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**
**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

| | | |
|---|---|---|
| Seed Sample Collected at: | AGRILIANCE-AFC | DECATUR, AL |
| Seed were shipped by: | D & PL   SCOTT, MS | |
| Name  Address on tag: | **D & PL   SCOTT, MS** | |

| Date Rec'd. | 03/18/2004 | Date of Report | 03/29/2004 | Where Grown | **AR** | Net Wt. | **55.8** | Bags on Hand | 300 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag   **DP 444 BG/RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 99 | 1 | 0 | 0 | 80 | 0 | 2/04 |
| FOUND: | | | OK | | 89 | 0 | 03/29/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **NONE** |
| Found: | **NONE** |

**VIOLATION:REASON**

**COMMENTS**   300 BAGS **TREATED SEED

Director

Seed Division





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 23243 |
| LOT NO | **16162** |
| INSP NO | 301-G |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabeling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   HENDRICKS FARM CENTER          TROY, AL

Seed were shipped by: CARRY OVER

Name  Address on tag: **TECOMATE WILDLIFE SYSTEMS  Mc ALLEN, TX 78505**

Date Rec'd.   8/12/04   Date of Report   10/18/2004   Where Grown **CA,ID,FR,**   Net Wt.   **8**   Bags on Hand   128

Variety  Common Name Given on Tag  **MONSTERMIX TIMBERLAND MIXTURE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | | **17.32** | **.24** | **.08** | | | 2/03 |
| FOUND: | | **14.21** | **.04** | **.13** | | | 10/18/04 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                        **NONE**

Found:

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| LAB NO | 23510 |
|---|---|
| LOT NO | 602 |
| INSP NO | 1439-A |

## SEED REPORT  STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: **BRAGG FARMS**                    TONEY, AL

Seed were shipped by: **BRAGG FARMS  TONEY, AL**

Name Address on tag: **IN TEST**

Date Rec'd. 09/02/2004 | Date of Report 10/01/2004 | Where Grown **NS** | Net Wt. **50** | Bags on Hand 900

Variety Common Name Given on Tag **SSCA CERT. COKER 9184 WHEAT**

Found in this Lab **SAME**

| ANALYSIS LABELED: | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.90** | **.10** | **0** | **0** | **91** | **0** | **10/01/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                             **NS**

Found:

Director

Seed Division





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 23511 |
| **LOT NO** | **603** |
| **INSP NO** | 1440-A |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: **BRAGG FARMS**                    **TONEY, AL**

Seed were shipped by: **BRAGG FARMS TONEY, AL**

Name .Address on tag: **IN TEST**

Date Rec'd. | 09/02/2004 | Date of Report | 10/01/2004 | Where Grown | **NS** | Net Wt. | **50** | Bags on Hand | **900**

Variety  Common Name Given on Tag | **SSCA CERT. COKER 9184 WHEAT**

Found in this Lab | **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| **FOUND:** | **99.85** | **.15** | **0** | **0** | **89** | **0** | **10/01/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NS**

Found:

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

| | |
|---|---|
| **Seed Division** | **LAB NO** 23512 |
| Phone: (334) 240-7140 | **LOT NO** **604** |
| Fax (334) 240-7193 | **INSP NO** 1441-A |

### SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at: **BRAGG FARMS                TONEY, AL**

Seed were shipped by: **BRAGG FARMS TONEY, AL**

Name  Address on tag: **IN TEST**

Date Rec'd. | 09/02/2004 | Date of Report | 10/01/2004 | Where Grown | **NS** | Net. Wt. | **50** | Bags on Hand | 900

Variety  Common Name Given on Tag **SSCA CERT. COKER 9184 WHEAT**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| **FOUND:** | **99.90** | **.10** | **0** | **0** | **86** | **0** | **10/01/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: | **NS** |

Found: | |

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 248-7140
Fax (334) 240-7193

| LAB NO | 23513 |
|---|---|
| LOT NO | 605 |
| INSP NO | 1442-A |

### SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**
This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | **BRAGG FARMS** | | TONEY, AL |
| Seed were shipped by: | **BRAGG FARMS  TONEY, AL** | | |
| Name  Address on tag: | **IN TEST** | | |

| Date Rec'd. | 09/02/2004 | Date of Report | 10/01/2004 | Where Grown | **NS** | Net Wt. | **50** | Bags on Hand | 900 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag   **SSCA CERT. COKER 9184 WHEAT**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.80** | **.20** | **0** | **0** | **89** | **0** | **10/01/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

Labeled: | | **NS** | |

Found: | | | |

Director

Seed Division





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 23514 |
| LOT NO | **606** |
| INSP NO | 1443-A |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: **BRAGG FARMS**                    TONEY, AL

Seed were shipped by: **BRAGG FARMS  TONEY, AL**

Name Address on tag: **IN TEST**

Date Rec'd. | 09/02/2004 | Date of Report | 10/01/2004 | Where Grown | **NS** | Net Wt. | **50** | Bags on Hand | 900

Variety  Common Name Given on Tag | **SSCA CERT. COKER 9184 WHEAT**

Found in this Lab | **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| **FOUND:** | **99.90** | **.10** | **0** | **0** | **86** | **0** | 10/01/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NS**

Found:

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 23515 |
| LOT NO | 210 |
| INSP NO | 1444-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabeling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | BRAGG FARMS | | TONEY, AL |
| Seed were shipped by: | CARRY OVER | | |
| Name  Address on tag: | **BRAGG FARMS    TONEY, AL** | | |

| Date Rec'd. | 09/02/2004 | Date of Report | 10/08/2004 | Where Grown | AL | Net Wt. | 50 | Bags on Hand | 550 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag   **SSCA CERT. JACKSON WHEAT**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 98 | 1.83 | .05 | .12 | 80 | 0 | 9/03 |
| FOUND: | | | OK | | 84 | 0 | 10/08/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NONE**

Found:

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| LAB NO | 23516 |
|---|---|
| LOT NO | **209** |
| INSP NO | 1445-A |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabeling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: | BRAGG FARMS | TONEY, AL

Seed were shipped by: CARRY OVER

Name  Address on tag: **BRAGG FARMS    TONEY, AL**

Date Rec'd. | 09/02/2004 | Date of Report | 10/04/2004 | Where Grown | **AL** | Net Wt. | **50** | Bags on Hand | 100

Variety .Common Name Given on Tag  **SSCA CERT, JACKSON WHEAT**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98** | **1.83** | **.05** | **.12** | **80** | **0** | **9/03** |
| FOUND: | | | **OK** | | **82** | **0** | **10/04/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: | **NONE**

Found:

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 23517 |
|---|---|
| LOT NO | **208** |
| INSP NO | 1446-A |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

| | | |
|---|---|---|
| Seed Sample Collected at: | **BRAGG FARMS** | **TONEY, AL** |
| Seed were shipped by: | CARRY OVER | |
| Name Address on tag: | **BRAGG FARMS   TONEY, AL** | |

| Date Rec'd. | 09/02/2004 | Date of Report | 10/04/2004 | Where Grown | **AL** | Net Wt. | **50** | Bags on Hand | 50 |
|---|---|---|---|---|---|---|---|---|---|

Variety .Common Name Given on Tag   **SSCA CERT. JACKSON WHEAT**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98** | **1.83** | **.05** | **.12** | **85** | **0** | **8/03** |
| FOUND: | | | **OK** | | **86** | **0** | **10/04/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: | **NONE** |

Found: | |

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 23559 |
| LOT NO | **607** |
| INSP NO | 1488-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | |
|---|---|
| Seed Sample Collected at: | BRAGG FARMS          TONEY, AL |
| Seed were shipped by: | BRAGG FARMS   TONEY, AL |
| Name  Address on tag: | **IN TEST** |

| Date Rec'd. | 09/02/2004 | Date of Report | 10/01/2004 | Where Grown | **NS** | Net Wt. | **50** | Bags on Hand | 900 |
|---|---|---|---|---|---|---|---|---|---|

| Variety  Common Name Given on Tag | **SSCA CERT. COKER 9184 WHEAT** |
|---|---|

| Found in this Lab | **SAME** |
|---|---|

| ANALYSIS LABELED: | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.90** | **.10** | **0** | **0** | **88** | **0** | **10/01/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **NS** |
|---|---|

Found:

Director

Seed Division



# STATE OF ALABAMA
## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama  36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 23560 |
| LOT NO | 608 |
| INSP NO | 1489-A |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**
This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | **BRAGG FARMS** | **TONEY, AL** | |
| Seed were shipped by: | **BRAGG FARMS   TONEY, AL** | | |
| Name  Address on tag: | **IN TEST** | | |
| Date Rec'd. | **09/02/2004** Date of Report | **10/01/2004** Where Grown | **NS** Net Wt. **2400** Bags on Hand   19 |

Variety  Common Name Given on Tag   **SSCA CERT. COKER 9184 WHEAT**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.90** | **.10** | **0** | **0** | **93** | **0** | **10/01/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

Labeled: | **NS** |

Found: |  |

**Director**

**Seed Division**




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-03

| | |
|---|---|
| Seed Division | **LAB NO** 23561 |
| Phone: (334) 240-7140 | **LOT NO** 609 |
| Fax (334) 240-7193 | **INSP NO** 1490-A |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in **HEAVY TYPE** is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the **LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:  BRAGG FARMS          TONEY, AL

Seed were shipped by:  BRAGG FARMS   TONEY, AL

Name .Address on tag:  **IN TEST**

Date Rec'd.  09/02/2004  | Date of Report  10/01/2004 | Where Grown  **NS** | Net Wt.  **2400** | Bags on Hand  6

Variety .Common Name Given on Tag  **SSCA CERT. COKER 9184 WHEAT**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.90** | **.10** | **0** | **0** | **88** | **0** | **10/01/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                          **NS**

Found:

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 23562 |
| LOT NO | 610 |
| INSP NO | 1491-A |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabeling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:   BRAGG FARMS            TONEY, AL

Seed were shipped by:   BRAGG FARMS    TONEY, AL

Name Address on tag:   IN TEST

Date Rec'd.   09/02/2004   Date of Report   10/01/2004   Where Grown   NS   Net Wt.   50   Bags on Hand   900

Variety  Common Name Given on Tag   SSCA CERT. COKER 9184 WHEAT

Found in this Lab   SAME

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | NS | NS | NS | NS | NS | NS | NS |
| FOUND: | 99.80 | .20 | 0 | 0 | 88 | 0 | 10/01/2004 |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                      NS

Found:

Director

Seed Division



# STATE OF ALABAMA
## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 23563 |
| LOT NO | 611 |
| INSP NO | 1492-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: BRAGG FARMS            TONEY, AL

Seed were shipped by: BRAGG FARMS    TONEY, AL

Name .Address on tag: **IN TEST**

Date Rec'd. 09/02/2004  Date of Report 10/01/2004  Where Grown **NS**  Net Wt. **50**  Bags on Hand 900

Variety .Common Name Given on Tag  **SSCA CERT. COKER 9184 WHEAT**

Found in this Lab  **SAME**

| ANALYSIS LABELED: | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.90** | **.10** | **0** | **0** | **87** | **0** | **10/01/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NS**

Found:

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 23564 |
| LOT NO | 612 |
| INSP NO | 1493-A |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabeling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: **BRAGG FARMS**            TONEY, AL

Seed were shipped by: **BRAGG FARMS    TONEY, AL**

Name .Address on tag: **IN TEST**

Date Rec'd. 09/02/2004   Date of Report 10/01/2004   Where Grown   **NS**   Net Wt.   **50**   Bags on Hand   900

Variety .Common Name Given on Tag **SSCA CERT. COKER 9184 WHEAT**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.90** | **.10** | **0** | **0** | **93** | **0** | **10/01/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                **NS**

Found:

Director

Seed Division




# STATE OF ALABAMA
## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| LAB NO | 23675 |
| LOT NO | **613** |
| INSP NO | 1536-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | BRAGG FARMS | | TONEY, AL |
| Seed were shipped by: | BRAGG FARMS  TONEY, AL | | |
| Name  Address on tag: | IN TEST | | |

| Date Rec'd. | 09/20/2004 | Date of Report | 10/04/2004 | Where Grown | NS | Net Wt. | 50 | Bags on Hand | 900 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag   SSCA CERT. COKER 9184 WHEAT

Found in this Lab   SAME

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | NS | NS | NS | NS | NS | NS | NS |
| FOUND: | 99.90 | .10 | 0 | 0 | 87 | 0 | 10/04/2004 |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: NS

Found:

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 23676 |
|---|---|
| LOT NO | 614 |
| INSP NO | 1537-A |

### SEED REPORT  STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | |
|---|---|---|
| Seed Sample Collected at: | BRAGG FARMS | TONEY, AL |

Seed were shipped by: BRAGG FARMS  TONEY, AL

Name . Address on tag: **IN TEST**

| Date Rec'd. | 09/20/2004 | Date of Report | 10/04/2004 | Where Grown | NS | Net Wt. | 50 | Bags on Hand | 900 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **SSCA CERT. COKER 9184 WHEAT**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | NS | NS | NS | NS | NS | NS | NS |
| FOUND: | 99.94 | .06 | 0 | 0 | 90 | 0 | 10/04/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: NS

Found:

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 23677 |
| LOT NO | 615 |
| INSP NO | 1538-A |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**
**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at: | BRAGG FARMS                    TONEY, AL

Seed were shipped by: | BRAGG FARMS   TONEY, AL

Name .Address on tag: | IN TEST

Date Rec'd. | 09/20/2004 | Date of Report | 10/04/2004 | Where Grown | **NS** | Net Wt. | **50** | Bags on Hand | 286

Variety .Common Name Given on Tag: | **SSCA CERT. COKER 9184 WHEAT**

Found in this Lab. | **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.80** | **.20** | **0** | **0** | **86** | **0** | **10/04/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: | **NS**

Found: |

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

August 23, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0

BRAGG FARMS
1180 GRIMWOOD RD
TONEY AL 35773

Dear Bragg Farms,

Due to unforeseen computer problems, we are reporting the results of (13) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23115 | 201 | 99.90 | .10 | 0 | 0 | 95 | 0 | |
| 23180 | 202 | 99.90 | .10 | 0 | 0 | 95 | 0 | |
| 23181 | 203 | 99.97 | .03 | 0 | 0 | 92 | 0 | |
| 23182 | 204 | 99.97 | .03 | 0 | 0 | 94 | 0 | |
| 23183 | 205 | 99.97 | .03 | 0 | 0 | 94 | 0 | |
| 23184 | 206 | 99.97 | .03 | 0 | 0 | 94 | 0 | |
| 23185 | 207 | 99.97 | .03 | 0 | 0 | 98 | 0 | |
| 23186 | 208 | 99.97 | .03 | 0 | 0 | 95 | 0 | |
| 23187 | 209 | 99.80 | .20 | 0 | 0 | 97 | 0 | |
| 23188 | 210 | 99.80 | .20 | 0 | 0 | 94 | 0 | |
| 23189 | 301 | 99.90 | .10 | 0 | 0 | 99 | 0 | |
| 23190 | 302 | 99.97 | .03 | 0 | 0 | 98 | 0 | |
| 23191 | 303 | 99.97 | .03 | 0 | 0 | 97 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab




### STATE OF ALABAMA

### DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-03

**August 30, 2004**

Bragg Farms
1180 Grimwood Rd.
Toney, AL 35773

Dear Bragg Farms,

Due to unforeseen computer problems, we are reporting the results of (3) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23299 | 407 | | | OK | | 91 | 0 | None |
| 23300 | 410 | | | OK | | 94 | 0 | None |
| 23301 | 322 | | | OK | | 95 | 0 | None |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

September 1, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Bragg Farms
1180 Grim wood Rd.
Toney, AL. 35773

Dear Bragg Farms,

Due to unforeseen computer problems, we are reporting the results of ( ) lot in this form.

| Lab No. | Lot No. | Germ | Hard Seed | Purity | Inert | Weed | Crop |
|---------|---------|------|-----------|--------|-------|------|------|
| 23027   | 104     | 77   | 0         | 99.70  | .30   | 0    | 0    |

**COMMENT: This lot of seed does not meet certification standards as to germination. The minimum standard germination for certified wheat is 85%. This is a PVP title V variety and can only be sold as a certified class of wheat.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

*John L. Crayton*

John L. Crayton, Director
Seed Lab




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**September 3, 2004**

Bragg Farms
1180 Grimwood Rd.
Toney, AL 35773

Dear Bragg Farms,

Due to unforeseen computer problems, we are reporting the results of (21) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23288 | 304 | 99.90 | 0.10 | 0 | 0 | 99 | 0 | |
| 23289 | 305 | 99.90 | 0.10 | 0 | 0 | 99 | 0 | |
| 23290 | 306 | 99.90 | 0.10 | 0 | 0 | 97 | 0 | |
| 23291 | 307 | 99.90 | 0.10 | 0 | 0 | 96 | 0 | |
| 23292 | 308 | 99.80 | 0.20 | 0 | 0 | 97 | 0 | |
| 23293 | 309 | 99.90 | 0.10 | 0 | 0 | 96 | 0 | |
| 23294 | 310 | 99.90 | 0.10 | 0 | 0 | 97 | 0 | |
| 23295 | 311 | 99.80 | 0.20 | 0 | 0 | 98 | 0 | |
| 23296 | 312 | 99.85 | 0.15 | 0 | 0 | 96 | 0 | |
| 23297 | 313 | 99.90 | 0.10 | 0 | 0 | 98 | 0 | |
| 23298 | 314 | 99.80 | 0.20 | 0 | 0 | 98 | 0 | |
| 23330 | 501 | 99.90 | 0.10 | 0 | 0 | 96 | 0 | |
| 23333 | 504 | 99.90 | 0.10 | 0 | 0 | 95 | 0 | |
| 23334 | 505 | 99.80 | 0.20 | 0 | 0 | 93 | 0 | |
| 23335 | 506 | 99.90 | 0.10 | 0 | 0 | 95 | 0 | |
| 23336 | 507 | 99.90 | 0.10 | 0 | 0 | 97 | 0 | |
| 23337 | 508 | 99.80 | 0.20 | 0 | 0 | 98 | 0 | |
| 23338 | 509 | 99.90 | 0.10 | 0 | 0 | 99 | 0 | |
| 23339 | 510 | 99.90 | 0.10 | 0 | 0 | 97 | 0 | |
| 23340 | 511 | 99.90 | 0.10 | 0 | 0 | 97 | 0 | |
| 23341 | 601 | 99.90 | 0.10 | 0 | 0 | 90 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-03:

**September 7, 2004**

Bragg Farms
1180 Grimwood Rd.
Toney, AL 35773

Dear Bragg Farms,

    Due to unforeseen computer problems, we are reporting the results of (2) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23331 | 502 | 99.90 | 0.10 | | | 88 | 0 | |
| 23332 | 503 | 99.90 | 0.10 | | | 91 | 0 | |

    We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

        Sincerely,

        John L. Crayton, Director
        Seed Lab



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21228 |
| LOT NO | **C3-BX** |
| INSP NO | 358-A |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: PENNINGTON SEED INC            CULLMAN, AL

Seed were shipped by: PENNINGTON SEED, INC.   MADISON, GA

Name  Address on tag: **PENNINGTON SEED, INC.    MADISON, GA**

Date Rec'd.  02/04/2004 │ Date of Report  03/26/2004 │ Where Grown │ **FL** │ Net Wt. │ **50** │ Bags on Hand │ 80

Variety  Common Name Given on Tag  **ALYCE CLOVER**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99.70** | **.18** | **.03** | **.09** | **55** | **30** | **1/04** |
| FOUND: | 99.71 | .22 | .07 | 0 | 73 | 18 | 03/26/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                          **18 SICKLEPOD**

Found:                                            **NONE FOUND**

VIOLATION:REASON

COMMENTS     80 BAGS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21230 |
|---|---|
| LOT NO | **MSF-LB 361** |
| INSP NO | 16-D |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   MURPHREE SEED FARM          COLLINSVILLE, AL

Seed were shipped by:  NS

Name  Address on tag:  **INTEST**

| Date Rec'd. | 02/04/2004 | Date of Report | 03/09/2004 | Where Grown | **NS** | Net Wt. | **50** | Bags on Hand | 320 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **BROWNTOP MILLET**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.80** | **.20** | **0** | **0** | **80** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                              **NS**

Found:                                              **NONE**

VIOLATION:REASON

COMMENTS    320 BAGS    *INTEST

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21235 |
| LOT NO | **320245GGR-TT** |
| INSP NO | 21-D |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  PENNINGTON SEED          CULLMAN, AL

Seed were shipped by:  PENNINGTON SEED INC     GREENFIELD, MO

Name  Address on tag:  **PENNINGTON SEED INC     GREENFIELD, MO**

Date Rec'd.  02/04/2004  Date of Report  03/09/2004  Where Grown  **MO**  Net Wt.  **25**  Bags on Hand  240

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **1.10** | **.40** | **2.50** | **85** | **NS** | **10/03** |
| FOUND: | **98.07** | **.36** | **.04** | **1.53** | **80** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                     **117 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found:                                          **DOCK=9**

VIOLATION:REASON

COMMENTS     240 BAGS   * CONTAINS 40% RYEGRASS  "LAWN GRASS SEED"   ***TREATED

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21237 |
| LOT NO | **320268GGR** |
| INSP NO | 23-D |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:    PENNINGTON SEED           CULLMAN, AL

Seed were shipped by: PENNINGTON SEED INC    GREENFIELD, MO

Name  Address on tag: **PENNINGTON SEED INC    GREENFIELD, MO**

Date Rec'd.   02/04/2004   Date of Report   03/10/2004   Where Grown   **MO**   Net Wt.   **25**   Bags on Hand   240

Variety  Common Name Given on Tag   **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **.90** | **.60** | **2.50** | **85** | **NS** | **10/03** |
| FOUND: | **97.15** | **.11** | **.40** | **2.34** | **92** | **0** | **03/10/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:          **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found:                    **CHEAT/HAIRY CHESS=36**

VIOLATION:REASON

COMMENTS    240 BAGS    * CONTAINS 30% RYEGRASS "LAWN GRASS SEED"   ***TREATED

Director

Seed Division

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

| | |
|---|---|
| Seed Division | LAB NO       21251 |
| Phone: (334) 240-7140 | LOT NO       **W10-2-TF14** |
| Fax (334) 240-7193 | INSP NO      33 N |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  SOUTHERN STATES          DANVILLE AL

Seed were shipped by:  CARRY OVER

Name  Address on tag:  **SOUTHERN STATES   DUBLIN GA 31021**

Date Rec'd.  02/08/2004 | Date of Report   03/09/2004 | Where Grown | **OR** | Net Wt. | **50** | Bags on Hand | 7

Variety  Common Name Given on Tag   **SELECT TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98** | **1.30** | **.10** | **.60** | **80** | **NS** | **7/02** |
| FOUND: | | | **OK** | | **88** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                    **NONE**

Found:                      **NONE**

VIOLATION:REASON

COMMENTS    7 BAGS *GERM EXPIRED. 2% ENDOPHYTE PRESENT. TREATED: APRON SL LS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21255 |
| LOT NO | **30378GGR** |
| INSP NO | 37 N |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:    PENNINGTON SEED          CULLMAN AL

Seed were shipped by: PENNINGTON SEED   GREENFIELD MO

Name  Address on tag: **PENNINGTON SEED   GREENFIELD MO**

Date Rec'd.    02/04/2004    Date of Report    03/09/2004    Where Grown    **MO**    Net Wt.    **50**    Bags on Hand    96

Variety  Common Name Given on Tag   **KENTUCKY 31 TALL FESCUE**

Found in this Lab    **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | 1 | .40 | 2.60 | 85 | NS | 1/04 |
| FOUND: | 95.82 | .49 | .14 | 3.55 | 86 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                    **135 HAIRY CHESS, 27 DOCK, 18 SHEEP SORREL, 18 BUCKHORN PLANTAIN**

Found:                                          **NONE**

VIOLATION:REASON

COMMENTS     96 BAGS  * CONTAINS .25% RYEGRASS *LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21256 |
| LOT NO | **30410GGR** |
| INSP NO | 38 N |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:   PENNINGTON SEED            CULLMAN AL

Seed were shipped by:  PENNINGTON SEED   GREENFIELD MO

Name  Address on tag:  **PENNINGTON SEED    GREENFIELD MO**

Date Rec'd.   02/04/2004 | Date of Report   03/10/2004 | Where Grown | **MO** | Net Wt. | **50** | Bags on Hand | 144

Variety  Common Name Given on Tag   **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | 1 | .40 | 2.60 | 85 | NS | 1/04 |
| FOUND: | 95.49 | .44 | .77 | 3.30 | 89 | 0 | 03/10/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:              **135 HAIRY CHESS, 27 DOCK, 18 SHEEP SORREL, 18 BUCKHORN PLANTAIN**

Found:                          **DOCK=9**

VIOLATION:REASON

COMMENTS    144 BAGS  * CONTAINS .25% RYEGRASS    *LAWN GRASS SEED

Director

Seed Division

# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21257 |
| LOT NO | **30379GGR** |
| INSP NO | 39 N |

### SEED REPORT  STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: PENNINGTON SEED          CULLMAN AL

Seed were shipped by: PENNINGTON SEED   GREENFIELD MO

Name  Address on tag: **PENNINGTON SEED   GREENFIELD MO**

| Date Rec'd. | 02/04/2004 | Date of Report | 03/09/2004 | Where Grown | **MO** | Net Wt. | **50** | Bags on Hand | 240 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **96** | **1** | **.40** | **2.60** | **85** | **NS** | **1/04** |
| **FOUND:** | **96.40** | **.59** | **.08** | **2.93** | **91** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                    **135 HAIRY CHESS, 27 DOCK, 18 SHEEP SORREL, 18 BUCKHORN PLANTAIN**

Found:                         **BUCKHORN PLANTAIN=9, CHEAT/HAIRY CHESS=27**

VIOLATION:REASON

COMMENTS    240 BAGS  * CONTAINS .25% RYEGRASS    *LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| LAB NO | 21258 |
|---|---|
| LOT NO | **320396GGR** |
| INSP NO | 40 N |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**
This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | | | |
|---|---|---|---|---|---|
| Seed Sample Collected at: | PENNINGTON SEED | | CULLMAN AL | | |
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO | | | | |
| Name Address on tag: | **PENNINGTON SEED   GREENFIELD MO** | | | | |

| Date Rec'd. | 02/04/2004 | Date of Report | 03/09/2004 | Where Grown | **MO** | Net Wt. | **25** | Bags on Hand | 600 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag   **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **96** | **.80** | **.60** | **2.60** | **85** | **NS** | **1/04** |
| **FOUND:** | **97.08** | **.57** | **.56** | **1.79** | **95** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **162 HAIRY CHESS, 18 DOCK, 9 SHEEP SORREL, 9 BUCKHORN PLANTAIN** |
|---|---|
| Found: | **NONE** |

VIOLATION:REASON

COMMENTS     600 BAGS  * CONTAINS .25% RYEGRASS  *LAWN GRASS SEED **TREATED WITH PENKOTE (APRON XL LS)

Director

Seed Division

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123





*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21259 |
| LOT NO | **320393GGR** |
| INSP NO | 41 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | |
|---|---|---|
| Seed Sample Collected at: | PENNINGTON SEED | CULLMAN AL |
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO | |
| Name  Address on tag: | **PENNINGTON SEED    GREENFIELD MO** | |

| Date Rec'd. | 02/04/2004 | Date of Report | 03/09/2004 | Where Grown | MO | Net Wt. | 25 | Bags on Hand | 520 |
|---|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Variety  Common Name Given on Tag | **KENTUCKY 31 TALL FESCUE** |
| Found in this Lab | **SAME** |

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **96** | **.80** | **.60** | **2.60** | **85** | **NS** | **1/04** |
| **FOUND:** | **96.60** | **.78** | **.37** | **2.25** | **92** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **162 HAIRY CHESS, 18 DOCK, 9 SHEEP SORREL, 9 BUCKHORN PLANTAIN** |
| Found: | **HAIRY CHESS OR CHEAT = 126** |

**VIOLATION:REASON**

**COMMENTS**    520 BAGS  * CONTAINS .25% RYEGRASS *LAWN GRASS SEED

**Director**

**Seed Division**

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123





*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21260 |
| LOT NO | **320402GGR** |
| INSP NO | 42 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | PENNINGTON SEED | CULLMAN AL | |
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO | | |
| Name  Address on tag: | **PENNINGTON SEED   GREENFIELD MO** | | |

| Date Rec'd. | 02/04/2004 | Date of Report | 03/09/2004 | Where Grown | MO | Net Wt. | 25 | Bags on Hand | 480 |
|---|---|---|---|---|---|---|---|---|---|

| Variety  Common Name Given on Tag | **KENTUCKY 31 TALL FESCUE** |
|---|---|

| Found in this Lab | **SAME** |
|---|---|

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .80 | .60 | 2.60 | 85 | NS | 1/04 |
| FOUND: | 97.85 | .13 | .36 | 1.66 | 93 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **162 HAIRY CHESS, 18 DOCK, 9 SHEEP SORREL, 9 BUCKHORN PLANTAIN** |
| Found: | **SHEEP SORREL=9** |

VIOLATION:REASON

COMMENTS    480 BAGS * CONTAINS .25% RYEGRASS *LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES

### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21261 |
| LOT NO | **320400GGR** |
| INSP NO | 43-N |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: PENNINGTON SEED          CULLMAN AL

Seed were shipped by: PENNINGTON SEED   GREENFIELD MO

Name  Address on tag: **PENNINGTON SEED    GREENFIELD MO**

| Date Rec'd. | 02/04/2004 | Date of Report | 03/09/2004 | Where Grown | **MO** | Net Wt. | **25** | Bags on Hand | 840 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag **KENTUCKY 31 TALL FESCUE**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .80 | .60 | 2.60 | 85 | NS | 1/04 |
| FOUND: | 96.95 | .35 | .82 | 1.88 | 90 | 0 | 03/09/2004 |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **162 HAIRY CHESS, 18 DOCK, 9 SHEEP SORREL, 9 BUCKHORN PLANTAIN** |
|---|---|
| Found: | **NONE** |

VIOLATION:REASON

COMMENTS    840 BAGS * CONTAINS .25% RYEGRASS *LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

| | |
|---|---|
| Seed Division | LAB NO    21262 |
| Phone: (334) 240-7140 | LOT NO    **320401GGR** |
| Fax (334) 240-7193 | INSP NO    44 N |

### SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**
**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

| | | | | | | |
|---|---|---|---|---|---|---|
| Seed Sample Collected at: | PENNINGTON SEED | | CULLMAN AL | | | |
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO | | | | | |
| Name  Address on tag: | **PENNINGTON SEED    GREENFIELD MO** | | | | | |

Date Rec'd.  | 02/04/2004 | Date of Report | 03/09/2004 | Where Grown | **MO** | Net Wt. | **25** | Bags on Hand | **840**

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **.80** | **.60** | **2.60** | **85** | **NS** | **1/04** |
| FOUND: | **96.98** | **.55** | **.46** | **2.01** | **93** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **162 HAIRY CHESS, 18 DOCK, 9 SHEEP SORREL, 9 BUCKHORN PLANTAIN** |
|---|---|
| Found: | **CHEAT/HAIRY CHESS=36, BUCKHORN PLANTAIN=9, SHEEP SORREL=9** |

**VIOLATION:REASON**

**COMMENTS**    840 BAGS  * CONTAINS .25% RYEGRASS  *LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21263 |
| LOT NO | **320403GGR** |
| INSP NO | 45 N |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | PENNINGTON SEED | | CULLMAN AL |
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO | | |
| Name  Address on tag: | **PENNINGTON SEED   GREENFIELD MO** | | |

| Date Rec'd. | 02/04/2004 | Date of Report | 03/09/2004 | Where Grown | MO | Net Wt. | 25 | Bags on Hand | 240 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag   **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .80 | .60 | 2.60 | 85 | NS | 1/04 |
| FOUND: | 96.89 | .61 | .18 | 2.32 | 94 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **162 HAIRY CHESS, 18 DOCK, 9 SHEEP SORREL, 9 BUCKHORN PLANTAIN** |
| Found: | **HAIRY CHESS OR CHEAT=27** |

**VIOLATION:REASON**

COMMENTS   240 BAGS * CONTAINS .25% RYEGRASS *LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21264 |
| LOT NO | **320394GGR** |
| INSP NO | 46 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   PENNINGTON SEED      CULLMAN AL

Seed were shipped by:   PENNINGTON SEED   GREENFIELD MO

Name Address on tag:   **PENNINGTON SEED   GREENFIELD MO**

Date Rec'd.   02/04/2004   Date of Report   03/09/2004   Where Grown   **MO**   Net Wt.   **25**   Bags on Hand   520

Variety Common Name Given on Tag   **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **.80** | **.60** | **2.60** | **85** | **NS** | **1/04** |
| FOUND: | **97.12** | **.71** | **.45** | **1.72** | **92** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:      **162 HAIRY CHESS, 18 DOCK, 9 SHEEP SORREL, 9 BUCKHORN PLANTAIN**

Found:      **CHEAT/HAIRY CHESS=99**

VIOLATION:REASON

COMMENTS    520 BAGS * CONTAINS .25% RYEGRASS *LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21265 |
| LOT NO | **320395GGR** |
| INSP NO | 47 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | |
|---|---|
| Seed Sample Collected at: | PENNINGTON SEED          CULLMAN AL |
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO |
| Name  Address on tag: | **PENNINGTON SEED   GREENFIELD MO** |

| Date Rec'd. | 02/04/2004 | Date of Report | 03/09/2004 | Where Grown | **MO** | Net Wt. | 25 | Bags on Hand | 440 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .80 | .60 | 2.60 | 85 | NS | 1/04 |
| FOUND: | 97.15 | .45 | .23 | 2.17 | 94 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **162 HAIRY CHESS, 18 DOCK, 9 SHEEP SORREL, 9 BUCKHORN PLANTAIN** |
|---|---|
| Found: | **SHEEP SORREL=9, CHEAT OR HAIRY CHESS=18** |

**VIOLATION:REASON**

**COMMENTS**   440 BAGS * CONTAINS .25% RYEGRASS *LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21266 |
| LOT NO | **30AV32** |
| INSP NO | 48 N |

### SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabeling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | | | |
|---|---|---|---|---|---|
| Seed Sample Collected at: | PENNINGTON SEED | | CULLMAN AL | | |
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO | | | | |
| Name  Address on tag: | **PENNINGTON SEED   GREENFIELD MO** | | | | |

| Date Rec'd. | 02/04/2004 | Date of Report | 03/09/2004 | Where Grown | **MO** | Net Wt. | **50** | Bags on Hand | 312 |
|---|---|---|---|---|---|---|---|---|---|

| Variety  Common Name Given on Tag | **KENTUCKY 31 TALL FESCUE** |
|---|---|

| Found in this Lab | **SAME** |
|---|---|

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **1** | **.50** | **2.50** | **85** | **NS** | **9/03** |
| FOUND: | **97.10** | **.40** | **.92** | **1.58** | **97** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN** |
|---|---|
| Found: | **DOCK=9** |

**VIOLATION:REASON**

**COMMENTS**    312 BAGS * NO. RYEGRASS FOUND. * LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21269 |
| LOT NO | **320376GR** |
| INSP NO | 51 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | PENNINGTON SEED | | CULLMAN AL |
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO | | |
| Name  Address on tag: | **PENNINGTON SEED    GREENFIELD MO** | | |

| Date Rec'd. | 02/04/2004 | Date of Report | 03/10/2004 | Where Grown | **MO** | Net Wt. | **25** | Bags on Hand | 840 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag **KENTUCKY 31 TALL FESCUE**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **.80** | **.30** | **2.90** | **85** | **NS** | 1/04 |
| FOUND: | **95.96** | **.78** | **.14** | **3.12** | **91** | **0** | **03/10/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **135 HAIRY CHESS, 27 DOCK, 18 SHEEP SORREL, 18 BUCKHORN PLANTAIN** |
| Found: | **HAIRY CHESS OR CHEAT=27** |

**VIOLATION:REASON**

**COMMENTS**    840 BAGS  * CONTAINS .25% RYEGRASS. * LAWN GRASS SEED

**Director**

**Seed Division**

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123





*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| LAB NO | 21270 |
|--------|-------|
| LOT NO | **320373GR** |
| INSP NO | 52 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| Seed Sample Collected at: | PENNINGTON SEED | | CULLMAN AL | | | | |

| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO |

| Name  Address on tag: | **PENNINGTON SEED   GREENFIELD MO** |

| Date Rec'd. | 02/04/2004 | Date of Report | 03/09/2004 | Where Grown | MO | Net Wt. | 25 | Bags on Hand | 640 |

| Variety  Common Name Given on Tag | **KENTUCKY 31 TALL FESCUE** |

| Found in this Lab | **SAME** |

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|----------|-----------|---------------|------------|------------|-------|------------|-----------|
| LABELED: | **96** | **.80** | **.30** | **2.90** | **85** | **NS** | **1/04** |
| FOUND: | **95.74** | **.78** | **.29** | **3.19** | **91** | **0** | **03/09/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

| Labeled: | **135 HAIRY CHESS, 27 DOCK, 18 SHEEP SORREL, 18 BUCKHORN PLANTAIN** |
| Found: | **HAIRY CHESS OR CHEAT=27** |

**VIOLATION:REASON**

**COMMENTS**     640 BAGS  * CONTAINS .25% RYEGRASS.  * LAWN GRASS SEED

**Director**

**Seed Division**



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21272 |
| LOT NO | **30RT04GR** |
| INSP NO | 54 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   PENNINGTON SEED          CULLMAN AL

Seed were shipped by: PENNINGTON SEED   GREENFIELD MO

Name  Address on tag: **PENNINGTON SEED   GREENFIELD MO**

| Date Rec'd. | 02/04/2004 | Date of Report | 03/09/2004 | Where Grown | **MO** | Net Wt. | **50** | Bags on Hand | 80 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .80 | .30 | 2.90 | 85 | NS | 1/04 |
| FOUND: | 95.35 | .74 | .56 | 3.35 | 92 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:          **135 HAIRY CHESS, 63 SHEEP SORREL, 54 DOCK, 45 BUCKHORN PLANTAIN**

Found:          **HAIRY CHESS OR CHEAT=72, DOCK=72, SHEEP SORREL=9, BUCKHORN PLANTAIN=9**

VIOLATION:REASON

COMMENTS     80 BAGS * CONTAINS .20% RYEGRASS  * LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21274 |
| LOT NO | **320213GR-EB** |
| INSP NO | 56 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | | | | |
|---|---|---|---|---|---|---|
| Seed Sample Collected at: | PENNINGTON SEED | | CULLMAN AL | | | |
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO | | | | | |
| Name  Address on tag: | **PENNINGTON SEED   GREENFIELD MO** | | | | | |

| Date Rec'd. | 02/04/2004 | Date of Report | 03/17/2004 | Where Grown | **MO** | Net Wt. | **25** | Bags on Hand | 480 |
|---|---|---|---|---|---|---|---|---|---|

| Variety  Common Name Given on Tag | **KENTUCKY 31 TALL FESCUE** |
|---|---|

| Found in this Lab | **SAME** |
|---|---|

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **95** | **1.40** | **.50** | **3.10** | **85** | **NS** | **9/03** |
| FOUND: | 97.22 | .57 | .10 | 2.11 | 83 | 0 | 03/17/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **117 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 9 BUCKHORN PLANTAIN** |
|---|---|
| Found: | **NONE** |

