IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 AUG 20 P 4:22
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| JOHN L. CRAYTON, | ) |
| Plaintiff, | ) |
| v. | )   Case No: 2:07-CV-626 |
| STATE OF ALABAMA DEPARTMENT OF AGRICULTURE & INDUSTRIES, | ) ) ) |
| Defendant. | ) |

## WITNESS LIST

COMES NOW the Plaintiff, pursuant to the Court's Scheduling Order and files his list of names, addresses, and telephone numbers of all witnesses and provides as follows:

**WITNESSES EXPECTS TO PRESENT**

John Crayton
1445 Federal Drive
Montgomery, AL 36107
(334) 240-7100

Shannon Burton
3253 Capwood Curve
Montgomery, AL 36116
(334) 286-0266

Charlenthia Candidate
1445 Federal Drive
Montgomery, AL 36107
(334) 240-7100

Wilma Fitzpatrick
1445 Federal Drive
Montgomery, AL 36107
(334) 240-7260

Mac McArthur
A.S.E.A.
110 N. Jackson Street
Montgomery, AL 36104
(334) 834-6965

Norbet Williams
A.S.E.A.
110 N. Jackson Street
Montgomery, AL 36104
(334) 834-6965

Andrae' McMillan
1445 Federal Drive
Montgomery, AL 36107
(334) 240-7100

Sharon Woodall
1445 Federal Drive
Montgomery, AL 36107
(334) 240-7100

Vita Jackson
1445 Federal Drive
Montgomery, AL 36107
(334) 240-7100

Benny Hitch
1445 Federal Drive
Montgomery, AL 36107
(334) 240-7100

Joan Walker
Ozark, AL
(334)324-8049, 774-961

David Hooks
Colorado
(719) 576-2449

Reba Stabler
1445 Federal Drive
Montgomery, AL 36107
(334) 240-7100

Mark Powell
1445 Federal Drive
Montgomery, AL 36107
(334) 240-7100

Joe Barnes
1445 Federal Drive
Montgomery, AL 36107
(334) 240-7100

Annie Patterson
136 Old Pump Court
Montgomery, AL 36117
(334) 272-3242

Tomm Johnson
1445 Federal Drive
Montgomery, AL 36107
(334) 240-7100

Aaron Moore
1445 Federal Drive
Montgomery, AL 36107
(334) 240-7100

Nina Sigker
1445 Federal Drive
Montgomery, AL 36107
(334) 240-7100

Ray Hilburn
1445 Federal Drive
Montgomery, AL 36107
(334) 240-7100

Donnie Walker
1445 Federal Drive
Montgomery, AL 36107
(334) 240-7100

Sharon Fulmer
1445 Federal Drive
Montgomery, AL 36107
(334) 240-7100

Teresa Brunson
1445 Federal Drive
Montgomery, AL 36107
(334) 240-7100

Ann Andrew
1445 Federal Drive
Montgomery, AL 36107
(334) 240-7100

LaKesha Chapelle
Montgomery, AL

**WITNESSES MAY CALL IF THE NEED ARISES**

Jamie Baxley
Montgomery, AL

Teresa Smiley
1445 Federal Drive
Montgomery, AL 36107
(334) 240-7100

Tana Shelia
A.S.E.A.
110 N. Jackson Street
Montgomery, AL 36104
(334) 834-6965

Dana Wallace
1445 Federal Drive
Montgomery, AL 36107
(334) 240-7100

Jimmy Holley
1445 Federal Drive
Montgomery, AL 36107
(334) 240-7100

Sharon Hataway
1445 Federal Drive
Montgomery, AL 36107
(334) 240-7100

Yvonne Venable
Montgomery, AL

Paula Westbrook
1445 Federal Drive
Montgomery, AL 36107
(334) 240-7100

Guy Carr
1445 Federal Drive
Montgomery, AL 36107
(334) 240-7100

Any person identified on the Defendant's witness list filed earlier, herein, or any later witness list of the Defendant.

Any person sufficiently identified prior to trial so as not to prejudice the Plaintiff herein.

Any person necessary to rebut testimony by any witness whose identity is not presently known to the Plaintiff, but can be ascertained based upon the testimony or exhibits proffered.

Any person necessary to rebut any document or exhibit proffered at trial.

                                  Respectfully submitted,

                                  Juraldine Battle-Hodge (BAT033)
                                  Attorney for the Plaintiff

OF COUNSEL:
LAW OFFICES OF JURALDINE BATTLE-HODGE, P.C.
318 N. Decatur Street
Montgomery, AL 36104
Telephone:    (334) 262-1177
Facsimile:    (334) 263-5569

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served upon the following via electronic filing on the 20th day of August 2008.

Hon. E. Ham Wilson, Jr.
Hon. Emily C. Marks
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102-2148

_____
Of Counsel