IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 AUG 20 P 4: 23
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| JOHN L. CRAYTON, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 2:07-CV-626 |
| STATE OF ALABAMA DEPARTMENT OF AGRICULTURE & INDUSTRIES, | ) ) ) |
| Defendant. | ) |

## DEPOSITION DESIGNATIONS

COMES NOW the Plaintiff, pursuant to the Court's Scheduling Order and files his deposition designations as follows:

### DEPOSITION OF LANCE HESTER

1. Page 137, lines 3-20
2. Page 143, lines 11-23
3. Page 144, lines 1-18
4. Page 146, lines 21-23
5. Page 156, lines 22-23
6. Page 160, line 1

### DEPOSITION OF JOHN CRAYTON

1. Page 21, line 23
2. Page 22, lines 1-11
3. Page 29, lines 9-23
4. Page 30, lines 1-10

5. Page 32, lines 12-23

6. Page 33, lines 1-2

7. Page 43, lines 13-23

8. Page 44, lines 1-23

9. Page 45, line 1

10. Page 50, lines 10-23

11. Page 51, lines 1-23

12. Page 52, lines 1-11

13. Page 90, lines 2-23

14. Page 91, lines 1-23

15. Page 92, lines 1-7

Respectfully submitted,

Juraldine Battle-Hodge (BAT033)
Attorney for the Plaintiff

OF COUNSEL:
LAW OFFICES OF JURALDINE BATTLE-HODGE, P.C.
318 N. Decatur Street
Montgomery, AL 36104
Telephone:   (334) 262-1177
Facsimile:   (334) 263-5569

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served upon the following via electronic filing on the 20th day of August 2008.

Hon. E. Ham Wilson, Jr.
Hon. Emily C. Marks
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102-2148

_____
Of Counsel