IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2008 AUG 20  P 4: 23

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| JOHN L. CRAYTON, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 2:07-CV-626 |
| STATE OF ALABAMA DEPARTMENT OF AGRICULTURE & INDUSTRIES, | ) ) | |
| Defendant. | ) | |

### MOTION FOR EXTENSION OF TIME TO FILE
### DEPOSITION DESIGNATIONS FOR RONNIE MURPHY

COMES NOW the Plaintiff, pursuant to the Court's Scheduling Order and files his deposition designations for Lance Hester and John Crayton. Plaintiff requests an extension of time to file deposition designations for Ronnie Murphy, and as reasons states as follows:

1. Deposition of Ronnie Murphy was taken on August 12, 2008.

2. Deposition was taken by Dunn, King & Associates.

3. Deposition copies have not been finalized; therefore, Plaintiff is without the benefit of a copy of said deposition.

4. Plaintiff will supplement his Deposition Designations once deposition is ascertained.

WHEREFORE, Plaintiff requests that he be allowed to extend the time to file his deposition designations for Ronnie Murphy

Respectfully submitted,

Juraldine Battle-Hodge (BAT033)
Attorney for the Plaintiff

OF COUNSEL:
LAW OFFICES OF JURALDINE BATTLE-HODGE, P.C.
318 N. Decatur Street
Montgomery, AL 36104
Telephone:   (334) 262-1177
Facsimile:   (334) 263-5569

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served upon the following via electronic filing on the 20th day of August 2008.

Hon. E. Ham Wilson, Jr.
Hon. Emily C. Marks
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102-2148

_____
Of Counsel