**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **JOHN L. CRAYTON** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.:    2:07-cv-626-MEF** |
| | ) | |
| **ALABAMA DEPARTMENT OF** | ) | **(LEAD CASE)** |
| **AGRICULTURE & INDUSTRIES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | | |
|---|---|---|
| **JOHN L. CRAYTON** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.:    2:07-cv-1111-MEF** |
| | ) | |
| **ALABAMA DEPARTMENT OF** | ) | **(MEMBER CASE)** |
| **AGRICULTURE & INDUSTRIES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>DEFENDANT'S RESPONSIVE DEPOSITION DESIGNATION</u>**

**COMES NOW,** the defendant Alabama Department of Agriculture & Industries, and pursuant to the Court's Scheduling Order, designates the following deposition excerpts in response to plaintiff's deposition designations for use at trial:

<u>Lance Hester Deposition</u>:

1.    p. 137, l. 21 to p. 138, l. 4

2.    p. 144, l. 19 to p. 145, l.13

3.    p. 156, l. 22 to p. 158, l. 18

John Crayton Deposition:

1.      p. 22, l. 12

2.      p. 30, l. 11-12

3.      p. 45, l. 2-10

4.      p. 52, l. 12-16

5.      p. 92, l. 8 to p. 94, l. 4



            /s/      Emily C. Marks
EMILY C. MARKS

            /s/      E. Hamilton Wilson, Jr.
E. HAMILTON WILSON, JR.
Attorneys for the Defendant

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:      (334) 387-3222

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 27, 2008, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following:

Juraldine Battle-Hodge
207 Montgomery St., Ste. 215
Montgomery, AL  36104-3528

/s/ Emily C. Marks
OF COUNSEL