IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN L. CRAYTON | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-626-MEF |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| AGRICULTURE & INDUSTRIES, | ) | |
| | ) | |
| Defendant. | ) | |

_____

| | | |
|---|---|---|
| JOHN L. CRAYTON | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-1111-MEF |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| AGRICULTURE & INDUSTRIES, | ) | **(WO- Do Not Publish)** |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This cause is before the Court on the Motion to Dismiss (Doc. # 5) filed in the member case (2:07cv1111). In this Court's view, the filing of the Amended Complaint (Doc. # 13) in the lead case on March 17, 2008, renders the motion to dismiss moot. Accordingly, it is hereby ORDERED that the Motion to Dismiss (Doc. # 5) is DENIED.

DONE this the 28th day of August, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE