IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN L. CRAYTON | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-626-MEF |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| AGRICULTURE & INDUSTRIES, | ) | |
| | ) | |
| Defendant. | ) | |

_____

| | | |
|---|---|---|
| JOHN L. CRAYTON | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-1111-MEF |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| AGRICULTURE & INDUSTRIES, | ) | **(WO- Do Not Publish)** |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT and DECREE of the Court as follows:

(1) With respect to all claims in these two consolidated actions, judgment is ENTERED in favor of Defendant Alabama Department of Agriculture & Industries and against Plaintiff John L. Crayton, with Plaintiff taking nothing by his claims.

(2) Costs are TAXED in favor of Defendant Alabama Department of Agriculture & Industries and against Plaintiff John L. Crayton, for which execution may issue.

(3) The Clerk of the Court is DIRECTED to enter this document on the civil docket

sheets of both cases as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close both of the cases.

DONE this 18th day of December, 2008.

/s/ Mark E. Fuller<br>CHIEF UNITED STATES DISTRICT JUDGE