**VIOLATION:REASON**

**COMMENTS**    480 BAGS * CONTAINS 40% RYEGRASS  * LAWN GRASS SEED

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21275 |
| LOT NO | **320193GR-AE** |
| INSP NO | 57 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | PENNINGTON SEED | CULLMAN AL | |
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO | | |
| Name  Address on tag: | **PENNINGTON SEED     GREENFIELD MO** | | |

| Date Rec'd. | 02/04/2004 | Date of Report | 03/17/2004 | Where Grown | **MO** | Net Wt. | **25** | Bags on Hand | 140 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag **KENTUCKY 31 TALL FESCUE**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | 1 | .50 | 2.50 | 85 | NS | 9/03 |
| FOUND: | 97.30 | .33 | .18 | 2.19 | 86 | 0 | 03/17/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **117 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN** |
| Found: | **HAIRY CHESS OR CHEAT=9** |

**VIOLATION:REASON**

**COMMENTS**    140 BAGS * CONTAINS .50% RYEGRASS  * LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21276 |
| LOT NO | **30260GGR** |
| INSP NO | 58 N |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | |
|---|---|
| Seed Sample Collected at: | PENNINGTON SEED          CULLMAN AL |
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO |
| Name  Address on tag: | **PENNINGTON SEED   GREENFIELD MO** |

| Date Rec'd. | 02/04/2004 | Date of Report | 03/12/2004 | Where Grown | **MO** | Net Wt. | **50** | Bags on Hand | 144 |
|---|---|---|---|---|---|---|---|---|---|

| Variety  Common Name Given on Tag | **KENTUCKY 31 TALL FESCUE** |
|---|---|

| Found in this Lab | **SAME** |
|---|---|

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **.90** | **.60** | **2.50** | **85** | **NS** | **11/03** |
| FOUND: | **96.92** | **.52** | **.51** | **2.05** | **90** | **0** | **03/12/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN** |
|---|---|
| Found: | **HAIRY CHESS OR CHEAT=63, DOCK=1, SHEEP SORREL=1** |

**VIOLATION:REASON**

COMMENTS    144 BAGS * CONTAINS .30% RYEGRASS  * LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21277 |
| LOT NO | **30262GGR** |
| INSP NO | 59 N |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | | | |
|---|---|---|---|---|---|
| Seed Sample Collected at: | PENNINGTON SEED | | CULLMAN AL | | |
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO | | | | |
| Name  Address on tag: | **PENNINGTON SEED   GREENFIELD MO** | | | | |

| Date Rec'd. | 02/04/2004 | Date of Report | 03/12/2004 | Where Grown | **MO** | Net Wt. | **50** | Bags on Hand | 336 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag   **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **.90** | **.60** | **2.50** | **85** | **NS** | **11/03** |
| FOUND: | **96.75** | **.48** | **.28** | **2.49** | **92** | **0** | **03/12/2004** |

#### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:            **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found:                               **NONE**

VIOLATION:REASON

COMMENTS    336 BAGS * CONTAINS .30% RYEGRASS  * LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21278 |
| LOT NO | **30261GGR** |
| INSP NO | 60 N |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**
This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | | |
|---|---|---|---|---|
| Seed Sample Collected at: | PENNINGTON SEED | | CULLMAN AL | |
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO | | | |
| Name  Address on tag: | **PENNINGTON SEED   GREENFIELD MO** | | | |

| Date Rec'd. | 02/04/2004 | Date of Report | 03/12/2004 | Where Grown | **MO** | Net Wt. | **50** | Bags on Hand | 240 |
|---|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Variety  Common Name Given on Tag | **KENTUCKY 31 TALL FESCUE** |
| Found in this Lab | **SAME** |

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **96** | **.90** | **.60** | **2.50** | **85** | **NS** | **11/03** |
| **FOUND:** | 96.07 | .61 | .34 | 2.98 | 93 | 0 | 03/12/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN** |
| Found: | **HAIRY CHESS OR CHEAT=54** |

VIOLATION:REASON

COMMENTS   240 BAGS * CONTAINS .30% RYEGRASS  * LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21279 |
| LOT NO | **30299GGR** |
| INSP NO | 61 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | PENNINGTON SEED | | CULLMAN AL |
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO | | |
| Name  Address on tag: | **PENNINGTON SEED   GREENFIELD MO** | | |

| Date Rec'd. | 02/04/2004 | Date of Report | 03/12/2004 | Where Grown | **MO** | Net Wt. | **50** | Bags on Hand | 144 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag   **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **.90** | **.60** | **2.50** | **85** | **NS** | **11/03** |
| FOUND: | **96.32** | **.32** | **.50** | **2.86** | **83** | **0** | **03/12/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN** |
| Found: | **HAIRY CHESS=63, SHEEP SORREL=9** |

**VIOLATION:REASON**

**COMMENTS**   144 BAGS * CONTAINS 30% RYEGRASS  * LAWN GRASS SEED

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

LAB NO        21287

LOT NO        **30297GGR**

INSP NO       69 N

### SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   PENNINGTON            CULLMAN AL

Seed were shipped by: PENNINGTON SEED    GREENFIELD MO

Name  Address on tag:  **PENNINGTON SEED    GREENFIELD MO**

Date Rec'd.   02/04/2004   Date of Report   03/12/2004   Where Grown   **MO**   Net Wt.   **50**   Bags on Hand   168

Variety  Common Name Given on Tag   **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **96** | **.90** | **.60** | **2.50** | **85** | **NS** | **11/03** |
| **FOUND:** | **95.49** | **.46** | **.69** | **3.36** | **89** | **0** | 03/12/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                  **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found:                        **HAIRY CHESS OR CHEAT=81, DOCK=9**

VIOLATION:REASON

COMMENTS    168 BAGS  * CONTAINS .30% RYEGRASS. * LAWN GRASS SEED

Director

Seed Division





# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21288 |
| LOT NO | **30298GGR** |
| INSP NO | 70 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | |
|---|---|---|
| Seed Sample Collected at: | PENNINGTON | CULLMAN AL |
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO | |
| Name  Address on tag: | **PENNINGTON SEED    GREENFIELD MO** | |

| Date Rec'd. | 02/04/2004 | Date of Report | 03/12/2004 | Where Grown | **MO** | Net Wt. | **50** | Bags on Hand | 168 |
|---|---|---|---|---|---|---|---|---|---|

| Variety  Common Name Given on Tag | **KENTUCKY 31 TALL FESCUE** |
|---|---|

| Found in this Lab | **SAME** |
|---|---|

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .90 | .60 | 2.50 | 85 | NS | 11/03 |
| FOUND: | 95.73 | .54 | .51 | 3.22 | 91 | 0 | 03/12/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN** |
| Found: | **HAIRY CHESS OR CHEAT=27** |

**VIOLATION:REASON**

**COMMENTS**   168 BAGS * CONTAINS  30% RYEGRASS. * LAWN GRASS SEED

**Director**

**Seed Division**



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21292 |
| LOT NO | **30214GGR** |
| INSP NO | 362-A |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  PENNINGTON        CULLMAN AL

Seed were shipped by:  PENNINGTON SEED    GREENFIELD MO

Name  Address on tag:  **PENNINGTON SEED    GREENFIELD MO**

Date Rec'd.  02/10/2004   Date of Report   03/12/2004   Where Grown   **MO**   Net Wt.   **50**   Bags on Hand   288

Variety  Common Name Given on Tag   **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .90 | .60 | 2.50 | 85 | NS | 10/03 |
| FOUND: | 96.14 | .36 | .17 | 3.33 | 90 | 0 | 03/12/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:          **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found:                                    **NONE**

VIOLATION:REASON

COMMENTS     288 BAGS *CONTAINS 30% RYEGRASS *LAWN GRASS SEED *TREATED :( APRON XL LS)

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21294 |
| LOT NO | **30293GGR** |
| INSP NO | 364-A |

## SEED REPORT  STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**
This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | | | | |
|---|---|---|---|---|---|---|
| Seed Sample Collected at: | PENNINGTON | | CULLMAN AL | | | |
| Seed were shipped by: | PENNINGTON SEED  GREENFIELD MO | | | | | |
| Name  Address on tag: | **PENNINGTON SEED  GREENFIELD MO** | | | | | |

| Date Rec'd. | 02/10/2004 | Date of Report | 03/12/2004 | Where Grown | **MO** | Net Wt. | **50** | Bags on Hand | 288 |
|---|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Variety  Common Name Given on Tag | **KENTUCKY 31 TALL FESCUE** |
| Found in this Lab | **SAME** |

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .90 | .60 | 2.50 | 85 | NS | 11/03 |
| FOUND: | 96.13 | .49 | .38 | 3 | 87 | 0 | 03/12/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN** |
| Found: | **SHEEP SORREL=9** |

**VIOLATION:REASON**

**COMMENTS**    288 BAGS *CONTAINS 30% RYEGRASS *LAWN GRASS SEED *TREATED :( APRON XL LS)

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone:** (334) 240-7140

**Fax** (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21314 |
| **LOT NO** | **NS** |
| **INSP NO** | 384-A |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:

Seed were shipped by:

Name  Address on tag:  **NO INSPECTOR REPORT**

Date Rec'd.  02/10/2004   Date of Report   03/09/2004   Where Grown           Net Wt.           Bags on Hand

Variety  Common Name Given on Tag  **SOYBEANS**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | | | | | | | |
| FOUND: | | | | | **90** | **0** | **03/09/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

Labeled:

Found:

**VIOLATION:REASON**

**COMMENTS**   FARMER SAMPLE. GERM & VIGOR. *PHONE IN INFO, INSP. REPORT IN MAIL.  RETEST: VIGOR TEST RESULTS 31% + 0% DORMANT SEED: LOW VIGOR.

**Director**

**Seed Division**




# STATE OF ALABAMA
## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21322 |
| **LOT NO** | **489** |
| **INSP NO** | 22L |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:    CLEMMONS & HAMNER (SEED PROCESSOR)      KILLEN AL

Seed were shipped by: INTEST

Name  Address on tag: **CLEMMONS & HAMNER   KILLEN AL**

Date Rec'd.    02/19/2004    Date of Report    03/11/2004    Where Grown    NS    Net Wt.    50    Bags on Hand    900

Variety  Common Name Given on Tag    **W.G.F. SORGHUM**

Found in this Lab    **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| **FOUND:** | | | | | **86** | **0** | **03/11/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

Labeled:                                    **NS**

Found:

**VIOLATION:REASON**

**COMMENTS**    900 BAGS  *INTEST      *THIS SEED WAS TAKEN AT SEED PROCESSOR- IT MAY BE OFFERED FOR SALE AFTER ANALYSIS IS DONE.

**Director**

**Seed Division**




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21323 |
| LOT NO | **490** |
| INSP NO | 23L |

### SEED REPORT  STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   CLEMMONS & HAMNER (SEED PROCESSOR)      KILLEN AL

Seed were shipped by: INTEST

Name  Address on tag: **CLEMMONS & HAMNER  KILLEN AL**

Date Rec'd.  02/19/2004  Date of Report  03/11/2004  Where Grown  **NS**  Net Wt.  **50**  Bags on Hand  900

Variety  Common Name Given on Tag  **W.G.F. SORGHUM**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | | | | | **84** | **0** | **03/11/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **NS** |
| Found: | |

VIOLATION:REASON

COMMENTS   900 BAGS *INTEST    *THIS SEED WAS TAKEN AT SEED PROCESSOR- IT MAY BE OFFERED FOR SALE AFTER ANALYSIS IS DONE.

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21324 |
| **LOT NO** | **487** |
| **INSP NO** | 24L |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   CLEMMONS & HAMNER (SEED PROCESSOR)   KILLEN AL

Seed were shipped by: INTEST

Name  Address on tag: **CLEMMONS & HAMNER   KILLEN AL**

Date Rec'd.  02/19/2004  Date of Report  03/11/2004  Where Grown  **NS**  Net Wt.  **50**  Bags on Hand  1050

Variety  Common Name Given on Tag  **W.G.F. SORGHUM**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| **FOUND:** | | | | | 86 | 0 | 03/11/2004 |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

| | |
|---|---|
| Labeled: | **NS** |
| Found: | |

**VIOLATION:REASON**

COMMENTS   1050 BAGS  *INTEST   *THIS SEED WAS TAKEN AT SEED PROCESSOR- IT MAY BE OFFERED FOR SALE AFTER ANALYSIS IS DONE.

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21325 |
| LOT NO | **320226GGR-00** |
| INSP NO | 24-D |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  PENNINGTON SEED          CULLMAN, AL

Seed were shipped by:  PENNINGTON SEED    GREENFIELD, MO

Name  Address on tag:  **PENNINGTON SEED     GREENFIELD, MO**

Date Rec'd.  02/19/2004   Date of Report   03/24/2004   Where Grown   **MO**   Net Wt.   **25**   Bags on Hand   320

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | 1.30 | .50 | 2.20 | 85 | NS | 9/03 |
| FOUND: | 96.99 | .65 | .12 | 2.24 | 84 | 0 | 03/24/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:          **72 HAIRY CHESS, 45 DOCK, 45 SHEEP SORREL, 18 BUCKHORN PLANTAIN**

Found:                      **18 SHEEP SORREL, 9 DOCK**

VIOLATION:REASON

COMMENTS     320 BAGS  *LAWN GRASS SEED  (TREATED)

Director

Seed Division

# STATE OF ALABAMA



## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

| Seed Division | | LAB NO | 21326 |
|---|---|---|---|
| Phone: (334) 240-7140 | | LOT NO | **30229GGR** |
| Fax (334) 240-7193 | | INSP NO | 25-D |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   PENNINGTON SEED              CULLMAN, AL

Seed were shipped by:  PENNINGTON SEED     GREENFIELD, MO

Name  Address on tag:  **PENNINGTON SEED     GREENFIELD, MO**

Date Rec'd.   2/19/04  Date of Report   3/19/04   Where Grown     **MO**   Net Wt.   **50**   Bags on Hand   144

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **.90** | **.60** | **2.50** | **85** | **NS** | **10/03** |
| FOUND: | **97.18** | **.34** | **.08** | **2.40** | **93** | **0** | **3/19/04** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:              **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found:                            **HAIRY CHESS/CHEAT=27**

## VIOLATION:REASON

**COMMENTS**    144 BAGS *LAWN GRASS SEED  (TREATED)

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21327 |
| LOT NO | **30211GGR** |
| INSP NO | 26-D |

### SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**
**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:   PENNINGTON SEED          CULLMAN, AL

Seed were shipped by:   PENNINGTON SEED    GREENFIELD, MO

Name  Address on tag:   **PENNINGTON SEED    GREENFIELD, MO**

Date Rec'd.   2/19/04    Date of Report   :   3/19/04    Where Grown   !   **MO**   |   Net Wt.   |   **50**   Bags on Hand   72

Variety  Common Name Given on Tag   **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **.90** | **.60** | **2.50** | **85** | **NS** | **10/03** |
| FOUND: | 95.95 | .49 | .15 | 3.41 | 93 | 0 | 3/19/04 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:              **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found:                        **CHEAT/HAIRY CHESS=36**

VIOLATION:REASON

COMMENTS    72 BAGS  *LAWN GRASS SEED  (TREATED)

Director

Seed Division





# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21328 |
| LOT NO | **30208GGR** |
| INSP NO | 27-D |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:   PENNINGTON SEED          CULLMAN, AL.

Seed were shipped by:  PENNINGTON SEED    GREENFIELD, MO

Name  Address on tag:  **PENNINGTON SEED      GREENFIELD, MO**

Date Rec'd.   2/19/04    Date of Report   3/19/04    Where Grown    **MO**    Net Wt.    **50**    Bags on Hand    120

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .90 | .60 | 2.50 | 85 | NS | 10/03 |
| FOUND: | 95.78 | .35 | .28 | 3.59 | 91 | 0 | 3/19/04 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                  **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found:                             **CHEAT/HAIRY CHESS=18**

VIOLATION:REASON

COMMENTS    120 BAGS *LAWN GRASS SEED  (TREATED)

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21329 |
| LOT NO | **30209GGR** |
| INSP NO | 28-D |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: PENNINGTON SEED            CULLMAN, AL

Seed were shipped by: PENNINGTON SEED    GREENFIELD, MO

Name  Address on tag: **PENNINGTON SEED    GREENFIELD, MO**

Date Rec'd.  2/19/04    Date of Report    3/19/04   Where Grown    **MO**   Net Wt.   **50**    Bags on Hand    72

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab    **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .90 | .60 | 2.50 | 85 | NS | 10/03 |
| FOUND: | 95.80 | .25 | .53 | 3.42 | 92 | 0 | 3/19/04 |

#### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:           135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN

Found:                      HAIRY CHESS/CHEAT=18

VIOLATION:REASON

COMMENTS    72 BAGS *LAWN GRASS SEED (TREATED)

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21330 |
| LOT NO | **30249GGR** |
| INSP NO | 29-D |

### SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**
**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:   PENNINGTON SEED                CULLMAN, AL

Seed were shipped by:   PENNINGTON SEED    GREENFIELD, MO

Name  Address on tag:  **PENNINGTON SEED    GREENFIELD, MO**

Date Rec'd.   2/19/04   Date of Report    3/19/04   Where Grown      **MO**   Net Wt.   **50**   Bags on Hand   96

Variety  Common Name Given on Tag   **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .90 | .60 | 2.50 | 85 | NS | 10/03 |
| FOUND: | 96.02 | .54 | .97 | 2.47 | 97 | 0 | 3/19/04 |

<u>Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed</u>

Labeled:            135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN

Found:                          HAIRY CHESS/CHEAT=63

VIOLATION:REASON

COMMENTS    96 BAGS  *LAWN GRASS SEED  (TREATED)

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21331 |
| LOT NO | **320321GGR** |
| INSP NO | 30-D |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   PENNINGTON SEED          CULLMAN, AL

Seed were shipped by:  PENNINGTON SEED    GREENFIELD, MO

Name  Address on tag:  **PENNINGTON SEED    GREENFIELD, MO**

Date Rec'd.   2/19/04   Date of Report   3/19/04   Where Grown   **MO**  Net Wt.   **25**   Bags on Hand    560

Variety  Common Name Given on Tag   **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **.90** | **.60** | **2.50** | **85** | **NS** | **12/03** |
| FOUND: | **97.89** | **.51** | **.03** | **1.57** | **96** | **0** | **3/19/04** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:            **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found:                          **HAIRY CHESS/CHEAT=27**

VIOLATION:REASON

COMMENTS   560 BAGS  *LAWN GRASS SEED  (TREATED)

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21332 |
|---|---|
| LOT NO | **320220GGR-WT** |
| INSP NO | 31-D |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   PENNINGTON SEED          CULLMAN, AL

Seed were shipped by:  PENNINGTON SEED    GREENFIELD, MO

Name  Address on tag:  **PENNINGTON SEED    GREENFIELD, MO**

Date Rec'd.  02/19/2004   Date of Report   03/24/2004   Where Grown   **MO**   Net Wt.   **25**   Bags on Hand   520

Variety  Common Name Given on Tag   **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | 1.20 | .40 | 2.40 | 85 | NS | 9/03 |
| FOUND: | | | OK | | 86 | 0 | 03/24/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:            **117 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found:                          **NONE FOUND**

VIOLATION:REASON

COMMENTS    520 BAGS  *LAWN GRASS SEED  (TREATED)

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21334 |
| LOT NO | **320266GGR** |
| INSP NO | 33-D |

## SEED REPORT  STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  PENNINGTON SEED            CULLMAN, AL

Seed were shipped by:  PENNINGTON SEED   GREENFIELD, MO

Name  Address on tag:  **PENNINGTON SEED    GREENFIELD, MO**

Date Rec'd.   02/19/2004 | Date of Report   03/19/2004 | Where Grown   **MO** | Net Wt.   **25** | Bags on Hand   160

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .90 | .60 | 2.50 | 85 | NS | 10/03 |
| FOUND: | | | OK | | 93 | 0 | 03/19/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:            **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found:                        **HAIRY CHESS/CHEAT=9**

VIOLATION:REASON

COMMENTS    160 BAGS *LAWN GRASS SEED (TREATED)

Director

Seed Division

  


# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033(

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21341 |
| LOT NO | **1254EW4XA** |
| INSP NO | 40-D |

### SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:   SOUTHERN STATES STORE          CENTRE, AL

Seed were shipped by:   MONSATO CO.      ST. LOUIS, MO

Name  Address on tag:   **MONSANTO CO.     ST. LOUIS, MO**

Date Rec'd.   02/19/2004 | Date of Report   03/09/2004 | Where Grown   **MO** | Net Wt.   **50** | Bags on Hand   180

Variety  Common Name Given on Tag   **AG4902  SOYBEAN**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98.5** | **1** | **0** | **.5** | **80** | **0** | **11/03** |
| FOUND: | | | **OK** | | **96** | **0** | **03/09/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

Labeled:                                              **NONE**

Found:

**VIOLATION:REASON**

**COMMENTS**    180 BAGS  ***VIGOR TEST ALSO:  VIGOR RESULTS 21% + 0% DORMANT SEED; LOW VIGOR.

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| LAB NO | 21375 |
|---|---|
| LOT NO | **393-T** |
| INSP NO | 386-A |

## SEED REPORT  STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at: AGRILIANCE AFC                DECATUR, AL

Seed were shipped by: CLEMMONS & HAMNER SEED KILLEN, AL

Name  Address on tag: **AL FARMERS COOP    DECATUR, AL**

| Date Rec'd. | 02/19/2004 | Date of Report | 03/11/2004 | Where Grown | **AL** | Net Wt. | **50** | Bags on Hand | 450 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **W G F SORGHUM**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98.50** | **.80** | **.20** | **.50** | **80** | **0** | **11/03** |
| FOUND: | | | | | **86** | **0** | **03/11/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                          **NONE**

Found:

VIOLATION:REASON

COMMENTS     450 BAGS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21376 |
| LOT NO | **21102** |
| INSP NO | 387-A |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: AGRILIANCE AFC          DECATUR, AL

Seed were shipped by: TECOMATE WILDLIFE SYSTEMS   MC ALLEN TX

Name  Address on tag: **TECOMATE WILDLIFE SYSTEMS   MC ALLEN TX**

Date Rec'd. 02/19/2004 | Date of Report 03/16/2004 | Where Grown **AUSTRALIA** | Net Wt. **20** | Bags on Hand 1200

Variety  Common Name Given on Tag **RONGAI LAB LAB**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99.05** | **.95** | **0** | **0** | **87** | **1** | **2/04** |
| **FOUND:** | | | **OK** | | **90** | **0** | **03/16/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                           **NONE**

Found:

VIOLATION:REASON

COMMENTS    1200 BAGS *LOT NUMBER  HAS BEEN CHANGED, ORIGINAL LOT NUMBER: 17761

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21377 |
| LOT NO | **425** |
| INSP NO | 388-A |

### SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:     AGRILIANCE AFC                    DECATUR, AL

Seed were shipped by:  CLEMMONS & HAMNER SEED  KILLEN, AL

Name  Address on tag:  **AGRILIANCE-AFC, LLC   DECATUR, AL**

Date Rec'd.   02/19/2004  |  Date of Report   03/09/2004  |  Where Grown   **TN**  |  Net Wt.   **50**  |  Bags on Hand   40

Variety  Common Name Given on Tag  **HICKORY KING (WHITE) OPEN POLLINATED CORN**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 98 | 1.25 | .05 | .70 | 85 | 0 | 11/03 |
| FOUND: | | | | | 87 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                        **NONE**

Found:

**VIOLATION:REASON**

**COMMENTS**     40 BAGS

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21378 |
| LOT NO | **407** |
| INSP NO | 389-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  AGRILIANCE AFC                DECATUR, AL

Seed were shipped by:  CLEMMONS & HAMNER SEED  KILLEN, AL

Name  Address on tag:  **AGRILIANCE-AFC, LLC  DECATUR, AL**

Date Rec'd.  02/19/2004   Date of Report   03/09/2004   Where Grown   **TN**   Net Wt.   **50**   Bags on Hand   100

Variety  Common Name Given on Tag   **TRUCKER'S FAVORITE ( YELLOW ) OPEN POLLINATED CORN**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98** | **1.25** | **.05** | **.70** | **85** | **0** | **11/03** |
| FOUND: | | | | | **96** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                    **NONE**

Found:

VIOLATION:REASON

COMMENTS   100 BAGS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21379 |
| LOT NO | **428** |
| INSP NO | 390-A |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   AGRILIANCE AFC              DECATUR, AL

Seed were shipped by:  CLEMMONS & HAMNER SEED  KILLEN, AL

Name  Address on tag:  **AGRILIANCE-AFC, LLC   DECATUR, AL**

Date Rec'd.   02/19/2004   Date of Report   03/09/2004   Where Grown   **TN**   Net Wt.   **50**   Bags on Hand   120

Variety  Common Name Given on Tag   **TRUCKER'S FAVORITE (WHITE) OPEN POLLINATED CORN**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 98 | 1.25 | .05 | .70 | 85 | 0 | 11/03 |
| FOUND: | | | | | 95 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                              **NONE**

Found:

VIOLATION:REASON

COMMENTS    120 BAGS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21380 |
| LOT NO | **E244635** |
| INSP NO | 391-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | |
|---|---|---|
| Seed Sample Collected at: | AGRILIANCE AFC           DECATUR, AL | |
| Seed were shipped by: | LAND O' LAKES, INC.    FT. DODGE, IA | |
| Name  Address on tag: | **LAND O' LAKES, INC.    FT. DODGE, IA** | |

| Date Rec'd. | 02/19/2004 | Date of Report | 03/09/2004 | Where Grown | **IA** | Net Wt. | **59** | Bags on Hand | 250 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **872RR2 LR-B1 HYBRID SEED CORN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99.5** | **.5** | **0** | **0** | **95** | **NS** | **1/04** |
| FOUND: | | | | | **98** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                 **NONE**

Found:

VIOLATION:REASON

COMMENTS    250 BAGS *TREATED: MAXIM. METALAXYL, ACTELLIC-5E

Director

Seed Division





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21381 |
| LOT NO | **G1125/03A-8539** |
| INSP NO | 392-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  AGRILIANCE AFC          DECATUR, AL

Seed were shipped by: THE WAX CO. AMORY, MS

Name  Address on tag: **THE WAX CO. AMORY, MS**

Date Rec'd.  02/19/2004  Date of Report   03/09/2004  Where Grown   **CA**  Net Wt.  **50**  Bags on Hand   280

Variety  Common Name Given on Tag  **CA. CERT. MISSISSIPPI PINKEYE SOUTHERNPEA**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98.50** | **1.45** | **0** | **.05** | **85** | **0** | **12/03** |
| FOUND: | | | **OK** | | **86** | **3** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                               **NONE**

Found:

VIOLATION:REASON

COMMENTS    280 BAGS * CA. CERT. *VARIETY ON BAG: MISSISSIPPI PINKEYE PURPLEHULL

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21382 |
| LOT NO | **G1152/03A-7796** |
| INSP NO | 393-A |

### SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:   AGRILIANCE AFC           DECATUR, AL

Seed were shipped by:   THE WAX CO. AMORY, MS

Name  Address on tag:   **THE WAX CO. AMORY, MS**

Date Rec'd.   02/19/2004   Date of Report   03/09/2004   Where Grown   **CA**   Net Wt.   **50**   Bags on Hand   40

Variety  Common Name Given on Tag   **MISSISSIPPI SILVER SOUTHERNPEA**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98.50** | **1.45** | **0** | **.05** | **80** | **0** | **12/03** |
| FOUND: | | | **OK** | | 91 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                    **NONE**

Found:

VIOLATION:REASON

COMMENTS     40 BAGS *LOT NUMBER ON BAG: G1152

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033(

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21388 |
| LOT NO | **221** |
| INSP NO | 399-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | BRAGG FARMS | TONEY, AL | |
| Seed were shipped by: | INTEST | | |
| Name  Address on tag: | **PROCESSED BY BRAGG FARMS  TONEY, AL** | | |

| Date Rec'd. | 02/19/2004 | Date of Report | 03/09/2004 | Where Grown | **NS** | Net Wt. | **50** | Bags on Hand | 900 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **SSCA CERT. HUTCHESON SOYBEAN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.55** | **.45** | **0** | **0** | **91** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                                         **NS**

Found:                                                                         **NONE**

VIOLATION:REASON

COMMENTS     900 BAGS **INTEST * SSCA CERT.

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21389 |
| LOT NO | **222** |
| INSP NO | 400-A |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | |
|---|---|---|
| Seed Sample Collected at: | BRAGG FARMS | TONEY, AL |
| Seed were shipped by: | INTEST | |
| Name  Address on tag: | **PROCESSED BY BRAGG FARMS  TONEY, AL** | |

| Date Rec'd. | 02/19/2004 | Date of Report | 03/09/2004 | Where Grown | **NS** | Net Wt. | **50** | Bags on Hand | 900 |
|---|---|---|---|---|---|---|---|---|---|

| Variety  Common Name Given on Tag | **SSCA CERT. HUTCHESON SOYBEAN** |
|---|---|
| **Found in this Lab** | **SAME** |

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.58** | **.38** | **0** | **.04** | **92** | **0** | **03/09/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

| | |
|---|---|
| Labeled: | **NS** |
| Found: | **NONE** |

**VIOLATION:REASON**

COMMENTS     900 BAGS **INTEST * SSCA CERT.

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033(

| | |
|---|---|
| Seed Division | LAB NO    21390 |
| Phone: (334) 240-7140 | LOT NO    **223** |
| Fax (334) 240-7193 | INSP NO    401-A |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | |
|---|---|
| Seed Sample Collected at: | BRAGG FARMS          TONEY, AL |
| Seed were shipped by: | INTEST |
| Name  Address on tag: | **PROCESSED BY BRAGG FARMS  TONEY, AL** |

| Date Rec'd. | 02/19/2004 | Date of Report | 03/11/2004 | Where Grown | **NS** | Net Wt. | **50** | Bags on Hand | 800 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag   **SSCA CERT. HUTCHESON SOYBEAN**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.43** | **.51** | **0** | **.06** | **89** | **0** | **03/11/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **NS** |
| Found: | **NONE** |

VIOLATION:REASON

COMMENTS    800 BAGS **INTEST * SSCA CERT.

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21391 |
| LOT NO | **301** |
| INSP NO | 402-A |

### SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at: BRAGG FARMS          TONEY, AL

Seed were shipped by: INTEST

Name  Address on tag: **PROCESSED BY BRAGG FARMS  TONEY, AL**

Date Rec'd. 02/19/2004 | Date of Report 03/11/2004 | Where Grown **NS** | Net Wt. **50** | Bags on Hand 900

Variety  Common Name Given on Tag **DG 3614 RR SOYBEAN**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.36** | **.55** | **0** | **.09** | **88** | **0** | **03/11/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NS**

Found: **NONE**

VIOLATION:REASON

COMMENTS     900 BAGS **INTEST

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21392 |
| LOT NO | **302** |
| INSP NO | 403-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | BRAGG FARMS | TONEY, AL | |
| Seed were shipped by: | INTEST | | |
| Name  Address on tag: | **PROCESSED BY BRAGG FARMS  TONEY, AL** | | |

| Date Rec'd. | 02/19/2004 | Date of Report | 03/11/2004 | Where Grown | **NS** | Net Wt. | **50** | Bags on Hand | 900 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **DG 3614 RR SOYBEAN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.08** | **.85** | **0** | **.07** | **89** | **0** | **03/11/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **NS** |
| Found: | **NONE** |

VIOLATION:REASON

COMMENTS    900 BAGS **INTEST

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

### 1445 Federal Drive
### Montgomery, Alabama  36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-033

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21393 |
| **LOT NO** | **303** |
| **INSP NO** | 404-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | | | | |
|---|---|---|---|---|---|---|
| Seed Sample Collected at: | BRAGG FARMS | | TONEY, AL | | | |
| Seed were shipped by: | INTEST | | | | | |
| Name  Address on tag: | **PROCESSED BY BRAGG FARMS  TONEY, AL** | | | | | |
| Date Rec'd.  02/19/2004 | Date of Report  03/09/2004 | Where Grown | **NS** | Net Wt. | **50** | Bags on Hand  900 |

Variety  Common Name Given on Tag  **DG 3614 RR SOYBEAN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.04** | **.75** | **0** | **.21** | **92** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **NS** |
| Found: | **NONE** |

**VIOLATION:REASON**

**COMMENTS**     900 BAGS **INTEST

**Director**

**Seed Division**



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21394 |
| LOT NO | **304** |
| INSP NO | 405-A |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

| | | | | |
|---|---|---|---|---|
| Seed Sample Collected at: | BRAGG FARMS | | TONEY, AL | |
| Seed were shipped by: | INTEST | | | |
| Name  Address on tag: | **PROCESSED BY BRAGG FARMS  TONEY, AL** | | | |

| Date Rec'd. | 02/19/2004 | Date of Report | 03/11/2004 | Where Grown | **NS** | Net Wt. | **50** | Bags on Hand | **900** |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **DG 3614 RR SOYBEAN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **98.90** | **.64** | **0** | **.46** | **93** | **0** | **03/11/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **NS** |
| Found: | **NONE** |

VIOLATION:REASON

COMMENTS    900 BAGS **INTEST

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama  36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-033

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21396 |
| **LOT NO** | **8951** |
| **INSP NO** | 342-0 |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Seed Sample Collected at:** | SEED PROCESSORS | | WETUMPKA, AL | | | |
| **Seed were shipped by:** | CARRY OVER | | | | | |
| **Name  Address on tag:** | **THE WAX CO     AMORY, MS** | | | | | |
| **Date Rec'd.** | 02/24/2004 | **Date of Report** 03/09/2004 | **Where Grown** | **SD** | **Net Wt.** 50 | **Bags on Hand** 1 |

**Variety  Common Name Given on Tag** | **BLACK OIL F-2 HYBRID SUNFLOWER**

**Found in this Lab** | **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **98** | **1** | **.05** | **.95** | **80** | --- | 4/03 |
| **FOUND:** | | | | | **26** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NONE**

Found:

### VIOLATION:REASON

**COMMENTS**   1 BAG *OLD TEST DATE:  This lot of seed was found to germinate below the minimum germination standard of 60%; therefore, this lot of seed cannot be offered for sale in Alabama.

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21400 |
| LOT NO | **03-8819-5** |
| INSP NO | 346-0 |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | |
|---|---|
| Seed Sample Collected at: | SEED PROCESSORS        WETUMPKA, AL |
| Seed were shipped by: | PENNINGTON SEED INC.  CULLMAN, AL |
| Name  Address on tag: | **C.T. SMITH LTD   PLEASANTON, TX** |

| Date Rec'd. | 02/24/2004 | Date of Report | 03/23/2004 | Where Grown | **TX** | Net Wt. | **50** | Bags on Hand | 15 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag **PINKEYE PURPLEHULL BVR SOUTHERNPEA**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98** | **1** | **0** | **1** | **75** | **0** | **12/03** |
| FOUND: | | | **OK** | | **95** | **0** | 03/23/2004 |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

Labeled:                                          **NONE**

Found:

VIOLATION:REASON

COMMENTS   15 BAGS * CAPTAN TREATED SEED   UNABLE TO DO A COMPLETE VARIETAL DIFFERTIATION BECAUSE OF TREATMENT.

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21401 |
| LOT NO | **4301** |
| INSP NO | 347-0 |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at: SEED PROCESSORS          WETUMPKA, AL

Seed were shipped by: CARRY OVER

Name  Address on tag: **SEED PROCESSORS     WETUMPKA, AL**

Date Rec'd.  02/24/2004 | Date of Report  03/16/2004 | Where Grown  **TX** | Net Wt.  **50** | Bags on Hand  28

Variety  Common Name Given on Tag  **SUMMERGRAZER 111 HYBRID SORGHUM SUDANGRASS**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98.50** | **1** | **.05** | **.45** | **85** | **NS** | **1/03** |
| FOUND: | | | | | 76 | 0 | 03/16/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                   **NONE**

Found:

VIOLATION:REASON

COMMENTS    28 BAGS *OLD TEST DATE **CAPTAN TREATED:  This lot of seed was found to germinate lower than the germination stated on the analysis tag.

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21408 |
| LOT NO | **B03010** |
| INSP NO | 354-0 |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   PIEDMONT FERTILIZER CO.          OPELIKA, AL

Seed were shipped by: THE WAX CO    AMORY, MS

Name  Address on tag: **THE WAX CO    AMORY, MS**

Date Rec'd.  02/26/2004  Date of Report  03/17/2004  Where Grown    **CA**   Net Wt.  **50**   Bags on Hand   4

Variety  Common Name Given on Tag  **HULLED BERMUDAGRASS**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **95** | **4** | **.50** | **.50** | **85** | **NS** | 7/03 |
| **FOUND:** | **96.48** | **3.47** | **.05** | **0** | **93** | **0** | 03/17/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                        **NONE**

Found:

**VIOLATION:REASON**

**COMMENTS**   4 BAGS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21409 |
| LOT NO | **Z3DON11022-00** |
| INSP NO | 129-G |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: DALE FARM CO. OP                    ARITON, AL

Seed were shipped by: AFC        DECATUR

Name  Address on tag: **PIONEER**

Date Rec'd. 02/26/2004 | Date of Report 03/09/2004 | Where Grown  **NE** | Net Wt.  **50** | Bags on Hand  81

Variety  Common Name Given on Tag  **32R25 HYBRID FIELD CORN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99.5** | **.5** | **0** | **0** | **95** | **0** | **12/03** |
| FOUND: | | | | | **99** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                   **NONE**

Found:

VIOLATION:REASON

COMMENTS    81 BAGS *TREATED: FLUDIOXONIL & METALAXYL-M

Director

Seed Division



# STATE OF ALABAMA
## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21410 |
| LOT NO | **W3STJ11018-F1** |
| INSP NO | 130-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

**Seed Sample Collected at:** DALE CO/OP                    ARITON, AL

**Seed were shipped by:** AFC        DECATUR

**Name Address on tag:** **PIONEER**

**Date Rec'd.** 02/26/2004  **Date of Report** 03/09/2004  **Where Grown** **IL**  **Net Wt.** **50**  **Bags on Hand** 29

**Variety  Common Name Given on Tag** **31G97 HYBRID FIELD CORN**

**Found in this Lab** **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99.5** | **.5** | **0** | **0** | **95** | **0** | 12/03 |
| FOUND: | | | | | 98 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

**Labeled:**                                              **NONE**

**Found:**

**VIOLATION:REASON**

**COMMENTS**   29 BAGS *TREATED: FLUDIOXONIL & METALAXYL-M

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

LAB NO        21411

LOT NO        **W3WOR11010-00**

INSP NO        131-G

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

**Seed Sample Collected at:**  DALE CO/OP                    ARITON, AL

**Seed were shipped by:**  AFC        DECATUR

**Name  Address on tag:**  **PIONEER**

**Date Rec'd.**  02/26/2004  **Date of Report**  03/09/2004  **Where Grown**  **IL**  **Net Wt.**  **50**  **Bags on Hand**  100

**Variety  Common Name Given on Tag**  **31G66 HYBRID FIELD CORN**

**Found in this Lab**  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99.5** | **.5** | **0** | **0** | **95** | **0** | **12/03** |
| FOUND: | | | | | **99** | **0** | **03/09/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

**Labeled:**                              **NONE**

**Found:**

**VIOLATION:REASON**

**COMMENTS**    100 BAGS *TREATED: FLUDIOXONIL & METALAXYL-M

**Director**

**Seed Division**




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone:** (334) 240-7140

**Fax** (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21412 |
| **LOT NO** | **Z3G0011003-00** |
| **INSP NO** | 132-G |

### SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  DALE CO-OP                     ARITON, AL

Seed were shipped by: AFC        DECATUR

Name  Address on tag:  **PIONEER**

Date Rec'd.  02/26/2004  **Date of Report**  03/09/2004  **Where Grown**  **IL**  **Net Wt.**  **50**  **Bags on Hand**  60

Variety  Common Name Given on Tag  **31G98 HYBRID FIELD CORN**

**Found in this Lab**  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99.5** | **.5** | **0** | **0** | **95** | **0** | **12/03** |
| FOUND: | | | | | **99** | **0** | **03/09/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

Labeled:                                              **NONE**

Found:

**VIOLATION:REASON**

**COMMENTS**   60 BAGS *TREATED: FLUDIOXONIL & METALAXYL-M

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21413 |
|---|---|
| LOT NO | **W3C0N11038-P5** |
| INSP NO | 133-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  DALE CO/OP                    ARITON, AL

Seed were shipped by:  AFC        DECATUR

Name  Address on tag:  **PIONEER**

Date Rec'd.  02/26/2004  Date of Report  03/09/2004  Where Grown    **MI**   Net Wt.  **50**   Bags on Hand    100

Variety  Common Name Given on Tag  **33V15 HYBRID FIELD CORN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 99.5 | .5 | 0 | 0 | 95 | 0 | 12/03 |
| FOUND: | | | | | 99 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                        **NONE**

Found:

VIOLATION:REASON

COMMENTS    100 BAGS *TREATED: FLUDIOXONIL & METALAXYL-M

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21414 |
| LOT NO | **401** |
| INSP NO | 134-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   SEED SOUTH                      DOTHAN AL

Seed were shipped by:  KELLOGG SEED CO.  CROWS LANDING, CA

Name  Address on tag:  **KELLOGG SEED CO.  CROWS LANDING, CA**

Date Rec'd.   02/26/2004   Date of Report   03/09/2004   Where Grown   **CA**   Net Wt.   **50**   Bags on Hand   29

Variety  Common Name Given on Tag   **JACKSON WONDER LIMA BEANS**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 99 | 1 | 0 | 0 | 85 | 0 | 10/03 |
| FOUND: | | | | | 92 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                     0

Found:

VIOLATION:REASON

COMMENTS    29 BAGS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21415 |
| **LOT NO** | **413** |
| **INSP NO** | 135-G |

### SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   SEED SOUTH                    DOTHAN AL

Seed were shipped by:   KELLOGG SEED CO. CROWS LANDING, CA

Name Address on tag:   **KELLOGG SEED CO. CROWS LANDING, CA**

Date Rec'd.   02/26/2004   Date of Report   03/09/2004   Where Grown   **CA**   Net Wt.   **50**   Bags on Hand   28

Variety Common Name Given on Tag   **NEMAGREEN LIMA BEANS**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **12/03** |
| **FOUND:** | | | | | **85** | **0** | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                              0

Found:

VIOLATION:REASON

COMMENTS   28 BAGS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21417 |
| LOT NO | 94 |
| INSP NO | 137-G |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: SEED SOUTH                DOTHAN AL

Seed were shipped by: PHILIP LV   POULAN, GA

Name  Address on tag: INTEST

Date Rec'd. 02/26/2004 | Date of Report 03/16/2004 | Where Grown GA | Net Wt. 50 | Bags on Hand 300

Variety  Common Name Given on Tag  W G F SORGHUM

Found in this Lab  SAME

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | NS | NS | NS | NS | NS | NS | NS |
| FOUND: | | | | | 73 | 0 | 03/16/2004 |

#### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                              NS

Found:

VIOLATION:REASON

COMMENTS   300 BAGS ***INTEST

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21418 |
| LOT NO | **G1125 / 03A-8539** |
| INSP NO | 138-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   SEED SOUTH                    DOTHAN AL

Seed were shipped by: THE WAX CO  AMORY, MS

Name  Address on tag: **THE WAX CO  AMORY, MS**

Date Rec'd.   02/26/2004 | Date of Report   03/25/2004 | Where Grown   **CA** | Net Wt.   **50** | Bags on Hand   80

Variety  Common Name Given on Tag  **MISSISSIPPI PINKEYE SOUTHERN PEA**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98.50** | **1.45** | **0** | **.05** | **85** | **0** | **12/03** |
| FOUND: | | | **OK** | | **95** | **1** | **03/25/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: | | 0

Found: |

VIOLATION:REASON

COMMENTS     80 BAGS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21419 |
|---|---|
| LOT NO | **03-8856-5** |
| INSP NO | 139-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  SEED SOUTH                    DOTHAN AL

Seed were shipped by: C. T. SMITH dba TASSO PROD.   PLEASANTON, TX

Name  Address on tag: **C. T. SMITH  dba TASSO PROD.   PLEASANTON, TX**

| Date Rec'd. | 02/26/2004 | Date of Report | 03/25/2004 | Where Grown | **TX** | Net Wt. | **50** | Bags on Hand | 50 |

Variety  Common Name Given on Tag **ZIPPER CREAM SOUTHERNPEA**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **93.51** | **1.50** | **0** | **4.99** | **75** | **0** | **1/04** |
| FOUND: | | | **OK** | | **85** | **0** | **03/25/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                   **NONE**

Found:

VIOLATION:REASON

COMMENTS    50 BAGS **TREATED: CAPTAN

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21420 |
| LOT NO | **03-8904** |
| INSP NO | 140-G |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  SEED SOUTH                    DOTHAN AL

Seed were shipped by:  C. T. SMITH dba TASSO PROD.   PLEASANTON, TX

Name  Address on tag:  **C. T. SMITH  dba TASSO PROD.   PLEASANTON, TX**

| Date Rec'd. | 02/26/2004 | Date of Report | 03/23/2004 | Where Grown | **TX** | Net Wt. | **50** | Bags on Hand | 42 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **CALIFORNIA BLACKEYE #5 SOUTHERNPEA**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98** | **1** | **0** | **1** | **80** | **0** | **10/03** |
| FOUND: | | | OK | | 96 | 0 | 03/23/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                              **NONE**

Found:

VIOLATION:REASON

COMMENTS    42 BAGS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21421 |
| LOT NO | **03-8821** |
| INSP NO | 141-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: SEED SOUTH                    DOTHAN AL

Seed were shipped by: C. T. SMITH dba TASSO PROD.   PLEASANTON, TX

Name  Address on tag: **C. T. SMITH  dba TASSO PROD.   PLEASANTON, TX**

Date Rec'd.  02/26/2004   Date of Report  03/23/2004   Where Grown   **TX**   Net Wt.   **50**   Bags on Hand   48

Variety  Common Name Given on Tag  **MISSISSIPPI PURPLE SOUTHERNPEA**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **93.51** | **1.50** | **0** | **4.99** | **75** | **0** | **11/03** |
| FOUND: | | | **OK** | | **93** | **0** | **03/23/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                    **NONE**

Found:

VIOLATION:REASON

COMMENTS   48 BAGS

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21422 |
| LOT NO | **5132-19** |
| INSP NO | 142-G |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  SEED SOUTH                  DOTHAN AL

Seed were shipped by:  COFFEY SEED CO    PLAINVILLE, TX

Name  Address on tag:  **SEED SOUTH    DOTHAN, AL**

Date Rec'd.  02/26/2004 | Date of Report  04/07/2004 | Where Grown  **TX** | Net Wt.  **50** | Bags on Hand  600

Variety  Common Name Given on Tag  **TIFLEAF 3 HYBRID PEARL MILLET**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **98** | **1.95** | **.01** | **.04** | **80** | **NS** | **1/04** |
| **FOUND:** | | | **OK** | | **88** | **0** | **04/07/2004** |

#### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                  **NONE**

Found:

**VIOLATION:REASON**

**COMMENTS**   600 BAGS *TREATED: ACTELLIC INSECTICIDE

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21424 |
| **LOT NO** | 8 |
| **INSP NO** | 144-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   SEED SOUTH                DOTHAN AL

Seed were shipped by:  AGNEW FARMS   LEED, FL

Name  Address on tag:  **INTEST**

Date Rec'd.  02/26/2004  **Date of Report**  03/25/2004  **Where Grown**  **FL**  Net Wt.  **50**  **Bags on Hand**  150

Variety  Common Name Given on Tag  **IRON & CLAY COWPEAS**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **97.57** | **2.43** | **0** | **0** | **73** | **14** | **03/25/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

Labeled:                                              **NS**

Found:

VIOLATION:REASON

COMMENTS   150 BAGS **INTEST

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21425 |
| LOT NO | **15** |
| INSP NO | 145-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   SEED SOUTH                    DOTHAN AL

Seed were shipped by:   AGNEW FARMS    LEED, FL

Name  Address on tag:   **INTEST**

| Date Rec'd. | 02/26/2004 | Date of Report | 03/25/2004 | Where Grown | **FL** | Net Wt. | **50** | Bags on Hand | 200 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag   **IRON & CLAY COWPEAS**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.16** | **.79** | **.01** | **.04** | **85** | **7** | 03/25/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **NS** |
|---|---|
| Found: | |

**VIOLATION:REASON**

**COMMENTS**   200 BAGS **INTEST

**Director**

**Seed Division**



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21426 |
| LOT NO | **10379** |
| INSP NO | 146-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  SEED SOUTH                    DOTHAN AL

Seed were shipped by:  PENNINGTON SEED INC   MADISON GA

Name  Address on tag:  **PENNINGTON SEED INC   MADISON GA**

Date Rec'd.  02/26/2004 | Date of Report  03/19/2004 | Where Grown  **AZ** | Net Wt.  **50** | Bags on Hand  30

Variety  Common Name Given on Tag  **LONG POD GREEN OKRA**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 99 | .98 | .01 | .01 | 50 | 30 | 12/03 |
| FOUND: | | | | | 61 | 29 | 03/19/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                    **NONE**

Found:

VIOLATION:REASON

COMMENTS    30 BAGS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21427 |
| **LOT NO** | 1 |
| **INSP NO** | 147-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: SEED SOUTH         DOTHAN AL

Seed were shipped by: THOMAS FARMS  JAY, FL

Name  Address on tag: **SEED SOUTH        DOTHAN, AL**

Date Rec'd.  02/26/2004   Date of Report   03/22/2004   Where Grown   FL   Net Wt.   **50**   Bags on Hand   226

Variety  Common Name Given on Tag  **CHUFAS**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **32** | **48** | **11/03** |
| FOUND: | | | | | 42 | 45 | 03/22/2004 |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                   **NONE**

Found:

**VIOLATION:REASON**

**COMMENTS**    226 BAGS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21428 |
| **LOT NO** | **210** |
| **INSP NO** | 148-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

**Seed Sample Collected at:**  AGRILIANCE AFC                    DOTHAN, AL

**Seed were shipped by:** CARRY OVER

**Name  Address on tag:** **ALABAMA FARMERS CO-OP  DECATUR, AL**

**Date Rec'd.** 02/26/2004 | **Date of Report** 03/16/2004 | **Where Grown** **AL** | Net Wt. **50** | Bags on Hand 21

**Variety  Common Name Given on Tag** W G F SORGHUM

**Found in this Lab** SAME

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **98** | **1** | **.30** | **.70** | **80** | **0** | **12/02** |
| **FOUND:** | | | | | 72 | 0 | 03/16/2004 |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

**Labeled:** **NONE**

**Found:**

**VIOLATION:REASON**

**COMMENTS**    21 BAGS;  This lot of seed was found to germinate lower than the germination stated on the analysis tag.

**Director**

**Seed Division**




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21429 |
| LOT NO | 428-S-1610-2 |
| INSP NO | 149-G |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  AGRILIANCE AFC                 DOTHAN, AL

Seed were shipped by:  D & PL SCOTT, MS

Name Address on tag:  **D & PL  SCOTT, MS**

Date Rec'd.  02/26/2004   Date of Report  03/09/2004   Where Grown   **AZ**   Net Wt.  **56.9**   Bags on Hand   800

Variety  Common Name Given on Tag  **SURE-GROW 521R COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **1/04** |
| FOUND: | | | OK | | 96 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NONE**

Found: **NONE**

VIOLATION:REASON

COMMENTS   800 BAGS  **TREATMENT CODE 2

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | *21430* |
| LOT NO | **AM3G1121** |
| INSP NO | 150-G |

## SEED REPORT  STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:    AGRILIANCE AFC           DOTHAN, AL

Seed were shipped by:    AGRILIANCE AFC        DECATUR,AL

Name  Address on tag: **EMERGENT GENETICS USA, INC   MEMPHIS, TN**

Date Rec'd.   02/26/2004   Date of Report   03/09/2004   Where Grown   **AZ**   Net Wt.   **53.8**   Bags on Hand   200

Variety  Common Name Given on Tag   **ST 4892BR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **.90** | **0** | **.10** | **80** | **NS** | **12/03** |
| FOUND: | | | | | **90** | **0** | **03/09/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                    **NONE**

Found:                                                      **NONE**

VIOLATION:REASON

COMMENTS    200 BAGS  **TREATMENT CODE XMNT

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21431 |
| LOT NO | **420-H-0640-2** |
| INSP NO | 151-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   AGRILIANCE AFC                    DOTHAN, AL

Seed were shipped by:   D&PL SCOTT, MS

Name  Address on tag:   **D&PL  SCOTT, MS**

Date Rec'd.   02/26/2004   Date of Report   03/09/2004   Where Grown   CA   Net Wt.   54.8   Bags on Hand   50

Variety  Common Name Given on Tag   **SURE-GROW 501 BR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 99 | 1 | 0 | 0 | 80 | 0 | 1/04 |
| FOUND: | | | | | 95 | 0 | 03/09/2004 |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                             **NONE**

Found:                                               **NONE**

**VIOLATION:REASON**

**COMMENTS**   50 BAGS  **TREATMENT CODE 2

Director

Seed Division




# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21432 |
| LOT NO | **782-H-2466-2** |
| INSP NO | 152-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  AGRILIANCE AFC                    DOTHAN, AL

Seed were shipped by: **D&PL  SCOTT, MS**

Name  Address on tag:  **D&PL  SCOTT, MS**

Date Rec'd.  02/26/2004   Date of Report   03/09/2004   Where Grown   **AZ**   Net Wt.   **44**   Bags on Hand   400

Variety  Common Name Given on Tag  **DP 555 BG/RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **12/03** |
| **FOUND:** | | | | | **93** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **NONE** |
| Found: | **NONE** |

VIOLATION:REASON

COMMENTS     400 BAGS   **TREATMENT CODE 2

Director

Seed Division





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

**Ron Sparks**
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21433 |
| LOT NO | **226-E-2665-23E** |
| INSP NO | 153-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: HELENA CHEMICAL CO.                    DOTHAN, AL

Seed were shipped by: NS

Name  Address on tag:  **D&PL  SCOTT, MS**

Date Rec'd.  02/26/2004   Date of Report   03/09/2004   Where Grown   **AZ**   Net Wt.   **49.6**   Bags on Hand   50

Variety  Common Name Given on Tag  **DP 5690 RR COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **12/03** |
| FOUND: | | | | | 97 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                              **NONE**

Found:                               **NONE**

VIOLATION:REASON

COMMENTS    50 BAGS   **TREATMENT CODE 2

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21434 |
| LOT NO | **573-H-1704-2** |
| INSP NO | 154-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in **HEAVY TYPE** is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the **LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:  HELENA CHEMICAL CO.                    DOTHAN, AL

Seed were shipped by:  NS

Name  Address on tag:  **D&PL  SCOTT, MS**

Date Rec'd.  02/26/2004  | Date of Report  | 03/09/2004 | Where Grown | **TX** | Net Wt. | **48.5** | Bags on Hand | 50

Variety  Common Name Given on Tag  **DP 655 B/RR COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **1/04** |
| FOUND: | | | | | **87** | **0** | **03/09/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

Labeled:                                           **NONE**

Found:                                             **NONE**

VIOLATION:REASON

COMMENTS   50 BAGS  **TREATMENT CODE 2

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21435 |
| **LOT NO** | **2B4-A-3009-21A** |
| **INSP NO** | 155-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| **Seed Sample Collected at:** | HELENA CHEMICAL CO. | | DOTHAN, AL |
| **Seed were shipped by:** | D&PL SCOTT, MS | | |
| **Name Address on tag:** | **D&PL SCOTT, MS** | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Date Rec'd.** | 02/26/2004 | **Date of Report** | 03/09/2004 | **Where Grown** | **TX** | **Net Wt.** | **45.1** | **Bags on Hand** | 250 |

**Variety  Common Name Given on Tag** **DP 449 BG/RR COTTON**

**Found in this Lab** **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **1/04** |
| **FOUND:** | | | | | **94** | **0** | **03/09/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | | |
|---|---|---|
| Labeled: | | **NONE** |
| Found: | | **NONE** |

**VIOLATION:REASON**

**COMMENTS**    250 BAGS  **TREATMENT CODE 2

**Director**

**Seed Division**




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21436 |
| LOT NO | **573-H-1702-2** |
| INSP NO | 156-G |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   HELENA CHEMICAL CO.          DOTHAN ,AL

Seed were shipped by:  D&PL  SCOTT, MS

Name  Address on tag:  **D&PL  SCOTT, MS**

Date Rec'd.  02/26/2004   Date of Report   03/10/2004   Where Grown   **TX**   Net Wt.   **45.5**   Bags on Hand   50

Variety  Common Name Given on Tag  **DP 655 B/RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 99 | 1 | 0 | 0 | 80 | 0 | 1/04 |
| FOUND: | | | OK | | 90 | 0 | 03/10/2004 |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

Labeled:                                          **NONE**

Found:                                            **NONE**

VIOLATION:REASON

COMMENTS    50 BAGS   **TREATMENT CODE 2

Director

Seed Division



# STATE OF ALABAMA
## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21437 |
| LOT NO | **428-H-3296-21H** |
| INSP NO | 157-G |

### SEED REPORT   STATE SEED LABORATORY
**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**
**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:   HELENA CHEMICAL CO.            DOTHAN, AL

Seed were shipped by:  D&PL  SCOTT, MS

Name  Address on tag:  **D&PL  SCOTT, MS**

Date Rec'd.  02/26/2004 | Date of Report | 03/09/2004 | Where Grown | **AL** | Net Wt. | **48.1** | Bags on Hand | 50

Variety  Common Name Given on Tag  **SURE-GROW 521R COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 99 | 1 | 0 | 0 | 80 | 0 | 2/04 |
| FOUND: | | | OK | | 86 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                         **NONE**

Found:                                           **NONE**

VIOLATION:REASON

COMMENTS    50 BAGS   **TREATMENT CODE 2

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21438 |
| LOT NO | **587-A-2881-21H** |
| INSP NO | 158-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   HELENA CHEMICAL CO.           DOTHAN, AL

Seed were shipped by:  D&PL  SCOTT, MS

Name  Address on tag:  **D&PL  SCOTT, MS**

| Date Rec'd. | 02/26/2004 | Date of Report | 03/09/2004 | Where Grown | **TX** | Net Wt. | **50.3** | Bags on Hand | 50 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **DP 436 RR COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 99 | 1 | 0 | 0 | 80 | 0 | 12/03 |
| FOUND: | | | **OK** | | 93 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **NONE** |
|---|---|
| Found: | **NONE** |

**VIOLATION:REASON**

**COMMENTS**    50 BAGS  **TREATMENT CODE 2

**Director**

**Seed Division**



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
## 1445 Federal Drive
## Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21439 |
| **LOT NO** | **2B4-H-3317-21H** |
| **INSP NO** | 159-G |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

**Seed Sample Collected at:**  HELENA CHEMICAL CO.          DOTHAN, AL

**Seed were shipped by:**  D&PL  SCOTT, MS

**Name  Address on tag:**  **D&PL  SCOTT, MS**

**Date Rec'd.** 02/26/2004  **Date of Report** 03/09/2004  **Where Grown**  **AZ**  **Net Wt.**  **50.3**  **Bags on Hand**  100

**Variety  Common Name Given on Tag**  **DP 449 BG/RR COTTON**

**Found in this Lab**  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | 1/04 |
| **FOUND:** | | | **OK** | | **96** | **0** | **03/09/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

**Labeled:**                                               **NONE**

**Found:**                                                  **NONE**

**VIOLATION:REASON**

**COMMENTS**     100 BAGS  **TREATMENT CODE 2

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21440 |
| **LOT NO** | **572-S-1494-2** |
| **INSP NO** | 160-G |

## SEED REPORT  STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

**Seed Sample Collected at:** HELENA CHEMICAL CO.          DOTHAN, AL

**Seed were shipped by:** D&PL  SCOTT, MS

**Name  Address on tag:** **D&PL  SCOTT, MS**

**Date Rec'd.** 02/26/2004  **Date of Report** 03/09/2004 | **Where Grown** **TX** | **Net Wt.** **43.3** | **Bags on Hand** 50

**Variety  Common Name Given on Tag** **DP 458 B/RR COTTON**

**Found in this Lab** **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **1/04** |
| **FOUND:** | | | **OK** | | **90** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

**Labeled:**                              **NONE**

**Found:**                                **NONE**

**VIOLATION:REASON**

**COMMENTS**  50 BAGS  **TREATMENT CODE 2

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21441 |
| LOT NO | **782-H-2509-2** |
| INSP NO | 161-G |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: HELENA CHEMICAL CO.          DOTHAN, AL

Seed were shipped by: D&PL  SCOTT, MS

Name  Address on tag: **D&PL  SCOTT, MS**

| Date Rec'd. | 02/26/2004 | Date of Report | 03/09/2004 | Where Grown | **CA** | Net Wt. | **44.2** | Bags on Hand | 200 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **DP 555 BG/RR COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | 12/03 |
| FOUND: | | | **OK** | | **96** | **0** | **03/09/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                             **NONE**

Found:                                               **NONE**

VIOLATION:REASON

COMMENTS   200 BAGS  **TREATMENT CODE 2

Director

Seed Division





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21442 |
| LOT NO | 782-S-2341-2 |
| INSP NO | 162-G |

## SEED REPORT    STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:    HELENA CHEMICAL CO.                    DOTHAN, AL

Seed were shipped by:    D&PL  SCOTT, MS

Name  Address on tag:    **D&PL  SCOTT, MS**

Date Rec'd.    02/26/2004    Date of Report    03/09/2004    Where Grown    **AZ**    Net Wt.    **44.9**    Bags on Hand    400

Variety  Common Name Given on Tag    **DP 555 BG/RR COTTON**

Found in this Lab    **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 99 | 1 | 0 | 0 | 80 | 0 | 2/04 |
| FOUND: | | | OK | | 85 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | | |
|---|---|---|
| Labeled: | | NONE |
| Found: | | NONE |

VIOLATION:REASON

COMMENTS    400 BAGS  **TREATMENT CODE 2

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES

### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21443 |
| LOT NO | 2B8-H-3235-21H |
| INSP NO | 163-G |

### SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:    HELENA CHEMICAL CO.            DOTHAN, AL

Seed were shipped by:   D&PL  SCOTT, MS

Name  Address on tag:   **D&PL  SCOTT, MS**

Date Rec'd.   02/26/2004 | Date of Report   03/09/2004 | Where Grown   **MS** | Net Wt.   **50.9** | Bags on Hand   50

Variety  Common Name Given on Tag   **DP 444 BG/RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **2/04** |
| FOUND: | | | **OK** | | **90** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                        **NONE**

Found:                                          **NONE**

VIOLATION:REASON

COMMENTS    50 BAGS  **TREATMENT CODE 2

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21446 |
| LOT NO | **7M-3019** |
| INSP NO | 166-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   SEED SOUTH                    DOTHAN, AL

Seed were shipped by: SYNGENTA SEEDS, INC   MINNEAPOLIS, MN

Name  Address on tag:   **SYNGENTA SEEDS, INC   MINNEAPOLIS, MN**

Date Rec'd.   02/26/2004   Date of Report   03/24/2004   Where Grown   **NC**   Net Wt.   **50**   Bags on Hand   900

Variety  Common Name Given on Tag   **S76-L9 SOYBEAN**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98** | **1.5** | **0** | **.5** | **80** | **NS** | 1/04 |
| FOUND: | | | **OK** | | **73** | **0** | **03/24/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                             **NONE**

Found:                                               **NONE**

VIOLATION:REASON

COMMENTS     900 BAGS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| LAB NO | 21449 |
|---|---|
| LOT NO | **4318020 - J13N241** |
| INSP NO | 169-G |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:    AGRILIANCE AFC                    DOTHAN, AL

Seed were shipped by:  BAYER CROP SCIENCE    LUBBOCK, TX

Name  Address on tag:  **BAYER CROP SCIENCE      LUBBOCK, TX**

Date Rec'd.    02/26/2004 | Date of Report    03/09/2004 | Where Grown    **TX** | Net Wt.    **50** | Bags on Hand    150

Variety  Common Name Given on Tag  **FM 960BR COTTON**

Found in this Lab    **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | 1/04 |
| FOUND: | | | **OK** | | **85** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                **NONE**

Found:                                                 **NONE**

VIOLATION:REASON

COMMENTS    150 BAGS

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

**1445 Federal Drive**
**Montgomery, Alabama 36107-1123**

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21450 |
| LOT NO | **4277464-B330021** |
| INSP NO | 170-G |

### SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   AGRILIANCE AFC                    DOTHAN, AL

Seed were shipped by:  BAYER CROP SCIENCE    LUBBOCK, TX

Name  Address on tag:  **BAYER CROP SCIENCE    LUBBOCK, TX**

Date Rec'd.   02/26/2004   Date of Report   03/09/2004   Where Grown   **AUST**   Net Wt.   **50**   Bags on Hand   100

Variety  Common Name Given on Tag   **FM-991RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 99 | 1 | 0 | 0 | 80 | 1 | 12/03 |
| FOUND: | | | OK | | 82 | 0 | 03/09/2004 |

#### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                          **NONE**

Found:                                            **NONE**

VIOLATION:REASON

COMMENTS    100 BAGS

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES

### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21451 |
| **LOT NO** | **4277448-B330222** |
| **INSP NO** | 171-G |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   AGRILIANCE AFC                    DOTHAN, AL

Seed were shipped by: BAYER CROP SCIENCE     LUBBOCK, TX

Name  Address on tag: **BAYER CROP SCIENCE     LUBBOCK, TX**

Date Rec'd.   02/26/2004   Date of Report   03/09/2004   Where Grown   **CA**   Net Wt.   **50**   Bags on Hand   50

Variety  Common Name Given on Tag  **FM-989RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 99 | 1 | 0 | 0 | 80 | 1 | 12/03 |
| FOUND: | | | OK | | 87 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                          **NONE**

Found:                                            **NONE**

**VIOLATION:REASON**

**COMMENTS**   50 BAGS

**Director**

**Seed Division**




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

**Ron Sparks**
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

**Seed Division**

**Phone:** (334) 240-7140

**Fax** (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21452 |
| **LOT NO** | **2B4-H-3320-21H** |
| **INSP NO** | 172-G |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | AGRILIANCE AFC | DOTHAN, AL | |
| Seed were shipped by: | D&PL   SCOTT, MS | | |
| Name  Address on tag: | **D&PL   SCOTT, MS** | | |

| Date Rec'd. | 02/26/2004 | Date of Report | 03/09/2004 | Where Grown | **AZ** | Net Wt. | **50.3** | Bags on Hand | 150 |
|---|---|---|---|---|---|---|---|---|---|

**Variety  Common Name Given on Tag**  **DP 449 BG/RR COTTON**

**Found in this Lab**  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **1/04** |
| FOUND: | | | **OK** | | **92** | **0** | **03/09/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **NONE** |
| Found: | **NONE** |

**VIOLATION:REASON**

**COMMENTS**  150 BAGS

**Director**

**Seed Division**




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21453 |
| LOT NO | **429-H-3090-21H** |
| INSP NO | 173-G |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: AGRILIANCE AFC           DOTHAN, AL

Seed were shipped by: D&PL   SCOTT, MS

Name  Address on tag: **D&PL    SCOTT, MS**

Date Rec'd. 02/26/2004   Date of Report 03/09/2004   Where Grown   **MS**   Net Wt.   **51.9**   Bags on Hand   50

Variety  Common Name Given on Tag **SG 215 BG/RR COTTON**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 99 | 1 | 0 | 0 | 80 | 0 | 1/04 |
| FOUND: | | | OK | | 80 | 0 | 03/09/2004 |

#### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                    **NONE**

Found:                                       **NONE**

VIOLATION:REASON

COMMENTS    50 BAGS

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21454 |
| LOT NO | 572-S-1465-2 |
| INSP NO | 174-G |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   AGRILIANCE AFC            DOTHAN, AL

Seed were shipped by:  D&PL    SCOTT, MS

Name  Address on tag:  **D&PL    SCOTT, MS**

Date Rec'd.   02/26/2004   Date of Report   03/09/2004   Where Grown      **TX**   Net Wt.   **43.7**   Bags on Hand    225

Variety  Common Name Given on Tag   **DP 458 B/RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **12/03** |
| FOUND: | | | **OK** | | **93** | **0** | **03/09/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                      **NONE**

Found:                                        **NONE**

VIOLATION:REASON

COMMENTS    225 BAGS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21455 |
| LOT NO | **226-S-2065-2** |
| INSP NO | 175-G |

## SEED REPORT  STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: AGRILIANCE AFC          DOTHAN, AL

Seed were shipped by: D&PL    SCOTT, MS

Name  Address on tag: **D&PL    SCOTT, MS**

Date Rec'd. 02/26/2004 | Date of Report 03/09/2004 | Where Grown **TX** | Net Wt. **49.7** | Bags on Hand  300

Variety  Common Name Given on Tag  **DP 5690 RR COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **12/03** |
| FOUND: | | | **OK** | | 86 | 0 | 03/09/2004 |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                             **NONE**

Found:                                               **NONE**

VIOLATION:REASON

COMMENTS    300 BAGS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



**Ron Sparks**
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21456 |
| LOT NO | **587-S-2918-2** |
| INSP NO | 176-G |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: AGRILIANCE AFC          DOTHAN, AL

Seed were shipped by: D&PL   SCOTT, MS

Name  Address on tag: **D&PL   SCOTT, MS**

| Date Rec'd. | 02/26/2004 | Date of Report | 03/09/2004 | Where Grown | **AZ** | Net Wt. | **59.5** | Bags on Hand | 100 |

Variety  Common Name Given on Tag  **DP 436 RR COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **12/03** |
| FOUND: | | | **OK** | | **94** | **0** | **03/09/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

Labeled:                              **NONE**

Found:                                **NONE**

VIOLATION:REASON

COMMENTS    100 BAGS

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama  36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21458 |
| LOT NO | **1181-06** |
| INSP NO | 178-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  OZARK PEANUT & FERTILIZER          OZARK, AL

Seed were shipped by:  CARRY OVER

Name  Address on tag:  **TOWNSEND SEED CO INC    DADE CITY, FL**

Date Rec'd.  02/26/2004   Date of Report   03/23/2004   Where Grown    **FL**   Net Wt.   **50**   Bags on Hand

Variety  Common Name Given on Tag  **SSCA CERT. ZIPPERCREAM COWPEA**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **97** | **3** | **0** | **0** | **70** | **0** | **11/02** |
| FOUND: | | | OK | | 81 | 0 | 03/23/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                          **NONE**

Found:

VIOLATION:REASON

COMMENTS   1 BAG **SSCA CERT. *TREATED: CAPTAN   UNABLE TO DO A COMPLETE VARIETAL DIFFERENTIATION BECAUSE OF TREATMENT.

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21459 |
| LOT NO | **NC008200LF** |
| INSP NO | 87-B |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:   ROBERTSDALE FEED STORE          ROBERTSDALE, AL

Seed were shipped by:   CARRY OVER

Name  Address on tag:   **SEGREST   SLOCOMB, AL**

Date Rec'd.   02/26/2004   Date of Report   03/12/2004   Where Grown   **ID**   Net Wt.   **50**   Bags on Hand   **1**

Variety  Common Name Given on Tag   **SILVER KING SWEET HYBRID CORN**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98** | **1.5** | **.1** | **.4** | **85** | **0** | 1/03 |
| FOUND: | | | | | **25** | **0** | **03/12/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                                 **0**

Found:

VIOLATION:REASON

COMMENTS   1 BAG *TREATED: CAPTAN: This lot of seed was found to germinate below the minimum germination standard of 60%; therefore, this lot of seed cannot be offered for sale in Alabama.

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21460 |
| LOT NO | **2B4-H-3318-21H** |
| INSP NO | 88-B |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   HELENA CHEMICAL CO.          ATMORE, AL

Seed were shipped by:  D&PL       SCOTT, MS

Name  Address on tag:  **D&PL       SCOTT, MS**

Date Rec'd.   02/26/2004   Date of Report   03/18/2004   Where Grown   **AZ**   Net Wt.   **50.3**   Bags on Hand   350

Variety  Common Name Given on Tag  **DP 449 BG/RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **1/04** |
| FOUND: | | | OK | | 93 | 0 | 03/18/2004 |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                    **NONE**

Found:                                      **NONE**

VIOLATION:REASON

COMMENTS      350 BAGS   **VIGOR TEST RESULTS 43% + 0% DORMANT SEED; MEDIUM VIGOR.

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

| | | |
|---|---|---|
| **Seed Division** | **LAB NO** | 21461 |
| Phone: (334) 240-7140 | **LOT NO** | **782-S-3302-21H** |
| Fax (334) 240-7193 | **INSP NO** | 89-B |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  HELENA CHEMICAL CO.                ATMORE, AL

Seed were shipped by: D&PL        SCOTT, MS

Name  Address on tag: **D&PL        SCOTT, MS**

Date Rec'd.  02/26/2004 | Date of Report   03/18/2004 | Where Grown     **CA** | Net Wt.   **44.0** | Bags on Hand     300

Variety  Common Name Given on Tag | **DP 555 BG/RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | 1/04 |
| FOUND: | | | **OK** | | **87** | **0** | 03/18/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                        **NONE**

Found:                                                          **NONE**

VIOLATION:REASON

COMMENTS     300 BAGS    **VIGOR TEST RESULTS 45% + 0% DORMANT SEED;  MEDIUM VIGOR.

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21462 |
| LOT NO | **573-H-1702-2** |
| INSP NO | 90-B |

### SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:   HELENA CHEMICAL CO.            ATMORE, AL

Seed were shipped by:   D&PL       SCOTT, MS

Name  Address on tag:   **D&PL       SCOTT, MS**

Date Rec'd.   02/26/2004   Date of Report   03/18/2004   Where Grown   **TX**   Net Wt.   **46.9**   Bags on Hand   150

Variety  Common Name Given on Tag   **DP 655 B/RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **1/04** |
| FOUND: | | | **OK** | | **87** | **0** | 03/18/2004 |

#### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NONE**

Found: **NONE**

VIOLATION:REASON

COMMENTS    150 BAGS   **VIGOR TEST RESULTS 15 % + 0% DORMANT SEED; LOW VIGOR.

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21463 |
| LOT NO | **572-S-1465-2** |
| INSP NO | 91-B |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**
**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:  HELENA CHEMICAL CO.        ATMORE, AL

Seed were shipped by:  D&PL    SCOTT, MS

Name  Address on tag:  **D&PL      SCOTT, MS**

Date Rec'd.  02/26/2004  Date of Report  03/18/2004  Where Grown  **TX**  Net Wt.  **43.7**  Bags on Hand  137

Variety  Common Name Given on Tag  **DP 458 B/RR COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **12/03** |
| FOUND: | | | **OK** | | **88** | **0** | **03/18/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                               **NONE**

Found:                                 **NONE**

VIOLATION:REASON

COMMENTS   137 BAGS  **VIGOR TEST RESULTS 27% + 0% DORMANT SEED; LOW VIGOR.

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

LAB NO      21464

LOT NO      572-S-1472-2

INSP NO      92-B

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   HELENA CHEMICAL CO.                ATMORE, AL

Seed were shipped by:   D&PL       SCOTT, MS

Name  Address on tag:   **D&PL        SCOTT, MS**

Date Rec'd.   02/26.2004   Date of Report   03/18/2004   Where Grown   **AZ**   Net Wt.   **50.9**   Bags on Hand   263

Variety  Common Name Given on Tag   **DP 458 B/RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|----------|-----------|---------------|------------|------------|-------|------------|-----------|
| LABELED: | 99 | 1 | 0 | 0 | 80 | 0 | 12/03 |
| FOUND: | | | OK | | 91 | 0 | 03/18/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | NONE |
|----------|------|
| Found: | NONE |

VIOLATION:REASON

COMMENTS   263 BAGS   **VIGOR TEST RESULTS 38% + 0% DORMANT SEED; MEDIUM VIGOR.

Director

Seed Division





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21465 |
| LOT NO | **226-S-1075-2** |
| INSP NO | 93-B |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at: HELENA CHEMICAL CO.          ATMORE, AL

Seed were shipped by: D&PL        SCOTT, MS

Name  Address on tag: **D&PL        SCOTT, MS**

Date Rec'd.  02/26/2004  Date of Report  03/18/2004  Where Grown  **AZ**  Net Wt.  **49.0**  Bags on Hand  250

Variety  Common Name Given on Tag  **DP 5690 RR COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **1/04** |
| FOUND: | | | **OK** | | **92** | **0** | **03/18/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

Labeled:                                        **NONE**

Found:                                          **NONE**

VIOLATION:REASON

COMMENTS    250 BAGS   **VIGOR TEST RESULTS 20% + 0% DORMANT SEED; LOW VIGOR.

Director

Seed Division





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21466 |
| LOT NO | **587-S-2921-2** |
| INSP NO | 94-B |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   HELENA CHEMICAL CO.                    ATMORE, AL

Seed were shipped by: D&PL          SCOTT, MS

Name  Address on tag: **D&PL      SCOTT, MS**

Date Rec'd.   02/26/2004  Date of Report   03/18/2004  Where Grown    **AZ**   Net Wt.  **57.7**  Bags on Hand    150

Variety  Common Name Given on Tag  **DP 436 RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **12/03** |
| FOUND: | | | OK | | 93 | 0 | 03/18/2004 |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                               **NONE**

Found:                                                  **NONE**

VIOLATION:REASON

COMMENTS   150 BAGS  **VIGOR TEST RESULTS 67% – 0% DORMANT SEED;  HIGH VIGOR.

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21467 |
| LOT NO | **216-S-1132-2** |
| INSP NO | 95-B |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   ATMORE TRUCKERS  P O BOX 367          ATMORE

Seed were shipped by: D&PL          SCOTT, MS

Name  Address on tag:  **D&PL        SCOTT, MS**

Date Rec'd.   02/26/2004  | Date of Report   03/09/2004 | Where Grown     **AZ** | Net Wt.   **46.8** | Bags on Hand   | 100

Variety  Common Name Given on Tag   **DP 5415 RR COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 99 | 1 | 0 | 0 | 80 | 0 | 2/04 |
| FOUND: | | | OK | | 86 | 0 | 03/09/2004 |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                  **NONE**

Found:                                    **NONE**

VIOLATION:REASON

COMMENTS   100 BAGS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

LAB NO    21468

LOT NO    **782-S-3315-21H**

INSP NO    96-B

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   ATMORE TRUCKERS   P O BOX 367        ATMORE

Seed were shipped by:   D&PL        SCOTT, MS

Name  Address on tag:   **D&PL        SCOTT, MS**

Date Rec'd.   02/26/2004   Date of Report   03/09/2004   Where Grown   **MS**   Net Wt.   **42.8**   Bags on Hand   300

Variety  Common Name Given on Tag   **DP 555 BG/ RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **2/04** |
| FOUND: | | | **OK** | | **91** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                        **NONE**

Found:                                          **NONE**

VIOLATION:REASON

COMMENTS   300 BAGS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21469 |
| **LOT NO** | **878** |
| **INSP NO** | 20 C |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   RATCLIFF'S HARDWARE          CAMDEN, AL

Seed were shipped by: CARRY OVER

Name  Address on tag: **GRO SOUTH   MONTGMERY, AL**

Date Rec'd.  | 02/26/2004 | Date of Report | 03/09/2004 | Where Grown | **AL** | Net Wt. | **50** | Bags on Hand | 1

Variety  Common Name Given on Tag  **TRUCKERS FAVORITE WHITE CORN**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **98** | **.70** | **1.25** | **.05** | **85** | **0** | **10/01** |
| **FOUND:** | | | **OK** | | **91** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                              **NONE**

Found:

**VIOLATION:REASON**

**COMMENTS**    1BAG **OLD TEST DATE

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21470 |
| LOT NO | 168 |
| INSP NO | 21 C |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:    RATCLIFF'S HARDWARE         CAMDEN, AL

Seed were shipped by: CARRY OVER

Name  Address on tag: **SEED SOUTH    DOTHAN, AL**

Date Rec'd.  02/26/2004  Date of Report  03/09/2004  Where Grown  **AL**  Net Wt.  **50**  Bags on Hand  1

Variety  Common Name Given on Tag  **TRUCKERS FAVORITE YELLOW O.P. CORN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98** | **1.25** | **.05** | **.70** | **85** | **0** | **11/02** |
| FOUND: | | | | | **93** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                 **NONE**

Found:

VIOLATION:REASON

COMMENTS     1 BAG **OLD TEST DATE

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21471 |
| LOT NO | 346025 |
| INSP NO | 22 C |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   RATCLIFF'S HARDWARE          CAMDEN. AL

Seed were shipped by:   CARRY OVER

Name Address on tag:   **SEMINIS SEED     OXFORD, CA**

Date Rec'd.   02/26/2004 | Date of Report   03/12/2004 | Where Grown | **CHILE** | Net Wt. | **50** | Bags on Hand | 1

Variety  Common Name Given on Tag   **MERIT HYBRID SWEET CORN**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **95** | **0** | 10/02 |
| FOUND: | | | | | 76 | 0 | 03/12/2004 |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                        **NONE**

Found:

**VIOLATION:REASON**

**COMMENTS**     1BAG **OLD TEST DATE **TREATED:THIRAM & CAPTAN;  This lot of seed was found to germinate lower than the germination stated on the analysis tags.

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21478 |
| LOT NO | **1756LVYNX** |
| INSP NO | 408-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | AGRILIANCE AFC | DECATUR, AL | |
| Seed were shipped by: | DEKALB MONSANTO CO.  ST. LOUIS, MO | | |
| Name  Address on tag: | **DEKALB MONSANTO CO.   ST. LOUIS, MO** | | |

| Date Rec'd. | 03/04/2004 | Date of Report | 03/16/2004 | Where Grown | **IL** | Net Wt. | **48** | Bags on Hand | 66 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag **0333107 DEKALB HYBRID CORN SEED**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99.60** | **.40** | **0** | **0** | **95** | **NS** | **11/03** |
| FOUND: | | | | | **99** | **0** | **03/16/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **NONE** |
| Found: | |

**VIOLATION:REASON**

**COMMENTS**     66 BAGS *DEKALB BRAND DKC67-60 *TREATED:FLUDIOXONIL, MEFENOXAM.

**Director**

**Seed Division**




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21479 |
| LOT NO | **1746P71NX** |
| INSP NO | 409-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   AGRILIANCE AFC                    DECATUR, AL

Seed were shipped by:  DEKALB MONSANTO CO.  ST. LOUIS, MO

Name  Address on tag:  **DEKALB MONSANTO CO.  ST. LOUIS, MO**

Date Rec'd.  03/04/2004  Date of Report  03/16/2004  Where Grown  **IA**  Net Wt.  **52**  Bags on Hand  184

Variety  Common Name Given on Tag  **0357151 DEKALB HYBRID CORN SEED**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 99.60 | .40 | 0 | 0 | 95 | NS | 12/03 |
| FOUND: | | | | | 97 | 0 | 03/16/2004 |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                              **NONE**

Found:

VIOLATION:REASON

COMMENTS   184 BAGS *DEKALB BRAND DKC69 - 72  *TREATED: FLUDIOXONIL, MEFENOXAM

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21480 |
| LOT NO | **1756LVENX** |
| INSP NO | 410-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  AGRILIANCE AFC              DECATUR, AL

Seed were shipped by:  DEKALB MONSANTO CO.  ST. LOUIS, MO

Name  Address on tag:  **DEKALB MONSANTO CO.  ST. LOUIS, MO**

Date Rec'd.  03/04/2004  Date of Report  03/16/2004  Where Grown  **IL**  Net Wt.  **38**  Bags on Hand  300

Variety  Common Name Given on Tag  **0333107DEKALB HYBRID CORN SEED**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99.60** | **40** | **0** | **0** | **95** | **0** | **11/03** |
| FOUND: | | | | | **99** | **0** | **03/16/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                                 **NONE**

Found:

VIOLATION:REASON

COMMENTS   300 BAGS *DEKALB BRAND DKC67-60  *TREATED: FLUDIOZONIL, MEFENOXAM

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21482 |
|---|---|
| LOT NO | **696-S-2227-21H** |
| INSP NO | 412-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: AGRILIANCE AFC               DECATUR, AL

Seed were shipped by: D & PL     SCOTT, MS

Name  Address on tag: **D & PL     SCOTT, MS**

Date Rec'd. 03/04/2004 | Date of Report 03/16/2004 | Where Grown **AZ** | Net Wt. **58.8** | Bags on Hand 150

Variety  Common Name Given on Tag **DP451 B/RR COTTON**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **12/03** |
| FOUND: | | | OK | | 97 | 0 | 03/16/2004 |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NONE**

Found: **NONE**

VIOLATION:REASON

COMMENTS   150 BAGS  *TREATMENT CODE 2

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21483 |
| LOT NO | **573-H-1702-2** |
| INSP NO | 413-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   AGRILIANCE AFC              DECATUR, AL

Seed were shipped by:  D & PL    SCOTT, MS

Name  Address on tag:  **D & PL    SCOTT, MS**

Date Rec'd.   03/04/2004   Date of Report   03/16/2004   Where Grown   **TX**   Net Wt.   **46.9**   Bags on Hand   250

Variety  Common Name Given on Tag  **DP655 B/RR COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **1/04** |
| FOUND: | | | **OK** | | **88** | **0** | **03/16/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                      **NONE**

Found:                                                        **NONE**

VIOLATION:REASON

COMMENTS    250 BAGS  *TREATMENT CODE 2

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone:** (334) 240-7140

**Fax** (334) 240-7193

| | |
|---|---|
| LAB NO | 21484 |
| LOT NO | **2B8-H-3259-21H** |
| INSP NO | 414-A |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

**Seed Sample Collected at:** AGRILIANCE AFC                DECATUR, AL

**Seed were shipped by:** D & PL    SCOTT, MS

**Name  Address on tag:** **D & PL    SCOTT, MS**

**Date Rec'd.** 03/04/2004    **Date of Report** 03/25/2004    **Where Grown**    **MS**    **Net Wt.**    **51.9**    **Bags on Hand**    400

**Variety  Common Name Given on Tag** **DP444 BG/RR COTTON**

**Found in this Lab** **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | 2/04 |
| FOUND: | | | **OK** | | **86** | **0** | 03/25/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **NONE** |
| Found: | **NONE** |

**VIOLATION:REASON**

**COMMENTS**    400 BAGS  *TREATMENT CODE 2;  VIGOR TEST

INSPECTOR CALLED AFTER THE FACT FOR VIGOR. TEST RESULTS 73% + 0% DORMANT SEED. HIGH VIGOR

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | *21495* |
| **LOT NO** | **305** |
| **INSP NO** | *425-A* |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   BRAGG FARMS                    TONEY, AL

Seed were shipped by:  BRAGG FARMS          TONEY, AL.

Name  Address on tag: **INTEST**

| Date Rec'd. | 03/04/2004 | Date of Report | 03/22/2004 | Where Grown | **NS** | Net Wt. | **50** | Bags on Hand | 900 |

Variety  Common Name Given on Tag  **DG 3614 RR SOYBEAN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| **FOUND:** | **99.46** | **.44** | ---- | **.10** | **91** | **0** | **03/22/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

Labeled:                                                            **NS**

Found:                                                            **NONE**

**VIOLATION:REASON**

**COMMENTS**    900 BAGS  *INTEST

**Director**

**Seed Division**




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21496 |
| **LOT NO** | **306** |
| **INSP NO** | 426-A |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: BRAGG FARMS                TONEY, AL

Seed were shipped by: BRAGG FARMS  TONEY, AL

Name  Address on tag: **INTEST**

Date Rec'd. 03/04/2004  Date of Report 03/22/2004  Where Grown  **NS**  Net Wt.  **50**  Bags on Hand  900

Variety  Common Name Given on Tag  **DG 3614RR SOYBEAN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| **FOUND:** | **99.54** | **.32** | ---- | **.14** | **93** | **0** | **03/22/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

Labeled:                                                    **NS**

Found:                                                    **NONE**

**VIOLATION:REASON**

**COMMENTS**  900 BAGS  **INTEST**

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

| | |
|---|---|
| Seed Division | LAB NO    21497 |
| Phone: (334) 240-7140 | LOT NO    **307** |
| Fax: (334) 240-7193 | INSP NO    427-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   BRAGG FARMS                TONEY, AL

Seed were shipped by:   BRAGG FARMS   TONEY, AL

Name  Address on tag:   **INTEST**

Date Rec'd.   03/04/2004   Date of Report   03/22/2004   Where Grown   **NS**   Net Wt.   **50**   Bags on Hand   900

Variety  Common Name Given on Tag   **DG 3614RR SOYBEAN**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.57** | **.18** | ---- | **.25** | **91** | **0** | **03/22/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                          **NS**

Found:                                           **NONE**

VIOLATION:REASON

COMMENTS   900 BAGS  **INTEST

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21498 |
| LOT NO | **308** |
| INSP NO | 428-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   BRAGG FARMS                TONEY, AL

Seed were shipped by:   BRAGG FARMS   TONEY, AL

Name Address on tag:   **INTEST**

| Date Rec'd. | 03/04/2004 | Date of Report | 03/22/2004 | Where Grown | **NS** | Net Wt. | **50** | Bags on Hand | 900 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag   **DG 3614RR SOYBEAN**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.32** | **.39** | **—** | **.29** | **95** | **0** | **03/22/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                             **NS**

Found:                                             **NONE**

VIOLATION:REASON

COMMENTS   900 BAGS  **INTEST

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21499 |
| LOT NO | **309** |
| INSP NO | 429-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   BRAGG FARMS            TONEY, AL

Seed were shipped by:   BRAGG FARMS   TONEY, AL

Name  Address on tag:   **INTEST**

Date Rec'd.   03/04/2004   Date of Report   03/22/2004   Where Grown   **NS**   Net Wt.   **50**   Bags on Hand   900

Variety  Common Name Given on Tag   **DG 3614RR SOYBEAN**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.55** | **.28** | **----** | **.17** | **88** | **0** | **03/22/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                        **NS**

Found:                                        **NONE**

VIOLATION:REASON

COMMENTS   900 BAGS  **INTEST

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21743 |
| LOT NO | 2B8-H-3322-U1H |
| INSP NO | 545-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: AGRILIANCE-AFC          DECATUR, AL

Seed were shipped by: D & PL   SCOTT, MS

Name  Address on tag: **D & PL    SCOTT, MS**

Date Rec'd. 03/18/2004 | Date of Report 03/29/2004 | Where Grown AR | Net Wt. 55.8 | Bags on Hand 300

Variety  Common Name Given on Tag **DP 444 BG/RR COTTON**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 99 | 1 | 0 | 0 | 80 | 0 | 2/04 |
| FOUND: | | OK | | | 89 | 0 | 03/29/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                    **NONE**

Found:                                      **NONE**

VIOLATION:REASON

COMMENTS   300 BAGS **TREATED SEED

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21743 |
| LOT NO | **2B8-H-3322-U1H** |
| INSP NO | 545-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:    AGRILIANCE-AFC              DECATUR, AL

Seed were shipped by:   D & PL    SCOTT, MS

Name  Address on tag:   **D & PL    SCOTT, MS**

Date Rec'd.   03/18/2004   Date of Report   03/29/2004   Where Grown   **AR**   Net. Wt.   **55.8**   Bags on Hand   300

Variety  Common Name Given on Tag   **DP 444 BG/RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **2/04** |
| FOUND: | | | **OK** | | **89** | **0** | **03/29/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                         **NONE**

Found:                                           **NONE**

VIOLATION:REASON

COMMENTS    300 BAGS **TREATED SEED

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

| | |
|---|---|
| **Seed Division** | **LAB NO**   23243 |
| Phone: (334) 240-7140 | **LOT NO**   **16162** |
| Fax (334) 240-7193 | **INSP NO**   301-G |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.
This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   HENDRICKS FARM CENTER          TROY, AL

Seed were shipped by:  CARRY OVER

Name  Address on tag:  **TECOMATE WILDLIFE SYSTEMS   Mc ALLEN, TX  78505**

Date Rec'd.   8/12/04     Date of Report   10/18/2004   Where Grown  **CA,ID,FR,**   Net Wt.   **8**   Bags on Hand   128

Variety  Common Name Given on Tag   **MONSTERMIX TIMBERLAND MIXTURE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | | **17.32** | **.24** | **.08** | | | **2/03** |
| **FOUND:** | | **14.21** | **.04** | **.13** | | | **10/18/04** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NONE**

Found:

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
**Phone: (334) 240-7140**
**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 23510 |
| **LOT NO** | 602 |
| **INSP NO** | 1439-A |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**
**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at: | BRAGG FARMS               TONEY, AL
Seed were shipped by: | BRAGG FARMS  TONEY, AL
Name .Address on tag: | IN TEST

Date Rec'd. | 09/02/2004 | Date of Report | 10/01/2004 | Where Grown | NS | Net Wt. | 50 | Bags on Hand | 900

Variety  Common Name Given on Tag | SSCA CERT. COKER 9184 WHEAT

Found in this Lab | SAME

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| **FOUND:** | **99.90** | **.10** | **0** | **0** | **91** | **0** | **10/01/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

Labeled: | **NS**

Found:

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
**Phone: (334) 240-7140**
**Fax (334) 240-7193**

| LAB NO | 23511 |
|---|---|
| LOT NO | **603** |
| INSP NO | 1440-A |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: **BRAGG FARMS**                    **TONEY, AL**

Seed were shipped by: **BRAGG FARMS  TONEY, AL**

Name Address on tag: **IN TEST**

Date Rec'd. | 09/02/2004 | Date of Report | 10/01/2004 | Where Grown | **NS** | Net Wt. | **50** | Bags on Hand | 900

Variety  Common Name Given on Tag  **SSCA CERT. COKER 9184 WHEAT**

Found in this Lab  **SAME**

| ANALYSIS LABELED: | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.85** | **.15** | **0** | **0** | **89** | **0** | **10/01/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NS**

Found:

Director

Seed Division





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 23512 |
| LOT NO | 604 |
| INSP NO | 1441-A |

## SEED REPORT  STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | |
|---|---|
| Seed Sample Collected at: | BRAGG FARMS                    TONEY, AL |
| Seed were shipped by: | BRAGG FARMS TONEY, AL |
| Name  Address on tag: | IN TEST |

| Date Rec'd. | 09/02/2004 | Date of Report | 10/01/2004 | Where Grown | NS | Net Wt. | 50 | Bags on Hand | 900 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **SSCA CERT. COKER 9184 WHEAT**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.90** | **.10** | **0** | **0** | **86** | **0** | **10/01/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                **NS**

Found:

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-03

| | | |
|---|---|---|
| **Seed Division** | LAB NO | 23513 |
| Phone: (334) 240-7140 | LOT NO | **605** |
| Fax (334) 240-7193 | INSP NO | 1442-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | |
|---|---|---|
| Seed Sample Collected at: | BRAGG FARMS | TONEY, AL |
| Seed were shipped by: | BRAGG FARMS TONEY, AL | |
| Name  Address on tag: | **IN TEST** | |

| Date Rec'd. | 09/02/2004 | Date of Report | 10/01/2004 | Where Grown | **NS** | Net Wt. | **50** | Bags on Hand | 900 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag   **SSCA CERT. COKER 9184 WHEAT**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.80** | **.20** | **0** | **0** | **89** | **0** | **10/01/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: | **NS** |

Found: | |

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-03

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| LAB NO | 23514 |
|---|---|
| LOT NO | 606 |
| INSP NO | 1443-A |

### SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**
This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   BRAGG FARMS                    TONEY, AL

Seed were shipped by:   BRAGG FARMS  TONEY, AL

Name Address on tag:   IN TEST

Date Rec'd.  09/02/2004 | Date of Report  10/01/2004 | Where Grown  **NS** | Net Wt.  **50** | Bags on Hand  900

Variety  Common Name Given on Tag   **SSCA CERT. COKER 9184 WHEAT**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.90** | **.10** | **0** | **0** | **86** | **0** | **10/01/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                               **NS**

Found:

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-03

| | | | |
|---|---|---|---|
| Seed Division | | LAB NO | 23515 |
| Phone: (334) 240-7140 | | LOT NO | 210 |
| Fax (334) 240-7193 | | INSP NO | 1444-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: BRAGG FARMS          TONEY, AL

Seed were shipped by: CARRY OVER

Name Address on tag: BRAGG FARMS   TONEY, AL

Date Rec'd. | 09/02/2004 | Date of Report | 10/08/2004 | Where Grown | AL | Net Wt. | 50 | Bags on Hand | 550

Variety Common Name Given on Tag | SSCA CERT. JACKSON WHEAT

Found in this Lab | SAME

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 98 | 1.83 | .05 | .12 | 80 | 0 | 9/03 |
| FOUND: | | | OK | | 84 | 0 | 10/08/2004 |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: | NONE

Found: |

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

| | |
|---|---|
| **Seed Division** | **LAB NO** 23516 |
| Phone: (334) 240-7140 | **LOT NO** 209 |
| Fax (334) 240-7193 | **INSP NO** 1445-A |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: **BRAGG FARMS**                      **TONEY, AL**

Seed were shipped by: CARRY OVER

Name  Address on tag: **BRAGG FARMS    TONEY, AL**

Date Rec'd.   09/02/2004 | Date of Report    10/04/2004 | Where Grown    **AL** | Net Wt.    **50** | Bags on Hand    100

Variety  Common Name Given on Tag  **SSCA CERT. JACKSON WHEAT**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **98** | **1.83** | **.05** | **.12** | **80** | **0** | **9/03** |
| **FOUND:** | | | **OK** | | **82** | **0** | **10/04/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NONE**

Found:

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-03:

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| LAB NO | 23517 |
| LOT NO | 208 |
| INSP NO | 1446-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | BRAGG FARMS | TONEY, AL | |
| Seed were shipped by: | CARRY OVER | | |
| Name  Address on tag: | BRAGG FARMS   TONEY, AL | | |

| Date Rec'd. | 09/02/2004 | Date of Report | 10/04/2004 | Where Grown | AL | Net Wt. | 50 | Bags on Hand | 50 |
|---|---|---|---|---|---|---|---|---|---|

Variety .Common Name Given on Tag   SSCA CERT. JACKSON WHEAT

Found in this Lab   SAME

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 98 | 1.83 | .05 | .12 | 85 | 0 | 8/03 |
| FOUND: | | | OK | | 86 | 0 | 10/04/2004 |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: | NONE |

Found: | |

Director

Seed Division



# STATE OF ALABAMA
# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 23559 |
| **LOT NO** | **607** |
| **INSP NO** | 1488-A |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**
**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at: |BRAGG FARMS            TONEY, AL
Seed were shipped by: |BRAGG FARMS   TONEY, AL
Name  Address on tag: |IN TEST
Date Rec'd. | 09/02/2004 | Date of Report | 10/01/2004 | Where Grown | **NS** | Net Wt. | **50** | Bags on Hand | 900

Variety .Common Name Given on Tag |**SSCA CERT. COKER 9184 WHEAT**

Found in this Lab |**SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| **FOUND:** | **99.90** | **.10** | **0** | **0** | **88** | **0** | **10/01/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: |                                   **NS**

Found: |

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 23560 |
| LOT NO | 608 |
| INSP NO | 1489-A |

## SEED REPORT  STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in **HEAVY TYPE** is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the **LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at: **BRAGG FARMS          TONEY, AL**

Seed were shipped by: **BRAGG FARMS   TONEY, AL**

Name .Address on tag: **IN TEST**

| Date Rec'd. | 09/02/2004 | Date of Report | 10/01/2004 | Where Grown | **NS** | Net Wt. | **2400** | Bags on Hand | 19 |
|---|---|---|---|---|---|---|---|---|---|

Variety .Common Name Given on Tag  **SSCA CERT. COKER 9184 WHEAT**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.90** | **.10** | **0** | **0** | **93** | **0** | **10/01/2004** |

<u>**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**</u>

Labeled: **NS**

Found:

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0:

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 23561 |
| LOT NO | 609 |
| INSP NO | 1490-A |

### SEED REPORT  STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**
**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:   BRAGG FARMS                    TONEY, AL

Seed were shipped by:  BRAGG FARMS   TONEY, AL

Name .Address on tag:  IN TEST

Date Rec'd.  09/02/2004   Date of Report  10/01/2004   Where Grown    NS    Net Wt.  2400   Bags on Hand  6

Variety .Common Name Given on Tag  SSCA CERT. COKER 9184 WHEAT

Found in this Lab  SAME

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | NS | NS | NS | NS | NS | NS | NS |
| FOUND: | 99.90 | .10 | 0 | 0 | 88 | 0 | 10/01/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                              NS

Found:

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 23562 |
|---|---|
| LOT NO | **610** |
| INSP NO | 1491-A |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**
**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:  BRAGG FARMS          TONEY, AL

Seed were shipped by:  BRAGG FARMS   TONEY, AL

Name  Address on tag:  IN TEST

| Date Rec'd. | 09/02/2004 | Date of Report | 10/01/2004 | Where Grown | NS | Net Wt. | 50 | Bags on Hand | 900 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag   SSCA CERT. COKER 9184 WHEAT

Found in this Lab   SAME

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | NS | NS | NS | NS | NS | NS | NS |
| FOUND: | 99.80 | .20 | 0 | 0 | 88 | 0 | 10/01/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:  NS

Found:

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0C

| | |
|---|---|
| Seed Division | LAB NO    23563 |
| Phone: (334) 240-7140 | LOT NO    611 |
| Fax (334) 240-7193 | INSP NO    1492-A |

### SEED REPORT  STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:    BRAGG FARMS                    TONEY, AL

Seed were shipped by:    BRAGG FARMS   TONEY, AL

Name Address on tag:    IN TEST

| Date Rec'd. | 09/02/2004 | Date of Report | 10/01/2004 | Where Grown | NS | Net Wt. | 50 | Bags on Hand | 900 |
|---|---|---|---|---|---|---|---|---|---|

Variety Common Name Given on Tag    SSCA CERT. COKER 9184 WHEAT

Found in this Lab    SAME

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | NS | NS | NS | NS | NS | NS | NS |
| FOUND: | 99.90 | .10 | 0 | 0 | 87 | 0 | 10/01/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:    NS

Found:

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | | |
|---|---|---|
| LAB NO | 23564 | |
| LOT NO | **612** | |
| INSP NO | 1493-A | |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**
This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | **BRAGG FARMS** | **TONEY, AL** | |
| Seed were shipped by: | **BRAGG FARMS   TONEY, AL** | | |
| Name Address on tag: | **IN TEST** | | |

| Date Rec'd. | 09/02/2004 | Date of Report | 10/01/2004 | Where Grown | NS | Net Wt. | 50 | Bags on Hand | 900 |
|---|---|---|---|---|---|---|---|---|---|

Variety Common Name Given on Tag  **SSCA CERT. COKER 9184 WHEAT**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.90** | **.10** | **0** | **0** | **93** | **0** | **10/01/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

Labeled:  **NS**

Found:

**Director**

**Seed Division**



# STATE OF ALABAMA
## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| LAB NO | 23675 |
| LOT NO | 613 |
| INSP NO | 1536-A |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**
**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at: BRAGG FARMS                    TONEY, AL

Seed were shipped by: BRAGG FARMS  TONEY, AL

Name Address on tag: **IN TEST**

Date Rec'd. 09/20/2004 | Date of Report | 10/04/2004 | Where Grown | **NS** | Net Wt. | **50** | Bags on Hand | 900

Variety  Common Name Given on Tag  **SSCA CERT. COKER 9184 WHEAT**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.90** | **.10** | **0** | **0** | **87** | **0** | **10/04/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                  **NS**

Found:

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 23676 |
| LOT NO | 614 |
| INSP NO | 1537-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | |
|---|---|
| Seed Sample Collected at: | BRAGG FARMS                    TONEY, AL |
| Seed were shipped by: | BRAGG FARMS  TONEY, AL |
| Name Address on tag: | IN TEST |

| Date Rec'd. | Date of Report | Where Grown | Net Wt. | Bags on Hand |
|---|---|---|---|---|
| 09/20/2004 | 10/04/2004 | NS | 50 | 900 |

Variety  Common Name Given on Tag | SSCA CERT. COKER 9184 WHEAT

Found in this Lab | SAME

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | NS | NS | NS | NS | NS | NS | NS |
| FOUND: | 99.94 | .06 | 0 | 0 | 90 | 0 | 10/04/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: | NS

Found: |

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0:

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 23677 |
| LOT NO | 615 |
| INSP NO | 1538-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  BRAGG FARMS                    TONEY, AL

Seed were shipped by:  BRAGG FARMS  TONEY, AL

Name . Address on tag:  IN TEST

| Date Rec'd, | 09/20/2004 | Date of Report | 10/04/2004 | Where Grown | NS | Net Wt. | 50 | Bags on Hand | 286 |

Variety .Common Name Given on Tag  SSCA CERT. COKER 9184 WHEAT

Found in this Lab  SAME

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | NS | NS | NS | NS | NS | NS | NS |
| FOUND: | 99.80 | .20 | 0 | 0 | 86 | 0 | 10/04/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                    NS

Found:

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

**August 23, 2004**

Mailing Address:
Post Office Box 333
Montgomery, AL 36109-

BRAGG FARMS
1180 GRIMWOOD RD
TONEY AL 35773

Dear Bragg Farms,

Due to unforeseen computer problems, we are reporting the results of (13) lot in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23115 | 201 | 99.90 | .10 | 0 | 0 | 95 | 0 | |
| 23180 | 202 | 99.90 | .10 | 0 | 0 | 95 | 0 | |
| 23181 | 203 | 99.97 | .03 | 0 | 0 | 92 | 0 | |
| 23182 | 204 | 99.97 | .03 | 0 | 0 | 94 | 0 | |
| 23183 | 205 | 99.97 | .03 | 0 | 0 | 94 | 0 | |
| 23184 | 206 | 99.97 | .03 | 0 | 0 | 94 | 0 | |
| 23185 | 207 | 99.97 | .03 | 0 | 0 | 98 | 0 | |
| 23186 | 208 | 99.97 | .03 | 0 | 0 | 95 | 0 | |
| 23187 | 209 | 99.80 | .20 | 0 | 0 | 97 | 0 | |
| 23188 | 210 | 99.80 | .20 | 0 | 0 | 94 | 0 | |
| 23189 | 301 | 99.90 | .10 | 0 | 0 | 99 | 0 | |
| 23190 | 302 | 99.97 | .03 | 0 | 0 | 98 | 0 | |
| 23191 | 303 | 99.97 | .03 | 0 | 0 | 97 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0

**August 30, 2004**

Bragg Farms
1180 Grimwood Rd.
Toney, AL 35773

Dear Bragg Farms,

Due to unforeseen computer problems, we are reporting the results of (3) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23299 | 407 | | | OK | | 91 | 0 | None |
| 23300 | 410 | | | OK | | 94 | 0 | None |
| 23301 | 322 | | | OK | | 95 | 0 | None |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

September 1, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Bragg Farms
1180 Grim wood Rd.
Toney, AL. 35773

Dear Bragg Farms,

Due to unforeseen computer problems, we are reporting the results of (1) lot in this form.

| Lab No. | Lot No. | Germ | Hard Seed | Purity | Inert | Weed | Crop |
|---------|---------|------|-----------|--------|-------|------|------|
| 23027   | 104     | 77   | 0         | 99.70  | .30   | 0    | 0    |

**COMMENT:** **This lot of seed does not meet certification standards as to germination. The minimum standard germination for certified wheat is 85%. This is a PVP title V variety and can only be sold as a certified class of wheat.**

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

*John L. Crayton*

John L. Crayton, Director
Seed Lab





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-03

### September 3, 2004

Bragg Farms
1180 Grimwood Rd.
Toney, AL 35773

Dear Bragg Farms,

Due to unforeseen computer problems, we are reporting the results of (21) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23288 | 304 | 99.90 | 0.10 | 0 | 0 | 99 | 0 | |
| 23289 | 305 | 99.90 | 0.10 | 0 | 0 | 99 | 0 | |
| 23290 | 306 | 99.90 | 0.10 | 0 | 0 | 97 | 0 | |
| 23291 | 307 | 99.90 | 0.10 | 0 | 0 | 96 | 0 | |
| 23292 | 308 | 99.80 | 0.20 | 0 | 0 | 97 | 0 | |
| 23293 | 309 | 99.90 | 0.10 | 0 | 0 | 96 | 0 | |
| 23294 | 310 | 99.90 | 0.10 | 0 | 0 | 97 | 0 | |
| 23295 | 311 | 99.80 | 0.20 | 0 | 0 | 98 | 0 | |
| 23296 | 312 | 99.85 | 0.15 | 0 | 0 | 96 | 0 | |
| 23297 | 313 | 99.90 | 0.10 | 0 | 0 | 98 | 0 | |
| 23298 | 314 | 99.80 | 0.20 | 0 | 0 | 98 | 0 | |
| 23330 | 501 | 99.90 | 0.10 | 0 | 0 | 96 | 0 | |
| 23333 | 504 | 99.90 | 0.10 | 0 | 0 | 95 | 0 | |
| 23334 | 505 | 99.80 | 0.20 | 0 | 0 | 93 | 0 | |
| 23335 | 506 | 99.90 | 0.10 | 0 | 0 | 95 | 0 | |
| 23336 | 507 | 99.90 | 0.10 | 0 | 0 | 97 | 0 | |
| 23337 | 508 | 99.80 | 0.20 | 0 | 0 | 98 | 0 | |
| 23338 | 509 | 99.90 | 0.10 | 0 | 0 | 99 | 0 | |
| 23339 | 510 | 99.90 | 0.10 | 0 | 0 | 97 | 0 | |
| 23340 | 511 | 99.90 | 0.10 | 0 | 0 | 97 | 0 | |
| 23341 | 601 | 99.90 | 0.10 | 0 | 0 | 90 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0

September 7, 2004

Bragg Farms
1180 Grimwood Rd.
Toney, AL 35773

Dear Bragg Farms,

Due to unforeseen computer problems, we are reporting the results of (2) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|------|-----------|--------------|
| 23331 | 502 | 99.90 | 0.10 | | | 88 | 0 | |
| 23332 | 503 | 99.90 | 0.10 | | | 91 | 0 | |

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 33
Montgomery, AL 36109

**September 9, 2004**

Bragg Farms,
1180 Grimwood Rd.
Toney, AL 35773

Dear Bragg Farms,

Due to unforeseen computer problems, we are reporting the results of (9) lots in this form.

| Lab No. | Lot No. | Purity | Inert | Weed | Crop | Germ. | Hard Seed | Noxious Weed |
|---------|---------|--------|-------|------|------|-------|-----------|--------------|
| 23107 | 110 | 99.80 | 0.20 | 0 | 0 | 83 | 0 | |
| 23108 | 111 | 99.75 | 0.25 | 0 | 0 | 81 | 0 | |
| 23109 | 112 | 99.85 | 0.15 | 0 | 0 | 74 | 0 | |
| 23110 | 113 | 99.85 | 0.15 | 0 | 0 | 79 | 0 | |
| 23111 | 114 | 99.80 | 0.20 | 0 | 0 | 79 | 0 | |
| 23112 | 115 | 99.85 | 0.15 | 0 | 0 | 73 | 0 | |
| 23113 | 116 | 99.90 | 0.10 | 0 | 0 | 79 | 0 | |
| 23114 | 117 | 99.90 | 0.10 | 0 | 0 | 85 | 0 | |
| 23302 | 613-3501 | 99.90 | 0.10 | 0 | 0 | 82 | 0 | |

**Comment:** The following lots of seeds 110-116 do not meet certification standards as to germination. The minimum standard germination for a class of certified wheat is 85%.

We will send the regular report when the computer problem is resolved. Please feel free to call if I can be of further assistance.

Sincerely,

John L. Crayton, Director
Seed Lab

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123





*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21130 |
| **LOT NO** | **JC114** |
| **INSP NO** | 144-M |

## SEED REPORT  STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**
This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | | |
|---|---|---|---|---|
| Seed Sample Collected at: | SEGREST SEED CO | | SLOCOMB AL | |
| Seed were shipped by: | INTEST | | | |
| Name  Address on tag: | INTEST | | | |

| Date Rec'd. | 01/29/2004 | Date of Report | 03/09/2004 | Where Grown | NS | Net Wt. | 50 | Bags on Hand | 287 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **BROWNTOP MILLET**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.55** | **.43** | **.02** | **0** | **71** | **1** | **03/09/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

Labeled:                                              **NS**

Found:                                                **NONE**

**VIOLATION:REASON**

COMMENTS    287 BAGS  *INTEST;  RETEST OF 2/23/04.

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21131 |
| LOT NO | **JC113** |
| INSP NO | 145-M |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**
This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   SEGREST SEED CO                    SLOCOMB AL

Seed were shipped by:  INTEST

Name  Address on tag:  **INTEST**

Date Rec'd.   01/29/2004   Date of Report   03/09/2004   Where Grown   **NS**   Net Wt.   **50**   Bags on Hand   272

Variety  Common Name Given on Tag   **BROWNTOP MILLET**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.67** | **.27** | **.06** | **0** | **55** | **8** | **03/09/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

Labeled:                              **NS**

Found:                                **NONE**

**VIOLATION:REASON**

COMMENTS    272  BAGS  *INTEST; RETEST 2/23/04.

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21132 |
| LOT NO | **JC115** |
| INSP NO | 146-M |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.
This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: SEGREST SEED CO          SLOCOMB AL

Seed were shipped by: INTEST

Name  Address on tag: **INTEST**

Date Rec'd.  01/29/2004   Date of Report   03/09/2004   Where Grown   NS   Net Wt.   50   Bags on Hand   141

Variety  Common Name Given on Tag   **BROWNTOP MILLET**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.78** | **.21** | **.01** | **0** | **62** | **1** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NS**

Found: **NONE**

VIOLATION:REASON

COMMENTS    141 BAGS *INTEST; RETEST 2/23/04.

Director

Seed Division

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
**1445 Federal Drive**
Montgomery, Alabama 36107-1123





*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21133 |
| **LOT NO** | **JC116** |
| **INSP NO** | 147-M |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: SEGREST SEED CO          SLOCOMB AL

Seed were shipped by: INTEST

Name  Address on tag: **INTEST**

Date Rec'd. 01/29/2004  Date of Report  03/09/2004  Where Grown  **NS**  Net Wt.  **50**  Bags on Hand  200

Variety  Common Name Given on Tag  **BROWNTOP MILLET**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| **FOUND:** | **99.47** | **.51** | **.01** | **.01** | **58** | **7** | **03/09/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

Labeled:                                          **NS**

Found:                                          **NONE**

**VIOLATION:REASON**

**COMMENTS**     200 BAGS  *INTEST; RETEST 2/23/04.

**Director**

**Seed Division**

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123





*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21183 |
| LOT NO | **MSF-0351** |
| INSP NO | 313-A |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Seed Sample Collected at: | AGRILIANCE- AFC | | DECATUR AL | | | | |
| Seed were shipped by: | MURPHREE SEED FARM | COLLINSVILLE, AL | | | | | |
| Name  Address on tag: | **NOT TAGGED** | | | | | | |
| Date Rec'd. | 02/04/2004 | Date of Report | 03/09/2004 | Where Grown | **NS** | Net Wt. **50** | Bags on Hand **640** |

Variety  Common Name Given on Tag **BROWNTOP MILLET**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| **FOUND:** | **99.62** | **.12** | **.26** | **0** | **91** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NS**

Found: **NONE**

VIOLATION:REASON

COMMENTS    640 BAGS  *NOT TAGGED

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21228 |
| LOT NO | **C3-BX** |
| INSP NO | 358-A |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  PENNINGTON SEED INC          CULLMAN, AL

Seed were shipped by:  PENNINGTON SEED, INC.   MADISON, GA

Name  Address on tag:  **PENNINGTON SEED, INC.   MADISON, GA**

Date Rec'd.  02/04/2004 | Date of Report  03/26/2004 | Where Grown  **FL** | Net Wt.  **50** | Bags on Hand  80

Variety  Common Name Given on Tag  **ALYCE CLOVER**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99.70** | **.18** | **.03** | **.09** | **55** | **30** | **1/04** |
| FOUND: | **99.71** | **.22** | **.07** | **0** | **73** | **18** | **03/26/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                    **18 SICKLEPOD**

Found:                                      **NONE FOUND**

VIOLATION:REASON

COMMENTS    80 BAGS

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21230 |
| LOT NO | **MSF-LB 361** |
| INSP NO | 16-D |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  MURPHREE SEED FARM          COLLINSVILLE, AL

Seed were shipped by: NS

Name  Address on tag:  **INTEST**

| Date Rec'd. | 02/04/2004 | Date of Report | 03/09/2004 | Where Grown | **NS** | Net Wt. | **50** | Bags on Hand | 320 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **BROWNTOP MILLET**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.80** | **.20** | **0** | **0** | **80** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                    **NS**

Found:                                                    **NONE**

VIOLATION:REASON

COMMENTS    320 BAGS    *INTEST

Director

Seed Division

# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123





*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21235 |
| LOT NO | **320245GGR-TT** |
| INSP NO | 21-D |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | |
|---|---|---|
| Seed Sample Collected at: | PENNINGTON SEED | CULLMAN, AL |
| Seed were shipped by: | PENNINGTON SEED INC | GREENFIELD, MO |
| Name  Address on tag: | **PENNINGTON SEED INC** | **GREENFIELD, MO** |

| Date Rec'd. | 02/04/2004 | Date of Report | 03/09/2004 | Where Grown | **MO** | Net Wt. | **25** | Bags on Hand | 240 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag **KENTUCKY 31 TALL FESCUE**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **1.10** | **.40** | **2.50** | **85** | **NS** | **10/03** |
| FOUND: | **98.07** | **.36** | **.04** | **1.53** | **80** | **0** | **03/09/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

| | |
|---|---|
| Labeled: | **117 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN** |
| Found: | **DOCK=9** |

VIOLATION:REASON

COMMENTS    240 BAGS   * CONTAINS 40% RYEGRASS "LAWN GRASS SEED"   ***TREATED

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21237 |
| LOT NO | **320268GGR** |
| INSP NO | 23-D |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: PENNINGTON SEED        CULLMAN, AL

Seed were shipped by: PENNINGTON SEED INC     GREENFIELD, MO

Name  Address on tag: **PENNINGTON SEED INC     GREENFIELD, MO**

Date Rec'd. 02/04/2004 | Date of Report | 03/10/2004 | Where Grown | **MO** | Net Wt. | **25** | Bags on Hand | 240

Variety  Common Name Given on Tag **KENTUCKY 31 TALL FESCUE**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **.90** | **.60** | **2.50** | **85** | **NS** | **10/03** |
| FOUND: | 97.15 | .11 | .40 | 2.34 | 92 | 0 | 03/10/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found: **CHEAT/HAIRY CHESS=36**

VIOLATION:REASON

COMMENTS   240  BAGS   * CONTAINS 30% RYEGRASS "LAWN GRASS SEED"   ***TREATED

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| LAB NO | 21251 |
|---|---|
| LOT NO | **W10-2-TF14** |
| INSP NO | 33 N |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | SOUTHERN STATES | DANVILLE AL | |
| Seed were shipped by: | CARRY OVER | | |
| Name  Address on tag: | **SOUTHERN STATES   DUBLIN GA 31021** | | |

| Date Rec'd. | 02/08/2004 | Date of Report | 03/09/2004 | Where Grown | **OR** | Net Wt. | **50** | Bags on Hand | 7 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag   **SELECT TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98** | **1.30** | **.10** | **.60** | **80** | **NS** | **7/02** |
| FOUND: | | | **OK** | | **88** | **0** | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **NONE** |
| Found: | **NONE** |

**VIOLATION:REASON**

COMMENTS   7 BAGS *GERM EXPIRED. 2% ENDOPHYTE PRESENT. TREATED: APRON SL LS

Director

Seed Division

# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| LAB NO | 21255 |
|---|---|
| LOT NO | **30378GGR** |
| INSP NO | 37 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: PENNINGTON SEED          CULLMAN AL

Seed were shipped by: PENNINGTON SEED   GREENFIELD MO

Name Address on tag: **PENNINGTON SEED    GREENFIELD MO**

Date Rec'd. 02/04/2004  Date of Report 03/09/2004  Where Grown **MO**  Net Wt. **50**  Bags on Hand 96

Variety  Common Name Given on Tag **KENTUCKY 31 TALL FESCUE**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **1** | **.40** | **2.60** | **85** | **NS** | **1/04** |
| FOUND: | **95.82** | **.49** | **.14** | **3.55** | **86** | **0** | **03/09/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:          **135 HAIRY CHESS, 27 DOCK, 18 SHEEP SORREL, 18 BUCKHORN PLANTAIN**

Found:                                **NONE**

VIOLATION:REASON

COMMENTS    96 BAGS * CONTAINS .25% RYEGRASS *LAWN GRASS SEED

Director

Seed Division

# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123




*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21256 |
| **LOT NO** | **30410GGR** |
| **INSP NO** | 38 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | PENNINGTON SEED | CULLMAN AL | |
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO | | |
| Name  Address on tag: | **PENNINGTON SEED   GREENFIELD MO** | | |

| Date Rec'd. | 02/04/2004 | Date of Report | 03/10/2004 | Where Grown | **MO** | Net Wt. | **50** | Bags on Hand | 144 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag   **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | 1 | .40 | 2.60 | 85 | NS | 1/04 |
| FOUND: | 95.49 | .44 | .77 | 3.30 | 89 | 0 | 03/10/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **135 HAIRY CHESS, 27 DOCK, 18 SHEEP SORREL, 18 BUCKHORN PLANTAIN** |
| Found: | **DOCK=9** |

**VIOLATION:REASON**

**COMMENTS**   144 BAGS  * CONTAINS .25% RYEGRASS   *LAWN GRASS SEED

Director

Seed Division





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21257 |
| LOT NO | **30379GGR** |
| INSP NO | 39 N |

### SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | PENNINGTON SEED | CULLMAN AL | |
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO | | |
| Name  Address on tag: | **PENNINGTON SEED   GREENFIELD MO** | | |

Date Rec'd. 02/04/2004   Date of Report 03/09/2004   Where Grown **MO**   Net Wt. **50**   Bags on Hand 240

Variety  Common Name Given on Tag **KENTUCKY 31 TALL FESCUE**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | 1 | .40 | 2.60 | 85 | NS | 1/04 |
| FOUND: | 96.40 | .59 | .08 | 2.93 | 91 | 0 | 03/09/2004 |

#### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **135 HAIRY CHESS, 27 DOCK, 18 SHEEP SORREL, 18 BUCKHORN PLANTAIN** |
| Found: | **BUCKHORN PLANTAIN=9, CHEAT/HAIRY CHESS=27** |

VIOLATION:REASON

COMMENTS   240 BAGS  * CONTAINS .25% RYEGRASS    *LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21258 |
| LOT NO | **320396GGR** |
| INSP NO | 40 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | |
|---|---|---|
| Seed Sample Collected at: | PENNINGTON SEED | CULLMAN AL |
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO | |
| Name  Address on tag: | **PENNINGTON SEED   GREENFIELD MO** | |

| Date Rec'd. | 02/04/2004 | Date of Report | 03/09/2004 | Where Grown | MO | Net Wt. | 25 | Bags on Hand | 600 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag   **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .80 | .60 | 2.60 | 85 | NS | 1/04 |
| FOUND: | 97.08 | .57 | .56 | 1.79 | 95 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **162 HAIRY CHESS, 18 DOCK, 9 SHEEP SORREL, 9 BUCKHORN PLANTAIN** |
| Found: | **NONE** |

VIOLATION:REASON

COMMENTS   600 BAGS  * CONTAINS .25% RYEGRASS  *LAWN GRASS SEED **TREATED WITH PENKOTE (APRON XL LS)

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21259 |
| LOT NO | **320393GGR** |
| INSP NO | 41 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: PENNINGTON SEED          CULLMAN AL

Seed were shipped by: PENNINGTON SEED   GREENFIELD MO

Name  Address on tag: **PENNINGTON SEED   GREENFIELD MO**

| Date Rec'd. | 02/04/2004 | Date of Report | 03/09/2004 | Where Grown | **MO** | Net Wt. | **25** | Bags on Hand | 520 |

Variety  Common Name Given on Tag **KENTUCKY 31 TALL FESCUE**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **.80** | **.60** | **2.60** | **85** | **NS** | **1/04** |
| FOUND: | **96.60** | **.78** | **.37** | **2.25** | **92** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **162 HAIRY CHESS, 18 DOCK, 9 SHEEP SORREL, 9 BUCKHORN PLANTAIN**

Found: **HAIRY CHESS OR CHEAT = 126**

VIOLATION:REASON

COMMENTS    520 BAGS * CONTAINS .25% RYEGRASS *LAWN GRASS SEED

Director

Seed Division

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123





*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21260 |
| LOT NO | **320402GGR** |
| INSP NO | 42 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   PENNINGTON SEED            CULLMAN AL

Seed were shipped by:   PENNINGTON SEED   GREENFIELD MO

Name  Address on tag:  **PENNINGTON SEED   GREENFIELD MO**

Date Rec'd.   02/04/2004   Date of Report   03/09/2004   Where Grown   **MO**   Net Wt.   **25**   Bags on Hand   480

Variety  Common Name Given on Tag   **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .80 | .60 | 2.60 | 85 | NS | 1/04 |
| FOUND: | 97.85 | .13 | .36 | 1.66 | 93 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:            **162 HAIRY CHESS, 18 DOCK, 9 SHEEP SORREL, 9 BUCKHORN PLANTAIN**

Found:                       **SHEEP SORREL=9**

VIOLATION:REASON

COMMENTS   480 BAGS  * CONTAINS .25% RYEGRASS  *LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama  36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21261 |
| LOT NO | **320400GGR** |
| INSP NO | 43-N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  PENNINGTON SEED          CULLMAN AL

Seed were shipped by:  PENNINGTON SEED    GREENFIELD MO

Name  Address on tag:  **PENNINGTON SEED    GREENFIELD MO**

Date Rec'd.  02/04/2004  Date of Report  03/09/2004  Where Grown  **MO**  Net Wt.  **25**  Bags on Hand  840

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **.80** | **.60** | **2.60** | **85** | **NS** | 1/04 |
| FOUND: | **96.95** | **.35** | **.82** | **1.88** | **90** | **0** | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:  **162 HAIRY CHESS, 18 DOCK, 9 SHEEP SORREL, 9 BUCKHORN PLANTAIN**

Found:  **NONE**

VIOLATION:REASON

COMMENTS   840 BAGS  * CONTAINS .25% RYEGRASS  *LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone:** (334) 240-7140

**Fax** (334) 240-7193

| | |
|---|---|
| LAB NO | 21262 |
| LOT NO | **320401GGR** |
| INSP NO | 44 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabeling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | |
|---|---|
| Seed Sample Collected at: | PENNINGTON SEED          CULLMAN AL |
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO |
| Name  Address on tag: | **PENNINGTON SEED   GREENFIELD MO** |

| Date Rec'd. | 02/04/2004 | Date of Report | 03/09/2004 | Where Grown | **MO** | Net Wt. | **25** | Bags on Hand | 840 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .80 | .60 | 2.60 | 85 | NS | 1/04 |
| FOUND: | 96.98 | .55 | .46 | 2.01 | 93 | 0 | 03/09/2004 |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

| Labeled: | **162 HAIRY CHESS, 18 DOCK, 9 SHEEP SORREL, 9 BUCKHORN PLANTAIN** |
|---|---|
| Found: | **CHEAT/HAIRY CHESS=36, BUCKHORN PLANTAIN=9, SHEEP SORREL=9** |

VIOLATION:REASON

COMMENTS   840 BAGS  * CONTAINS .25% RYEGRASS  *LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123





*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21263 |
|---|---|
| LOT NO | **320403GGR** |
| INSP NO | 45 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | |
|---|---|---|
| Seed Sample Collected at: | PENNINGTON SEED | CULLMAN AL |
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO | |
| Name  Address on tag: | **PENNINGTON SEED   GREENFIELD MO** | |

| Date Rec'd. | 02/04/2004 | Date of Report | 03/09/2004 | Where Grown | MO | Net Wt. | 25 | Bags on Hand | 240 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag **KENTUCKY 31 TALL FESCUE**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .80 | .60 | 2.60 | 85 | NS | 1/04 |
| FOUND: | 96.89 | .61 | .18 | 2.32 | 94 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **162 HAIRY CHESS, 18 DOCK, 9 SHEEP SORREL, 9 BUCKHORN PLANTAIN** |
| Found: | **HAIRY CHESS OR CHEAT=27** |

VIOLATION:REASON

COMMENTS    240 BAGS  * CONTAINS .25% RYEGRASS  *LAWN GRASS SEED

Director

Seed Division

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21264 |
| LOT NO | **320394GGR** |
| INSP NO | 46 N |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**
This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| Seed Sample Collected at: | PENNINGTON SEED | CULLMAN AL |
|---|---|---|

| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO |
|---|---|

| Name  Address on tag: | **PENNINGTON SEED   GREENFIELD MO** |
|---|---|

| Date Rec'd. | 02/04/2004 | Date of Report | 03/09/2004 | Where Grown | **MO** | Net Wt. | **25** | Bags on Hand | 520 |
|---|---|---|---|---|---|---|---|---|---|

| Variety  Common Name Given on Tag | **KENTUCKY 31 TALL FESCUE** |
|---|---|

| Found in this Lab | **SAME** |
|---|---|

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **.80** | **.60** | **2.60** | **85** | **NS** | **1/04** |
| FOUND: | **97.12** | **.71** | **.45** | **1.72** | **92** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **162 HAIRY CHESS, 18 DOCK, 9 SHEEP SORREL, 9 BUCKHORN PLANTAIN** |
|---|---|
| Found: | **CHEAT/HAIRY CHESS=99** |

**VIOLATION:REASON**

**COMMENTS**    520 BAGS  * CONTAINS .25% RYEGRASS  *LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123





*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21265 |
| LOT NO | **320395GGR** |
| INSP NO | 47 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: PENNINGTON SEED        CULLMAN AL

Seed were shipped by: PENNINGTON SEED   GREENFIELD MO

Name  Address on tag: **PENNINGTON SEED   GREENFIELD MO**

| Date Rec'd. | 02/04/2004 | Date of Report | 03/09/2004 | Where Grown | **MO** | Net Wt. | **25** | Bags on Hand | 440 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .80 | .60 | 2.60 | 85 | NS | 1/04 |
| FOUND: | 97.15 | .45 | .23 | 2.17 | 94 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **162 HAIRY CHESS, 18 DOCK, 9 SHEEP SORREL, 9 BUCKHORN PLANTAIN**

Found: **SHEEP SORREL=9, CHEAT OR HAIRY CHESS=18**

VIOLATION:REASON

COMMENTS   440 BAGS  * CONTAINS .25% RYEGRASS  *LAWN GRASS SEED

Director

Seed Division

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123





*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21266 |
| LOT NO | **30AV32** |
| INSP NO | 48 N |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | |
|---|---|
| Seed Sample Collected at: | PENNINGTON SEED            CULLMAN AL |
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO |
| Name  Address on tag: | **PENNINGTON SEED   GREENFIELD MO** |

| Date Rec'd. | 02/04/2004 | Date of Report | 03/09/2004 | Where Grown | **MO** | Net Wt. | **50** | Bags on Hand | 312 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag   **KENTUCKY 31 TALL FESCUE**

Found in this Lab    **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **96** | **1** | **.50** | **2.50** | **85** | **NS** | **9/03** |
| **FOUND:** | **97.10** | **.40** | **.92** | **1.58** | **97** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN** |
|---|---|
| Found: | **DOCK=9** |

VIOLATION:REASON

COMMENTS    312 BAGS * NO. RYEGRASS FOUND. * LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21269 |
| LOT NO | **320376GR** |
| INSP NO | 51 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.
This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | |
|---|---|
| Seed Sample Collected at: | PENNINGTON SEED      CULLMAN AL |
| Seed were shipped by: | PENNINGTON SEED    GREENFIELD MO |
| Name  Address on tag: | **PENNINGTON SEED    GREENFIELD MO** |

| Date Rec'd. | 02/04/2004 | Date of Report | 03/10/2004 | Where Grown | **MO** | Net Wt. | **25** | Bags on Hand | 840 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **.80** | **.30** | **2.90** | **85** | **NS** | **1/04** |
| FOUND: | **95.96** | **.78** | **.14** | **3.12** | **91** | **0** | **03/10/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **135 HAIRY CHESS, 27 DOCK, 18 SHEEP SORREL, 18 BUCKHORN PLANTAIN** |
|---|---|
| Found: | **HAIRY CHESS OR CHEAT=27** |

VIOLATION:REASON

COMMENTS    840 BAGS   * CONTAINS .25% RYEGRASS.  * LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21270 |
| LOT NO | **320373GR** |
| INSP NO | 52 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | PENNINGTON SEED | CULLMAN AL | |
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO | | |
| Name  Address on tag: | **PENNINGTON SEED   GREENFIELD MO** | | |

| Date Rec'd. | 02/04/2004 | Date of Report | 03/09/2004 | Where Grown | **MO** | Net Wt. | **25** | Bags on Hand | 640 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag   **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **.80** | **.30** | **2.90** | **85** | **NS** | 1/04 |
| FOUND: | **95.74** | **.78** | **.29** | **3.19** | **91** | **0** | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **135 HAIRY CHESS, 27 DOCK, 18 SHEEP SORREL, 18 BUCKHORN PLANTAIN** |
|---|---|
| Found: | **HAIRY CHESS OR CHEAT=27** |

**VIOLATION:REASON**

**COMMENTS**    640 BAGS  * CONTAINS .25% RYEGRASS.  * LAWN GRASS SEED

**Director**

**Seed Division**



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21272 |
| LOT NO | **30RT04GR** |
| INSP NO | 54 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| Seed Sample Collected at: | PENNINGTON SEED          CULLMAN AL |
|---|---|
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO |
| Name Address on tag: | **PENNINGTON SEED    GREENFIELD MO** |

| Date Rec'd. | 02/04/2004 | Date of Report | 03/09/2004 | Where Grown | MO | Net Wt. | 50 | Bags on Hand | 80 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .80 | .30 | 2.90 | 85 | NS | 1/04 |
| FOUND: | 95.35 | .74 | .56 | 3.35 | 92 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **135 HAIRY CHESS, 63 SHEEP SORREL, 54 DOCK, 45 BUCKHORN PLANTAIN** |
|---|---|
| Found: | **HAIRY CHESS OR CHEAT=72, DOCK=72, SHEEP SORREL=9, BUCKHORN PLANTAIN=9** |

VIOLATION:REASON

COMMENTS   80 BAGS * CONTAINS .20% RYEGRASS   * LAWN GRASS SEED

Director

Seed Division

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123




*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21274 |
| LOT NO | **320213GR-EB** |
| INSP NO | 56 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:    PENNINGTON SEED          CULLMAN AL

Seed were shipped by: PENNINGTON SEED   GREENFIELD MO

Name  Address on tag: **PENNINGTON SEED   GREENFIELD MO**

Date Rec'd. 02/04/2004  Date of Report 03/17/2004  Where Grown **MO**  Net Wt. **25**  Bags on Hand 480

Variety  Common Name Given on Tag **KENTUCKY 31 TALL FESCUE**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 95 | 1.40 | .50 | 3.10 | 85 | NS | 9/03 |
| FOUND: | 97.22 | .57 | .10 | 2.11 | 83 | 0 | 03/17/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:    **117 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 9 BUCKHORN PLANTAIN**

Found:    **NONE**

VIOLATION:REASON

COMMENTS   480 BAGS * CONTAINS .40% RYEGRASS  * LAWN GRASS SEED

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21275 |
| LOT NO | **320193GR-AE** |
| INSP NO | 57 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | |
|---|---|
| Seed Sample Collected at: | PENNINGTON SEED        CULLMAN AL |
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO |
| Name  Address on tag: | **PENNINGTON SEED    GREENFIELD MO** |

| Date Rec'd. | Date of Report | Where Grown | Net Wt. | Bags on Hand |
|---|---|---|---|---|
| 02/04/2004 | 03/17/2004 | **MO** | **25** | 140 |

Variety  Common Name Given on Tag **KENTUCKY 31 TALL FESCUE**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **96** | **1** | **.50** | **2.50** | **85** | **NS** | **9/03** |
| **FOUND:** | **97.30** | **.33** | **.18** | **2.19** | **86** | **0** | **03/17/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **117 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN** |
| Found: | **HAIRY CHESS OR CHEAT=9** |

VIOLATION:REASON

COMMENTS   140 BAGS * CONTAINS .50% RYEGRASS  * LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21276 |
| LOT NO | **30260GGR** |
| INSP NO | 58 N |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   PENNINGTON SEED          CULLMAN AL

Seed were shipped by:   PENNINGTON SEED   GREENFIELD MO

Name  Address on tag:   **PENNINGTON SEED    GREENFIELD MO**

Date Rec'd.   02/04/2004 | Date of Report   03/12/2004 | Where Grown   **MO** | Net Wt.   **50** | Bags on Hand   144

Variety  Common Name Given on Tag   **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .90 | .60 | 2.50 | 85 | NS | 11/03 |
| FOUND: | 96.92 | .52 | .51 | 2.05 | 90 | 0 | 03/12/2004 |

#### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:          **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found:          **HAIRY CHESS OR CHEAT=63, DOCK=1, SHEEP SORREL=1**

VIOLATION:REASON

COMMENTS    144 BAGS * CONTAINS .30% RYEGRASS  * LAWN GRASS SEED

Director

Seed Division




# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21277 |
| LOT NO | **30262GGR** |
| INSP NO | 59 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: PENNINGTON SEED          CULLMAN AL

Seed were shipped by: PENNINGTON SEED   GREENFIELD MO

Name  Address on tag: **PENNINGTON SEED   GREENFIELD MO**

| Date Rec'd. | 02/04/2004 | Date of Report | 03/12/2004 | Where Grown | **MO** | Net Wt. | **50** | Bags on Hand | 336 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **.90** | **.60** | **2.50** | **85** | **NS** | **11/03** |
| FOUND: | **96.75** | **.48** | **.28** | **2.49** | **92** | **0** | **03/12/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:              **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found:                              **NONE**

VIOLATION:REASON

COMMENTS    336 BAGS * CONTAINS .30% RYEGRASS  * LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123




*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21278 |
| LOT NO | **30261GGR** |
| INSP NO | 60 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | |
|---|---|---|
| Seed Sample Collected at: | PENNINGTON SEED | CULLMAN AL |
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO | |
| Name  Address on tag: | **PENNINGTON SEED   GREENFIELD MO** | |

| Date Rec'd. | 02/04/2004 | Date of Report | 03/12/2004 | Where Grown | MO | Net Wt. | 50 | Bags on Hand | 240 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **.90** | **.60** | **2.50** | **85** | **NS** | **11/03** |
| FOUND: | . 96.07 | .61 | .34 | 2.98 | 93 | 0 | 03/12/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN** |
|---|---|
| Found: | **HAIRY CHESS OR CHEAT=54** |

**VIOLATION:REASON**

**COMMENTS**  240 BAGS * CONTAINS .30% RYEGRASS  * LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax: (334) 240-7193

| | |
|---|---|
| LAB NO | 21279 |
| LOT NO | **30299GGR** |
| INSP NO | 61 N |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| Seed Sample Collected at: | PENNINGTON SEED          CULLMAN AL |
|---|---|

Seed were shipped by: PENNINGTON SEED   GREENFIELD MO

Name  Address on tag: **PENNINGTON SEED   GREENFIELD MO**

| Date Rec'd. | 02/04/2004 | Date of Report | 03/12/2004 | Where Grown | **MO** | Net Wt. | **50** | Bags on Hand | 144 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **.90** | **.60** | **2.50** | **85** | **NS** | **11/03** |
| FOUND: | **96.32** | **.32** | **.50** | **2.86** | **83** | **0** | **03/12/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found: **HAIRY CHESS=63, SHEEP SORREL=9**

VIOLATION:REASON

COMMENTS   144 BAGS * CONTAINS .30% RYEGRASS  * LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21287 |
| LOT NO | **30297GGR** |
| INSP NO | 69 N |

## SEED REPORT  STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  PENNINGTON           CULLMAN AL

Seed were shipped by:  PENNINGTON SEED    GREENFIELD MO

Name  Address on tag:  **PENNINGTON SEED    GREENFIELD MO**

Date Rec'd.  02/04/2004 | Date of Report  03/12/2004 | Where Grown  **MO** | Net Wt.  **50** | Bags on Hand  168

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **.90** | **.60** | **2.50** | **85** | **NS** | **11/03** |
| FOUND: | **95.49** | **.46** | **.69** | **3.36** | **89** | **0** | **03/12/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:          **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found:                **HAIRY CHESS OR CHEAT=81, DOCK=9**

VIOLATION:REASON

COMMENTS    168 BAGS  * CONTAINS .30% RYEGRASS. * LAWN GRASS SEED

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21288 |
|---|---|
| LOT NO | **30298GGR** |
| INSP NO | 70 N |

## SEED REPORT  STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: PENNINGTON        CULLMAN AL

Seed were shipped by: PENNINGTON SEED   GREENFIELD MO

Name  Address on tag: **PENNINGTON SEED   GREENFIELD MO**

| Date Rec'd. | 02/04/2004 | Date of Report | 03/12/2004 | Where Grown | **MO** | Net Wt. | **50** | Bags on Hand | 168 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag **KENTUCKY 31 TALL FESCUE**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .90 | .60 | 2.50 | 85 | NS | 11/03 |
| FOUND: | 95.73 | .54 | .51 | 3.22 | 91 | 0 | 03/12/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:        **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found:                **HAIRY CHESS OR CHEAT=27**

VIOLATION:REASON

COMMENTS   168 BAGS * CONTAINS 30% RYEGRASS. * LAWN GRASS SEED

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21292 |
| LOT NO | **30214GGR** |
| INSP NO | 362-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | |
|---|---|---|
| Seed Sample Collected at: | PENNINGTON | CULLMAN AL |
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO | |
| Name  Address on tag: | **PENNINGTON SEED   GREENFIELD MO** | |

| Date Rec'd. | 02/10/2004 | Date of Report | 03/12/2004 | Where Grown | **MO** | Net Wt. | **50** | Bags on Hand | 288 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag **KENTUCKY 31 TALL FESCUE**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .90 | .60 | 2.50 | 85 | NS | 10/03 |
| FOUND: | 96.14 | .36 | .17 | 3.33 | 90 | 0 | 03/12/2004 |

Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found: **NONE**

VIOLATION:REASON

COMMENTS    288 BAGS *CONTAINS 30% RYEGRASS *LAWN GRASS SEED *TREATED :( APRON XL LS)

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21294 |
| LOT NO | **30293GGR** |
| INSP NO | 364-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | |
|---|---|---|
| Seed Sample Collected at: | PENNINGTON | CULLMAN AL |
| Seed were shipped by: | PENNINGTON SEED   GREENFIELD MO | |
| Name  Address on tag: | **PENNINGTON SEED   GREENFIELD MO** | |

| Date Rec'd. | 02/10/2004 | Date of Report | 03/12/2004 | Where Grown | **MO** | Net Wt. | **50** | Bags on Hand | 288 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .90 | .60 | 2.50 | 85 | NS | 11/03 |
| FOUND: | 96.13 | .49 | .38 | 3 | 87 | 0 | 03/12/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | 135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN |
|---|---|
| Found: | SHEEP SORREL=9 |

VIOLATION:REASON

COMMENTS    288 BAGS *CONTAINS 30% RYEGRASS *LAWN GRASS SEED *TREATED :( APRON XL LS)

Director

Seed Division

# STATE OF ALABAMA



## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

| | | | |
|---|---|---|---|
| **Seed Division** | **LAB NO** | 21314 |
| Phone: (334) 240-7140 | **LOT NO** | **NS** |
| Fax (334) 240-7193 | **INSP NO** | 384-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:

Seed were shipped by:

Name  Address on tag:  **NO INSPECTOR REPORT**

Date Rec'd.  02/10/2004  **Date of Report**  03/09/2004  **Where Grown**        **Net Wt.**        **Bags on Hand**

**Variety  Common Name Given on Tag**  **SOYBEANS**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | | | | | | | |
| FOUND: | | | | | 90 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:

Found:

**VIOLATION:REASON**

COMMENTS    FARMER SAMPLE, GERM & VIGOR. *PHONE IN INFO, INSP. REPORT IN MAIL. RETEST; VIGOR TEST RESULTS 31% + 0% DORMANT SEED: LOW VIGOR.

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21322 |
| LOT NO | **489** |
| INSP NO | 22L |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:    CLEMMONS & HAMNER (SEED PROCESSOR)        KILLEN AL

Seed were shipped by: INTEST

Name  Address on tag:  **CLEMMONS & HAMNER   KILLEN AL**

Date Rec'd.   02/19/2004   Date of Report   03/11/2004   Where Grown   **NS**   Net Wt.   **50**   Bags on Hand   900

Variety  Common Name Given on Tag   **W.G.F. SORGHUM**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | | | | | 86 | 0 | 03/11/2004 |

Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                                **NS**

Found:

VIOLATION:REASON

COMMENTS    900 BAGS  *INTEST    *THIS SEED WAS TAKEN AT SEED PROCESSOR- IT MAY BE OFFERED FOR SALE AFTER ANALYSIS IS DONE.

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21323 |
| LOT NO | **490** |
| INSP NO | 23L |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:  CLEMMONS & HAMNER (SEED PROCESSOR)        KILLEN AL

Seed were shipped by: INTEST

Name  Address on tag: **CLEMMONS & HAMNER   KILLEN AL**

Date Rec'd.  02/19/2004  Date of Report  03/11/2004  Where Grown  **NS**  Net Wt.  **50**  Bags on Hand  900

Variety  Common Name Given on Tag  **W.G.F. SORGHUM**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | | | | | 84 | 0 | 03/11/2004 |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

Labeled:                                          **NS**

Found:

VIOLATION:REASON

COMMENTS   900 BAGS  *INTEST   *THIS SEED WAS TAKEN AT SEED PROCESSOR- IT MAY BE OFFERED FOR SALE AFTER ANALYSIS IS DONE.

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21324 |
| LOT NO | **487** |
| INSP NO | 24L |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:    CLEMMONS & HAMNER (SEED PROCESSOR)        KILLEN AL

Seed were shipped by:  INTEST

Name  Address on tag:  **CLEMMONS & HAMNER   KILLEN AL**

Date Rec'd.  02/19/2004  Date of Report  03/11/2004  Where Grown  **NS**  Net Wt.  **50**  Bags on Hand  1050

Variety  Common Name Given on Tag  **W.G.F. SORGHUM**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | | | | | **86** | **0** | **03/11/2004** |

#### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NS**

Found:

VIOLATION: REASON

COMMENTS   1050 BAGS  *INTEST   *THIS SEED WAS TAKEN AT SEED PROCESSOR- IT MAY BE OFFERED FOR SALE AFTER ANALYSIS IS DONE.

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21325 |
| **LOT NO** | **320226GGR-00** |
| **INSP NO** | 24-D |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  PENNINGTON SEED          CULLMAN, AL

Seed were shipped by:  PENNINGTON SEED    GREENFIELD, MO

Name  Address on tag:  **PENNINGTON SEED    GREENFIELD, MO**

Date Rec'd.  02/19/2004  Date of Report  03/24/2004  Where Grown    **MO**   Net Wt.   **25**   Bags on Hand   320

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **1.30** | **.50** | **2.20** | **85** | **NS** | **9/03** |
| FOUND: | **96.99** | **.65** | **.12** | **2.24** | **84** | **0** | **03/24/2004** |

Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:          **72 HAIRY CHESS, 45 DOCK, 45 SHEEP SORREL, 18 BUCKHORN PLANTAIN**

Found:              **18 SHEEP SORREL, 9 DOCK**

VIOLATION:REASON

COMMENTS    320 BAGS  *LAWN GRASS SEED  (TREATED)

Director

Seed Division

# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123





*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21326 |
| LOT NO | **30229GGR** |
| INSP NO | 25-D |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   PENNINGTON SEED             CULLMAN, AL

Seed were shipped by:   PENNINGTON SEED    GREENFIELD, MO

Name  Address on tag:   **PENNINGTON SEED     GREENFIELD, MO**

Date Rec'd.   2/19/04   Date of Report   3/19/04   Where Grown   **MO**   Net Wt.   **50**   Bags on Hand   144

Variety  Common Name Given on Tag   **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .90 | .60 | 2.50 | 85 | NS | 10/03 |
| FOUND: | 97.18 | .34 | .08 | 2.40 | 93 | 0 | 3/19/04 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                    **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found:                                **HAIRY CHESS/CHEAT=27**

VIOLATION:REASON

COMMENTS   144 BAGS *LAWN GRASS SEED  (TREATED)

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21327 |
| LOT NO | **30211GGR** |
| INSP NO | 26-D |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   PENNINGTON SEED            CULLMAN. AL

Seed were shipped by:   PENNINGTON SEED    GREENFIELD. MO

Name  Address on tag:   **PENNINGTON SEED    GREENFIELD, MO**

Date Rec'd.   2/19/04    Date of Report   3/19/04   | Where Grown   **MO**   Net Wt.   **50**   Bags on Hand   72

Variety  Common Name Given on Tag   **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .90 | .60 | 2.50 | 85 | NS | 10/03 |
| FOUND: | 95.95 | .49 | .15 | 3.41 | 93 | 0 | 3/19/04 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:            135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN

Found:                   CHEAT/HAIRY CHESS=36

VIOLATION:REASON

COMMENTS    72 BAGS  *LAWN GRASS SEED  (TREATED)

Director

Seed Division

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123





*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21328 |
| LOT NO | **30208GGR** |
| INSP NO | 27-D |

### SEED REPORT  STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in **HEAVY TYPE** is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   PENNINGTON SEED          CULLMAN. AL

Seed were shipped by: PENNINGTON SEED    GREENFIELD, MO

Name  Address on tag:  **PENNINGTON SEED    GREENFIELD, MO**

Date Rec'd.    2/19/04    Date of Report    3/19/04    Where Grown    **MO**    Net Wt.    **50**    Bags on Hand    120

Variety  Common Name Given on Tag   **KENTUCKY 31 TALL FESCUE**

Found in this Lab    **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .90 | .60 | 2.50 | 85 | NS | 10/03 |
| FOUND: | 95.78 | .35 | .28 | 3.59 | 91 | 0 | 3/19/04 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found:                        **CHEAT/HAIRY CHESS=18**

VIOLATION:REASON

COMMENTS    120 BAGS *LAWN GRASS SEED  (TREATED)

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
## 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21329 |
| LOT NO | **30209GGR** |
| INSP NO | 28-D |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   PENNINGTON SEED              CULLMAN, AL

Seed were shipped by:  PENNINGTON SEED    GREENFIELD, MO

Name  Address on tag:  **PENNINGTON SEED    GREENFIELD, MO**

Date Rec'd.    2/19/04    Date of Report    3/19/04   Where Grown    **MO**   Net Wt.    **50**    Bags on Hand    72

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **.90** | **.60** | **2.50** | **85** | **NS** | **10/03** |
| FOUND: | **95.80** | **.25** | **.53** | **3.42** | **92** | **0** | **3/19/04** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                        **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found:                                    **HAIRY CHESS/CHEAT=18**

VIOLATION:REASON

COMMENTS    72 BAGS  *LAWN GRASS SEED (TREATED)

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21330 |
| **LOT NO** | **30249GGR** |
| **INSP NO** | 29-D |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  PENNINGTON SEED               CULLMAN, AL

Seed were shipped by:  PENNINGTON SEED    GREENFIELD, MO

Name  Address on tag:  **PENNINGTON SEED    GREENFIELD, MO**

Date Rec'd.    2/19/04    Date of Report    3/19/04    Where Grown    **MO**    Net Wt.    **50**    Bags on Hand    96

Variety  Common Name Given on Tag   **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **96** | **.90** | **.60** | **2.50** | **85** | **NS** | **10/03** |
| **FOUND:** | **96.02** | **.54** | **.97** | **2.47** | **97** | **0** | **3/19/04** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:              **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found:                          **HAIRY CHESS/CHEAT=63**

VIOLATION:REASON

**COMMENTS**    96 BAGS  *LAWN GRASS SEED  (TREATED)

Director

Seed Division

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123





*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21331 |
| LOT NO | **320321GGR** |
| INSP NO | 30-D |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   PENNINGTON SEED          CULLMAN, AL

Seed were shipped by:  PENNINGTON SEED    GREENFIELD, MO

Name  Address on tag:  **PENNINGTON SEED    GREENFIELD, MO**

Date Rec'd.   2/19/04   Date of Report   3/19/04   Where Grown   **MO**   Net Wt.   **25**   Bags on Hand   560

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **96** | **.90** | **.60** | **2.50** | **85** | **NS** | 12/03 |
| FOUND: | **97.89** | **.51** | **.03** | **1.57** | **96** | **0** | 3/19/04 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:          **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found:              **HAIRY CHESS/CHEAT=27**

VIOLATION:REASON

COMMENTS    560 BAGS  *LAWN GRASS SEED  (TREATED)

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21332 |
| **LOT NO** | **320220GGR-WT** |
| **INSP NO** | 31-D |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  PENNINGTON SEED          CULLMAN, AL

Seed were shipped by:  PENNINGTON SEED    GREENFIELD, MO

Name  Address on tag:  **PENNINGTON SEED    GREENFIELD, MO**

Date Rec'd.  02/19/2004  | Date of Report  03/24/2004  | Where Grown  MO  | Net Wt.  25  | Bags on Hand  520

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | 1.20 | .40 | 2.40 | 85 | NS | 9/03 |
| FOUND: | | | OK | | 86 | 0 | 03/24/2004 |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:  **117 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found:  **NONE FOUND**

VIOLATION:REASON

COMMENTS   520 BAGS  *LAWN GRASS SEED  (TREATED)

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21334 |
| **LOT NO** | **320266GGR** |
| **INSP NO** | 33-D |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | | | | |
|---|---|---|---|---|---|---|
| Seed Sample Collected at: | PENNINGTON SEED | | CULLMAN, AL | | | |
| Seed were shipped by: | PENNINGTON SEED | GREENFIELD, MO | | | | |
| Name  Address on tag: | **PENNINGTON SEED** | **GREENFIELD, MO** | | | | |

| Date Rec'd. | 02/19/2004 | Date of Report | 03/19/2004 | Where Grown | **MO** | Net Wt. | **25** | Bags on Hand | 160 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **KENTUCKY 31 TALL FESCUE**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 96 | .90 | .60 | 2.50 | 85 | **NS** | 10/03 |
| FOUND: | | | **OK** | | 93 | 0 | 03/19/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:        **135 HAIRY CHESS, 27 SHEEP SORREL, 18 DOCK, 18 BUCKHORN PLANTAIN**

Found:        **HAIRY CHESS/CHEAT=9**

**VIOLATION:REASON**

**COMMENTS**    160 BAGS *LAWN GRASS SEED (TREATED)

Director

Seed Division

# STATE OF ALABAMA



## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21341 |
| LOT NO | **1254EW4XA** |
| INSP NO | 40-D |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: SOUTHERN STATES STORE    CENTRE, AL

Seed were shipped by: MONSANTO CO.    ST. LOUIS, MO

Name  Address on tag: **MONSANTO CO.    ST. LOUIS, MO**

Date Rec'd. 02/19/2004 | Date of Report 03/09/2004 | Where Grown **MO** | Net Wt. **50** | Bags on Hand 180

Variety  Common Name Given on Tag  **AG4902  SOYBEAN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98.5** | **1** | **0** | **.5** | **80** | **0** | **11/03** |
| FOUND: | | | **OK** | | **96** | **0** | **03/09/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NONE**

Found:

**VIOLATION:REASON**

**COMMENTS**   180 BAGS  ***VIGOR TEST ALSO;  VIGOR RESULTS 21% + 0% DORMANT SEED; LOW VIGOR.

**Director**

**Seed Division**



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21375 |
| LOT NO | **393-T** |
| INSP NO | 386-A |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: AGRILIANCE AFC            DECATUR, AL

Seed were shipped by: CLEMMONS & HAMNER SEED KILLEN, AL

Name  Address on tag: **AL FARMERS COOP    DECATUR, AL**

| Date Rec'd. | 02/19/2004 | Date of Report | 03/11/2004 | Where Grown | AL | Net Wt. | 50 | Bags on Hand | 450 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **W G F SORGHUM**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98.50** | **.80** | **.20** | **.50** | **80** | **0** | **11/03** |
| FOUND: | | | | | 86 | 0 | 03/11/2004 |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                          **NONE**

Found:

**VIOLATION:REASON**

**COMMENTS**   450 BAGS

**Director**

**Seed Division**

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21376 |
| LOT NO | **21102** |
| INSP NO | 387-A |

## SEED REPORT  STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: AGRILIANCE AFC                    DECATUR, AL

Seed were shipped by: TECOMATE WILDLIFE SYSTEMS   MC ALLEN TX

Name  Address on tag: **TECOMATE WILDLIFE SYSTEMS    MC ALLEN TX**

Date Rec'd. 02/19/2004 | Date of Report 03/16/2004 | Where Grown **AUSTRALIA** Net Wt. **20** | Bags on Hand 1200

Variety  Common Name Given on Tag **RONGAI  LAB LAB**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99.05** | **.95** | **0** | **0** | **87** | **1** | **2/04** |
| FOUND: | | | **OK** | | **90** | **0** | **03/16/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NONE**

Found:

VIOLATION:REASON

COMMENTS    1200 BAGS *LOT NUMBER  HAS BEEN CHANGED, ORIGINAL LOT NUMBER: 17761

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax: (334) 240-7193

| | |
|---|---|
| LAB NO | 21377 |
| LOT NO | 425 |
| INSP NO | 388-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   AGRILIANCE AFC                 DECATUR, AL

Seed were shipped by: CLEMMONS & HAMNER SEED  KILLEN, AL

Name  Address on tag: **AGRILIANCE-AFC, LLC   DECATUR, AL**

Date Rec'd.  02/19/2004 | Date of Report | 03/09/2004 | Where Grown | **TN** | Net Wt. | **50** | Bags on Hand | 40

Variety  Common Name Given on Tag  **HICKORY KING (WHITE) OPEN POLLINATED CORN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98** | **1.25** | **.05** | **.70** | **85** | **0** | **11/03** |
| FOUND: | | | | | **87** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: | **NONE**

Found:

**VIOLATION:REASON**

**COMMENTS**   40 BAGS

**Director**

**Seed Division**



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21378 |
| LOT NO | **407** |
| INSP NO | 389-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | AGRILIANCE AFC | DECATUR, AL | |
| Seed were shipped by: | CLEMMONS & HAMNER SEED  KILLEN, AL | | |
| Name  Address on tag: | **AGRILIANCE-AFC, LLC   DECATUR, AL** | | |

| Date Rec'd. | 02/19/2004 | Date of Report | 03/09/2004 | Where Grown | **TN** | Net Wt. | **50** | Bags on Hand | 100 |
|---|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Variety  Common Name Given on Tag | **TRUCKER'S FAVORITE ( YELLOW ) OPEN POLLINATED CORN** |
| Found in this Lab | **SAME** |

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 98 | 1.25 | .05 | .70 | 85 | 0 | 11/03 |
| FOUND: | | | | | 96 | 0 | 03/09/2004 |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

| | |
|---|---|
| Labeled: | **NONE** |
| Found: | |

VIOLATION:REASON

| | |
|---|---|
| COMMENTS | 100 BAGS |

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21379 |
| LOT NO | 428 |
| INSP NO | 390-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | AGRILIANCE AFC | DECATUR, AL | |
| Seed were shipped by: | CLEMMONS & HAMNER SEED  KILLEN, AL | | |
| Name  Address on tag: | **AGRILIANCE-AFC, LLC  DECATUR, AL** | | |

| Date Rec'd. | 02/19/2004 | Date of Report | 03/09/2004 | Where Grown | **TN** | Net Wt. | **50** | Bags on Hand | 120 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag   **TRUCKER'S FAVORITE (WHITE) OPEN POLLINATED CORN**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98** | **1.25** | **.05** | **.70** | **85** | **0** | **11/03** |
| FOUND: | | | | | **95** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **NONE** |
| Found: | |

VIOLATION:REASON

COMMENTS    120 BAGS

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES

### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21380 |
| LOT NO | **E244635** |
| INSP NO | 391-A |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**
This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: AGRILIANCE AFC                DECATUR, AL

Seed were shipped by: LAND O' LAKES, INC.     FT. DODGE, IA

Name  Address on tag: **LAND O' LAKES, INC.     FT. DODGE, IA**

| Date Rec'd. | 02/19/2004 | Date of Report | 03/09/2004 | Where Grown | **IA** | Net. Wt. | **59** | Bags on Hand | 250 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag **872RR2 LR-B1 HYBRID SEED CORN**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99.5** | **.5** | **0** | **0** | **95** | **NS** | **1/04** |
| FOUND: | | | | | **98** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled :                         **NONE**

Found:

VIOLATION:REASON

COMMENTS   250 BAGS *TREATED: MAXIM, METALAXYL, ACTELLIC-5E

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| **LAB NO** | 21381 |
| **LOT NO** | **G1125/03A-8539** |
| **INSP NO** | 392-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabing is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  AGRILIANCE AFC              DECATUR, AL

Seed were shipped by: THE WAX CO.  AMORY, MS

Name  Address on tag: **THE WAX CO.  AMORY, MS**

Date Rec'd.  02/19/2004  Date of Report  03/09/2004  Where Grown  **CA**  Net Wt.  **50**  Bags on Hand  280

Variety  Common Name Given on Tag  **CA. CERT. MISSISSIPPI PINKEYE SOUTHERNPEA**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **98.50** | **1.45** | **0** | **.05** | **85** | **0** | **12/03** |
| **FOUND:** | | | **OK** | | **86** | **3** | **03/09/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                           **NONE**

Found:

**VIOLATION:REASON**

**COMMENTS**   280 BAGS * CA. CERT.  *VARIETY ON BAG: MISSISSIPPI PINKEYE PURPLEHULL

Director

Seed Division

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21382 |
| LOT NO | **G1152/03A-7796** |
| INSP NO | 393-A |

### SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | AGRILIANCE AFC | DECATUR, AL | |
| Seed were shipped by: | THE WAX CO. AMORY, MS | | |
| Name Address on tag: | **THE WAX CO.  AMORY, MS** | | |

| Date Rec'd. | 02/19/2004 | Date of Report | 03/09/2004 | Where Grown | **CA** | Net Wt. | **50** | Bags on Hand | **40** |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag   **MISSISSIPPI SILVER SOUTHERNPEA**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98.50** | **1.45** | **0** | **.05** | **80** | **0** | **12/03** |
| FOUND: | | | **OK** | | **91** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **NONE** |
|---|---|
| Found: | |

**VIOLATION:REASON**

**COMMENTS**   40 BAGS *LOT NUMBER ON BAG: G1152

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
**Phone: (334) 240-7140**
**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21388 |
| LOT NO | **221** |
| INSP NO | 399-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| Seed Sample Collected at: | BRAGG FARMS | TONEY, AL |
|---|---|---|
| Seed were shipped by: | INTEST | |

Name  Address on tag:  **PROCESSED BY BRAGG FARMS   TONEY, AL**

| Date Rec'd. | 02/19/2004 | Date of Report | 03/09/2004 | Where Grown | NS | Net Wt. | 50 | Bags on Hand | 900 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **SSCA CERT. HUTCHESON SOYBEAN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.55** | **.45** | **0** | **0** | **91** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **NS** |
|---|---|
| Found: | **NONE** |

**VIOLATION:REASON**

**COMMENTS**   900 BAGS **INTEST * SSCA CERT.

Director

**Seed Division**





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21389 |
| LOT NO | **222** |
| INSP NO | 400-A |

### SEED REPORT  STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | BRAGG FARMS | TONEY, AL | |
| Seed were shipped by: | INTEST | | |
| Name  Address on tag: | **PROCESSED BY BRAGG FARMS  TONEY, AL** | | |

| Date Rec'd. | Date of Report | Where Grown | Net Wt. | Bags on Hand |
|---|---|---|---|---|
| 02/19/2004 | 03/09/2004 | **NS** | **50** | 900 |

Variety  Common Name Given on Tag   **SSCA CERT. HUTCHESON SOYBEAN**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.58** | **.38** | **0** | **.04** | **92** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **NS** |
| Found: | **NONE** |

**VIOLATION:REASON**

**COMMENTS**   900 BAGS **INTEST * SSCA CERT.

Director

Seed Division

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123




*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21390 |
| LOT NO | **223** |
| INSP NO | 401-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | BRAGG FARMS | TONEY, AL | |
| Seed were shipped by: | INTEST | | |
| Name Address on tag: | **PROCESSED BY BRAGG FARMS  TONEY, AL** | | |

| Date Rec'd. | 02/19/2004 | Date of Report | 03/11/2004 | Where Grown | NS | Net Wt. | 50 | Bags on Hand | 800 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag   **SSCA CERT. HUTCHESON SOYBEAN**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.43** | **.51** | **0** | **.06** | **89** | **0** | **03/11/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

| | |
|---|---|
| Labeled: | **NS** |
| Found: | **NONE** |

VIOLATION:REASON

COMMENTS   800 BAGS **INTEST * SSCA CERT.

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21391 |
| LOT NO | **301** |
| INSP NO | 402-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | BRAGG FARMS | TONEY, AL | |
| Seed were shipped by: | INTEST | | |
| Name  Address on tag: | **PROCESSED BY BRAGG FARMS  TONEY, AL** | | |

| Date Rec'd. | 02/19/2004 | Date of Report | 03/11/2004 | Where Grown | **NS** | Net Wt. | **50** | Bags on Hand | 900 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag   **DG 3614 RR SOYBEAN**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.36** | **.55** | **0** | **.09** | **88** | **0** | **03/11/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **NS** |
|---|---|
| Found: | **NONE** |

**VIOLATION:REASON**

**COMMENTS**   900 BAGS **INTEST

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21392 |
| LOT NO | **302** |
| INSP NO | 403-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  BRAGG FARMS                TONEY, AL

Seed were shipped by:  INTEST

Name  Address on tag:  **PROCESSED BY BRAGG FARMS  TONEY, AL**

| Date Rec'd. | 02/19/2004 | Date of Report | 03/11/2004 | Where Grown | **NS** | Net Wt. | **50** | Bags on Hand | 900 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **DG 3614 RR SOYBEAN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.08** | **.85** | **0** | **.07** | **89** | **0** | **03/11/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                    **NS**

Found:                                    **NONE**

VIOLATION:REASON

COMMENTS   900 BAGS ~*INTEST

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21393 |
| LOT NO | **303** |
| INSP NO | 404-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: BRAGG FARMS                TONEY, AL

Seed were shipped by: INTEST

Name  Address on tag: **PROCESSED BY BRAGG FARMS  TONEY, AL**

| Date Rec'd. | 02/19/2004 | Date of Report | 03/09/2004 | Where Grown | NS | Net Wt. | 50 | Bags on Hand | 900 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **DG 3614 RR SOYBEAN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| **FOUND:** | **99.04** | **.75** | **0** | **.21** | **92** | **0** | **03/09/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

| Labeled: | **NS** |
|---|---|
| Found: | **NONE** |

VIOLATION:REASON

COMMENTS    900 BAGS **INTEST

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21394 |
| LOT NO | **304** |
| INSP NO | 405-A |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: BRAGG FARMS     TONEY, AL

Seed were shipped by: INTEST

Name  Address on tag: **PROCESSED BY BRAGG FARMS  TONEY, AL**

| Date Rec'd. | 02/19/2004 | Date of Report | 03/11/2004 | Where Grown | NS | Net Wt. | 50 | Bags on Hand | 900 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag **DG 3614 RR SOYBEAN**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **98.90** | **.64** | **0** | **.46** | **93** | **0** | **03/11/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **NS** |
|---|---|
| Found: | **NONE** |

VIOLATION:REASON

COMMENTS     900 BAGS **INTEST

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21396 |
| LOT NO | **8951** |
| INSP NO | 342-0 |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**
This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | | | |
|---|---|---|---|---|---|
| Seed Sample Collected at: | SEED PROCESSORS | | WETUMPKA, AL | | |
| Seed were shipped by: | CARRY OVER | | | | |
| Name  Address on tag: | **THE WAX CO    AMORY, MS** | | | | |
| Date Rec'd. | 02/24/2004 | Date of Report  03/09/2004 | Where Grown  **SD** | Net Wt.  **50** | Bags on Hand  1 |

Variety  Common Name Given on Tag  **BLACK OIL F-2 HYBRID SUNFLOWER**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98** | **1** | **.05** | **.95** | **80** | **—** | **4/03** |
| FOUND: | | | | | 26 | 0 | 03/09/2004 |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **NONE** |
| Found: | |

VIOLATION:REASON

COMMENTS   1 BAG *OLD TEST DATE: This lot of seed was found to germinate below the minimum germination standard of 60%; therefore, this lot of seed cannot be offered for sale in Alabama.

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21400 |
| LOT NO | **03-8819-5** |
| INSP NO | 346-0 |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | SEED PROCESSORS | WETUMPKA, AL | |
| Seed were shipped by: | PENNINGTON SEED INC. CULLMAN, AL | | |
| Name  Address on tag: | **C.T. SMITH LTD  PLEASANTON, TX** | | |

| Date Rec'd. | 02/24/2004 | Date of Report | 03/23/2004 | Where Grown | **TX** | Net Wt. | **50** | Bags on Hand | 15 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **PINKEYE PURPLEHULL BVR SOUTHERNPEA**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98** | **1** | **0** | **1** | **75** | **0** | **12/03** |
| FOUND: | | | **OK** | | **95** | **0** | **03/23/2004** |

#### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **NONE** |
| Found: | |

**VIOLATION:REASON**

COMMENTS    15 BAGS * CAPTAN TREATED SEED    UNABLE TO DO A COMPLETE VARIETAL DIFFERTIATION BECAUSE OF TREATMENT.

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21401 |
|--------|-------|
| LOT NO | 4301 |
| INSP NO | 347-0 |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   SEED PROCESSORS          WETUMPKA, AL

Seed were shipped by:  CARRY OVER

Name  Address on tag:  **SEED PROCESSORS      WETUMPKA, AL**

| Date Rec'd. | 02/24/2004 | Date of Report | 03/16/2004 | Where Grown | **TX** | Net Wt. | **50** | Bags on Hand | 28 |

Variety  Common Name Given on Tag  **SUMMERGRAZER 111 HYBRID SORGHUM SUDANGRASS**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|----------|------------|---------------|------------|------------|-------|------------|-----------|
| LABELED: | **98.50** | **1** | **.05** | **.45** | **85** | **NS** | **1/03** |
| FOUND: | | | | | **76** | **0** | **03/16/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                **NONE**

Found:

VIOLATION:REASON

COMMENTS    28 BAGS *OLD TEST DATE **CAPTAN TREATED:  This lot of seed was found to germinate lower than the germination stated on the analysis tag.

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**
Phone: (334) 240-7140
Fax: (334) 240-7193

| | |
|---|---|
| LAB NO | 21408 |
| LOT NO | **B03010** |
| INSP NO | 354-0 |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: PIEDMONT FERTILIZER CO.          OPELIKA, AL

Seed were shipped by: THE WAX CO     AMORY, MS

Name  Address on tag: **THE WAX CO     AMORY, MS**

Date Rec'd. 02/26/2004 | Date of Report 03/17/2004 | Where Grown CA | Net Wt. 50 | Bags on Hand 4

Variety  Common Name Given on Tag **HULLED BERMUDAGRASS**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **95** | **4** | **.50** | **.50** | **85** | **NS** | **7/03** |
| **FOUND:** | **96.48** | **3.47** | **.05** | **0** | **93** | **0** | **03/17/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

Labeled: **NONE**

Found:

VIOLATION:REASON

COMMENTS  4 BAGS

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21409 |
| LOT NO | **Z3DON11022-00** |
| INSP NO | 129-G |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   DALE FARM CO/OP                    ARITON, AL

Seed were shipped by:   AFC        DECATUR

Name  Address on tag:   **PIONEER**

Date Rec'd.   02/26/2004   Date of Report   03/09/2004   Where Grown   **NE**   Net Wt.   **50**   Bags on Hand   81

Variety  Common Name Given on Tag   **32R25 HYBRID FIELD CORN**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99.5** | **.5** | **0** | **0** | **95** | **0** | **12/03** |
| FOUND: | | | | | **99** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                        **NONE**

Found:

**VIOLATION:REASON**

**COMMENTS**   81 BAGS *TREATED: FLUDIOXONIL & METALAXYL-M

**Director**

**Seed Division**



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21410 |
| LOT NO | **W3STJ11018-F1** |
| INSP NO | 130-G |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  DALE CO/OP                    ARITON, AL

Seed were shipped by: AFC      DECATUR

Name  Address on tag:  **PIONEER**

Date Rec'd. 02/26/2004  Date of Report 03/09/2004  Where Grown  **IL**  Net Wt. **50**  Bags on Hand  29

Variety  Common Name Given on Tag  **31G97 HYBRID FIELD CORN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99.5** | **.5** | **0** | **0** | **95** | **0** | **12/03** |
| **FOUND:** | | | | | 98 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                              **NONE**

Found:

**VIOLATION:REASON**

COMMENTS   29 BAGS *TREATED: FLUDIOXONIL & METALAXYL-M

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



**Ron Sparks**
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21411 |
| LOT NO | **W3WOR11010-00** |
| INSP NO | 131-G |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: DALE CO/OP                    ARITON, AL

Seed were shipped by: AFC      DECATUR

Name  Address on tag: **PIONEER**

Date Rec'd. 02/26/2004 | Date of Report  03/09/2004 | Where Grown **IL** | Net Wt. **50** | Bags on Hand  100

Variety  Common Name Given on Tag  **31G66 HYBRID FIELD CORN**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99.5** | **.5** | **0** | **0** | **95** | **0** | **12/03** |
| FOUND: | | | | | **99** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                           **NONE**

Found:

VIOLATION:REASON

COMMENTS    100 BAGS *TREATED: FLUDIOXONIL & METALAXYL-M

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21412 |
| LOT NO | **Z3G0011003-00** |
| INSP NO | 132-G |

### SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   DALE CO/OP                    ARITON, AL

Seed were shipped by:   AFC    DECATUR

Name  Address on tag:   **PIONEER**

Date Rec'd.  02/26/2004  | Date of Report  03/09/2004 | Where Grown  **IL** | Net Wt.  **50** | Bags on Hand  60

Variety  Common Name Given on Tag   **31G98 HYBRID FIELD CORN**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99.5** | **.5** | **0** | **0** | **95** | **0** | **12/03** |
| FOUND: | | | | | 99 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                              **NONE**

Found:

VIOLATION:REASON

COMMENTS   60 BAGS *TREATED: FLUDIOXONIL & METALAXYL-M

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21413 |
| LOT NO | **W3CON11038-P5** |
| INSP NO | 133-G |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: DALE CO/OP          ARITON, AL

Seed were shipped by: AFC        DECATUR

Name  Address on tag: **PIONEER**

Date Rec'd. 02/26/2004  Date of Report 03/09/2004  Where Grown **MI**  Net Wt. **50**  Bags on Hand  100

Variety  Common Name Given on Tag **33V15 HYBRID FIELD CORN**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99.5** | **.5** | **0** | **0** | **95** | **0** | **12/03** |
| **FOUND:** | | | | | **99** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NONE**

Found:

**VIOLATION:REASON**

COMMENTS  100 BAGS *TREATED: FLUDIOXONIL & METALAXYL-M

**Director**

**Seed Division**



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
#### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| LAB NO | 21414 |
|--------|-------|
| LOT NO | **401** |
| INSP NO | 134-G |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  SEED SOUTH              DOTHAN AL

Seed were shipped by: KELLOGG SEED CO.  CROWS LANDING, CA

Name  Address on tag: **KELLOGG SEED CO.  CROWS LANDING, CA**

Date Rec'd.  02/26/2004  Date of Report  03/09/2004  Where Grown  CA  Net Wt.  50  Bags on Hand  29

Variety  Common Name Given on Tag  **JACKSON WONDER LIMA BEANS**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|----------|-----------|---------------|------------|------------|-------|------------|-----------|
| LABELED: | 99 | 1 | 0 | 0 | 85 | 0 | 10/03 |
| FOUND: | | | | | 92 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:  0

Found:

VIOLATION:REASON

COMMENTS    29 BAGS

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| **LAB NO** | 21415 |
| **LOT NO** | **413** |
| **INSP NO** | 135-G |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:   SEED SOUTH      DOTHAN AL

Seed were shipped by: KELLOGG SEED CO. CROWS LANDING, CA

Name Address on tag: **KELLOGG SEED CO.  CROWS LANDING, CA**

Date Rec'd. 02/26/2004   Date of Report 03/09/2004   Where Grown **CA**   Net Wt. **50**   Bags on Hand 28

Variety Common Name Given on Tag **NEMAGREEN LIMA BEANS**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **12/03** |
| **FOUND:** | | | | | **85** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:      **0**

Found:

**VIOLATION:REASON**

**COMMENTS**   28 BAGS

**Director**

**Seed Division**



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21417 |
| LOT NO | **94** |
| INSP NO | 137-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:    SEED SOUTH                    DOTHAN AL

Seed were shipped by:    PHILIP LV   POULAN, GA

Name  Address on tag:    **INTEST**

Date Rec'd.   02/26/2004   Date of Report   03/16/2004   Where Grown   **GA**   Net Wt.   **50**   Bags on Hand   300

Variety  Common Name Given on Tag   **W G F SORGHUM**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | | | | | 73 | 0 | 03/16/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                **NS**

Found:

VIOLATION:REASON

COMMENTS    300 BAGS ***INTEST

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21418 |
| LOT NO | **G1125** / **03A-8539** |
| INSP NO | 138-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   SEED SOUTH                    DOTHAN AL

Seed were shipped by:   THE WAX CO  AMORY, MS

Name  Address on tag:  **THE WAX CO  AMORY, MS**

Date Rec'd.  02/26/2004  | Date of Report  03/25/2004 | Where Grown  CA  | Net Wt.  **50**  | Bags on Hand  80

Variety  Common Name Given on Tag  **MISSISSIPPI PINKEYE SOUTHERN PEA**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98.50** | **1.45** | **0** | **.05** | **85** | **0** | **12/03** |
| FOUND: | | | **OK** | | **95** | **1** | **03/25/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                           0

Found:

VIOLATION:REASON

COMMENTS    80 BAGS

Director

Seed Division





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21419 |
| LOT NO | **03-8856-5** |
| INSP NO | 139-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: SEED SOUTH                    DOTHAN AL

Seed were shipped by: C. T. SMITH dba TASSO PROD.   PLEASANTON, TX

Name Address on tag: **C. T. SMITH  dba TASSO PROD.   PLEASANTON, TX**

Date Rec'd. 02/26/2004 | Date of Report 03/25/2004 | Where Grown **TX** | Net Wt. **50** | Bags on Hand 50

Variety Common Name Given on Tag **ZIPPER CREAM SOUTHERNPEA**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **93.51** | **1.50** | **0** | **4.99** | **75** | **0** | **1/04** |
| FOUND: | | | **OK** | | **85** | **0** | **03/25/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                **NONE**

Found:

**VIOLATION:REASON**

**COMMENTS**   50 BAGS **TREATED: CAPTAN

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21420 |
| LOT NO | **03-8904** |
| INSP NO | 140-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

| | | | |
|---|---|---|---|
| Seed Sample Collected at: | SEED SOUTH | DOTHAN AL | |
| Seed were shipped by: | C. T. SMITH dba TASSO PROD.   PLEASANTON, TX | | |
| Name  Address on tag: | **C. T. SMITH  dba TASSO PROD.   PLEASANTON, TX** | | |

| Date Rec'd. | 02/26/2004 | Date of Report | 03/23/2004 | Where Grown | **TX** | Net Wt. | **50** | Bags on Hand | 42 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag   **CALIFORNIA BLACKEYE #5 SOUTHERNPEA**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 98 | 1 | 0 | 1 | 80 | 0 | 10/03 |
| FOUND: | | | **OK** | | 96 | 0 | 03/23/2004 |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **NONE** |
| Found: | |

**VIOLATION:REASON**

**COMMENTS**   42 BAGS

**Director**

**Seed Division**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21421 |
| LOT NO | **03-8821** |
| INSP NO | 141-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:    SEED SOUTH       DOTHAN AL

Seed were shipped by:   C. T. SMITH dba TASSO PROD.   PLEASANTON, TX

Name  Address on tag:   **C. T. SMITH  dba TASSO PROD.   PLEASANTON, TX**

Date Rec'd.   02/26/2004   Date of Report   03/23/2004   Where Grown   **TX**   Net Wt.   **50**   Bags on Hand   48

Variety  Common Name Given on Tag   **MISSISSIPPI PURPLE SOUTHERNPEA**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **93.51** | **1.50** | **0** | **4.99** | **75** | **0** | **11/03** |
| FOUND: | | | **OK** | | **93** | **0** | **03/23/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| | |
|---|---|
| Labeled: | **NONE** |
| Found: | |

VIOLATION:REASON

COMMENTS   48 BAGS

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone:** (334) 240-7140

**Fax** (334) 240-7193

| | |
|---|---|
| LAB NO | 21422 |
| LOT NO | **5132-19** |
| INSP NO | 142-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

**Seed Sample Collected at:** SEED SOUTH                    DOTHAN AL

**Seed were shipped by:** COFFEY SEED CO     PLAINVILLE, TX

**Name  Address on tag:** **SEED SOUTH     DOTHAN, AL**

**Date Rec'd.** 02/26/2004 **Date of Report** 04/07/2004 **Where Grown** **TX** **Net Wt.** **50** **Bags on Hand** 600

**Variety  Common Name Given on Tag** **TIFLEAF 3 HYBRID PEARL MILLET**

**Found in this Lab** **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **98** | **1.95** | **.01** | **.04** | **80** | **NS** | 1/04 |
| FOUND: | | | **OK** | | **88** | **0** | 04/07/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NONE**

Found:

**VIOLATION:REASON**

**COMMENTS** 600 BAGS *TREATED: ACTELLIC INSECTICIDE

**Director**

**Seed Division**





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21424 |
| LOT NO | 8 |
| INSP NO | 144-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   SEED SOUTH                    DOTHAN AL

Seed were shipped by:  AGNEW FARMS   LEED, FL

Name  Address on tag:  **INTEST**

Date Rec'd.  02/26/2004  Date of Report  03/25/2004  Where Grown   **FL**  Net Wt.  **50**  Bags on Hand  150

Variety  Common Name Given on Tag  **IRON & CLAY COWPEAS**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **97.57** | **2.43** | **0** | **0** | **73** | **14** | **03/25/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                   **NS**

Found:

VIOLATION:REASON

COMMENTS    150 BAGS **INTEST

Director

Seed Division



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES

### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21425 |
| LOT NO | **15** |
| INSP NO | 145-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  SEED SOUTH                    DOTHAN AL

Seed were shipped by:  AGNEW FARMS   LEED, FL

Name  Address on tag: **INTEST**

| Date Rec'd. | 02/26/2004 | Date of Report | 03/25/2004 | Where Grown | **FL** | Net Wt. | **50** | Bags on Hand | 200 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag  **IRON & CLAY COWPEAS**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** | **NS** |
| FOUND: | **99.16** | **.79** | **.01** | **.04** | **85** | **7** | **03/25/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                    **NS**

Found:

VIOLATION:REASON

COMMENTS   200 BAGS **INTEST

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| LAB NO | 21426 |
|---|---|
| LOT NO | **10379** |
| INSP NO | 146-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  SEED SOUTH          DOTHAN AL

Seed were shipped by:  PENNINGTON SEED INC  MADISON GA

Name  Address on tag:  **PENNINGTON SEED INC  MADISON GA**

Date Rec'd.  02/26/2004  Date of Report  03/19/2004  Where Grown  **AZ**  Net Wt.  **50**  Bags on Hand  30

Variety  Common Name Given on Tag  **LONG POD GREEN OKRA**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **.98** | **.01** | **.01** | **50** | **30** | **12/03** |
| FOUND: | | | | | **61** | **29** | **03/19/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:  **NONE**

Found:

VIOLATION:REASON

COMMENTS  30 BAGS

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21427 |
| LOT NO | 1 |
| INSP NO | 147-G |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: SEED SOUTH          DOTHAN AL

Seed were shipped by: THOMAS FARMS  JAY, FL

Name  Address on tag: **SEED SOUTH    DOTHAN, AL**

Date Rec'd. 02/26/2004  Date of Report 03/22/2004  Where Grown **FL**  Net Wt. **50**  Bags on Hand 226

Variety  Common Name Given on Tag  **CHUFAS**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **32** | **48** | **11/03** |
| FOUND: | | | | | **42** | **45** | **03/22/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                          **NONE**

Found:

VIOLATION:REASON

COMMENTS  226 BAGS

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21428 |
| LOT NO | **210** |
| INSP NO | 148-G |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: AGRILIANCE AFC          DOTHAN, AL

Seed were shipped by: CARRY OVER

Name  Address on tag: **ALABAMA FARMERS CO/OP  DECATUR, AL**

Date Rec'd. 02/26/2004  Date of Report  03/16/2004  Where Grown  **AL**  Net Wt. **50**  Bags on Hand  21

Variety  Common Name Given on Tag  **W G F SORGHUM**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **98** | **1** | **.30** | **.70** | **80** | **0** | **12/02** |
| **FOUND:** | | | | | **72** | **0** | **03/16/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NONE**

Found:

**VIOLATION:REASON**

COMMENTS    21 BAGS;  This lot of seed was found to germinate lower than the germination stated on the analysis tag.

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

LAB NO        21429

LOT NO    **428-S-1610-2**

INSP NO    149-G

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  AGRILIANCE AFC                         DOTHAN, AL

Seed were shipped by:  D & PL  SCOTT, MS

Name  Address on tag:  **D & PL  SCOTT, MS**

Date Rec'd.   02/26/2004   Date of Report   03/09/2004   Where Grown      **AZ**    Net Wt.   **56.9**   Bags on Hand      800

Variety  Common Name Given on Tag   **SURE-GROW 521R COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | 99 | 1 | 0 | 0 | 80 | 0 | 1/04 |
| FOUND: | | | OK | | 96 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                    **NONE**

Found:                                      **NONE**

**VIOLATION:REASON**

**COMMENTS**    800 BAGS  **TREATMENT CODE 2

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21430 |
| LOT NO | **AM3G1121** |
| INSP NO | 150-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  AGRILIANCE AFC                    DOTHAN, AL

Seed were shipped by:  AGRILIANCE AFC     DECATUR,AL

Name  Address on tag:  **EMERGENT GENETICS USA, INC    MEMPHIS, TN**

Date Rec'd.  02/26/2004   Date of Report   03/09/2004  Where Grown   **AZ**   Net Wt.   **53.8**   Bags on Hand   200

Variety  Common Name Given on Tag  **ST 4892BR COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **.90** | **0** | **.10** | **80** | **NS** | **12/03** |
| FOUND: | | | | | **90** | **0** | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

| Labeled: | **NONE** |
|---|---|
| Found: | **NONE** |

**VIOLATION:REASON**

COMMENTS    200 BAGS  **TREATMENT CODE XMNT

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21431 |
| LOT NO | **420-H-0640-2** |
| INSP NO | 151-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: AGRILIANCE AFC            DOTHAN, AL

Seed were shipped by: D&PL SCOTT, MS

Name  Address on tag: **D&PL  SCOTT, MS**

Date Rec'd.  02/26/2004   Date of Report  03/09/2004   Where Grown   CA   Net Wt.  54.8   Bags on Hand   50

Variety  Common Name Given on Tag  **SURE-GROW 501 BR COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **1/04** |
| **FOUND:** | | | | | **95** | **0** | **03/09/2004** |

**Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed**

| | |
|---|---|
| Labeled: | **NONE** |
| Found: | **NONE** |

**VIOLATION:REASON**

**COMMENTS**   50 BAGS   **TREATMENT CODE 2**

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama  36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21432 |
| LOT NO | **782-H-2466-2** |
| INSP NO | 152-G |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  AGRILIANCE AFC          DOTHAN, AL

Seed were shipped by:  **D&PL  SCOTT, MS**

Name  Address on tag:  **D&PL  SCOTT, MS**

Date Rec'd.  02/26/2004  Date of Report  03/09/2004  Where Grown  **AZ**  Net Wt.  **44**  Bags on Hand  400

Variety  Common Name Given on Tag  **DP 555 BG/RR COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| **LABELED:** | **99** | **1** | **0** | **0** | **80** | **0** | **12/03** |
| **FOUND:** | | | | | 93 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                     **NONE**

Found:                                        **NONE**

VIOLATION:REASON

COMMENTS     400 BAGS   **TREATMENT CODE 2

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| LAB NO | 21433 |
| LOT NO | **226-E-2665-23E** |
| INSP NO | 153-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: HELENA CHEMICAL CO.            DOTHAN, AL

Seed were shipped by: NS

Name  Address on tag: **D&PL  SCOTT, MS**

Date Rec'd. 02/26/2004 | Date of Report 03/09/2004 | Where Grown **AZ** | Net Wt. **49.6** | Bags on Hand 50

Variety  Common Name Given on Tag **DP 5690 RR COTTON**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|----------|-----------|---------------|------------|------------|-------|------------|-----------|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **12/03** |
| FOUND: | | | | | **97** | **0** | **03/09/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled: **NONE**

Found: **NONE**

VIOLATION:REASON

COMMENTS  50 BAGS  **TREATMENT CODE 2

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21434 |
| LOT NO | **573-H-1704-2** |
| INSP NO | 154-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   HELENA CHEMICAL CO.              DOTHAN, AL

Seed were shipped by: NS

Name  Address on tag:  **D&PL  SCOTT, MS**

Date Rec'd.   02/26/2004   Date of Report    03/09/2004   Where Grown    **TX**    Net Wt.    **48.5**    Bags on Hand    50

Variety  Common Name Given on Tag   **DP 655 B/RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **1/04** |
| FOUND: | | | | | 87 | 0 | 03/09/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                **NONE**

Found:                                  **NONE**

VIOLATION:REASON

COMMENTS   50 BAGS   **TREATMENT CODE 2

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21435 |
| LOT NO | **2B4-A-3009-21A** |
| INSP NO | 155-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at: HELENA CHEMICAL CO.          DOTHAN, AL

Seed were shipped by: D&PL  SCOTT, MS

Name  Address on tag: **D&PL  SCOTT, MS**

Date Rec'd. 02/26/2004 | Date of Report 03/09/2004 | Where Grown **TX** | Net Wt. **45.1** | Bags on Hand 250

Variety  Common Name Given on Tag **DP 449 BG/RR COTTON**

Found in this Lab **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **1/04** |
| FOUND: | | | | | **94** | **0** | **03/09/2004** |

## Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                    **NONE**

Found:                                      **NONE**

VIOLATION:REASON

COMMENTS    250 BAGS  **TREATMENT CODE 2

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division

Phone: (334) 240-7140

Fax (334) 240-7193

| | |
|---|---|
| LAB NO | 21436 |
| LOT NO | **573-H-1702-2** |
| INSP NO | 156-G |

## SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**

**This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.**

Seed Sample Collected at:   HELENA CHEMICAL CO.          DOTHAN ,AL

Seed were shipped by:  D&PL  SCOTT, MS

Name  Address on tag:   **D&PL  SCOTT, MS**

Date Rec'd.   02/26/2004   Date of Report   03/10/2004   Where Grown   **TX**   Net Wt.   **45.5**   Bags on Hand   50

Variety  Common Name Given on Tag   **DP 655 B/RR COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | 1/04 |
| FOUND: | | | **OK** | | **90** | **0** | 03/10/2004 |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                    **NONE**

Found:                                    **NONE**

VIOLATION:REASON

COMMENTS   50 BAGS  **TREATMENT CODE 2

Director

Seed Division




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Seed Division
Phone: (334) 240-7140
Fax (334) 240-7193

| LAB NO | 21437 |
|---|---|
| LOT NO | **428-H-3296-21H** |
| INSP NO | 157-G |

### SEED REPORT   STATE SEED LABORATORY

**Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.**
This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:   HELENA CHEMICAL CO.          DOTHAN, AL

Seed were shipped by:   D&PL  SCOTT, MS

Name  Address on tag:   **D&PL  SCOTT, MS**

| Date Rec'd. | 02/26/2004 | Date of Report | 03/09/2004 | Where Grown | **AL** | Net Wt. | **48.1** | Bags on Hand | 50 |
|---|---|---|---|---|---|---|---|---|---|

Variety  Common Name Given on Tag   **SURE-GROW 521R COTTON**

Found in this Lab   **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | **2/04** |
| FOUND: | | | **OK** | | **86** | **0** | **03/09/2004** |

### Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                **NONE**

Found:                                  **NONE**

VIOLATION:REASON

COMMENTS   50 BAGS  **TREATMENT CODE 2

Director

Seed Division



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Seed Division**

**Phone: (334) 240-7140**

**Fax (334) 240-7193**

| | |
|---|---|
| LAB NO | 21438 |
| LOT NO | **587-A-2881-21H** |
| INSP NO | 158-G |

## SEED REPORT   STATE SEED LABORATORY

Official report of the analysis of a sample of seed, collected by an agent of the Department of Agriculture, the results of which will be published in bulletin form.

This report shows the analysis given on the analysis tag and that found in the Seed Testing Laboratory. The part of the information printed in HEAVY TYPE is required by law on the analysis tag. Any mislabling is indicated when in violation of the law. N.S. STANDS FOR "NOT STATED ON THE ANALYSIS TAG". When writing or phoning about these seeds please give the LABORATORY TEST NO. AND INSPECTOR'S NUMBER.

Seed Sample Collected at:  HELENA CHEMICAL CO.                DOTHAN, AL

Seed were shipped by:  D&PL  SCOTT, MS

Name  Address on tag:  **D&PL  SCOTT, MS**

Date Rec'd.  02/26/2004  | Date of Report  03/09/2004  | Where Grown  **TX**  | Net Wt.  **50.3**  | Bags on Hand  50

Variety  Common Name Given on Tag  **DP 436 RR COTTON**

Found in this Lab  **SAME**

| ANALYSIS | Pure Seed% | Inert Matter% | Weed Seed% | Crop Seed% | Germ% | Hard Seed% | Test Date |
|---|---|---|---|---|---|---|---|
| LABELED: | **99** | **1** | **0** | **0** | **80** | **0** | 12/03 |
| FOUND: | | | **OK** | | **93** | **0** | **03/09/2004** |

Names and Numbers of Noxious Weed Seeds Present Per Pound of Pure Seed

Labeled:                                                    **NONE**

Found:                                                      **NONE**

VIOLATION:REASON

COMMENTS    50 BAGS  **TREATMENT CODE 2

Director

Seed Division

STATE OF ALABAMA        )
                                        )

COUNTY OF MONTGOMERY  )

RE:    *JOHN CRAYTON V. ALABAMA DEPARTMENT OF AGRICULTURE & INDUSTRIES*
        *CASE NO.: 2:07- CV-626-MEF*

<u>AFFIDAVIT OF SHANNON BURTON</u>

       Before me, the undersigned authority in and for said county and state personally appeared Shannon Burton who is known to me and being first duly sworn, deposes and says under oath as follows:

1.    My name is Shannon Burton.  I am over the age of nineteen and I have personal knowledge of the matter set forth herein.

2.    I am currently an Administrative Support Assistant III with Alabama Department of Agriculture and Industries.

3.    I have been employed with the Department since September 2001.

4.    Currently, I work in the Food Safety Division and Mark Scott is my immediate supervisor.

5.    The Department of Agriculture and Industries experienced a network problem that affected the entire Department in 2004. No section was able to print certificates and permits. The Food Safety Section was unable to print permits for 6 weeks because the Department's server was down for six weeks.

Dated this the 27th day of June 2008

Shannon Burton

Exhibit 8

**STATE OF ALABAMA**
**COUNTY OF MONTGOMERY**

On this the _____ day of June 2008, before me, the undersigned Notary Public, in and for said State and County, personally appeared, Wilma Fitzpatrick who is known to me, and states that the foregoing information is true and correct to the best of her information, belief and knowledge, and that she executed same voluntarily on the day the same bears date.

_____
NOTARY PUBLIC

_3/25/2012_____
My Commission Expires

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

MEMO

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Date:        September 21, 2004

To:          Doug Rigney

From:        Glen Zorn

Subject:     Seed Lab

Mr. Carl Sanders from Coffee County called today and reported that he had submitted oat and wheat seed to the Department of Agriculture and Industries Seed Lab and requested for germination test to be performed. After several weeks of not hearing from the Seed Lab he called in and was informed by Andrae McMillian that no germination test had been completed since August due to computer problems. Mr. Sanders was very concerned about our Seed Labs inability to provide results of germination test in a timely manner.

*Exhibit 9*



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

## MEMORANDUM

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0

**Date:** 10/15/2004

**To:** LANCE HESTER, Division Director Agriculture and Animal Protection

**Cc:** Commissioner Ron Sparks, Don Rigney, Ronnie Murphy, B. J. Russell and Personnel Board File

**From:** JOHN L. CRAYTON, Program Director Seed Lab

**RE:** Rebuttal to memo of Reprimand

---

On October 4, 2004 approximately 3:30 p.m. I was summoned to a meeting in the Commissioner's office, with you (Lance Hester), Commissioner Sparks, Ronnie Murphy, Doug Rigney, Attorney B. J. Russell, and Dana Wallace. Upon arrival, it quickly became apparent the purpose of the meeting was to document; some make believe or alleged failure of job performance on my part. The sited performance inadequacy involved a failure to devise an alternative procedure to generate form cards essential for tracking seed analysis required for appropriate documentation of seed performance. An alternative procedure became necessary due to computer server failure greater than thirty days.

My response to each allegation is as follows:

(1) On Tuesday September 21, 2004, Ronnie Murphy (Deputy Commissioner) was notified by the Commissioner's office about two complaints from seed processors or farmers that had samples in the seed laboratory for an extended period and had not received their analysis report. These samples were "In Test" samples indicating the company needed the test results before they were to be sold or planted. One seed processor reported to the commissioner's office that when he inquired about the tests that John Crayton indicated that the delay was due to the computer being down. Since that time, we had four additional complaints from industry indicating the negative economic impact that this delay has caused.

You have provided me with several copies of supposedly complaints; only one is dated on or before September 21, 2004. Glen Zorn in a memo dated September 21, 2004 to Doug Rigney indicated the following:

"Mr. Carl Sanders from Coffee County called today and reported that he had submitted oat and wheat seed to the Department of Agriculture and Industries Seed Lab and requested for germination test be performed. After several weeks of not hearing from the Seed Lab, he called in and was informed by Andrae McMillian that no germination test had been completed since August due to computer problems. Mr. Sanders was very concerned about our Seed Labs inability to provide results of germination test in a timely manner".



EXHIBIT
10

The seed Laboratory's database indicates the last date of service for Mr. Sander's Farm was November 12, 2002. Mr. Sanders did not have an analysis in progress during the period of computer down time. A copy is enclosed for your review of the last date of service.

Also, your memo mentions four (4) additional complaints from industry were received after the September 21, 2004 memo. Only two additional complaints were received from your office dated after September 21, 2004, not four, I will respond to the two. My response to those is as follows:

1) One complaint dated September 30, 2004 from Jeannie Bragg Harvey to Doug Rigney, Deputy Commissioner of Agriculture

"I am writing to give you a summary of the difficulties I have experienced in dealing with the Alabama State Seed Lab this summer. After hearing in July, the good report on the shortened turn-around time on samples, I was surprised by the prolonged period I have had to wait for analyses during August and September".

Harvey's opening statements are contradictory: For the last four years, the seed Lab has established an average 21 day turn around of samples from the time they are logged in, to the time, the report goes out of the door to the client. Our accuracy rate for tested samples has been impeccable, reproducible and verified by colleagues in other state laboratories. The unit has worked under staffed for five of the six years I have served as Director. Individuals have been assigned to the Seed Lab to fill vacant slots that were not qualified or able to contribute to reducing the workload of the laboratory. As director, I was told these individuals were being employed in the lab, but as soon as their probation period was up, they were placed elsewhere. In spite of the intentional in house sabotage efforts, the unit has maintained our 21-day average turn around period, accuracy, and professionalism.

Jeannine Bragg Harvey had two complaints:

"My 2 chief complaints/concerns are this. It appears the computer has been down for a full two months now. Unacceptable. I add value to my seed, by invoicing my customers with a copy of the state seed lab report. To date I only have 20 of those, less than one-quarter of those submitted, in my hand. Also, of those samples just now in the germinator, some were pulled 6 weeks ago. Far too long. The printing of reports should have no bearing on the samples going in/out of the germinator.

Mr. Rigney, immediate relief is needed in this situation. The computer needs to be fixed or replaced. New management need to be hired".

It is a responsibility of the Commissioner and your office as my direct supervisor for the Seed Lab, to address the repair or replacement of the information technology server. Presently even thought computer failure truly alters my department's ability to generate accurate reports, server replacement or repair is not part of my job description.

The recent computer failure incident affected every regulatory program in the State Department of Agriculture. Daily, we were assured by the Information Technology Center the system would be up and running soon. If I had been informed of the true expected down time, an alternative procedure would have been established sooner for sample movement through the system.

(2) The final complaint dated October 4, 2004 from Amanda Mock or some third party (copy enclosed). The memo indicates a decline in service provided by the Seed Lab over the last 4-5 years. None of the names appearing on the memo is part of the seed Lab's database.

The Laboratory's database adequately refutes the notion of reduced service. It verifies the 21-day average turn around performance sustained by the laboratory over the last five years. Prior to my tenure as Seed Laboratory Director, I served for twenty-two years in the seed lab under two directors; neither was able to accomplish the current level of performance. When I became director, the lab had a backlog of four months or greater.

The computer failure situation would not have occurred if the agency had in place either a back up system or a contingency plan for server replacement. Once again, let me state for the record: (a) system replacement or repair is not under my control; (b) the lab supervisor, Andrae' McMillian and I met with you and Mr. Murphy on three (3) separate occasions during the time period to discuss activities involving the lab. During these meeting, there was no hint or suggestion of a need to establish an alternative method of generating our reports due to the computer system failure.

Your memo also indicates: "The critical choices faced were as follows: (1) Changes could be made in the processing of samples to accommodate industry, farmer and Department needs; or (2) serves could be discontinued which would adversely affect the marketing abilities of the seed industries. The answer should have been obvious. We should have made changes in processing to accommodate the industry and farmer needs. However, the decision that was made disrupted commerce of seed and caused an embarrassment to the Department, the Commissioner and the employees. At no time did you choose to discuss this situation with your Division Director or the Deputy Commissioner".

One reading your memo might interpret it to mean quality reduction and agency accuracy has a second place status to the needs of the customer. Also one might assume the possibility of incurring additional liability due to inaccuracy has moved to the bottom of the agency's concern list.

According to you, the purpose of your memo was to facilitate correction. Providing adequate staffing for the laboratory with qualified applicants will provide an excellent step in improving the already exceptional performance of laboratory personnel.

During the last five years, the improved turn around performance of an averaged 21-day turn around has not prompted you to meet with me on a weekly basis to discuss processing samples through the seed laboratory. At this time, your suggestion to institute a weekly review of seed sample processing will consume more of my time rather than enhancing job performance. It appears to me the instruction for a weekly conference is motivated from an agenda that has nothing to do with job performance. If my performance during the period of computer failure merits possible suspension or dismissal discussion, hopefully the same has been communicated to all other program directors as we shared a common situation. I would hate to think I am an isolated case, considering all other departments were equally effected by the situation. I respectfully request the reprimand be rescinded and removed from my personnel file.

cc:   John Knight, Chairman Ways & Means

Thomas E. Jackson, Chairman Agriculture Committee
Thad Clammy, Representative, District 76
Alabama State Employee Association

**Crayton, John**

From: Leak, Arnold
Sent: Wednesday, February 16, 2005 8:52 AM
To:     Crayton, John
Cc:     Powell, Mark; Sumrall, Karen; Hester, Lance

I received your undated memo this morning. It referenced your need for writable CD drives for use in backing up your databases. We agree that this is a great way to do local backups. IT was just discussing alternatives for purchasing small computer components in light of conversations that Mark has had with State Finance Purchasing computer specialists. What we are concluding will directly influence your request as well as request coming from other AGI sections. I say all this just to let you know that we are working on your request, but we are looking for ways to benefit everyone as we address your needs.

The Louisiana Pesticides project has been postponed until the week of Feb 28 through Mar 4. Your database is on the main server. We are currently backing up all COBOL and Access databases nightly onto a hard drive. We can also write these files to CD. This process should offer you protection until we can get you the quotes you need for the writable CD Drives you have requested.

Your computer with bar code property number 001-07922 is in the process of being upgraded to a Windows XP Pro operating system. Mark indicates that it should be ready by the end of this week.

*Arnold*
**Arnold Leak**
IT Manager
Alabama Department of Agriculture & Industries

PHONES: 334-240-7146 Montgomery,  334-844-4987 Auburn
CELLS:    706-518-5225 Personal,      334-850-7868 State
FAX:       334-240-7178 Montgomery,  334-826-3592 Auburn

Alternate E-Mails: adleak@charter.net  leakarn@vetmed.auburn.edu

*Exhibit 11*





# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123

*Message*

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033(

## Jackson, Vita

**To:** Leak, Arnold

**Cc:** Hester, Lance

**Subject:** Request for Seed Lab CPU

In light of your memo on 2/10/2005 probable network interruption- Feb. 15 - Feb. 18. The Seed Lab has no means of backing up it's database.

What is the status of our CPU (property# 001-07922), and the (3) burners I requested three weeks ago. We need some means of backing up system. We would like to have a response today.

John L. Crayton/VJ

03/13/2005



# STATE OF ALABAMA

**DEPARTME** Alabama Department of Agriculture & Industries

Montgomery, Alabama 36107-1123



# Memo

Mailing Address:
Post Office Box 3336
Montgomery, AL  36109-0336

**To:**    AGI Network Users

**From:**    Arnold Leak,  AGI IT Manager

**CC:**    Commissioner's Executive Committee, AGI IT Section

**Date:**    February 10, 2005

**Re:**    NOTICE OF PROBABLE NETWORK INTERRUPTION – FEB 15 – FEB 18

Commissioner Odem and the State of Louisiana's Department of Agriculture recently donated a computer-based Pesticides Management software system to AGI.  Their IT Section is sending a delegation of three technicians to install the new system onto AGI's servers and to train Pesticides' users.  They will be here all week, February 15 through February 18, working on the project.

**Due to the nature of the installation process, our network will be taken down with little or no warning.**  Therefore, if you use the network or databases that reside on our servers, you should save often and should expect the network to drop unexpectedly.  This unstable nature could continue through Friday, February 18.

Please keep this in mind as you plan your work week. The Louisiana installation will be the highest priority for AGI IT Staff assignments and for computer resources.  This means that all other tasks will be bumped, if and when they compete with the installation.  If you encounter a problem, please notify your supervisor who can then get in touch with me to see if we can resolve the situation.

This is an exciting step for AGI.  I appreciate your cooperation and patience during the installation process.

Thanks,

Arnold

1

**Alabama Department of Agriculture & Industries**

# Memo

| | |
|---|---|
| **To:** | AGI Network Users |
| **From:** | Arnold Leak,  AGI IT Manager |
| **CC:** | Commissioner's Executive Committee, AGI IT Section |
| **Date:** | March 8, 2005 |
| **Re:** | NOTICE OF PROBABLE NETWORK INTERRUPTION – FEB 15 – FEB 18 |

---

Commissioner Odem and the State of Louisiana's Department of Agriculture recently donated a computer-based Pesticides Management software system to AGI.  Their IT Section is sending a delegation of three technicians to install the new system onto AGI's servers and to train Pesticides' users.  They will be here all week, February 15 through February 18, working on the project.

**Due to the nature of the installation process, our network will be taken down with little or no warning.**  Therefore, if you use the network or databases that reside on our servers, you should save often and should expect the network to drop unexpectedly.  This unstable nature could continue through Friday, February 18.

Please keep this in mind as you plan your work week. The Louisiana installation will be the highest priority for AGI IT Staff assignments and for computer resources.  This means that all other tasks will be bumped, if and when they compete with the installation.  If you encounter a problem, please notify your supervisor who can then get in touch with me to see if we can resolve the situation.

This is an exciting step for AGI.  I appreciate your cooperation and patience during the installation process.

Thanks,

Arnold

1

**Alabama Department of Agriculture & Industries**

# Memo

**To:**   IT Advisory Committee

**From:** Arnold Leak, IT Systems Specialist

**CC:**   AGI IT Section

**Date:** September 13, 2004

**Re:**   Weekly IT Section Report for Week Ending September 17, 2004

---

## General Updates & Comments

Status of AGI Server Recovery

As you are painfully aware, we lost our server just over two weeks ago and were forced to scramble to install a new server, recover Internet/email services, and transfer data from the crashed computer's disk drives to the new computer. Presently, we are about 90% up and running, with only those computers remaining that have been unavailable because their users were not in and those few computers that are experiencing unique problems that we've yet to resolve.

While it may seem like it has taken a long time to recover, we have done well considering what was involved. We completely lost the old server. It was purchased in 1996, and parts were not available. A total failure was caused by a component on the server motherboard (main circuit board). The only choice was to buy a new server and have it shipped in as soon as possible, or to find a computer that we could use as a server. Normal desktops would not work. In addition, we had to buy special software and operating systems for the new computer. To add a darker tone to the storm clouds hovering over us, IT would be installing software and equipment that we were not trained for. We had a real problem.

Now, here are some good parts. For some strange reason, the Auburn Lab server, that was part of the Homeland Security grant, was delivered even though the bulk of the grant's computers had been held up by State Purchasing. In addition, it was decided that the server was not needed in Auburn, since the College of Veterinary Medicine offered to provide server space on their system to run Lab applications. This gave us a great option, so I hauled the server and the rack that holds it to Montgomery. We used the software we had ordered for the new server (the one that hadn't been shipped yet) to get the new server up and running. ISD had already been working with AGI to get web email, so it was just a minor adjustment to get them to help us setup the new equipment and transfer the data from the old server's hard drives to the new one. They worked on site for several days helping us get the new server up and running.

In the process of this complex setup effort, IT had to go to every computer (about 130) to change IP addresses. IT had to go back a second time to setup email and to show users how to use the new email system. Now, IT is reconfiguring the non-COBOL databases (MS Access, etc). This should be done late today (Monday) or tomorrow. COBOL programs/databases must be recompiled and will take two to three extra days.

1

All of this has been and is being done by IT folks who have had to learn the new systems "on the fly". They have done an incredibly good job under the circumstances. AGI has reason to be proud of their efforts. I am.

I want to thank all the AGI personnel who have been patient with IT. You have made an already tough job much easier. Thanks!

Louisiana Pesticides Application System

I will be taking the newest server (we have two now) to the Louisiana Department of Agriculture's IT Manager, Kris Hutchinson, in Baton Rogue soon (when Hurricane IVAN has played out). He will keep the server and set it up to run their Pesticides Management System. In a few weeks, some of us (IT folks and maybe others) will go to Baton Rouge for some basic training before loading the equipment up and bringing it back to Alabama.

Once back home, we'll have LOTS to learn about this new system. Expect many bugs and adjustments – that's normal. Pesticide Management users will have a lot of work to do making the data fit Alabama's operations. This will be another challenge for AGI, but it should be well worth the efforts!

IT Training – IT Staff and AGI Users

Mark will be attending three days of Windows XP Support classes at the Tech Center beginning September 20. Karen is scheduled for special training in November (also at the Tech Center). Josh is already working on his A+ Certification using an Internet-based course of study. We will be engaged in intensive study and training over the next few years.

In AGI's situation, training is extremely important to the Department's success at building a state-of-the-art IT capability. My observations over the last few months have made me conclude that AGI's users need basic user-level training. We are investigating Internet-based user-level training for AGI's Microsoft Office users, including the Outlook module. The IT Support Team members will be targeted first to get an idea of how effective this training may be. More on this later ...

IT Requests Status

We will get back to the practice of providing a spreadsheet of open and completed requests next week, once the critical server upgrade project has been completed.

Hurricane IVAN

Expect a day or two interruption of service beginning as early as Tuesday evening or as late as Thursday morning. We are thinking about shutting the server down completely on the eve of the hurricane.

Thanks,

Arnold

● Page 2

## Crayton, John

**From:** Leak, Arnold

**Sent:** Friday, March 11, 2005 2:08 PM

**To:** Absher, Scott; Allen, Crystal; Baldwin, George; Basile, Joseph; Baxley, Jamie; Beamon, Hellestine; Belcher, Amy; Bennett, Elijah; Boggan, Mindy; Broderick, Davida; Brown, Fred; Burgess, Pat; Burk, Sandra; Burton, Shannon; Buxton, Darrell; Canidate, Charlenthia; Catrett, Mary; Chappell, Lakesha; Chinakwe, Martha; Cofer, Tony; Collier, Crystal; Cowart, Joe; Crayton, John; Day , Stephanie; Day, Dave; Debrow, Joe; Desk , Help; Duke, Barbara; Durant, Sheila; Email. Accounting; Emerson, James; Fitzpatrick, Wilma; Frazier, Tony; Fulmer, Randy; Fulmer, Sharon; Gamble, John; Gilchrist, Cynthia; Godwin , Susan; Golden, Faye; Gresham, Dorothy; Guy, Terry; Hagood, Jimmy; Hagood, John; Haymon, Sidney; Henry, Anne; Hester, Lance; Hitch, Benny; Holley, Jimmy; Hollis, Steadman; Hooks, David; Hurst, Angela; Jackson, Peggy; Jackson, Vita; Johnson, Cathy; Johnson, Tomm; Kennedy, Dyan; Kervin, Lisa; Key, John; Kirk, Donna; Lab , Seed; Leak, Arnold; Loveday, April; Loveless, Barbara; Mann, Ava; Mason, Patricia; McCain, Pat; McElroy, Roger; McLemore, Harold; McLeod , Jessica; Melton, Judy; Miller, James; Mitchell, Marilyn; Mooney, Dynetta; Moore, Aaron; Moore, Gail; Moore, Susan; Morgan, Pat; Morse, David; Murphy, Ronnie; News , Market; Paris, George; Patterson, Annie; Peterson, Venus; Pettway , Leona; Powell, Mark; Premises , AnimalID; Rhodes, Christy; Rigney, Doug; Robinson, Daniel; Russell, Robert; Ryals, Gloria; Scott, Venetta; Sigler, Nina; Slaten, Terry; Smith , Kathy; Smith, Beverly; Smith, Jeanette; Sparks , Ron; Spear, Marie; Spear, Reida; Stabler, Reba; Summerlin, Shyla; Sumrall, Karen; Surles, Marlena; Tabb, Michelle; Tatum , Anita; Taylor, Travis; Waites, Yvonne; Walker, Donnie; Walker, Joan; Wallace, Dana; Wethington, Pete; Williams, Anne; Williams, Marilyn; Williamson, Joy; Wise, Gail; Wright, Kathy; Wu, Rong; Zeanah, Joanne; Zorn, Glen

**Subject:** Changes to IT Section's Help Desk Procedure

Effective Monday, March 14, the IT Section is changing the way we take Help Requests. Jessica McLeod will become the primary contact for the Help Desk. All requests for IT assistance need to be sent to Jessica.

When you have a request for help, please continue to fill out the Help Request form and get it to Jessica. You may put it in the plastic tray attached to the IT Section door (Room 12 in the basement) or you may send a memo/letter or email to Jessica (use Help Desk email address). Please try to give us enough detail to understand who you are, where you are, and exactly what the problem or request is. The email address for all Help Requests is Help.Desk@agi.alabama.gov . Please use this email address exclusively for Help Requests. Jessica is responsible for logging and filing all requests.

Don't leave your requests on our desks or call anyone other than Jessica to submit a Help Request. She will log and track all requests to prevent loosing them and to create a primary source of contact for Help Requests.

To discuss Help Requests, call Jessica at 240-7200. We plan to have a separate Help Request phone number later, but for now, use the 7200 number.

Thanks,

Arnold

Arnold Leak, IT Manager
Alabama Dept of Ag & Inds
240-7146

3/14/2005

**Fitzpatrick, Wilma**

| From: | Leak, Arnold | | Sent: Wed 9/22/2004 3:47 PM |
|---|---|---|---|
| To: | Rigney, Doug; Absher, Scott; Cofer, Tony; Debrow, Joe; Fitzpatrick, Wilma; Frazier, Tony; Fulmer, Sharon; Gamble, John; Johnson, Tomm; Leak, Arnold | | |
| Cc: | Price, Josh; Sumrall, Karen; Powell, Mark | | |
| Subject: | Status on Database Recovery Efforts | | |
| Attachments: | | | |

We are aware that some sections have been without access to your databases for almost a month now. The server is up and running. We have to redirect the access databases to the new server and to new folders that are being created to hold your databases. As fate would have it, the hurricane set us back some and then Mark had to go to three days of previously scheduled training.

Normally, someone going to training would have little impact on an organization, but because of the way we (IT) had worked over the years, Mark was the only person that knew how to set these databases up. Without Mark, the rest of us had to work on other things until he returned from training. I made the decision to keep on Mark of his training schedule, because it is vitally important to AGI's future IT successes that IT become trained in state-of-the-art skills. The timing wasn't the best for you or for us, but it was necessary in my judgment.

Part of IT's problem has been that much of what Mark has done over the years remains in his mind and is not known to the rest of the IT Section staff. We have identified the need for cross-training and are creating plans to resolve that problem. It will take time to fix. Mark will be back tomorrow (Thursday) and we have placed your Access Databases on top priority. Our goal is to have all of you up and running by Friday, Sept 24.

You have been very patient. We share your anxiety and the pressures that time frames and circumstances have placed upon you. Hold on just a little longer and we'll have you going.

Thanks for working with us!

Arnold

*Arnold Leak*
**Arnold Leak**
IT Manager
Alabama Department of Agriculture & Industries

334-240-7146 Office - Montgomery
334-844-4987 Office - Auburn
706-518-5225 Cell

Alternate E-Mails: adleak@charter.net  leakarn@vetmed.auburn.edu


You replied on 19/7/2004 3:20 PM.

| | |
|---|---|
| **From:** | Leak, Arnold |
| **To:** | Rigney, Doug; Absher, Scott; Cofer, Tony; Debrow, Joe; Fitzpatrick, Wilma; Frazier, Tony; Fulmer, Sharon; Gamble, John; Johnson, Tomm; Leak, Arnold |
| **Cc:** | Price, Josh; Powell, Mark; Sumrall, Karen; Belcher, Amy; Wallace, Dana; Rhodes, Christy; Hester, Lance; Hagood, John; Russell, Robert; Holley, Jimmy; Murphy, Ronnie |
| **Subject:** | Current Status of Computer Systems at AGI Beard Building |
| **Attachments:** | |

**Sent:** Mon 9/20/2004 12:43 PM

We are trying to catch up to where we were before the hurricane. All but six computers can use email. Most Access databases are operational, and the COBOL programs should be running no later than Wednesday.

Mark came in on Sunday to work on the databases and on the COBOL programs. He was able to recompile the COBOL programs, but he's still having trouble with being able to access the programs from some user locations. We are working on that problem now. Petroleum's COBOL programs are top priority in this area of IT's efforts. Mark and I will try a few ideas on the Petroleum COBOL programs this afternoon. Mark is in training at the Tech Center, here in Montgomery, until Wednesday afternoon. He will stop by this afternoon to compare notes on the things I will try with the Petroleum programs (provided of course, they are still broken). Other than that, Mark will be in training until Wednesday.

Microsoft Access databases are well on the way to being recovered. Those currently working are: Food Safety; Weights & Measures (Heavy); Plant Industries; and Pesticides. There may be one or two others working by time you get this. We are aware that Weights & Measures (Light) is still having problems. There are others as well. Feel free to call to check on any Access databases that have not been specifically mentioned in this email.

All email systems are up and running <u>except</u> for those computers in which we have not been able to schedule a time to work with the users and for two computers in which the Outlook program isn't working properly. Those people with whom we need to schedule a time are Jimmy Holley, Mindy Boggan, Roger McLemore, and Dave Day. The two computer users with "broken" Outlook programs are Angela Hurst and Diane Kennedy. We may have to reinstall the two Outlook programs. If there are any other computers not able to send/receive emails, please let me or Karen Summrall know. Karen is assigned web site and email support duties for AGI.

For your general information, I am scheduled to be in the Montgomery IT office on Mondays, Wednesdays and Fridays. I am usually in the Auburn office on Tuesday and Thursday.

Thanks!

*Arnold Leak*
**Arnold Leak**
IT Manager
Alabama Department of Agriculture & Industries

334-240-7146 Office - Montgomery
334-844-4987 Office - Auburn
706-518-5225 Cell

Alternate E-Mails: <u>adleak@charter.net</u>  <u>leakam@vetmed.auburn.edu</u>

Arnold

Arnold Leak
AGI IT Manager
==================

-----Original Message-----
**From:** Johnson, Tomm
**Sent:** Friday, September 24, 2004 8:26 AM
**To:** Leak, Arnold; 'Rigney, Doug'; 'Absher, Scott'; 'Cofer, Tony'; 'Debrow, Joe'; 'Fitzpatrick, Wilma';
'Frazier, Tony'; 'Fulmer, Sharon'; 'Gamble, John'; 'Johnson, Tomm'; 'Leak, Arnold'
**Cc:** Price, Josh; Sumrall, Karen; Powell, Mark
**Subject:** RE: Status on Database Recovery Efforts

Arnold:

We haven't printed a certificate since August 11th. Also, we are unable to print labels. Can you offer
some type explanation that I can share with businesses that are reliant on these services?

Tomm

Dr. Tomm Johnson
Alabama Dept of Agriculture

---

**From:** Leak, Arnold
**Sent:** Wednesday, September 22, 2004 3:48 PM
**To:** Rigney, Doug; Absher, Scott; Cofer, Tony; Debrow, Joe; Fitzpatrick, Wilma; Frazier, Tony; Fulmer,
Sharon; Gamble, John; Johnson, Tomm; Leak, Arnold
**Cc:** Price, Josh; Sumrall, Karen; Powell, Mark
**Subject:** Status on Database Recovery Efforts

We are aware that some sections have been without access to your databases for almost a month now.
The server is up and running. We have to redirect the access databases to the new server and to new
folders that are being created to hold your databases. As fate would have it, the hurricane set us back
some and then Mark had to go to three days of previously scheduled training.

Normally, someone going to training would have little impact on an organization, but because of the way
we (IT) had worked over the years, Mark was the only person that knew how to set these databases up.
Without Mark, the rest of us had to work on other things until he returned from training. I made the
decision to keep on Mark of his training schedule, because it is vitally important to AGI's future IT
successes that IT become trained in state-of-the-art skills. The timing wasn't the best for you or for us,
but it was necessary in my judgment.

Part of IT's problem has been that much of what Mark has done over the years remains in his mind and
is not known to the rest of the IT Section staff. We have identified the need for cross-training and are
creating plans to resolve that problem. It will take time to fix. Mark will be back tomorrow (Thursday) and
we have placed your Access Databases on top priority. Our goal is to have all of you up and running by
Friday, Sept 24.

You have been very patient. We share your anxiety and the pressures that time frames and
circumstances have placed upon you. Hold on just a little longer and we'll have you going.

Thanks for working with us!

## Alabama Department of Agriculture & Industries

# Memo

**To:**   IT Advisory Committee
**From:** Arnold Leak, IT Systems Specialist
**CC:**   AGI IT Section
**Date:** December 1, 2004
**Re:**   Weekly IT Section Report for Week Ending December 3, 2004

---

Certificates/Labels Line Printer

Mark is printing certificates once again, so he'll be coming by to see who has them ready to print. We are still printing with the line printer attached to a desktop running under Windows 98SE. Two new parallel printer adapter boards were successfully installed into the new server, but we have not had time to test them – i.e., to try and print through the new boards to the line printer. Until that is working successfully, we must resort to using the desktop-to-line-printer method to keep your certificate production cycles moving.  Our goal is to de-centralize label and certificate printing by installing individual impact printers into the sections where certificates are generated.

Need for Better Way of Purchasing Computers & Printers

I have done some research on this.  My objective is to simplify the purchasing of computers and printers by creating "standard specifications" and putting them on the AGI web site.   Hopefully, State Purchasing will have a contract awarded today (Dec 1) that will drastically reduce the number of quotes we will have to get before ordering.  If you need a computer or printer that is on the standard list, then you should be able to create a purchase request and start the ordering process in a day's time.  I will send you details once I know more.

IT Requests – Status Reports and Priority Settings

(See attached Excel spreadsheet for current Help Requests and their priority settings.)

Our highest priorities are:

> Ag Compliance – Benny Hitch – Modify Seed Database

> IT – get quotes for web server to support the WebGUI web content manager

> Heavy Wts & Meas. – Randy Fulmer – Get  specs and quotes for two impact printers capable of printing certificates

> Animal Industries – Check out Premise email address to make sure it works – preparation for implementing Premises ID

> Ag Compliance - Get specs and quotes for  two printers – one desktop printer and one envelope-capable heavy duty printer

1

I want to explain why we set priorities and what happens to us if we stop using the Help Request priority list to address requests that aren't on our official Help Request list. While it may seem that this approach is sometimes arbitrary, it is the best method we have come up with to manage our time. Priorities are somewhat subjective, but for the most part, and they are usually set based upon how critical the problem is assumed to be or upon other data, such as the impact it has on the section or the department. As you all probably understand, conflicts about priorities are supposed to be resolved by calling me and talking about them. If we can't reach an agreement to change a priority, then we can both meet with Mr. Rigney to reach a solution. I suppose the next level of appeal would be to the Commissioner.

I am trying to reach a point at which the IT person(s) assigned to tasks are expected to stick with that task until it is completed, unless there is a point in time at which the person assigned must wait for a part or for someone to do something before the task can continue. In that situation, the person can work on the next Help Request item until the thing waited on arrives or is done. So, a staff person may have several things going on at a time on any given day. If a person walks in and demands immediate help without being on the priority list, we have to interrupt those tasks already being worked on. Everything already in the works gets halted to assist the walk-in request. The idea of "working on the most important tasks first" starts to unravel, not to mention the frustration the IT Staff feels when they have to leave what they're doing and then come back to try and remember where there were before their interruption occurred. In addition, this has the potential to introduce errors in our work. Obviously, if this happens a lot, it causes chaos and the entire department (AGI) suffers. The Help Request system is in place to maximize our effectiveness in handling IT problems.

I have told the IT Staff not to interrupt what they're doing to take walk-in requests unless the problem is a crisis. If they respond that they can't drop what they're doing, then they have assessed what was being asked of them to be a problem that can be placed on the Help Request list among other requests already there. If this happens, please don't argue with them – call me and let's discuss it. If we can't resolve the matter, we'll asked Mr. Rigney to intervene. Taking this approach will help the IT Section to become more productive.

Comment on Envelope Printing

I did not receive any comments from you about printing labels as opposed to printing envelopes. Since the time that I asked your opinions on this, I was able to observe Amy Belcher's HP printer that is fitted with envelope feeders. She has had remarkable results with hers, so I am researching the specs and costs of a newer model of the same printer. These printers are relatively expensive and they're designed for heavy work loads, not the occasional need to print a few envelopes. If you have heavy duty needs, such a printer is a good decision. As soon as I finish my research, I'll create a standard spec for an "envelope printer" for the heavy duty user. Incidentally, I'll also spec a desktop printer design to support a single user at their desktop location and a "standard" impact printer capable of printing multiple-copy forms such as certificates.

I welcome any input you may have to improve the IT Section!

Thanks,

Arnold

# Memo

**To:**    IT Advisory Committee
**From:** Arnold Leak, IT Systems Specialist
**CC:**    AGI IT Section
**Date:** September 13, 2004
**Re:**    Weekly IT Section Report for Week Ending September 17, 2004

---

## General Updates & Comments

Status of AGI Server Recovery

As you are painfully aware, we lost our server just over two weeks ago and were forced to scramble to install a new server, recover Internet/email services, and transfer data from the crashed computer's disk drives to the new computer. Presently, we are about 90% up and running, with only those computers remaining that have been unavailable because their users were not in and those few computers that are experiencing unique problems that we've yet to resolve.

While it may seem like it has taken a long time to recover, we have done well considering what was involved. We completely lost the old server. It was purchased in 1996, and parts were not available. A total failure was caused by a component on the server motherboard (main circuit board). The only choice was to buy a new server and have it shipped in as soon as possible, or to find a computer that we could use as a server. Normal desktops would not work. In addition, we had to buy special software and operating systems for the new computer. To add a darker tone to the storm clouds hovering over us, IT would be installing software and equipment that we were not trained for. We had a real problem.

Now, here are some good parts. For some strange reason, the Auburn Lab server, that was part of the Homeland Security grant, was delivered even though the bulk of the grant's computers had been held up by State Purchasing. In addition, it was decided that the server was not needed in Auburn, since the College of Veterinary Medicine offered to provide server space on their system to run Lab applications. This gave us a great option, so I hauled the server and the rack that holds it to Montgomery. We used the software we had ordered for the new server (the one that hadn't been shipped yet) to get the new server up and running. ISD had already been working with AGI to get web email, so it was just a minor adjustment to get them to help us setup the new equipment and transfer the data from the old server's hard drives to the new one. They worked on site for several days helping us get the new server up and running.

In the process of this complex setup effort, IT had to go to every computer (about 130) to change IP addresses. IT had to go back a second time to setup email and to show users how to use the new email system. Now, IT is reconfiguring the non-COBOL databases (MS Access, etc). This should be done late today (Monday) or tomorrow. COBOL programs/databases must be recompiled and will take two to three extra days.

1

All of this has been and is being done by IT folks who have had to learn the new systems "on the fly". They have done an incredibly good job under the circumstances. AGI has reason to be proud of their efforts. I am.

I want to thank all the AGI personnel who have been patient with IT. You have made an already tough job much easier. Thanks!

Louisiana Pesticides Application System

I will be taking the newest server (we have two now) to the Louisiana Department of Agriculture's IT Manager, Kris Hutchinson, in Baton Rogue soon (when Hurricane IVAN has played out). He will keep the server and set it up to run their Pesticides Management System. In a few weeks, some of us (IT folks and maybe others) will go to Baton Rouge for some basic training before loading the equipment up and bringing it back to Alabama.

Once back home, we'll have LOTS to learn about this new system. Expect many bugs and adjustments – that's normal. Pesticide Management users will have a lot of work to do making the data fit Alabama's operations.   This will be another challenge for AGI, but it should be well worth the efforts!

IT Training – IT Staff and AGI Users

Mark will be attending three days of Windows XP Support classes at the Tech Center beginning September 20. Karen is scheduled for special training in November (also at the Tech Center). Josh is already working on his A+ Certification using an Internet-based course of study. We will be engaged in intensive study and training over the next few years.

In AGI's situation, training is extremely important to the Department's success at building a state-of-the-art IT capability. My observations over the last few months have made me conclude that AGI's users need basic user-level training. We are investigating Internet-based user-level training for AGI's Microsoft Office users, including the Outlook module. The IT Support Team members will be targeted first to get an idea of how effective this training may be. More on this later …

IT Requests Status

We will get back to the practice of providing a spreadsheet of open and completed requests next week, once the critical server upgrade project has been completed.

Hurricane IVAN

Expect a day or two interruption of service beginning as early as Tuesday evening or as late as Thursday morning. We are thinking about shutting the server down completely on the eve of the hurricane.

Thanks,

Arnold

● Page 2

**Alabama Department of Agriculture & Industries**

# Memo

**To:**   IT Advisory Committee
**From:** Arnold Leak, IT Systems Specialist
**CC:**   AGI IT Section
**Date:** October 8, 2004
**Re:**   Weekly IT Section Report for Week Ending October 8, 2004

---

## General Updates & Comments

### Status of AGI Server Recovery

IP address conflicts are still a problem. Only random and few email problems still exist. Nina's printer is now working, so we don't have to ask downtown Finance to print PO's and related reports for us. Reba's hard drive is up and working well, but she still can't print SNAP reports. We'll address that on Tuesday. The new server is working very well. With the exception of a few desktop computer problems, the server failure recovery period is over.

### Certificates/Labels Line Printer

The printer is fixed! We now have to set up our server to "see" it. Josh inventoried the backlist of certificates to be printed, and we found the number to be just under the total blank certificates we have on hand. I asked Josh to get me the prices for enough certificates for two printings, so we can have ample forms in stock. The approximate backlog list is composed of these numbers…

- Pesticides          2000-3000

- Food Safety         1800-2000

- Plant Industries     700 ±

- Audits & Reports    40 ±

- Investigations       ? (they weren't in when IT did survey)

- Seed Labs           70 ±

We hope to begin printing on Tuesday, October 12. It may take all day one day, or we may spread it out over several days. If there is a section who is more desperate than the others, please let me know. If those of you who are in charge of these areas will touch base with each other and agree on whose should be done first, then I'll print in that order. Otherwise, we'll print them without using a priority approach.

1

IT Requests – Status Reports and Priority Settings

(See attached Excel spreadsheet for current Help Requests and their priority settings.)

Please make sure your employees keep you informed of any requests that involves spending money. All requests for upgrades or components that must be ordered should have been approved by the person in charge before they are sent to IT – preferably via a signed or initialed memo. Also, if you will, look over the Help Request lists to see what's going on in your area of responsibility to make sure we know about all of your problems and to make sure you approve of the requests make to IT from your employees.

As always, if there are disagreements over the priorities we have set, call me and I'll try to work it out. If we can't agree, then I'll ask Mr. Rigney to help resolve the conflict(s).

Louisiana Pesticides Application System

I have been in touch with Louisiana. They are making a list of what I should take to Baton Rouge and when best to be there. Kris Hutchinson, their IT Director, has my cell phone numbers and indicated that he will call me next week.

Phones

We have run out of telephones. IT took two phones out of our office to install in other AGI offices. We will need a good estimate of how many to order, so if you expect to need phones within the next year, please send an estimate. We will simply guess if no one responds.

IT Section Activities

In the next few weeks, we will divide all the Access and COBOL databases into four groups. Each IT employee, including me, will be assigned one group of database applications to learn and to support. Until we have our new tape backup system installed in the server room, I will be backing up all database applications onto my computer on a daily basis. This is an interim measure only, but I wanted you to know that they were being backed up in some fashion.

IT will be getting rid of all old equipment and items no longer needed using property control procedures, of course, to make room to reorganize our offices into more professional and productive work areas. This will continue over some weeks as time is available and as we take things a step at a time.

I still intend to become more active with the Commissioner's IT Advisory Committee and the IT Support Team. We are working on ideas to train AGI users to enable them to become more productive using their computers.

IT Staff divides its time between support and training. Each IT employee is assigned a specialty area of expertise. Each staff also is expected to build a level of competence in general support and Microsoft Access programming. We hope to get back to a schedule that will allow us to spend some time every day training ourselves.

Hurricanes Frances & Ivan

We learned a lot about emergency operations and what we need to do in IT to be ready for the next emergency.  I am working on a list of observations and suggestions relating to IT.  If any of you have suggestions about IT during emergencies, please send them to me via email and/or MS Word attachments.

Thanks,

Arnold

<div style="text-align:center">

**Alabama Department of Agriculture & Industries**

</div>

# Memo

**To:**   IT Advisory Committee
**From:** Arnold Leak, IT Systems Specialist
**CC:**   AGI IT Section
**Date:** October 4, 2004
**Re:**   Weekly IT Section Report for Week Ending October 8, 2004

---

## General Updates & Comments

### Status of AGI Server Recovery

We are trying to track down two annoying problems – IP address conflicts and email system failures on specific computers.  Generally, we are up and running with the email system as well as on everyone's ability to connect to and use their databases.  The databases referenced are Microsoft Access databases located on the server and COBOL-based application files, also located on the server.

We have called in help from ISD (Information Systems Division of the Alabama Department of Finance) to work on the email problems.  They will be here Monday (October 4) afternoon to see what they can find.  Our email/web specialist, Karen Sumrall, will be with them to absorb what she can from their attempts to fix our problems.

In IT's attempt to find the elusive IP address conflict problem computers, we are going to every one of our approximately 130 computers to check the setup parameters.  If this doesn't work, we will call ISD to come over and help us find the problem, just as we are doing on the email problem.

Except for these two new-server-conversion problems, the AGI server and network system is up and functioning well.  Of course, for the few who are having problems, this is of little comfort to you.  You can be sure that we are working as fast as we can to help resolve all our problems.

For the record, our server went down on Monday, August 23 and started becoming partially functional about two weeks later with full functionality beginning in the week ending Friday, September 27 – about a month later.  This is an approximate time frame, since it depends on how one defines these events as to the exact time frame. For all practical purposes, it tool us about a month to get back to "normal".  We also experienced two hurricanes during that period.

### Certificates/Labels Line Printer

We have contacted two contractors who can provide the work and are in the process of sending a purchase order to the one with the best prices.  This is being treated as an emergency purchase. The service company just called and we are trying to get a PO number for the initial visit - $250.  Once that is done, the service company will authorize

1

a tech to come examine and assess the printer. That's where we were at noon today (Monday, October 04, 2004). Certificate forms have been located and will be used as soon as the printer is operational.

IT Requests – Status Reports and Priority Settings

(See attached Excel spreadsheet for current Help Requests and their priority settings.)

We are back to the practice of providing a spreadsheet of open and completed requests each week. Please email or send a memo for each problem you want IT staff to address. This may be a problem or a simple request for help. Give us as much information about the problem as you can. Also try to make an objective judgment of how critical this problem is based on your department's operations, etc. This will help IT set priorities. We will work our priority list from the top to the bottom. You can see the priority of a Help Request in the weekly report.

If there are disagreements over the priorities set, call me and I'll try to work it out. If we can't agree, then I'll ask Mr. Rigney to help resolve the conflict(s). That will give us an "appeal" process. Please limit such appeals to the person in charge of the section or group from which the request is coming. This will help be making sure the manager in charge is aware of the request for a priority change.

I am asking all of you who are in charge of a section or AGI group to please instruct your employees not to use a "squeaking wheel" approach to check on their Help Requests. We will send the weekly report as an update, so you'll know the status of your area's requests. Being constantly interrupted by calls for the status of a request is still a problem for IT.

I have expanded the distribution list for this report to include everyone who attends the Commissioner's Staff meetings on Mondays.

Louisiana Pesticides Application System

We are still waiting on Louisiana to tell us what we need to bring and to set a date for me to take the items to them for installation. No more information is available at this time.

IT Training – IT Staff and AGI Users

Mark has attended the first of two courses on Windows XP Support. Karen Sumrall, Christy Rhodes and I attended a one-day orientation in Auburn on a web content management program called "WebGUI". Karen and Christy have met since that overview to set a schedule and project to rework the AGI web site. Karen is scheduled for special graphics and web training in November at the Tech Center. Josh is continuing to study for his A+ Certification using the Internet.

We are all engaged in what you might call "On-the-job-training" as we work with ISD and other experts to rebuild and tune our new servers and networking software. AGI is entering into a completely new computer and networking environment, so expect us to have problems as we learn how to install and support it. Training will be a critical requirement until we are able to work in this new IT world that's being built. This is true for techs and users alike.

● Page 2

## Crayton, John

**From:** Leak, Arnold
**Sent:** Wednesday, February 23, 2005 10:47 AM
**To:** Sumrall, Karen; Absher, Scott; Allen, Crystal; Baldwin, George; Basile, Joseph; Baxley, Jamie; Beamon, Hellestine; Belcher, Amy; Bennett, Elijah; Boggan, Mindy; Broderick, Davida; Burgess, Pat; Burk, Sandra; Burton, Shannon; Buxton, Darrell; Canidate, Charlenthia; Catrett, Mary; Chappell, Lakesha; Chinakwe, Martha; Cofer, Tony; Collier, Crystal; Cowart, Joe; Crayton, John; Day, Dave; Debrow, Joe; Duke, Barbara; Durant, Sheila; Emerson, James; Fitzpatrick, Wilma; Frazier, Tony; Fulmer, Randy; Fulmer, Sharon; Gamble, John; Gilchrist, Cynthia; Golden, Faye; Gresham, Dorothy; Guy, Terry; Hagood, Jimmy; Hagood, John; Haymon, Sidney; Henry, Anne; Hester, Lance; Hitch, Benny; Holley, Jimmy; Hollis, Steadman; Hooks, David; Hurst, Angela; Jackson, Peggy; Jackson, Vita; Johnson, Cathy; Johnson, Tomm; Kervin, Lisa; Key, John; Kirk, Donna; Loveday, April; Loveless, Barbara; Mann, Ava; Mason, Patricia; McCain, Pat; McElroy, Roger; Melton, Judy; Mitchell, Marilyn; Mooney, Dynetta; Moore, Aaron; Moore, Gail; Moore, Susan; Morgan, Pat; Morse, David; Murphy, Ronnie; Paris, George; Patterson, Annie; Peterson, Venus; Powell, Mark; Rhodes, Christy; Rigney, Doug; Robinson, Daniel; Russell, Robert; Ryals, Gloria; Scott, Venetta; Sigler, Nina; Slaten, Terry; Smith , Kathy; Smith, Beverly; Smith, Jeanette; Spear, Marie; Spear, Reida; Stabler, Reba; Summerlin, Shyla; Surles, Marlena; Tabb, Michelle; Taylor, Travis; Waites, Yvonne; Walker, Donnie; Walker, Joan; Wallace, Dana; Wethington, Pete; Williams, Anne; Williams, Marilyn; Williamson, Joy; Wise, Gail; Wright, Kathy; Wu, Rong; Zeanah, Joanne; Zorn, Glen
**Subject:** Louisiana Department of Agriculture to be On Site in Beard Building on Monday, February 28

A team of three Louisiana IT technicians will be here next Monday, February 28, to begin installing the Pesticides Management System we have heard so much about. This is a complex system and it will likely be difficult to setup, meaning that you can expect disruptions throughout the day on Monday. There are likely to be many system restarts throughout the week as well. Plan for this. If you have anything critical that needs to be done, try to do it on Friday or come up with alternatives to work around the network being down.

Hopefully, all will go well.

Thanks,

*Arnold*
**Arnold Leak**
IT Manager
Alabama Department of Agriculture & Industries

PHONES: 334-240-7146 Montgomery,  334-844-4987 Auburn
CELLS:    706-518-5225 Personal,      334-850-7868 State
FAX:        334-240-7178 Montgomery,  334-826-3592 Auburn

Alternate E-Mails:  adleak@charter.net  leakarn@vetmed.auburn.edu

02/24/2005



# STATE OF ALABAMA

# DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

April 2, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

## MEMORANDUM

TO    :    All Program Directors and Unit Managers

FROM  :    Terry Guy

SUBJECT: **Employee Get Together Wednesdays**

At the request of Commissioner Sparks, the Department will hold an employee get together on the 2nd Wednesday from April thru August in the courtyard of the Beard Building. All divisions are encouraged to participate and make this an annual event for the Department of Agriculture. The following is a list of the guidelines and suggestions for use in planning the event:

1. The event must be held during the employees regular lunch hour or at afternoon break 2 – 2:30 (everyone that wants to participate can take their 15 minute break in the courtyard).
2. Assignment for the 2004 "Employee Get Togethers"
   a. April 14th– Executive Division –
   b. May12th – Plant and Pesticide Sections/Ag Promotions
   c. June 9th– Ag Compliance/Seed Lab/Audits & Reports
   d. July 14th– Food Safety Division/Light weights and Measures
   e. August 11th– Animal Industry/Heavy Weights and Measures/Meat Inspection
3. Supervisors in charge of designated sections must assign the employees to plan the function, cook/prepare the menu, serve and cleanup.
4. This is not a money making function, you can only charge a fee to cover the costs. We cannot ask for any donations of food or money from businesses or anyone else outside the Department. Any money left after all expenses are paid must be turned in to use in future events.
5. Supervisors must give me a list of the employees chosen to participate one month ahead of their scheduled month.
6. <u>These are suggestions only.</u> Please use your imagination in planning the event. Any tie in with agriculture products that are in season would be great.
   a. Bacon, lettuce & tomato sandwiches
   b. Hotdogs
   c. Homemade Ice cream
   d. Fresh Fruits (watermelon cutting, strawberries, peaches)
   e. Hamburgers
   f. Hand Dipped Ice Cream Sundaes
   g. Cold Salads/sandwiches

*Exhibit 13*

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
1445 Federal Drive
Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Date:**   05/13/2004

**To:**     ALL SEED LAB. EMPLOYEES

**From:**   JOHN L. CRAYTON

**RE:**     EMPLOYEE GET TOGETHER WEDNESDAYS

---

ANYONE IN THIS DEPARTMENT WHO WOULD LIKE TO PARTICIPATE CAN.

JOHN L CRAYTON/VJ

**05/13/2004**



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

April 2, 2004

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

M E M O R A N D U M

TO   :    All Program Directors and Unit Managers

FROM  :    Terry Guy

SUBJECT:  **Employee Get Together Wednesdays**

At the request of Commissioner Sparks, the Department will hold an employee get together on the 2nd Wednesday from April thru August in the courtyard of the Beard Building. All divisions are encouraged to participate and make this an annual event for the Department of Agriculture. The following is a list of the guidelines and suggestions for use in planning the event:

1. The event must be held during the employees regular lunch hour or at afternoon break 2 – 2:30 (everyone that wants to participate can take their 15 minute break in the courtyard).
2. Assignment for the 2004 "Employee Get Togethers"
   a. April 14th– Executive Division –
   b. May12th – Plant and Pesticide Sections/Ag Promotions
   c. June 9th– Ag Compliance/Seed Lab/Audits & Reports
   d. July 14th– Food Safety Division/Light weights and Measures
   e. August 11th– Animal Industry/Heavy Weights and Measures/Meat Inspection
3. Supervisors in charge of designated sections must assign the employees to plan the function, cook/prepare the menu, serve and cleanup.
4. This is not a money making function, you can only charge a fee to cover the costs. We cannot ask for any donations of food or money from businesses or anyone else outside the Department. Any money left after all expenses are paid must be turned in to use in future events.
5. Supervisors must give me a list of the employees chosen to participate one month ahead of their scheduled month.
6. <u>**These are suggestions only.**</u> Please use your imagination in planning the event. Any tie in with agriculture products that are in season would be great.
   a. Bacon, lettuce & tomato sandwiches
   b. Hotdogs
   c. Homemade Ice cream
   d. Fresh Fruits (watermelon cutting, strawberries, peaches)
   e. Hamburgers
   f. Hand Dipped Ice Cream Sundaes
   g. Cold Salads/sandwiches

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

**Date:**    05/13/2004

**To:**    ALL SEED LAB. EMPLOYEES

**From:**    JOHN L. CRAYTON    *J.L.C*

**RE:**    EMPLOYEE GET TOGETHER WEDNESDAYS

---

ANYONE IN THIS DEPARTMENT WHO WOULD LIKE TO PARTICIPATE CAN.

JOHN L CRAYTON/VJ

05/13/2004



# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES

1445 Federal Drive
Montgomery, Alabama 36107-1123



November 16, 2004

*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-033

Mr. John Crayton, Program Director,
Seed Laboratory, Alabama
Department of Agriculture and Industries
1445 Federal Drive
Montgomery, Al 36107

Re: Seed Lab Operations

Dear Mr. Crayton:

I have read your last letter dated October 30 delivered to me on November 10, shortly after Mr. Rigney received a copy from an employee who found a copy of it in the parking lot. That was the same day you were presented with your supervisor's reply dated October 26, 2004 to your response to the reprimand given you on October 4.

The purpose of your supervisor's reply was to answer each of your concerns with corrections or facts to rebut incorrect statements, unsubstantiated allegations, unfounded accusations, misrepresentations, clarify innuendos and otherwise to specifically answer each of your concerns, and to place the same in your personnel file. Obviously you had not received and read your supervisor's reply when you wrote your letter, and since your letter appears to be a summary re-statement of the essence of your October 15 response to the reprimand, I am hopeful that by now you are less confused.

Nonetheless, I wish by this letter to respond by focusing on your comments relating to the Memorandum sent to Alabama Seed Dealers. I considered my Memorandum part damage control action because of the most recent complaints before, during and after our most critical planting season, which were a big part of the reason for your recent reprimand. It was my judgment that I should quickly and thoroughly respond to industry concerns in order to maintain its support of our laboratory. After my decision was made for your reprimand, it was my judgment that the best way to emphasize my concern was to imply that I personally am involved in the supervisory chain of command, as I will be supervising each of the supervisors over your own supervision. It is not my intention to degrade anyone in this process, including Mr. Rigney, Mr. Hester, or you, but to have our highest level supervisors involved in the effort to better serve the seed dealers and our farmers, and to assure them of our intention to be worthy of their trust in our lab service in the future. As you know, I have set up a meeting on December 2, 2004 with the seed dealers to further address lab performance, and to receive input as to how we can achieve that.



Exhibit 15

Additionally, in further response to the letter, I find it both ill advised and puzzling, as to why on earth, with your response as well as your recent letter, you would want to broadcast publicly to persons outside the Department including high level public officials, your own reprimand, at least without further factual verification of the misrepresentations, unfounded accusations, and incorrect statements pointed out in your supervisors reply. I consider that action an intent to harm by making my job more difficult with the Alabama Legislature, and against the interests of the Department.

Also, it is my conclusion that nothing short of paranoia could lead you to a conclusion that "Your memorandum instructs the Alabama Seed Dealers to ignore the leadership and supervision assigned to the Seed Laboratory, me, John Crayton, Director.", and "questions my authority, my professionalism, and the professional quality of the staff under your supervision." You need to read it again!

And to continue with your letter, while I fail to appreciate your suggestion as to how I should have worded my memorandum, condemning it as "unacceptable", I find your rather presumptuous comments evidence of your failure to recognize that a problem existed. Also this brings to mind that while your interpretation of my memorandum "by implication" has been freely expressed by you, am I supposed to assume the intent of your statement "Your memorandum is unacceptable to me as Director" to be by implication, an expression of your intent to resign? If so, would you please arrange a meeting with me through Ms. Fulmer.

If you are not now still confused, an apology to me should be in line. I have the responsibility of making major decisions here and I have two more years of it and I do not expect my time to be wasted on personnel problems that won't go away. You have received your reprimand, and your response is in your personnel file, as all this is soon to be, now get on with your job with a positive focus toward cooperation or admit to me that you can't!

Sincerely,

Ron Sparks, Commissioner

RS:sf

# ♯ 1

HOME                                    serving alabama's farmers & consumers every day

department of
**AGRICULTURE & INDUSTRIES**

AGI News Alert

| ABOUT US | DIVISIONS | AG NEWS | AG KIDS | AG LINKS | FORMS | DIRECTORY |

**You Are Here::** Home > Divisions > Executive Division > Ag Compliance

Executive Division
  Ag Compliance
    Forms & Permits
  AG Law
  Information Technology
  International Trade
  Investigations
  Petro Commodities
  State Veterinarian
  Alternative Fuels
  Homeland Security

## AG COMPLIANCE

The Ag Compliance Section inspects and enforces all laws, rules and regulations pertaining to sale of commercial feed; sale of commercial fertilizer; sale of agricultural lime; seed standards, tolerance and treatments.

Ag Compliance also implements and enforces the Code of Alabama, 1975 and the Alabama Administrative Code in the execution of its tasks. Below are the links for the statue and regulations that are found in the Alabama Law.

For permits, rules, and regulations related to Ag Compliance, **click here**.

**COMMERCIAL FEED**
Chapter 21 of the Code of Alabama 1975, know as the Alabama Commercial Feed Law of 1978 provides the law on Alabama Commercial Feed which interalia contains provisions on licensing, labeling, misbranding and adulteration. For additional reading, please **click here**

**Sale of Commercial Feed**

Contains the rules and regulations to implement the provisions of the commercial feed law as found in Alabama law. For additional information, please **click here**

**FERTILIZER**

Chapter 22 of the Code of Alabama 1975, known as the Alabama Fertilizer Law of 1969 provides the law on Alabama fertilizer which interalia contains provisions on licensing, cancellation, labeling, and information fee. For additional reading, please **click here**

**Sale of Commercial Fertilizer:**

Provides the rules and regulations to implement the provisions for Code of Ala. 1975, Chapter 22 of Title 2, denoted as the Alabama Fertilizer Law of 1969. For additional information, please **click here**

**AGRICULTURAL LIMING MATERIAL**

Chapter 23 of the Code of Alabama 1975, known as the Alabama Agricultural Liming Materials Act provides the law on agriculture liming which interalia contains provisions on permits required for manufacturing and distribution. For additional reading, please **click here**.

Exhibit #6

6/20/2008

Jun. 22 2008 02:31PM P1        FAX NO. :2157420        FROM :ANTIOCH BAPTIST CHURCH

**Sale of Agricultural Lime**



Provides regulations to implement the provisions of the Alabama Agricultural Liming Materials. For additional information, please **click here**.

**SEEDS**
Chapter 26 of the Code of Alabama 1975 provides the law on seeds which interalia contains analyses and interpretations of seeds, Requirements as to labeling of containers in which seed sold, distributed and analyses and interpretations of seeds. For additional reading, please **click here**

Seed Standards, Tolerance and Treatments provides the regulation to implement the manner of testing seeds regulated by the Alabama seed law. for germination and to prescribe germination standards and tolerances. It also provides prohibitions and restrictions of noxious weed seed and establishes permit fees for seed dealers and processors. For additional information, please **click here**

**RULES GOVERNING SEED LABELING, SAMPLING AND RECORDKEEPING**
Sets up guidelines to be used in labeling all types of seed to include chemically treated seeds. It also provides for the keeping of records and sets out charges for the testing of seeds. For additional information, please **click here**

For more information, please call Toll Free # 1-800-642-7761, ext. 7184



**AG COMPLIANCE STAFF**

| | | |
|---|---|---|
| Ben B. Hitch | Ag Compliance, Program Director | 334-240-7182 |
| Pat Burgess | Ag Compliance/Seed Permits and Administrative Duties | 334-240-3711 |
| | Administrative Support Assistant | |
| Gail Wise | Ag Compliance/Regulatory; Feed, Fertilizer and Lime | 334-240-7184 |
| | Administrative Support Assistant | |

Alabama Department of Agriculture & Industries • 1445 Federal Drive • Montgomery, AL 36107
We provide employment & services without discrimination.
Accessibility, Compliance, & Privacy Information

June 20, 2008

:: **Login** ::
**Make Page Printable**




# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123

*Ron Sparks*
Commissioner

July 28, 2006

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

Mr. John Crayton, Program Director
Department of Agriculture and Industries

Dear Mr. Crayton:

The Department of Agriculture and Industries is responsible for many programs which directly and indirectly impact the agricultural businesses and the consumers of these products. It is a role that we take very seriously. As we endeavor to meet the progressive changes and mandates that affect this state, it is necessary to delve into areas of research, development, and the establishment of regulatory requirements.

As you are aware, genetically modified plants are being developed and integrated into the mainstream of agricultural production. It is imperative that we ensure that the citizens of this state are informed, protected, and the producers of these plants regulated. In an attempt to develop this program within the department, we realize that it is necessary to have a knowledgeable individual in this area to head up and establish just such a program. With your background and experience in the seed industry, it has been determined that you are the best qualified to handle these duties and responsibilities.

Therefore, this is notification that your duties and responsibilities are being reassigned effective immediately. As Program Director, you will now be responsible for the Genetically Modified Plant Program. As an essential function of your new duties, you are to report to and communicate with your immediate supervisor, Mr. Ronnie Murphy, Deputy Commissioner, of the functions, responsibilities, and structure of this new program.

We look forward to the positive impact that you will have upon these labs, in this area.

Sincerely,                                    Sincerely,

Ray Hilburn                                   Ronnie Murphy
Deputy Commissioner                           Deputy Commissioner

C:      Personnel

Exhibit 17

*"We provide employment & services without discrimination,"*

**Form 13**
**Revised (1/1/1999)**

# EMPLOYEE PERFORMANCE APPRAISAL
## STATE OF ALABAMA
**Personnel Department**

☐ Number of Steps

Employee Name: JOHN L CRAYTON

Social Security Number: 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

Agency: 001 AGRICULTURE & INDUSTRIES

Division: 3320/SEED LAB

Classification: AGR & IND PROGRAM DIR

Class Code: 70117

Period Covered From: 04/01/2004    To: 04/01/2005

Annual Raise Effective: JUNE 2005

---

**APPRAISAL SIGNATURES:** Signatures are to be provided after the form has been completed.

| **Rating Supervisor** | **Employee** | **Reviewing Supervisor** |
|---|---|---|
| SSN 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 | | SSN 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 |
| *James M. Hester* (Signature) | *John R. Crayton* (Signature) | *Douglas Rigin* (Signature) |
| Signature | Signature | Signature |
| 3-23-05 | 3/30/05 | 3-28-05 |
| Date | Date  J.L.C | Date |
| Initial if comments are attached | Initial if comments are attached | Initial if comments are attached |

---

**PERFORMANCE APPRAISAL SCORE:** Locate the Responsibility Score on the back of this form and write it in the appropriate space. Locate the Disciplinary Score, also on the back of this form, and write it in the appropriate space. The Disciplinary Score is subtracted from the Responsibility Score to derive the Performance Appraisal Score.

$$25 \quad - \quad 7 \quad = \quad 18$$

| Responsibility Score | Disciplinary Score | Performance Appraisal Score |
|---|---|---|

This employee's work:

| ☐ | ☐ | ☒ | ☐ | ☐ |
|---|---|---|---|---|
| Does Not Meet Standards (6.6 or below) | Partially Meets Standards (6.7 – 16.6) | Meets Standards (16.7 – 26.6) | Exceeds Standards (26.7 – 36.6) | Consistently Exceeds Standards ( 36.7 – 40 ) |

---

**WORK HABITS :** Check the appropriate box for each work habit area. If "Noncompliance" is to be marked, a step of the discipline system (warning, reprimand, suspension) must have been taken with the employee during the appraisal period. See the Disciplinary Actions area on the back of this form for disciplinary documentation.

| | Compliance | Noncompliance |
|---|---|---|
| Attendance | ☑ | ☐ |
| Punctuality | ☑ | ☐ |
| Cooperation with Coworkers | ☑ | ☐ |
| Compliance with Rules | ☑ | ☐ |

*Exhibit 18*

**RESPONSIBILITIES:** List an ab~~...~~ ~~......~~ed version of the employee's respon~~...~~ i. below as documented on and discussed during the Preappraisal. ~~...~~ecord the appropriate rating in the bo~~...~~ r each responsibility. Rating(s) of appropriate responsibilities should reflect any disciplinary action(s) that has been taken during this appraisal period.

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Does Not Meet Standards | Partially Meets Standards | Meets Standards | Exceeds Standards | Consistently Exceeds Standards |

| Responsibility | Rating |
|---|---|
| 1. Communicates with Section Head so that he/she is informed | 1 |
| 2. Discusses/consults with constituencies so that information is exchanged | 2 |
| 3. Directs unit activities so that goals and priorities are established | 3 |
| 4. Observes/evaluates subordinates work performance | 4 |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |

**RESPONSIBILITY SCORE:**

| 10 | ÷ | 4 | = | 2.5 | x | 10 | = | 25 |
|---|---|---|---|---|---|---|---|---|
| Total of Responsibilities/Results Ratings | | Number of Responsibilities | | Average Responsibility Rating | | | | Responsibility Score |

**DISCIPLINARY ACTIONS:** Any disciplinary action taken with the employee during this appraisal period is to be listed below. For each area, list the specific disciplinary step taken, the date of action, and the reason or unwanted behavior it involved. Copies of disciplinary documentation are to be maintained in the agency's personnel files. Remember, appropriate responsibilities and work habit(s) should reflect the fact that performance required disciplinary action.

Mr. Crayton received a reprimand for failure to perform job properly. The reprimand was issued on October 4, 2004 and a copy has been placed in the agency's personnel file. Mr. Crayton made decisions that disrupted commerce of seed and caused an embarrassment to the Department. At no time did Mr. Crayton inform the Division Director or Deputy Commissioner of the decisions.

**DISCIPLINARY SCORE:** This section should include the use of the discipline steps of reprimand and suspension only. The Disciplinary Score does not include warnings (oral). Warnings are documented only in the Work Habits and Disciplinary Actions areas. Identify the most severe step of the discipline system that has been utilized with the employee during this appraisal period. If the most severe step was one or more reprimands, the Disciplinary Score will be 7. If the most severe step was one or more suspensions, the Disciplinary Score will be 17. Otherwise, the Disciplinary Score will be zero.

DISCIPLINARY SCORE: 7

# ɅᏰBHS ®

## BEHAVIORAL HEALTH SYSTEMS

Post Office Box 30724, Birmingham, AL 35283-0724
(205) 879-1150 ◆ (800) 245-1150 ◆ Fax (205) 879-1178

December 1, 2006

Clinton Smith, PsyD
Via Fax: 334-213-0854

| | |
|---|---|
| Regarding: | John Crayton |
| Employer: | Division of Risk Management |
| Reference: | 32004-07 |
| Authorization: | 32004-07-120106-01 |

Behavioral Health Systems (BHS) is a managed care company which administers EAP/mental/nervous/substance abuse benefits on behalf of self-insured employers across the nation. In this role, BHS operates a preferred provider organization, performs preauthorization and utilization review for medical necessity determination, and serves as third party administrator for claims processing. The number of units authorized below is not a guarantee of benefits coverage or payment. Benefit coverage and payment are subject to both the Member's continued eligibility for plan benefits and the covered services limitations, exclusions and benefit maximums as set forth in the Member's Benefits Description.

**All BHS forms are available on our website www.behavioralhealthsystems.com. Click "Providers", then click "Provider Forms."**

**Thank you for accepting our referral of the above-named patient. Please note all pertinent authorization information which is "checked" below.**

☒ BHS is authorizing coverage of one (1) initial assessment visit(s) (90801, 99274) as of this date. The patient's copay will be $0.00. Please submit to BHS a Clinical Assessment form, Patient Release form, Recommended Treatment Plan, and claim form. Upon receipt, authorization for coverage of any additional services requested shall be considered. If you would like to discuss your preliminary findings and recommendations, or if you have an immediate coverage request, please contact the BHS Care Coordinator by telephone.
      ☒  Please refer to the Supervisory Referral procedures on Attachment #2 hereto.

☐ BHS is authorizing coverage of a total of _____ EAP sessions covered at 100%. Please submit to BHS an EAP Clinical form, Patient Release form, and claims. If further treatment beyond these approved EAP sessions is indicated, please contact the patient's primary health insurance carrier, as BHS only administers employer's EAP benefits.

☐ BHS is authorizing coverage for extended (post-assessment) treatment of _____ sessions _____ at a frequency of _____, based upon treatment plan dated _____. The patient's copay will be $_____ per visit. This authorization may represent a different volume/intensity/frequency of services from that which you requested. If so, the principal reason for this coverage decision is _____. At any point during treatment, if you feel the patient requires treatment coverage beyond that pre-authorized by BHS, please submit an updated treatment plan to BHS, or initiate an appeal per Attachment #1. Any treatment beyond what is authorized on this form must be pre-authorized by BHS. Failure to comply with the pre-authorization requirements will result in non-payment of benefits.

☐ Based upon the information submitted, coverage for services requested/rendered on _____ is not authorized. The principal reason for this coverage decision is that _____. At any point during treatment, if you feel the patient requires treatment coverage beyond that pre-authorized by BHS, please submit an updated treatment plan to BHS, or initiate an appeal per Attachment #1. Any treatment beyond what is authorized on this form must be pre-authorized by BHS. Failure to comply with the pre-authorization requirements will result in non-payment of benefits.

☐ To initiate a formal appeal of an authorization decision relating to the above-named patient, please find Attachment #1 detailing information required by BHS.

**J-2 Outpatient 8/2006 (Blank)**

CC:    John Crayton
       124 Elm Drive
       Montgomery, AL 36117

*Exhibit 19*

# BEHAVIORAL HEALTH SYSTEMS
## CLINICAL ASSESSMENT REPORT AND TREATMENT PLAN

**BHS**

Check One: ☑ Initial Assessment ☐ Continuing Care (Only Sections E-J) Today's Date: Dec 5th 2006

Patient Name: John Crayton Date of Birth: 5-3-45 Age: 61 ☑Male ☐Female

Insured Employer: Dept of Agriculture Provider Name, Licensure: Clinton Smith, PsyD LPC

## A. Presenting Problems (Check all that apply):
☐ Anger ☐ Decreased energy
☐ Impaired judgment ☐ Depressed mood
☐ Elevated mood ☐ Dissociative state
☐ Guilt ☐ Fears
☐ Helplessness ☐ Grief
☐ Hyperactivity ☐ Hallucinations
☐ Impulsiveness   ☐ Auditory
☐ Obsessions   ☐ Visual
☐ Panic attacks ☐ Irritability
☐ Somatic complaints ☐ Memory loss
☐ Appetite disturbance ☐ Oppositional
  ☐ Weight loss ☐ Paranoia
  ☐ Weight gain ☐ Worthlessness
☐ Withdrawn ☐ Binging
☐ Sleep disturbance ☐ Purging
  ☐ Increased sleep ☐ Marital conflict
  ☐ Decreased sleep ☐ Family conflict
☐ Delusional ☐ Physical fighting
☐ Anxiety ☐ Learning disability
☐ Compulsions ☐ Grandiosity
☐ Poor concentration ☐ Distractibility

Symptoms have been present for:
☐ < 1 Mo ☐ 1-6 Mos ☐ 7-12 Mos ☐ > 1 Yr
☐ Physical/Sexual Trauma Victim At What Age: _____
☐ Physical/Sexual Trauma Perpetrator
Legal problems: _____
Substance Abuse (including substance, amount, and frequency):
Denied the use of alcohol or drugs

## B. Previous Treatment History:
**Psychiatric**    **Substance Abuse**
☑ None    ☑ None
☐ Outpatient    ☐ Outpatient
☐ Inpatient    ☐ Inpatient
  ☐ w/in past 12 mos    ☐ w/in past 12 mos
  ☐ 2 or more admissions    ☐ 2 or more admissions

**Medication History:**
Has patient been treated with psychotropic medication? ☐ Yes ☑ No

Is the patient compliant with medication regimen? ☐ Yes ☐ No

Prescribing provider: ☐ Psychiatrist ☐ PCP ☐ Pediatrician ☐ Other

## C. List psychotropic medications, dosage and frequency:
NA

## D. Other pertinent medical information:
NA

## E. Risk Assessment (Check all that apply):
Suicidality: ☑ Not present ☐ Ideation ☐ Plan ☐ Means ☐ Prior attempt
Describe: _____
Homicidality: ☐ Not present ☐ Ideation ☐ Plan ☐ Means ☐ Prior attempt
Describe: _____
Other dangerous or self-injurious behaviors: _____

## F. Current Level of Functioning (Please rate level of impairment in each area):
| | None | Minimal | Mild | Moderate | Severe | Profound | Comments |
|---|---|---|---|---|---|---|---|
| Marriage/family | 0 | 1 | 2 | 3 | 4 | 5 | |
| Work/school performance | 0 | 1 | 2 | 3 | 4 | 5 | |
| Social | 0 | 1 | 2 | 3 | 4 | 5 | |
| Activities of daily living | 0 | 1 | 2 | 3 | 4 | 5 | |

Other Factors / Pertinent Information Impacting Treatment (e.g., family/social history, test results, lab values, comorbid issues):
_____
_____

G. DSM-IV-TR Diagnoses:

V71.09.

Axis I:    No Diagnoses    _____

Axis II:    _____    _____

Axis III:    _____

Axis IV:    _____

Axis V:    Current _____ Highest in past year _____ Anticipated at discharge _____

GAF Score:

| | |
|---|---|
| 91-100 | Superior function |
| 81-90 | Minimal symptoms |
| 71-80 | Mild/transient symptoms |
| 61-70 | Mild symptoms |
| 51-60 | Moderate symptoms |
| 41-50 | Serious symptoms |
| 31-40 | Impaired reality testing |
| 21-30 | Inability to function in many areas |
| 11-20 | Some danger |
| 0-10 | Serious danger of hurting self or others/ Inability to maintain minimal self care |

H. Treatment Approach:

☐ Crisis stabilization    ☐ Symptom reduction    ☐ Cognitive-behavioral    ☐ Behavior modification

☐ Solution focused    ☐ Insight oriented    ☐ Supportive    ☐ Other

I. Treatment Plan (Must be behaviorally measurable and have an expected time frame for achievement):

Goal #1  I do not recommend follow up treatment.

Objectives:  There appears to be an interpersonal problem with
1  MR Crayton and his supervisor, Ronnie Murphy and commissi
2  MR Sparks. MR Crayton alleges promotion discrimination
3  and makes a claim with EEOC and ASEA.

Goal #2  MR Crayton refused to sign the Supervisory

Objectives:  referral authorization form,
1
2
3

Goal #3 _____

Objectives:
1
2
3

Alternate plan should the patient fail to progress as expected:

_____

J. Treatment Services Requested:

| | # Sessions / Frequency |
|---|---|
| ☐ Individual Therapy w/ master's or PhD | _____ |
| ☐ Individual Therapy with physician | _____ |
| ☐ Family Therapy    — | _____ |
| ☐ Marital / Couples Therapy | _____ |
| ☐ Group Therapy | _____ |
| ☐ Other _____ | _____ |

Estimated total number of sessions to complete episode of treatment:

☐ <4    ☐ 4-8    ☐ 9-12    ☐ Other

* Please note, BHS may authorize a maximum of 6 visits based on this treatment request.
A new treatment request should be submitted if continued treatment is necessary.

Patient Name: _____

Other Services Recommended:

☒ None    ☐ Medication evaluation
☐ Family    ☐ Psychological testing
☐ Marital / Couples    ☐ CD assessment
☐ Group

☐ AA / NA    ☐ Other support group _____
☐ Intensive outpatient program    ☐ Partial hospitalization
☐ Inpatient treatment
☐ Other _____

Provider Name: _____ [signature]

Date: 12-5-6

Behavioral Health Systems, P.O. Box 830724, Birmingham, Alabama 35283-0724 – Phone (205) 879-1150, (800) 245-1150 – Fax (205) 879-1178

## EMPLOYEE ASSISTANCE PROGRAM

### SUPERVISOR'S REFERRAL FORM

Employee: _John Crayton_          Home Phone: _____

Position: _Program Director_      Office Phone: _240 - 3710_

Referring Supr: _Ronnie Murphy_   Office Phone: _____

County or State Office/Division: _Agriculture Div._

Observation: (Check the reasons for warranting the referral)

A.  Absenteeism and Punctuality

        1.    Misses work 1 day every 2 weeks         _____
        2.    Misses work 1 day every week            _____
        3.    Misses work 2 or more days/week         _____
        4.    Unusual excuses for absences            _____
        5.    Leaves the work place without authorization   _____
        6.    Difficult to locate at work             _____
        7.    Extended breaks                         _____
        8.    Extended lunch periods                  _____
        9.    Early departures from work              _____
       10.    Late arrivals at work                   _____

B.  Job Performance

        1.    Volume of work has declined             _____
        2.    Errors of work have increased           _____
        3.    Working patterns are erratic            _____
        4.    Failure to meet schedules               _____
        5.    Is forgetful of assignments             _____
        6.    Poor concentration in performing tasks  _____

C.  Communication and Relationships

        1.    Avoids conversations and discussions    _____✓_____
        2.    Unable to express thoughts clearly      _____✓_____
        3.    Is not patient with others              _____✓_____
        4.    Is quick tempered                       _____✓_____
        5.    Unable to get along with others         _____✓_____

     6.      Usually critical of others           _____

     7.      Spends too much time in conversations with others    _____

D.  <u>Supervision Responsiveness</u>

     1.      Avoids supervisor           _____

     2.      Unusually sensitive to advice        _____

     3.      Does not follow recommendations      _____

     4.      Unusually critical of supervisor      _____✔_____

     5.      Unusually argumentative with supervisor    _____

E.  <u>Job Interest and Judgement</u>

     1.      Loss of interest in job          _____

     2.      Disregard for policies, rules, procedures    _____

     3.      Not concerned with safety of self and others   _____

F.  <u>Narrative Description (if needed)</u>

     *      Based on consultation between our personnel staff and state personnel, I am making a supervisor's referral to the Employee Assistance Program.

     **    This referral is being made because of your interaction with fellow employees and demonstrated anger toward management.

     *      This  is a mandatory referral.

     *      You should contact the BHS Care Coordinator at 1-800-245-1150 by Decenber 6, 2006 to schedule an appointment.

Acknowledgment:  It is understood that the information above is confidential and has been compiled to assist the employee.

Supervisor's Signature: *Bonnie D L Murphy*     Date: 11/14/06

Employee's Signature: _____     Date: _____

As the employee, my signature authorizes the release of this referral and the information herein to

_____

               (Assessment Individual)

*Employee refused to sign until he obtains legal Counsel & write a rebutal.*

*Bonnie D Murphy*

# STATE OF ALABAMA

## DEPARTMENT OF AGRICULTURE AND INDUSTRIES
### 1445 Federal Drive
### Montgomery, Alabama 36107-1123



*Ron Sparks*
Commissioner

Mailing Address:
Post Office Box 3336
Montgomery, AL 36109-0336

# MEMORANDUM

TO:        John Crayton, Program Director
           Seed Laboratory

FROM:      Lance Hester, Division Director
           Agricultural Animal Protection

DATE:      September 9, 2004

SUBJECT:   Report of Manipulated File Cabinet Contents

As you may recall we met on Tuesday, August 31, 2004 to discuss a request for
Advanced Seed Analyst. Attendance at the meeting included Lance Hester, John
Crayton, Ronnie Murphy, Andrae McMillian and David Hooks.

During the meeting you expressed concerns that recently some files in your office had
been apparently "gone through and jumbled up" in one of the file cabinets. I also
understood you to say that similar instances had happened in the past.

I need your assistance and direction in how we can best address this type concern. From
a practical perspective, I do not know of anything in your files that would be beneficial to
anyone. However, from a security aspect I am very concerned if we have unauthorized
personnel entering a locked office during none business hours.

Please provide me with any additional information on how you feel this could have
occurred and what measures we need to take to assure unauthorized personnel are denied
entry.

Thank you for your help and cooperation in this matter.

Cc:    Ronnie Murphy